VIA FAX

COPY

Steven E. Bledsoe (CA Bar No. 157811)
ARENT FOX LLP
445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071-1601
Telephone: 213.629.7400
Facsimile: 213.629.7401
bledsoe.steven@arentfox.com

Attorneys for Plaintiff Quantum Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, | Case No. C 07 4161 |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| RIVERBED TECHNOLOGY, INC., | |
| Defendant. | |

Pursuant to Civil L. R. 3-16, the undersigned hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 14, 2007        By: _____
Steven E. Bledsoe
**Arent Fox LLP**
445 South Figueroa Street, Suite 3750
Los Angeles, CA 90071-1601
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Plaintiff
Quantum Corporation