AMAR L. THAKUR, CAL. BAR NO. 194025
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:    858-720-8900
Facsimile:    858-509-3691
E-mail:       athakur@sheppardmullin.com

NATHANIEL BRUNO, CAL. BAR NO. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       nbruno@sheppardmullin.com

Attorneys for Plaintiff
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| QUANTUM CORPORATION, | Case No. C 07-04161 PVT |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF PLAINTIFF'S COUNSEL** |
| v. | |
| RIVERBED TECHNOLOGY INC., | **Honorable Patricia V. Trumbull** |
| Defendant. | **United States Magistrate Judge** |

## STIPULATION

Plaintiff Quantum Corporation substitutes the law firm of Sheppard Mullin Richter & Hampton LLP as its counsel of record in this action in place of the law firm of Arent Fox LLP.

Specifically, Quantum substitutes the following attorneys:

Amar L. Thakur, Cal. Bar No. 194025
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:    858-720-8900
Facsimile:    858-509-3691
E-mail:athakur@sheppardmullin.com

**AND**

Nathaniel Bruno, Cal. Bar No. 228118
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:nbruno@sheppardmullin.com

**IN PLACE OF**

Steven E. Bledsoe
Arent Fox LLP
445 South Figueroa Street
Suite 3750
Los Angeles, CA 90071
213-629-7400
Fax: 213-629-7401
Email: bledsoe.steven@arentfox.com

Plaintiff Quantum Corporation requests and consents to the above substitution.

Dated:    September 6, 2007

PLAINTIFF QUANTUM CORPORATION

By: _____
Shawn Hall
Vice President and General Counsel

1 | We consent to the above substitution.

2 | Dated: September 6, 2007    ARENT FOX LLP

4 | By: _/s/ S. Bledsoe_____
    Steven Bledsoe, Esq.

6 | We consent to the above substitution.

8 | Dated: September ___, 2007    SHEPPARD MULLIN RICHTER & HAMPTON L.L.P.

10 | By: _____
     Amar L. Thakur, Esq.

### ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
The Honorable Patricia V. Trumbull
United States Magistrate Judge

W02-WEST:6NB1\400416176.1

CASE NO. C 07-04161 PVT

-3-

STIPULATION AND [PROPOSED] ORDER
FOR SUBSTITUTION OF PLAINTIFF'S
COUNSEL

1     We consent to the above substitution.

2     Dated:     September ___, 2007     ARENT FOX LLP

3

4     By: _____
        Steven Bledsoe, Esq.

5

6     We consent to the above substitution.

7

8     Dated:     September 10, 2007     SHEPPARD MULLIN RICHTER & HAMPTON L.L.P.

9

10     By: /s/ Amar L. Thakur
        Amar L. Thakur, Esq.

### ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
    The Honorable Patricia V. Trumbull
    United States Magistrate Judge