```
 1  AMAR L. THAKUR, CAL. BAR NO. 194025
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 2  A Limited Liability Partnership
    Including Professional Corporations
 3  12275 El Camino Real, Suite 200
    San Diego, California 92130
 4  Telephone:    858-720-8900
    Facsimile:    858-509-3691
 5  E-mail:       athakur@sheppardmullin.com
 6
 7  NATHANIEL BRUNO, CAL. BAR NO. 228118
    SHEPPARD MULLIN RICHTER & HAMPTON LLP
 8  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
 9  Telephone:    415-434-9100
10  Facsimile:    415-434-3947
    E-mail:       nbruno@sheppardmullin.com
11
    Attorneys for Plaintiff
12  QUANTUM CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RIVERBED TECHNOLOGY INC., <br><br> Defendant. | Case No. C 07-04161 PVT <br><br> STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF PLAINTIFF'S COUNSEL <br><br> **Honorable Patricia V. Trumbull** <br> **United States Magistrate Judge** |

## STIPULATION

Plaintiff Quantum Corporation substitutes the law firm of Sheppard Mullin Richter & Hampton LLP as its counsel of record in this action in place of the law firm of Arent Fox LLP.

Specifically, Quantum substitutes the following attorneys:

Amar L. Thakur, Cal. Bar No. 194025
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691
E-mail: athakur@sheppardmullin.com

**AND**

Nathaniel Bruno, Cal. Bar No. 228118
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
E-mail: nbruno@sheppardmullin.com

**IN PLACE OF**

Steven E. Bledsoe
Arent Fox LLP
445 South Figueroa Street
Suite 3750
Los Angeles, CA 90071
213-629-7400
Fax: 213-629-7401
Email: bledsoe.steven@arentfox.com

Plaintiff Quantum Corporation requests and consents to the above substitution.

Dated: September 6, 2007

PLAINTIFF QUANTUM CORPORATION

By: /s/ Shawn Hall
Shawn Hall
Vice President and General Counsel

We consent to the above substitution.

Dated: September 6, 2007          ARENT FOX LLP

                                  By: /s/ Steven Bledsoe
                                      Steven Bledsoe, Esq.

We consent to the above substitution.

Dated: September ___, 2007        SHEPPARD MULLIN RICHTER & HAMPTON L.L.P.

                                  By: _____
                                      Amar L. Thakur, Esq.

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                  The Honorable Patricia V. Trumbull
                                  United States Magistrate Judge

We consent to the above substitution.

Dated: September ___, 2007          ARENT FOX LLP

                                     By: _____
                                         Steven Bledsoe, Esq.

We consent to the above substitution.

Dated: September 10, 2007            SHEPPARD MULLIN RICHTER & HAMPTON L.L.P.

                                     By: _____
                                         Amar L. Thakur, Esq.

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 9/24/07                       _____
                                     The Honorable Patricia V. Trumbull
                                     United States Magistrate Judge