Steven E. Bledsoe (CA Bar No. 157811)
ARENT FOX LLP
445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071-1601
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
bledsoe.steven@arentfox.com

Attorneys for Plaintiff QUANTUM CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiffs,

vs.

RIVERBED TECHNOLOGY, INC.,

    Defendant.

Case No.: C 07 4161

**PROOF OF SERVICE**

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of the:

1. **Summons on Complaint**
2. **Complaint, with Exhibit A**
3. **Civil Cover Sheet**
4. **Certification of Interested Entities or Persons**
5. **Order Setting Initial Case Management Conference and ADR Deadlines**
6. **Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull**
7. **Standing Order Regarding Case Management in Civil Cases**

Proof of Service - 1

8. Standing Order For All Judges of the Northern District of California - Contents of Joint Case Management Statement
9. Welcome to the Untied States District Court for the Northern District of California, Clerk's Office, San Jose Division
10. ECF Registration Information Handout
11. Notice of Assignment of Case to a United States Magistrate Judge
12. Consent to Proceed Before a United States Magistrate Judge
13. Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to a United States District Judge
14. Dispute Resolution Procedures in the Northern District of California - Handbook
15. ADR Certification By Parties and Counsel
16. Stipulation and [Proposed] Order Selecting ADR Process
17. Notice of Need for ADR Phone Conference
18. General Order No. 40 - Prohibition of Bias
19. General Order No. 45 - Electronic Case Filing
20. General Order No. 53 - Privacy

, in the within action by personally delivering true copies thereof to the person named below, as follows:

Party Served: Riverbed Technology, INC.

Person Served: Michael Mathers, agent able to accept service on behalf of Riverbed Technology, INC.

Address: Riverbed Technology, INC.
199 Fremont Street

San Francisco, CA   94105

Date of Service:     October 09, 2007

Time of Service:     1:22 pm

Person Serving:      Anthony Segreto/Zoom Messenger Service
                     P.O. Box 191286
                     San Francisco, CA   94119
                     (415) 725-0343
                     CA Process Server, SF County #1011

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/9/07          Signature: *[signed]*