QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
Email:   claudestern@quinnemanuel.com
         toddbriggs@quinnemanuel.com

Attorneys for Defendant,
RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>    Defendant. | CASE NO. C 07-4161 PVT<br><br>**RIVERBED'S CIVIL LOCAL RULE 3-16 CERTIFICATION** |
| RIVERBED TECHNOLOGY, INC.,<br><br>    Counterclaimant,<br><br>    vs.<br><br>QUANTUM CORPORATION,<br><br>    Counterdefendant. | |

51198/2264416.1

Case No. C 07-4161 PVT
RIVERBED'S CIVIL LOCAL RULE 3-16 CERTIFICATION

Pursuant to Civil Local Rule 3-16, defendant Riverbed Technology, Inc. certifies that as of this date, other than the named parties and their shareholders, there is no interest to report under Civil Local Rule 3-16.

DATED: October 29, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Claude M. Stern
Claude M. Stern
Attorneys for Defendant,
RIVERBED TECHNOLOGY, INC.