1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
   Email:        claudestern@quinnemanuel.com
5                toddbriggs@quinnemanuel.com

6  Attorneys for Defendant,
   RIVERBED TECHNOLOGY, INC.
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 | QUANTUM CORPORATION,            | CASE NO. C 07-4161 PVT

13 |        Plaintiff,               | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

14 |    vs.

15 | RIVERBED TECHNOLOGY, INC.,

16 |        Defendant.

17 | RIVERBED TECHNOLOGY, INC.,

18 |        Counterclaimant,

19 |    vs.

20 | QUANTUM CORPORATION,

21 |        Counterdefendant.

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: October 29, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Claude M. Stern
Claude M. Stern
Attorneys for Defendant,
RIVERBED TECHNOLOGY, INC.