**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **QUANTUM CORP.,** | **C 07-4161 PVT** |
| **Plaintiff(s),** | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **RIVERBED TECHNOLOGY, INC.,** | |
| **Defendant(s).** | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

DATED: October 30, 2007

RICHARD WIEKING
Clerk of Court

/s/ Corinne Lew
_____
By: Corinne Lew
Deputy Clerk