1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2     Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
4  Facsimile: (650) 801-5100
   Email: claudestern@quinnemanuel.com
5             toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| QUANTUM CORPORATION,<br><br>      Plaintiff,<br><br>  vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>      Defendant. | CASE NO. C 07-4161 WHA<br><br>**STIPULATION RE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE FROM NOVEMBER 15, 2007 TO NOVEMBER 29, 2007** |
|---|---|
| RIVERBED TECHNOLOGY, INC.,<br><br>      Counterclaimant,<br><br>  vs.<br><br>QUANTUM CORPORATION,<br><br>      Counterdefendant. | |

1   Defendant Riverbed Technology, Inc. ("Riverbed") and Plaintiff Quantum Corporation
2   ("Quantum") respectfully request that the Court reschedule the Initial Case Management
3   Conference in this action from November 15, 2007 at 11:00 am to November 29, 2007 at 11:00
4   a.m.
5       Riverbed filed its answer on October 29, 2007 and a declination to proceed before a
6   magistrate judge on the same day.  The case was reassigned to Judge Alsup on October 30, and on
7   October 31 the Initial Case Management Conference was scheduled for November 15 at 11:00
8   a.m. (Docket No. 13).
9       Due to a scheduling conflict, lead trial counsel for Riverbed requested that the Initial Case
10  Management Conference be continued to November 29, 2007.  Counsel for Quantum stated that it
11  was prepared to move forward with the conference on November 15, but agreed to continue the
12  conference to November 29 pursuant to Riverbed's request, if agreeable to the Court.

-2-    STIPULATION RE RESCHEDULING
INITIAL CMC FROM NOVEMBER
Case No. C 07-04161 WHA    15, 2007 TO NOVEMBER 29, 2007

**NOW, THEREFORE**, the parties to this action, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** to continue the Initial Case Management Conference to November 29, 2007 at 11:00 a.m., if agreeable to the Court.

Dated: November 5, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

Dated: November 5, 2007    SHEPPARD MULLIN

/s/ Nathaniel Bruno
Nathaniel Bruno
Attorneys for Defendant and Counterclaimant
QUANTUM CORPORATION

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Honorable William H. Alsup
United States District Judge