1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
4  Facsimile:     (650) 801-5100
   Email:          claudestern@quinnemanuel.com
5                     toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 | QUANTUM CORPORATION,         | CASE NO. C 07-4161 WHA
                                  |
13 |            Plaintiff,        | **STIPULATION RE RESCHEDULING
                                  | INITIAL CASE MANAGEMENT
14 |      vs.                     | CONFERENCE FROM NOVEMBER 15,
                                  | 2007 TO NOVEMBER 29, 2007**;
15 | RIVERBED TECHNOLOGY, INC.,   | AND ORDER THEREON
                                  |
16 |            Defendant.        |

17 | RIVERBED TECHNOLOGY, INC.,

18 |            Counterclaimant,

19 |      vs.

20 | QUANTUM CORPORATION,

21 |            Counterdefendant.

22

23

24

25

26

27

28
                                    -1-                STIPULATION RE RESCHEDULING
                                                       INITIAL CMC FROM NOVEMBER
   Case No. C 07-04161 WHA                             15, 2007 TO NOVEMBER 29, 2007

1    Defendant Riverbed Technology, Inc. ("Riverbed") and Plaintiff Quantum Corporation
2 ("Quantum") respectfully request that the Court reschedule the Initial Case Management
3 Conference in this action from November 15, 2007 at 11:00 am to November 29, 2007 at 11:00
4 a.m.

5    Riverbed filed its answer on October 29, 2007 and a declination to proceed before a
6 magistrate judge on the same day. The case was reassigned to Judge Alsup on October 30, and on
7 October 31 the Initial Case Management Conference was scheduled for November 15 at 11:00
8 a.m. (Docket No. 13).

9    Due to a scheduling conflict, lead trial counsel for Riverbed requested that the Initial Case
10 Management Conference be continued to November 29, 2007. Counsel for Quantum stated that it
11 was prepared to move forward with the conference on November 15, but agreed to continue the
12 conference to November 29 pursuant to Riverbed's request, if agreeable to the Court.

-2-    STIPULATION RE RESCHEDULING
INITIAL CMC FROM NOVEMBER
15, 2007 TO NOVEMBER 29, 2007

Case No. C 07-04161 WHA

**NOW, THEREFORE**, the parties to this action, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** to continue the Initial Case Management Conference to November 29, 2007 at 11:00 a.m., if agreeable to the Court.

Dated: November 5, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

Dated: November 5, 2007        SHEPPARD MULLIN

/s/ Nathaniel Bruno
Nathaniel Bruno
Attorneys for Defendant and Counterclaimant
QUANTUM CORPORATION

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. THERE WILL BE NO FURTHER CONTINUANCES.

Dated: November 6, 2007.

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA