**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: November 29, 2007

Case No.  C 07-04161 WHA

Title: QUANTUM CORP  v. RIVERBED TECH

Plaintiff Attorneys: Amar Thakur

Defense Attorneys: Claude Stern; Todd Briggs

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)   _____

Complete Initial Disclosures (Rule 26): 12/7/07

Discovery Cutoff: 9/26/08

Designation of Experts: 9/26/08

Last Day to File Motion: 11/6/08

Continued to  **4/23/08 at 1:30 pm**  for Tutorial

Continued to  **5/7/08 at 1:30 pm**   for Claim Construction

Continued to  **1/12/09 at 2:00 pm**  for Pretrial Conference

Continued to  **2/2/09 at 7:30 am**  for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Laporte for mediation/settlement conference.

By 12/28/07, parties shall meet and confer and submit a proposed claim construction schedule.