1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2     Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
4  Facsimile: (650) 801-5100
   Email: claudestern@quinnemanuel.com
5             toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>       Plaintiff,<br><br>  vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>       Defendant. | CASE NO. C 07-4161 WHA<br><br>**RIVERBED TECHNOLOGY, INC.'S NOTICE OF APPEARANCE FOR DAVID WEI, JR** |
| RIVERBED TECHNOLOGY, INC.,<br><br>       Counterclaimant,<br><br>  vs.<br><br>QUANTUM CORPORATION,<br><br>       Counterdefendant. | |

51198/2303904.1

Case No. C 07-4161 WHA
RIVERBED'S TECHNOLOGY, INC.'S NOTICE OF APPEARANCE FOR DAVID WEI, JR.

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that David Wei, Jr. of Quinn Emanuel Urquhart Oliver &

3   Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065, telephone:

4   (650) 801-5000, davidwei@quinnemanuel.com, also represents Riverbed Technology, Inc. in this

5   matter.

7   DATED:  November 30, 2007           QUINN EMANUEL URQUHART OLIVER &
                                         HEDGES, LLP

                                         By /s/ David Wei, Jr.
                                            David Wei, Jr. (CA Bar No. 230729)
                                            Attorneys for Defendant and Counterclaimant,
                                            RIVERBED TECHNOLOGY, INC.

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On November 30, 2007, I caused true copies of the following document(s) to be served as described below, on the parties in this action, as follows:

**RIVERBED TECHNOLOGY, INC.'S NOTICE OF APPEARANCE FOR DAVID WEI, JR**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from marshabrandsdorfer@quinnemanuel.com on November 30, 2007, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| Nathaniel Bruno, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center<br>Seventeenth Floor<br>San Francisco, CA 94111<br>**TEL:** 415.434.9100<br>**FAX:** 415.434.3947 | *Attorneys for Plaintiff Quantum Corporation* |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 30, 2007, at Redwood Shores, California.

 */s/ Marsha Brandsdorfer*
Marsha Brandsdorfer

51198/2303904.1

-3-    Case No. C 07-4161 WHA

RIVERBED'S TECHNOLOGY, INC.'S NOTICE OF APPEARANCE FOR DAVID WEI, JR