1  [COUNSEL LISTED ON SIGNATURE PAGES]

2
3
4
5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>    Defendant. | CASE NO. C 07-4161 WHA<br><br>[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |
| RIVERBED TECHNOLOGY, INC.,<br><br>    Counterclaimant,<br><br>    vs.<br><br>QUANTUM CORPORATION,<br><br>    Counterdefendant. | |

1   Pursuant to Paragraph 3 of the Court's Case Management Order (Docket No. 23), Riverbed
2   Technology, Inc. ("Riverbed") and Quantum Corporation ("Quantum") jointly submit this
3   Proposed Order Re Schedule For Claim Construction and will email a copy to
4   whapo@cand.uscourts.gov. The parties' proposal includes agreed dates for claim construction
5   briefs and events required by the Patent Local Rules.

| EVENT | AGREED DATE |
|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions | December 13, 2007 |
| Preliminary Invalidity Contentions | January 31, 2008 |
| Simultaneous Exchange of Proposed Terms and Claim Elements for Construction | February 6, 2008 |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | February 20, 2008 |
| Joint Claim Construction and Prehearing Statement | March 12, 2008 |
| Close of discovery related to Claim Construction | March 19, 2008 |
| Opening Claim Construction Briefs | March 26, 2008 |
| Opposition Claim Construction Briefs | April 9, 2008 |
| Reply Claim Construction Briefs | April 16, 2008 |
| Claim Construction Tutorial | April 23, 2008 at 1:30 p.m.* |
| Claim Construction Hearing | May 7, 2008 at 1:30 p.m.* |
| Final Infringement Contentions | 30 days after issuance of claim construction ruling |
| Final Invalidity Contentions | 50 days after issuance of claim construction ruling |

\* These dates were set by the Court in its Case Management Order.

**NOW, THEREFORE**, the parties to this action, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** to the foregoing schedule.

Dated: December 6, 2007         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/  Todd M. Briggs
Todd M. Briggs
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

Dated: December 6, 2007         SHEPPARD MULLIN

/s/  Amar Thakur
Amar Thakur
Attorneys for Defendant and Counterclaimant
QUANTUM CORPORATION

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December 7, 2007

Honorable William H. Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup