[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RIVERBED TECHNOLOGY INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C07-04161 WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND SPECIFIED DISCLOSURE AND DISCOVERY RESPONSE DEADLINES<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>Complaint Filed: August 14, 2007<br>Trial Date: February 2, 2009 |

W02-WEST:6NB1\400607150.1

Case No. C07-04161 WHA

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND SPECIFIED DISCLOSURE AND DISCOVERY RESPONSE DEADLINES.

# STIPULATION

The parties, by and through their respective counsel of record, stipulate and agree that the following specific disclosure and/or discovery response deadlines be extended as set forth below.

A.   Prior Time Modifications

On November 1, 2007, this Court issued an order based on a stipulation of the parties continuing the Initial Case Management Conference in this action from November 15 to November 29. (Docket No. 19.)

On December 3, 2007, Quantum requested and Riverbed agreed to extend Quantum Corporation's ("Quantum's") deadline to respond to Riverbed's Interrogatory No. 1 from its First Set of Interrogatories from December 3 to December 10. Riverbed's Interrogatory No. 1 seeks Quantum's contention as to the conception date of the claims in Quantum's '810 patent and related information.

B.   Reasons For Requested Continuance

Quantum will provide its Preliminary Infringement Contentions pursuant to Patent Local Rule 3-1 and documents responsive to Patent Local Rule 3-2(c) by the current deadline of December 13, 2007. But information and documents allowing Quantum to respond to Riverbed's Interrogatory No. 1 and to fulfill its Patent Local Rule 3-2(a) and (b) obligations (which includes documents relating to the conception date of the claims in Quantum's '810 patent) are in the possession, custody, or control of persons who reside in Australia, creating logistical difficulties for Quantum in gathering it. Quantum is endeavoring to provide responses and information in good faith, but requires further reasonable time to do so.

Because Quantum has requested this additional time, Riverbed requests that the date of its obligation to provide Preliminary Invalidity Contentions and related materials pursuant to Patent Local Rules 3-3 and 3-4 be extended by a corresponding reasonable amount of time to provide it the benefit of reviewing Quantum's responses and productions relating to the conception date of the claim in Quantum's '810 patent before providing invalidity contentions and related materials for those claims.

1  The parties do not believe the extensions requested will affect the overall progress of the case or their ability to keep the current claim construction hearing and trial dates.

C. <u>Proposed Changes to Disclosure and Discovery Response Deadlines</u>

The parties stipulate and respectfully request that:

1. Quantum's deadline to initially respond to Riverbed's Interrogatory No. 1 be extended from the current stipulated date of December 10, 2007 to the new date of December 24, 2007.

2. Quantum's deadline to produce any appropriate materials responsive to Patent Local Rule 3-2(a) and (b) be extended from the current date of December 13, 2007 to the new date of December 28, 2007.

3. Riverbed's deadline to fulfill its Patent Local Rule 3-3 and 3-4 obligations be extended from the current deadline of January 31, 2008 to the new deadline of February 14, 2008.

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2  By his signature below, counsel for Quantum attests that counsel for Riverbed whose

3  electronic signature is provided has concurred in this filing.

4

5  Dated: December 13, 2007

                                                  SHEPPARD MULLIN RICHTER & HAMPTON LLP

6                                                    By: /s/ Nathaniel Bruno

7                                                        Amar L. Thakur
                                                      12275 El Camino Real, Suite 200

8                                                        San Diego, California 92130
                                                      Telephone: 858-720-8900

9                                                        Facsimile: 858-509-3691

10                                                       Nathaniel Bruno
                                                      Four Embarcadero Center, 17th Floor

11                                                       San Francisco, CA 94111-4106
                                                     Telephone: 415.434.9100

12                                                       Facsimile: 415.434.3947

13                                                    Attorneys for QUANTUM CORPORATION

14

15 Dated: December 13, 2007                   QUINN EMANUEL URQUHART OLIVER & LLP

16                                                    By: /s/ Todd M. Briggs

17                                                      Claude M. Stern
                                                     Todd M. Briggs

18                                                      555 Twin Dolphin Drive, Suite 560
                                                     Redwood Shores, CA 94065

19                                                      Telephone: 650-801-5020
                                                     Facsimile: 650-801-5100

20                                                    Attorneys for RIVERBED TECHNOLOGY, INC.

21

22        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24

25

26 Dated: _____     _____
                                                        Honorable William H. Alsup

27                                                       United States District Judge

28