1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9  QUANTUM CORPORATION,                | Case No. C07-04161 WHA

10              Plaintiff,              | STIPULATION AND [PROPOSED] ORDER
                                        | TO EXTEND SPECIFIED DISCLOSURE
11      v.                              | AND DISCOVERY RESPONSE
                                        | DEADLINES
12
   RIVERBED TECHNOLOGY INC.,
13
                Defendant.
14
                                        | Honorable William H. Alsup
15                                      | United States District Judge

16                                      | Complaint Filed: August 14, 2007
                                        | Trial Date: February 2, 2009
17
   ─────────────────────────────────
18  AND RELATED COUNTERCLAIMS

19

20

21

22

23

24

25

26

27

28

W02-WEST:6NB1\400607150.1

Case No. C07-04161 WHA                  1        STIPULATION AND [PROPOSED] ORDER TO
                                                 EXTEND SPECIFIED DISCLOSURE AND
                                                 DISCOVERY RESPONSE DEADLINES.

1  **STIPULATION**

2  The parties, by and through their respective counsel of record, stipulate and agree that
3  the following specific disclosure and/or discovery response deadlines be extended as set forth below.
4  A.   Prior Time Modifications
5  On November 1, 2007, this Court issued an order based on a stipulation of the parties
6  continuing the Initial Case Management Conference in this action from November 15 to November
7  29. (Docket No. 19.)
8  On December 3, 2007, Quantum requested and Riverbed agreed to extend Quantum
9  Corporation's ("Quantum's") deadline to respond to Riverbed's Interrogatory No. 1 from its First Set
10 of Interrogatories from December 3 to December 10. Riverbed's Interrogatory No. 1 seeks
11 Quantum's contention as to the conception date of the claims in Quantum's '810 patent and related
12 information.
13 B.   Reasons For Requested Continuance
14 Quantum will provide its Preliminary Infringement Contentions pursuant to Patent
15 Local Rule 3-1 and documents responsive to Patent Local Rule 3-2(c) by the current deadline of
16 December 13, 2007. But information and documents allowing Quantum to respond to Riverbed's
17 Interrogatory No. 1 and to fulfill its Patent Local Rule 3-2(a) and (b) obligations (which includes
18 documents relating to the conception date of the claims in Quantum's '810 patent) are in the
19 possession, custody, or control of persons who reside in Australia, creating logistical difficulties for
20 Quantum in gathering it. Quantum is endeavoring to provide responses and information in good
21 faith, but requires further reasonable time to do so.
22 Because Quantum has requested this additional time, Riverbed requests that the date
23 of its obligation to provide Preliminary Invalidity Contentions and related materials pursuant to
24 Patent Local Rules 3-3 and 3-4 be extended by a corresponding reasonable amount of time to
25 provide it the benefit of reviewing Quantum's responses and productions relating to the conception
26 date of the claim in Quantum's '810 patent before providing invalidity contentions and related
27 materials for those claims.
28

1  The parties do not believe the extensions requested will affect the overall progress of the case or their ability to keep the current claim construction hearing and trial dates.

C. <u>Proposed Changes to Disclosure and Discovery Response Deadlines</u>

The parties stipulate and respectfully request that:

1. Quantum's deadline to initially respond to Riverbed's Interrogatory No. 1 be extended from the current stipulated date of December 10, 2007 to the new date of December 24, 2007.

2. Quantum's deadline to produce any appropriate materials responsive to Patent Local Rule 3-2(a) and (b) be extended from the current date of December 13, 2007 to the new date of December 28, 2007.

3. Riverbed's deadline to fulfill its Patent Local Rule 3-3 and 3-4 obligations be extended from the current deadline of January 31, 2008 to the new deadline of February 14, 2008.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Quantum attests that counsel for Riverbed whose electronic signature is provided has concurred in this filing.

Dated: December 13, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Nathaniel Bruno

Amar L. Thakur
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691

Nathaniel Bruno
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for QUANTUM CORPORATION

Dated: December 13, 2007

QUINN EMANUEL URQUHART OLIVER & LLP

By: /s/ Todd M. Briggs

Claude M. Stern
Todd M. Briggs
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: 650-801-5020
Facsimile: 650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 14, 2007

IT IS SO ORDERED
Judge William Alsup

Honorable William H. Alsup
United States District Judge