1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
   Email:      claudestern@quinnemanuel.com
5             toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.

7

8

9  **UNITED STATES DISTRICT COURT**

   **NORTHERN DISTRICT OF CALIFORNIA**
10

11

   QUANTUM CORPORATION,                          CASE NO. C 07-4161 WHA
12
           Plaintiff,           **[PROPOSED] ORDER GRANTING**
13                                                **RIVERBED'S MOTION TO DISMISS**
      vs.                              **QUANTUM'S PATENT INFRINGEMENT**
14                                                **CLAIMS UNDER U.S. PATENT NO.**
   RIVERBED TECHNOLOGY, INC.,                    **5,990,810 FOR LACK OF SUBJECT**
15                                                **MATTER JURISDICTION**
         Defendant.
16

17 RIVERBED TECHNOLOGY, INC.,

18       Counterclaimant,

19    vs.

20 QUANTUM CORPORATION,

21       Counterdefendant.

22

23

24

25

26

27

28

1    Having considered Riverbed's Motion To Dismiss Quantum's Patent Infringement Claims

2  Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction, the Court **HEREBY**

3  **ORDERS** as follows:

4         1.    Riverbed's Motion To Dismiss Quantum's Patent Infringement Claims

5  Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction is **GRANTED**; and

6         2.    Riverbed's patent infringement claims against Quantum under U.S. Patent

7  No. 7,116,249 shall proceed in this action under the current case schedule.

8

9  **IT IS SO ORDERED.**

10

11  **DATED: _____**

12                                  _____

13                                  **THE HONORABLE WILLIAM ALSUP**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28