1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
   Email:        claudestern@quinnemanuel.com
5                toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.

7

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>     Plaintiff,<br><br>  vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>     Defendant.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>     Counterclaimant,<br><br>  vs.<br><br>QUANTUM CORPORATION,<br><br>     Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF RIVERBED'S MOTION TO DISMISS QUANTUM'S PATENT INFRINGEMENT CLAIMS UNDER U.S. PATENT NO. 5,990,810 FOR LACK OF SUBJECT MATTER JURISDICTION** |

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), counsel for Riverbed Technologies, Inc. ("Riverbed"). I submit this declaration in support of Riverbed's Motion To Dismiss Quantum's Patent Infringement Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is true and correct copy Riverbed Technology, Inc.'s First Set of Interrogatories dated November 2, 2007.

3. Attached hereto as **Exhibit B** is a true and correct copy of Quantum's Response to Riverbed Technology, Inc.'s First Set of Interrogatories dated December 3, 2007.

4. Attached hereto as **Exhibit C** is a true and correct copy of documents produced by Quantum in response to Riverbed's Interrogatory No. 8, and labeled QU 000214-219.

5. Attached hereto as **Exhibit D** is a true and correct copy of a document produced by Quantum in response to in response to Riverbed's Interrogatory No. 8, and labeled QU 000220-226.

6. Attached hereto as **Exhibit E** is true and correct copy of a letter from Todd Briggs (counsel for Riverbed) to Nate Bruno (counsel for Quantum) dated December 10, 2007.

7. Attached hereto as **Exhibit F** is true and correct copy of a letter from Nate Bruno, to Todd Briggs dated December 17, 2007. The letter responds to Riverbed's December 10, 2007 letter. The following is Quantum's entire response to Riverbed's comments regarding Quantum's initial response to Interrogatory No. 8:

> <u>Interrogatory No. 8</u>: Quantum is investigating further and will provide a supplemental response to this interrogatory by December 24, 2007 that further explains the chain of title or transfer of rights in the '810 Patent from Trustus Pty Limited to Quantum.

8. Attached hereto as **Exhibit G** is true and correct copy of Quantum's Supplemental Response to Riverbed's First Set of Interrogatories dated December 24, 2007.

9. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by Quantum in its supplemental response to Riverbed's Interrogatory No. 8, and labeled QU 000665-666.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 9, 2008 in Redwood Shores, California.

                                          /s/ Todd M. Briggs
                                            Todd M. Briggs