# EXHIBIT C

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JULY 11, 2005

PTAS


*102940029A*

ROBERT P. BELL
ROBERT PLATT BELL
REGISTERED PATENT ATTORNEY
8033 WASHINGTON ROAD
ALEXANDRIA, VA 22308


UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES DIVISION, P.O. BOX 1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 02/09/2005        REEL/FRAME: 016237/0855
                                    NUMBER OF PAGES: 4

BRIEF:  ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    TRUSTUS PTY LTD                 DOC DATE: 08/19/2002

ASSIGNEE:
    ROCKSOFT LIMITED
    7TH FLOOR, SHELL HOUSE
    170 NORTH TERRACE
    ADELAIDE SA 5000, AUSTRALIA

SERIAL NUMBER: 08894091             FILING DATE: 08/15/1997
PATENT NUMBER: 5990810              ISSUE DATE: 11/23/1999
TITLE: METHOD FOR PARTITIONING A BLOCK OF DATA INTO SUBBLOCKS AND FOR
       STORING AND COMMUNICATING SUCH SUBBLOCKS

QU 000214

016237/0855 PAGE 2


MARCUS KIRK, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

QU 000215



THIS DEED is made on 1 November 2004

BETWEEN    TRUSTUS PTY LTD (ABN 37 064 504 276) of 3/305 North Terrace Adelaide SA
5000, Australia ("Trustus")

AND    ROCKSOFT LIMITED (ABN 47 008 280 153) of 7th Floor, Shell House, 170
North Terrace, Adelaide SA 5000, Australia ("Rocksoft")

WHEREAS

A.    Trustus owns the Blocklets patent.

B.    Trustus issued a limited licence of the patent to Rocksoft on 19 August 2002.

C.    Trustus has now agreed to assign the patent to Rocksoft, subject to this Deed.

NOW, THEREFORE, the parties, intending to be legally bound hereby, and for good and
valuable consideration, detailed hereinafter, have agreed and do hereby agree as follows:

1.    DEFINITIONS

1.1    **Blocklets Library** means the software modules created by Trustus and known as
"blocklets.fw" (the core Blocklets library module) and "blocklp1.fw" (Blocklets
protocol one library module).

1.2    **Blocklets Patent** means United States registered patent #5,990,810 granted on 23
November 1999 titled *"Method for partitioning a block of data into sub-blocks and
for storing and communicating such sub-blocks"*.

2.    ASSIGNMENT

2.1 In consideration of Rocksoft's granting to Trustus the cash and options described in
Clause 3.1, Trustus hereby assigns absolutely to Rocksoft, encumbrance free all right, title
and interest in the Blocklets Patent and the Blocklets Library.

3.    CONSIDERATION

3.1    In consideration for the licences granted above, Rocksoft agrees to issue Trustus
5,000,000 (five million) share options in Rocksoft with an exercise price of AU$0.50
(fifty cents) and an expiry date of 1 November 2009 plus one hundred thousand
Australian Dollars (AU$100,000) paid in three equal instalments by the ends of
January, February and March 2005, or earlier at Rocksoft's discretion.

4.    DOCUMENTATION

4.1    Trustus will ensure that all documentation required to effect the above assignment
is completed and lodged with the relevant authorities.

4.2    Rocksoft will pay all fees associated with the transfer.

5.    LIMITATION OF LIABILITY

5.1    To the full extent permitted by law, Trustus hereby excludes all conditions or
warranties, whether imposed by statute or by operation of law or otherwise, not
expressly set out herein. To the full extent permitted by law, Trustus makes no
express or implied warranties or conditions including, without limitation, the
warranties of merchantability or fitness for a particular purpose, with respect to the
Blocklets Patent and the technology it describes, or to the Blocklets Library.

— 1 —

QU 000217



5.2    To the full extent permitted by law, in no event shall Trustus be liable for any special, incidental, indirect, or consequential damages (including, without limitation, damages for loss of business profits, business interruption, and loss of business information or software), resulting from the use of the Blocklets Patent (and the technology it describes) or the Blocklets Library in Rocksoft products, even if Trustus has been advised of the possibility of such damages and whether arising from breach of this Agreement, tort (including negligence), by operation of law or otherwise.

6.    **DEFENCE**

6.1    This assignment includes assignment of the right to take any action that Trustus has had, or may have, against any person to recover damages, accounts of profit or other relief for any infringement or misuse of the Blocklets Library and Blocklets Patent, including any such infringement or misuse prior to the date of this Deed.

6.2    This Agreement does not impose any requirement on a party to commence, defend or otherwise take part in any legal action relating to the Blocklets Patent or the Blocklets Library to defend the patent.

7.    **WAIVERS AND SEVERANCE**

7.1    Any waiver of any provision of this Agreement is ineffective unless it is in writing and signed by the party waiving its rights.

7.2    A waiver by either party in respect of a breach of a provision of this Agreement by the other party is not a waiver in respect of any other breach of that or any other provision.

7.3    The failure of either party to enforce at any time any of the provisions of this Agreement must not be interpreted as a waiver of that provision.

7.4    If any provision of this Agreement is held illegal or unenforceable by any arbitration panel or court of competent jurisdiction, such provision shall be deemed separable from the remaining provisions of this Agreement and shall not effect or impair the validity or enforceability of the remaining provisions of this Agreement.

8.    **MISCELLANEOUS**

8.1    Any modification of this Agreement must be in writing, must specifically refer to this Agreement, and must be executed by each party.

8.2    All stamp duty charges required to be paid in relation to this Agreement shall be borne and paid by Rocksoft.

8.3    This Agreement records the entire agreement between the Parties about its subject matter.

8.4    This Agreement is governed by the laws, and the parties agree to submit to the non-exclusive jurisdiction of the courts, of South Australia, Australia.

8.5    In the event that the Rocksoft shall exercise the grants licensed herein, but shall breach the Agreement, all such exercises of the grant at times after expiration, without cure, shall be deemed acts of infringement.

— 2 —

QU 000218

8.6    This Agreement is binding upon the parties hereto and their respective agents, successors, representatives and assignees.

EXECUTED as a Deed

THE COMMON SEAL of
TRUSTUS PTY LTD
was affixed in the presence of:

Signature _Ross Williams_          Signature   NO OTHER
                                                DIRECTOR

ROSS WILLIAMS
Full Name (print)                   Full Name (print)

DIRECTOR
Office Held                         Office Held

THE COMMON SEAL of
ROCKSOFT LIMITED
was affixed in the presence of:

Signature                           Signature

N. JAMES JOHNSON                    ANTHONY JOHN MARTIN
Full Name (print)                   Full Name (print)

CEO                                 CFO
Office Held                         Office Held

— 3 —

QU 000219