QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
       toddbriggs@quinnemanuel.com

Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>  Defendant.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>  Counterclaimant,<br><br>  vs.<br><br>QUANTUM CORPORATION,<br><br>  Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**RIVERBED TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION UNDER CIVIL LOCAL RULE 79-5(D) TO FILE CERTAIN INFORMATION DESIGNATED BY QUANTUM CORPORATION AS CONFIDENTIAL UNDER SEAL** |

Case No. C 07-04161 WHA

-1-

RIVERBED'S ADMINISTRATIVE MOTION TO FILE CERTAIN INFORMATION UNDER SEAL

Pursuant to Civil Local Rule 79-5(d) and the Protective Order in this action, Riverbed Technology, Inc. ("Riverbed") submits this request to file the following documents under seal. Riverbed has no objection to filing these documents in the public record, but is filing these documents under seal because Quantum Corporation ("Quantum") has designated this information confidential under the protective order that governs this action.

- Riverbed's Motion To Dismiss Quantum's Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction (containing information designated confidential by Quantum under the protective order)

- Exhibits B, D, G, and H to the Declaration of Todd Briggs In Support Of Riverbed's Motion To Dismiss Quantum's Patent Infringement Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction.

Respectfully submitted,

January 9, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.