1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
4  Facsimile: (650) 801-5100
   Email: claudestern@quinnemanuel.com
5             toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.
7

8
                      **UNITED STATES DISTRICT COURT**
9
                      **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  QUANTUM CORPORATION,                        CASE NO. C 07-4161 WHA

13        Plaintiff,                           **NOTICE OF MANUAL FILING**

14    vs.

15  RIVERBED TECHNOLOGY, INC.,

16        Defendant.

17  RIVERBED TECHNOLOGY, INC.,

18        Counterclaimant,

19    vs.

20  QUANTUM CORPORATION,

21        Counterdefendant.

22

23

24

25

26

27

28

Case No. C 07-04161 WHA         -1-        NOTICE OF MANUAL FILING

Pursuant to General Order 45 (Section VII), Local Rule 79-5(d), and the Protective Order in this action, Riverbed Technology, Inc. ("Riverbed") hereby provides notice that the following documents are being filed in paper form in the Clerk's Office. These documents are being manually filed because Quantum Corporation ("Quantum") has designated information in these documents confidential under the protective order that governs this action.

- Riverbed's Motion To Dismiss Quantum's Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction (containing information designated confidential by Quantum under the protective order)

- Exhibits B, D, G, and H to the Declaration of Todd Briggs In Support Of Riverbed's Motion To Dismiss Quantum's Patent Infringement Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction.

Respectfully submitted,

January 9, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.