1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2     Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:   (650) 801-5000
4  Facsimile:   (650) 801-5100
   Email:   claudestern@quinnemanuel.com
5              toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.
7

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>       Plaintiff,<br><br>   vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>       Defendant.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>       Counterclaimant,<br><br>   vs.<br><br>QUANTUM CORPORATION,<br><br>       Counterdefendant. | **CASE NO. C 07-4161 WHA**<br><br>**RIVERBED'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION TO DISMISS QUANTUM'S PATENT INFRINGEMENT CLAIMS UNDER U.S. PATENT NO. 5,990,810 FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**Current Schedule For Hearing:**<br>Date:   February 14, 2008<br>Time:   8:00 a.m.<br>Judge: The Honorable William Alsup<br><br>**Proposed Schedule For Hearing:**<br>Date:   January 31, 2008<br>Time:   8:00 a.m.<br>Judge: The Honorable William Alsup<br><br>**[CIVIL L.R. 6-3]** |

51198/2348291.1
Case No. C 07-04161 WHA

RIVERBED'S MOTION TO
EXPEDITE HEARING

Pursuant to Civil Local Rule 6-3, Riverbed Technology, Inc. ("Riverbed") respectfully moves for an Order shortening the time for briefing and hearing of Riverbed's pending Motion to Dismiss Quantum's Patent Infringement Claims Under U.S. Patent No. 5,990,810 for Lack of Subject Matter Jurisdiction ("Motion to Dismiss"). (Docket No. 35).  Riverbed's Motion to Dismiss addresses a crucial aspect of this action - whether Plaintiff and counterdefendant Quantum Corporation ("Quantum") had standing to bring suit under U.S. Patent No. 5,990,810 ("the '810 Patent").

The hearing on Riverbed's Motion to Dismiss is currently scheduled for February 14, 2008. Riverbed respectfully requests that the Court hear its motion two weeks earlier – on January 31, 2008 – so as to avoid unnecessary and costly discovery and further litigation relating to Quantum's patent infringement claims under the '810 patent.  Quantum is seeking a wide range of information regarding Riverbed products alleged to infringe the '810 patent, and Riverbed's Preliminary Invalidity Contentions are due on February 14, 2008. (*See* Stipulation and Order, Docket No. 34). Requiring Riverbed to provide this information when Quantum has been unable to demonstrate that it had standing to bring its patent infringement claims is highly prejudicial, unnecessary and costly to Riverbed.[1]

Quantum would not be prejudiced by an expedited schedule.  The parties have conducted discovery on Quantum's standing under the '810 patent for nearly two months and Riverbed does not believe any further discovery is necessary.  Furthermore, Riverbed's motion presents a discrete and straightforward legal issue.

---

[1] Concurrently, Riverbed has filed a motion to stay discovery and Patent Local Rule disclosures relating to the merits of Quantum's patent infringement claim pending the resolution of Riverbed's Motion to Dismiss.

Accordingly, Riverbed respectfully requests that the Court shorten the briefing and hearing schedule as follows:

    **Motion:**    **January 9, 2008 (already filed)**

    **Opposition:**    **January 17, 2008**

    **Reply:**    **January 24, 2008**

    **Hearing:**    **January 31, 2008, 8:00 a.m.**

Respectfully submitted,

January 10, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Claude M. Stern
Claude M. Stern
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.