1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
4  Facsimile:     (650) 801-5100
   Email:       claudestern@quinnemanuel.com
5              toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| QUANTUM CORPORATION, | CASE NO. C 07-4161 WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING RIVERBED'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION TO DISMISS QUANTUM'S PATENT INFRINGEMENT CLAIMS UNDER U.S. PATENT NO. 5,990,810 FOR LACK OF SUBJECT MATTER JURISDICTION** |
| vs. | |
| RIVERBED TECHNOLOGY, INC., | |
| Defendant. | |
| RIVERBED TECHNOLOGY, INC., | |
| Counterclaimant, | |
| vs. | |
| QUANTUM CORPORATION, | |
| Counterdefendant. | |

51198/2348531.1
Case No. C 07-04161 WHA

PROPOSED ORDER GRANTING
RIVERBED'S MOTION TO
EXPEDITE HEARING

Having considered Riverbed's Motion To Shorten Time for Hearing on Its Motion to Dismiss Quantum's Patent Infringement Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction, the Court **HEREBY ORDERS** as follows:

1. Riverbed's Motion To Shorten Time for Hearing on Its Motion to Dismiss Quantum's Patent Infringement Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction is **GRANTED**; and

2. The parties are hereby **ORDERED** to comply with the following hearing and briefing schedule:

| | |
|---|---|
| Motion: | January 9, 2008 (already filed) |
| Opposition: | January 17, 2008 |
| Reply: | January 24, 2008 |
| Hearing: | January 31, 2008, 8:00 a.m. |

**IT IS SO ORDERED.**

DATED: _____

_____
**THE HONORABLE WILLIAM ALSUP**

-2-

51198/2348531.151198/2344682.1
Case No. C 07-04161 WHA

PROPOSED ORDER GRANTING
RIVERBED'S MOTION TO
EXPEDITE HEARING