# EXHIBIT A

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

January 9, 2008

WRITER'S DIRECT DIAL NO.
**(650) 801-5020**

WRITER'S INTERNET ADDRESS
**toddbriggs@quinnemanuel.com**

*VIA EMAIL*

Amar Thakur
Sheppard, Mullin, Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

Re:  *Quantum Corporation v. Riverbed Technology, Inc.* (No. C 07-4161 WHA)

Dear Amar:

As you know, Riverbed filed a motion to dismiss Quantum's claims for infringement of U.S. Patent 5,990,810 for lack of subject matter jurisdiction earlier today. It is clear given Quantum's discovery responses and the December 24, 2007 assignment from Rocksoft to A.C.N. 120 that Quantum did not own or have all substantial rights to the '810 Patent when it filed suit on August 14, 2007. Under controlling Federal Circuit law, such a lack of standing cannot be cured with a post-filing grant of rights and Quantum's claims should be dismissed. This is outlined in detail in Riverbed's motion to dismiss, which we urge you to review immediately.

You should also be aware that Riverbed filed a complaint today in Delaware seeking a declaration that the '810 patent is invalid and not infringed by Riverbed. In light of this and Quantum's clear lack of standing in the Northern District of California, we recommend that Quantum voluntarily dismiss its patent infringement claims in the Northern District of California and proceed with the action in Delaware. If Quantum does not intend to voluntarily dismiss its claims in the Northern District of California, Riverbed requests that Quantum agree to the following.

First, Riverbed requests that Quantum stipulate to an expedited briefing schedule on Riverbed's motion to dismiss. The hearing for this motion is presently set for February 14, 2008. We propose the following schedule:

| | |
|---|---|
| January 17, 2008 | Quantum's opposition to Riverbed's motion to dismiss due |
| January 24, 2008 | Riverbed's reply in support of its motion to dismiss due |
| January 31, 2008 | 8:00 a.m. hearing before Judge Alsup |

76322/2347633.3

Amar Thakur, Esq.
January 9, 2008
Page 2 of 2

      Second, Riverbed requests that Quantum stipulate to a stay of discovery and all Patent Local Rule disclosures relating to Quantum's claims under the '810 patent pending the resolution of Riverbed's motion to dismiss. Discovery and all Patent Local Rule disclosures relating to Riverbed's patent infringement claims under the '249 patent will not be affected.

      Please inform us as soon as possible whether you agree to the foregoing. If Quantum does not agree to these proposals or if Riverbed does not hear from Quantum by 5:00 p.m. on January 10, 2008, Riverbed intends to move the Court on these issues.

Very Truly Yours,

*[signature: Todd Briggs]*

Todd Briggs

76322/2347633.3