IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>    Defendant. | No. C 07-04161 WHA<br><br>**ORDER REQUESTING RESPONSE** |

The Court has received defendant's letter requesting a protective order staying all discover pending the resolution of defendant's motion to dismiss. Plaintiff is ordered to respond to the letter by **JANUARY 15, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: January 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE