# **EXHIBIT D**

## Nate Bruno

**From:** Amar Thakur
**Sent:** Monday, December 31, 2007 12:03 PM
**To:** 'Todd Briggs'
**Cc:** Mauricio Flores; Nate Bruno; Claude M. Stern; David Wei, Jr.; Andrew Bramhall
**Subject:** RE: Quantum v. Riverbed (Quantum's 1st set of Rogs)

1. We look forward to receiving your supplemental interrogatory responses next week.

2. Yes. There is no error in Quantum's definition of "INFRINGING PRODUCT." In my voicemail, I offered to amend that definition today if you think it is unclear (and you will not be prejudiced by that amendment as you are not producing your supplemental interrogatory responses until next week).

3. Ross Williams. Dr. Williams has been on holiday and was unreachable for several days. He finally called me back late Friday and I discussed your letter with him at some length. He is going to consider your request and get back to us.

Regards, Amar

Amar L. Thakur | Sheppard Mullin | 12275 El Camino Real, Suite 200, San Diego, CA 92130
Tel:(858) 720-8963 | F:(858) 509-3691 | Cell:(858) 248-0479 | Email:athakur@smrh.com

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, December 31, 2007 9:39 AM
**To:** Amar Thakur
**Cc:** Mauricio Flores; Nate Bruno; Claude M. Stern; David Wei, Jr.; Andrew Bramhall
**Subject:** RE: Quantum v. Riverbed (Quantum's 1st set of Rogs)

Amar,

As I mentioned during our call on Friday, we have not had an opportunity to fully review Quantum's amended infringement contentions. We did not receive those contentions until Thursday evening. Due to the holiday weekend, we should complete our review shortly after the New Year. If Quantum's amended contentions define the accused products in accordance with Patent L.R. 3-1 and otherwise comply with the rules, we should be able to provide supplemental interrogatory responses early next week.

With respect to Quantum's definition of "INFRINGING PRODUCT", you left me a voicemail on Friday afternoon (after sending the email below) indicating that the definition of infringing product was in fact correct and there is no error. Will you please confirm this.

Thanks, Todd

---

**From:** Amar Thakur [mailto:AThakur@sheppardmullin.com]
**Sent:** Friday, December 28, 2007 11:04 AM
**To:** Todd Briggs
**Cc:** Mauricio Flores; Nate Bruno; Amar Thakur
**Subject:** Quantum v. Riverbed (Quantum's 1st set of Rogs)

Confirming our discussion today, you will promptly provide us a target date for your substantive responses to

those interrogatories in Quantum's First Set of Interrogatories to which you did not respond based on our purported non-compliance with PLR 3-1.

In addition, we advised you of the typographical error in the definition of "INFRINGING PRODUCT" in paragraph number 13, which referenced the '700 PATENT instead of correctly referencing the '800 PATENT. We appreciate your cooperation in acknowledging this typographical error.

Regards, Amar

Amar L. Thakur | Sheppard Mullin | 12275 El Camino Real, Suite 200, San Diego, CA 92130
Tel:(858) 720-8963 | F:(858) 509-3691 | Cell:(858) 248-0479 | Email:athakur@smrh.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**Sheppard, Mullin, Richter & Hampton LLP**

1/14/2008