# **EXHIBIT E**



Suite 200 | 12275 El Camino Real | San Diego, CA 92130-2006
858-720-8900 *office* | 858-509-3691 *fax* | *www.sheppardmullin.com*

Writer's Direct Line: 858-720-8956
mflores@sheppardmullin.com
Our File Number: 16HC-132982

January 9, 2008

*VIA E-MAIL*

Todd Briggs, Esq.
Quinn Emanuel LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Fax: (650) 801-5100

Re: *Quantum Corporation v. Riverbed Technology, Inc*, C07-04161-WHA – Riverbed's Responses to Quantum's Interrogatories 1 through 17

Dear Mr. Briggs:

On December 27, 2007, I e-mailed you a letter that addressed various deficiencies in Riverbed's responses to Quantum's first set of interrogatories. On December 31, 2007 you stated in an e-mail to Amar Thakur that, "If Quantum's amended contentions define the accused products in accordance with Patent L.R. 3-1 and otherwise comply with the rules, we should be able to provide supplemental interrogatory responses early next week." It is now Wednesday afternoon and you have neither provided any supplemental responses nor advised us when we are to expect those responses.

Your opinion as to the adequacy of Quantum's compliance with Patent L.R. 3-1 is irrelevant to Riverbed's obligation to provide adequate responses to Quantum's interrogatories. The deficiencies we pointed out in Riverbed's responses have nothing whatsoever to do with Quantum's infringement contentions.

Please provide me a substantive response to the points raised in my December 27 letter, stating Riverbed's position on the deficiencies raised therein and the date on which Riverbed will file its supplemental responses by tomorrow, January 10, 2008.

Very truly yours,

*[signature]* for

Mauricio A. Flores

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP