# **EXHIBIT F**

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

January 10, 2008

WRITER'S DIRECT DIAL NO.
**(650) 801-5020**

WRITER'S INTERNET ADDRESS
toddbriggs@quinnemanuel.com

*VIA EMAIL*

Mauricio A. Flores
Sheppard, Mullin, Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

Re:  *Quantum Corporation v. Riverbed Technology, Inc.* (No. C 07-4161 WHA)

Dear Mr. Flores:

This letter responds to your January 9, 2008 and December 27, 2007 letters. As explained in my letter to Amar Thakur sent yesterday evening, Riverbed is seeking a stay of all discovery and all Patent Local Rule disclosures relating to Quantum's patent infringement claims under the '810 patent pending the resolution of Riverbed's motion to dismiss. Accordingly, Riverbed does not intend to supplement its responses to Quantum's first set of interrogatories at this time as all of these interrogatories are directed to Quantum's claims under the '810 patent. If Quantum does not stipulate to a stay of discovery and the Court denies our motion to stay, we will revisit the issues raised in your December 27 letter.

Should you have any questions, please do not hesitate to contact me.

Very Truly Yours,

Todd Briggs

51198/2348080.1