IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.
    /

AND RELATED COUNTERCLAIMS.
    /

No. C 07-04161 WHA

**ORDER DENYING MOTION TO SEAL**

Defendant's request to file documents under seal is **DENIED**. In *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the Ninth Circuit held that *more* than good cause, indeed, "compelling reasons" are required to seal documents used in dispositive motions, just as compelling reasons would be needed to justify a closure of a courtroom during trial. Otherwise, the Ninth Circuit held, public access to the work of the courts will be unduly compromised. Therefore, no request for a sealing order will be allowed on summary judgment motions (or other dispositive motions) unless the movant first shows a "compelling reason," a substantially higher standard than "good cause." Only social security numbers, names of juveniles, home addresses and phone numbers, and trade secrets of a compelling nature (like the recipe for Coca Cola, for example) will qualify. *If the courtroom would not be closed for the information, nor should any dispositive motion proceedings, which are, in effect, a substitute for trial.*

Neither plaintiff nor defendant have given a "compelling reason" for any of the documents to be filed under seal. In addition, a party may not meet their burden by simply

designating a document as confidential. Such circumstances would confer upon the parties the power to seal any document it so chooses. For the foregoing reasons, defendant's request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE