IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.

_____/

AND RELATED COUNTERCLAIMS.

_____/

No. C 07-04161 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    The Court **SETS WEDNESDAY, JANUARY 23, 2008, AT 9:00 A.M.** for a hearing on plaintiff's discovery dispute as outlined in its letter of January 14. Defendant's response is due by **NOON ON JANUARY 17**.

    **IT IS SO ORDERED.**

Dated: January 15, 2008.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE