1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
   Email:        claudestern@quinnemanuel.com
5                toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  QUANTUM CORPORATION,                  CASE NO. C 07-4161 WHA

13          Plaintiff,                    [PROPOSED] ORDER GRANTING
                                          RIVERBED'S MOTION TO SHORTEN
14      vs.                               TIME FOR HEARING ON ITS MOTION
                                          TO DISMISS QUANTUM'S PATENT
15  RIVERBED TECHNOLOGY, INC.,            INFRINGEMENT CLAIMS UNDER U.S.
                                          PATENT NO. 5,990,810 FOR LACK OF
16          Defendant.                    SUBJECT MATTER JURISDICTION

17  RIVERBED TECHNOLOGY, INC.,

18          Counterclaimant,

19      vs.

20  QUANTUM CORPORATION,

21          Counterdefendant.

22

23

24

25

26

27

28
                                                   PROPOSED ORDER GRANTING
   51198/2348531.1                                      RIVERBED'S MOTION TO
   Case No. C 07-04161 WHA                               EXPEDITE HEARING

Having considered Riverbed's Motion To Shorten Time for Hearing on Its Motion to Dismiss Quantum's Patent Infringement Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction, the Court **HEREBY ORDERS** as follows:

1. Riverbed's Motion To Shorten Time for Hearing on Its Motion to Dismiss Quantum's Patent Infringement Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction is **GRANTED**; and

2. The parties are hereby **ORDERED** to comply with the following hearing and briefing schedule:

| | |
|---|---|
| Motion: | January 9, 2008 (already filed) |
| Opposition: | January 17, 2008 |
| Reply: | January 24, 2008 |
| Hearing: | January 31, 2008, 8:00 a.m. |

**IT IS SO ORDERED.**

**DATED:** January 15, 2008.



_____
**THE HONORABLE WILLIAM ALSUP**

-2-

PROPOSED ORDER GRANTING
RIVERBED'S MOTION TO
EXPEDITE HEARING

51198/2348531.151198/2344682.1
Case No. C 07-04161 WHA