IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.
    /

AND RELATED COUNTERCLAIMS.
    /

No. C 07-04161 WHA

**ORDER RESETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    The Court **RESETS TUESDAY, JANUARY 22, 2008, AT 8:00 A.M.** for a hearing on plaintiff's discovery dispute as outlined in its letter of January 14. Defendant's response is due by **NOON ON JANUARY 17**. Please do **NOT** stipulate around our hearing dates, as they are specially set for discovery hearings.

    **IT IS SO ORDERED.**

Dated: January 16, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE