IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.
                                         /

AND RELATED COUNTERCLAIMS.
                                         /

No. C 07-04161 WHA

**PROTECTIVE ORDER AND ORDER VACATING DISCOVERY HEARING**

      Given the possible gap in the chain of title of the patent in suit such that plaintiff may not have standing to sue, an issue tendered on a pending motion to dismiss, this order **STAYS** the duty to respond to any *discovery* herein but does not stay the duty to abide by any and all *disclosure* rules. Discovery on the chain of title is **NOT STAYED**, however. This is not a perfect solution for either side but it is a fair balance of the equities on the record before the Court. The discovery dispute in the January 14 letter will be taken up after the dust settles in the motion to dismiss. It is dismaying to read the January 14 letter and to contemplate yet another "patent litigation" discovery dispute. Please try to work it out, but if not, the Court will deal with it. The hearing on plaintiff's discovery dispute on January 22, 2008, is hereby **VACATED**.

      **IT IS SO ORDERED.**

Dated: January 16, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE