

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

Suite 200  |  12275 El Camino Real  |  San Diego, CA  92130-2006
858-720-8900 *office*  |  858-509-3691 *fax*  |  **www.sheppardmullin.com**

Writer's Direct Line: 858-720-8963
athakur@sheppardmullin.com
Our File Number:  16HC-132982

January 16, 2008

*VIA ELECTRONIC FILING*

Honorable William H. Alsup
450 Golden Gate Ave.
Courtroom 9, 19th Floor
San Francisco, CA 94102

> Re:    *Quantum Corporation v. Riverbed Technology, Inc*, C07-04161-WHA –
> Request that Quantum's "CONFIDENTIAL" Interrogatory Responses
> Remain Sealed

Dear Judge Alsup:

On January 9, Defendant Riverbed filed a motion to dismiss [Docket No. 35]. Supporting that motion was a declaration of Todd M. Briggs [Docket No. 36] (**"Briggs Declaration"**) that attached four exhibits (Exhibits B, D, G, and H) containing information designated "CONFIDENTIAL" by Plaintiff Quantum. Per Civil L.R. 79-5(d), Quantum had 7 days to submit a declaration supporting the sealing of those exhibits. (Civil L.R. 79-5(d) allows 5 days, and weekend days do not count per Fed. R. Civ. P. 6(a).) However, on January 14, 2008, not even a full 5 days after the filing of the exhibits by Riverbed, this Court issued an order [Docket No. 45] denying the motion to seal based on the fact that a supporting declaration had not been filed.

Quantum now submits the appropriate declaration (from Jonathan Otis of Quantum) supporting sealing, attached hereto as Exhibit A. As the declaration explains, Quantum submits to the public filing of Exhibits D and H to the Briggs Declaration, but it must insist that Exhibits B and G (interrogatory responses containing information Quantum designated "CONFIDENTIAL") be preserved under seal for the reasons described in the declaration.

This declaration is submitted within the timeframe allowed by the applicable rules, and Quantum respectfully requests the Court issue an amended order confirming the sealing of Exhibits B and G to the Briggs Declaration [Docket No. 36].

Very truly yours,
/s/
Amar L. Thakur
Nathaniel Bruno

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
[COUNSEL FOR QUANTUM CORPORATION]