AMAR L. THAKUR, Cal. Bar No. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
JON E. MAKI, Cal Bar No. 199958
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
Email: athakur@sheppardmullin.com
       jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-2984
Facsimile: 415-434-6095
Electronic mail: nbruno@sheppardmullin.com

Attorneys for Plaintiff
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>Defendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br>United States District Judge<br><br>**QUANTUM'S NARROWLY-TAILORED [PROPOSED] ORDER GRANTING SEALING OF EXHIBITS B AND G TO THE DECLARATION OF TODD M. BRIGGS [DOCKET NO. 36]** |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>Counterdefendant. | Complaint Filed: August 14, 2007<br>Trial Date: February 2, 2009 |

-1-

W02-WEST:6NB1\400675768.1
Case No. C07-004161 (WHA)

QUANTUM'S NARROWLY-TAILORED [PROPOSED] ORDER GRANTING SEALING OF EXHIBITS B AND G TO THE DECLARATION OF TODD M. BRIGGS [DOCKET NO. 36]

**ORDER**

Upon compelling reasons shown pursuant to the letter and Declaration of Jonathan Otis filed by Quantum Corporation as Docket No. 50 and 50-2 on January 16, 2007, IT IS HEREBY ORDERED that the Order of this Court filed as Docket No. 45 is hereby amended, such that:

(1)  Exhibits B and G to the Declaration of Todd M. Briggs [Docket No. 36] shall be sealed by the Clerk and shall be taken out of or otherwise not placed in the public file.

(2)  However, as previously ordered, Exhibits D and H to the Declaration of Todd M. Briggs [Docket No. 36] shall not be sealed, and shall be placed in the public file.

**IT IS SO ORDERED.**

Dated: _____         _____
                                                        Honorable William H. Alsup