# EXHIBIT A

**Todd Briggs**

**From:** Mauricio Flores [mflores@sheppardmullin.com]
**Sent:** Thursday, January 17, 2008 11:24 AM
**To:** Todd Briggs
**Subject:** Re: Stipulation regarding Quantum's motion to compel

Let's discuss. Are you available at 1:30?

----- Original Message -----
From: Todd Briggs <toddbriggs@quinnemanuel.com>
To: Mauricio Flores
Cc: Jon Maki; Amar Thakur; Claude M. Stern <claudestern@quinnemanuel.com>; Sandra Nichols <sandranichols@quinnemanuel.com>; Cristina Herrera <cristinaherrera@quinnemanuel.com>; Andrew Bramhall <andrewbramhall@quinnemanuel.com>; David Wei, Jr. <davidweijr@quinnemanuel.com>; Nate Bruno
Sent: Thu Jan 17 11:13:37 2008
Subject: RE: Stipulation regarding Quantum's motion to compel

Mauricio,

Can you tell us why the conception dates of each claim of the '700 patent are relevant? Your position is makes no sense to us.

-Todd

---

From: Mauricio Flores [mailto:mflores@sheppardmullin.com]
Sent: Thursday, January 17, 2008 11:07 AM
To: Todd Briggs
Cc: Jon Maki; Amar Thakur; Claude M. Stern; Sandra Nichols; Cristina Herrera; Andrew Bramhall; David Wei, Jr.; Nate Bruno
Subject: RE: Stipulation regarding Quantum's motion to compel

We resolved our dispute with respect to Quantum Interrogatory Nos. 1-6, 9, and 10 and supplemental responses to Quantum Interrogatory Nos. 8 and 12.

We still have a dispute with respect to No 7, so paragraphs 2 and 3 are not acceptable.

Suggest we file with Paragraph 1 only.

---

From: Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
Sent: Wednesday, January 16, 2008 9:30 PM
To: Mauricio Flores
Cc: Jon Maki; Amar Thakur; Rebecca Roberts; Craig Wendland; Jane Gorsi; Donna Grimes; Claude M. Stern; Sandra Nichols; Cristina Herrera; Andrew Bramhall; David Wei, Jr.; Carolyn Davis; Nate Bruno
Subject: RE: Stipulation regarding Quantum's motion to compel

Mauricio,

Attached is a draft stipulation and order. Please let us know if you have any comments. We would like to have this on file by noon tomorrow since the court ordered Riverbed to respond to Quantum's motion to compel by then.

Thanks, Todd

---

From: Amar Thakur [mailto:AThakur@sheppardmullin.com]
Sent: Wednesday, January 16, 2008 5:55 PM
To: Todd Briggs
Cc: Mauricio Flores; Jon Maki; Rebecca Roberts; Craig Wendland; Jane Gorsi; Donna Grimes; Claude M. Stern; Sandra Nichols; Cristina Herrera; Andrew Bramhall; David Wei, Jr.; Carolyn Davis; Nate Bruno
Subject: RE: Stipulation regarding Quantum's motion to compel

Conceptually, I accept your proposal. Please send us a draft stipulation and order. I am traveling tomorrow, but Mauricio is available tomorrow to work with you to finalize the stipulation and order.
Amar L. Thakur | Sheppard Mullin | 12275 El Camino Real, Suite 200, San Diego, CA 92130
Tel:(858) 720-8963 | F:(858) 509-3691 | Cell:(858) 248-0479 | Email:athakur@smrh.com

---

Sheppard Mullin <http://www.sheppardmullin.com/images/smrhlogo-mini.jpg>     12275 El Camino Real
Suite 200
San Diego, CA 92130-2006
858.720.8900 office
858.509.3691 fax
www.sheppardmullin.com <http://www.sheppardmullin.com/>

Amar L. Thakur

858.720.8963 direct | 858.847.4841 direct fax
AThakur@sheppardmullin.com | Bio <http://www.sheppardmullin.com/attorneys-50.html>

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

Sheppard, Mullin, Richter & Hampton LLP

Please visit our website at www.sheppardmullin.com <http://www.sheppardmullin.com/>

---

From: Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
Sent: Wednesday, January 16, 2008 3:05 PM
To: Amar Thakur
Cc: Mauricio Flores; Jon Maki; Rebecca Roberts; Craig Wendland; Jane Gorsi; Donna Grimes; Claude M. Stern; Sandra Nichols; Cristina Herrera; Andrew Bramhall; David Wei, Jr.; Carolyn Davis; Nate Bruno; Todd Briggs
Subject: Stipulation regarding Quantum's motion to compel

Dear Amar:

In light of Judge Alsup's request today that the parties try and work out issues relating to Quantum's motion to compel and the order granting Riverbed's motion to stay, we believe that the parties can resolve Quantum's motion without further assistance from the Court. (See Protective Order And Order Vacating Discovery Hearing, Docket No. 49, attached herewith.)

We propose filing a joint stipulation where (1) Riverbed will agree to provide responses to Quantum Interrogatory Nos. 1-6, 8, 9, 10, and 12 within five business days of any order lifting the stay on discovery relating to the '810 patent, and (2) Quantum will agree to withdraw its motion to compel.

Riverbed cannot agree to provide supplemental responses, however, to Quantum Interrogatory No. 7. This interrogatory, which seeks detailed information relating to the conception date of each claim of Riverbed's '700 patent, truly seeks information that is not relevant to this action. We agree that some information relating to the '700 patent is relevant to this case because the '249 claims priority to the '700 patent, but the conception dates of the claims of a non-asserted patent are simply irrelevant. In contrast, an interrogatory that seeks the conception dates for the asserted claims of Riverbed's '249 would be relevant.

Please let us know if you are agreeable to such a stipulation and we will prepare one for your review. We would appreciate a response by the end of the day as our response to Quantum's motion to compel is due tomorrow at noon.


Best Regards,


Todd M. Briggs

Quinn Emanuel Urquhart Oliver & Hedges, LLP

555 Twin Dolphin Drive, Suite 560

Redwood Shores, CA 94065

Direct: (650) 801-5020

Fax: (650) 801-5100

1/17/2008