# EXHIBIT B

[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>    Defendant. | CASE NO. C 07-4161 WHA<br><br>**STIPULATION RE QUANTUM'S MOTION TO COMPEL AND [PROPOSED] ORDER THEREON** |
| RIVERBED TECHNOLOGY, INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>QUANTUM CORPORATION,<br><br>    Counterdefendant. | |

Riverbed Technology, Inc. ("Riverbed") and Quantum Corporation ("Quantum") respectfully request that the Court enter the following stipulation the parties reached regarding Quantum's motion to compel responses to Quantum Interrogatory Nos. 1-10 and 12. (*See* Quantum's January 14 Letter Brief, Docket No. 44.) The parties to this action, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** as follows:

1. Riverbed shall provide responses to Quantum Interrogatory Nos. 1-6, 9, and 10 and supplemental responses to Quantum Interrogatory Nos. 8 and 12 within five (5) business days after the Court issues an order, if any, lifting the stay of discovery relating to Quantum's '810 patent;

2. Riverbed shall not be required to respond to Quantum Interrogatory No. 7; and

3. Quantum hereby withdraws its motion to compel filed on January 14, 2008 (*See* Quantum's January 14 Letter Brief, Docket No. 44).

Dated: January 17, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

Dated: January 17, 2008     SHEPPARD MULLIN

/s/ Mauricio Flores
Mauricio Flores
Attorneys for Defendant and Counterclaimant
QUANTUM CORPORATION

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

-2-

51198/2316696.1
Case No. C 07-04161 WHA

STIPULATION RE QUANTUM'S
MOTION TO COMPEL AND
[PROPOSED] THEREON

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Honorable William H. Alsup
United States District Judge