1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>  Defendant. | CASE NO. C 07-4161 WHA<br><br>**[PROPOSED] ORDER RE QUANTUM'S MOTION TO COMPEL DATED JANUARY 14, 2008** |
| RIVERBED TECHNOLOGY, INC.,<br><br>  Counterclaimant,<br><br>  vs.<br><br>QUANTUM CORPORATION,<br><br>  Counterdefendant. | |

1  Having considered Quantum's motion to compel dated January 14, 2008 and Riverbed's
2  response thereto, the Court **HEREBY ORDERS** as follows:
3      1.    Riverbed shall provide responses to Quantum Interrogatory Nos. 1-6, 9, and
4  10 and supplemental responses to Quantum Interrogatory Nos. 8 and 12 within five (5) business
5  days after the Court issues an order, if any, lifting the stay of discovery relating to Quantum's '810
6  patent; and
7      2.    Riverbed shall not be required to respond to Quantum Interrogatory No. 7.

**IT IS SO ORDERED.**

**DATED:** _____

**THE HONORABLE WILLIAM ALSUP**