1  AMAR L. THAKUR, Cal. Bar No. 194025
   MAURICIO A. FLORES, Cal. Bar No. 93304
2  JON E. MAKI, Cal Bar No. 199958
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
3  A Limited Liability Partnership
   Including Professional Corporations
4  12275 El Camino Real, Suite 200
   San Diego, CA 92130
5  Telephone:  (858) 720-8900
   Facsimile:  (858) 509-3691
6  Email: athakur@sheppardmullin.com
          mflores@sheppardmullin.com
7         jmaki@sheppardmullin.com

8  NATHANIEL BRUNO, Cal. Bar No. 228118
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
9  A Limited Liability Partnership
   Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California  94111
11 Telephone:   415-434-9100
   Facsimile:   415-434-3947
12 Email: nbruno@sheppardmullin.com

13 Attorneys for
   QUANTUM CORPORATION
14

15                   UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA,

17                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 18 QUANTUM CORPORATION, a Delaware corporation, | Case No. C 07-04161 WHA |
| 19                  Plaintiff, | The Hon. William H. Alsup |
| 20       v. | DECLARATION OF SHAWN HALL IN SUPPORT OF QUANTUM CORPORATION'S OPPOSITION TO RIVERBED TECHNOLOGY, INC.'S MOTION TO DISMISS |
| 21 RIVERBED TECHNOLOGY, INC., | |
| 22                  Defendant. | |
| 23 | Hearing Date: 1/31/08 |
| 24 RIVERBED TECHNOLOGY, INC., a Delaware corporation, | Hearing Time: 8:00 a.m. Ctrm. 9, 19th Floor |
| 25                  Counterclaimant, | |
| 26       v. | |
| 27 QUANTUM CORPORATION, a Delaware corporation, | |
| 28                  Counterdefendant. | |

---

W02-WEST:6NB1\400675771.1                       1
Case No. C 07-04161 WHA                          HALL DECLARATION IN SUPPORT OF QUANTUM'S
                                                 OPPOSITION TO RIVERBED'S MOTION TO DISMISS

## DECLARATION OF SHAWN HALL

I, Shawn Hall, state and declare as follows:

1. I am the General Counsel for Quantum Corporation (**"Quantum"**). I am also a Director of both Rocksoft Limited (now converted to Rocksoft Pty. Limited) and A.C.N. 120 786 012 Pty. Ltd. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document produced by Quantum in this action marked with control number QU001480, entitled, "Certificate of Registration on Conversion to a Proprietary Company," reflecting the conversion of Rocksoft Limited to "Rocksoft Pty Limited."

3. Attached hereto as Exhibit 2 is a true and correct copy of the execution pages from a document entitled, "Master Share Transfer Form" produced by Quantum in this action marked with control numbers QU001481-QU001482.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document produced by Quantum in this action marked with control number QU001491, entitled, "Share Certificate."

5. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Quantum in this action marked with control numbers QU001492-QU001493, entitled, "Minutes of Meeting of Directors."

6. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by Quantum in this action marked with control numbers QU001494-QU001495, entitled, "Certificate of Registration of a Company" demonstrating the registration of A.C.N. 120 786 012 Pty. Ltd., which was formed by Advanced Digital Information Corporation and registered on July 18, 2006.

1  7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Quantum in this action marked with control number QU001496, entitled, "Share Subscription Agreement."

8. Attached hereto as Exhibit 7 are true and correct copies of documents produced by Quantum in this action marked with control numbers QU001497-QU001500 from the office of the Secretary of State for the State of Washington demonstrating the merger between Advanced Digital Information Corporation and Agate Acquisition Corp.

9. Attached hereto as Exhibit 8 is a true and correct copy of Quantum's Form 8-K dated August 22, 2006, produced by Quantum in this action marked with control numbers QU001587-QU001592.

10. Each of the documents above-referenced documents attached as exhibits to this declaration was located by me in files maintained at Quantum as they are kept in the ordinary course of business.

-3-

W02-WEST:6NB1\400675771.1
Case No. C 07-04161 WHA

HALL DECLARATION IN SUPPORT OF QUANTUM'S OPPOSITION TO RIVERBED'S MOTION TO DISMISS

11. Attached hereto as Exhibit 9 is a true and correct copy of records available from the United States Patent and Trademark Office, demonstrating the transfer of rights in the '810 Patent from Trustus Pty. Ltd. to Rocksoft Limited, produced in this action marked with control numbers QU000214-QU000219.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed in San Jose, California on January 17, 2008.

By    /s/ Shawn Hall
      SHAWN HALL

As the attorney e-filing this document, and pursuant to General Order No. 45, I hereby attest that Shawn Hall has concurred in this filing.  /s/ Nathaniel Bruno