# Exhibit 1

Form **251**

Allens Arthur Robinson Corporate Advisory Pty Ltd
Attn: Ian Hopkins
'level 4 Deutsche Bank Place'
Corner Hunter & Phillip Sts
Sydney NSW 2000

Remove this top section if desired before framing



# Certificate of Registration on Conversion to a Proprietary Company



This is to certify that

**ROCKSOFT LIMITED**

Australian Company Number 008 280 153

on the twenty-eighth day of February 2007 converted to a **proprietary company**

The name of the company is now

**ROCKSOFT PTY LIMITED**

Australian Company Number 008 280 153

The company is taken to be registered under the Corporations
Act 2001 in South Australia and the date
of commencement of registration is the thirtieth day of January, 1990.

Issued by the
Australian Securities and Investments Commission
on this twenty-eighth day of February, 2007.

Jeffrey Lucy
Chairman

QU001480