# Exhibit 2

| MASTER SHARE TRANSFER FORM | | COMMISSIONER OF STATE TAXATION |
|---|---|---|
| For Non-Market Transactions | | Affix Stamp Duty Here<br>S.A. STAMP DUTY PAID |
| Full name of Company | ROCKSOFT LIMITED (ABN 47 008 280 153) | ORIGINAL WITH 6 COPIES<br>Consideration / Value |
| Jurisdiction of Registration of Company | SOUTH AUSTRALIA | TRANSFER OF SHARES |
| Description of Securities | SHARES | Class: ORDINARY | If not fully paid, paid to FULLY PAID |
| Quantity | Words: FIFTY SEVEN MILLION FIFTY FIVE THOUSAND FIVE HUNDRED AND FOURTY NINE<br>SEE ANNEXURE FOR QUANTITY OF SHARES TRANSFERRED FROM EACH TRANSFEROR | Figures: 57,055,549 |
| Full names of Transferors | AS LISTED IN THE ATTACHED SCHEDULE (TRANSFERORS) | |
| Consideration | TOTAL CONSIDERATION IS $57,055,549.00<br>SEE ANNEXURE FOR CONSIDERATION PAYABLE TO EACH TRANSFEROR | Date of Purchase: 25/7/2006 |
| Full name of Transferee | A.C.N. 120 786 012 PTY LTD  (ACN 120 786 012) | |
| Address of Transferee | c/- Allens Arthur Robinson, Level 4, Deutsche Bank Place, Corner Hunter and Philip Streets, Sydney, NSW 2000 | |
| Statement under s.1072H | Under Section 1072H of the Corporations Act, the transferee states that upon registration of this transfer it will hold the securities:<br>* BENEFICIALLY / *NON-BENEFICIALLY<br>(*strike out if inapplicable) | |

The undersigned transferor for the above consideration transfers to the transferee the securities specified in its name in the books of the corporation specified above and the transferee agrees to accept the securities. The shares set out above are transferred in accordance with the terms of the Rocksoft Limited Scheme of Arrangement (*Scheme*) approved by the Federal Court of Australia on 25 July 2006 and which orders have been lodged with the Australian Securities and Investments Commission on 25 July 2006.

| Signed for and on behalf of the Transferors under the authority contained in section 6.9 of the Scheme | *[signature]* | |
|---|---|---|
| Date Signed | 01/05/06 | |
| Transferee Sign Here | | |
| Date Signed | / / | |

QU001481

| MASTER SHARE TRANSFER FORM | |
|---|---|
| For Non-Market Transactions | Affix Stamp Duty Here |

| | |
|---|---|
| Full name of Company | ROCKSOFT LIMITED (ABN 47 008 280 153) |
| Jurisdiction of Registration of Company | SOUTH AUSTRALIA |
| Description of Securities | SHARES — Class ORDINARY — If not fully paid, paid to FULLY PAID |
| Quantity | Words: FIFTY SEVEN MILLION FIFTY FIVE THOUSAND FIVE HUNDRED AND FOURTY NINE — Figures: 57,055,549 <br> SEE ANNEXURE FOR QUANTITY OF SHARES TRANSFERRED FROM EACH TRANSFEROR |
| Full names of Transferors | AS LISTED IN THE ATTACHED SCHEDULE (*TRANSFERORS*) |
| Consideration | TOTAL CONSIDERATION IS $57,055,549.00 <br> SEE ANNEXURE FOR CONSIDERATION PAYABLE TO EACH TRANSFEROR — Date of Purchase: 25/7/2006 |
| Full name of Transferee | A.C.N. 120 786 012 PTY LTD (ACN 120 786 012) |
| Address of Transferee | c/- Allens Arthur Robinson, Level 4, Deutsche Bank Place, Corner Hunter and Philip Streets, Sydney, NSW 2000 |
| Statement under s.1072H | Under Section 1072H of the Corporations Act, the transferee states that upon registration of this transfer it will hold the securities: <br> *BENEFICIALLY / *NON-BENEFICIALLY <br> (*strike out if inapplicable) |

The undersigned transferor for the above consideration transfers to the transferee the securities specified in its name in the books of the corporation specified above and the transferee agrees to accept the securities. The shares set out above are transferred in accordance with the terms of the Rocksoft Limited Scheme of Arrangement (*Scheme*) approved by the Federal Court of Australia on 25 July 2006 and which orders have been lodged with the Australian Securities and Investments Commission on 25 July 2006.

| | |
|---|---|
| Signed for and on behalf of the Transferors under the authority contained in section 6.9 of the Scheme | |
| Date Signed | / / |
| Transferee Sign Here | [signature] DIRECTOR |
| Date Signed | 17/08/2006 |

QU001482