# Exhibit 3

# Rocksoft

*Registered Office: Level 17, Santos House, 91 King William Street Adelaide SA 5000*

*Incorporated in SOUTH AUSTRALIA on 30 January 1990 under the Corporations Law*

---

## SHARE CERTIFICATE

---

Certificate No: 590
This is to certify that

A.C.N. 120 786 012 PTY LTD (ACN 120 786 012)

of

C/- ALLENS ARTHUR ROBINSON
LEVEL 4, DEUTSCHE BANK PLACE
CORNER HUNTER AND PHILIP STREETS
SYDNEY, NSW 2000

is the registered holder of:

No of Shares:    57,055,549
Type:            FULLY PAID ORDINARY SHARES

in Rocksoft Limited subject to its Constitution.

DATED 11 / 15 /2006

---

Executed for and on behalf of         )
ROCKSOFT LIMITED by:                  )

_____
Director

_____
Director


20nik69449161006/1kv

QU001491