Exhibit 4

Minutes of Meeting of Directors

| | |
|---|---|
| Date | 18 July 2006 |
| Time | |
| Place | Washington, USA |
| Present | JON GACEK |
| | CRAIG IAN TAMLIN |
| | WILLIAM BRITTS |
| In Attendance | |

### 1. Election of Chairman and Quorum

Jon Gacek was elected to chair the meeting and noted that a quorum was present. The Chairman declared the meeting open.

### 2. Election as Acquirer

The Chairman noted that the Company's parent, Advanced Digital Information Corporation (ADIC), had entered into a merger implementation agreement to acquire all of the issued share capital of Rocksoft Limited.

The Chairman tabled a copy of the merger implementation agreement together with a form of election and a guarantee from ADIC to the other parties to the merger implementation agreement.

The Chairman noted that the merger implementation agreement included a right for ADIC to elect a wholly owned Australian entity as the acquirer of the shares of Rocksoft and that ADIC intended to elect the Company as the acquirer under the merger implementation agreement.

The directors considered the terms of the form of election and noted in particular that the Company's sole obligation was to be the purchaser of the shares. The Company would not take on the other obligations of ADIC under the documents and, in particular, would not have an obligation to the parties to the implementation agreement or to Rocksoft shareholders to provide the purchase consideration. It was further noted that ADIC had provided a guarantee of the Company's obligations under the Form of Election and the scheme documents.

RESOLVED that the election of the Company as acquirer of the Rocksoft shares was in the interest of the Company and that it be approved.

RESOLVED that any two directors of the Company be authorised to execute the form of election on behalf of the Company and that any director be authorised to do any and all things such director determines to be necessary or desirable to give effect to the election, including without limitation, executing a master transfer form transferring the Rocksoft shares to the Company.

QU001492



## A.C.N. 120 786 012 Pty Ltd

### 3. Undertaking to Federal Court

The Chairman tabled a form of undertaking to be provided to the Federal Court of Australia under which the Company would undertake to the Federal Court to be bound by the scheme of arrangement, as proposed in the merger implementation agreement, and agreed to do all things necessary to give effect to that scheme, insofar as they applied to the Company in its capacity as acquirer of the Rocksoft shares.

RESOLVED that the Company provide the undertaking substantially in the form tabled and that any two directors be authorised to sign the undertaking on behalf of the Company.

### 4. Closure

There being no further business, the meeting then closed.

Signed as a correct record

_____
Chairman

7-19-06
Dated