# Exhibit 5

18. Jul. 2006 12:43     ASIC                              No. 0752   P. 1

Allens Arthur Robinson Corporate Advisory Pty Ltd
Attn: Ian Hopkins
'level 4 Deutsche Bank Place'
Corner Hunter & Phillip Sts
Sydney NSW 2000

Remove this top section if desired before framing

# Certificate of Registration of a Company

This is to certify that

A.C.N. 120 786 012 PTY LTD

Australian Company Number 120 786 012

is a registered company under the Corporations Act 2001 and is taken to be registered in Victoria.

The company is limited by shares.

The company is a proprietary company.

The day of commencement of registration is the eighteenth day of July 2006.

**CERTIFICATE**

Issued by the
Australian Securities and Investments Commission
on this eighteenth day of July, 2006.

Jeffrey Lucy
Chairman

QU001494

**ALLENS ARTHUR ROBINSON CORPORATE ADVISORY PTY LTD**
**COMPANY REGISTRATION ADVICE (RA55) AT 18/07/2006**

### Company Details
| | |
|---|---|
| Company Name | A.C.N. 120 786 012 PTY LTD |
| ACN | 120786012 |
| Company Type | PROPRIETARY |
| Company Class | LIMITED BY SHARES |
| Incorp State | VIC |
| Incorp Date | 18/07/2006 |

### Supplier Details
| | |
|---|---|
| Account Number | 77000000258 |
| Supplier Name | Australian Securities and Investments Commission |
| Supplier ABN | 86768265615 |
| Agent Name | ALLENS ARTHUR ROBINSON CORPORATE ADVISOR |
| Agent Details | 'LEVEL 4 DEUTSCHE BANK PLACE' CORNER HUNTER & PHILLIP STS SYDNEY NSW 2000 |

### Invoice Details
| | |
|---|---|
| Invoice Subject | Proprietary Company |
| Invoice Amount | $400.00 |
| Document No | 1E2322315 |
| Form Code | 201 |
| Invoice Type | TAX INVOICE |
| Reference No | 1E2322315201C PA |
| Invoice Date | 18/07/2006 |
| Treasurers Determination | Not Subject to GST - Treasurer's Determination 2006 (Exempt Taxes, Fees and Charges) |

- 1 -

QU001495