# Exhibit 6



### Share Subscription Agreement

Application to subscribe for ordinary shares in ACN 120 786 012 Pty Ltd (ACN 120 786 012) (*ADIC Australia*) by Advanced Digital Information Corporation of 11431 Williams Road, N.E., Redmond, Washington 98052, United States of America (*ADIC*).

1. ADIC hereby applies to subscribe for 20,530,845 ordinary shares in the capital of ADIC Australia (*Subscription Shares*) at a price of $1 per share, resulting in a total consideration of $20,530,845.

2. ADIC Australia hereby agrees to issue the Subscription Shares to ADIC.

3. ADIC hereby agrees to accept the Subscription Shares issued to it by ADIC Australia on and subject to the provisions of the constitution of ADIC Australia.

4. The parties record that ADIC has paid as envisaged in the form of election signed by ADIC Australia on 21 July 2006 (and pursuant to which ADIC Australia acquired 57,055,549 ordinary shares in Rocksoft Limited). The parties agree that the subscription consideration in respect of the Subscription Shares issued by ADIC Australia to ADIC (being, $20,530,845) will be set off against the $82,123,391.05 amount paid by ADIC on behalf of ADIC Australia to Rocksoft Limited.

5. ADIC hereby authorises ADIC Australia to place its name on the register of shareholders of ADIC Australia in respect of the Subscription Shares to be allotted to it.

Executed in accordance with s127 of the Corporations Act by ACN 120 786 012 Pty Ltd:

Director

Jon Gacek
Print Name

Director

William Britts
Print Name

Signed by Advanced Digital Information Corporation:

Signature

Jon Gacek
Print Name

hzvs A0107347169v2 205661898    14.11.2006

Page 1

QU001496