# Exhibit 7



# The State of Washington
## Secretary of State

CERTIFICATE OF MERGER

I, Sam Reed, Secretary of State of the State of Washington and custodian of its seal, hereby certify that documents meeting statutory requirements have been filed and processed with the Secretary of State merging the listed "Merging Entities" into:

ADVANCED DIGITAL INFORMATION CORPORATION

WA Profit Corporation
UBI: 601-501-180
Filing Date: August 22, 2006

Merging Entities:

602-608-002          AGATE ACQUISITION CORP.



Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

*Sam Reed*

Sam Reed, Secretary of State

QU001497



# The State of Washington

## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that the attached is a true and correct copy of

ARTICLES OF MERGER

of

ADVANCED DIGITAL INFORMATION CORPORATION

Merged into AGATE ACQUISITION CORP.

as filed in this office on August 22, 2006.

Date:   August 22, 2006



Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

*Sam Reed*

Sam Reed, Secretary of State

QU001498

FILED<br>SECRETARY OF STATE<br><br>AUG 2 2 2006<br><br>STATE OF WASHINGTON

## ARTICLES OF MERGER

of

### AGATE ACQUISITION CORP.,
a Washington corporation
(disappearing corporation)

with and into

### ADVANCED DIGITAL INFORMATION CORPORATION,
a Washington corporation
(surviving corporation)

Pursuant to the provisions of the Washington Business Corporation Act, Advanced Digital Information Corporation, a Washington corporation ("**ADIC**"), hereby delivers to the Washington Secretary of State for filing the following Articles of Merger:

1. **Plan of Merger**. The Agreement and Plan of Merger is attached to these Articles of Merger as **Exhibit A** (the "**Plan of Merger**").

2. **Shareholder Approval**. The Plan of Merger was duly approved by the shareholders of ADIC and the shareholders of Agate Acquisition Corp., a Washington corporation, pursuant to RCW 23B.11.030.

3. **Effective Time and Date**. The merger shall become effective as of 5:00 p.m. Washington State time, on August 22, 2006.

DATED as of this 22th day of August, 2006.

*[Signature Page Follows]*

Surviving Corporation:   ADVANCED DIGITAL INFORMATION CORPORATION,
a Washington corporation

By: _____
Richard E. Belluzzo
President

[Signature Page to Articles of Merger]

QU001500