Exhibit 9




UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JULY 11, 2005

PTAS



*102940029A*

ROBERT P. BELL
ROBERT PLATT BELL
REGISTERED PATENT ATTORNEY
8033 WASHINGTON ROAD
ALEXANDRIA, VA 22308

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES DIVISION, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 02/09/2005          REEL/FRAME: 016237/0855
                                      NUMBER OF PAGES: 4

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    TRUSTUS PTY LTD                   DOC DATE: 08/19/2002

ASSIGNEE:
    ROCKSOFT LIMITED
    7TH FLOOR, SHELL HOUSE
    170 NORTH TERRACE
    ADELAIDE SA 5000, AUSTRALIA

SERIAL NUMBER: 08894091               FILING DATE: 08/15/1997
PATENT NUMBER: 5990810                ISSUE DATE: 11/23/1999
TITLE: METHOD FOR PARTITIONING A BLOCK OF DATA INTO SUBBLOCKS AND FOR
       STORING AND COMMUNICATING SUCH SUBBLOCKS

016237/0855 PAGE 2

MARCUS KIRK, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

QU 000215

OIPE
FEB 0 9 2005
PATENT & TRADEMARK OFFICE

02-14-2005
102940029

B/O FORM PTO 1595 (1/31/92)        U. Department of Commerce
Patent and Trademark Office

2-9-05     RECORDATIO PATE

MADD-0003

To the Honorable Commissioner of Patents and Trademarks. Please record the attached original documents or copy thereof.

| | | | |
|---|---|---|---|
| 1. | Name of Conveying Party(ies):<br>**TRUSTUS PTY LTD**<br>3/305 North Terrace<br>Adelaide, SA 5000<br>AUSTRALIA<br>☐ Additional names of conveying parties attached | 2. | Name and Address of Receiving Party(ies): |
| | | Name: | **ROCKSOFT LIMITED** |
| | | Internal Address: | 7th Floor, Shell House |
| 3. | Nature of Conveyance:<br>☒ Assignment    ☐ Merger<br>☐ Security Agreement    ☐ Change of Name<br>☐ Other:<br>Execution Date: 19 August 2002 | Street Address: | 170 North Terrace |
| | | City, State, Zip: | Adelaide SA 5000 AUSTRALIA |
| | | | ☐ Additional name(s) and address(es) attached. |
| 4. | (a) Patent Application Number(s):<br><br>08/894,091<br><br>If this document is being filed together with a new application, the execution date of the application is: | 4. | (b) Patent Numbers:<br><br>5,990,810 |
| | ☐ Additional Numbers Attached. | | |
| 5. | Name and Address of Party to whom Correspondence Concerning this Document Should be Mailed:<br>Name: Robert P. Bell<br>Address: Robert Platt Bell<br>Registered Patent Attorney<br>8033 Washington Road<br>Alexandria, VA 22308 | 6. | Total Number of Applications and Patents Involved: 1 |
| | | 7. | Total Fee:    $40.00<br>(37 C.F.R. § 3.41)<br>☐ Enclosed.<br>☒ Authorized to be charged to deposit account. |
| | | 8. | Deposit Account Number: 50-1393 |

ATTACH DUPLICATE COPY OF THIS PAGE IF PAYING BY DEPOSIT ACCOUNT

DO NOT USE THIS SPACE

9. Statement and Signature:

To the best of my knowledge and belief, the foregoing is true and correct and any attached copy is a true copy of the original document.

40¢

_[signature]_         February 9, 2005

Robert P. Bell, Registration Number 34,546

Total number of pages including cover sheet: 4

02/11/2005 DBYRNE    00000145 501393   08894091
01 FC:8021    40.00 DA

QU 000216

THIS DEED is made on 1 November 2004

BETWEEN   TRUSTUS PTY LTD (ABN 37 064 504 276) of 3/305 North Terrace Adelaide SA 5000, Australia ("Trustus")

AND   ROCKSOFT LIMITED (ABN 47 008 280 153) of 7th Floor, Shell House, 170 North Terrace, Adelaide SA 5000, Australia ("Rocksoft")

WHEREAS

A.   Trustus owns the Blocklets patent.

B.   Trustus issued a limited licence of the patent to Rocksoft on 19 August 2002.

C.   Trustus has now agreed to assign the patent to Rocksoft, subject to this Deed.

NOW, THEREFORE, the parties, intending to be legally bound hereby, and for good and valuable consideration, detailed hereinafter, have agreed and do hereby agree as follows:

1. **DEFINITIONS**

   1.1   Blocklets Library means the software modules created by Trustus and known as "blocklets.fw" (the core Blocklets library module) and "blocklp1.fw" (Blocklets protocol one library module).

   1.2   Blocklets Patent means United States registered patent #5,990,810 granted on 23 November 1999 titled "*Method for partitioning a block of data into sub-blocks and for storing and communicating such sub-blocks*".

2. **ASSIGNMENT**

   2.1   In consideration of Rocksoft's granting to Trustus the cash and options described in Clause 3.1, Trustus hereby assigns absolutely to Rocksoft, encumbrance free all right, title and interest in the Blocklets Patent and the Blocklets Library.

3. **CONSIDERATION**

   3.1   In consideration for the licences granted above, Rocksoft agrees to issue Trustus 5,000,000 (five million) share options in Rocksoft with an exercise price of AU$0.50 (fifty cents) and an expiry date of 1 November 2009 plus one hundred thousand Australian Dollars (AU$100,000) paid in three equal instalments by the ends of January, February and March 2005, or earlier at Rocksoft's discretion.

4. **DOCUMENTATION**

   4.1   Trustus will ensure that all documentation required to effect the above assignment is completed and lodged with the relevant authorities.

   4.2   Rocksoft will pay all fees associated with the transfer.

5. **LIMITATION OF LIABILITY**

   5.1   To the full extent permitted by law, Trustus hereby excludes all conditions or warranties, whether imposed by statute or by operation of law or otherwise, not expressly set out herein. To the full extent permitted by law, Trustus makes no express or implied warranties or conditions including, without limitation, the warranties of merchantability or fitness for a particular purpose, with respect to the Blocklets Patent and the technology it describes, or to the Blocklets Library.

— 1 —

QU 000217

5.2 To the full extent permitted by law, in no event shall Trustus be liable for any special, incidental, indirect, or consequential damages (including, without limitation, damages for loss of business profits, business interruption, and loss of business information or software), resulting from the use of the Blocklets Patent (and the technology it describes) or the Blocklets Library in Rocksoft products, even if Trustus has been advised of the possibility of such damages and whether arising from breach of this Agreement, tort (including negligence), by operation of law or otherwise.

6. **DEFENCE**

   6.1 This assignment includes assignment of the right to take any action that Trustus has had, or may have, against any person to recover damages, accounts of profit or other relief for any infringement or misuse of the Blocklets Library and Blocklets Patent, including any such infringement or misuse prior to the date of this Deed.

   6.2 This Agreement does not impose any requirement on a party to commence, defend or otherwise take part in any legal action relating to the Blocklets Patent or the Blocklets Library to defend the patent.

7. **WAIVERS AND SEVERANCE**

   7.1 Any waiver of any provision of this Agreement is ineffective unless it is in writing and signed by the party waiving its rights.

   7.2 A waiver by either party in respect of a breach of a provision of this Agreement by the other party is not a waiver in respect of any other breach of that or any other provision.

   7.3 The failure of either party to enforce at any time any of the provisions of this Agreement must not be interpreted as a waiver of that provision.

   7.4 If any provision of this Agreement is held illegal or unenforceable by any arbitration panel or court of competent jurisdiction, such provision shall be deemed separable from the remaining provisions of this Agreement and shall not effect or impair the validity or enforceability of the remaining provisions of this Agreement.

8. **MISCELLANEOUS**

   8.1 Any modification of this Agreement must be in writing, must specifically refer to this Agreement, and must be executed by each party.

   8.2 All stamp duty charges required to be paid in relation to this Agreement shall be borne and paid by Rocksoft.

   8.3 This Agreement records the entire agreement between the Parties about its subject matter.

   8.4 This Agreement is governed by the laws, and the parties agree to submit to the non-exclusive jurisdiction of the courts, of South Australia, Australia.

   8.5 In the event that the Rocksoft shall exercise the grants licensed herein, but shall breach the Agreement, all such exercises of the grant at times after expiration, without cure, shall be deemed acts of infringement.

QU 000218

8.6  This Agreement is binding upon the parties hereto and their respective agents, successors, representatives and assignees.

EXECUTED as a Deed

THE COMMON SEAL of
TRUSTUS PTY LTD
was affixed in the presence of:
Signature *Ross Williams*

ROSS WILLIAMS
Full Name (print)

DIRECTOR
Office Held

Signature  NO OTHER DIRECTOR

Full Name (print)

Office Held

[Seal: COMMON SEAL TRUSTUS PTY LTD ACN 064 504 276]

THE COMMON SEAL of
ROCKSOFT LIMITED
was affixed in the presence of:

Signature

N. JAMES JOHNSON
Full Name (print)

CEO
Office Held

Signature

ANTHONY JOHN MARTIN
Full Name (print)

CFO
Office Held

[Seal: COMMON SEAL ROCKSOFT LIMITED A.C.N. 008 280 153]

— 3 —

QU 000219