# **EXHIBIT 1**

USPTO Assignments on the Web                                                                 Page 1 of 2


United States Patent and Trademark Office
Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help


Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 4**

**Patent #:** 5990810        **Issue Dt:** 11/23/1999        **Application #:** 08894091        **Filing Dt:** 08/15/1997
**Inventor:** ROSS NEIL WILLIAMS
**Title:** METHOD FOR PARTITIONING A BLOCK OF DATA INTO SUBBLOCKS AND FOR STORING AND COMMUNICATING SUCH SUBBLOCKS

**Assignment: 1**
**Reel/Frame:** 008827/0411        **Recorded:** 08/15/1997        **Pages:** 2
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** WILLIAMS, ROSS NEIL        **Exec Dt:** 08/06/1997
**Assignee:** TRUSTUS PTY LTD
200 EAST TERRACE
ADELAIDE SA 5000, AUSTRALIA
**Correspondent:** ROBERT PLATT BELL & ASSOCIATES
ROBERT P. BELL
917 DUKE STREET
ALEXANDRIA, VIRGINIA 22314

**Assignment: 2**
**Reel/Frame:** 015829/0519        **Recorded:** 03/03/2005        **Pages:** 4
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** TRUSTUS PTY LTD        **Exec Dt:** 08/19/2002
**Assignee:** ROCKSOFT LIMITED
170 NORTH TERRACE
7TH FLOOR, SHELL HOUSE
ADELAIDE SA 5000, AUSTRALIA
**Correspondent:** ROBERT PLATT BELL
REGISTERED PATENT ATTORNEY
8033 WASHINGTON ROAD
ALEXANDRIA, VA 22308

**Assignment: 3**
**Reel/Frame:** 016237/0855        **Recorded:** 02/09/2005        **Pages:** 4
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** TRUSTUS PTY LTD        **Exec Dt:** 08/19/2002
**Assignee:** ROCKSOFT LIMITED
7TH FLOOR, SHELL HOUSE
170 NORTH TERRACE
ADELAIDE SA 5000, AUSTRALIA
**Correspondent:** ROBERT P. BELL
ROBERT PLATT BELL
REGISTERED PATENT ATTORNEY
8033 WASHINGTON ROAD
ALEXANDRIA, VA 22308

**Assignment: 4**
**Reel/Frame:** 015732/0408        **Recorded:** 03/07/2005        **Pages:** 4
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** TRUSTUS PTY LTD        **Exec Dt:** 11/01/2004

QU 000663

**Assignee:** ROCKSOFT LIMITED
170 NORTH TERRACE
7TH FLOOR, SHELL HOUSE
ADELAIDE, AUSTRALIA 5000

**Correspondent:** ROBERT PLATT BELL
8033 WASHINGTON ROAD
ALEXANDRIA, VA 22308

Search Results as of: 12/21/2007 05:53 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

QU 000664