IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.

AND RELATED COUNTERCLAIMS.

No. C 07-04161 WHA

**ORDER DENYING REQUEST TO SEAL**

The Court has received plaintiff's letter requesting that Exhibits D and H to the declaration of Todd Briggs be filed under seal. Despite counsel's insistence otherwise, no compelling reasons have been shown that would require the Court to close the courtroom for the information. Accordingly, plaintiff's request to seal is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE