QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100
Email:       claudestern@quinnemanuel.com
             toddbriggs@quinnemanuel.com

Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>　　　　Defendant. | CASE NO. C 07-4161 WHA<br><br>**RIVERBED TECHNOLOGY, INC.'S NOTICE OF APPEARANCE FOR ANDREW BRAMHALL** |
| RIVERBED TECHNOLOGY, INC.,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>QUANTUM CORPORATION,<br><br>　　　　Counterdefendant. | |

51198/2355700.1

Case No. C 07-4161 WHA
RIVERBED'S TECHNOLOGY, INC.'S NOTICE OF APPEARANCE FOR ANDREW BRAMHALL.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Andrew Bramhall of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065, telephone: (650) 801-5000, andrewbramhall@quinnemanuel.com, also represents Riverbed Technology, Inc. in this matter.

DATED: January 16, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Andrew Bramhall (CA Bar No. 253115)
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.