```
 1  AMAR L. THAKUR, CAL. BAR NO. 194025
    MAURICIO A. FLORES, Cal. Bar No. 93304
 2  JON E. MAKI, Cal Bar No. 199958
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 3  A Limited Liability Partnership
    Including Professional Corporations
 4  12275 El Camino Real, Suite 200
    San Diego, California  92130
 5  Telephone:    858-720-8900
    Facsimile:    858-509-3691
 6  Email: athakur@sheppardmullin.com
           mflores@sheppardmullin.com
 7         jmaki@sheppardmullin.com

 8  NATHANIEL BRUNO, Cal. Bar No. 228118
    SHEPPARD MULLIN RICHTER & HAMPTON LLP
 9  A Limited Liability Partnership
    Including Professional Corporations
10  Four Embarcadero Center, 17th Floor
    San Francisco, California  94111
11  Telephone:    415-434-9100
    Facsimile:    415-434-3947
12  Email: nbruno@sheppardmullin.com

13  Attorneys for QUANTUM CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>     Plaintiff,<br><br> v.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>     Defendant. | Case No. C 07-04161 WHA<br><br>**NOTICE OF APPEARANCE OF MAURICIO A. FLORES**<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>Complaint Filed:  August 14, 2007<br>Trial Date:  February 2, 2009 |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>     Counterclaimant,<br> v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br>     Counterdefendant. | |

-1-

-2-

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mauricio A. Flores (Cal. Bar No. 93304) of Sheppard Mullin Richter & Hampton LLP, 12275 El Camino Real, Suite 200, San Diego, California, 92130; Telephone:  858-720-8900; Facsimile:  858-509-3691; E-mail: mflores@sheppardmullin.com is additional counsel of record for Quantum Corporation in this action.

This notice is specifically reserving, and without waiver, of any and all claims and defenses that Quantum Corporation may have in this action.

Dated:  January 24, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Nathaniel Bruno
AMAR L. THAKUR
MAURICIO A. FLORES
JON E. MAKI
NATHANIEL BRUNO

Attorneys for
QUANTUM CORPORATION