1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
   Email:        claudestern@quinnemanuel.com
5                toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  QUANTUM CORPORATION,                    CASE NO. C 07-4161 WHA

13              Plaintiff,                  **SUPPLEMENTAL DECLARATION OF TODD BRIGGS IN SUPPORT OF RIVERBED'S MOTION TO DISMISS QUANTUM'S PATENT INFRINGEMENT CLAIMS UNDER U.S. PATENT NO. 5,990,810 FOR LACK OF SUBJECT MATTER JURISDICTION**

14        vs.

15  RIVERBED TECHNOLOGY, INC.,

16              Defendant.

17  RIVERBED TECHNOLOGY, INC.,

18              Counterclaimant,

19        vs.

20  QUANTUM CORPORATION,

21              Counterdefendant.

22

23

24

25

26

27

28
                                    -1-             SUPPLEMENTAL DECLARATION
   51198/2365759.1                                  OF TODD BRIGGS IN SUPPORT
   Case No. C 07-04161 WHA                          OF MOTION TO DISMISS

1.  I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), counsel for Riverbed Technologies, Inc. ("Riverbed").  I submit this supplemental declaration in support of Riverbed's Motion to Dismiss Quantum's Patent Infringement Claims Under U.S. Patent No. 5,990,810 For Lack Of Subject Matter Jurisdiction.  I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the following document that was downloaded from the Eastern District of Texas's PACER website: GraphOn's Opposition to AutoTrader.com's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

3.  Attached hereto as **Exhibit B** is a true and correct copy of the following document that was downloaded from the Eastern District of Texas's PACER website: Order of Dismissal Without Prejudice signed by Judge Ward on November 16, 2007 in the *GraphOn v. AutoTrader.com* action.

4.  Attached hereto as **Exhibit C** is a true and correct copy of Quantum Corporation's Second Set of Supplemental Responses To Riverbed Technology Inc.'s First Set Of Interrogatories.  Although this document states that it contains confidential information, the information marked confidential is the same information that Judge Alsup ruled was not subject to sealing.  (*See* Order Denying Request To Seal, Docket No. 57.)

5.  Attached hereto as **Exhibit D** is a true and correct copy of the following document that was downloaded from the Eastern District of Texas's PACER website: Declaration of Michael D. Rounds in Support of GraphOn's Opposition to Autotrader's Motion to Dismiss dated September 28, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 24, 2008 in Redwood Shores, California.

                                                /s/  Todd M. Briggs
                                                Todd M. Briggs