# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| GRAPHON CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:05-CV-530 |
| | § | |
| AUTOTRADER.COM, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the court is AutoTrader.com's Motion to Dismiss this Action for Lack of Subject Matter Jurisdiction (Dkt. 127) and related briefing. The defendant argues that this case should be dismissed with prejudice because the plaintiff lacked standing to bring this action. The plaintiff does not dispute the fact that it did not own the patents-in-suit at the time it filed the present complaint. Instead, the plaintiff contends that it was "either: (1) a transferee who has been conveyed all substantial rights under the patent(s) by the patentee; or (2) an exclusive licensee who has received some but less than all substantial rights in the patent(s)." Plaintiff's Opposition (Dkt. 136) at 3-4. The plaintiff, however, does not provide any evidence of a written agreement between GraphOn Corp. and GraphOn NES Sub LLC (the undisputed owner of the patents at the time this case was filed). *See Enzo APA & Son, Inc. v. Geapag A.G.*, 134 F.3d 1090, 1093 ("While we acknowledge that a license may be written, verbal, or implied, if the license is to be considered a virtual assignment to assert standing, it must be in writing").

Based on a thorough review of the briefing, the court is not persuaded that plaintiff GraphOn Corp. had standing at the time this case was filed. The court, however, rejects the defendant's position that this case should be dismissed with prejudice. The court, therefore, GRANTS the

Motion to dismiss without prejudice.

Accordingly, IT IS ORDERED that this case be dismissed without prejudice.

SIGNED this 16th day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE