# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

|  |  |
|---|---|
| GRAPHON CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOTRADER.COM, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 05-CV-530 (TJW) |

## DECLARATION OF MICHAEL D. ROUNDS IN SUPPORT OF GRAPHON'S OPPOSITION TO AUTOTRADER'S MOTION TO DISMISS

I, Michael D. Rounds, do hereby declare and state:

1. I am counsel of record for GraphOn Corporation in this matter. This declaration is based upon my personal knowledge.

2. Litigation counsel from my law firm and Howrey spent more than two hundred and fifty (250) hours investigating the validity and infringement of the Patents-in-suit prior to filing the Complaint on November 22, 2005. This included, but was not limited to, the retention of a technical consultant, the review of the '367 family of patents, their file histories and prior art, the review of the prior eBay litigation, the creation of claim charts and the interview of several witnesses. This case was thoroughly investigated prior to its filing.

1

3. Litigation counsel was not made aware of either GraphOn NES Sub, LLC or its ownership rights because GraphOn did not see any distinction between the two entities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 28, 2007                    By: _____
                                                  MICHAEL D. ROUNDS