**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.
                            /
RIVERBED TECHNOLOGY, INC.,

    Counterclaimaint,

  v.

QUANTUM CORPORATION,

    Counter defendant.
                            /

No. C 07-04161 WHA

**REQUEST FOR INPUT RE ORAL ARGUMENT**

Now that the pending motion has been fully briefed, one question is whether to rule on the papers or to hold oral argument. In making this call, the Court invites input from counsel on whether oral argument would be beneficial, most particularly on whether a lawyer with less than five years of experience (including any clerkship) will argue the motion. The Court is concerned that junior attorneys are being denied the argument opportunities that they deserve and are ready to perform. In the Court's experience, such lawyers have performed exceedingly well and assigning them the chief role on a motion they have briefed, even in "high stakes"

litigation, is to be encouraged, even if it cannot be required. Please respond by **NOON ON JANUARY 31, 2008**, in two pages or less. Please do not use this as an opportunity to add additional points on the merits.

Dated: January 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE