AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
JON E. MAKI, Cal Bar No. 199958
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:     858-720-8900
Facsimile:      858-509-3691
Email: athakur@sheppardmullin.com
           mflores@sheppardmullin.com
           jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-9100
Facsimile:      415-434-3947
Email: nbruno@sheppardmullin.com

Attorneys for QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>            Defendant.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>            Counterclaimant,<br>    v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br>            Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>QUANTUM CORPORATION'S RESPONSE TO THE COURT'S REQUEST FOR INPUT RE: ORAL ARGUMENT ON DEFENDANT RIVERBED'S MOTION TO DISMISS<br><br>Hearing Date: January 31, 2008<br>Hearing Time: 8:00 a.m.<br>Crtrm. 9, 19th Floor |

Quantum responds to the Court's request for input (Docket No. 63) regarding potential oral argument on Riverbed's Motion to Dismiss and requests oral argument for the following reasons:

### I. ORAL ARGUMENT ON DEFENDANT RIVERBED'S MOTION TO DISMISS WOULD BENEFIT THE COURT AND THE PARTIES

Riverbed's Motion to Dismiss seeks a dismissal of a major piece of litigation in the Northern District of California federal court. This ruling involves a multi-million dollar action, and will have significant commercial ramifications for the parties.

Quantum is confident in its position. Nevertheless, Riverbed has recently filed a declaratory judgment action regarding Quantum's '810 Patent in the forum state of Delaware. Therefore, although an adverse ruling on the motion at bar would not be dispositive of Quantum's claims, it may impact venue and add substantially to delay, cost, and difficulty of suit. For this reason, Quantum desires the opportunity to present oral argument to reduce any potential risk of an unwarranted dismissal in its chosen forum.

### II. RIVERBED'S MOTION WARRANTS ORAL ARGUMENT BY SENIOR ATTORNEYS

Quantum considers Riverbed's Motion to Dismiss to be significant in the context of this action and plans to have senior attorneys who have been actively involved in the relevant briefings present its oral argument.

Dated: January 28, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Nathaniel Bruno
AMAR L. THAKUR
MAURICIO A. FLORES
JON E. MAKI
NATHANIEL BRUNO

Attorneys for
QUANTUM CORPORATION