**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California  94065 | TEL: (650) 801-5000  FAX: (650) 801-5100

January 28, 2008

*VIA ELECTRONIC FILING*

Honorable William Alsup
450 Golden Gate Ave.
Courtroom 9, 19th Floor
San Francisco, CA 94102

Re:  *Quantum Corporation v. Riverbed Technology, Inc.* (No. C 07-4161 WHA)

Dear Judge Alsup:

In response to the Court's request for input on oral argument dated January 25, 2008, Riverbed responds as follows:

1.  Riverbed believes oral argument on this motion may be beneficial to the Court.

2.  Riverbed is mindful of the Court's interest in providing junior lawyers greater opportunity to argue motions and examine witnesses at trial.  Since its inception, there have been two associates who have been heavily involved in this case.  Todd Briggs received his J.D. in 2000, has been with Quinn Emanuel since July 2005, and is the senior associate on this case.  Andrew Bramhall received his J.D. in 2007, has been with the firm since October 2007, and is the junior associate on this case.

As the lead trial counsel in this case, I was (and am, if requested by this Court) prepared to argue this motion.  However, Riverbed is pleased to comply with the Court's request for argument by a more junior lawyer.  Despite the fact that Quantum has declined the Court's invitation to have a more junior lawyer argue the motion, Riverbed is prepared to have Mr. Briggs argue on its behalf.  If the Court has any questions, we are prepared to answer them.

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

/s/  Claude M. Stern
Claude M. Stern
Counsel for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

51198/2369991.1