AMAR L. THAKUR, Cal. Bar No. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
JON E. MAKI, Cal Bar No. 199958
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:  (858) 720-8900
Facsimile:   (858) 509-3691
Email: athakur@sheppardmullin.com
       mflores@sheppardmullin.com
       jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-2984
Facsimile:     415-434-6095
Electronic mail: nbruno@sheppardmullin.com

Attorneys for Plaintiff
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>　　　　　　Defendant.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>　　　　　　Counterclaimant,<br>　v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>　　　　　　Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br>United States District Judge<br><br>ADMINISTRATIVE MOTION OF QUANTUM CORPORATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF SHAWN HALL IN OPPOSITION TO MOTION OF RIVERBED TECHNOLOGY, INC., TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION SET FOR HEARING ON JANUARY 31, 2008<br><br>[Civil L.R. 7-11]<br><br>Complaint Filed:  August 14, 2007<br>Trial Date:  February 2, 2009 |

-1-

## I.

## **ADMINISTRATIVE MOTION**

Plaintiff Quantum Corporation ("Quantum") hereby moves the Court for leave to file the Declaration of Shawn Hall attached hereto as Exhibit A in opposition to the pending motion to dismiss for lack of subject matter jurisdiction filed by Defendant Riverbed Technology, Inc. and presently set for hearing on January 31, 2008 at 8:00 a.m..

## II.

## **MEMORANDUM**

Riverbed's motion to dismiss for lack of subject matter jurisdiction (Docket No. 35) was filed on January 9, 2008, and Quantum timely filed its opposing papers, including a declaration by Quantum's General Counsel, Shawn Hall, on January 17, 2008 (Docket Nos. 54-55). The issue presented by Riverbed's motion is whether Quantum has proper title to the exclusive license to the '810 Patent upon which it relies for standing to bring this patent infringement action.

In its Reply to Quantum's opposition to its motion to dismiss, filed on January 24, 2008 (Docket No. 61), Riverbed for the first time addressed the language in Quantum's exclusive license that defines the "Licensor" to include all of the subsidiaries of A.C.N. 120.  (*See* Briggs Decl. [Docket No. 36], Ex. D at QU000220.)  Riverbed argues that A.C.N. 120's wholly-owned subsidiary, Rocksoft, which held title to the '810 patent, was not a proper party to Quantum's exclusive license, and that neither A.C.N. nor Quantum had the authority to bind Rocksoft to the exclusive license. The supplemental declaration of Shawn Hall submits additional facts bearing on that critical question. Those facts are:

1. Shawn Hall has been Vice President, General Counsel, and Secretary for Quantum Corporation since January 1, 2001.

2. Throughout August of 2007, and for some time before, Shawn Hall was a Director of two wholly-owned subsidiaries of Quantum that were incorporated under the laws of Australia: (1) Rocksoft Pty Limited, Australian Company Number 008 280 153, (which prior to February 28,

2007 was named "Rocksoft Limited") ("Rocksoft"); and (2) Australian Company Number 120 786 012 Pty. Ltd. ("A.C.N. 120").  He continues to serve as Director of both Rocksoft and A.C.N. 120 to this day.

3.  In August 2007, Rocksoft's Board of Directors was composed of four persons:  (1) Shawn Hall; (2) Jon Gacek (who was also Quantum's Chief Financial Officer); (3) Craig Tamlin, an employee of Quantum working as its Sales Manager in Australia; and (4) Robyn K. Kleinschmidt, also employed by Quantum in Australia.

4.  In August 2007, A.C.N. 120's Board of Directors was composed of three persons, all of whom served on Rocksoft's Board of Directors and were Quantum Officers or employees: (1) Shawn Hall; (2) Jon Gacek; and Craig Tamlin.

5.  Shawn Hall was directed by Quantum's Chief Executive Officer, Richard E. Belluzo, to transfer all substantial rights to U.S. Patent No. 5,990,810 (the "'810 Patent") to Quantum in preparation for the filing of the Complaint in this action.  Accordingly, he executed the exclusive license of that patent from A.C.N. 120 and all of its subsidiaries, including Rocksoft, to Quantum on August 13, 2007 ("Quantum License").  A copy of the Quantum License is attached as Exhibit D to the Declaration of Todd M. Briggs (Docket No. 36) filed by Riverbed in support of its Motion to Dismiss.

6.  All of the members of the Boards of Directors of A.C.N. 120 and Rocksoft were obligated to comply with the instructions of Quantum's management. (*See* Supplemental Declaration of Shawn Hall attached hereto as Exhibit A.)

Even though the exclusive license's definition of "Licensor" has always included Rocksoft as a subsidiary of A.C.N. 120, Riverbed's Reply brief was the first time Riverbed challenged the authority of Shawn Hall to execute a direct exclusive license of the '810 Patent from Rocksoft to Quantum,.  This Supplemental Declaration responds to this challenge and bears on Shawn Hall's authority to transfer rights directly from Rocksoft to Quantum.

Quantum requests that the Court grant the admission of this Supplemental Declaration because it would further the interest of the Court in achieving a just result that avoids needless delay and expenditures.

### III.

### ATTEMPT TO STIPULATE

Quantum's counsel e-mailed a copy of the executed Supplemental Declaration of Shawn Hall to Riverbed's counsel on January 28, 2008, requesting a stipulation that Quantum be allowed to file the Supplemental Declaration. (Bruno Decl., Ex. A.) Riverbed's counsel refused to so stipulate, thus necessitating this administrative motion. (*See id.*)

Dated: January 29, 2008   SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: ___/s/ Nathaniel Bruno___
   AMAR L. THAKUR
   MAURICIO A. FLORES
   JON E. MAKI
   12275 El Camino Real, Suite 200
   San Diego, CA 92130
   Telephone:  (858) 720-8900
   Facsimile:  (858) 509-3691

Attorneys for Plaintiff
QUANTUM CORPORATION

SHEPPARD MULLIN RICHTER & HAMPTON LLP

NATHANIEL BRUNO
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Plaintiff
QUANTUM CORPORATION