# **EXHIBIT A**

AMAR L. THAKUR, Cal. Bar No. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
JON E. MAKI, Cal Bar No. 199958
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:  (858) 720-8900
Facsimile:  (858) 509-3691
Email: athakur@sheppardmullin.com
       mflores@sheppardmullin.com
       jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:  415-434-9100
Facsimile:  415-434-3947
Email: nbruno@sheppardmullin.com

Attorneys for
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>Defendant.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>SUPPLEMENTAL DECLARATION OF SHAWN HALL IN SUPPORT OF QUANTUM CORPORATION'S OPPOSITION TO RIVERBED TECHNOLOGY, INC.'S MOTION TO DISMISS<br><br>Hearing Date: 1/31/08<br>Hearing Time: 8:00 a.m.<br>Ctrm. 9, 19th Floor |

## DECLARATION OF SHAWN HALL

I, Shawn Hall, state and declare as follows:

1. I am the Vice President, General Counsel, and Secretary for Quantum Corporation ("**Quantum**"). I have held this combination of positions at Quantum since January 1, 2001. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Throughout August of 2007, and for some time before, I was a Director of two wholly-owned subsidiaries of Quantum that were incorporated under the laws of Australia: (1) Rocksoft Pty Limited, Australian Company Number 008 280 153, (which prior to February 28, 2007 was named "Rocksoft Limited") ("Rocksoft"); and (2) Australian Company Number 120 786 012 Pty. Ltd. ("A.C.N. 120"). I continue to serve as Director of both Rocksoft and A.C.N. 120 to this day.

3. In August 2007, Rocksoft's Board of Directors was composed of four persons: (1) myself; (2) Jon Gacek (who was also Quantum's Chief Financial Officer); (3) Craig Tamlin, an employee of Quantum working as its Sales Manager in Australia; and (4) Robyn K. Kleinschmidt, also employed by Quantum in Australia.

4. In August 2007, A.C.N. 120's Board of Directors was composed of three persons, all of whom served on Rocksoft's Board of Directors and were Quantum Officers or employees: (1) myself; (2) Jon Gacek; and Craig Tamlin.

5. I was directed by Quantum's Chief Executive Officer, Richard E. Belluzo, to transfer all substantial rights to U.S. Patent No. 5,990,810 to Quantum in preparation for the filing of the Complaint in this action. Accordingly, I executed the exclusive license of that patent from

-2-

1  A.C.N. 120 and all of its subsidiaries, including Rocksoft, to Quantum on August 13, 2007
2  ("Quantum License"). A copy of the Quantum License is attached as Exhibit D to the Declaration
3  of Todd M. Briggs (Docket No. 36) filed by Riverbed in support of its Motion to Dismiss.

5  6.    All of the members of the Boards of Directors of A.C.N. 120 and Rocksoft were
6  obligated to comply with the instructions of Quantum's management.

8  I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct and that this Declaration was executed in San Jose, California on January 29,
10 2008.

By    /s/ Shawn Hall
      SHAWN HALL

As the attorney e-filing this document, and pursuant to General Order No. 45, I hereby attest that Shawn Hall has concurred in this filing. /s/ Nathaniel Bruno

-3-

W02-WEST:6NB1\400693114.1
Case No. C 07-04161 WHA

SUPPLEMENTAL HALL DECLARATION IN SUPPORT OF QUANTUM'S OPPOSITION TO RIVERBED'S MOTION TO DISMISS