AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
JON E. MAKI, Cal Bar No. 199958
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:     858-720-8900
Facsimile:      858-509-3691
Email: athakur@sheppardmullin.com
          mflores@sheppardmullin.com
          jmaki@sheppardmullin.com


NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-9100
Facsimile:      415-434-3947
Email: nbruno@sheppardmullin.com

Attorneys for
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation, | Case No. C 07-04161 WHA |
| Plaintiff, | The Hon. William H. Alsup |
| v. | DECLARATION OF NATHANIEL BRUNO IN SUPPORT OF ADMINISTRATIVE MOTION OF QUANTUM CORPORATION' FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF SHAWN HALL IN OPPOSITION TO MOTION OF RIVERBED TECHNOLOGY, INC., TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION SET FOR HEARING ON JANUARY 31, 2008 |
| RIVERBED TECHNOLOGY, INC., | |
| Defendant. | |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| QUANTUM CORPORATION, a Delaware corporation, | |
| Counterdefendant. | |

1

## DECLARATION OF NATHANIEL BRUNO

I, Nathaniel Bruno, state and declare as follows:

1.    I am an attorney in the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Quantum Corporation (**"Quantum"**).  I am over twenty-one years of age and not under any legal disability.  I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of an e-mail from Craig Wendland of this firm to Todd Briggs of Riverbed's counsel's firm dated January 28, 2008, along with Mr. Briggs's reply e-mail of today, on which e-mails I was personally copied.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on January 29, 2008.

By    _____
/s/ Nathaniel Bruno
NATHANIEL BRUNO