# **EXHIBIT A**

### Nate Bruno

| | |
|---|---|
| **From:** | Todd Briggs [toddbriggs@quinnemanuel.com] |
| **Sent:** | Tuesday, January 29, 2008 10:19 AM |
| **To:** | Craig Wendland |
| **Cc:** | Claude M. Stern; Amar Thakur; Nate Bruno; Mauricio Flores; Andrew Bramhall; David Wei, Jr.; Todd Briggs |
| **Subject:** | RE: Stipulation re: filing of Supplemental Declaration of Shawn Hall |

Dear Craig,

Riverbed objects to Quantum's proposed filing of the Supplemental Declaration of Shawn Hall. This filing would be improper under the Civil Local Rules, which do not allow the non-movant to submit additional evidence or argument after its opposition papers have been filed. See Civil Local Rule 7. Here, Quantum had a full opportunity to submit evidence and argument in response to Riverbed's motion to dismiss with its opposition papers, and Quantum has not even attempted to explain why this declaration was not submitted at that time. If Quantum improperly files this declaration, Riverbed reserves the right to file a response.

Best Regards,

Todd M. Briggs
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5020
Fax: (650) 801-5100

---

**From:** Craig Wendland [mailto:CWendland@sheppardmullin.com]
**Sent:** Monday, January 28, 2008 10:35 PM
**To:** Todd Briggs
**Cc:** Claude M. Stern; Amar Thakur; Nate Bruno; Mauricio Flores
**Subject:** Stipulation re: filing of Supplemental Declaration of Shawn Hall

Todd,

   Will Riverbed stipulate to the filing of the attached Supplemental Declaration of Shawn Hall? Please advise us by 11 AM tomorrow.

Best Regards,

Craig Wendland

---



12275 El Camino Real
Suite 200
San Diego, CA 92130-2006
858.720.8900 *office*
858.509.3691 *fax*
www.sheppardmullin.com

**Craig H. Wendland**
858.720.7440 *direct* | 858.847.4891 *direct fax*
CWendland@sheppardmullin.com | Bio

1/29/2008

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**Sheppard, Mullin, Richter & Hampton LLP**

Please visit our website at www.sheppardmullin.com

1/29/2008