AMAR L. THAKUR, Cal. Bar No. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
JON E. MAKI, Cal Bar No. 199958
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
Email: athakur@sheppardmullin.com
       mflores@sheppardmullin.com
       jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-2984
Facsimile: 415-434-6095
Electronic mail: nbruno@sheppardmullin.com

Attorneys for Plaintiff
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>                Defendant.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>                Counterclaimant,<br>  v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>                Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br>United States District Judge<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF QUANTUM'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF SHAWN HALL**<br><br>Complaint Filed: August 14, 2007<br>Trial Date: February 2, 2009 |

**ORDER**

Upon good cause shown pursuant to the administrative motion by Quantum Corporation (Docket No. 66) seeking leave to file the Supplemental Declaration of Shawn Hall In Support of Quantum Corporation's Opposition to Riverbed Technology, Inc.'s Motion to Dismiss, and the Supplemental Declaration of Shawn Hall submitted therewith, IT IS HEREBY ORDERED that Quantum is granted leave to file the Supplemental Declaration of Shawn Hall, and the Court will consider that declaration in connection with its ruling on Riverbed's Motion to Dismiss (Docket No. 35).

**IT IS SO ORDERED.**

Dated: _____    _____
Honorable William H. Alsup