1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

          Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

          Defendant.

———————————————————/

AND RELATED COUNTERCLAIMS.

———————————————————/

No. C 07-04161 WHA

**ORDER RE ORAL ARGUMENT**

      The argument will proceed as scheduled. Counsel must decide who will argue. At the hearing, please address: under applicable law, does a parent company automatically have authority to act as agent to transfer assets of its subsidiaries? This is not an invitation to augment the record. Please make your points based on the record and briefing already provided. Time will be limited at the argument.

      **IT IS SO ORDERED.**

Dated: January 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE