UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 31, 2008

Case No.  C 07-04161 WHA

Title: QUANTUM v. RIVERBED TECHNOLOGY

Plaintiff Attorneys: Mauricio Fores; Amar Thakur

Defense Attorneys: Todd Briggs; Claude Stern; Andrew Bramhall

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    Dft's Motion to Dismiss - HELD

2)

Continued to __ for Claim Construction Hearing

**ORDERED AFTER HEARING:**

Court directed plaintiff to file a letter by noon tomorrow regarding the status of the counterclaim.