**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California  94065 | TEL: (650) 801-5000  FAX: (650) 801-5100

February 1, 2008

*VIA ELECTRONIC FILING*

Honorable William Alsup
450 Golden Gate Ave.
Courtroom 9, 19th Floor
San Francisco, CA 94102

Re:   *Quantum Corporation v. Riverbed Technology, Inc.* (No. C 07-4161 WHA) –
        Court's Inquiry Regarding Riverbed's Patent Infringement Counterclaim

Dear Judge Alsup:

In furtherance of Your Honor's instruction at the hearing yesterday on Riverbed's motion to dismiss Quantum's complaint for lack of standing, Riverbed informs the Court that, should this Court grant Riverbed's motion, Riverbed would be inclined to maintain its patent infringement counterclaim under U.S. Patent No. 7,116,249 against Quantum in this Court.

Respectfully submitted,

　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART OLIVER &
　　　　　　　　　　　　　　　HEDGES, LLP

　　　　　　　　　　　　　　　Claude M. Stern
　　　　　　　　　　　　　　　Counsel for Defendant and Counterclaimant,
　　　　　　　　　　　　　　　Riverbed Technology, Inc.

51198/2374989.1