# **EXHIBIT 4**

## Nate Bruno

**From:** Todd Briggs [toddbriggs@quinnemanuel.com]
**Sent:** Thursday, February 14, 2008 12:56 PM
**To:** Nate Bruno; Claude M. Stern; Sandra Nichols; Cristina Herrera; Andrew Bramhall; David Wei, Jr.
**Cc:** Amar Thakur; Mauricio Flores; Jon Maki; Rebecca Roberts; Craig Wendland; Jane Gorsi; Donna Grimes; Carolyn Davis; David Heisey
**Subject:** RE: Quantum Requests Stipulation for Leave to File First Amended Reply

Nate:

Riverbed will not stipulate to the filing of Quantum's amended reply. As you know, the Delaware action is the first filed action on Quantum's '810 patent and is the proper forum for Quantum's claims on that patent.

Best Regards,

Todd

---

**From:** Nate Bruno [mailto:NBruno@sheppardmullin.com]
**Sent:** Wednesday, February 13, 2008 5:25 PM
**To:** Todd Briggs; Claude M. Stern; Sandra Nichols; Cristina Herrera; Andrew Bramhall; David Wei, Jr.
**Cc:** Amar Thakur; Mauricio Flores; Jon Maki; Rebecca Roberts; Craig Wendland; Jane Gorsi; Donna Grimes; Carolyn Davis; David Heisey
**Subject:** Quantum Requests Stipulation for Leave to File First Amended Reply

Todd:

As suggested by Judge Alsup, Quantum intends to seek leave to file a First Amended Reply to Riverbed's Counterclaim in the C-07-04161-WHA action. Quantum's amended pleading would add a counterclaim for infringement of the '810 patent, and a counterclaim for infringement of U.S. Patent No. 6,622,164 B1.

Attached hereto is a copy of the amended pleading in the form in which Quantum currently intends to file it, along with copies of the two patents Quantum will be asserting.

Please advise at your earliest convenience, and no later than 2:00 p.m. tomorrow, whether Riverbed will stipulate to Quantum's filing of its First Amended Reply. We will be happy to draft an appropriate stipulation, should Riverbed agree to stipulate.

Regards, Nate

<<400698022_1.DOC¤>> <<pat5990810.pdf>> <<US6622164.pdf>>



Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
415.434.9100 *office*
415.434.3947 *fax*
*www.sheppardmullin.com*

**Nathaniel Bruno**
*Attorney*

2/14/2008

415.774.2984 *direct* | 415.403.6095 *direct fax*
*NBruno@sheppardmullin.com* | *Bio*

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**Sheppard, Mullin, Richter & Hampton LLP**

Please visit our website at www.sheppardmullin.com