AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
JON E. MAKI, Cal Bar No. 199958
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:     858-720-8900
Facsimile:      858-509-3691
Email: athakur@sheppardmullin.com
          mflores@sheppardmullin.com
          jmaki@sheppardmullin.com


NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-9100
Facsimile:     415-434-3947
Email: nbruno@sheppardmullin.com

Attorneys for QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>　　　　　　　　Counterclaimant,<br><br>　　v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Counterdefendant. | Case No. C 07-04161 WHA<br><br>**DECLARATION OF NATHANIEL BRUNO IN SUPPORT OF MOTION FOR LEAVE TO FILE QUANTUM CORPORATION'S FIRST AMENDED REPLY TO COUNTERCLAIM, AND COUNTERCLAIMS**<br><br>Date:  March 20, 2008<br>Time:  8:00 AM<br>Courtroom 9, 19th Floor<br><br>Honorable William H. Alsup<br>United States District Judge |

1

## DECLARATION OF NATHANIEL BRUNO

I, Nathaniel Bruno, state and declare as follows:

1. I am an attorney in the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Quantum Corporation (**"Quantum"**). I am over twenty-one years of age and not under any legal disability. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,622,164 B1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on February 14, 2008.

By    /s/ Nathaniel Bruno
               NATHANIEL BRUNO