1  AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO A. FLORES CAL. BAR NO. 93304
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
3  Including Professional Corporations
12275 El Camino Real, Suite 200
4  San Diego, California  92130
Telephone:     858-720-8900
5  Facsimile:     858-509-3691
Email: athakur@sheppardmullin.com
6          mflores@sheppardmullin.com

7  NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
8  A Limited Liability Partnership
Including Professional Corporations
9  Four Embarcadero Center, 17th Floor
San Francisco, California  94111
10  Telephone:     415-434-2984
Facsimile:     415-434-6095
11  Email: nbruno@sheppardmullin.com

12  Attorneys for Plaintiff,
QUANTUM CORPORATION

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17  RIVERBED TECHNOLOGY, INC., a          Case No. C 07-04161 WHA
Delaware corporation,

18                                         **[PROPOSED] ORDER GRANTING**
                        Counterclaimant,   **MOTION FOR LEAVE TO FILE**
                                           **QUANTUM CORPORATION'S FIRST**
19          v.                             **AMENDED REPLY TO**
                                           **COUNTERCLAIM, AND**
20  QUANTUM CORPORATION,                   **COUNTERCLAIMS FOR:**

21                        CounterDefendant. **DECLARATORY JUDGMENT OF NON-**
                                           **INFRINGEMENT AND INVALIDITY OF**
22  _____  **U.S. PATENT NO. 7,116,249; AND**

23  QUANTUM CORPORATION, a Delaware        **INFRINGEMENT OF U.S. PATENT NO.**
corporation,                           **5,990,810; AND**

24                        Counterclaimant, **INFRINGEMENT OF U.S. PATENT NO.**
                                           **6,622,164 B1.**
25          v.

26  RIVERBED TECHNOLOGY, INC. a            Honorable William H. Alsup
Delaware corporation,                  United States District Judge

27
                        Counterdefendant.
28  _____

**PROPOSED ORDER**

The Court having considered counterclaimant Quantum Corporation's ("Quantum's") "NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE QUANTUM CORPORATION'S FIRST AMENDED REPLY TO COUNTERCLAIM, AND COUNTERCLAIMS," including all papers and arguments submitted in connection therewith, and in accordance with Fed. R.Civ. P. 13(f) and 15(a) and relevant case law, orders as follows:

**IT IS HEREBY ORDERED** that:

1.  In accordance with the extreme liberality to which amendments to pleadings may be granted, and based on the lack of undue delay or substantial prejudice that would result to counterdefendant Riverbed Technology, Inc. were Quantum's motion to amend granted, Quantum's "MOTION FOR LEAVE TO FILE QUANTUM CORPORATION'S FIRST AMENDED REPLY TO COUNTERCLAIM, AND COUNTERCLAIMS" **IS GRANTED.**

2.  Counterclaimant Quantum Corporation is granted leave to file its FIRST AMENDED REPLY TO COUNTERCLAIM, AND COUNTERCLAIMS adding additional infringement claims for U.S. Patent No. 5,990,810 and U.S. Patent No. 6,622,164 B1, in substantially the form attached as Exhibit A to its motion, within seven calendar days of the date of this Order.


IT IS SO ORDERED.



DATED : _____

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE