[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br> Counterclaimant, <br><br> v. <br><br> QUANTUM CORPORATION, <br><br> Counterdefendant. | Case No. C07-04161 WHA <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING CLAIM CONSTRUCTION SCHEDULE TO EXTEND PATENT LOCAL RULE 4-2 DEADLINE <br><br> Honorable William H. Alsup <br> United States District Judge <br><br> Complaint Filed: August 14, 2007 <br> Trial Date: February 2, 2009 |

# STIPULATION

The parties, by and through their respective counsel of record, stipulate and agree to modify the Court's Order Re Schedule For Claim Construction (Docket No. 28) to extend the date when the parties will simultaneously exchange preliminary claim constructions and extrinsic evidence pursuant to Patent Local Rule 4-2.  This modification will not affect any of the other claim construction dates.  The current claim construction dates and the modified date for the simultaneous exchange of preliminary claim constructions and extrinsic evidence are shown in the table below:

| EVENT | AGREED DATE |
|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions | December 13, 2007 |
| Preliminary Invalidity Contentions | January 31, 2008 |
| Simultaneous Exchange of Proposed Terms and Claim Elements for Construction | February 6, 2008 |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | New Date:   March 4, 2008<br>Prior Date:   February 20, 2008 |
| Joint Claim Construction and Prehearing Statement | March 12, 2008 |
| Close of discovery related to Claim Construction | March 19, 2008 |
| Opening Claim Construction Briefs | March 26, 2008 |
| Opposition Claim Construction Briefs | April 9, 2008 |
| Reply Claim Construction Briefs | April 16, 2008 |
| Claim Construction Tutorial | April 23, 2008 at 1:30 p.m.* |
| Claim Construction Hearing | May 7, 2008 at 1:30 p.m.* |
| Final Infringement Contentions | 30 days after issuance of claim construction ruling |
| Final Invalidity Contentions | 50 days after issuance of claim construction ruling |

A.    Prior Time Modifications

On November 1, 2007, this Court issued an order based on a stipulation of the parties continuing the Initial Case Management Conference in this action from November 15 to November 29.  (Docket No. 19.)

On December 14, 2007, this Court issued an order based on a stipulation of the parties extending certain deadlines relating to the service of the parties' preliminary infringement and invalidity contentions.  (Docket No. 34.)

B.    Proposed Changes to Disclosure and Discovery Response Deadlines

The parties propose that their Patent L.R. 4-2 deadline to exchange preliminary claim constructions and extrinsic evidence be extended from the current date of February 20, 2008 to the new date of March 4, 2008 as shown in the table above.

C.    Reasons for Requested Change in Schedule

The current schedule contemplates the parties making their Patent L.R. 4-2 exchange on February 20, 2008 and submitting their Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement to the Court on March 12.  The parties are not seeking an extension of the March 12 date of their joint submission to the Court or any other claim construction dates.  The parties met and conferred and determined it would be beneficial to have more time to prepare their respective preliminary claim constructions under Patent L.R. 4-2, which will be the basis for the Patent L.R. 4-3 joint submission on March 12.  The extension requested will not affect the overall progress of the case or the parties' ability to keep the other current claim construction hearing and trial dates.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Quantum attests that counsel for Riverbed whose electronic signature is provided has concurred in this filing.

Dated: February 14, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Nathaniel Bruno

Amar L. Thakur
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691

Nathaniel Bruno
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for QUANTUM CORPORATION

Dated: February 14, 2008

QUINN EMANUEL URQUHART OLIVER & LLP

By: /s/ Todd M. Briggs

Claude M. Stern
Todd M. Briggs
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: 650-801-5020
Facsimile: 650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable William H. Alsup
United States District Judge