IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.
                          /

AND RELATED COUNTERCLAIMS.
                         /

No. C 07-04161 WHA

**ORDER MODIFYING CLAIM CONSTRUCTION SCHEDULE**

      The parties stipulation to extend the deadline to exchange preliminary claim constructions and extrinsic evidence is **GRANTED**. The parties shall have until **MARCH 4, 2008**, to exchange preliminary claim constructions and extrinsic evidence. This modification will not affect any other dates in the claim construction schedule. The parties are requested to seek no further extensions.

      **IT IS SO ORDERED.**

Dated: February 15, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE