AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO FLORES, CAL. BAR NO. 93304
JON E. MAKI, CAL. BAR NO. 199958
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691
Email: athakur@sheppardmullin.com
       mflores@sheppardmullin.com
       jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415-434-2984
Facsimile: 415-434-6095
Email: nbruno@sheppardmullin.com

Attorneys for Counterdefendant,
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>            Counterclaimant,<br><br>v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>            Counterdefendant. | Case No. C 07-04161 WHA<br><br>**QUANTUM'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION FOR LEAVE TO FILE QUANTUM CORPORATION'S FIRST AMENDED REPLY TO COUNTERCLAIM, AND COUNTERCLAIMS**<br><br>**Current Schedule For Hearing:**<br>Date: March 20, 2008<br>Time: 8:00 AM<br><br>**Proposed Schedule For Hearing:**<br>Date: March 6, 2008<br>Time: 8:00 AM<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>[Civil L.R. 6-3] |

-1-

W02-WEST:6NB1\400711542.1

QUANTUM'S MOTION TO SHORTEN TIME ON HEARING *RE* MOTION FOR LEAVE TO AMEND
Case No. C 07-04161 WHA

1    Pursuant to Civil Local Rule 6-3, Quantum Corporation ("Quantum") respectfully
2  moves for an Order shortening the time for briefing and hearing of Quantum's pending Motion
3  For Leave To File Quantum Corporation's First Amended Reply To Counterclaim, And
4  Counterclaims ("Motion to Amend") [Docket No. 75]. Quantum's Motion to Amend addresses
5  whether related patent infringement claims (based on Riverbed's infringement of U.S. Patent No.
6  5,990,810 and U.S. Patent No. 6,622,164 B1) may be added as counterclaims to this action, as
7  suggested by the Court. (*See* Docket No. 76 [Flores Declaration] at Ex. 1, p. 9:12-11:9; *see also*
8  Docket No. 73 [Order on Motion to Dismiss] at p. 6:1-3.)

9    The hearing on Quantum's Motion to Amend is currently scheduled for March 20,
10 2008. (*See* Docket No. 75.) Quantum respectfully requests that the Court hear its Motion two
11 weeks earlier – on March 6, 2008 – so as to avoid unnecessary and costly delay related to these
12 infringement actions. Quantum seeks to adhere as closely as possible to the schedule adopted by
13 this Court in this action (Case No. C 07-04161 WHA). The proposed counterclaim for
14 infringement of Quantum's '810 Patent is a re-filing of the claim asserted in the original Complaint
15 filed by Quantum in this action. Essentially, the proposed counterclaim is a re-filing of a claim
16 that was, until its dismissal on February 4, 2008 (*see* Docket No. 73), subject to that same
17 schedule. The Court is familiar with this claim and considerations of efficiency militate in favor
18 of putting it back on track as quickly as possible.

19    Riverbed is not prejudiced by an expedited schedule. Quantum's motion for leave
20 to amend presents a discrete and straightforward legal issue with clear, time-tested precedent
21 regarding the Court's discretion to amend. Additionally, Riverbed has previously requested, and
22 been granted, leave for an expedited schedule to hear its Motion to Dismiss Quantum's Patent
23 Infringement Claims Under U.S. Patent No. 5,990,810 for Lack of Subject Matter Jurisdiction.
24 (*See* Docket Nos. 39, 47.) In doing so, Riverbed itself acknowledged the importance of avoiding
25 unnecessary and costly delay. (*See* Docket No. 39.)

26
27
28

1   Accordingly, Quantum respectfully requests that the Court shorten the briefing and
2   hearing schedule on its Motion for Leave to File a First Amended Reply to Counterclaim [Docket
3   No. 75] as follows:

| | | |
|---|---|---|
| 4 | **Motion:** | **Thursday, February 14, 2008 (already filed).** |
| 5 | **Opposition:** | **Thursday, February 21, 2008** |
| 6 | **Reply:** | **Thursday, February 28, 2008** |
| 7 | **Hearing:** | **Thursday, March 6, 2008, 8:00 a.m.** |

9   A Declaration of Mauricio A. Flores that conforms to the requirements of Civil
10  L.R. 6-3(a) is being filed concurrently herewith. Quantum requested that Riverbed stipulate to this
11  request to shorten time, but Riverbed refused. (Flores Decl., ¶¶ 2-3 and Exs. A-B.)

13  Dated: February 15, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
By

/s/ Nathaniel Bruno
AMAR L. THAKUR
MAURICIO FLORES
JON E. MAKI
NATHANIEL BRUNO

Attorneys for
QUANTUM CORPORATION