1  AMAR L. THAKUR, CAL. BAR NO. 194025
   MAURICIO A. FLORES, Cal. Bar No. 93304
2  JON E. MAKI, Cal Bar No. 199958
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  A Limited Liability Partnership
   Including Professional Corporations
4  12275 El Camino Real, Suite 200
   San Diego, California  92130
5  Telephone:     858-720-8900
   Facsimile:     858-509-3691
6  Email: athakur@sheppardmullin.com
         mflores@sheppardmullin.com
7        jmaki@sheppardmullin.com

8
   NATHANIEL BRUNO, Cal. Bar No. 228118
9  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
10 Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California  94111
   Telephone:     415-434-9100
12 Facsimile:     415-434-3947
   Email: nbruno@sheppardmullin.com
13
   Attorneys for QUANTUM CORPORATION
14

15                    UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18

19 RIVERBED TECHNOLOGY, INC., a          Case No. C 07-04161 WHA
   Delaware corporation,
20                                       **DECLARATION OF MAURICIO A.
                                         FLORES IN SUPPORT OF QUANTUM'S
21              Counterclaimant,         MOTION TO SHORTEN TIME FOR
                                         HEARING ON ITS MOTION FOR LEAVE
22    v.                                 TO FILE QUANTUM CORPORATION'S
                                         FIRST AMENDED REPLY TO
23 QUANTUM CORPORATION, a Delaware       COUNTERCLAIM, AND
   corporation,                          COUNTERCLAIMS**
24
25              Counterdefendant.
                                         Honorable William H. Alsup
26                                       United States District Judge
27
28
                                    1

## DECLARATION OF MAURICIO A. FLORES

I, Mauricio A. Flores, state and declare as follows:

1.     I am an attorney in the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Quantum Corporation (**"Quantum"**). I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of Quantum's Motion to Shorten Time For Hearing On Its Motion For Leave To File Quantum Corporation's First Amended Reply To Counterclaim, and Counterclaims ("Motion"). I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

**Efforts to Obtain A Stipulation**

2.     On February 14, 2008, I sent a letter to Claude Stern (counsel for Riverbed) discussing Quantum's motion to amend its Reply in Case No. C 07-04161 WHA (the "'249 Patent Action"), the action currently before this court. A true and correct copy of this letter is attached hereto as Exhibit A. This letter also notified Riverbed of Quantum's separate infringement claims of U.S. Patent 5,990,810 (Case No. CV-08-0928-PVT) (the "'810 Patent Action") and U.S. Patent 6,622,164 B1 (Case No. CV-08-0927-JCS) (the "'164 Patent Action"). In this letter, I requested that Riverbed stipulate to an expedited hearing and briefing schedule on Quantum's motion to file its First Amended Reply (the "Motion"), and stipulate that the '164 Patent Action and '810 Patent Action were related cases, so that these cases might be brought before this Court pursuant to Civil Local Rules 3-3 and 3-12. I also requested that counsel for Riverbed reply to my letter by 1:00 p.m. on February 15, 2008, and explained that Quantum intended to raise these issues with the Court if Riverbed would not agree to Quantum's requests.

3.     At approximately 12:16 p.m. on February 15, 2008, Riverbed's Counsel, Todd Briggs, provided a response stating that Riverbed would not agree to these stipulations. Attached hereto as Exhibit B is a true and correct copy of that responsive letter, which necessitated this Motion.

-2-

DECLARATION OF MAURICIO A. FLORES IN
SUPPORT OF QUANTUM'S MOTION TO
SHORTEN TIME

**Reasons for Shortening Of Time and Substantial Harm/Prejudice Should The Court Not Grant The Change In Time**

4.      Quantum respectfully requests that the Court hear this Motion on **March 6, 2008** so as to avoid unnecessary and costly delay, to expedited the alignment in scheduling of these related claims, and to avoid the undue burden caused by the separation of these claims on the court system and parties involved.  I do not believe Riverbed will be prejudiced by an expedited schedule.  To the contrary, I believe Riverbed has every interest in quickly determining if this Motion will consolidate scheduling and litigation on these matters.  Riverbed previously requested that Quantum submit to an expedited schedule regarding Riverbed's Motion to Dismiss in this action (*see* Docket Nos. 35 and 39), which Quantum agreed and the Court ordered, which supports my belief that Riverbed will have sufficient time to adequately research and present any opposition it chooses to present against this Motion.  Furthermore, Quantum's Motion presents a discrete and straightforward legal issue with clear legal precedent.

**Positions Taken By The Parties**

5.      Quantum believes that under Federal Rule of Civil Procedure 15(a) and 13(f), leave to amend shall be given freely at the discretion of the Court.  Quantum believes that this Court should grant the Motion in the interests of justice and judicial economy.  Riverbed has filed an action in the District of Delaware for declaratory relief involving the U.S. Patent No. 5,990,810.  Riverbed maintains that the Delaware action is the first-filed action regarding Quantum's '810 patent and that Delaware is the proper forum for Quantum's claims on that patent.  Riverbed refused to stipulate to the filing of Quantum's proposed First Amended Reply to Counterclaim, and Quantum expects Riverbed to therefore oppose its motion to amend.

**Previous Time Modifications In This Case**

6.      On November 1, 2007, this Court issued an order based on a stipulation of the parties continuing the Initial Case Management Conference in this action from November 15 to November 29.  (Docket No. 19.)

-3-

W02-WEST:6NB1\400711651.1
Case No. C 07-04161 WHA

DECLARATION OF MAURICIO A. FLORES IN SUPPORT OF QUANTUM'S MOTION TO SHORTEN TIME

1     7.    On December 14, 2007, this Court issued an order based on a stipulation of the

2 parties extending certain deadlines relating to the service of the parties' preliminary infringement

3 and invalidity contentions.  (Docket No. 34.)

4     8.    On January 15, 2008, this Court granted Riverbed's motion to shorten time

5 regarding Riverbed's motion to dismiss, such that the motion to dismiss was heard on January 31

6 instead of the originally-noticed date of February 14.  (Docket No. 47.)

7     9.    The parties have proposed that their Patent L.R. 4-2 deadline to exchange

8 preliminary claim constructions and extrinsic evidence be extended from the current date of

9 February 20, 2008 to the date of March 4, 2008.

10 **Effect The Requested Time Modification Would Have On The Schedule For the Case**

11     10.    The requested time modification would preserve the current schedule for this case.

12

13     I declare under penalty of perjury under the laws of the United States that the foregoing is

14 true and correct and that this Declaration was executed in San Diego, California on February 15,

15 2008.

16

17

18     By                                                              

19                                      MAURICIO A. FLORES

20

21

22     As the attorney e-filing this document, and in accordance with General Order No.

23 45, I hereby attest the Mauricio A. Flores has concurred in this filing.

24

25     By                                                           

26                                      NATHANIEL BRUNO

27

28

-4-