**EXHIBIT A**



12275 El Camino Real | Suite 200 | San Diego, CA 92130-2006
858-720-8900 office | 858-509-3691 fax | www.sheppardmullin.com

Writer's Direct Line: 858-720-8956
mflores@sheppardmullin.com

February 14, 2008

Our File Number: 16HC-132982

Claude M. Stern
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065-2139

Re: Quantum Corporation v. Riverbed Technology, Inc. (No. C 07-4161 WHA)

Dear Claude:

As you know, Quantum has filed a motion for leave to amend its Reply to Counterclaims, and Counterclaims, for Case No. C 07-04161 WHA ("the '249 Patent Action") to include claims for infringement of U.S. Patent No. 5,990,810 (the "'810 Patent") and U.S. Patent No. 6,622,164 B1 (the "'164 Patent"). Under Federal Rule of Civil Procedure 15(a) and 13(f), amendment shall be allowed whenever justice so requires. The controlling law and facts are set forth Quantum's motion to amend, which we urge you to review immediately.

As Riverbed has refused to stipulate to this amendment, Quantum requests that Riverbed agree to an expedited briefing schedule on Quantum's motion. The hearing for this motion is presently set for Thursday, March 20, 2008. We propose the following schedule:

| | |
|---|---|
| Thursday, February 21, 2008 | Riverbed's opposition to Quantum's motion is due |
| Thursday, February 28, 2007 | Quantum's reply in support of its motion is due |
| Thursday, March 6, 2008 | 8:00 a.m. hearing before Judge Alsup |

Additionally, Quantum has separately filed independent actions against Riverbed within the United States District Court, Northern District of California for infringement of the '810 Patent (CV-08-0928-PVT), and for infringement of the '164 Patent (CV-08-0927-JCS), ("the '164 Patent Action"). These filings were intended to protect against another Delaware filing by Riverbed based on Quantum's motion for leave to add the '810 and '164 counterclaims. Quantum intends to dismiss these action should its motion to add these claims as counterclaims in the '249 Action be granted.

We request that Riverbed also stipulate that both of the above actions are related to the '249 Patent Action, so that these action may be brought before Honorable District Judge William H. Alsup.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Claude M. Stern
February 14, 2008
Page 2

      In making this request with respect to the action for infringement of the '810 Patent, we do not ask that Riverbed abandon its contention (which be believe is in error) that Quantum's '810 Patent claim should be litigated in Delaware under the first-to-file rule. We ask only for Riverbed's agreement that in the event this rule is found inapplicable, the refiling of Quantum's '810 Patent claim as an independent action is related to the action which was first brought before Judge Alsup.

      Please inform us as soon as possible whether you agree to the foregoing. If Riverbed does not agree to these proposals or if Quantum does not hear from Riverbed by 1:00 p.m. on February 15, 2008, Quantum intends to move the Court on these issues.

Very truly yours,

Mauricio A. Flores

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:6MAF1\400710684.1