**EXHIBIT B**

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5020**

WRITER'S INTERNET ADDRESS
**toddbriggs@quinnemanuel.com**

February 15, 2008

*VIA E-MAIL*

Craig Wendland
Sheppard, Mullin, Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

Re:   *Quantum Corp. v. Riverbed Technology, Inc.*, Case No. 07-04161

Dear Craig:

This responds to your letter from yesterday afternoon requesting that Riverbed stipulate to an expedited briefing schedule on its motion for leave to amend its counterclaim to assert the '810 and '164 patents.

First, you do not even attempt to explain why an expedited briefing schedule is warranted for your motion. Riverbed cannot agree to an expedited briefing schedule when Quantum cannot even articulate a reason why such a schedule is required.

Second, Quantum's attempt to add the '810 and '164 patents to this action would be futile. As you know, there is a separate action on the '810 patent that has been pending in Delaware for over a month. That action is indisputably the first filed action and therefore litigation involving the '810 patent should proceed in Delaware. Furthermore, Quantum's attempt to amend its counterclaim to include the '810 and '164 patents violates Judge Alsup's Case Management Order. That order states: "Leave to add any new parties or pleading amendments must be sought by DECEMBER 7, 2007." (*See* Docket No. 23 at 1.) Quantum's proposed amendment is over two months late. Your late amendment appears to be nothing more than an attempt to derail the current case schedule.

quinn emanuel urquhart oliver & hedges, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL (212) 702-8100 FAX (212) 702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700

51198/2391033.1

Nate Bruno
February 15, 2008
Page 2


In view of the foregoing, we urge you to withdraw your motion so that the Court and the parties do not have to engage in wasteful motion practice.

Very truly yours,

*[signature: Todd Briggs]*

Todd M. Briggs

51198/2391033.1