1  AMAR L. THAKUR, CAL. BAR NO. 194025
   MAURICIO FLORES, CAL. BAR NO. 93304
2  JON E. MAKI, CAL. BAR NO. 199958
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  A Limited Liability Partnership
   Including Professional Corporations
4  12275 El Camino Real, Suite 200
   San Diego, California 92130
5  Telephone:    858-720-8900
   Facsimile:    858-509-3691
6  Email: athakur@sheppardmullin.com
          mflores@sheppardmullin.com
7         jmaki@sheppardmullin.com

8  NATHANIEL BRUNO, Cal. Bar No. 228118
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
9  A Limited Liability Partnership
   Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
11 Telephone:    415-434-2984
   Facsimile:    415-434-6095
12 Email: nbruno@sheppardmullin.com

13 Attorneys for Counterdefendant,
   QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>  v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterdefendant. | Case No. C 07-04161 WHA<br><br>**[PROPOSED] ORDER GRANTING QUANTUM'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION FOR LEAVE TO FILE QUANTUM CORPORATION'S FIRST AMENDED REPLY TO COUNTERCLAIM, AND COUNTERCLAIMS**<br><br>Honorable William H. Alsup<br>United States District Judge |

Having considered the papers submitted and arguments presented on Quantum Corporation's Motion To Shorten Time For Hearing On Its Motion For Leave To File Quantum Corporation's First Amended Reply To Counterclaim, And Counterclaims ("Motion"), the Court **HEREBY ORDERS** as follows:

1. Quantum's Motion is **GRANTED**; and
2. The parties are **HEREBY ORDERED** to comply with the following hearing and briefing schedule:

| | |
|---|---|
| **Motion:** | Thursday, February 14, 2008 (already filed). |
| **Opposition:** | Thursday, February 21, 2008 |
| **Reply:** | Thursday, February 28, 2008 |
| **Hearing:** | Thursday, March 6, 2008. 8:00 a.m. |

**IT IS SO ORDERED.**

Dated:

_____
William H. Alsup
United States District Court Judge