IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.
   /

AND RELATED COUNTERCLAIMS.
   /

No. C 07-04161 WHA

**ORDER REQUESTING RESPONSE**

    Riverbed is ordered to file any response to Quantum's motion to shorten time by **FEBRUARY 22, 2008, AT NOON**.

    **IT IS SO ORDERED.**

Dated: February 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE