# EXHIBIT C

AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO A. FLORES CAL. BAR NO. 93304
JON E. MAKI, CAL. BAR NO. 199958
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691
Email: athakur@sheppardmullin.com
mflores@sheppardmullin.com
jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415-434-2984
Facsimile: 415-434-6095
Email: nbruno@sheppardmullin.com

Attorneys for Plaintiff,
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 08 0927<br><br>**COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. 6,622,164 B1**<br><br>**AND**<br><br>**DEMAND FOR JURY TRIAL** |

JCS

Plaintiff Quantum Corporation (hereafter, "Quantum" or "Plaintiff"), by its undersigned counsel, hereby brings this action against Defendant Riverbed Technology, Inc. ("Riverbed" or "Defendant") and alleges as follows:

## THE PARTIES

1. Plaintiff Quantum is a Delaware corporation having a principal place of business at 1650 Technology Drive, Suite 700, San Jose, CA 95110.

2. Quantum is a global leader in data storage, backup, recovery and archive solutions, catering a variety of products to businesses of all sizes. Quantum was founded in 1980 and is headquartered in San Jose, California. The company's products and services help customers maintain critical data integrity and accessibility with fast data recovery using cost-effective methods.

3. On information and belief; Riverbed is a corporation organized and existing under the laws of the State of Delaware, having a place of business at 199 Fremont Street, San Francisco, CA 94105.

4. Riverbed is a corporation that designs, builds, and sells devices that share computer data over extended, or wide-area, computer networks. These devices are designed to accelerate networks transfers, and include data storage devices of various capacities. These devices include but are not limited to the Riverbed Steelhead appliances.

## JURISDICTION AND VENUE

5. This action is for patent infringement arising under the Patent Laws of the United states, 35 U.S.C. § 1 *et seq.*, and seeks damages and injunctive relief. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. On information and belief, this Court has personal jurisdiction over Riverbed because Riverbed currently sells products and transacts business within this judicial district, and otherwise transacts business throughout this state.

7. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## INTRADISTRICT ASSIGNMENT

8. Because this action is an Intellectual Property Action as specified in Civil L.R. 3-2(c), it is to be assigned on a district-wide basis.

## FACTUAL BACKGROUND

9. United States Patent No. 6,622,164 B1 (the "'164 Patent") is titled "Mass Storage Device With Network Interface" and is directed to a new, useful and non-obvious networks storage device. The '164 patent complies with all of the requirements of 35 U.S.C. § 1 *et seq.*

10. On September 16, 2003, the United States Patent and Trademark Office (the "PTO") duly and lawfully issued the '164 patent. A copy of the '164 patent is attached hereto as Exhibit A.

11. Quantum owns all right title and interest in the '164 patent as assignee.

12. On information and belief, Riverbed has directly infringed and continues to directly infringe the '164 patent by making, using, offering for sale, selling and/or causing to be made, used, offered for sale or sold products, systems, and/or services that practice the inventions of the '164 Patent. Specifically, Riverbed offers a series of infringing products which utilize the embodied technology, including but not limited to all Riverbed Steelhead appliances. Quantum reserves the right to identify additional Riverbed products that infringe claims of the '164 patent.

### COUNT FOR INFRINGEMENT OF U.S. PATENT NO. 6,622,164 B1

13. Quantum hereby realleges and incorporates by reference the allegations of paragraphs 1-12 of this Complaint.

14. On information and belief, Riverbed, without authority or license from Plaintiff, has infringed and continues to infringe by direct infringement, contributory infringement, and/or inducement to infringe, the '164 Patent either literally or under the doctrine of equivalents, in violation of 35 U.S.C. § 271, by practicing the method claimed by the '164 patent and by selling, offering to sell, or importing products that employ the claimed method in this judicial district and elsewhere throughout the United States.

15. Riverbed infringes numerous claims in the '164 Patent including but not limited to claims 1-4, 7, 9-13, and 25-28. Quantum reserves the right to identify additional Riverbed products that infringe claims of the '164 patent.

16. On information and belief, Riverbed, without authority or license from Plaintiff, actively induces others to directly infringe the '164 Patent and/or contributorily infringe the '164 Patent.

W02-WEST:6CHW1\400698098.1 -3-

COMPLAINT FOR PATENT INFRINGEMENT
OF U.S. PATENT NO. 6,622,164 B1 AND
DEMAND FOR JURY TRIAL

17. On information and belief, Riverbed has committed such acts of infringement with knowledge of the '164 Patent.

18. By reason of Riverbed's acts of infringement, Quantum has suffered and continues to suffer irreparable harm and damages, including, but not limited to, diminution in the value of the rights granted under the '164 patent, lost profits, loss of sales, price erosion, and loss of market share. Quantum is entitled to recover from Riverbed the damages sustained by Quantum as a result of its wrongful acts in an amount subject to proof at trial.

19. Such acts of infringement by Riverbed have been, and continue to be, willful and deliberate, and Quantum believes such acts will continue in the future, causing irreparable harm for which there is no adequate remedy at law unless enjoined by this Court.

20. Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment in its favor and against Defendant as follows:

1. Entering judgment for Plaintiff that Riverbed directly and/or indirectly infringes the '164 Patent;

2. Entering judgment enjoining Riverbed from further infringement of the '164 Patent pursuant to 35 U.S.C. § 283;

3. Awarding damages adequate to compensate Quantum for Riverbed's infringement under 35 U.S.C. § 284 in an amount to be proven at trial, including but not limited to compensation for lost profits, loss of sales, price erosion, loss of market share, costs and prejudgment interest, but in no event less than a reasonable royalty;

1         4.       Determining that this is an exceptional case under 35 U.S.C. § 285 and awarding Plaintiff its reasonable attorneys' fees, costs, and expenses;

        5.       Disgorgement of all profits, revenues, or investments that Riverbed receives as a result of any wrongful action as averred herein by Quantum; and

        6.       Awarding Plaintiff treble damages by reason of Riverbed's willful infringement; and

        7.       Awarding Plaintiff such other and further relief as the Court deems just and proper.

Dated: February 13, 2008

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        By

        _____
        AMAR L. THAKUR
        MAURICIO FLORES
        JON E. MAKI
        NATHANIEL BRUNO

        Attorneys for
        QUANTUM CORPORATION

## DEMAND FOR JURY TRIAL

In accordance with Federal Rule of Civil Procedure 38(b), Quantum demands a trial by jury on all issues raised herein so triable.

Dated: February 13, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
By

_____
AMAR L. THAKUR
MAURICIO FLORES
JON E. MAKI
NATHANIEL BRUNO

Attorneys for
QUANTUM CORPORATION