QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100
Email:           claudestern@quinnemanuel.com
                    toddbriggs@quinnemanuel.com

Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>QUANTUM CORPORATION,<br><br>Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF RIVERBED'S OPPOSITION TO QUANTUM'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION FOR LEAVE TO FILE QUANTUM CORPORATION'S FIRST AMENDED REPLY TO COUNTERCLAIM, AND COUNTERCLAIMS**<br><br>[CIVIL L.R. 6-3] |

I, Todd M. Briggs, declare as follows:

1.  I am a member of the bar of the State of California and an attorney at the law firm of Quinn Emanuel Urquhart Oliver & Hedges LLP, counsel of record for Riverbed Technology, Inc. ("Riverbed). I make this declaration based on my own person knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.  The purpose of this declaration is to set forth Riverbed's basis for opposing Quantum Corporation's ("Quantum's") motion to shorten time. (*See* Docket No. 81.)

3.  On February 14, 2008, Quantum's counsel requested that Riverbed stipulate to an expedited hearing and briefing schedule on Quantum's motion for leave to file an amended counterclaim. (Flores Decl., Ex. A.) Shortly after noon the following day, I provided a responsive letter informing Quantum that Riverbed would not stipulate for several reasons. (Flores Decl., Ex. B.) That letter states:

> Dear Craig:
>
> This responds to your letter from yesterday afternoon requesting that Riverbed stipulate to an expedited briefing schedule on its motion for leave to amend its counterclaim to assert the '810 and '164 patents.
>
> First, you do not even attempt to explain why an expedited briefing schedule is warranted for your motion. Riverbed cannot agree to an expedited briefing schedule when Quantum cannot even articulate a reason why such a schedule is required.
>
> Second, Quantum's attempt to add the '810 and '164 patents to this action would be futile. As you know, there is a separate action on the '810 patent that has been pending in Delaware for over a month. That action is indisputably the first filed action and therefore litigation involving the '810 patent should proceed in Delaware. Furthermore, Quantum's attempt to amend its counterclaim to include the '810 and '164 patents violates Judge Alsup's Case Management Order. That order states: "Leave to add any new parties or pleading amendments must be sought by DECEMBER 7, 2007." (See Docket No. 23 at 1.) Quantum's proposed amendment is over two months late. Your late amendment appears to be nothing more than an attempt to derail the current case schedule.
>
> In view of the foregoing, we urge you to withdraw your motion so that the Court and the parties do not have to engage in wasteful motion practice.

4.  Riverbed further explains its basis for opposing Quantum's motion in its opposition to Quantum's motion to shorten time filed herewith.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 22nd day of February, 2008 at Redwood Shores, California.

                                                        /s/
                                        Todd M. Briggs