AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO FLORES, CAL. BAR NO. 93304
JON E. MAKI, CAL. BAR NO. 199958
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:     858-720-8900
Facsimile:     858-509-3691
Email: athakur@sheppardmullin.com
       mflores@sheppardmullin.com
       jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-2984
Facsimile:     415-434-6095
Email: nbruno@sheppardmullin.com

Attorneys for Counterdefendant,
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>            Counterclaimant,<br><br>    v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>            Counterdefendant. | Case No. C 07-04161 WHA<br><br>**QUANTUM CORPORATION'S NOTICE OF RECENT DECISION TRANSFERRING DISTRICT OF DELAWARE CIVIL CASE NO. 08-16-SLR** [*Riverbed Technology, Inc. v. Quantum Corporation et al.*] **TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Honorable William H. Alsup<br>United States District Judge |

-1-

W02-WEST:6NB1\400728818.1

Case No. C 07-04161 WHA

NOTICE OF RECENT DECISION TRANSFERRING DISTRICT OF DELAWARE CIVIL CASE NO. 08-16-SLR TO THE NORTHERN DISTRICT OF CALIFORNIA

# NOTICE OF RECENT DECISION

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Attached hereto as Exhibit A is a courtesy copy of an order issued today, February 27, 2008, by the Honorable Susan L. Robinson of the United States District Court for the District of Delaware transferring Civ. No. 08-16-SLR, *Riverbed Technology, Inc. v. Quantum Corporation, et al*. to the United States District Court for the Northern District of California. This matter concerned a declaratory judgment action for non-infringement and invalidity of U.S. Patent No. 5,990,810 (the "'810 patent").

Dated: February 27, 2008

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        By

        /s/ Nathaniel Bruno
        AMAR L. THAKUR
        MAURICIO FLORES
        JON E. MAKI
        NATHANIEL BRUNO

        Attorneys for
        QUANTUM CORPORATION