1 [COUNSEL LISTED ON SIGNATURE PAGES]

2
3
4
5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>       Plaintiff,<br><br>   vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>       Defendant. | CASE NO. C 07-4161 WHA<br><br>**STIPULATION RE RIVERBED'S OPPOSITION TO QUANTUM'S MOTION FOR LEAVE TO FILE QUANTUM CORPORATION'S FIRST AMENDED REPLY TO COUNTERCLAIM, AND COUNTERCLAIMS AND [PROPOSED] ORDER THEREON** |
| RIVERBED TECHNOLOGY, INC.,<br><br>       Counterclaimant,<br><br>   vs.<br><br>QUANTUM CORPORATION,<br><br>       Counterdefendant. | |

-1-

Case No. C 07-04161 WHA

STIPULATION RE RIVERBED'S OPPOSITION TO QUANTUM'S MOTION FOR LEAVE TO AMEND

1    Riverbed Technology, Inc. ("Riverbed") and Quantum Corporation ("Quantum") respectfully request that the Court enter the following stipulation regarding Riverbed's Opposition To Quantum's Motion For Leave To File Quantum Corporation's First Amended Reply To Counterclaim And Counterclaim (Docket No. 75).  In light of Judge Robinson's decision to transfer the Delaware action involving the '810 patent to the Northern District of California, the parties have met and conferred and are attempting to reach an agreement regarding how their respective patent infringement claims should proceed.  To enable the parties to continue their discussions and prepare a plan for filing with the Court, the parties jointly agree to extend the due date for Riverbed's opposition to Quantum's motion for leave to amend by one day – to February 29, 2008.

The parties to this action, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** as follows:  Riverbed's opposition to Quantum motion for leave to amend shall be due on February 29, 2008.

Dated:  February 28, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/  Todd M. Briggs
Todd M. Briggs
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

Dated:  February 28, 2008        SHEPPARD MULLIN

/s/  Mauricio Flores
Mauricio Flores
Attorneys for Defendant and Counterclaimant
QUANTUM CORPORATION


I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

-2-

51198/2316696.1
Case No. C 07-04161 WHA

STIPULATION RE RIVERBED'S
OPPOSITION TO QUANTUM'S
MOTION FOR LEAVE TO AMEND

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Honorable William H. Alsup
United States District Judge