1  [COUNSEL LISTED ON SIGNATURE PAGES]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> QUANTUM CORPORATION, <br><br> Counterdefendant. | CASE NO. C 07-4161 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER RE** <br><br> **(1) PENDING ACTIONS BETWEEN RIVERBED, QUANTUM, A.C.N. 120 AND ROCKSOFT; AND** <br><br> **(2) MODIFICATIONS TO THE COURT'S CASE MANAGEMENT SCHEDULE AND CLAIM CONSTRUCTION SCHEDULE** |

Riverbed Technology, Inc. ("Riverbed"), Quantum Corporation ("Quantum"), A.C.N. 120 786 012 Pty. Ltd. ("A.C.N. 120"), and Rocksoft Limited ("Rocksoft") (collectively "the Parties") respectfully request that the Court enter the following stipulation regarding (1) Pending Actions Between Riverbed, Quantum, A.C.N. 120 and Rocksoft, and (2) Modifications To The Court's Case Management Schedule And Claim Construction Schedule.  In light of this Court's opinion that U.S. Patent No. 5,990,810 and U.S. Patent No. 7,116,249 should be part of the same action and Judge Robinson's decision to transfer the Delaware declaratory judgment action involving the '810 patent to the Northern District of California, the parties have met and conferred and have reached agreement regarding the four separate actions currently pending between them and modifications to the case schedule that are required to put the '810 and '249 claims back on the same schedule before this Court.  The modified schedule generally extends the current dates (including dates that became moot due to the dismissal of the '810 patent) by two months.

The Parties, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** as follows:

### PENDING ACTIONS

(1)    *Quantum Corporation v. Riverbed Technology, Inc.* (Case No. C 07-4161 WHA) and *Riverbed Technology, Inc. v. Quantum Corporation, A.C.N. 120 786 012 Pty. Ltd., and Rocksoft Limited* (Case No. 08-0016 SLR):   The parties agree that Case No. C 07-4161 pending before this Court, which involves claims patent infringement and declaratory judgment claims relating to the '249 patent, and Case No. 08-0016 recently transferred to this Court from the District of Delaware, which involves declaratory judgment claims relating to the '810 patent, shall be consolidated and assigned to Judge Alsup. The parties also agree that Case No 08-0016 is related to Case No 07-4162. Quantum's motion for leave to add the '810 patent in Case No. C 07-4161 shall be granted with respect to the '810 patent and is withdrawn with respect to the '164 patent. Quantum shall be allowed to amend its counterclaim in Case No. 07-4161 to add infringement claims for the '810 patent within five calendar days of the date of the Court's order on this stipulation;

(2)  *Quantum Corporation v. Riverbed Technology, Inc.* (Case No. C 08-00928-PVT): On February 13, 2008, Quantum filed this action against Riverbed in the Northern District of California alleging infringement of the '810 patent. Quantum shall dismiss this action without prejudice within five calendar days after Quantum files its counterclaim for infringement of the '810 patent;

(3)  *Quantum Corporation v. Riverbed Technology, Inc.* (Case No. C 08-00927 JCS): On February 13, 2008, Quantum filed this action against Riverbed in the Northern District of California alleging infringement of U.S. Patent No. 6,622,164. In return for Riverbed agreeing to not oppose the consolidation of Case No. 08-0016 with Case No. C 07-4161, Quantum agrees to pursue its claims under the '164 patent in the separate action filed on February 13, 2008 (Case No. C 08-00927 JCS). The parties agree that the '164 patent shall proceed separately in Case No. C 08-00927 and shall not attempt to consolidate that action with any other action.

### CASE SCHEDULE

| PRETRIAL AND TRIAL DATES | | |
|---|---|---|
| **EVENT** | **CURRENT DATE** | **NEW DATE** |
| Non-Expert Discovery Cutoff | September 26, 2008 | November 7, 2008 |
| Opinions Of Counsel | 28 calendar days before non-expert discovery cutoff, irrespective of time set by Patent L.R. 3-8 | 28 calendar days before non-expert discovery cutoff, irrespective of time set by Patent L.R. 3-8 |
| List of issues on which party will offer any expert testimony in its case in chief (including from non-retained experts) | 28 calendar days before the due date for opening expert reports | 28 calendar days before the due date for opening expert reports |
| Opening Expert Reports | September 26, 2008 | November 7, 2008 |
| Opposition Expert Reports | 14 calendar days after deadline for opening expert reports | 14 calendar days after deadline for opening expert reports |
| Reply Expert Reports | 7 calendar days after deadline for opposition expert reports | 7 calendar days after deadline for opposition expert reports |
| Expert Discovery Cutoff | 14 calendar days after deadline for reply expert reports | 14 calendar days after deadline for reply expert reports |
| Last day for filing Dispositive Motions | November 6, 2008 | December 19, 2008 |

| Final Pretrial Conference at 2:00 p.m. | January 12, 2009 | March 9, 2009 (subject to the Court's availability) |
| --- | --- | --- |
| Jury Trial begins at 7:30 a.m. | February 2, 2009 | March 30, 2009 (subject to the Court's availability) |

| CLAIM CONSTRUCTION DATES | | |
| --- | --- | --- |
| **EVENT** | **CURRENT DATE** | **MODIFIED DATE** |
| Preliminary Invalidity Contentions For The '249 Patent | January 29, 2008 | None |
| Simultaneous Exchange of Proposed Terms and Claim Elements for Construction For The '249 Patent | February 6, 2008 | None |
| Preliminary Invalidity Contentions For The '810 Patent | February 14, 2008 | April 17, 2008 |
| Simultaneous Exchange of Proposed Terms and Claim Elements for Construction For The '810 Patent | February 6, 2008 | April 24, 2008 |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence For The '249 And '810 Patents | March 4, 2008 | May 8, 2008 |
| Joint Claim Construction and Prehearing Statement For The '249 And '810 Patents | March 12, 2008 | May 15, 2008 |
| Close of discovery related to Claim Construction | March 19, 2008 | May 22, 2008 |
| Opening Claim Construction Briefs | March 26, 2008 | May 29, 2008 |
| Opposition Claim Construction Briefs | April 9, 2008 | June 12, 2008 |
| Reply Claim Construction Briefs | April 16, 2008 | June 19, 2008 |
| Claim Construction Tutorial | April 23, 2008 at 1:30 p.m. | June 25, 2008 at 1:30 p.m. (subject to the Court's availability) |
| Claim Construction Hearing | May 7, 2008 at 1:30 p.m. | July 9, 2008 at 1:30 p.m. (subject to the Court's availability) |
| Final Infringement Contentions | 30 days after issuance of claim construction ruling | 30 days after issuance of claim construction ruling |
| Final Invalidity Contentions | 50 days after issuance of claim construction ruling | 50 days after issuance of claim construction ruling |

Dated: February 29, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for RIVERBED TECHNOLOGY, INC.

Dated: February 29, 2008     SHEPPARD MULLIN

/s/ Mauricio Flores
Mauricio Flores
Attorneys for QUANTUM CORPORATION, A.C.N. 120 786 012 PTY. LTD. AND ROCKSOFT LIMITED

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 4, 2008.

_____
Honorable William H. Alsup
United States District Judge