ORIGINAL

Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here: Rebecca L. Hanovice,
12275 El Camino Real, Suite 200, San Diego, CA 92130, (858) 720-8900

FILED APR -3 PM 1:55

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Quantum Corporation

             Plaintiff(s),

v.

Riverbed Technology, Inc.

             Defendant(s).

CASE NO. C 07-04161 WHA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Rebecca L. Hanovice, an active member in good standing of the bar of Supreme Judicial Court of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Quantum Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Nathaniel Bruno, Esq., Sheppard Mullin Richter & Hampton, LLP, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111, (415) 434-9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2008