ORIGINAL

AMAR L. THAKUR, CAL. BAR NO. 194025
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691
E-mail: athakur@sheppardmullin.com

NATHANIEL BRUNO, CAL. BAR NO. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
E-mail: nbruno@sheppardmullin.com
Attorneys for Plaintiff and Cross-Defendant
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>RIVERBED TECHNOLOGY INC.,<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 07-04161 WHA<br><br>**PROOF OF SERVICE**<br><br>**Honorable William H. Alsup**<br>**United States District Judge** |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On ~~April 2, 2008~~ April 3, 2008 NJ, I caused to be served the following documents described as

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; and**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Todd M. Briggs                                  *Attorneys for Defendant*
Quinn Emanuel Urquart Oliver & Hedges, LLP       Riverbed Technology, Inc.
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065

☐ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said documents to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☒ **BY ELECTRONIC MAIL:** I served said document by transmitting such by electronic mail to the addressees as follows:

claudestern@quinnemanuel.com
sandranichols@quinnemanuel.com
toddbriggs@quinnemanuel.com
cristinaherrera@quinnemanuel.com
andrewbramhall@quinnemanuel.com
davidweijr@quinnemanuel.com
benjaminkoodrich@quinnemanuel.com
corneliusbonner@quinnemanuel.com
reneunger@quinnemanuel.com

1  ☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ~~April 2~~, 2008, at San Francisco, California.

April 3, 2008
NB

_____
Nathaniel Bruno