**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.
/

AND RELATED COUNTERCLAIMS.
/

No. C 07-04161 WHA

**REQUEST FOR INPUT RE PRO HAC VICE APPLICATION**

    With respect to Attorney Rebecca Hanovice's application for pro hac vice admission, the rule used to be that anyone with a business address in California had to be an admitted member of the bar for the state of California. Perhaps the rule has changed. Please advise why Attorney Hanovice is not a member of the bar for the state of California.

    **IT IS SO ORDERED.**

Dated: April 7, 2008.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE