
12275 El Camino Real | Suite 200 | San Diego, CA 92130-2006
858-720-8900 office | 858-509-3691 fax | www.sheppardmullin.com

Writer's Direct Line: 858-720-7413
rhanovice@sheppardmullin.com

April 7, 2008

Our File Number: 16HC-132982

**VIA ELECTRONIC FILING**

Judge William H. Alsup
United States District Court
for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Application for Admission *Pro Hac Vice* by Attorney Rebecca Hanovice

Dear Judge Alsup:

This letter addresses the Order dated April 7, 2008, entitled "Request for Input re Pro Hac Vice Application." Pursuant to Civil Local Rule 11-3(b):

> Unless authorized by an Act of Congress or by an order of the assigned judge, an applicant is not eligible for permission to practice pro hac vice if the applicant: (i) resides in the State of California; or (ii) is regularly engaged in the practice of law in the State of California. This disqualification shall not be applicable if the pro hac vice applicant (i) has been a resident of California for less than one year; (ii) has registered with, and completed all required applications for admission to, the State Bar of California; and (iii) has officially registered to take or is awaiting his or her results from the California State Bar exam.

I moved to California on January 2, 2008, and thus have been a resident of California for a little over three months. I joined Sheppard Mullin Richter & Hampton, LLP, in early February of this year. I have registered with the State Bar of California (see Exhibit A) and have submitted the required applications for admission to the bar. I have also applied to take the California State Bar exam (see Exhibit B) in July of 2008.[1] Should I pass the bar in July, I will

---

[1] Consistent with the spirit of Civil Local Rule 3-17, I have redacted the file number and application number from Exhibits A and B to protect my file with the State Bar of California's Office of Admissions.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Judge William H. Alsup
April 7, 2008
Page 2

immediately apply for admission to practice in this court. Thus, I fulfill the conditions for pro hac vice admission set forth in Civil Local Rule 11-3(b).

Please let me know if you require any additional information. I appreciate your consideration of my application to practice in the U.S. District Court for the Northern District of California.

Sincerely,

Rebecca L. Hanovice

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:6RLH1\400781710.1
Enclosures