# EXHIBIT A



# THE STATE BAR OF CALIFORNIA
OFFICE OF ADMISSIONS

180 HOWARD STREET • SAN FRANCISCO, CALIFORNIA 94105-1639 • (415) 538-2303
1149 SOUTH HILL STREET • LOS ANGELES, CALIFORNIA 90015-2299 • (213) 765-1500

March 5, 2008

Rebecca Lea Hanovice
12275 El Camino Real
Suite 200
San Diego  CA  92130-2006

RE: Registration Confirmation

Dear Rebecca Lea Hanovice:

You are now officially registered with the State Bar of California's Office of Admissions. The file number shown below is the Office of Admissions' method of identifying your records. Your file number should be included on all correspondence.

It is each registrant's responsibility to be familiar with the **Rules Regulating Admission to Practice Law in California (Rules)** and the Summary of Requirements for Admission to Practice Law in California. This information is available on line at www.calbar.ca.gov/admissions

File#: Redacted for Privacy
Filed: 2/26/2008

Please immediately advise the Office of Admissions of any changes/corrections.

Sincerely yours,

THE OFFICE OF ADMISSIONS