# EXHIBIT B



# THE STATE BAR OF CALIFORNIA
## OFFICE OF ADMISSIONS

180 HOWARD STREET • SAN FRANCISCO, CALIFORNIA 94105-1639 • (415) 538-2303
1149 SOUTH HILL STREET • LOS ANGELES, CALIFORNIA 90015-2299 • (213) 765-1500

March 19, 2008

Rebecca Lea Hanovice
12275 El Camino Real
Suite 200
San Diego  CA  92130-2006

**RE: APPLICATION TO TAKE THE EXAMINATION**

The Office of Admissions' records indicate that your application has been filed and is being processed. The following information references your application:

| | |
|---|---|
| Examination: | JULY 2008 CALIFORNIA BAR EXAM |
| Registration File#: | *Redacted for Privacy* |
| Application Number: | |
| Registration Type: | Attorney |
| Examination Applied For: | General Bar Exam |
| Assigned Test Center: | SAN DIEGO CONCOURSE (WRITERS) |

Hotel information is available for most test centers at www.calbar.ca.gov/admissions.

Admittance cards are mailed to applicants 4-6 weeks prior to the examination, once the processing of the application is complete and the applicant is found to be eligible to take the examination. If you have any questions regarding this notice, please contact the Office of Admissions at (213) 765-1500.

Sincerely,

THE COMMITTEE OF BAR EXAMINERS