# E-filing

UNITED STATES DISTRICT COURT

Northern District of California

Quantum Corporation

CASE NO. C 07-04161 WHA

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

Riverbed Technology, Inc.

Defendant(s).

Rebecca L. Hanovice                                  , an active member in good standing of the bar of

Supreme Judicial Court of Massachusetts              whose business address and telephone number

(particular court to which applicant is admitted)

is

Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real, Suite 200, San Diego, CA 92130
(858) 720-8900

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing

   IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District    Judge
William H. Alsup