[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>            Counterclaimant,<br>     v.<br><br>QUANTUM CORPORATION,<br><br>            CounterDefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>            Counterclaimant,<br>     v.<br><br>RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br><br>            Counterdefendant. | Case No. C-07-04161-WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND QUANTUM'S DEADLINE TO RESPOND TO RIVERBED'S DECLARATORY JUDGMENT COUNTERCLAIMS<br><br>[Civil L.R. 6-2]<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>Complaint Filed: August 14, 2007<br>Trial Date: February 2, 2009 |

W02-WEST:6NB1\400705659.1

Case No. C-07-04161-WHA

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND QUANTUM'S DEADLINE TO RESPOND TO RIVERBED'S DECLARATORY JUDGMENT COUNTERCLAIMS.

## **STIPULATION**

The parties, by and through their respective counsel of record, stipulate and agree that Quantum's deadline to answer or otherwise respond to Riverbed's declaratory judgment counterclaims be extended by one week, from April 14, 2008 to April 21, 2008, as set forth below:

A.   Prior Time Modifications

On November 1, 2007, this Court issued an order based on a stipulation of the parties continuing the Initial Case Management Conference in this action from November 15 to November 29.  (Docket No. 19.)

On December 14, 2007, this Court issued an order based on a stipulation of the parties extending certain deadlines relating to the service of the parties' preliminary infringement and invalidity contentions.  (Docket No. 34.)

On February 15, 2008, this Court issued an order pursuant to a request from the parties extending the deadline for the parties to exchange preliminary claim constructions and evidence.  (Docket No. 80.)

On March 4, 2008, this Court issued an order based on a stipulation of the parties consolidating this case with a related case transferred to this District from the District of Delaware and setting a new comprehensive claim construction, pre-trial, and trial schedule.  (Docket No. 92.)

B.   Proposed Change to Quantum's Deadline to Respond

On March 7, 2008, Quantum filed a counterclaim against Riverbed for infringement of U.S. Patent No. 5,990,810.  (Docket No. 93.)  On March 24, 2008, Riverbed answered Quantum's counterclaim for infringement of the '810 patent, and included with its answer declaratory judgment counterclaims of its own for non-infringement and invalidity of the '810 patent.  (Docket No. 94.)

Quantum's deadline to answer or otherwise respond to Riverbed's declaratory judgment counterclaims in Docket No. 94 is April 14, 2008.  The parties propose this deadline be extended to April 21, 2008.

W02-WEST:6NB1\400705659.1

Case No. C-07-04161-WHA

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND QUANTUM'S DEADLINE TO RESPOND TO RIVERBED'S DECLARATORY JUDGMENT COUNTERCLAIMS

C.  Reasons for Requested Change in Schedule

Riverbed filed declaratory judgment claims for non-infringement and invalidity of the '810 patent in the District of Delaware, which claims were transferred to this District, and then consolidated with this case pursuant to Docket. No. 92.  Quantum has answered those declaratory judgment claims, but Riverbed filed and has still maintained its separate declaratory judgment counterclaims in Docket No. 94 based on its own analysis of its need to preserve certain rights.

After exchanging correspondence, the parties conferred telephonically on Friday, April 11, 2008 in an effort to reach a stipulation whereby Riverbed selects only one set of its declaratory judgment claims on which to proceed, desiring to streamline the case and pleadings, address Quantum's concerns about redundant declaratory judgment claims, and address Riverbed's concerns about preserving its declaratory relief rights.  The parties believe that obtaining an extra week before Quantum must respond to Riverbed's declaratory judgment counterclaims in Docket No. 94 will give them the time they need to agree upon a final solution to these pleading issues and to present a stipulation that will increase the overall efficiency of this action.

The parties do not believe the extension requested will affect the overall progress of the case or their ability to keep the other current claim construction, pre-trial, and trial dates.

W02-WEST:6NB1\400705659.1

Case No. C-07-04161-WHA

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND QUANTUM'S DEADLINE TO RESPOND TO RIVERBED'S DECLARATORY JUDGMENT COUNTERCLAIMS

1 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2     By his signature below, counsel for Quantum attests that counsel for Riverbed whose

3 electronic signature is provided has concurred in this filing.

4 Dated: April 14, 2008

                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                By: /s/ Nathaniel Bruno

                    Amar L. Thakur
                    Mauricio A. Flores
                    12275 El Camino Real, Suite 200
                    San Diego, California  92130
                    Telephone:  858-720-8900
                    Facsimile:  858-509-3691

                    Nathaniel Bruno
                    Four Embarcadero Center, 17th Floor
                    San Francisco, CA  94111-4106
                    Telephone:  415.434.9100
                    Facsimile:  415.434.3947

                Attorneys for QUANTUM CORPORATION

Dated:     April 14, 2008        QUINN EMANUEL URQUHART OLIVER & LLP

                By: /s/ Todd M. Briggs

                    Claude M. Stern
                    Todd M. Briggs
                    555 Twin Dolphin Drive, Suite 560
                    Redwood Shores, CA  94065
                    Telephone:  650-801-5020
                    Facsimile:  650-801-5100

                Attorneys for RIVERBED TECHNOLOGY, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                Honorable William H. Alsup
                United States District Judge

W02-WEST:6NB1\400705659.1

Case No. C-07-04161-WHA

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND QUANTUM'S DEADLINE TO RESPOND TO RIVERBED'S DECLARATORY JUDGMENT COUNTERCLAIMS