1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                       SAN FRANCISCO DIVISION

9    RIVERBED TECHNOLOGY, INC., a                  Case No. C-07-04161-WHA
     Delaware corporation,
10                                                 STIPULATION AND [PROPOSED] ORDER
11                         Counterclaimant,        TO EXTEND QUANTUM'S DEADLINE TO
                                                   RESPOND TO RIVERBED'S
           v.                                      DECLARATORY JUDGMENT
12                                                 COUNTERCLAIMS
     QUANTUM CORPORATION,
13                                                 [Civil L.R. 6-2]
                           CounterDefendant.
14                                                 Honorable William H. Alsup
15                                                 United States District Judge
     QUANTUM CORPORATION, a Delaware
16   corporation,                                  Complaint Filed:  August 14, 2007
                                                   Trial Date:  February 2, 2009
17                         Counterclaimant,

           v.
18
     RIVERBED TECHNOLOGY, INC. a
19   Delaware corporation,

20
                           Counterdefendant.
21

22

23

24

25

26

27

28
     W02-WEST:6NB1\400705659.1                     STIPULATION AND [PROPOSED] ORDER TO
                                                   EXTEND QUANTUM'S DEADLINE TO RESPOND
                                        1          TO RIVERBED'S DECLARATORY JUDGMENT
     Case No. C-07-04161-WHA                       COUNTERCLAIMS.

**STIPULATION**

The parties, by and through their respective counsel of record, stipulate and agree that Quantum's deadline to answer or otherwise respond to Riverbed's declaratory judgment counterclaims be extended by one week, from April 14, 2008 to April 21, 2008, as set forth below:

A.    Prior Time Modifications

On November 1, 2007, this Court issued an order based on a stipulation of the parties continuing the Initial Case Management Conference in this action from November 15 to November 29.  (Docket No. 19.)

On December 14, 2007, this Court issued an order based on a stipulation of the parties extending certain deadlines relating to the service of the parties' preliminary infringement and invalidity contentions.  (Docket No. 34.)

On February 15, 2008, this Court issued an order pursuant to a request from the parties extending the deadline for the parties to exchange preliminary claim constructions and evidence.  (Docket No. 80.)

On March 4, 2008, this Court issued an order based on a stipulation of the parties consolidating this case with a related case transferred to this District from the District of Delaware and setting a new comprehensive claim construction, pre-trial, and trial schedule.  (Docket No. 92.)

B.    Proposed Change to Quantum's Deadline to Respond

On March 7, 2008, Quantum filed a counterclaim against Riverbed for infringement of U.S. Patent No. 5,990,810.  (Docket No. 93.)  On March 24, 2008, Riverbed answered Quantum's counterclaim for infringement of the '810 patent, and included with its answer declaratory judgment counterclaims of its own for non-infringement and invalidity of the '810 patent.  (Docket No. 94.)

Quantum's deadline to answer or otherwise respond to Riverbed's declaratory judgment counterclaims in Docket No. 94 is April 14, 2008.  The parties propose this deadline be extended to April 21, 2008.

W02-WEST:6NB1\400705659.1

Case No. C-07-04161-WHA

2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND QUANTUM'S DEADLINE TO RESPOND
TO RIVERBED'S DECLARATORY JUDGMENT
COUNTERCLAIMS

1    C.    Reasons for Requested Change in Schedule

2              Riverbed filed declaratory judgment claims for non-infringement and invalidity of the

3    '810 patent in the District of Delaware, which claims were transferred to this District, and then

4    consolidated with this case pursuant to Docket. No. 92.  Quantum has answered those declaratory

5    judgment claims, but Riverbed filed and has still maintained its separate declaratory judgment

6    counterclaims in Docket No. 94 based on its own analysis of its need to preserve certain rights.

7              After exchanging correspondence, the parties conferred telephonically on Friday,

8    April 11, 2008 in an effort to reach a stipulation whereby Riverbed selects only one set of its

9    declaratory judgment claims on which to proceed, desiring to streamline the case and pleadings,

10   address Quantum's concerns about redundant declaratory judgment claims, and address Riverbed's

11   concerns about preserving its declaratory relief rights.  The parties believe that obtaining an extra

12   week before Quantum must respond to Riverbed's declaratory judgment counterclaims in Docket

13   No. 94 will give them the time they need to agree upon a final solution to these pleading issues and

14   to present a stipulation that will increase the overall efficiency of this action.

15             The parties do not believe the extension requested will affect the overall progress of

16   the case or their ability to keep the other current claim construction, pre-trial, and trial dates.

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:6NB1\400705659.1

Case No. C-07-04161-WHA

3

STIPULATION AND [PROPOSED] ORDER TO
EXTEND QUANTUM'S DEADLINE TO RESPOND
TO RIVERBED'S DECLARATORY JUDGMENT
COUNTERCLAIMS

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2        By his signature below, counsel for Quantum attests that counsel for Riverbed whose

3  electronic signature is provided has concurred in this filing.

4  Dated:  April 14, 2008

5                                          SHEPPARD MULLIN RICHTER & HAMPTON LLP

6                                          By: /s/ Nathaniel Bruno

7                                             Amar L. Thakur
                                             Mauricio A. Flores
                                             12275 El Camino Real, Suite 200
8                                            San Diego, California  92130
                                             Telephone:  858-720-8900
9                                            Facsimile:  858-509-3691

10                                            Nathaniel Bruno
                                             Four Embarcadero Center, 17th Floor
11                                           San Francisco, CA  94111-4106
                                             Telephone:  415.434.9100
12                                           Facsimile:  415.434.3947

13                                            Attorneys for QUANTUM CORPORATION

14
   Dated:      April 14, 2008               QUINN EMANUEL URQUHART OLIVER & LLP
15
                                            By: /s/ Todd M. Briggs
16
                                               Claude M. Stern
17                                             Todd M. Briggs
                                               555 Twin Dolphin Drive, Suite 560
18                                             Redwood Shores, CA  94065
                                               Telephone:  650-801-5020
19                                             Facsimile:  650-801-5100

20                                            Attorneys for RIVERBED TECHNOLOGY, INC.

21

22                                  **ORDER**

23        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25

26

27  Dated:  _April 15, 2008._          _____
                                       Honorable William H. Alsup
28                                     United States District Judge

W02-WEST:6NB1\400705659.1                      STIPULATION AND [PROPOSED] ORDER TO
                                               EXTEND QUANTUM'S DEADLINE TO RESPOND
                                      4        TO RIVERBED'S DECLARATORY JUDGMENT
Case No. C-07-04161-WHA                        COUNTERCLAIMS