1    [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA,

8                        SAN FRANCISCO DIVISION

9    RIVERBED TECHNOLOGY, INC., a          Case No. C 07-04161 WHA
     Delaware corporation,
10                                         STIPULATED PROTECTIVE ORDER
                                           REGARDING DOCUMENTS PRODUCED
11                  Counterclaimant,       BY U.S. PATENT NO. 5,990,810 NAMED
             v.                            INVENTOR ROSS WILLIAMS
12   QUANTUM CORPORATION,

13                  Counterdefendant.

14   _____  Honorable William H. Alsup
     QUANTUM CORPORATION, a Delaware       United States District Judge
15   corporation,

16                  Counterclaimant,       Complaint Filed:  August 14, 2007
             v.
17
     RIVERBED TECHNOLOGY, INC. a
18   Delaware corporation,

19

20                  Counterdefendant.
     _____
21

22

23

24

25

26

27

28

51198/2491324.102-WEST.6NB1\400602780.3

Case No. C07-04161 WHA                               1       STIPULATED PROTECTIVE ORDER REGARDING
                                                             DOCUMENTS PRODUCED BY U.S. PATENT NO.
                                                             5,990,810 NAMED INVENTOR ROSS WILLIAMS.

1         WHEREAS, Ross Williams is the named inventor on the face of United States Patent

2   No. 5,990,810 (the "'810 patent"), which has been asserted by counterclaimant Quantum Corporation

3   ("Quantum") against counterdefendant Riverbed Technology, Inc. ("Riverbed");

4         WHEREAS, Ross Williams resides in Australia and would prefer to voluntarily

5   cooperate, produce documents relevant to the claims and defenses of the parties, and be deposed

6   rather than through subpoena, other judicial order, or through other procedures set forth in

7   governmental conventions or treaties;

8         WHEREAS, Ross Williams will only cooperate voluntarily if the conditions and

9   confidentiality obligations on counsel of record for Quantum set forth below are adopted by Court

10   Order;

11         NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN

12   QUANTUM, RIVERBED, AND ROSS WILLIAMS THAT:

13       (1)    Quantum's counsel of record in this action, Sheppard Mullin Richter & Hampton

14             LLP, are prohibited from disclosing or discussing any of the documents (including

15             emails and other electronic documents) produced by Ross Williams, or the contents

16             thereof, to Quantum Corporation.  This prohibition shall not apply to any documents

17             Quantum or its counsel may otherwise obtain from independent sources, including

18             but not limited to documents already within the possession, custody, or control of

19             Quantum, or documents that are obtained from public sources or other parties or third

20             parties to this action, or documents Ross Williams consents to disclose in writing.

21

22         The duty imposed by Paragraph (1) above shall survive the conclusion of this action

23   unless and until otherwise ordered by the Court, or until Ross Williams agrees in writing that any

24   documents subject to Paragraph 1 above may be disclosed to Quantum.

25

26   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

27

28

1

2

Dated:  May 5 2008

3

SHEPPARD MULLIN RICHTER & HAMPTON LLP

4

By: _____

5

*I hereby attest that*

Amar L. Thakur
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:  858-720-8900
Facsimile:  858-509-3691

6

*counsel for Riverbed whose*

7

*electronic signature*

8

*appears below has concurred*

Nathaniel Bruno
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Telephone:  415.434.9100
Facsimile:  415.434.3947

9

*in this filing.*

10

5/5/08

11

Attorneys for QUANTUM CORPORATION

12

Dated:     May 1, 2008

QUINN EMANUEL URQUHART OLIVER & LLP

13

By: /s/ Claude M. Stern_____

14

15

Claude M. Stern
Todd M. Briggs
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
Telephone:  650-801-5020
Facsimile:  650-801-5100

16

17

18

Attorneys for RIVERBED TECHNOLOGY, INC.

19

Dated:     May ___, 2008

THOMSON PLAYFORD LAWYERS

20

By: _____

21

22

Adrian Tembel

23

Level 7, 101 Pirie Street
Adelaide, SA 5000
Australia
Attorneys for Ross N. Williams
Telephone: +61 8 8236 1312
Fascimile: +61 8 8232 1961

24

25

26

27

28

1
2
3    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
5
6
7    Dated: _____    _____
8                                          Honorable William H. Alsup
                                          United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28