1    [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA,

8                        SAN FRANCISCO DIVISION

| 9 | RIVERBED TECHNOLOGY, INC., a Delaware corporation, | Case No. C 07-04161 WHA |
|---|---|---|
| 10 | | STIPULATED PROTECTIVE ORDER REGARDING DOCUMENTS PRODUCED BY U.S. PATENT NO. 5,990,810 NAMED INVENTOR ROSS WILLIAMS |
| 11 | Counterclaimant, v. | |
| 12 | QUANTUM CORPORATION, | |
| 13 | Counterdefendant. | |
| 14 | | |
| 15 | QUANTUM CORPORATION, a Delaware corporation, | Honorable William H. Alsup United States District Judge |
| 16 | Counterclaimant, | Complaint Filed:  August 14, 2007 |
| 17 | v. | |
| 18 | RIVERBED TECHNOLOGY, INC. a Delaware corporation, | |
| 19 | | |
| 20 | Counterdefendant. | |

21

22

23

24

25

26

27

28

51198/2491324.102-WEST.6NB1\400602780.3

Case No. C07-04161 WHA                    1                 STIPULATED PROTECTIVE ORDER REGARDING
                                                            DOCUMENTS PRODUCED BY U.S. PATENT NO.
                                                            5,990,810 NAMED INVENTOR ROSS WILLIAMS.

1    WHEREAS, Ross Williams is the named inventor on the face of United States Patent

2   No. 5,990,810 (the "'810 patent"), which has been asserted by counterclaimant Quantum Corporation

3   ("Quantum") against counterdefendant Riverbed Technology, Inc. ("Riverbed");

4    WHEREAS, Ross Williams resides in Australia and would prefer to voluntarily

5   cooperate, produce documents relevant to the claims and defenses of the parties, and be deposed

6   rather than through subpoena, other judicial order, or through other procedures set forth in

7   governmental conventions or treaties;

8    WHEREAS, Ross Williams will only cooperate voluntarily if the conditions and

9   confidentiality obligations on counsel of record for Quantum set forth below are adopted by Court

10   Order;

11    NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN

12   QUANTUM, RIVERBED, AND ROSS WILLIAMS THAT:

13    (1)    Quantum's counsel of record in this action, Sheppard Mullin Richter & Hampton

14        LLP, are prohibited from disclosing or discussing any of the documents (including

15        emails and other electronic documents) produced by Ross Williams, or the contents

16        thereof, to Quantum Corporation.  This prohibition shall not apply to any documents

17        Quantum or its counsel may otherwise obtain from independent sources, including

18        but not limited to documents already within the possession, custody, or control of

19        Quantum, or documents that are obtained from public sources or other parties or third

20        parties to this action, or documents Ross Williams consents to disclose in writing.

21

22    The duty imposed by Paragraph (1) above shall survive the conclusion of this action

23   unless and until otherwise ordered by the Court, or until Ross Williams agrees in writing that any

24   documents subject to Paragraph 1 above may be disclosed to Quantum.

25

26   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

27

28

1

2    Dated:  May 5, 2008

3                                                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

4                                                    By: _____

5    *I hereby attest that*
     *counsel for Riverbed whose*         Amar L. Thakur
6                                         12275 El Camino Real, Suite 200
     *electronic signature*              San Diego, California  92130
7                                         Telephone:  858-720-8900
     *appears below has concurred*       Facsimile:  858-509-3691
8    *in this filing.*
                                         Nathaniel Bruno
9                                         Four Embarcadero Center, 17th Floor
        5/5/08                           San Francisco, CA  94111-4106
10                                        Telephone:  415.434.9100
                                         Facsimile:  415.434.3947
11
                                         Attorneys for QUANTUM CORPORATION
12
     Dated:     May 1, 2008               QUINN EMANUEL URQUHART OLIVER & LLP
13
                                         By: /s/ Claude M. Stern_____
14
                                         Claude M. Stern
15                                        Todd M. Briggs
                                         555 Twin Dolphin Drive, Suite 560
16                                        Redwood Shores, CA  94065
                                         Telephone:  650-801-5020
17                                        Facsimile:  650-801-5100

18                                        Attorneys for RIVERBED TECHNOLOGY, INC.

19
     Dated:     May ___, 2008             THOMSON PLAYFORD LAWYERS
20
                                         By: _____
21
                                         Adrian Tembel
22
                                         Level 7, 101 Pirie Street
23                                        Adelaide, SA 5000
                                         Australia
24                                        Attorneys for Ross N. Williams
                                         Telephone: +61 8 8236 1312
25                                        Fascimile: +61 8 8232 1961

26

27

28

51198/2491324.102-WEST:6NB1\400602780.3

Case No. C07-04161 WHA                    3    STIPULATED PROTECTIVE ORDER REGARDING
                                               DOCUMENTS PRODUCED BY U.S. PATENT NO.
                                               5,990,810 NAMED INVENTOR ROSS WILLIAMS

1
2
3        **PURSUANT TO STIPULATION, IT IS SO ORDERED**
4
5
6
7    Dated: ___May 6, 2008_____
8                                          _____
         Honorable William H. Alsup
9        United States District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED PROTECTIVE ORDER REGARDING
DOCUMENTS PRODUCED BY U.S. PATENT NO.
5,990,810 NAMED INVENTOR ROSS WILLIAMS