# EXHIBIT A

## PROPOSED CONSTRUCTIONS FOR
## U.S. Patent No. 7,116,249

51371/2507902.1

# Part I -- Stipulated Constructions for U.S. Patent No. 7,116,249

## [NONE]

# Part II -- Riverbed's Proposed Constructions For Disputed Terms In U.S. Patent No. 7,116,249

| TERM FROM '249 CLAIMS | RIVERBED'S PRELIMINARY CONSTRUCTION | SUPPORT FOR CONSTRUCTION |
|---|---|---|
| client | A computer, computing device, peripheral, electronics, or the like, that makes a request for data or an action. | **Intrinsic:** "As used herein, "client" generally refers to a computer, computing device, peripheral, electronics, or the like, that makes a request for data or an action, while "server" generally refers to a computer, computing device, peripheral, electronics, or the like, that operates in response to requests for data or action made by one or more clients." '666 col. 40-45; '249 Figs. 12-14 and accompanying text.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's proposed construction. |
| server | A computer, computing device, peripheral, electronics, or the like, that operates in response to requests for data or action made by one or more clients. | **Intrinsic:** "As used herein, "client" generally refers to a computer, computing device, peripheral, electronics, or the like, that makes a request for data or an action, while "server" generally refers to a computer, computing device, peripheral, electronics, or the like, that operates in response to requests for data or action made by one or more clients." '666 col. 40-45; '249 Figs. 12-14 and accompanying text.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's proposed construction. |
| segmenting the file<br><br>segmenting | Breaking the file into strings or other sequences of data. | **Intrinsic:** "In operation, the CTAs and STAs segment the payloads of their transactions where warranted and store/cache strings or other sequences of data ("segments") derived from those payloads . . . ." '249 col. 14:42-45; Figs. 3, 5, 11; *passim.*<br><br>"The target segment size parameter is used by the encoder to control the average size of a segment. In general, segments are variable length and |

| | | there are design tradeoffs in selection of this size as described below." '249 col. 6:47-50; *see also* '249 col. 7:32 to col. 9:65. |
| --- | --- | --- |
| | | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| segment(s) | Strings or other sequences of data. | **Intrinsic:** *See* "segmenting the file" and "segmenting". |
| | | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| list | An ordered set of data.  An index includes a list. | **Intrinsic:** Fig. 13. |
| | | **Extrinsic:** List: "(1) An ordered set of data."  IBM Dictionary of Computing (1993).   Index: "(1) A list of the contents of a file or of a document , together with keys or references for locating contents.  * * * (6) To prepare a list as in (1)."  IBM Dictionary of Computing (1993). |
| | | Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| segment store | A memory for storing segments. | **Intrinsic:** *See* claim language; Figs. 1, 2, 3, 4, 5, 9, 12, 13, and 14 and accompanying text. |
| | | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| reference label | Data used to identify a segment. | **Intrinsic:**  "Continuing the description of the encoding process, if an acceptable segment (usually an identical segment, but in special cases, complete identity is not required) is not present, a new unique name is assigned to the new segment and the binding (reference label, segment data) is entered into the PSS." col. 10:9-11; "Since reference labels are unique for unique data, the correct segment data can always be provided." '249 col. 9:29-34; Figs. 3, 5, 6, 8, 9, 10, and 11 and accompanying text. |
| | | "Because the segments can be uniquely named and the names can be independent of the transaction, a segment appearing in one transaction can be stored at both TA's and used for accelerating other transactions. " '666 col. 12:36-39. |

| | | |
|---|---|---|
| | | "Several schemes are usable to ensure that each named segment has a unique name throughout the system at any given time (i.e., that no two segments with different data are erroneously assigned the same name). In one approach, every segment reference is generated as a large random number, where the number of unique references is much lower than the space of all possible large random numbers. This scheme is less than desirable because a small possibility exists that two segments will have the same segment reference but different segment data, which would cause a receiving TA to erroneously reconstruct a message with the wrong data.<br><br>Another scheme is to generate hashes from the segment data so that each segment reference is a hash of the segment data and different segment data will result in different hashes, except in very rare cases. Yet again, the rare cases will always be problematic, as long as two degenerate segments with the same reference but different segment data exist in the system. Unlike the random number case, this problem will recur every time that particular data pattern exists in the data stream. " '666 col. 14:42-62.<br><br>**Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| segmenter | Hardware and/or software configured to segment data. | **Intrinsic:**  "A segmenter, such as segment delimiter 222 in FIG. 3 operates on a portion (or all) of a set of input data. The segmenter batches up a certain number of input symbols (determined by the current offset and the window size parameter) and computes a hash function over the window. This is referred to as the fingerprint of the window." '249 col. 7:66 to col. 8:3; Fig. 1 and accompanying text.<br><br>**Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| encoder | Hardware and/or software configured to encode data. | **Intrinsic:**  "Coding (encoding, decoding) can be done by a number of different devices, which might involve hardware, software, or both. Coding can be done with a computer, computing device, peripheral, electronics, or the like, and/or using an application being executed or controlled by such element. Coding might be done incident to a transport |

| | | |
|---|---|---|
| | | process, such as that described in McCanne I. Using the coding apparatus and processes described herein, the responsiveness of transactions over a network can be improved by lessening the number of bits that need to be transmitted at critical times over critical channels. Also, the coding system may be integrated into a stand-alone storage system to optimize capacity. In this environment, the effective capacity of a storage system can be enhanced as the coding system described herein extracts common sequences of data and stores them just once, even if the sequence appears potentially many times, in potentially many different files." '249 col. 6:5-31; Fig. 1 and accompanying text.<br><br>**Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| logic configured to . . . / logic to . . . | Hardware and/or software configured to . . . | **Intrinsic:**  "When a server 14 receives a request, it formulates a response to the request, and sends it towards the client via the STA 22 to which it is coupled. In a basic implementation, each client is coupled to one CTA and each server is coupled to one STA, but in more complex implementations, a server might be coupled to more than one STA and use some optimization logic to determine which STA to use at which time. A client might be coupled to more than one CTA and use some optimization logic to determine which CTA to use at which time." '666 col. 10:19-29.<br><br>**Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| decoding the list | plain and ordinary meaning | **Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| front-end file system | plain and ordinary meaning | **Intrinsic:** Figure 13 and 14 and accompanying text.<br><br>**Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| file command | plain and ordinary meaning | **Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |

| | | |
|---|---|---|
| front-end file server | plain and ordinary meaning | **Intrinsic:** Figure 13 and 14 and accompanying text.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| back-end storage system | plain and ordinary meaning | **Intrinsic:** Figure 13 and 14 and accompanying text.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| network file system interface | plain and ordinary meaning | **Intrinsic:** Figure 13 and 14 and accompanying text.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| contents of the file | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| caches/caching | A memory having a faster response time than the original device supplying the data. | **Intrinsic:** "In a typical cache arrangement, a requestor requests data from some memory, device or the like and the results are provided to the requestor and stored in a cache having a faster response time than the original device supplying the data. Then, when the requestor requests that data again, if it is still in the cache, the cache can return the data in response to the request before the original device could have returned it and the request is satisfied that much sooner. " '666 col. 3:32-40.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| association (between the file and the list) | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| is being accessed | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |

# Part III -- Quantum's Proposed Constructions For Disputed Terms In U.S. Patent No. 7,116,249

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|--------------------------|-------------------------------------------|
| client | '249 Patent – See, e.g., Col. 14, lines 3-6. | A process that initiates commands or requests to a server. | *See Fig. 12, element 612; Col. 14, lines 3-6,* ("As shown there, a client 612 is coupled to a server 614 over a network 616, via a client-side transaction accelerator ("CTA") 620 and a server-side transaction accelerator ("STA") 622.").<br><br>*See Fig. 12, element 614; Col. 14, lines 53-58,* ("For example, the client-server interactions may involve the transfer of file data from the server to the client, though this is just one special case of a client-server transaction-oriented application. Here, client 612 might request a number of files from server 614 by sending file open requests to server 614.").<br><br>*See Col. 16, lines 3-5,* ("A client stores or updates a file by sending a "STORE" command to the file system followed by the file name and file data.").<br><br>*See Col. 16, lines 12-14,* ("To retrieve a file, a client sends a "RETRIEVE" command to the file system along with the filename and optional time stamp.").<br><br>Our expert will testify that one of ordinary skill in the art would understand the term "client" to be defined in the specification to mean a process that initiates commands or requests to a server. |
| server | '249 Patent – See, e.g., Col. 14, lines 3-6. | A process that executes commands or requests on behalf of a client. | *See Fig. 12, element 614; Col. 14, lines 3-6,* ("As shown there, a client 612 is coupled to a server 614 over a network 616, via a client-side transaction accelerator ("CTA") 620 and a server-side transaction accelerator ("STA") 622.").<br><br>*See Fig. 12, element 614; Col. 14, lines 53-58,* ("For example, the client-server interactions may involve the transfer of file data from the server to |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|------------------------|------------------------------------------|
| | | | the client, though this is just one special case of a client-server transaction-oriented application. Here, client 612 might request a number of files from server 614 by sending file open requests to server 614."). <br><br> *See Col. 16, lines 3-5,* ("A client stores or updates a file by sending a "STORE" command to the file system followed by the file name and file data."). <br><br> *See Col. 16, lines 12-14,* ("To retrieve a file, a client sends a "RETRIEVE" command to the file system along with the filename and optional time stamp."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "server" to be defined in the specification to mean a process that executes commands or requests on behalf of a client. |
| segmenting the file | '249 Patent – See, e.g., Col. 4, line 55 to Col. 5, line 3; Col. 5, lines 14-31; Fig. 4, Col. 7, lines 12-17; Fig. 3, Col. 7, line 66 to Col. 8, line 8; Fig. 5; Col. 10, line 64 to Col. 11, line 31; and Fig. 9, Col. 12, lines 28-42. | Segregating the file into separate data structures by identifying non-arbitrary cut points that define segment boundaries. | *See Col. 4, line 55 to Col. 5, line 3,* ("While caching is good for blocks of data that do not change and are not found in similar forms under different names, improvements are still needed in many cases. In file caching, the unit of caching is typically a block of a file or the whole file. If the same data is present in a different file, or two files have only small differences, caching will not remove the redundancies or exploit them to reduce communication costs. Even if a data object is segmented into many blocks and each of the blocks is cached separately, the net result is still inefficient because a small insertion or deletion of data in the underlying object will cause the data to shift through many (if not all) of the blocks and thus nullify the benefits of caching. This because the blocks are imposed arbitrarily on the input stream, and so it is impossible to detect that only a small change has been made to the underlying data."). <br><br> *See Col. 5, lines 14-31,* ("The encoding includes determining one or more target segment sizes, determining one or more window sizes, identifying a fingerprint within a window of symbols at an offset in the input data, determining whether the offset is to be designated as a cut point and segmenting the input data as indicated by the set of cut points. For each segment so identified, the encoder determines whether the segment is to be a referenced segment or an unreferenced segment, replacing the segment data of each referenced segment with a reference label and storing a reference binding in a persistent segment store for each referenced |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|-------------------------|------------------------------------------|
|      |             |                         | segment, if needed. Hierarchically, the process can be repeated by segmenting the reference label strings into groups, replacing the grouped references with a group label, storing a binding between the grouped references and group label, if one is not already present, and repeating the process. The number of levels of hierarchy can be fixed in advanced or it can be determined from the content encoded."). <br><br> *See Fig. 4; Col. 7, lines 12-17,* ("As the above-described figures illustrate, one aspect of the encoding process is the <u>segmentation of input data</u>. In a <u>process for segmenting</u>, <u>identifying "cut points", such as offsets in the input data where one segment ends and the next segment begins</u>, is equivalent to <u>segregating the input data into separate data structures</u>, or the like."). <br><br> *See Fig. 3, element 222; Col. 7, line 66 to Col. 8, line 8,* ("<u>A segmenter, such as segment delimiter 222 in FIG. 3 operates on a portion (or all) of a set of input data.</u> The segmenter batches up a certain number of input symbols (determined by the current offset and the window size parameter) and computes a hash function over the window. This is referred to as the fingerprint of the window. <u>A deterministic fingerprint indicator function returns a Boolean value for each fingerprint indicating whether the offset is to be considered a cut point and thereby defines a segment boundary</u>."). <br><br> *See Fig. 5; Col. 10, line 64 to Col. 11, line 31,* ("An example of hierarchical reference encoding is shown in FIG. 5. An input buffer is loaded with input data to be encoded and that input data is <u>segmented into segments $S_A$, $S_B$, $S_C$, $S_D$, $S_E$ and $S_F$</u>. In this example, the first five segments are to be replaced with references and the references happen to be $R^1_{15}$, $R^1_{16}$, $R^1_{17}$, $R^1_3$ and $R^1_8$. Note that the references are not necessarily in order, and this example illustrates that some references (e.g., $R^1_3$ and $R^1_8$.) might be to segment data that were already encountered, in which case a new segment is not used, but the reference is to the preexisting segment. Ideally, the encoder would then determine, for example, that the sequences ($R^1_{15}$, $R^1_{16}$, $R^1_{17}$) and ($R^1_3$, $R^1_8$) recur frequently, so that they can be grouped and replaced with group labels, such as $R^2_1$, and $R^2_2$, respectively. However, solving this problem in general is difficult (similar in difficulty to solving the same problem directly on the underlying data). Thus, the <u>encoder re-applies the method of content-induced segmentation to the reference label sequence</u>, yielding similar benefits to the original approach but <u>at a higher-</u> |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|--------------------------|-------------------------------------------|
| | | | level (i.e., relatively low complexity and the ability to find patterns in the input sequence independent of shifts and localized changes to the underlying data). Thus, supposing that the segmenter decided that the sequence $(R^2_1, R^2_2, S_F)$ corresponded to a new segment at this higher layer (by reapplying a fingerprint function, window, and indicator), the original input data can then be represented by a reference to the new segment $(R^2_1, R^2_2, S_F)$. Correspondingly, a binding would be entered into the PSS that related the new reference label to the new higher-level segment. Although not present in this example, the final sequence can have reference labels and group labels from any or all levels. As needed, the segment bindings and the reference bindings are stored and/or provided to the decoder."). |
| | | | *See Fig. 9; Col. 12, lines 28-42,* ("As shown in FIG. 9, reference label $R_1$ is bound to segment data $S_A$, reference label $R_2$ is bound to segment data $S_B$, reference label $R_i$ is bound to a group of reference labels $(R_3, R_7, R_9)$, and so on. Given that the encoder can flexibly choose appropriate levels of encoding based on the input stream, the decoder should be informed of the number of levels of hierarchy present at any given time. Thus, this information should be somehow conveyed in the coded bit stream. In one embodiment, the coded reference stream explicitly indicates the number of levels, verbatim, in the bit stream with special codes. In this scheme, when the encoder changes the number of levels in use, it would emit a code to explicitly indicate the change."). |
| | | | Our expert will testify that one of ordinary skill in the art would understand the term "segmenting the file" to be defined in the specification to mean segregating the file into separate data structures by identifying non-arbitrary cut points that define segment boundaries based on the values of the input data. |
| segment/segments | '249 Patent – See, e.g.: Col. 4, line 55 to Col. 5, line 3; Col. 5, lines 14-31; Fig. 4, Col. 7, lines 12-17; Fig. 3, Col. 7, line 66 to Col. 8, line 8; Fig. 5; Col. 10, line 64 to Col. 11, line 31; and Fig. 9, Col. 12, lines 28-42. | Segregated data structures produced by identifying non-arbitrary cut points that define segment boundaries based on the values of the input data. | *See Col. 4, line 55 to Col. 5, line 3,* ("While caching is good for blocks of data that do not change and are not found in similar forms under different names, improvements are still needed in many cases. In file caching, the unit of caching is typically a block of a file or the whole file. If the same data is present in a different file, or two files have only small differences, caching will not remove the redundancies or exploit them to reduce communication costs. Even if a data object is segmented into many blocks and each of the blocks is cached separately, the net result is still inefficient because a small insertion or deletion of data in the underlying object will |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|------------------------|------------------------------------------|
| | | | cause the data to shift through many (if not all) of the blocks and thus nullify the benefits of caching. This because the blocks are imposed arbitrarily on the input stream, and so it is impossible to detect that only a small change has been made to the underlying data."). |
| | | | *See Col. 5, lines 14-31*, ("The encoding includes determining one or more target segment sizes, determining one or more window sizes, identifying a fingerprint within a window of symbols at an offset in the input data, determining whether the offset is to be designated as a cut point and segmenting the input data as indicated by the set of cut points. For each segment so identified, the encoder determines whether the segment is to be a referenced segment or an unreferenced segment, replacing the segment data of each referenced segment with a reference label and storing a reference binding in a persistent segment store for each referenced segment, if needed. Hierarchically, the process can be repeated by segmenting the reference label strings into groups, replacing the grouped references with a group label, storing a binding between the grouped references and group label, if one is not already present, and repeating the process. The number of levels of hierarchy can be fixed in advanced or it can be determined from the content encoded."). |
| | | | *See Fig. 4; Col. 7, lines 12-17*, ("As the above-described figures illustrate, one aspect of the encoding process is the segmentation of input data. In a process for segmenting, identifying "cut points", such as offsets in the input data where one segment ends and the next segment begins, is equivalent to segregating the input data into separate data structures, or the like."). |
| | | | *See Fig. 3, element 222; Col. 7, line 66 to Col. 8, line 8*, ("A segmenter, such as segment delimiter 222 in FIG. 3 operates on a portion (or all) of a set of input data. The segmenter batches up a certain number of input symbols (determined by the current offset and the window size parameter) and computes a hash function over the window. This is referred to as the fingerprint of the window. A deterministic fingerprint indicator function returns a Boolean value for each fingerprint indicating whether the offset is to be considered a cut point and thereby defines a segment boundary."). |
| | | | *See Fig. 5; Col. 10, line 64 to Col. 11, line 31*, ("An example of hierarchical reference encoding is shown in FIG. 5. An input buffer is |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|--------------------------|-------------------------------------------|
|  |  |  | loaded with input data to be encoded and that input data is segmented into segments $S_A$, $S_B$, $S_C$, $S_D$, $S_E$ and $S_F$. In this example, the first five segments are to be replaced with references and the references happen to be $R^1_{15}$, $R^1_{16}$, $R^1_{17}$, $R^1_3$ and $R^1_8$. Note that the references are not necessarily in order, and this example illustrates that some references (e.g., $R^1_3$ and $R^1_8$.) might be to segment data that were already encountered, in which case a new segment is not used, but the reference is to the preexisting segment. Ideally, the encoder would then determine, for example, that the sequences ($R^1_{15}$, $R^1_{16}$, $R^1_{17}$) and ($R^1_3$, $R^1_8$) recur frequently, so that they can be grouped and replaced with group labels, such as $R^2_1$, and $R^2_2$, respectively. However, solving this problem in general is difficult (similar in difficulty to solving the same problem directly on the underlying data). Thus, the encoder re-applies the method of content-induced segmentation to the reference label sequence, yielding similar benefits to the original approach but at a higher-level (i.e., relatively low complexity and the ability to find patterns in the input sequence independent of shifts and localized changes to the underlying data). Thus, supposing the segmenter decided that the sequence ($R^2_1$, $R^2_2$, $S_F$) corresponded to a new segment at this higher layer (by reapplying a fingerprint function, window, and indicator), the original input data can then be represented by a reference to the new segment ($R^2_1$, $R^2_2$, $S_F$). Correspondingly, a binding would be entered into the PSS that related the new reference label to the new higher-level segment. Although not present in this example, the final sequence can have reference labels and group labels from any or all levels. As needed, the segment bindings and the reference bindings are stored and/or provided to the decoder.").<br><br>*See Fig. 9; Col. 12, lines 28-42,* ("As shown in FIG. 9, reference label $R_1$ is bound to segment data $S_A$, reference label $R_2$ is bound to segment data $S_B$, reference label $R_i$ is bound to a group of reference labels ($R_3$, $R_7$, $R_9$), and so on. Given that the encoder can flexibly choose appropriate levels of encoding based on the input stream, the decoder should be informed of the number of levels of hierarchy present at any given time. Thus, this information should be somehow conveyed in the coded bit stream. In one embodiment, the coded reference stream explicitly indicates the number of levels, verbatim, in the bit stream with special codes. In this scheme, when the encoder changes the number of levels in use, it would emit a code to explicitly indicate the change."). |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| | | | Our expert will testify that one of ordinary skill in the art would understand the term "segments" to be defined in the specification to mean segregated data structures produced by identifying non-arbitrary cut points that define segment boundaries based on the values of the input data. |
| segment store | '249 Patent – See, e.g.: Col. 5, lines 19-31; Fig. 1, Col. 6, lines 32-46; Fig. 6, Col. 11, lines 34 to 52; Col. 10, lines 38-47; and Fig. 9, Col. 12, lines 21-32. | A device for storing segment data and a reference label for each segment, in the form of a binding. | *See Col. 5, lines 19-31,* ("For each segment so identified, the encoder determines whether the segment is to be a referenced segment or an unreferenced segment, replacing the <u>segment data</u> of each referenced segment with a reference label and <u>storing a reference binding in a persistent segment store for each referenced segment</u>, if needed. <u>Hierarchically</u>, the process can be repeated by <u>segmenting the reference label strings into groups</u>, replacing the grouped references with a group label, <u>storing a binding between the grouped references and group label</u>, if one is not already present, and repeating the process. The number of <u>levels of hierarchy</u> can be fixed in advanced or it can be determined from the content encoded.").<br><br>*See Fig. 1, element 210; Col. 6, lines 32-46,* ("FIG. 1 illustrates the particular inputs that an encoder might have. As shown there, an encoder has an input for receiving input data and inputs for parameters, such as target segment size, window size and other control parameters, as well as outputs for the <u>output data and bindings</u> generated in the encoding process, which are <u>stored in a persistent segment store (PSS)</u> 210 as needed. In operation, encoder 140 would process input data, identify segments of data, replace the segment's data with a reference, <u>provide the segment data and a segment reference to PSS 142 in the form of a binding</u> and output the encoded data. The encoded output data might include unreferenced segment data, embedded bindings and/or reference labels for referenced segments. In the simplest case, the output data is entirely reference labels.").<br><br>*See Fig. 6; Col. 11, lines 34 to 52,* ("With a fixed-level HCS, the <u>PSS is structured as a set of N (some indeterminate integer greater than one) binding tables PSS$^1$, PSS$^2$, . . . , PSS$^N$. Binding table PSS$^1$ provides bindings between reference labels and segment data</u>. Binding table PSS$^2$ <u>provides bindings between reference label sequences and group labels</u>. Other binding tables provide bindings for groups of groups of reference labels, and so on. This is illustrated in FIG. 6. The <u>binding tables can store an arbitrary string of bits for each segment and an arbitrary sequence of</u> |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|------------------------|------------------------------------------|
| | | | reference labels. Using the example segmentation and representation from FIG. 5, $PSS^1$ would hold the bindings $(R^1_{15}, S_A)$, $(R^1_{16}, S_B)$, $(R^1_{17}, S_C)$, $(R^1_3, S_D)$ and $(R^1_{18}, S_E)$ and $PSS^2$ would hold the reference bindings $(R^2_1, R^1_{15}+R^1_{16}+R^1_{17})$ and $(R^2_2, R^1_3+R^1_8)$. Using this scheme, all the data in the input buffer might be ultimately represented with a single label, $R^N_1$, and if the data sequence appears again, it will be efficiently represented in a single reference symbol."). <br><br> *See Col. 10, lines 38-47,* ("In order to get the benefits of large target block sizes (such as high compression ratios) and the benefits of small target block sizes (such as having finer-grained repetitions noticed and segmented as such), <u>hierarchical referencing</u> can be used. In such a system, input data to be encoded might be segmented using a small target block size, yielding many reference labels. The <u>reference labels are, in turn, grouped and replaced with group labels, with reference bindings (group labels, sequence of reference labels forming the group) stored in a PSS-like structure</u>."). <br><br> *See Fig. 9; Col. 12, lines 21-42,* ("FIG. 9 is an illustration of a <u>persistent segment store organized to hold an arbitrary depth of references</u> to address this issue. There, instead of each reference label having a specified level (the superscript in the above example), all the references are treated equally, whether they are reference labels for a sequence of segment data symbols, a sequence of reference labels, or a combination of the two. As shown in FIG. 9, <u>reference label $R_1$ is bound to segment data $S_A$, reference label $R_2$ is bound to segment data $S_B$, reference label $R_i$ is bound to a group of reference labels $(R_3, R_7, R_9)$</u>, and so on. Given that the <u>encoder can flexibly choose appropriate levels of encoding based on the input stream</u>, the decoder should be informed of the <u>number of levels of hierarchy</u> present at any given time. Thus, this information should be somehow conveyed in the coded bit stream. In one embodiment, the coded reference stream explicitly indicates the <u>number of levels</u>, verbatim, in the bit stream with special codes. In this scheme, when the encoder changes the <u>number of levels</u> in use, it would emit a code to explicitly indicate the change."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "segment store" to be defined in the specification to mean a device for storing segment data and a reference label for each segment, in the form of a binding. |

51371/2507902.1

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|-------------------------|------------------------------------------|
| list | Ordinary meaning - http://www.yourdictionary.com/ - a list is "a series of names, words, numbers, etc. set forth in order." | A series of names, words, numbers, etc. set forth in order. | Our expert will testify that one of ordinary skill in the art would understand the term "list" to mean a series of names, words, numbers, etc. set forth in order. |
| reference label | '249 Patent − See, e.g.: Col. 5, lines 19-24; Fig. 4, Col. 10, lines 5-9, Col. 10, lines 5-9; and '666 Patent, Col. 14, line 34 to Col. 15, line 27. | Globally unique data used to identify a segment. | *See Col.5, lines 19-24,* ("For each segment so identified, the encoder determines whether the segment is to be a referenced segment or an unreferenced segment, <u>replacing the segment data of each referenced segment with a reference label</u> and storing a reference binding in a persistent segment store for each referenced segment, if needed.").<br><br>*See Fig. 4; Col. 10, lines 5-9,* ("<u>Referenced segments, which are represented in the encoded data as reference labels</u> (or compressed reference labels), are <u>replaced with their segment data by replacer 325 using the reference labels to locate bindings in PSS 310 and thus obtain the corresponding segment data.</u>").<br><br>*See Col. 15, lines 19-23,* ("As each TT creates bindings, it assigns <u>globally unique reference labels</u> so that a <u>recipient of a reference label will always be able to replace it with unambiguous segment data.</u> Several schemes are usable to <u>ensure unique names</u>, as <u>described in McCanne I</u>.").<br><br>*See U.S. Patent No. 7,120,666 (the "'666 Patent"); Col. 14, line 34 to Col. 15, line 27.* ("In addition, because <u>references are globally unique</u> (as described below), they can be used by any TA in the network, not just the STA and CTA pair as described in this example… Several schemes are usable to ensure that <u>each named segment has a unique name throughout the system at any given time (i.e., that no two segments with different data are erroneously assigned the same name)</u>…Another scheme is to generate <u>hashes</u> from the segment data so that <u>each segment reference is a hash of the segment data and different segment data will result in different hashes, except in very rare cases.</u> Yet again, <u>the rare cases will always be problematic</u>, as long as two degenerate segments with the same reference but different segment data exist in the system. <u>Unlike the random number case</u>, this <u>problem will recur</u> every time that particular data pattern exists in the data stream. <u>One simple approach that avoids the above problems</u> is for each sending TA to <u>generate a segment reference from the combination of</u> |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|------------------------|------------------------------------------|
|  |  |  | a unique ID (such as the host IP address, when globally unique IP addresses are used throughout the network, the host MAC address, an assigned unique identifier, or other means) and a sequential number. In most implementations, the maximum number of unique sequential numbers is bounded, and thus will eventually need to be reused. However, a name space can be made effectively unbounded by using a large enough label number space that the supply could last millions of years and no special handling would be needed. The large labels could be compressed to provide for small footprints for the labels. Since labels will be allocated sequentially and because the corresponding segments will often appear in the same sequence, very good compression of the labels can be achieved in practice (not just across the network but also in the data structures that represent strings of labels that are invariably employed throughout the system). Additional compression is also possible on the sending TA's output stream. For example, where the receiving TA can identify the sending TA and the sending TA's references include the sending TA's unique ID, that ID need not appear in the sent data, as the receiving TA would know what ID to use in forming the references (although, in general, extra information must be communicated when a sending TA references not just its own bindings but bindings and labels that originate from other TA's). One other advantage of this approach is that a TA can identify the source of each of the segments in its PSS from the ID component of the segment reference, for use in statistical analysis, diagnostics, and the like."). *(The '666 Patent is based on U.S. Patent Application No. 10/285,315, the contents of which is expressly incorporated by reference in the '249 Patent (See, '249 Patent, Col. 1, lines 29-34)).* <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "reference label" to be defined in the specification to mean an identifier bound to segment data in the segment store that is selected to be unambiguous and globally unique and is not computed as a function of segment data. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| segmenter | '249 Patent – See, e.g., Fig. 3, Col. 7, line 66 to Col. 8, line 8. | A process for segregating input data into separate data structures by identifying non-arbitrary cut points that define segment boundaries based on the values of the input data. | *See Fig. 3, element 222; Col. 7, line 66 to Col. 8, line 8,* ("A segmenter, such as segment delimiter 222 in FIG. 3 operates on a portion (or all) of a set of input data. The segmenter batches up a certain number of input symbols (determined by the current offset and the window size parameter) and computes a hash function over the window. This is referred to as the fingerprint of the window. A deterministic fingerprint indicator function returns a Boolean value for each fingerprint indicating whether the offset is to be considered a cut point and thereby defines a segment boundary."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "segmenter" to be defined in the specification to mean a process for segregating input data into separate data structures by identifying non-arbitrary cut points that define segment boundaries based on the values of the input data. |
| encoder | '249 Patent – See, e.g.: Col. 5, lines 19-31; Fig. 1, Col. 6, lines 32-48; and Fig. 9, Col. 12, lines 33-42. | A process for transforming input data by hierarchically replacing segment data with reference labels, binding each reference label to its corresponding segment data or reference labels in a segment store, and outputting the encoded data. | *See Col. 5, lines 19-31,* ("For each segment so identified, the encoder determines whether the segment is to be a referenced segment or an unreferenced segment, replacing the segment data of each referenced segment with a reference label and storing a reference binding in a persistent segment store for each referenced segment, if needed. Hierarchically, the process can be repeated by segmenting the reference label strings into groups, replacing the grouped references with a group label, storing a binding between the grouped references and group label, if one is not already present, and repeating the process. The number of levels of hierarchy can be fixed in advanced or it can be determined from the content encoded."). <br><br> *See Fig. 1; Col. 6, lines 32-48,* ("As shown there, an encoder has an input for receiving input data and inputs for parameters, such as target segment size, window size and other control parameters, as well as outputs for the output data and bindings generated in the encoding process, which are stored in a persistent segment store (PSS) 210 as needed. In operation, encoder 140 would process input data, identify segments of data, replace the segment's data with a reference, provide the segment data and a segment reference to PSS 142 in the form of a binding and output the encoded data. The encoded output data might include unreferenced segment data, embedded bindings and/or reference labels for referenced segments. In the simplest case, the output data is entirely reference labels. The target segment size parameter is used by the encoder to control the |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| | | | average size of a segment."). *See Fig. 9; Col. 12, lines 33-42,* ("Given that the <u>encoder can flexibly choose appropriate levels of encoding based on the input stream</u>, the <u>decoder should be informed of the number of levels of hierarchy</u> present at any given time. Thus, this information should be somehow conveyed in the coded bit stream. In one embodiment, the <u>coded reference stream explicitly indicates the number of levels</u>, verbatim, in the bit stream with special codes. In this scheme, when the encoder changes the number of levels in use, it would emit a code to explicitly indicate the change."). Our expert will testify that one of ordinary skill in the art would understand the term "encoder" to be defined in the specification to mean a process for transforming input data by hierarchically replacing segment data with reference labels, binding each reference label to its corresponding segment data or reference labels in a segment store, and outputting the encoded data. |
| logic configured to…./logic to… | Ordinary meaning - http://wordnet.princeton.edu/ - logic is "the system of operations performed by a computer that underlies the machine's representation of logical operations." | The system of operations performed by a computer that underlies the machine's representation of logical operations. | Our expert will testify that one of ordinary skill in the art would understand the term "logic configured to / logic to" to mean the system of operations performed by a computer that underlies the machine's representation of logical operations. |
| decoding the list | '249 Patent – See, e.g.: Col. 5, lines 24-31; Fig. 2, Col. 6, lines 51-62; Fig. 4, Col. 9, lines 64 to Col. 10, line 10; Fig. 9, Col. 12, lines 33-42; and Col. 13, lines 39-51. | Recursively replacing reference labels with the segment data to which they are bound in the segment store, to reconstruct previously encoded data. | *See Col. 5, lines 24-31,* ("<u>Hierarchically</u>, the process can be repeated by <u>segmenting the reference label strings into groups, replacing the grouped references with a group label, storing a binding between the grouped references and group label</u>, if one is not already present, and repeating the process. The number of <u>levels of hierarchy</u> can be fixed in advance or it can be determined from the content encoded."). *See Fig. 2, element 300; Col. 6, lines 51-62,* ("<u>FIG. 2 illustrates a decoder 300</u> and a PSS 310, which together perform <u>decoding that is the inverse of the encoding done by encoder 200</u>. As described above, the encoded data might comprise references, bindings and unreferenced residual data. <u>When decoder 150 encounters a binding in received data, it can use the segment data in that binding to reconstruct the original data</u> and it can also store the binding in its PSS. When decoder 150 encounters a reference without a binding, it can use the reference to obtain segment data from PSS 152 to |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|-------------------------|-------------------------------------------|
| | | | reconstruct the segment. If the segment reference is not found in PSS 152, decoder 150 can send a request for the segment data."). <br><br> *See Fig. 4; Col. 9, lines 64 to Col. 10, line 10,* ("FIG. 4 illustrates a decoding process, which is the inverse of what is shown in FIG. 3 The encoded data (reference labels and possibly also bindings and unreferenced segment data) is received into input buffer 320. From that input buffer data, bindings are extracted and stored in PSS 310 and unreferenced segment data is moved to output buffer 330. <u>Referenced segments, which are represented in the encoded data as reference labels (or compressed reference labels), are replaced with their segment data by replacer 325 using the reference labels to locate bindings in PSS 310 and thus obtain the corresponding segment data.</u>"). <br><br> *See Fig. 9; Col. 12, lines 33-42,* ("Given that the encoder can flexibly choose appropriate levels of encoding based on the input stream, the <u>decoder should be informed of the number of levels of hierarchy</u> present at any given time. Thus, this information should be somehow conveyed in the coded bit stream. In one embodiment, the <u>coded reference stream explicitly indicates the number of levels</u>, verbatim, in the bit stream with special codes. In this scheme, when the encoder changes the number of levels in use, it would emit a code to explicitly indicate the change."). <br><br> *See Fig. 10; Col. 13, lines 39-51,* ("FIG. 10 illustrates a <u>decoding process using the persistent segment store of FIG. 9, wherein each reference label is replaced with the content of its binding.</u> If the segment content contains a sequence of references, these references are in turn replaced, and the process repeats until all of the reference labels refer to terminal nodes and then the segment data can be output. In other words, the <u>decoder recursively resolves reference blocks</u>, terminating when it reaches a data segment. In this embodiment, the encoded stream is equivalent to a <u>hierarchical tree of references</u> where the segments at the leaves of the tree are marked (via the terminal flag) to indicate where the decoding traversal should halt."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "decoding the list" to be defined in the specification to mean recursively replacing reference labels with the segment data to which they |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|--------------------------|-------------------------------------------|
| | | | are bound in the segment store, to reconstruct previously encoded data. |
| front-end file system | '249 Patent – See, e.g., Col. 16, lines 37-52. | A local file system including a front-end file server for managing input data. | *See Fig. 14; Col. 16, lines 37-52,* ("In another embodiment, HCS can be used as a complementary component of a more standard, operating system-based file system by combining the NLFS described above with a file system front-end. This approach is depicted in FIG. 14, which shows NLFS and a file server front-end. This file is effectively cached in the local front-end file system, which allows the file server to employ normal file system protocols and algorithms for managing the open file. By ensuring that only the front-end file server communicates with the NLFS and by employing normal file system locking and consistency mechanisms, there is no possibility that the files stored in the NLFS become inconsistent with those in the file server's local file system. When all clients close the file, the file server writes back the file to the NLFS and frees up the corresponding storage in the local file server.").<br><br>Our expert will testify that one of ordinary skill in the art would understand the term "front-end file system" to be defined in the specification to mean a local file system including a front-end file server for managing input |
| file command | '249 Patent – See, e.g.: Col. 16, lines 3-5; Col. 16, line 12-14; and Col. 16, lines 30-33. | A command sent from a file system client to a file system server. | *See Col. 16, lines 3-5,* ("A client stores or updates a file by sending a "STORE" command to the file system followed by the file name and file data.").<br><br>*See Col. 16, lines 12-14,* ("To retrieve a file, a client sends a "RETRIEVE" command to the file system along with the filename and optional time stamp.").<br><br>*See Col. 16, lines 30-33,* ("To delete a file from the file system, a client sends a "DELETE" command to the file system along with the filename and an optional time range, instructing to delete all files that were stored with respect to the time range specified.").<br><br>Our expert will testify that one of ordinary skill in the art would understand the term "file command" to be defined in the specification to mean a command sent from a file system client to a file system server. |
| front-end file server | '249 Patent – See, e.g.: Col. 15, lines 25-35; and Fig. 14, Col. 16, lines 37-52. | A local server providing a file system whose storage, in turn, is provided by an HCS-enabled, back-end storage system. | *See Col. 15, lines 25-35,* ("Another embodiment of the present invention uses HCS within a file system. By properly applying HCS to the design of a file system, substantial gains in capacity can be achieved by recognizing patterns of repeated data across all the files (and data structures) in a file |

51371/2507902.1

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| | | | system and, accordingly, storing any given pattern of data just once on disk. One approach to <u>leveraging HCS in a file system</u> in this fashion is to <u>incorporate the HCS Encoder and HCS Decoder as native components of a native file system</u>. For example, <u>whenever the file system reads or writes a disk block, HCS could be applied to these disk blocks</u>."). <br><br> *See Fig. 14; Col. 16, lines 37-52,* ("In another embodiment, <u>HCS</u> can be used as a complementary component of a more standard, operating system-based file system by combining the NLFS described above with a file system front-end. This approach is depicted in FIG. 14, which shows NLFS and a <u>file server front-end. This file is effectively cached in the local front-end file system, which allows the file server to employ normal file system protocols and algorithms for managing the open file.</u> By ensuring that only the front-end file server communicates with the NLFS and by employing normal file system locking and consistency mechanisms, there is no possibility that the files stored in the NLFS become inconsistent with those in the <u>file server's local file system</u>. When all clients close the file, the file server writes back the file to the NLFS and frees up the corresponding storage in the <u>local file server</u>."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "front-end file server" to be defined in the specification to mean a local server providing a file system whose storage, in turn, is provided by an HCS-enabled, back-end storage system. |
| back-end storage system | '249 Patent – See, e.g.: Fig. 13, Col. 15, lines 44-59; and Fig. 14, Col. 16, lines 37-52. | A non-local, HCS-enabled storage system that accepts commands from a front-end file server to store and retrieves whole files. | *See Fig. 13; Col. 15, lines 44-59,* ("<u>A better approach is to apply HCS to a file system</u> that employs <u>whole-file accesses</u> rather than block-based accesses. The system shown in FIG. 13 implements a file system with a <u>whole-file interface</u> and <u>leverages HCS</u>. That is, <u>clients store, retrieve, and delete entire files instead of individual pieces of files</u>. While this approach typically could not support a standard file-system interface, it is well suited for other uses of file systems, e.g., as the foundation of a backup system. A disk-based, on-line backup system, where access is slower than a native file system but faster than a traditional backup system (e.g., based on tape), is often called "near-line" storage to describe the compromise between a high-performance, on-line file system and low-performance, off-line backup system. Thus, herein, the file system depicted in FIG. 13 is called a "<u>near-line file system (NLFS)</u>"."). |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| | | | *See Fig. 14; Col. 16, lines 37-52,* ("In another embodiment, <u>HCS</u> can be used as a complementary component of a more standard, operating system-based file system by combining the <u>NLFS</u> described above with a file system front-end. This approach is depicted in FIG. 14, which shows <u>NLFS</u> and a file server front-end. This file is effectively cached in the local front-end file system, which allows the file server to employ normal file system protocols and algorithms for managing the open file. By ensuring that only the front-end file server communicates with the NLFS and by employing normal file system locking and consistency mechanisms, there is no possibility that the <u>files stored in the NLFS</u> become inconsistent with those in the file server's local file system. When all clients close the file, the <u>file server writes back the file to the NLFS</u> and frees up the corresponding storage in the local file server."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "back-end storage system" to be defined in the specification to mean a non-local, near-line storage system that only communicates with the front-end file server. |
| network file system interface | '249 Patent – See, e.g.: Fig. 14, Col. 16, lines 37-52; and Claims 20, 21 and 26. <br><br> Ordinary meaning - http://wordnet.princeton.edu/ - an interface is a "computer circuit consisting of the hardware and associated circuitry that links one device with another." | A network interface used to provide remote access to files on other computers across the network. | *See Fig. 14; Col. 16, lines 37-52,* ("In another embodiment, <u>HCS</u> can be used as a complementary component of a more standard, operating system-based file system by combining the NLFS described above with a file system front-end. This approach is depicted in FIG. 14, which shows <u>NLFS</u> and a file server front-end. This file is effectively cached in the local front-end file system, which allows the file server to employ normal file system protocols and algorithms for managing the open file. By ensuring that <u>only the front-end file server communicates with the NLFS</u> and by employing normal file system locking and consistency mechanisms, there is <u>no possibility that the files stored in the NLFS become inconsistent with those in the file server's local file system</u>. When all clients close the file, the file server writes back the file to the NLFS and frees up the corresponding storage in the local file server."). <br><br> See Claim 20, ("wherein the network file system interface is <u>NFS</u>."). <br><br> See Claim 21, ("wherein the network file system interface is <u>CIFS</u>."). <br><br> See Claim 25, ("a <u>network file system interface</u> for sending or receiving contents of the file between the front-end file system and the back-end |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| | | | storage system."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "network file system interface" to mean a network interface used to provide remote access to files on other computers across the network. |
| contents of the file | '249 Patent – See, e.g., Col. 7, lines 48-57. | The contents of the input data. | *See Col. 7, lines 48-57,* ("Because this scheme is guided by the <u>content of the input</u>, it is described herein as "content-induced segmentation". By applying content-induced segmentation to an <u>input stream</u> with repeated patterns across very large time scales (i.e., exhibiting LRD statistics), the same segments are created without having to keep track of the entire history of <u>data patterns</u> that have been seen in the past. That is, the segmentation process can simply segment the input based on the input itself without having to search over the existing data patterns already found."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "contents of the file" to be defined in the specification to mean the contents of the input data. |
| caches/caching | '249 Patent - See, e.g.: Col. 4, lines 46-59; and Col. 17, lines 6-22. | Caching is maintaining a temporary local copy of data. | *See Col. 4, lines 46-59,* ("An alternative approach to reduce network traffic involves <u>caching, where a request for data is not sent over the network if a copy of the data is available locally in a cache</u>… While <u>caching is good for blocks of data that do not change and are not found in similar forms under different names</u>, improvements are still needed in many cases. In file caching, the unit of caching is typically a block of a file or the whole file."). <br><br> *See Col. 17, lines 6-22,* ("There are many ways to build the front-end file server based on well-known techniques for file system design and <u>whole file caching</u>, but in one embodiment, the well-known <u>unix file system (UFS) is extended to interface with NLFS.</u> For example, UFS (as well as other file systems) uses directories to map file names to disk data structures. In UFS, the directory entry for a file points to an index node (or inode). UFS, thus, could be extended with a new inode type that contains a reference to a file in NLFS. Under this scheme, when a client opens an existing file, UFS checks for the new inode type and when this is the case, reads the file from the NLFS. <u>UFS then writes the returned file data in the local file system effectively formatting the file data onto a local disk using normal inode data structures.</u> In effect, the single inode pointing to an |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| | | | NLFS file is replaced with a multitude of inodes and disk blocks to represent the actual file locally."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "caching" to be defined in the specification to mean maintaining a temporary local copy of data. |
| association (between the file and the list) | '249 Patent – See, e.g., Fig. 13, Col. 15, line 60 to Col. 16, line 2. | A data base table that maps each file name to a single top-level label that represents the file. | *See Fig. 13; Col. 15, line 60 to Col. 16, line 2,* ("In the model shown, a client can store, retrieve, and delete whole files. The NLFS employs an HCS Encoder, PSS, and HCS Decoder to efficiently store file data such that only a single copy of each common segment need be stored once. In addition, the NLFS employs a <u>data base table</u>, called the "<u>file map data base (FMDB)</u>", <u>to map file names to the top-level label (or labels) that represents a particular file</u>. In one embodiment, the FMDB includes a time stamp field so that the file system may contain multiple copies of the same file that represent the file at different points in time."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "association (between the file and the list)" to be defined in the specification to mean a data base table that maps each file name to a single top-level label that represents the file |
| is being accessed | Ordinary meaning - http://wordnet.princeton.edu/ - access is to "obtain or retrieve from a storage device; as of information on a computer." | Obtaining or retrieving from a storage device; as of information on a computer. | Our expert will testify that one of ordinary skill in the art would understand the term "is being accessed" to mean obtaining or retrieving from a storage device; as of information on a computer. |