# EXHIBIT B

## PROPOSED CONSTRUCTIONS FOR
## U.S. PATENT NO. 5,990,810

51371/2507903.1

# Part I -- Stipulated Constructions for U.S. Patent No. 5,990,810

| TERM FROM '810 CLAIMS | STIPULATED CONSTRUCTION |
|---|---|
| block | Finite or infinite streams of zero or more bits or bytes of digital data. |
| digital data | Data in digital form, including computer data. |
| partitioning | Dividing a block into two or more parts. |
| position k\|k+1 | A position between bits or bytes of data, specifically the position between the k-th bit/byte and the (k+l)-th bit/byte. |
| natural numbers | Non-negative integers including zero (e.g., 0, 1, 2, 3, 4, 5, . . . ). |
| identity of a subblock<br><br>identity of at least one subblock | Any piece of information that could be used in place of the subblock for the purpose of comparison for identicality, including the subblock itself or a hash of the subblock. |
| reference of a subblock<br><br>references to subblocks<br><br>references of the subblocks | A reference to a subblock means any piece of information that could be used by one entity to identify to another entity (or itself) a particular subblock. |
| E1 | An agent including, but not limited to a computer system, a network of computer systems, a process in a computer system, a file system, a component of software, a dedicated computer system or a communication system. |
| E2 | An agent including, but not limited to a computer system, a network of computer systems, a process in a computer system, a file system, a component of software, a dedicated computer system or a communication system. |

# Part II -- Riverbed's Proposed Constructions For Disputed Terms In U.S. Patent No. 5,990,810

| TERM FROM '810 CLAIMS | RIVERBED'S PRELIMINARY CONSTRUCTION | INTRINSIC AND EXTRINSIC EVIDENCE |
|---|---|---|
| subblock | A part of the block consisting of a series of bits or bytes of the digital data from the block. | **Intrinsic:** "The term block and subblock both refer, without limitation, to finite blocks or infinite blocks (sometimes called streams) of zero or more bits or bytes of digital data. Although the two different terms ("blocks" and "subblock") essentially describe the same substance (digital data), the two different terms have been employed in this specification to indicate the role that a particular piece of data is playing. The term "block" is usually used to refer to raw data to be manipulated by aspects of the invention. The term "subblock" is usually used to refer to a part of a block. "Blocks" are "partitioned" into "subblocks"." Col. 2:51-62.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| b[k-A+1 . . . k+B] | The bits/bytes of digital data in the block A bits/bytes to the left k ⎪ k+1 and B bits/bytes to the right of position k ⎪ k+1. | **Intrinsic**: "Note: The specification of this aspect encompasses the degenerate case in which either A or B is zero. The specification also includes the case where the constraint does not pay attention to some parts of b[k-A+1 . . . k+B]. For example, a constraint that pays attention only to (say) b[k-3] and b[k+2] would fall under the classes of constraint corresponding to A.gtoreq.4 and B.gtoreq.2." Col. 3:18-24<br><br>**Extrinsic**: "The interesting part of the claim is the phrase "for which b[k-A+1...k+B] satisfies a predetermined constraint, and where A and B are natural numbers". This sounds more complicated that it really is. Figure 2 shows what's happening here. To evaluate whether a partition should be made at the boundary between the bytes at position k and k+1, we evaluate the bytes within a window consisting of A bytes to the left of the position and B bytes to the right. Only the bytes in this window can affect |

<table>
<tr><td></td><td></td><td>the decision of whether to put a boundary at position k ⎸k+1.</td></tr>
</table>

|  |  |  |
| --- | --- | --- |
|  |  | the decision of whether to put a boundary at position k ⎸k+1.<br><br><br><br>**Figure 2:** The parsing window.<br><br>"A and B are natural numbers" (i.e. 0, 1, 2, 3, ...). This phrase is simply intended to indicate that we are dealing in whole multiples of bytes. In most implementations, A and B will be constants (though the claim does not explicitly constrain them to be)." *Structure and Practise of the Blocklets Patent* at 3.<br><br>Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| predetermined constraint | A function that accepts a window of bytes of length A+B and returns a boolean value to indicate whether a boundary should be placed between the A and B parts of the window.  Only the bytes in window of bytes of length A+B can affect the decision of  whether a boundary should be placed at position k ⎸k+1. | **Intrinsic:**<br><br>"Choosing a Partitioning Constraint Function<br><br>Although the requirements for the block partitioning constraint (e.g. in the form of a constraint function F) are not stringent, care should be taken to select a function that suits the application to which it is to be applied.<br><br>In situation where the data is highly structured and knowledge of the data is available, a choice of an F that tends to place subblock boundaries at positions in the data that correspond to obvious boundaries in the data could be advantageous. However, in general, F should be chosen from the class of narrow hash functions. Use of a narrow hash function for F provides both efficiency and a (deterministic) randomness that will enable the implementation to operate effectively over a wide-range of data.<br><br>One of the most important properties of F is the probability that F will place a boundary at any particular point when applied to completely random data. For example, a function with a probability of one would |

produce a boundary between each bit (or byte), whereas a function with a probability of zero would never produce any boundaries at all. In a real application, a more moderate probability would be chosen (e.g. 1/1024) so as to yield useful subblock sizes. The probability can be tuned to suit the application.

We end this section with an example of a narrow hash function that has been implemented and tested and seems to perform well on a variety of data types. The hash function calculates a hash value from three bytes.

The following notation has been used. ".times." is multiplication. "<<" is left bit shift. ">>" is right bit shift. "" is exclusive or. ".vertline." is modulo. The constant .rho. is the inverse of the probability of placing a boundary at an arbitrary position in a randomly generated block of data, and can be set to any integer value in [0,65535). However, in practice it seems to be advantageous to choose values that are prime (Mersenne primes seem to work well). The value 40543 was chosen carefully in accordance with the hash function design guidelines provided in pages 508-613 of the book:

Knuth D. E., "The Art of Computer Programming: Volume 3: Sorting and Searching", Addison Wesley, 1973.

The function generates a value in the range [0, .rho.-1] and can be used in practice by placing a boundary at each point where the preceding three bytes hash to a predetermined constant value V. This would imply that its arguments b.sub.1 . . . b.sub.3 correspond to the argument A in aspect one above. To avoid pathological behaviour in the commonly occurring case of runs of zeros, it is wise to choose a non-zero value for V.

In a real implementation, .rho. was set to 511 and V was set to one." Col. 13:65 to 14:50.

"Example: Partitioning a Block

We now present a simple example of how a block might be partitioned in practice. Consider the following block of bytes:

b.sub.1 b.sub.2 b.sub.3 b.sub.4 b.sub.5 b.sub.6 b.sub.7 b.sub.8 b.sub.9 . . .

In this example, an example hash function H will be used to partition the block. Boundaries will be represented by pairs such as B.sub.6 .vertline.b.sub.7. We will assume that H returns a boolean value based on its argument and that a boundary is to be placed at each b.sub.i .vertline.b.sub.i +1 for which H(b.sub.i -2, b.sub.i -1, b.sub.i) evaluates to true.

As the hash function accepts 3 byte arguments, we start at b.sub.3 .vertline.b.sub.4 and evaluate H(b.sub.1, b.sub.2, b.sub.3). This turns out to be false (for the purposes of example), so we move to b.sub.4 .vertline.b.sub.5 and evaluate H(b.sub.2, b.sub.3, b.sub.4). This turns out to be true, so a boundary is placed at b.sub.4 .vertline.b.sub.5. Next, we move to b.sub.5 .vertline.b.sub.6 and evaluate H(b.sub.3, b.sub.4, b.sub.5). This turns out to be false so we move on. H(b.sub.4, b.sub.5, b.sub.6) is true so we place a boundary at b.sub.6 .vertline.b.sub.7. This process continues until the end of the block is reached.

b.sub.1 b.sub.2 b.sub.3 b.sub.4 .vertline. b.sub.5 b.sub.6 .vertline. b.sub.7 b.sub.8 b.sub.9 . . .

Some variations on this approach are:

Imposition of a lower bound L on subblock size by skipping ahead L bytes after placing a boundary.

Imposition of an upper bound U on block size by artificially placing a boundary if U bytes have been processed since the last boundary was placed.

Improving the efficiency of the hash calculations by using some part of the calculation of the hash of the bytes at one position to calculate the hash at the next position. For example, it may be more efficient to calculate H(x,y,z) if H(*,x,y) has already been calculated. For example, the Internet IP checksum is organized so that a single running checksum value can be maintained, with bytes entering the window being added to the checksum,

and bytes exiting the window being subtracted from the checksum.

Applying this algorithm in reverse, starting from the end of the block and working backwards.

Finding the subblock that encloses a particular point (chosen from anywhere within the block) by exploring in both directions from the point, looking for the nearest boundary in each direction.

Finding all subblock boundaries in one step of evaluating F for all position concurrently. "

**Extrinsic:** "The interesting part of the claim is the phrase "for which b[k-A+1...k+B] satisfies a predetermined constraint, and where A and B are natural numbers". This sounds more complicated that it really is. Figure 2 shows what's happening here. To evaluate whether a partition should be made at the boundary between the bytes at position k and k+1, we evaluate the bytes within a window consisting of A bytes to the left of the position and B bytes to the right. Only the bytes in this window can affect the decision of whether to put a boundary at position k | k+1.



Figure 2: The parsing window.

"A and B are natural numbers" (i.e. 0, 1, 2, 3, ...). This phrase is simply intended to indicate that we are dealing in whole multiples of bytes. In most implementations, A and B will be constants (though the claim does not explicitly constrain them to be).

It may seem overly restrictive to restrict the window being evaluated to A bytes to the left and B bytes to the right (i.e. a window of A+B bytes) of the position being evaluated. However, this is an important aspect of the claim because it captures in the broadest possible way the locality of the window evaluation process. Blocklet boundaries must, above all, be

| | | |
|---|---|---|
| | | positioned based on data local to the position being evaluated. The degree of locality is left unspecified (in the parameters A and B), but the locality is important because without it, the same blocklets would not be created in the same way when the same data arises in different global contexts. For example, if a block b of 2M were being parsed into blocklets with a mean length of 8K, repeated data in different parts of the 2M will only be parsed into the same blocklets if the parsing algorithm places boundaries only on the bytes local to the candidate boundary. If the partitioning function were to take into account (for example) bytes b[0..k+B] in deciding whether to put down a partition, the slightest change in the earlier bytes in the block could affect whether a partition is placed at position k ∣ k+1 and this will result in boundaries being placed that do not yield identical subblocks when the same slab of data appears in different places in b. |
| | | The phrase "predetermined constraint" is purposefully broad, as (assuming we are dealing with bytes), for a given A and B, there are 2A2A(8"(A+B)) possible constraint functions that could be used to implement the method. All that is meant by the term "constraint" is a function that accepts a block of bytes of length A+B and returns a boolean value to indicate whether a boundary should be placed between the A and B parts of the window. |
| | | In summary, the intent of claim 1 is to capture the concept of dividing a block of data into subblocks at data dependent positions where each position is evaluated for boundaryness by examining only those bytes near to and adjacent to the position. |
| | | Note: The claim does not prohibit the constraint function from ignoring some part (possibly some non-contiguous parts) of the window of A+B bytes. There is no requirement that the constraint function attend to all bytes in the window." *Structure and Practise of the Blocklets Patent* at 3. |
| | | Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| for which b[k-A+1 . . . k+B] satisfies a | *See* constructions for "b[k-A+1 . . . k+B]" and "predetermined | |

| predetermined constraint | constraint." | |
|---|---|---|
| additional subblocks are formed from at least one group of subblocks | Multiple layers of subblocks are constructed from one or more initial subblocks. | **Intrinsic:** "FIG. 7 shows how "higher order" subblocks can be constructed from one or more initial subblocks." Col. 7:49-50.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| an additional hierarchy of subblocks is formed from at least one group of contiguous subblocks | Multiple layers of subblocks are constructed from one or more initially contiguous subblocks by progressively restricting a constraint function to generate the multiple layers of subblocks, where the boundaries of the higher layer subblocks are aligned with the subblock boundaries of all the subblock layers below it. | **Intrinsic:** "FIG. 9 shows how subblocks can be organized into a hierarchy. Such a hierarchy can be constructed by progressively restricting a constraint F." Col. 7:54-56.<br><br>"The efficiency of such a scheme could be improved by performing the partitioning all in one operation using increasing constraints on a single F. For example, one could use the example hash function described earlier, but use different values of the constant .rho. to determine the different levels of subdivision. By choosing appropriately related values of .rho., the set of boundaries that could be produced by the different F could be arranged to be subsets of each other, resulting in a tree structure of subblocks. For example, values of .rho. of 32, 64, and 128, and 256 could be used. FIG. 9 shows how the subblocks of four levels of the tree could relate to each other:" Col. 15:38-49.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| hash | A function that accepts an input block of bits and generates an output block of bits based on the input block. | **Intrinsic:** "A hash function accepts a variable-length input block of bits and generates an output block of bits that is based on the input block. Most hash functions guarantee that the output block will be of a particular length (e.g. 16 bits) and aspire to provide a random, but deterministic, mapping between the infinite set of input blocks and the finite set of output blocks. The property of randomness enables these outputs, called "hashes", to act as easily manipulated representatives of the original |

| | | block." Col. 10:60 to col. 11:6. |
| | | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's proposed construction. |
| calculating the hash of each of at least one of said plurality of subblocks | *See* "hash." | |
| forming a projection of said block | "Projection": A structure that includes information that identifies digital data in the block. | **Intrinsic:** *See* Figure 11. <br><br> **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's proposed construction. |
| ordered or unordered collection of elements | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's proposed construction. |
| subsets of identical subblocks | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's proposed construction. |
| group of one or more subblocks | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's proposed construction. |
| data structure | A structure for organizing data such as a hash table. | **Intrinsic:** "In most cases, the problem is best solved by creating a data structure that maintains the subblocks, or references to the subblocks, in sorted order, and then inserts each subblock one at a time into the data structure. Not only does this identify all currently identical subblocks, but it also establishes a structure that can be used to determine quickly whether incoming subblocks are identical to any of those already held. The following data structures are described in the books referenced above and provide just a sample of the structures that could be used: <br><br> Hash tables. |

| | | Sorted trees (binary, N-ary, AVL). |
|---|---|---|
| | | Sorted linked lists. |
| | | Sorted arrays. |
| | | Of the multitude of solutions to the problem of matching blocks of data, one solution is worthy of special attention: the hash table. Hash tables consist of a (usually) finite array of slots into which values may be inserted. To add a value to a hash table, the value is hashed (using a hash function that is usually selected from the class of narrow hash functions) into a slot number, and the value is inserted into that slot. Later, the value can be retrieved in the same manner." Col. 16:16-39. |
| | | **Extrinsic:** "data structure": An organizational scheme, such as a record or an array, applied to data so that it can be interpreted and so that specific operations can be performed upon that data.  Microsoft Computer Dictionary, Second Edition (1994). |
| | | Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| found by inserting each subblock, an identity of each subblock, a reference of each subblock, or a hash of each subblock into a data structure | plain and ordinary meaning | **Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| collection of subblocks | plain and ordinary meaning | **Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| block representatives | Information used to represent blocks such as filenames. | **Intrinsic:**  "10. In a further aspect of the invention, the invention provides a method for representing one or more blocks, comprising: |

| | | (i) A collection of subblocks;<br><br>(ii) Block representatives (e.g. filenames) which are mapped to lists of entries that identify subblocks;" Col. 4:8-13.<br><br>Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
|---|---|---|
| mapped to lists of entries which identify subblocks | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| modifying one of said blocks<br><br>modified block | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| adding . . . zero or more subblocks | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| subblock list | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| removing . . . zero or more subblocks | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| block X | A block that is partitioned at entity E1. | **Intrinsic:** Col. 23:23-63; Figures 15, 21 and 25.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| E1 possesses the knowledge that E2 possesses a group of Y subblocks Y1 . . . Ym | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| subblocks X1 . . . Xn | Subblocks created from a block X that is partitioned at entity E1. | **Intrinsic:** Figures 15, 19, 20, 21, 22 and 25.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's |

| | | proposed construction and rebut Quantum's' proposed construction. |
|---|---|---|
| transmitting . . . zero or more subblocks in $X_1$ | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| references to subblocks | *See* above. | |
| E1 possesses the knowledge that E2 possesses a block Y | *See* above | |
| block Y | A block that is partitioned at entity E2. | **Intrinsic:** Figures 19, 20 and 21.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| subblocks Y1 . . . Ym | Subblocks created from a block Y that is partitioned at entity E2. | **Intrinsic:** Figures 19, 20 and 21.<br><br>**Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| transmitting . . . zero or more subblocks in X | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| E1 possesses the knowledge that E2 possesses a block Y | *See* above. | |
| identity of at least one subblock | *See* above. | |
| information communicating the presence or | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |

| | | |
|---|---|---|
| absence of subblocks at E2 | | |
| subblocks identified as not being present at E2 | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| A method for an entity E2 to communicate to an entity E1 the fact that E2 possesses a block Y | plain and ordinary meaning | **Extrinsic:** Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| references of the subblocks | *See* above. | |
| transmitting from E2 to E1 an identity of $X_i$ | *See* above. | |
| means for partitioning said block b into a plurality of subblocks | Means plus function.<br><br>**Function**: partitioning said block b into a plurality of subblocks<br><br>**Structure**: a hash function | **Intrinsic:** "Example: Partitioning a Block<br><br>We now present a simple example of how a block might be partitioned in practice. Consider the following block of bytes:<br><br>b.sub.1 b.sub.2 b.sub.3 b.sub.4 b.sub.5 b.sub.6 b.sub.7 b.sub.8 b.sub.9 . . .<br><br>In this example, an example hash function H will be used to partition the block. Boundaries will be represented by pairs such as B.sub.6 .vertline.b.sub.7. We will assume that H returns a boolean value based on its argument and that a boundary is to be placed at each b.sub.i .vertline.b.sub.i +1 for which H(b.sub.i -2, b.sub.i -1, b.sub.i) evaluates to true.<br><br>As the hash function accepts 3 byte arguments, we start at b.sub.3 .vertline.b.sub.4 and evaluate H(b.sub.1, b.sub.2, b.sub.3). This turns out to be false (for the purposes of example), so we move to b.sub.4 |

| | | |
|---|---|---|
| | | .vertline.b.sub.5 and evaluate H(b.sub.2, b.sub.3, b.sub.4). This turns out to be true, so a boundary is placed at b.sub.4 .vertline.b.sub.5. Next, we move to b.sub.5 .vertline.b.sub.6 and evaluate H(b.sub.3, b.sub.4, b.sub.5). This turns out to be false so we move on. H(b.sub.4, b.sub.5, b.sub.6) is true so we place a boundary at b.sub.6 .vertline.b.sub.7. This process continues until the end of the block is reached.<br><br>b.sub.1 b.sub.2 b.sub.3 b.sub.4 .vertline. b.sub.5 b.sub.6 .vertline. b.sub.7 b.sub.8 b.sub.9 . . .<br><br>Some variations on this approach are:<br><br>Imposition of a lower bound L on subblock size by skipping ahead L bytes after placing a boundary.<br><br>Imposition of an upper bound U on block size by artificially placing a boundary if U bytes have been processed since the last boundary was placed.<br><br>Improving the efficiency of the hash calculations by using some part of the calculation of the has of the bytes at one position to calculate the hash at the next position. For example, it may be more efficient to calculate H(x,y,z) if H(*,x,y) has already been calculated. For example, the Internet IP checksum is organized so that a single running checksum value can be maintained, with bytes entering the window being added to the checksum, and bytes exiting the window being subtracted from the checksum.<br><br>Applying this algorithm in reverse, starting from the end of the block and working backwards.<br><br>Finding the subblock that encloses a particular point (chosen from anywhere within the block) by exploring in both directions from the point, looking for the nearest boundary in each direction.<br><br>Finding all subblock boundaries in one step of evaluating F for all position concurrently."   Col. 18:3-49. |

| | | **Extrinsic:**  Dr. Robert Printis will provide testimony to support Riverbed's proposed construction and rebut Quantum's' proposed construction. |
| --- | --- | --- |
| the constraint comprises the hash of some or all of b[k-A+1 . . . k+B] | *See* above. | |

# Part III -- Quantum's Proposed Constructions For Disputed Terms In U.S. Patent No. 5,990,810

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|------|-------------|--------------------------|-------------------------------------------|
| subblock | '810 Patent – See, e.g., col. 2, lines 52-61. | A part of a block. | *See, Abstract,* ("Blocks can be partitioned into subblocks using a variety of methods, including methods that place subblock boundaries at fixed positions (FIG. 3), methods that place subblock boundaries at data-dependent positions (FIG. 3), and methods that yield multiple overlapping subblocks (FIG. 6)."). <br><br> *See col. 2, lines 52-61,* ("The term block and subblock both refer, without limitation, to finite blocks or infinite blocks (sometimes called streams) of zero or more bits or bytes of digital data. Although the two different terms ("blocks" and "subblock") essentially describe the same substance (digital data), the two different terms have been employed in this specification to indicate the role that a particular piece of data is playing. The term "block" is usually used to refer to raw data to be manipulated by aspects of the invention. The term "subblock" is usually used to refer to a part of a block. "Blocks" are "partitioned" into "subblocks"."). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "subblock" to be defined in the specification to mean a part of a block. |
| b[k-A+1 . . . k+B] | '810 Patent – See, e.g., Figures 4, 10-13, and 24. | A sliding window defined by block elements (bits or bytes) ranging from the (k-A+1)th element up to and including the (k+B)th element, wherein k, A, and B are natural numbers. | *See, Figure 4, col. 7, lines 43-44,* ("FIG. 4 depicts the data-dependent partitioning of a block b of data into subblocks using a constraint F."). <br><br> *See, Figure 5, col. 7, lines 45-46,* ("FIG. 5 depicts the search within a block b for a subblock boundary using a constraint F."). <br><br> *See, Figure 10, col. 7, lines 57-60,* ("FIG. 10 depicts a method (and apparatus) for the partitioning of a block b into subblocks using a constraint F, and the calculation of the hashes of the subblocks using hash function H."). <br><br> *See, Figure 11, col. 7, lines 61-64,* ("FIG. 11 depicts the partitioning of a |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
|  |  |  | block b into subblocks using a constraint F, and the projection of those subblocks into a structure consisting of subblock hashes, subblock data, and subblock references."). |
|  |  |  | *See, Figure 12, col. 7, lines 65-67,* ("FIG. 12 depicts a method (and apparatus) for partitioning two blocks b1 and b2 into subblocks, using a constraint F, and then comparing the subblocks."). |
|  |  |  | *See, Figure 13, col. 8, lines 1-6,* ("FIG. 13 depicts a method (and apparatus) for the partitioning using a constraint F, of two blocks b1 and b2 into subblocks, the calculation of the hashes of the subblocks using H, and the comparison of those hashes with each other to determine (among other things) subblocks common to both b1 and b2."). |
|  |  |  | *See, Figure 24, col. 8, lines 42-45,* ("FIG. 24 depicts a method (and apparatus) for the partitioning of a block b into subblocks using constraint F, and the projection of those subblocks into a table of subblock hashes."). |
|  |  |  | *See, col. 18, lines 9-23,* ("In this example, an example hash function H will be used to partition the block. Boundaries will be represented by pairs such as $B_6 | b_7$. We will assume that H returns a boolean value based on its argument and that a boundary is to be placed at each $b_i | b_{i+1}$ for which $H(b_{i-2}, b_{i-1}, b_i)$ evaluates to true.<br><br>As the hash function accepts 3 byte arguments, we start at $b_2 | b_4$ and evaluate $H(b_1, b_2, b_3)$. This turns out to be false (for the purposes of example), so we move to $b_4 | b_5$ and evaluate $H(b_2, b_3, b_4)$. This turns out to be true, so a boundary is placed at $b_4 | b_5$. Next, we move to $b_5 | b_6$ and evaluate $H(b_3, b_4, b_5)$. This turns out to be false so we move on. $H(b_4, b_5, b_6)$ is true so we place a boundary at $b_6 | b_7$. This process continues until the end of the block is reached."). |
|  |  |  | *See, col. 18, lines 35-40,* ("For example, the Internet IP checksum is organized so that a single running checksum value can be maintained, with bytes entering the window being added to the checksum, and bytes exiting the window being subtracted from the checksum."). |
|  |  |  | Our expert will testify that one of ordinary skill in the art would |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|------|-------------|--------------------------|-------------------------------------------|
| | | | understand the term "b[k-A+1 . . . k+B]" to be defined in the specification to mean a fixed length sliding window defined by block elements (bits or bytes) ranging from the (k-A+1)th element up to and including the (k+B)th element, wherein k, A, and B are natural numbers. |
| predetermined constraint | '810 Patent – See, e.g.: Figures 4, 10-13, and 24; Col. 13, line 66 to Col. 14, line 7; and Col. 18, lines 9-23. | Criteria for identifying a subblock boundary. | *See, Figure 4, col. 7, lines 43-44,* ("FIG. 4 depicts the data-dependent partitioning of a block b of data into subblocks using a constraint F."). |
| | | | *See, Figure 5, col. 7, lines 45-46,* ("FIG. 5 depicts the search within a block b for a subblock boundary using a constraint F."). |
| | | | *See, Figure 10, col. 7, lines 57-60,* ("FIG. 10 depicts a method (and apparatus) for the partitioning of a block b into subblocks using a constraint F, and the calculation of the hashes of the subblocks using hash function H."). |
| | | | *See, Figure 11, col. 7, lines 61-64,* ("FIG. 11 depicts the partitioning of a block b into subblocks using a constraint F, and the projection of those subblocks into a structure consisting of subblock hashes, subblock data, and subblock references."). |
| | | | *See, Figure 12, col. 7, lines 65-67,* ("FIG. 12 depicts a method (and apparatus) for partitioning two blocks b1 and b2 into subblocks, using a constraint F, and then comparing the subblocks."). |
| | | | *See, Figure 13, col. 8, lines 1-6,* ("FIG. 13 depicts a method (and apparatus) for the partitioning using a constraint F, of two blocks b1 and b2 into subblocks, the calculation of the hashes of the subblocks using H, and the comparison of those hashes with each other to determine (among other things) subblocks common to both b1 and b2."). |
| | | | *See, Figure 24, col. 8, lines 42-45,* ("FIG. 24 depicts a method (and apparatus) for the partitioning of a block b into subblocks using constraint F, and the projection of those subblocks into a table of subblock hashes."). |
| | | | *See, Col. 13, line 66 to Col. 14, line 7,* ("Although the requirements for the block partitioning <u>constraint</u> (e.g. in the form of a constraint function F) are not stringent, care should be taken to select a function that suits the application to which it is to be applied. In situation where the data is |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| | | | highly structured and knowledge of the data is available, a choice of an F that tends to place <u>subblock boundaries</u> at positions in the data that correspond to obvious boundaries in the data could be advantageous."). <br><br>*See, Col. 18, lines 9-23,* ("In this example, an example hash function H will be used to partition the block. <u>Boundaries</u> will be represented by pairs such as $B_6|b_7$. We will assume that H returns a boolean value based on its argument and that a <u>boundary</u> is to be placed at each $b_i|b_{i+1}$ for which $H(b_{i-2}, b_{i-1}, b_i)$ evaluates to true. <br><br>Our expert will testify that one of ordinary skill in the art would understand the term "predetermined constraint" to be defined in the specification to mean a function that accepts a block of bytes of length A+B and returns a boolean value to indicate whether a boundary should be placed between the A and B parts of the window. |
| hash | '810 Patent – See, e.g., col. 10, line 65 to col. 11, line 6. | For claims 2 and 29: A function that accepts an input block of digital data and generates a shorter output block of digital data based on the input block. <br><br>For claims 7, 9 and 10: A shorter output block of digital data that is based on an input block of digital data. | *See, col. 2, lines 22-25,* ("The hash function <u>maps</u> each subblock into a <u>small tractable value (e.g. 128 bits)</u> that provides an identity of the subblock. <u>These hashes</u> can usually be manipulated more efficiently than their corresponding subblocks."). <br><br>*See, col. 10, line 65 to col. 11, line 6,* ("A hash function accepts a variable-length input block of bits and generates an output block of bits that is based on the input block. Most hash functions guarantee that the output block will be of a particular length (e.g. 16 bits) and aspire to provide a random, but deterministic, mapping between the infinite set of input blocks and the finite set of output blocks. The property of randomness enables these outputs, called "hashes", to act as easily manipulated representatives of the original block."). <br><br>Our expert will testify that one of ordinary skill in the art would understand the term "hash" to be defined in the specification to mean a function that accepts an input block of bits or bytes and generates. |
| hierarchy | Ordinary meaning - http://www.domainhandbook.com/gloss.html - a hierarchy is "a system or series of terms of successive rank (as classes, orders, genera, species, etc.), | A system or series of terms of successive rank. | *See, col. 7, lines 54-56,* ("FIG. 9 shows how subblocks can be organized into a hierarchy. Such a hierarchy can be constructed by progressively restricting a constraint F."). <br><br>Our expert will testify that one of ordinary skill in the art would understand the term "hierarchy" to mean a system or series of terms of |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|------|-------------|--------------------------|------------------------------------------|
| | used in classification." | | successive rank. |
| contiguous subblocks | '810 Patent – See, e.g., col. 10, lines 3-21. | A range of subblocks. | *See, col. 10, lines 3-21,* ("In any situation where a group of values that have contiguous values (e.g. 6, 7, 8, 9) is to be communicated or stored, such a group can be represented using a range (e.g. 6-9) which may take up less communication time or storage space. Ranges can be applied to all kinds of things, such as index values and subblock numbers. In particular, if an entity notices that the references (to subblocks) that it is about to transmit are contiguous, it can replace the references with a range. Ranges can be represented in any way that identifies the first and last element of the range. Three common representations are: The first and last element of the range. The first element and the length of the range. The last element and the length of the range. The concept of range can be generalized to include the compression of any group of values that exhibit compressible structure."). Our expert will testify that one of ordinary skill in the art would understand the term "contiguous subblocks" to be defined in the specification to mean a range of subblocks. |
| projection | '810 Patent – See, e.g., Claim 8; and Figure 17, col. 8, lines 17-21. | An ordered or unordered collection of elements. | *See, Claim 8,* ("The method of claim 1, further comprising the step of: forming a projection of said block, being an ordered or unordered collection of elements, wherein each element consists of a subblock, an identity of a subblock, or a reference of a subblock."). *See, Figure 17, col. 8, lines 17-21,* ("FIG. 17 depicts a method (and apparatus) for the construction of a block D from which X may be later reconstructed, given Y. In this case, the entity constructing D does not have access to Y, only to a projection of Y (being perhaps the hashes of the subblocks of Y)."). Our expert will testify that one of ordinary skill in the art would understand the term "projection" to be defined in the specification to mean an ordered or unordered collection of elements. |
| reference of a subblock | '810 Patent – See, e.g., col. 9, lines 39-60. | Any piece of information that could be used in practice by one entity to identify to another entity (or itself) a particular subblock. | *See, col. 9, lines 39-60,* ("A reference to a subblock means any piece of information that could be used in practice by one entity to identify to another entity (or itself) a particularly valued subblock, where the two entities may already share some knowledge. For example, the two entities |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| | | | might each possess the knowledge that the other entity already possesses ten subblocks of known values having particular index values numbered one to ten. Once two entities have a basis of shared knowledge, it is possible for them to identify a subblock in ways more concise than the transmission of an identity. <u>A reference to a particularly valued subblock can take (without limitation) the following forms:</u> <br> <u>An identity.</u> <br> <u>An identifying number of a subblocks possessed by the receiver.</u> <br> <u>An identifying number of a subblock previously transmitted between the two communicants.</u> <br> <u>The location of the subblock in some shared data space.</u> <br> <u>As relative subblocks number.</u> <br> <u>Ranges of the above.</u>"). <br><br> Our expert will testify that one of ordinary skill in the art would understand the term "reference of a subblock" to be defined in the specification to mean any piece of information that could be used in practice by one entity to identify to another entity (or itself) a particular subblock. |
| data structure | '810 Patent – See, e.g., col. 16, lines 16-30. | A structure for maintaining subblocks or references to the subblocks. | *See, col. 16, lines 16-30,* ("In most cases, the problem is best solved by creating a <u>data structure that maintains the subblocks, or references to the subblocks, in sorted order</u>, and then inserts each subblock one at a time into the data structure. Not only does this identify all currently identical subblocks, but it also establishes <u>a structure that can be used to determine quickly whether incoming subblocks are identical to any of those already held</u>. The following <u>data structures</u> are described in the books referenced above and provide just a sample of the structures that could be used: <br> <u>Hash tables.</u> <br> <u>Sorted trees (binary, N-ary, AVL).</u> <br> <u>Sorted linked lists.</u> <br> <u>Sorted arrays.</u>"). <br><br> *See, col. 18, lines 60-62,* ("However, the table of hashes could be stored in a wide variety of <u>data structures (e.g. hash tables, binary trees)</u>."). <br><br> *See, col. 22, lines 28-32,* ("Although a <u>hash table</u> is used in this example, <u>many other data structures (e.g. a binary tree) could also be used to map</u> cryptographic hashes to subblock entries."). |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| | | | Our expert will testify that one of ordinary skill in the art would understand the term "data structure" to be defined in the specification to mean a structure for maintaining subblocks or references to the subblocks. |
| for which b[k-A+1 . . . k+B] satisfies a predetermined constraint | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| A and B are natural numbers | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| the constraint comprises the hash of at least a portion of b[k-A+1 . . . k+B] | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| additional subblocks are formed from at least one group of subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| an additional hierarchy of subblocks is formed from at least one group of contiguous subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| calculating the hash of each of at least one of said plurality of subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| forming a projection of said block | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| ordered or unordered | | This term employs defined terms – no additional construction required | |

51371/2507903.1

23

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| collection of elements | | beyond plain and ordinary meaning. | |
| subsets of identical subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| group of one or more subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| found by inserting each subblock, an identity of each subblock, a reference of each subblock, or a hash of each subblock into a data structure | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| collection of subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| block representatives | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| mapped to lists of entries which identify subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| modifying one of said blocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| adding … zero or more subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| subblock list | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| modified subblock | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |

51371/2507903.1

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| removing … zero or more subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| block X | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| E1 possesses the knowledge that E2 possesses a group of Y subblocks $Y_1 \ldots Y_m$ | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| subblocks $X_1 \ldots X_n$ | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| transmitting … zero or more subblocks in $X_1$ | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| E1 possesses the knowledge that E2 possesses a block Y | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| block Y | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| subblocks $Y_1 \ldots Y_m$ | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| transmitting … zero or more subblocks in X | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| E1 possesses the knowledge that E2 possesses a block Y | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| identity of at least one subblock | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| information communicating the presence or absence of subblocks at E2 | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| subblocks identified as not being present at E2 | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| A method for an entity E2 to communicate to an entity E1 the fact that E2 possesses a block Y | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| references of the subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| transmitting from E2 to E1 an identity of $X_i$ | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| means for partitioning said block b into a plurality of subblocks | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |
| the constraint comprises the hash of some or all of b[k-A+1 . . . k+B] | | This term employs defined terms – no additional construction required beyond plain and ordinary meaning. | |