IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

        Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

        Defendant.
                                   /

No. C 07-04161 WHA

**CLERK'S NOTICE RESCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

      YOU ARE NOTIFIED THAT the Tutorial Hearing previously set for June 25, 2008 at 1:30 p.m. has been rescheduled for **July 2, 2008 at 1:30 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated:  May 28, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup