QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
Email:        claudestern@quinnemanuel.com
              toddbriggs@quinnemanuel.com

Attorneys for RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> QUANTUM CORPORATION, <br><br> Counterdefendant. <br><br> QUANTUM CORPORATION, <br><br> Counterclaimant, <br><br> vs. <br><br> RIVERBED TECHNOLOGY, INC., <br><br> Counterdefendant. | CASE NO. C 07-4161 WHA <br><br> **[PROPOSED] ORDER GRANTING RIVERBED'S MOTION FOR SUMMARY JUDGMENT OF:** <br><br> **(1) VALIDITY OF CLAIMS 26 AND 27 OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 102,** <br><br> **(2) VALIDITY OF ALL ASSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 103, AND** <br><br> **(3) VALIDITY OF ALL ASSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 112** |

Having considered Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112, the Court **HEREBY ORDERS** as follows:

1. Riverbed's Motion For Summary Judgment Of Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102 is **GRANTED**; and

2. Riverbed's Motion For Summary Judgment Of Validity Of All Asserted Claims (*i.e.*, Claims 1-2, 7-8, 13, 19-22, and 25-28) of U.S. Patent 7,116,249 Under 35 U.S.C. § 103 is **GRANTED**; and

3. Riverbed's Motion For Summary Judgment Of Validity Of All Asserted Claims (*i.e.*, Claims 1-2, 7-8, 13, 19-22, and 25-28) of U.S. Patent 7,116,249 Under 35 U.S.C. § 112 is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:** _____

_____
**THE HONORABLE WILLIAM ALSUP**