QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
       toddbriggs@quinnemanuel.com

Attorneys for RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC.,<br><br>  Counterclaimant,<br><br>  vs.<br><br>QUANTUM CORPORATION,<br><br>  Counterdefendant.<br><br>QUANTUM CORPORATION,<br><br>  Counterclaimant,<br><br>  vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>  Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF RIVERBED'S MOTION FOR SUMMARY JUDGMENT OF:**<br><br>**(1) VALIDITY OF CLAIMS 26 AND 27 OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 102,**<br><br>**(2) VALIDITY OF ALL ASSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 103, AND**<br><br>**(3) VALIDITY OF ALL ASSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 112**<br><br>Date: July 3, 2008<br>Time: 8:00 a.m.<br>Judge: The Honorable William Alsup |

1.  I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), counsel for Riverbed Technologies, Inc. ("Riverbed"). I submit this declaration in support of Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2.  Attached hereto as **Exhibit A** is a true and correct copy of Riverbed's Patent Local Rule 3-1 disclosure of asserted claims and preliminary infringement contentions and attached exhibits (A and B), which were served on Quantum on December 13, 2007.

3.  Attached hereto as **Exhibit B** is a true and correct copy of Quantum's Patent Local Rule 3-3 preliminary invalidity contentions and attached exhibits (1, 2, and 3), which were served on Riverbed on January 31, 2008.

4.  Attached hereto as **Exhibit C** is a true and correct copy of an email from Mauricio Flores to Todd Briggs, which is dated April 18, 2008.

5.  Attached hereto as **Exhibit D** is a true and correct copy of a letter from Todd Briggs to Mauricio Flores, which is dated April 28, 2008. This exhibit is being filed under seal.

6.  Attached hereto as **Exhibit E** is a true and correct copy of Quantum's response to Riverbed's Interrogatory No. 13 from Quantum's Second Set of Supplemental Responses to Riverbed Technology Inc.'s Second Set of Interrogatories. This exhibit is being filed under seal.

7.  Attached hereto as **Exhibit F** is a true and correct copy of excerpts from Quantum Corporation's First Amended Privilege Log, which was served on January 31, 2008. This exhibit is being filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2008 in Redwood Shores, California.

Dated: May 29, 2008

                                                /s/ Todd M. Briggs
                                                Todd M. Briggs