# EXHIBIT C

# Andrew Bramhall

| | |
|---|---|
| **From:** | Mauricio Flores [mflores@sheppardmullin.com] |
| **Sent:** | Friday, April 18, 2008 4:18 PM |
| **To:** | Todd Briggs; Claude M. Stern; David Wei, Jr. |
| **Cc:** | Amar Thakur; Nate Bruno; David Heisey |
| **Subject:** | Supplemental contentions re validity of the '249 patent |
| **Attachments:** | Cont_Inval249_ExhA.pdf; Cont_Inval249_ExhB.pdf; Cont_Inva249I_ExhC.pdf; Cont_Inval249_ExhD.pdf; Cont_Inval249_ExhE.pdf; Cont_Inval249_ExhF.pdf; Cont_Inval249_ExhG.pdf |

Todd,

Quantum intends to supplement its contentions regarding the invalidity of the '249 patent. The only new art added is the '645 patent. At this stage in the litigation, and given the nature of Quantum's supplemental disclosure, there can be no significant prejudice to Riverbed. As you know, Court's routinely allow such supplemental disclosures. Please advise us whether Riverbed will agree to Quantum's supplemental disclosure without the expense of a motion.

Attached are the following charts showing the proposed changes to Quantum's original contentions served on January 31, 2008:

1. New Exhibit A (anticipation by Emulator Express), which is a modification of prior Exhibit 1. The attached document shows the changes.

<<Cont_Inval249_ExhA.pdf>>

2. New Exhibit B (anticipation by compression in the presence of shared data), which is a modification of prior Exhibit 2. The attached document shows the changes.

<<Cont_Inval249_ExhB.pdf>>

3. New Exhibit C (anticipation by the '730 patent), which is a modification of prior Exhibit 3. The attached document shows the changes.

<<Cont_Inva249I_ExhC.pdf>>
4. New Exhibit D (obviousness based on Emulator Express)
<<Cont_Inval249_ExhD.pdf>>
5. New Exhibit E (obviousness based on compression in the presence of shared data)
<<Cont_Inval249_ExhE.pdf>>
6. New Exhibit F (obviousness based on the '730 patent)
<<Cont_Inval249_ExhF.pdf>>
7. New Exhibit G (obviousness based on the '645 patent)
<<Cont_Inval249_ExhG.pdf>>
Regards,

Mauricio

 12275 El Camino Real
Suite 200
San Diego, CA 92130-2006
858.720.8900 *office*
858.509.3691 *fax*
www.sheppardmullin.com

**Mauricio A. Flores**
858.720.8956 *direct* | 858.847.4889 *direct fax*
mflores@sheppardmullin.com | Bio

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

5/29/2008