# EXHIBIT E
**<u>PUBLIC VERSION</u>**
**CONFIDENTIAL VERSION FILED UNDER SEAL**

```
 1  AMAR L. THAKUR, CAL. BAR NO. 194025
    MAURICIO A. FLORES, Cal. Bar No. 93304
 2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
 3  Including Professional Corporations
    12275 El Camino Real, Suite 200
 4  San Diego, California  92130
    Telephone:    858-720-8900
 5  Facsimile:    858-509-3691
    Email: athakur@sheppardmullin.com
 6

 7  NATHANIEL BRUNO, Cal. Bar No. 228118
    SHEPPARD MULLIN RICHTER & HAMPTON LLP
 8  A Limited Liability Partnership
    Including Professional Corporations
 9  Four Embarcadero Center, 17th Floor
    San Francisco, California  94111
10  Telephone:    415-434-9100
    Facsimile:    415-434-3947
11  Email: nbruno@sheppardmullin.com

12  Attorneys for
    QUANTUM CORPORATION
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>　　　　　Counterclaimant,<br>　v.<br>QUANTUM CORPORATION,<br><br>　　　　　CounterDefendant.<br>――――――――――――――<br>QUANTUM CORPORATION, a Delaware corporation,<br><br>　　　　　Counterclaimant,<br>　v.<br>RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br><br>　　　　　Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>QUANTUM CORPORATION'S SECOND SET OF SUPPLEMENTAL RESPONSES TO RIVERBED TECHNOLOGY, INC.'S SECOND SET OF INTERROGATORIES<br><br>**[THIS DOCUMENT CONTAINS INFORMATION DESIGNATED "CONFIDENTIAL"]**<br><br>[This document sets forth all of Quantum's current responses to Riverbed's Second Set of Interrogatories. The responses supplemented herein since the previous set of responses are to Interrogatory Nos. 9, 10, 11, and 12.] |

-1-



**INTERROGATORY NO. 13:**

Identify the date(s) Quantum, ADIC, and/or Rocksoft first became aware of the '249 Patent and each Related Riverbed Patent, the persons at Quantum, ADIC, and/or Rocksoft who first became aware of each patent and the detailed circumstances by which each such person became aware of each patent.

**RESPONSE TO INTERROGATORY NO. 13:**

Quantum further objects to this Interrogatory No. 13 on the ground that it is vague and ambiguous in that it seeks to identify when Quantum, ADIC and/or Rocksoft first "became aware" of the '249 Patent and each "Related Riverbed Patent," which leaves Quantum uncertain as to what is being requested. Quantum further objects to this interrogatory on the ground and to the extent it calls for a legal conclusion. Quantum further objects to this interrogatory on the ground it seeks to discover information protected by the attorney-client privilege and/or the work product doctrine.

-34-

1     Subject to and without waiving the foregoing general and specific objections,
2 Quantum responds as follows: **[QUANTUM'S RESPONSE TO THIS INTERROGATORY**
3 **NO. 13 IS HEREBY DESIGNATED "CONFIDENTIAL" AND IS**
4 **HIGHLIGHTED/SHADED AS A FURTHER INDICATION OF SAID DESIGNATION]**

*REDACTED*

W02-WEST:6RLH1\400773801.2
Case No. C 07-04161 WHA

QUANTUM'S SECOND SET OF SUPPLEMENTAL
RESPONSES TO RIVERBED TECHNOLOGY INC.'S
SECOND SET OF INTERROGATORIES

REDACTED

**INTERROGATORY NO. 14:**

Describe in detail the factual basis for every affirmative defense and every Counterclaim Quantum has asserted or will assert in this lawsuit.