# EXHIBIT F

<u>NO PUBLIC VERSION</u>
CONFIDENTIAL VERSION FILED UNDER SEAL