1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
4  Facsimile:     (650) 801-5100
   Email:         claudestern@quinnemanuel.com
5                 toddbriggs@quinnemanuel.com

6  Attorneys for RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| RIVERBED TECHNOLOGY, INC., | CASE NO. C 07-4161 WHA |
|---|---|
| Counterclaimant, | **RIVERBED TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION UNDER CIVIL LOCAL RULE 79-5(D) TO FILE CERTAIN DOCUMENTS DESIGNATED BY QUANTUM CORPORATION AS CONFIDENTIAL UNDER SEAL** |
| vs. | |
| QUANTUM CORPORATION, | |
| Counterdefendant. | |
| QUANTUM CORPORATION, | |
| Counterclaimant, | |
| vs. | |
| RIVERBED TECHNOLOGY, INC., | |
| Counterdefendant. | |

-1-

51198/2519111.2
Case No. C 07-04161 WHA

RIVERBED'S ADMINISTRATIVE
MOTION TO FILE CERTAIN
DOCUMENTS UNDER SEAL

1  Pursuant to Civil Local Rule 79-5(d) and the Protective Order in this action, Riverbed
2  Technology, Inc. ("Riverbed") submits this request to file the following documents under seal.
3  Riverbed has no objection to filing these documents in the public record, but is filing these
4  documents under seal because Quantum Corporation ("Quantum") has designated these documents
5  or information contained in these documents confidential under the protective order that governs
6  this action.

- Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112 (containing information designated confidential by Quantum under the protective order).

- Exhibits D, E, and F to the Declaration of Todd Briggs In Support Of Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112.

Respectfully submitted,

May 29, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


/s/  Todd M. Briggs
Todd M. Briggs
Attorneys for RIVERBED TECHNOLOGY, INC.

51198/2519111.2
Case No. C 07-04161 WHA

-2-

RIVERBED'S ADMINISTRATIVE
MOTION TO FILE CERTAIN
DOCUMENTS UNDER SEAL