1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Claude M. Stern (Bar No. 96737)
2 | Todd M. Briggs (Bar No. 209282)
    555 Twin Dolphin Drive, Suite 560
3 | Redwood Shores, California 94065-2139
    Telephone:     (650) 801-5000
4 | Facsimile:     (650) 801-5100
    Email:         claudestern@quinnemanuel.com
5 |                toddbriggs@quinnemanuel.com

6 | Attorneys for RIVERBED TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., | CASE NO. C 07-4161 WHA |
| Counterclaimant, | **NOTICE OF MANUAL FILING** |
| vs. | |
| QUANTUM CORPORATION, | |
| Counterdefendant. | |
| QUANTUM CORPORATION, | |
| Counterclaimant, | |
| vs. | |
| RIVERBED TECHNOLOGY, INC., | |
| Counterdefendant. | |

1    Pursuant to General Order 45 (Section VII), Local Rule 79-5(d), and the Protective Order
2 in this action, Riverbed Technology, Inc. ("Riverbed") hereby provides notice that the following
3 documents are being filed in paper form in the Clerk's Office.  These documents are being
4 manually filed because Quantum Corporation ("Quantum") has designated information in these
5 documents confidential under the protective order that governs this action.

- Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112 (containing information designated confidential by Quantum under the protective order).

- Exhibits D, E, and F to the Declaration of Todd Briggs In Support Of Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112.

Respectfully submitted,

May 29, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


/s/  Todd M. Briggs
Todd M. Briggs
Attorneys for RIVERBED TECHNOLOGY, INC.

Case No. C 07-04161 WHA                -2-                NOTICE OF MANUAL FILING