QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Todd M. Briggs (Bar No. 209282)
  toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendant/Counterclaimant,
RIVERBED TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation<br><br>         Plaintiff,<br><br>    vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>         Defendant.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>         Counterclaimant,<br>    vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>         Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>Honorable William H. Alsup<br><br>**PROOF OF PERSONAL SERVICE OF RIVERBED'S MOTION FOR SUMMARY JUDGMENT [CONFIDENTIAL VERSION] AND SEALED EXHIBITS D, E, & F** |

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On May 29, 2008, I caused true copies of the following document(s) to be served as described below, on the parties in this action, as follows:

1. RIVERBED TECHNOLOGY, INC.'S MOTION FOR SUMMARY JUDGMENT OF (1) VALIDITY OF CLAIMS 26 AND 27 OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 102, (2) VALIDITY OF ALL SSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. §103, AND (3) VALIDITY OF ALL ASSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. §112 [CONFIDENTIAL VERSION];

2. EXHIBIT D TO DECLARATION OF T. BRIGGS [FILED UNDER SEAL];

3. EXHIBIT E TO DECLARATION OF T. BRIGGS [FILED UNDER SEAL];

4. EXHIBIT F TO DECLARATION OF T. BRIGGS [FILED UNDER SEAL];

**BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the office of the person(s) being served.

*Attorneys for Plaintiff Quantum Corporation*

Nathaniel Bruno, Esq.
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
TEL: 415.434.9100
FAX: 415.434.3947

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 29, 2008, at Redwood Shores, California.

_Robin Pereira_ (signature)
Robin Pereira