AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO A. FLORES, CAL. BAR NO. 93304
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:    858-720-8900
Facsimile:    858-509-3691
Email: athakur@sheppardmullin.com
       mflores@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email: nbruno@sheppardmullin.com

Attorneys for
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>            Counterclaimant,<br>    v.<br><br>QUANTUM CORPORATION,<br><br>            Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>**DECLARATION OF NATHANIEL BRUNO IN SUPPORT OF QUANTUM CORPORATION'S OPENING CLAIM CONSTRUCTION BRIEF** |
| QUANTUM CORPORATION, a Delaware corporation,<br><br>            Counterclaimant,<br>    v.<br><br>RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br><br>            Counterdefendant. | Claim Construction Hearing: July 9, 2008<br><br>Complaint Filed: August 14, 2007<br>Trial Date: March 30, 2009 |

1

# DECLARATION OF NATHANIEL BRUNO

I, Nathaniel Bruno, state and declare as follows:

1. I am an attorney in the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Quantum Corporation. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached to this declaration as Exhibit A is a true and correct copy of a document entitled "History and Context of the Blocklets Patent," by Dr. Ross Williams, stamped with Bates numbers QU01212259 – QU01212282.

3. Attached to this declaration as Exhibit B is a true and correct copy of a facsimile from Dr. Ross Williams to Mr. David Farajun of Data Storage Inc., dated November 21, 1994, stamped with Bates numbers QU000627 – QU000628, and used as Exhibit 28 in the May 21, 2008 deposition of Dr. Ross Williams. Exhibit F to this declaration, at 252:19-253:15, contains further testimony authenticating Exhibit B.

4. Attached to this declaration as Exhibit C is a true and correct copy of the Joint Claim Construction and Prehearing Statement, Docket No. 107, filed May 15, 2008, which was used as Exhibit 22 in the May 21, 2008 deposition of Dr. Ross Williams. Exhibit F to this declaration, at 150:18-22, contains further testimony authenticating Exhibit C.

5. Attached to this declaration as Exhibit D is a true and correct copy of *Keithley v. The Homestore.com, Inc.*, No. C03-04447, 2007 U.S. Dist. LEXIS 71126 (N.D. Cal. Sept. 12, 2007).

6.     Attached to this declaration as Exhibit E is a true and correct copy of a document entitled "Structure and Practise of the Blocklets Patent," dated July 13, 2005, stamped with Bates numbers QU00200845 – QU00200850, and used as Exhibit 23 in the May 21, 2008 deposition of Dr. Ross Williams.  Exhibit F to this declaration, at 155:16-156:5, contains further testimony authenticating Exhibit E.

7.     Attached to this declaration as Exhibit F are true and correct copies of excerpts from the May 21, 2008 deposition of Dr. Ross Williams.

8.     Attached hereto as Exhibit G is a true and correct copy of U.S. Patent No. 5,990,810, stamped with Bates numbers QU000160 – QU000201, also marked as Deposition Exhibit No. 4 in this action at the May 13, 2008 deposition of Philip Albert.  (This patent is also attached as Exhibit A to Quantum's First Amended Counterclaims in this action at Docket No. 93.)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Hayward, California on May 29, 2008.

By     /s/ Nathaniel Bruno
            NATHANIEL BRUNO

-3-