# Exhibit A

blocklets

# History and Context of the Blocklets Patent

by Ross Williams

V1 — 18 June 2003

Rocksoft Limited

www.rocksoft.com

**CONFIDENTIAL and WITHOUT PREJUDICE**

**Abstract**

Highly Confidential - Attorneys' Eyes Only

QU01212259

blocklets

This paper provides information on the Blocklets patent (US patent #5,990,810), its history, its technical context, prior art searches, and recent related work.

Highly Confidential - Attorneys' Eyes Only

QU01212260



# History and Priority Of The Blocklets Patent

The Blocklets patent (US patent #5,990,810) was originally submitted as an *Australian provisional patent.* The Australian patent system allows inventors to write a rough draft of a patent and submit it as a provisional patent. The Australian patent office does not examine it, but merely notarises and archives it for future reference. Once a provisional patent has been lodged, the inventor has a year in which to submit a full patent application which will then inherit the priority of the provisional. The Blocklets patent was originally lodged in Australia as:

**17 Feb 1995 Australian Provisional patent P1232.**

In April 1995, the provisional patent was strengthened and updated, and a new provisional submitted:

**12 Apr 1995 Australian Provisional patent PN2392.**

On 15 Feb 1996, just inside the one-year deadline for the first provisional, a PCT international patent application was filed.

**15 Feb 1996 PCT No PCT/AU96/00081 was filed.**

The PCT inherited the original Australian provisional priority dates. Once a PCT has been filed, the inventor has 18 months to submit patents within the various countries of the world. The PCT application was published on 22 Aug 1996.

Lack of funds at this time meant that patents could not be filed in many countries. In the end, the PCT matured into just one national application — in the US. Again, this was submitted just before the 18 month deadline:

Highly Confidential - Attorneys' Eyes Only

QU01212261

blocklets

**15 Aug 1997 US Patent application 08/894,091**

The US patent was granted in late 1999:

**23 Nov 1999 US Patent #5.990,810 granted.**

The priority date of the US patent is therefore 17 Feb 1995 for some parts and 12 Apr 1995 for other parts.

The expiry date of the Blocklets patent is 20 years from its PCT filing date.

**Blocklets patent expiry date is 15th February 2016.**

Highly Confidential - Attorneys' Eyes Only                    QU01212262

blocklets

# An Overview of Works Cited in the Patent

**Williams, Ross. "An algorithm for matching text (possibly original)". Newsgroup posting, comp.compression, Jan 27 1992.**

This posting describes the idea of scanning through data using a fixed length window and identifying as "interesting" the window positions/content where the contents of the window hash to a particular value. These interesting parts of the data can then be indexed and explored in different files to find similarities. This idea behind this posting is similar to the idea described in Manber's paper a few years later. Both works describe the idea of special sequences, but do not take the next step of realizing that positions associated with these sequences can be used to form the boundaries of variable-length blocklets.

**Williams, Ross, "Parallel data compression", Newsgroup posting, comp.compression.research, Jun 30, 1992.**

This posting describes a method of splitting up data so that it can be compressed in parallel.

**Knuth, Donald E., "The Art of Computer Programming, vol. 3: Sorting and Searching", pp.508-513, Addison-Wesley Publishing Company, 1973.**

This part of the book covers non-cryptographic hash functions, which can be used in a Blocklets implementation as a component of the algorithm that determines blocklet boundaries.

**Williams Ross N., "An Introduction to Digest Algorithms", Proceedings of the Digital Equipment Computer Users Society, pp.9–18, Aug. 1994.**

Highly Confidential - Attorneys' Eyes Only

QU01212263

This paper provides an introduction to digest algorithms and their various uses and provides excellent background material for the Blocklets patent.

**Williams, Ross N., "An Extremely Fast Ziv-Lempel Data Compression Algorithm", Proceedings of Data Compression Conference, pp.362–371, Apr. 1991.**

This paper presents a high-speed compression algorithm that is not relevant to Blocklets. The paper was referenced because the section of the Blocklets patent "Choosing A Partitioning Constraint Function" describes, as an example, a blocklet parsing method that employs a hash function identical to the one used in the LZRW1 compression algorithm described in this paper.

**Knuth, Donald E., "The Art of Computer Programming, vol. 1: Fundamental Algorithms, pp. 435–451, Addison Wesley Publishing Company, 1973.**

This section of this book provides an introduction to dynamic storage allocation and provides good background material for the patent.

Highly Confidential - Attorneys' Eyes Only

blocklets

# An Overview of Works Discovered By a Third-Party Prior Art Search

In late 2002, Rocksoft commissioned an independent expert in software patents, Greg Aharonian of Source Translation & Optimisation, to perform a search for prior art that might have some impact on the Blocklets patent. On 2 Dec 2002, Greg provided the results of his search, which consisted of a collection of papers.

Of these papers, the most relevant was the following paper:

> **Manber, Udi, "Finding Similar Files In A Large File System", pp.1–10, Usenix Winter 1994 Conference, Jan 17-21, 1994, San Francisco, California, USA.**

This paper describes a method for identifying identical portions within a group of files by collecting and indexing fixed-length portions of the files whose signature satisfies a constraint. This is essentially the same idea as is described in:

> **Williams, Ross. "An algorithm for matching text (possibly original)". Newsgroup posting, comp.compression, Jan 27 1992.**

which appears in Appendix A. Neither of these papers disclose the idea of parsing data into data-dependent subblocks (blocklets).

A list of the other papers and my comments on them are available, upon request.

Highly Confidential - Attorneys' Eyes Only

QU01212265

blocklets

# Key Claims of The Blocklets Patent

The Blocklets patent contains 30 claims that cover blocklet parsing, blocklet hashing, the organisation and indexing of blocklets, the use of blocklets in communications and the use of blocklets in file systems. Here are the key claims that cover parsing and organisation:

**1. A method for organizing a block b of digital data for storage, communication, or comparison, comprising the step of: partitioning said block b into a plurality of subblocks at at least one position k|k+1 within said block, for which b[k-A+1...k+B] satisfies a predetermined constraint, and where A and B are natural numbers.**

2. The method of claim 1 wherein the constraint comprises the hash of at least a portion of b[k-A+1...k+B].

7. The method of claim 1, further comprising the step of: calculating the hash of each of at least one of said plurality of subblocks.

Highly Confidential - Attorneys' Eyes Only

QU01212266

blocklets

# Avamar Corporation

A US company called Avamar (www.avamar.com) has released a product called Axion that incorporates a technology Avamar calls *commonality factoring*. In 2001, Avamar submitted a PCT patent application covering commonality factoring. It was PCT Application WO 02/37689 A1. Claim 1 of this application is:

> **1. A method for partitioning a digital sequence comprising: performing a hash function on at least a portion of said digital sequence; monitoring hash values produced by said hash function for a first predetermined numeric pattern; and marking a breakpoint in said digital sequence when said first predetermined numeric pattern occurs.**

In all, the patent application had 54 claims.

On 20 December 2001, the PCT examiner mailed to Avamar a report on the patent and cited the Blocklets (referred to as "Williams" in the report) patent as a "document considered to be relevant". The examiner's report marked the Blocklets patent with "X" relevance status to 45 of the Avamar application's claims and "Y" relevance to the other nine claims.

X relevance means that "the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone". Y relevance means that "the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combinations being obvious to a person skilled in the art."

It is now mid 2003 and Avamar are yet to be awarded any patent on their commonality factoring algorithm.

Rocksoft is aware that Avamar continues to produce and market its Axion product with its core technology based on commonality factoring.

Highly Confidential - Attorneys' Eyes Only

QU01212267



# Plan 9's Venti File System

The operating system Plan 9 includes a file system called Venti that divides data into fixed-length blocks and eliminates identical blocks. In a document describing the Venti file system the authors refer to the idea of creating a similar file system but with variable-length blocks based on Manber's paper referenced earlier:

> *To date, the structures we have used for storing data on Venti break files into a series of fixed sized blocks. Identical blocks are consolidated on Venti, but this consolidation will not occur if the data is shifted within the file or an application uses a different block size. This limitation can be overcome using an adaptation of Manber's algorithm for finding similarities in files [9]. The idea is to break files into variable sized blocks based on the identification of anchor or break points, increasing the occurrence of duplicate blocks [12]. Such a strategy can be implemented in client applications with no change to the Venti server.*

— http://www.pantek.com/library/general/plan9.documents/venti/venti.html

The document is undated, but its references section refers to papers in 2001, so it must be dated no earlier than that. It is clear from this paper that Venti does not constitute a Blocklets file system.

Highly Confidential - Attorneys' Eyes Only

blocklets

# Data Domain

On 9 June 2003, a company called Data Domain (www.datadomain.com) issued a press release announcing a new storage product. Here are some extracts:

> *DATA DOMAIN DELIVERS BREAKTHROUGH PROTECTION AND SIMPLICITY IN A COST-EFFECTIVE, DISK-BASED RECOVERY APPLIANCE*
>
> *Renowned Storage Architects Unveil First Storage Recovery Software and Hardware Solution that Supports Standard Backup Software with Proactive Verification, Fast Recoverability, and 20x Global Compression*
>
> *SAN MATEO, Calif. — June 9, 2003 — Data Domain today announced a storage industry breakthrough in protection, simplicity, and reliability with its new disk-based recovery storage solution, the DD200™ Recovery Appliance and the Data Domain Restore Protection ManagerTM (DD RPM™) software. Designed from the ground up to support existing backup software, the DD200 is the industry's first disk-based recovery appliance to combine full recoverability verification with speed and cost-optimization for recovery data.*
>
> *...*
>
> *With RPM Global Compression, the backup data stream is broken into variable-length segments that are smaller than the average block; RPM stores to disk only the segments that have not been stored before, pooling redundancies. This content-based scheme identifies changes below and across blocks, independent of backup software formats or client data type. The Global Compression technology applies equally well to file systems, databases, and email.*
>
> *— Data Domain press release (on its website).*

In its June 2003 white paper "DD200 Recovery Appliance", Data Domain provides more detailed information on its Global Compression™ technology. Here is an extract:

Highly Confidential - Attorneys' Eyes Only



*RPM's patent-pending Global Compression algorithm pools redundancies within recovery images and stores only unique data. When data is written to the DD200, it is broken into variable-length segments, sequences of bytes. The RPM quickly compares each segment to all segments already stored. This process ensures each unique segment is saved only once. Thus, RPM is able to detect duplicate files, redundant patterns within and across files, and even repeated patterns within blocks. The data it stores is smaller by more than an order of magnitude than what is virtually saved to it.*

*— Page 9, DD200 Recovery Appliance, Data Domain.*

This, and other communications from Data Domain, suggest to us that Data Domain is employing Blocklets technology in one form or another.

Highly Confidential - Attorneys' Eyes Only

QU01212270

# Appendix A: 1992 News Posting On Special Sequences

This appendix contains the full text of the news posting that was disclosed to the USPTO with the original patent application, and which is referenced in the "Other Publications" section of the Blocklets patent:

**Williams, Ross. "An algorithm for matching text (possibly original)". Newsgroup posting, comp.compression, Jan 27 1992.**

This posting describes the idea of scanning through data using a fixed length window and identifying as "interesting" the window positions/content where the contents of the window hash to a particular value. These interesting parts of the data can then be indexed and explored in different files to find similarities. This idea behind this posting is similar to the idea described in Manber's paper a few years later. Both works describe the idea of special sequences, but do not take the next step of realizing that positions associated with these sequences can be used to form the boundaries of variable-length blocklets.

```
Path: spam!ross

From: ross@spam.ua.oz.au (Ross Williams)

Newsgroups: comp.compression

Subject: An algorithm for matching text (possibly original).

Summary: An algorithm for matching text (possibly original).

Keywords: data compression differences super diff text matching algorithm string
searching

Message-ID: <1276@spam.ua.oz>

Date: 27 Jan 92 15:10:05 GMT

Sender: news@spam.ua.oz

Followup-To: comp.compression

Distribution: world

Organization: Statistics, Pure & Applied Mathematics, University of Adelaide

Lines: 176
```

Highly Confidential - Attorneys' Eyes Only

QU01212271

blocklets

Dear Compressor Heads,

Here is a description of an idea I just had for text matching. It may have some compression application (see the end of the description of the idea). I don't know if it is original. Whether it is or not, it could be of interest to compressor heads and those involved with large text databases and text matching.

Mainly though, I'm just posting this idea here publicly to impede anyone who might independently have had the idea from patenting it. If you like this idea and you want it to be in the public domain, do something to make it even clearer that the idea has been exposed publicly (and is therefore more clearly prior art).

Ross Williams

ross@spam.adelaide.edu.au

27-Jan-1992.

(Header for my Guru text database program).

--<Guru>--

D=27-Jan-1992

F=superdiff.mes

S=An idea for a super differences algorithm/program.

K=differences super differences text matching algorithm string searching

--<Guru>--

IDEA FOR SUPERDIFFERENCES ALGORITHM/PROGRAM

================================================

Author : Ross Williams.

Date   : Monday 27-Jan-1992, 10:40pm CST Australia (when I had the idea).

Highly Confidential - Attorneys' Eyes Only

QU01212272

blocklets

The Problem
-----------

Quite often one finds that because of various backup activities and so
on, that one has multiple large directory trees full of files, many of
which are identical or share large identical chunks. From this grows
the need for a superdifferences program, that not only compares files,
but also directories of files.


To construct a program to find all identical files in a file system is
easy --- just compute a table of checksums, one for each file, and
then perform full comparisons on files that share the same checksum.
(If you wish, for "checksum" read "hash value").


A harder problem is identifying files that are NEARLY identical or
which share large slabs of text. For example, two .C files being
nearly the same versions of a program will share most of their text.
The problem proposed is to construct an algorithm/utility that will
find such shared slabs of text in the file system. The result would be
a very useful utility.


A Brute Force Solution
----------------------

An extremely thorough brute force approach would be to take every
subsequence of N characters (e.g. with N=1000 say) at every alignment
(i.e. commencing at every byte) in every file and form a huge table of
checksums in the same manner as the table of checksums at the file
level. The table would identify all common strings of 1000 characters
in different files and these connections could be used to explore and
identify longer matches.

**History and Context of the Blocklets Patent**                    **Confidential and Without Prejudice**

Highly Confidential - Attorneys' Eyes
Only

QU01212273

blocklets

The only problem with this idea is that the table would be about four times the size of the filesystem (because there would be (say) a 4-byte checksum for each byte (being the checksum for the string of N characters commencing at that byte)).

To cut down on the number of checksums required, we might think of only recording a checksum every M bytes (where M=50 say). If M<<N this should pose no problem. Unfortunately, this scheme fails totally because of alignment problems. Two files sharing a span of text may not have those two spans aligned at MOD 50 boundaries.

Example:
File1:
!This is some shared text.

File2:
This is some shared text.

In the above, although the two files share a slab of text, the two slabs are not aligned (because one has the exclamation mark). If checksums are performed every M bytes, the match will not be detected. Only checksums on every byte boundary will do the trick.

The Good Part (My Idea)
-----------------------

My idea provides a stochastic solution that does not guarantee to find all matches, but will most likely find most matches. It could certainly be used to construct a practical tool.

The idea is this: Run through each file computing a checksum of C bits

**History and Context of the Blocklets Patent**                    **Confidential and Without Prejudice**

Highly Confidential - Attorneys' Eyes Only

QU01212274

blocklets

(e.g. C=32) of all N-byte strings on ALL byte boundaries as with the brute force approach. HOWEVER, only store a (checksum,file,position) tuple in the checksum table if the bottom B bits (e.g. with (say) B=10) of the checksum are zero (or some other B-bit constant).

B can be chosen to taste, with the size of the table and the probability of finding each match being inversely related to B. A value of B=0 corresponds to the brute force approach which will find all matches, but produce a massive table. A value of B=C will produce a table of at most one entry and will most likely find no matches. The number $1/(2^B)$ is the probability that the checksum commencing at any particular byte will be entered into the checksum table.

A sliding window checksum could be used so that only about two arithmetic operations are required per byte.

Discussion
----------

The technique that the algorithm uses is to collect a "random" sample of checksums of N-byte sequences from all of the files, but to define "random" deterministically so that the same "random" strings will tend to be collected from the different files. Thus, if the algorithm scans over a span of identical text in two different files, it may not pick up any checksums from the texts (although if B is not set too high this should not happen too often), but if it does pick up any checksums, it will pick them up at the SAME points in the strings - and so a match will be detected!

The idea behind this approach was inspired by the way that humans

Highly Confidential - Attorneys' Eyes Only

QU01212275

blocklets

might perform the task. A human, asked to roughly compare several
documents would not compare every substring against every other, but
would visually scan each document for "interesting" features and these
would be used as reference points to see if large slabs of the
document have been seen before. For example, if you put "BISHOP IN SEX
SCANDAL" in a comment in the middle of one of your Pascal source
files, a human reader would probably consider that string a relatively
"interesting" feature of that file, and, if the same feature was seen
in another file, the reader would instantly recognise it and try to
compare that file against the earlier one seen with the same feature.
Note that the reader's definition of "interesting" means that the
reader (whom we will temporarily think of as a semi-automaton) does
not remember "ISHOP IN SEX SCANDAL ", or " BISHOP IN SEX SCANDA", but
"BISHOP IN SEX SCANDAL". The interestingness or otherwise of the
information automatically, deterministically, creates a set of
alignments at which the various scraps of the different files can be
compared.

To get the computer to do the same thing, we merely need to define
"interesting". A simple definition, and the one I have chosen to use
in the above algorithm is "random" - just carve out a subspace of the
checksum space! The algorithm then stores these points as
"interesting". So long as the total number of interesting things
recorded is eclipsed by the size of the reduced checksum space, this
algorithm forms an efficient method for identifying documents sharing
large slabs of text. B, which determines the density of interesting
things can be set so an interesting feature appears only every couple
of thousand bytes or so. And remember that we can set N (the number of
bytes used in the checksum) up high too (e.g. 1000).

Highly Confidential - Attorneys' Eyes
Only                                                QU01212276

blocklets

Once the algorithm has identified different files containing text
slabs having the same checksum, it can explore around the shared parts
of the files to see just how long the match is. The result could be a
comprehensive report outlining (nearly all of) the shared texts in
one's file system.

It would be easy to calculate the performance (e.g. failure to match,
size of tables etc) probabilities for this system.

A Compression Application
-------------------------

A file system that ran this idea continuously could identify large
tracts of shared text in the file system and replace them by
references to their copies. This would be substring macro compression
on a grand scale. The files being compared would have to be in
uncompressed form though, because ordinary compression scrambles
everything, making comparisons of substrings difficult.

Conclusion
----------

It is possible that this is an original idea. It would be fun to write a
utility that uses this algorithm! The utility would be extremely
useful for locating old backup copies of programs in one's file system
or any other number of searching tasks.

--<End of Idea>--



# Appendix B: 1992 News Posting On Parallel Processing

This appendix contains the full text of the news posting that was disclosed to the USPTO with the original patent application, and which is referenced in the "Other Publications" section of the Blocklets patent:

> **Williams, Ross, "Parallel data compression", Newsgroup posting, comp.compression.research, Jun 30, 1992.**

This posting describes a method of splitting up data so that it can be compressed in parallel.

```
Path: spam!ross

From: ross@spam.adelaide.edu.au (Ross Williams)

Newsgroups: comp.compression.research

Subject: Parallel data compression.

Summary: Parallel data compression.

Keywords: parallel data compression vectorization binary tree

Message-ID: <1485@spam.ua.oz>

Date: 30 Jun 92 06:48:09 GMT

Sender: ross@spam.ua.oz

Followup-To: comp.compression.research

Distribution: world

Organization: Statistics, Pure & Applied Mathematics, University of Adelaide

Lines: 99


#> Before we set out to dig in and see if we can't rewrite it

#> in some vectorized fashion, does anyone in this group have any ideas or

#> suggestions?

#

#Both adaptive Huffman and LZW codes share a property that makes them ill

#suited to vectorization.  The code used to compress each character of the
```

Highly Confidential - Attorneys' Eyes Only

QU01212278

blocklets

#text depends on the code used to compress its immediate predecessor.

#

#I suspect that vectorizable compression algorithms would tend to be block

#oriented, where each of the characters in the block is compressed in

#parallel using a model that depends on the previous blocks.  It would be

#interesting to see such an algorithm, but I doubt it would be compatable

#with the standard compression algorithms.

#

#                         Doug Jones

#                         jones@cs.uiowa.edu


I agree. The underlying data flow topology of most compression algorithms

simply prohibits parallelization. The price of compatibility is

sequentiality!


Quite a lot of the people I've talked to about data compression have raised

the topic of parallelization of compression algorithms (particularly the

hardware heads) and without exception they've all been pessimistic. I'm

not. As long as you are prepared to sacrifice a little context (and hence

compression), I don't see the problem. So here's my off-the-top-of-the-head

(hairbrained?) algorithm for parallel data compression.


seq_compress(d,x) is any sequential data compression algorithm that

you like. It compresses block x using dictionary d, shuffles the

compressed block to output invisibly and returns the modified

dictionary (for "dictionary" read "model" if you like). The block size

needs only to be long enough to cover a couple of repeated substrings

of length and not make the coding inefficient (e.g. 50 bytes would

probably be fine).

Highly Confidential - Attorneys' Eyes
Only                                                    QU01212279

```
data_blocks[1..N];        -- N blocks of input data.


procedure compress(d:dictionary; a,b:integer);

-- Compresses blocks a..b of data_blocks starting with dictionary d.

var dict dmod;

var int m = (a+1) + trunc((b-a)/2);

begin

    if (a>b) return;

    dmod:=seq_compress(d,a)

    beginparallel

        compress(dmod,a+1,m-1);

    with

        compress(dmod,m,b);

    endparallel

end;


procedure main;

begin

compress(empty_dictionary,1,N)

end
```

The compressed output blocks can be ordered deterministically and then indexed at the start of the compressed output file. The decompression algorithm will look much the same as the above.


Given unlimited processors, this algorithm will do the compression in $O(\log N)$ time. It provides an average of about $\log_2(N)-1$ blocks of context. Only one block (the first one) is compressed with an empty dictionary. For about half of the blocks compressed, the previous input block is the most recent block added to its context. In fact the

Highly Confidential - Attorneys' Eyes Only

blocklets

mean distance of the members of the set of context blocks (used to
compress a target block) from the target block will be about
log_2(N)-1 (I think). Log_2(N) context blocks is probably good enough
(wont impact much on compression) because compression drops
exponentially with the length of the context (see Figure 67 of my book
"Adaptive Data Compression", Kluwer Academic Press). Also local
adaptivity may not be all it's cracked up to be (Figure 68) so
nicking blocks from a not-too-far distance away may not be silly.

I'm not sure how this algorithm fits in with "vectorization" which
I don't know anything about.

You can stuff about with this sort of algorithm endlessly. You can
change the block size, component compressor, furcation of the parallel
tree, seed parallelism (number of zero-context blocks), dictionary
inheritance, dictionary merging (up the tree), and other things, but
in the end it boils down to the volume and locality of context that
you are prepared to trade for parallelism. As usual, there are
diminishing returns. Movement from an O(log N) algorithm to an O(1)
algorithm will force all blocks to be compressed with no previous
context blocks. This may not matter much if the context blocks
themselves are long enough, but in that case parallelism is trivial
anyway. The algorithm above addresses the case where the level of
parallelism required forces the context blocks down to a size that
would significantly impair compression were the blocks to be
compressed independently.

I would be interested to hear from anyone who implements or simulates
the performance of this algorithm.

Highly Confidential - Attorneys' Eyes
Only

Ross Williams

ross@spam.adelaide.edu.au

Tuesday 30-Jun-1992

Highly Confidential - Attorneys' Eyes Only

QU01212282