# Exhibit B

COPY

**FAX TRANSMISSION:** Two pages (including this page).

Mr David Farajun
Data Storage Inc
1270 Finch Avenue W
North York, Ontario
Canada M3J 2G4.
Ph: +1 (416) 736-8111

21 November 1994.

Dear Mr Farajun,

Thanks for the fax. Please do not think that I felt that your offer was ungenerous. It was very generous and quite tempting. My proposal for consulting fees was offered merely as an opportunity to make things happen immediately. I look forward to visiting.

Anyway, here's my solution to the problem of detecting the changes within files in such a way that the changes can be represented compactly. This technique can cope efficiently with the insertion, deletion, re-arrangement, and modification of variable-length runs of bytes in a file. As far as I know, this technique is original.

Run through each file (both old and new versions) maintaining a K-bit checksum of the previous N (say 3) bytes. At whichever points in the file the checksum is (say) zero, designate that point a block boundary. Then calculate the digest of the bytes within each block. Then calculate a binary tree of digests of the digests with the digest at the root being the master digest for the file. The space required to do this can be moderated by choosing K in accordance with the expected probability of change in the file.

To figure out what changes to transmit, work down the binary tree. If the old and new digests at each level are identical, then the block need not be transmitted. If the old and new digests are not identical, then they should be compared with all the other non-identical digests at that level of the tree (to cater for re-

CONFIDENTIAL        QU 000627        



arrangements). Eventually you will get down to the block level. In the "worst" case the digests of all the blocks would have to be compared with the digests of the blocks of the other file.

The important thing is not to define the blocks on fixed boundaries (e.g. every 1024 bytes). By defining the boundaries at arbitrary points based on the data (e.g. where a checksum takes a particular value), common subsections of the old and new version of the file can be detected, even though bytes have been inserted, deleted, or the contents of the file have been rearranged.

Once the sections of the file that have changed have been identified, you can transmit them compressed. Compression could be based on the blocks in the file that have not changed. After all the pieces have been put together again, the off-site can use a final digest check to guarantee that the new file has been successfully reconstructed from the old one.

The scheme works only because crypto digests are secure. If the onsite and offsite can communicate using a protocol, the technique could be applied on-the-fly. The technique could probably be refined further (I have in mind a more efficient iterative probabilistic solution), but as described above, I think it would solve most of the problem (as I understand it).

Is this the sort of solution you were looking for? Please let me know if I am on the right track.

Yours sincerely,

*Ross Williams*

Ross Williams

R O C K S O F T®
Contact us 24 hours/7 days. Phone: +61 8 379-9217. Fax: +61 8 379-4766. Freecall (Australia): 1-800-816-217. Freecall (USA): 1-800-898-9975. Email: rocksoft@rocksoft.com. FTP: ftp.rocksoft.com/pub/rocksoft/. Postal: PO Box 69, Burnside 5066, Australia. Office: 16 Lerwick Avenue, Hazelwood Park 5066, Australia. ACN: 008-280-153.

QU 000628

CONFIDENTIAL