# Exhibit E



# Structure and Practise of the Blocklets Patent

**Rocksoft Limited**
V1 — 13 July 2005

### Abstract

The claims of the Blocklets patent (US patent #5,990,810 "Method for partitioning a block of data into subblocks and for storing and communicating such subblocks") can be confusing to those who encounter it for the first time because the claims build on each other. This paper explains the structure of the Blocklets patent by identifying the key concepts of Blocklets and showing how the claims build up these concepts.

## Table Of Contents

1   Structure of the Blocklets Patent ............................................................................ 2
    1.1   Introduction ................................................................................................... 2
    1.2   Key Concepts ................................................................................................ 2
    1.3   Patent Structure ............................................................................................ 2
2   Annotated Claims ...................................................................................................... 3
    2.1   Claim 1: Parsing into Subblocks ................................................................... 3
    2.2   Claim 2: Parsing into Subblocks Using Hashing ......................................... 4
    2.3   Claim 3: Searching for Boundaries ............................................................... 4
    2.4   Claim 4: Upper and/or Lower Bounds on Blocklet Length .......................... 4
    2.5   Claims 5 & 6: More Blocklets ....................................................................... 4
    2.6   Claim 7: Hashing Blocklets ........................................................................... 4
    2.7   Claim 8: Forming Projections ....................................................................... 4
    2.8   Claims 9–11: Comparing Blocklets ............................................................... 4
    2.9   Claims 12–14: Storage Systems .................................................................... 4
    2.10  Claims 15–27: Communication Systems ...................................................... 4
    2.11  Claims 28–30: Apparatus Claims .................................................................. 5
3   Coverage Completeness ............................................................................................ 5
A   Appendix A: Structure of the Blocklets Patent ......................................................... 6



Highly Confidential - Attorneys' Eyes Only          QU00200845

Rocksoft                                                                                          blocklets

# 1 Structure of the Blocklets Patent

## 1.1 Introduction

The claims of the Blocklets patent (US patent #5,990,810 "Method for partitioning a block of data into subblocks and for storing and communicating such subblocks") can be confusing to those who encounter it for the first time because the claims build on each other. This paper explains the structure of the Blocklets patent with a view to revealing its significant scope and power.

## 1.2 Key Concepts

It is easier to understand the claims of the Blocklets patent if one first has an understanding of the Blocklets technology itself; the claims themselves do not act as a good tutorial. So let us first examine the key concepts of blocklets.




Figure 1: Key concepts of the Blocklets patent.

Figure 1 depicts two blocks of data that are to be processed using Blocklets technology. The aim is to detect and eliminate redundant (duplicated) data. The key concepts of the Blocklets patent are:

1. **Use an N-byte window to identify special data-dependent positions in the data:** An N-byte window is passed across a block of data. At each byte position, the N bytes in the N-byte window are examined to see if they satisfy a predetermined constraint. If they do, the position in the data is declared special. The constraint is typically implemented by hashing the N bytes and then performing a simple test (e.g. whether the value is beneath a threshold) upon the result. However, a constraint can be implemented in a variety of ways. This concept is represented in Figure 1 in the form of the coloured squares, which represent N-byte windows that satisfy the constraint.

2. **Partition into subblocks at the special positions:** The block of data is partitioned into subblocks at the special positions, yielding a sequence of variable-length subblocks. The concept is represented in Figure 1 by the vertical cut lines at the start of each coloured square. Note: In the context of Blocklets technology, the term "subblock" is interchangeable with the term "blocklet".

3. **Hash the subblocks:** The content of each variable-length subblock is hashed (typically using a cryptographic hash function) to yield a hash value for each subblock. This concept is represented in Figure 1 by the H in a circle which reads a subblock and generates a hash (which is typically about 16-bytes long).

4. **Compare the hashes:** The hashes generated in the above manner are placed in an index or in some other way compared so as to identify subblock-sized slabs of identical data in the original block (or blocks). This is not explicitly shown in Figure 1, but you can imagine some mechanism comparing the hashes in the middle of the figure. Note that one can compare the hashes within a single block as well as the hashes of subblocks of two different blocks.

5. **Eliminate duplicate subblocks:** If N copies of a particular subblock are detected, each of N-1 of the copies may be replaced by a reference to the remaining copy, this reducing the storage or bandwidth requirement. The manner in which this is performed is highly application specific and many variants are described in the claims and body of the Blocklets patent. This step is not shown in Figure 1.

**Note:** It is possible to perform blocklets redundancy elimination without steps 3 and 4 (by comparing blocklets directly), but such an implementation is likely to be vastly less efficient than the five-step implementation described above because it is far more efficient to calculate and compare hashes than to index entire blocklet content directly.

## 1.3 Patent Structure

Patent claims can be structured in many ways. One common way to structure a patent is to put the core idea in claim 1 with the remaining claims being minor variants of claim 1. The Blocklets patent is not organised this way, as it involves at least five different key concepts. Instead, its claims are structured to build up the five concepts described in the last section and then claim some applications.

Appendix A provides a tree diagram of the structure of the Blocklets patent. A more detailed description of the claims will be provided later. What matters here is to see that:

Claims 1–6 cover parsing.
Claims 7–11 cover hashing indexing and comparison.
Claims 12–14 cover storage applications.
Claims 15–27 cover communications applications.
Claims 28–30 are apparatus claims.

In order to understand the Blocklets patent, one must understand that the key concepts of Figure 1 are built up

Rocksoft                                                                                            blocklets

slowly over Claims 1–11. They do not all appear in claim 1.

## 2 Annotated Claims

### 2.1 Claim 1: Parsing into Subblocks

Even though there are at least five key concepts in the Blocklets patent, claim 1 remains by far the most important claim as it covers the parsing of blocks into subblocks. Here it is:

> 1. A method for organizing a block b of digital data for storage, communication, or comparison, comprising the step of: partitioning said block b into a plurality of subblocks at at least one position k|k+1 within said block, for which b[k-A+1...k+B] satisfies a predetermined constraint, and where A and B are natural numbers.

Let us analyse this claim phrase by phrase.

The claim starts out by saying "A method for organising a block b of digital data for storage, communication, or comparison". The purpose of these words is to indicate that this is a method claim and that the purpose of the claim is merely to organise a block of data, not to process it in any other way. The words "storage, communication, or comparison" are purposefully broad and are intended to convey the general intent of the claim. This is not a specific claim for (e.g.) word processing or graphics or a similar specialised area. Rather it is a general purpose method for organising data of any kind.

The goal of the method is solely to "partition said block b into a plurality of subblocks". This may not seem ambitious, but the way in which it is done makes the partitioning and the claim significant. The word "partition" is used rather than "divide" because "partition" better conveys the division of the block b into mutually exclusive parts that exhaust the block.

Partitions must be placed "at at least one position k|k+1". There must be at least one position, because without at least one position block b is not partitioned at all. The notation k|k+1 is merely intended to define a position in b. The vertical bar represents the boundary between two bytes (or bits as also admitted in the Detailed Explanation part of the patent) with the two bytes being at position (i.e. having indexes within b of) k and k+1. The reason for this notation is that we need to refer to a position later in the claim and it's clearer to refer to a position as being between two bytes than it is to refer to a position by referring to a single byte because if you do that, it's not obvious whether the position is on the left or the right of the byte. Using the notation k|k+1 eliminates this ambiguity.

The interesting part of the claim is the phrase "for which b[k-A+1...k+B] satisfies a predetermined constraint, and where A and B are natural numbers". This sounds more complicated that it really is. Figure 2 shows what's happening here. To evaluate whether a partition should be made at the boundary between the bytes at position k and k+1, we evaluate the bytes within a window consisting of A bytes to the left of the position and B bytes to the right. Only the bytes in this window can affect the decision of whether to put a boundary at position k|k+1.



Figure 2: The parsing window.

"A and B are natural numbers" (i.e. 0, 1, 2, 3, ...). This phrase is simply intended to indicate that we are dealing in whole multiples of bytes. In most implementations, A and B will be constants (though the claim does not explicitly constrain them to be).

It may seem overly restrictive to restrict the window being evaluated to A bytes to the left and B bytes to the right (i.e. a window of A+B bytes) of the position being evaluated. However, this is an important aspect of the claim because it captures in the broadest possible way the locality of the window evaluation process. Blocklet boundaries must, above all, be positioned based on data *local to the position being evaluated*. The degree of locality is left unspecified (in the parameters A and B), but the locality is important because without it, the same blocklets would not be created in the same way when the same data arises in different global contexts. For example, if a block b of 2M were being parsed into blocklets with a mean length of 8K, repeated data in different parts of the 2M will only be parsed into the same blocklets if the parsing algorithm places boundaries only on the bytes local to the candidate boundary. If the partitioning function were to take into account (for example) bytes b[0..k+B] in deciding whether to put down a partition, the slightest change in the earlier bytes in the block could affect whether a partition is placed at position k|k+1 and this will result in boundaries being placed that do not yield identical subblocks when the same slab of data appears in different places in b.

The phrase "predetermined constraint" is purposefully broad, as (assuming we are dealing with bytes), for a given A and B, there are $2^{2^{(8*(A+B))}}$ possible constraint functions that could be used to implement the method. All that is meant by the term "constraint" is a function that accepts a block of bytes of length A+B and returns a boolean value to indicate whether a boundary should be placed between the A and B parts of the window.

In summary, the intent of claim 1 is to capture the concept of dividing a block of data into subblocks at data dependent positions where each position is evaluated for boundaryness by examining only those bytes near to and adjacent to the position.

Highly Confidential - Attorneys' Eyes Only                    QU00200847

Note: The claim does not prohibit the constraint function from ignoring some part (possibly some non-contiguous parts) of the window of A+B bytes. There is no requirement that the constraint function attend to all bytes in the window.

## 2.2 Claim 2: Parsing into Subblocks Using Hashing

Claim 2 is just a restriction of claim 1 to employ a hash function in the calculation of the constraint.

> 2. The method of claim 1 wherein the constraint comprises the hash of at least a portion of $b[k-A+1...k+B]$.

As most actual implementations of Blocklets parsing will use a hash function to perform parsing, this is an important claim.

## 2.3 Claim 3: Searching for Boundaries

Claim 1 describes the conditions under which a boundary will be placed at a position. However, it doesn't explicitly state how we might look for boundaries. Claim 3 essentially wraps a loop around claim 1 so that we can search for boundaries in a block of data from any position in the block:

> 3. The method of claim 1, further comprising the step of: locating the nearest subblock boundary on a side of a position $p|p+1$ within said block, said locating step comprising the step of: evaluating whether said predetermined constraint is satisfied at each position $k|k+1$ for increasing or decreasing $k$, wherein $k$ starts with the value $p$.

## 2.4 Claim 4: Upper and/or Lower Bounds on Blocklet Length

Claim 4 simply claims the concept of placing an upper and/or lower bound on the length of blocklets. The claim is purposefully broad about how this might be done:

> 4. The method of claim 1, wherein at least one bound is imposed on the size of at least one of said plurality of subblocks.

## 2.5 Claims 5 & 6: More Blocklets

Claims 5 and 6 cover the case where subblocks are formed from subblocks or when hierarchies of subblocks are formed. These are useful coverage claims, but there has been no need to practice these claims in real implementations so far.

> 5. The method of claim 1, wherein additional subblocks are formed from at least one group of subblocks.

> 6. The method of claim 1, wherein an additional hierarchy of subblocks is formed from at least one group of contiguous subblocks.

## 2.6 Claim 7: Hashing Blocklets

Claim 7 hashes the blocklets. This is a critical important step. It might be possible to create blocklets redundancy elimination systems that simply index blocklet content using (say) a b-tree. However, calculating the hash and indexing and comparing the hashes is far more efficient.

> 7. The method of claim 1, further comprising the step of: calculating the hash of each of at least one of said plurality of subblocks.

## 2.7 Claim 8: Forming Projections

This is just a belts-and-braces claim covering the organisation of an index of blocklets. This is not a central claim.

> 8. The method of claim 1, further comprising the step of: forming a projection of said block, being an ordered or unordered collection of elements, wherein each element consists of a subblock, an identity of a subblock, or a reference of a subblock.

## 2.8 Claims 9–11: Comparing Blocklets

Claims 9–11 cover the comparison of blocklets or their hashes. These are key claims:

> 9. The method of claim 1, wherein said subblocks are compared by comparing the hashes of said subblocks.

> 10. The method of claim 1, wherein subsets of identical subblocks within a group of one or more subblocks are found by inserting each subblock, an identity of each subblock, a reference of each subblock, or a hash of each subblock into a data structure.

> 11. A method for comparing one or more blocks, comprising the steps of: organizing a block $b$ of digital data for the purpose of comparison, comprising the step of: partitioning said block $b$ into a plurality of subblocks at at least one position $k.vertline.k+1$ within said block; for which $b[k-A+1...k+B]$ satisfies a predetermined constraint; and wherein A and B are natural numbers, forming a projection of each said block, being a collection of elements, wherein each element comprises a selected one of a subblock, an identity of a subblock, and a reference of a subblock, and comparing the elements of said projections of said blocks.

Claims 1–11 cover stages 1 to 4 in the key concepts list of Section 1.2 of this paper. Claims 1–11 provide a way to analyse data into blocklets and to identify the duplicate blocklets. The way in which one then eliminates duplicate blocklets depends on the particular application. The remaining claims cover the two major applications: storage and communication.

## 2.9 Claims 12–14: Storage Systems

Claims 12–14 cover storage systems. Claim 12 covers adding data to a storage system. Claim 13 covers deleting data from a storage system. Claim 14 covers modifying data in a storage system.

## 2.10 Claims 15–27: Communication Systems

Claims 15–27 provide very comprehensive coverage of the many ways in which Blocklets can be used to reduce network bandwidth use by eliminating the transmission of blocklets already possessed by the receiver.

Highly Confidential - Attorneys' Eyes Only                    QU00200848

Rocksoft                                                                                                              blocklets

### 2.11 Claims 28–30: Apparatus Claims

Claims 28–30 are simply apparatus versions of some earlier key claims.

### 3 Coverage Completeness

Rocksoft asserts that the five key concepts outlined in section 1.2 are essential to any efficient blocklets implementation. As these concepts are all covered in the various early (1–11) claims of the patent, it is clear that variable-length redundancy elimination (i.e. Blocklets) cannot be practised without infringing the Blocklets patent.

Highly Confidential - Attorneys' Eyes Only        QU00200849

Rocksoft                                                                                       blocklets

## A Appendix A: Structure of the Blocklets Patent

The Blocklets patent contains many claims. The foundation of the patent is the early claims (1-11), which describe parsing of blocks into subblocks and the hashing of subblocks and the comparison of the hashes. The remaining sections of the patent cover storage and communication applications of the earlier core claims.



Blocklets Patent Claims Structure
V1 — 15 March 2005

Structure and Practise of the Blocklets Patent                          Confidential page 6 of 6

Highly Confidential - Attorneys' Eyes Only          QU00200850