1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Todd M. Briggs (Bar No. 209282)
3    toddbriggs@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6  Attorneys for RIVERBED TECHNOLOGY, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation, | Case No. C 07-04161 WHA |
| Counterclaimant, | Honorable William H. Alsup |
| vs. | **DECLARATION OF TODD M. BRIGGS IN SUPPORT OF RIVERBED'S OPENING CLAIM CONSTRUCTION BRIEF ON TERMS FROM U.S. PATENT NO. 7,116,249** |
| QUANTUM CORPORATION, a Delaware corporation, | |
| Counterdefendant. | Date:    July 9, 2008<br>Time:    1:30 p.m.<br>Crtrm.:  Courtroom 9 |
| QUANTUM CORPORATION, a Delaware corporation, | |
| Counterclaimant,<br>vs. | |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation, | |
| Counterdefendant. | |

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Riverbed Technologies, Inc. I submit this declaration in support of Riverbed's Opening Claim Construction Brief On Terms From U.S. Patent No. 7,116,249. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,116,249.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 7,120,666.

4. Attached hereto as Exhibit C is a true and correct copy of Quantum Corporation's Preliminary Claim Constructions and Extrinsic Evidence.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt from the *Microsoft Press Computer Dictionary* (2d ed. 1994).

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2008 in Redwood Shores, California.

DATED: May 29, 2008          Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Todd M. Briggs
Todd M. Briggs
Attorneys RIVERBED TECHNOLOGY, INC.