# EXHIBIT C

AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO FLORES, CAL. BAR NO. 93304
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:     858-720-8900
Facsimile:      858-509-3691
Email:  athakur@sheppardmullin.com
          mflores@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-9100
Facsimile:      415-434-3947
Email: nbruno@sheppardmullin.com

Attorneys for
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>                    Counterclaimant,<br><br>     v.<br><br>QUANTUM CORPORATION,<br><br>                    Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>QUANTUM CORPORATION'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE<br><br>[Patent L.R. 4-2] |
| QUANTUM CORPORATION, a Delaware corporation,<br><br>                    Counterclaimant,<br><br>     v.<br><br>RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br><br><br>                    Counterdefendant. | Complaint Filed: August 14, 2007<br>Trial Date: March 30, 2009 |

W02-WEST:6NB1\400830554.1
Case No. C 07-04161 WHA

1

**QUANTUM CORPORATION'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**

2

3          Pursuant to Northern District of California Patent Local Rule 4-2 and the Court's

4  Order dated March 4, 2008 (Docket No. 92), Quantum Corporation hereby provides its

5  Preliminary Claim Constructions and Extrinsic Evidence for U.S. Patent No. 7,116,249 ("the '249

   patent") (Exhibit 1 hereto) and U.S. Patent No. 5,990,810 (the "'810 patent") (Exhibit 2 hereto).

6          Quantum Corporation reserves the right to amend or supplement these preliminary

7  claim constructions and identifications of extrinsic evidence in any and all respects, including

8  identifying additional documents and witnesses, in light of Riverbed Technology, Inc.'s

9  preliminary claim constructions and identifications of extrinsic evidence, which have not yet been

10 provided to Quantum Corporation, and further investigation and discovery.

11 Dated:  May 8, 2008

12                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                                By

13

14                                      /s/ Nathaniel Bruno
                                _____
15                                    AMAR L. THAKUR
                                    MAURICIO A. FLORES
16                                    NATHANIEL BRUNO

17                                    Attorneys for
                                    QUANTUM CORPORATION

18

19

20

21

22

23

24

25

26

27

28

QUANTUM CORPORATION'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2008, I electronically served QUANTUM

CORPORATION'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC

EVIDENCE, including Exhibits 1 and 2 thereto, on the following via email:

| | |
|---|---|
| Todd M. Briggs<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA  94065<br><br>(Counsel for Riverbed Technology, Inc.) | Via E-mail<br><br><br>claudestern@quinnemanuel.com<br>sandranichols@quinnemanuel.com<br>toddbriggs@quinnemanuel.com<br>cristinaherrera@quinnemanuel.com<br>andrewbramhall@quinnemanuel.com<br>davidweijr@quinnemanuel.com<br>benjaminkoodrich@quinnemanuel.com<br>corneliusbonner@quinnemanuel.com<br>reneunger@quinnemanuel.com |

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on May 8, 2008, at San Francisco, California.

/s/ Nathaniel Bruno
Nathaniel Bruno

W02-WEST:6NB1\400830554.1
Case No. C 07-04161 WHA

QUANTUM CORPORATION'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

**EXHIBIT 1**

**QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE REGARDING
U.S. PATENT NO. 7,116,249 [PATENT L. R. 4-2]**

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| client | '249 Patent – See, e.g., Col. 14, lines 3-6. | A device that is connected to a server for the transfer of data therebetween. | *See Fig. 12, element 612; Col. 14, lines 3-6*, ("As shown there, <u>a client 612 is coupled to a server 614</u> over a network 616, via a client-side transaction accelerator ("CTA") 620 and a server-side transaction accelerator ("STA") 622.").<br><br>*See Fig. 12, element 614; Col. 14, lines 53-58*, ("For example, <u>the client-server interactions may involve the transfer of file data from the server to the client</u>, though this is just one special case of a client-server transaction-oriented application. Here, <u>client 612 might request a number of files from server 614 by sending file open requests to server 614</u>.").<br><br>*See Col. 16, lines 3-5*, ("<u>A client stores or updates a file by sending a "STORE" command</u> to the file system followed by the file name and file data.").<br><br>*See Col. 16, lines 12-14*, ("<u>To retrieve a file, a client sends a "RETRIEVE" command</u> to the file system along with the filename and optional time stamp.").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "client" to be defined in the specification to mean a device that is connected to a server for the transfer of data therebetween. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|------------------------|------------------------------------------|
| server | '249 Patent – See, e.g., Col. 14, lines 3-6. | A device that is connected to a client for the transfer of data therebetween. | *See Fig. 12, element 614; Col. 14, lines 3-6*, ("As shown there, a client 612 is coupled to a server 614 over a network 616, via a client-side transaction accelerator ("CTA") 620 and a server-side transaction accelerator ("STA") 622."). <br><br> *See Fig. 12, element 614; Col. 14, lines 53-58*, ("For example, the client-server interactions may involve the transfer of file data from the server to the client, though this is just one special case of a client-server transaction-oriented application. Here, client 612 might request a number of files from server 614 by sending file open requests to server 614."). <br><br> *See Col. 16, lines 3-5*, ("A client stores or updates a file by sending a "STORE" command to the file system followed by the file name and file data."). <br><br> *See Col. 16, lines12-14*, ("To retrieve a file, a client sends a "RETRIEVE" command to the file system along with the filename and optional time stamp."). <br><br> Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "server" to be defined in the specification to mean a device that is connected to a client for the transfer of data therebetween. |
| segmenting the file | '249 Patent – See, e.g., Col. 5, lines 14-19. | Segregating input data into separate data structures. | *See Col. 5, lines 14-19*, ("The encoding includes determining one or more target segment sizes, determining one or more window sizes, identifying a fingerprint within a window of symbols at an offset in the input data, determining whether the offset is to be designated as a cut point and segmenting the input data as indicated by the set of cut points."). <br><br> *See Col. 7, lines 12-17*, ("As the above-described figures illustrate, one aspect of the encoding process is the segmentation of input data. In a process for segmenting, identifying "cut points", such as offsets in the input data where one segment ends and the next segment begins, is equivalent to segregating the input data into separate data structures, or the like."). <br><br> Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "segmenting the file" to be defined in the specification to mean segregating input data into separate data structures. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| segment/segments | '249 Patent – See, e.g., Col. 5, lines 14-19. | Segregated data structures. | *See Col. 5, lines 14-19,* ("The encoding includes determining one or more target segment sizes, determining one or more window sizes, identifying a fingerprint within a window of symbols at an offset in the input data, determining whether the offset is to be designated as a cut point and <u>segmenting the input data</u> as indicated by the set of cut points."). <br><br> *See Col. 7, lines 12-17,* ("As the above-described figures illustrate, one aspect of the encoding process is the <u>segmentation of input data</u>. In a process for segmenting, identifying "cut points", such as offsets in the input data where one segment ends and the next segment begins, is equivalent to <u>segregating the input data into separate data structures</u>, or the like."). <br><br> Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "segments" to be defined in the specification to mean segregated data structures. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| segment store | '249 Patent – See, e.g., Col. 6, lines 32-46. | A device for storing segment data and a segment reference for each segment, in the form of a binding. | *See Col.5, lines 19-24,* ("For each segment so identified, the encoder determines whether the segment is to be a referenced segment or an unreferenced segment, replacing the <u>segment data</u> of each referenced segment with a reference label and <u>storing a reference binding in a persistent segment store for each referenced segment</u>, if needed."). <br><br>*See Fig. 1, element 210; Col. 6, lines 32-46,* ("FIG. 1 illustrates the particular inputs that an encoder might have. As shown there, an encoder has an input for receiving input data and inputs for parameters, such as target segment size, window size and other control parameters, as well as outputs for the <u>output data and bindings</u> generated in the encoding process, which are stored in a <u>persistent segment store (PSS)</u> 210 as needed. In operation, encoder 140 would process input data, identify segments of data, replace the segment's data with a reference, <u>provide the segment data and a segment reference to PSS 142 in the form of a binding</u> and output the encoded data. The encoded output data might include unreferenced segment data, embedded bindings and/or reference labels for referenced segments. In the simplest case, the output data is entirely reference labels."). <br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "segment store" to be defined in the specification to mean a device for storing segment data and a segment reference for each segment, in the form of a binding. |
| list | Ordinary meaning - http://www.yourdictionary.com/ - a list is "a series of names, words, numbers, etc. set forth in order." | A series of names, words, numbers, etc. set forth in order. | Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "list" to mean a series of names, words, numbers, etc. set forth in order. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| reference label | '249 Patent – See, e.g., Col. 10, lines 5-9. | Data representing a segment used to locate bindings of segment data and segment references. | *See* Col.5, *lines 19-29,* ("For each segment so identified, the encoder determines whether the segment is to be a referenced segment or an unreferenced segment, <u>replacing the segment data of each referenced segment with a reference label</u> and storing a reference binding in a persistent segment store for each referenced segment, if needed. Hierarchically, the process can be repeated by segmenting the reference label strings into groups, replacing the grouped references with a group label, storing a binding between the grouped references and group label, if one is not already present, and repeating the process.").<br><br>*See Fig. 4; Col. 10, lines 5-9,* ("<u>Referenced segments, which are represented in the encoded data as reference labels</u> (or compressed reference labels), are <u>replaced with their segment data by replacer 325 using the reference labels to locate bindings in PSS 310 and thus obtain the corresponding segment data.</u>").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "reference label" to be defined in the specification to mean data representing a segment used to locate bindings of segment data and segment references. |
| segmenter | '249 Patent – See, e.g., Col. 7, line 66 to Col. 8, line 3. | A segment delimiter that operates on input data. | *See Fig. 3, element 222; Col. 7, line 66 to Col.8, line 3,* ("<u>A segmenter, such as segment delimiter 222 in FIG. 3 operates on a portion (or all) of a set of input data.</u> The segmenter batches up a certain number of input symbols (determined by the current offset and the window size parameter) and computes a hash function over the window.").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "segmenter" to be defined in the specification to mean a segment delimiter that operates on input data. |

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT NO. 7,116,249

Case No. C-07-04161-WHA

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|--------------------------|-------------------------------------------|
| encoder | '249 Patent – See, e.g., Col. 6, lines 32-48. | A device for processing input data, identifying segments of data, replacing the segment's data with a reference, providing the segment data and a segment reference to a segment store in the form of a binding and outputting the encoded data. | *See Col.5, lines 19-24,* ("For each segment so identified, the encoder determines whether the segment is to be a referenced segment or an unreferenced segment, replacing the segment data of each referenced segment with a reference label and storing a reference binding in a persistent segment store for each referenced segment, if needed.").<br><br>*See Fig. 1; Col. 6, lines 32-48,* ("As shown there, an encoder has an input for receiving input data and inputs for parameters, such as target segment size, window size and other control parameters, as well as outputs for the output data and bindings generated in the encoding process, which are stored in a persistent segment store (PSS) 210 as needed. In operation, encoder 140 would process input data, identify segments of data, replace the segment's data with a reference, provide the segment data and a segment reference to PSS 142 in the form of a binding and output the encoded data. The encoded output data might include unreferenced segment data, embedded bindings and/or reference labels for referenced segments. In the simplest case, the output data is entirely reference labels. The target segment size parameter is used by the encoder to control the average size of a segment.").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "encoder" to be defined in the specification to mean a device for processing input data, identifying segments of data, replacing the segment's data with a reference, providing the segment data and a segment reference to a segment store in the form of a binding and outputting the encoded data. |
| logic configured to…./logic to… | Ordinary meaning - http://wordnet.princeton.edu/ - logic is "the system of operations performed by a computer that underlies the machine's representation of logical operations." | The system of operations performed by a computer that underlies the machine's representation of logical operations. | Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "logic configured to / logic to" to mean the system of operations performed by a computer that underlies the machine's representation of logical operations. |

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT NO. 7,116,249

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|------|-------------|--------------------------|-------------------------------------------|
| decoding the list | '249 Patent – See, e.g., Col. 6, lines 51-62, Col. 9, lines 64 to Col. 10, line 10 and Col. 13, lines 39-51. | Replacing a reference label with the segment data in its binding to reconstruct the original data. | *See Fig. 2, element 300; Col. 6, lines 51-62,* ("FIG. 2 illustrates a decoder 300 and a PSS 310, which together perform decoding that is the inverse of the encoding done by encoder 200. As described above, the encoded data might comprise references, bindings and unreferenced residual data. When decoder 150 encounters a binding in received data, it can use the segment data in that binding to reconstruct the original data and it can also store the binding in its PSS. When decoder 150 encounters a reference without a binding, it can use the reference to obtain segment data from PSS 152 to reconstruct the segment. If the segment reference is not found in PSS 152, decoder 150 can send a request for the segment data."). <br><br> *See Fig. 4; Col. 9, lines 64 to Col. 10, line 10,* ("FIG. 4 illustrates a decoding process, which is the inverse of what is shown in FIG. 3 The encoded data (reference labels and possibly also bindings and unreferenced segment data) is received into input buffer 320. From that input buffer data, bindings are extracted and stored in PSS 310 and unreferenced segment data is moved to output buffer 330. Referenced segments, which are represented in the encoded data as reference labels (or compressed reference labels), are replaced with their segment data by replacer 325 using the reference labels to locate bindings in PSS 310 and thus obtain the corresponding segment data."). <br><br> *See Fig. 10; Col. 13, lines 39-51,* ("FIG. 10 illustrates a decoding process using the persistent segment store of FIG. 9, wherein each reference label is replaced with the content of its binding. If the segment content contains a sequence of references, these references are in turn replaced, and the process repeats until all of the reference labels refer to terminal nodes and then the segment data can be output. In other words, the decoder recursively resolves reference blocks, terminating when it reaches a data segment. In this embodiment, the encoded stream is equivalent to a hierarchical tree of references where the segments at the leaves of the tree are marked (via the terminal flag) to indicate where the decoding traversal should halt."). <br><br> Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "decoding the list" to be defined in the specification to mean replacing a reference label with the segment data in its binding to |

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT
NO. 7,116,249

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| | | | reconstruct the original data. |
| front-end file system | '249 Patent – See, e.g., Col. 16, lines 37-52. | A local file system including a front-end file server for managing input data. | *See Fig. 14; Col. 16, lines 37-52,* ("In another embodiment, HCS can be used as a complementary component of a more standard, operating system-based file system by combining the NLFS described above with a file system front-end. This approach is depicted in FIG. 14, which shows NLFS and a file server front-end. This file is effectively cached in the local front-end file system, which allows the file server to employ normal file system protocols and algorithms for managing the open file. By ensuring that only the front-end file server communicates with the NLFS and by employing normal file system locking and consistency mechanisms, there is no possibility that the files stored in the NLFS become inconsistent with those in the file server's local file system. When all clients close the file, the file server writes back the file to the NLFS and frees up the corresponding storage in the local file server."). <br><br> Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "front-end file system" to be defined in the specification to mean a local file system including a front-end file server for managing input data. |

W02-WEST:400831326.1

Case No. C-07-04161-WHA

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT
NO. 7,116,249

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| file command | '249 Patent – See, e.g., Col. 16, line 12-14. | A command from a client for retrieving data. | *See Col. 16, lines 3-5*, ("<u>A client stores or updates a file by sending a "STORE" command to the file system</u> followed by the file name and file data.").<br><br>*See Col. 16, lines 12-14*, ("<u>To retrieve a file, a client sends a "RETRIEVE" command to the file system</u> along with the filename and optional time stamp.").<br><br>*See Col. 16, lines 30-33*, ("<u>To delete a file from the file system, a client sends a "DELETE" command to the file system</u> along with the filename and an optional time range, instructing to delete all files that were stored with respect to the time range specified.").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "file command" to be defined in the specification to mean a command from a client for retrieving data. |

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT
NO. 7,116,249

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| front-end file server | '249 Patent - Col. 16, lines 37-52. | A local file server for managing input data. | *See Fig. 14; Col. 16, lines 37-52,* ("In another embodiment, HCS can be used as a complementary component of a more standard, operating system-based file system by combining the NLFS described above with a file system front-end. This approach is depicted in FIG. 14, which shows NLFS and a <u>file server front-end. This file is effectively cached in the local front-end file system, which allows the file server to employ normal file system protocols and algorithms for managing the open file.</u> By ensuring that <u>only the front-end file server communicates with the NLFS</u> and by employing normal file system locking and consistency mechanisms, there is no possibility that the files stored in the NLFS become inconsistent with those in the <u>file server's local file system.</u> When all clients close the file, the file server writes back the file to the NLFS and frees up the corresponding storage in the <u>local file server.</u>").<br><br>*See Col. 17, lines 6-9,* ("There are <u>many ways to build the front-end file server based on well-known techniques for file system design and whole file caching, but in one embodiment, the well-known unix file system (UFS) is extended to interface with NLFS.</u>").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "front-end file server" to be defined in the specification to mean a local file server for managing input data. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| back-end storage system | '249 Patent – See, e.g., Col. 15, lines 52-59 and Col. 16, lines 37-52. | A non-local, near-line storage system that only communicates with the front-end file server. | *See Fig. 13; Col. 15, lines 52-59,* ("A disk-based, on-line backup system, where access is slower than a native file system but faster than a traditional backup system (e.g., based on tape), is often called <u>"near-line" storage</u> to describe the compromise between a high-performance, on-line file system and low-performance, off-line backup system. Thus, herein, the file system depicted in FIG. 13 is called a <u>near-line file system (NLFS)</u>".").<br><br>*See Fig. 14; Col. 16, lines 37-52,* ("In another embodiment, HCS can be used as a complementary component of a more standard, operating system-based file system by combining the NLFS described above with a file system front-end. This approach is depicted in FIG. 14, which shows <u>NLFS</u> and a file server front-end. This file is effectively cached in the local front-end file system, which allows the file server to employ normal file system protocols and algorithms for managing the open file. By ensuring that <u>only the front-end file server communicates with the NLFS</u> and by employing normal file system locking and consistency mechanisms, there is no possibility that the files stored in the NLFS become inconsistent with those in the file server's local file system. When all clients close the file, the file server writes back the file to the NLFS and frees up the corresponding storage in the local file server.").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "back-end storage system" to be defined in the specification to mean a non-local, near-line storage system that only communicates with the front-end file server. |
| network file system interface | Ordinary meaning - http://wordnet.princeton.edu/ - an interface is a "computer circuit consisting of the hardware and associated circuitry that links one device with another." | A computer circuit consisting of the hardware and associated circuitry that links one device with another. | *See Claim 25,* ("The network file system interface transfers contents of the file between the local front-end file system and the non-local, near-line back-end storage system.").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "network file system interface" to mean a computer circuit consisting of the hardware and associated circuitry that links one device with another. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| contents of the file | '249 Patent – See, e.g., Col. 7, lines 48-57. | The contents of the input data. | *See Col. 7, lines 48-57*, ("Because this scheme is guided by the content of the input, it is described herein as "content-induced segmentation". By applying content-induced segmentation to an input stream with repeated patterns across very large time scales (i.e., exhibiting LRD statistics), the same segments are created without having to keep track of the entire history of data patterns that have been seen in the past. That is, the segmentation process can simply segment the input based on the input itself without having to search over the existing data patterns already found.").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "contents of the file" to be defined in the specification to mean the contents of the input data. |

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT
NO. 7,116,249

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| caches/caching | '249 Patent - See, e.g., Col. 4, lines 46-48. | Caching is an approach to reduce network traffic, where a request for data is not sent over a network if a copy of the data is available locally in a cache. | *See Col. 4, lines 46-48,* ("An alternative approach to reduce network traffic involves caching, where a request for data is not sent over the network if a copy of the data is available locally in a cache."). <br><br> *See Col. 4, lines 55 to Col. 5, line 3,* ("While caching is good for blocks of data that do not change and are not found in similar forms under different names, improvements are still needed in many cases. In file caching, the unit of caching is typically a block of a file or the whole file. If the same data is present in a different file, or two files have only small differences, caching will not remove the redundancies or exploit them to reduce communication costs. Even if a data object is segmented into many blocks and each of the blocks is cached separately, the net result is still inefficient because a small insertion or deletion of data in the underlying object will cause the data to shift through many (if not all) of the blocks and thus nullify the benefits of caching."). <br><br> *See Fig. 14; Col. 16, lines 37-52,* ("In another embodiment, HCS can be used as a complementary component of a more standard, operating system-based file system by combining the NLFS described above with a file system front-end. This approach is depicted in FIG. 14, which shows NLFS and a file server front-end. This file is effectively cached in the local front-end file system, which allows the file server to employ normal file system protocols and algorithms for managing the open file. By ensuring that only the front-end file server communicates with the NLFS and by employing normal file system locking and consistency mechanisms, there is no possibility that the files stored in the NLFS become inconsistent with those in the file server's local file system. When all clients close the file, the file server writes back the file to the NLFS and frees up the corresponding storage in the local file server."). <br><br> Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "caching" to be defined in the specification to mean an approach to reduce network traffic, where a request for data is not sent over a network if a copy of the data is available locally in a cache. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 7,116,249 |
|---|---|---|---|
| association (between the file and the list) | '249 Patent – See, e.g., Col. 6, lines 33-45 and Col. 9, lines 29-34. | A binding between the segment data and the reference label. | *See Fig. 2; Col. 6, lines 33-45,* ("As shown there, an encoder has an input for receiving input data and inputs for parameters, such as target segment size, window size and other control parameters, as well as outputs for the output data and <u>bindings generated in the encoding process, which are stored in a persistent segment store (PSS) 210</u> as needed. In operation, encoder 140 would process input data, identify segments of data, replace the segment's data with a reference, <u>provide the segment data and a segment reference to PSS 142 in the form of a binding</u> and output the encoded data. The encoded output data might include unreferenced segment data, embedded bindings and/or reference labels for referenced segments.").<br><br>*See Fig. 3; Col. 9, lines 29-34,* ("Continuing the description of the encoding process, if an acceptable segment (usually an identical segment, but in special cases, complete identity is not required) is not present, a new unique name is assigned to the new segment and the <u>binding (reference label, segment data)</u> is entered into the PSS.").<br><br>Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "association (between the file and the list)" to be defined in the specification to mean a binding between the segment data and the reference label. |
| is being accessed | Ordinary meaning - http://wordnet.princeton.edu/ - access is to "obtain or retrieve from a storage device; as of information on a computer." | Obtaining or retrieving from a storage device; as of information on a computer. | Dr. Mazieres will testify that one of ordinary skill in the art would understand the term "is being accessed" to mean obtaining or retrieving from a storage device; as of information on a computer. |

W02-WEST:400831326.1

Case No. C-07-04161-WHA

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT NO. 7,116,249

**EXHIBIT 2**

**QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT NO. 5,990,810 [PATENT L. R. 4-2]**

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| block | '810 Patent – See, e.g., col. 2, lines 52-61. | Zero or more bits or bytes of digital data. | *See, Abstract,* ("Blocks can be partitioned into subblocks using a variety of methods, including methods that place subblock boundaries at fixed positions (FIG. 3), methods that place subblock boundaries at data-dependent positions (FIG. 3), and methods that yield multiple overlapping subblocks (FIG. 6)."). <br><br> *See col. 2, lines 52-61,* ("The <u>term block</u> and subblock both <u>refer, without limitation, to finite blocks or infinite blocks (sometimes called streams) of zero or more bits or bytes of digital data. Although the two different terms ("blocks" and "subblock") essentially describe the same substance (digital data), the two different terms have been employed in this specification to indicate the role that a particular piece of data is playing. The term "block" is usually used to refer to raw data to be manipulated by aspects of the invention.</u> The term "subblock" is usually used to refer to a part of a block. "Blocks" are "partitioned" into "subblocks"."). <br><br> *See col. 13, lines 49-52,* ("The main mechanism of complexity introduced by many aspects of the invention is the <u>partitioning of blocks (e.g. files) into subblocks,</u> and the subsequent re-assembly of such subblocks."). <br><br> Dr. Verdu will testify that one of ordinary skill in the art would understand the term "block" to be defined in the specification to mean zero or more bits or bytes of digital data. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|------|-------------|--------------------------|------------------------------------------|
| subblock | '810 Patent – See, e.g., col. 2, lines 52-61. | A part of a block. | *See, Abstract*, ("Blocks can be partitioned into subblocks using a variety of methods, including methods that place subblock boundaries at fixed positions (FIG. 3), methods that place subblock boundaries at data-dependent positions (FIG. 3), and methods that yield multiple overlapping subblocks (FIG. 6)."). <br><br> *See col. 2, lines 52-61*, ("The term block and subblock both refer, without limitation, to finite blocks or infinite blocks (sometimes called streams) of zero or more bits or bytes of digital data. Although the two different terms ("blocks" and "subblock") essentially describe the same substance (digital data), the two different terms have been employed in this specification to indicate the role that a particular piece of data is playing. The term "block" is usually used to refer to raw data to be manipulated by aspects of the invention. The term "subblock" is usually used to refer to a part of a block. "Blocks" are "partitioned" into "subblocks"."). <br><br> Dr. Verdu will testify that one of ordinary skill in the art would understand the term "subblock" to be defined in the specification to mean a part of a block. |
| digital data | ordinary meaning – http://www.pcmag.com/encyclopedia_term/ - digital data is "data in digital form" and "all data in the computer is in digital form." | Data in digital form, including computer data. | Dr. Verdu will testify that one of ordinary skill in the art would understand the term "digital data" to mean data in digital form, including computer data. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| partitioning | '810 Patent – See, e.g., col. 2, lines 62-67. | Dividing a block into subblocks. | *See, Abstract*, ("Blocks can be partitioned into subblocks using a variety of methods, including methods that place subblock boundaries at fixed positions (FIG. 3), methods that place subblock boundaries at data-dependent positions (FIG. 3), and methods that yield multiple overlapping subblocks (FIG. 6).").<br><br>*See col. 2, lines 62-67*, ("The term partition has its usual meaning of exhaustively dividing an entity into mutually exclusive parts. However, within this specification, the term also includes cases where: Not all of the block is subdivided. Multiple overlapping subblocks are formed.").<br><br>Dr. Verdu will testify that one of ordinary skill in the art would understand the term "partitioning" to be defined in the specification to mean dividing a block into subblocks. |

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT
NO. 5,990,810

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| at least one position k\|k+1 | '810 Patent – See, e.g., Figures 4 and 10-13. | A location between the kth element (bit or byte) and the (k+1)th element of the block, wherein k is a natural number. | *See, Figure 4, col. 7, lines 43-44,* ("FIG. 4 depicts the data-dependent partitioning of a block b of data into subblocks using a constraint F."). |
| | | | *See, Figure 10, col. 7, lines 57-60,* ("FIG. 10 depicts a method (and apparatus) for the partitioning of a block b into subblocks using a constraint F, and the calculation of the hashes of the subblocks using hash function H."). |
| | | | *See, Figure 11, col. 7, lines 61-64,* ("FIG. 11 depicts the partitioning of a block b into subblocks using a constraint F, and the projection of those subblocks into a structure consisting of subblock hashes, subblock data, and subblock references."). |
| | | | *See, Figure 12, col. 7, lines 65-67,* ("FIG. 12 depicts a method (and apparatus) for partitioning two blocks b1 and b2 into subblocks, using a constraint F, and then comparing the subblocks."). |
| | | | *See, Figure 13, col. 8, lines 1-6,* ("FIG. 13 depicts a method (and apparatus) for the partitioning using a constraint F, of two blocks b1 and b2 into subblocks, the calculation of the hashes of the subblocks, and the comparison of those hashes with each other to determine (among other things) subblocks common to both b1 and b2."). |
| | | | *See, Figure 24, col. 8, lines 42-45,* ("FIG. 24 depicts a method (and apparatus) for the partitioning of a block b into subblocks using constraint F, and the projection of those subblocks into a table of subblock hashes."). |
| | | | Dr. Verdu will testify that one of ordinary skill in the art would understand the term "at least one position k\|k+1" to be defined in the specification to mean a location between the kth element (bit or byte) and the (k+1)th element of the block, wherein k is a natural number. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| b[k-A+1 . . . k+B] | '810 Patent – See, e.g., Figures 4, 10-13, and 24. | A sliding window defined by block elements (bits or bytes) ranging from the (k-A+1)th element up to and including the (k+B)th element, wherein k, A, and B are natural numbers. | *See, Figure 4, col. 7, lines 43-44,* ("FIG. 4 depicts the data-dependent partitioning of a block b of data into subblocks using a constraint F."). *See, Figure 5, col. 7, lines 45-46,* ("FIG. 5 depicts the search within a block b for a subblock boundary using a constraint F."). *See, Figure 10, col. 7, lines 57-60,* ("FIG. 10 depicts a method (and apparatus) for the partitioning of a block b into subblocks using a constraint F, and the calculation of the hashes of the subblocks using hash function H."). *See, Figure 11, col. 7, lines 61-64,* ("FIG. 11 depicts the partitioning of a block b into subblocks using a constraint F, and the projection of those subblocks into a structure consisting of subblock hashes, subblock data, and subblock references."). *See, Figure 12, col. 7, lines 65-67,* ("FIG. 12 depicts a method (and apparatus) for partitioning two blocks b1 and b2 into subblocks, using a constraint F, and then comparing the subblocks."). *See, Figure 13, col. 8, lines 1-6,* ("FIG. 13 depicts a method (and apparatus) for the partitioning using a constraint F, of two blocks b1 and b2 into subblocks, the calculation of the hashes of the subblocks using H, and the comparison of those hashes with each other to determine (among other things) subblocks common to both b1 and b2."). *See, Figure 24, col. 8, lines 42-45,* ("FIG. 24 depicts a method (and apparatus) for the partitioning of a block b into subblocks using constraint F, and the projection of those subblocks into a table of subblock hashes."). *See, col. 18, lines 9-23,* ("In this example, an example hash function H will be used to partition the block. Boundaries will be represented by pairs such as $B_6|b_7$. We will assume that H returns a boolean value based on its argument and that a boundary is to be placed at each $b_i|b_{i+1}$ for which $H(b_{i-2}, b_{i-1}, b_i)$ evaluates to true. As the hash function accepts 3 byte arguments, <u>we start at $b_3|b_4$ and</u> |

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT
NO. 5,990,810

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| | | | evaluate $H(b_1, b_2, b_3)$. This turns out to be false (for the purposes of example), so we move to $b_4 \mid b_5$ and evaluate $H(b_2, b_3, b_4)$. This turns out to be true, so a boundary is placed at $b_4 \mid b_5$. Next, we move to $b_5 \mid b_6$ and evaluate $H(b_3, b_4, b_5)$. This turns out to be false so we move on. $H(b_4, b_5, b_6)$ is true so we place a boundary at $b_6 \mid b_7$. This process continues until the end of the block is reached."). <br><br> *See, col. 18, lines 35-40,* ("For example, the Internet IP checksum is organized so that a single running checksum value can be maintained, with bytes entering the window being added to the checksum, and bytes exiting the window being subtracted from the checksum."). <br><br> Dr. Verdu will testify that one of ordinary skill in the art would understand the term "b[k-A+1 . . . k+B]" to be defined in the specification to mean a fixed length sliding window defined by block elements (bits or bytes) ranging from the (k-A+1)th element up to and including the (k+B)th element, wherein k, A, and B are natural numbers. |

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT
NO. 5,990,810

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| predetermined constraint | '810 Patent – See, e.g.: Figures 4, 10-13, and 24; Col. 13, line 66 to Col. 14, line 7; and Col. 18, lines 9-23. | Criteria for identifying a subblock boundary. | *See, Figure 4, col. 7, lines 43-44,* ("FIG. 4 depicts the data-dependent partitioning of a block b of data into subblocks using a constraint F."). <br><br> *See, Figure 5, col. 7, lines 45-46,* ("FIG. 5 depicts the search within a block b for a subblock boundary using a constraint F."). <br><br> *See, Figure 10, col. 7, lines 57-60,* ("FIG. 10 depicts a method (and apparatus) for the partitioning of a block b into subblocks using a constraint F, and the calculation of the hashes of the subblocks using hash function H."). <br><br> *See, Figure 11, col. 7, lines 61-64,* ("FIG. 11 depicts the partitioning of a block b into subblocks using a constraint F, and the projection of those subblocks into a structure consisting of subblock hashes, subblock data, and subblock references."). <br><br> *See, Figure 12, col. 7, lines 65-67,* ("FIG. 12 depicts a method (and apparatus) for partitioning two blocks b1 and b2 into subblocks, using a constraint F, and then comparing the subblocks."). <br><br> *See, Figure 13, col. 8, lines 1-6,* ("FIG. 13 depicts a method (and apparatus) for the partitioning using a constraint F, of two blocks b1 and b2 into subblocks, the calculation of the hashes of the subblocks using H, and the comparison of those hashes with each other to determine (among other things) subblocks common to both b1 and b2."). <br><br> *See, Figure 24, col. 8, lines 42-45,* ("FIG. 24 depicts a method (and apparatus) for the partitioning of a block b into subblocks using constraint F, and the projection of those subblocks into a table of subblock hashes."). <br><br> *See, Col. 13, line 66 to Col. 14, line 7,* ("Although the requirements for the block partitioning <u>constraint</u> (e.g. in the form of a constraint function F) are not stringent, care should be taken to select a function that suits the application to which it is to be applied. In situation where the data is highly structured and knowledge of the data is available, a choice of an F that tends to place <u>subblock boundaries</u> at positions in the data that correspond to obvious boundaries in the data could be advantageous."). |

-7-

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT
NO. 5,990,810

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| | | | *See, Col. 18, lines 9-23,* ("In this example, an example hash function H will be used to partition the block. <u>Boundaries</u> will be represented by pairs such as $B_6|b_7$. We will assume that H returns a boolean value based on its argument and that a <u>boundary</u> is to be placed at each $b_i|b_{i+1}$ for which $H(b_{i-2}, b_{i-1}, b_i)$ evaluates to true.<br><br>Dr. Verdu will testify that one of ordinary skill in the art would understand the term "predetermined constraint" to be defined in the specification to mean a function that accepts a block of bytes of length A+B and returns a boolean value to indicate whether a boundary should be placed between the A and B parts of the window. |
| natural number | '810 Patent – See, e.g., col. 3, lines 1-2. | A non-negative integer. | *See, col. 3, lines 1-2,* ("<u>A natural number is a non-negative integer (0, 1, 2, 3, 4, 5, . . . ).</u>").<br><br>Dr. Verdu will testify that one of ordinary skill in the art would understand the term "natural number" to be defined in the specification to mean a non-negative integer. |
| hash | '810 Patent – See, e.g., col. 10, line 65 to col. 11, line 6. | A shorter output block of digital data that is based on an input block of digital data. | *See, col. 2, lines 22-25,* ("The hash function <u>maps</u> each subblock into a <u>small tractable value (e.g. 128 bits)</u> that provides an identity of the subblock. <u>These hashes</u> can usually be manipulated more efficiently than their corresponding subblocks.").<br><br>*See, col. 10, line 65 to col. 11, line 6,* ("A hash function accepts a variable-length input block of bits and generates an output block of bits that is based on the input block. Most hash functions guarantee that the output block will be of a particular length (e.g. 16 bits) and aspire to provide a random, but deterministic, mapping between the infinite set of input blocks and the finite set of output blocks. The property of randomness enables these outputs, called "hashes", to act as easily manipulated representatives of the original block.").<br><br>Dr. Verdu will testify that one of ordinary skill in the art would understand the term "hash" to be defined in the specification to mean a shorter output block of digital data that is based on an input block of digital data. |

QUANTUM'S PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE REGARDING U.S. PATENT
NO. 5,990,810

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| hierarchy | Ordinary meaning - http://www.domainhandbook.com/gloss.html - a hierarchy is "a system or series of terms of successive rank (as classes, orders, genera, species, etc.), used in classification." | A system or series of terms of successive rank. | *See, col. 7, lines 54-56,* ("FIG. 9 shows how subblocks can be organized into a hierarchy. Such a hierarchy can be constructed by progressively restricting a constraint F."). <br><br> Dr. Verdu will testify that one of ordinary skill in the art would understand the term "hierarchy" to mean a system or series of terms of successive rank. |
| contiguous subblocks | '810 Patent – See, e.g., col. 10, lines 3-21. | A range of subblocks. | *See, col. 10, lines 3-21,* ("In any situation where a group of values that have contiguous values (e.g. 6, 7, 8, 9) is to be communicated or stored, such a group can be represented using a range (e.g. 6-9) which may take up less communication time or storage space. Ranges can be applied to all kinds of things, such as index values and subblock numbers. In particular, if an entity notices that the references (to subblocks) that it is about to transmit are contiguous, it can replace the references with a range. Ranges can be represented in any way that identifies the first and last element of the range. Three common representations are: <br> The first and last element of the range. <br> The first element and the length of the range. <br> The last element and the length of the range. <br><br> The concept of range can be generalized to include the compression of any group of values that exhibit compressible structure."). <br><br> Dr. Verdu will testify that one of ordinary skill in the art would understand the term "contiguous subblocks" to be defined in the specification to mean a range of subblocks. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| projection | '810 Patent – See, e.g., Claim 8; and Figure 17, col. 8, lines 17-21. | An ordered or unordered collection of elements. | *See, Claim 8,* ("The method of claim 1, further comprising the step of: forming <u>a projection</u> of said block, <u>being an ordered or unordered collection of elements</u>, wherein each element consists of a subblock, an identity of a subblock, or a reference of a subblock."). *See, Figure 17, col. 8, lines 17-21,* ("FIG. 17 depicts a method (and apparatus) for the construction of a block D from which X may be later reconstructed, given Y. In this case, the entity constructing D does not have access to Y, only to a <u>projection</u> of Y (being perhaps the hashes of the subblocks of Y)."). Dr. Verdu will testify that one of ordinary skill in the art would understand the term "projection" to be defined in the specification to mean an ordered or unordered collection of elements. |
| identity of a subblock | '810 Patent – See, e.g., col. 9, lines 27-38. | Any piece of information that could be used in place of the subblock for the purpose of comparison for identicality. | *See, col. 9, lines 27-38,* ("The <u>identity of a subblock means any piece of information that could be used in place of the subblock for the purpose of comparison for identicality. Identities include, but are not limited to:</u> <br> The subblock itself. <br> A hash of the subblock. <br> <br> <u>The subblock acts as its own identity because subblocks themselves can be compared with each other. Hashes of subblocks also act as identities of subblocks because hashes of subblocks can be compared with each other to determine if their corresponding subblocks are identical</u>."). Dr. Verdu will testify that one of ordinary skill in the art would understand the term "identity of a subblock" to be defined in the specification to mean any piece of information that could be used in place of the subblock for the purpose of comparison for identicality. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| reference of a subblock | '810 Patent – See, e.g., col. 9, lines 39-60. | Any piece of information that could be used in practice by one entity to identify to another entity (or itself) a particular subblock. | *See, col. 9, lines 39-60*, ("A reference to a subblock means any piece of information that could be used in practice by one entity to identify to another entity (or itself) a particularly valued subblock, where the two entities may already share some knowledge. For example, the two entities might each possess the knowledge that the other entity already possesses ten subblocks of known values having particular index values numbered one to ten. Once two entities have a basis of shared knowledge, it is possible for them to identify a subblock in ways more concise than the transmission of an identity. A reference to a particularly valued subblock can take (without limitation) the following forms: An identity. An identifying number of a subblocks possessed by the receiver. An identifying number of a subblock previously transmitted between the two communicants. The location of the subblock in some shared data space. As relative subblocks number. Ranges of the above."). Dr. Verdu will testify that one of ordinary skill in the art would understand the term "reference of a subblock" to be defined in the specification to mean any piece of information that could be used in practice by one entity to identify to another entity (or itself) a particular subblock. |

| Term | Term Source | Proposed Term Definition | Citations from U.S. Patent No. 5,990,810 |
|---|---|---|---|
| data structure | '810 Patent – See, e.g., col. 16, lines 16-30. | A structure for maintaining subblocks or references to the subblocks. | *See, col. 16, lines 16-30*, ("In most cases, the problem is best solved by creating a <u>data structure that maintains the subblocks, or references to the subblocks, in sorted order</u>, and then inserts each subblock one at a time into the data structure. Not only does this identify all currently identical subblocks, but it also establishes <u>a structure that can be used to determine quickly whether incoming subblocks are identical to any of those already held</u>. The following <u>data structures</u> are described in the books referenced above and provide just a sample of the structures that could be used: <u>Hash tables.</u> <u>Sorted trees (binary, N-ary, AVL).</u> <u>Sorted linked lists.</u> <u>Sorted arrays</u>."). <br><br> *See, col. 18, lines 60-62*, ("However, the table of hashes could be stored in a wide variety of <u>data structures (e.g. hash tables, binary trees)</u>."). <br><br> *See, col. 22, lines 28-32*, ("Although a <u>hash table</u> is used in this example, <u>many other data structures (e.g. a binary tree) could also be used to map</u> cryptographic hashes to subblock entries."). <br><br> Dr. Verdu will testify that one of ordinary skill in the art would understand the term "data structure" to be defined in the specification to mean a structure for maintaining subblocks or references to the subblocks. |