# EXHIBIT D

# MICROSOFT PRESS®

# COMPUTER DICTIONARY

## SECOND EDITION



## THE COMPREHENSIVE STANDARD FOR BUSINESS, SCHOOL, LIBRARY, AND HOME



Microsoft PRESS®

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1994 by Microsoft Press

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data

Microsoft Press computer dictionary : the comprehensive standard for
    business, school, library, and home / Microsoft Press. -- 2nd ed.
       p.  cm.
    ISBN 1-55615-597-2
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
I. Microsoft Press.   II. Title: Computer dictionary.
QA76.15.M54   1993
004'.03--dc20                                              93-29868
                                                              CIP

Printed and bound in the United States of America.

5 6 7 8 9   MLML   9 8 7 6 5

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

Distributed to the book trade outside the United States and Canada by Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182-190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.

**Project Editor:** Casey D. Doyle
**Manuscript Editor:** Alice Copp Smith
**Technical Editors:** Mary DeJong, Jeff Carey, Dail Magee, Jr., Jim Fuchs, Seth McEvoy



are low. (Damage to living tissue is caused by the combination of voltage and current, not voltage alone.) The discharge of static electricity through an electronic circuit, however, often damages the circuit because most integrated circuits are rated for maximum voltages far lower than those present in static charges.

**static RAM** Abbreviated SRAM (pronounced "ess-ram"). A form of semiconductor memory (RAM). Static RAM storage is based on the logic circuit known as a flip-flop, which retains the information stored in it as long as there is enough power to run the device. A static RAM chip can store only about one-fourth as much data as a dynamic RAM chip of the same complexity, but static RAM does not require refreshing and is usually much faster than dynamic RAM. It is also more expensive. Static RAMs are usually reserved for use in caches. *Compare* dynamic RAM; *see also* RAM.

**statistical multiplexer** A multiplexing device that adds "intelligence" to time-division multiplexing by using buffering (temporary storage) and a microprocessor, both to combine separate transmission streams into a single signal and to allocate available bandwidth dynamically (on an ongoing basis) to make efficient use of the communications channel.

**statistics** The branch of mathematics that deals with the relationships among and between groups of measurements, and with the relevance of similarities and differences in those relationships. *See also* probability.

**stat mux** *See* statistical multiplexer.

**status** Also called state. The condition at a particular time of any of numerous elements of computing—a device, a communications channel, a network station, a program, a bit, a byte, and so on. *Status* is used in various ways to report on or to control computer operations. Application programs, for example, often use status lines to display messages for the user. Internally, programs also rely on specified bits, bytes, or registers to hold information or to record the outcome of an operation. All types of hardware use external lights, code numbers, or beeps to report on device activity or availability—for example, a light on the keyboard that is turned on when the Caps Lock key is pressed, or a number, light, beep, or message on a printer that indicates the device is on line, off line, or disabled by a paper jam.

**stepper motor** A mechanical device that rotates only a fixed distance each time it receives an electrical pulse. Stepper motors are used in some disk drives to move the actuator arm holding the read/write heads.

**step-rate time** The time required to move a disk actuator arm from one track to the next. The term derives from the use of a stepper motor to move the actuator arm. *See also* stepper motor.

**stochastic** Based on chance (random) occurrences. For example, a stochastic model attempts to describe a system by taking into account random events as well as planned events.

**stop bit** In asynchronous transmission, a bit that signals the end of a character. Depending on the conventions used, the data bits composing the character can be followed by 1, 1.5, or 2 stop bits.

**storage** In computing terms, any physical device in or on which computer information can be kept. A microcomputer has two main types of storage. Its random access memory (RAM) represents temporary storage that the microprocessor uses for programs, work in progress, and various types of internal-work-control information. The computer's disk drives and other external storage media represent facilities for holding information on a more permanent basis, available but out of the way until it is needed by the microprocessor. A computer has other types of storage as well. Its read-only memory (ROM) is a permanent, non-erasable medium for holding necessary information, including startup instructions and input/output procedures. In addition, a computer uses various buffers—reserved areas of memory—as temporary holding areas for specific information, such as characters to be sent to the printer or characters being read from the keyboard.

**storage device** Any apparatus for recording computer data in permanent or semipermanent form. A disk drive, along with the disks it records on, is a storage device.

Sometimes a computer is said to have primary



(or main) and secondary (or auxiliary) storage devices. When this distinction is made, the primary storage device is the computer's random access memory (RAM)—impermanent, but a storage device nevertheless, however temporary its contents. The secondary storage includes the computer's more permanent storage devices, such as disk and tape drives.

**storage location** The position at which a particular item can be found. A storage location can be an addressed (uniquely numbered) location in memory or it can be a uniquely identified location on disk, tape, or a similar medium—for example, a particular side, track, and sector on a disk.

**storage media** The various types of physical material on which data bits are written and stored. Common storage media for computer data are floppy disks, hard disks, tape, optical discs, and (for output only) paper.

**storage tube** *See* direct view storage tube.

**store-and-forward** A message-passing technique used on communications networks in which a message is held temporarily at a "collecting" station between the sender and receiver before being forwarded to its intended destination. Store-and-forward message routing can take longer than communication via direct, physical connections, but it offers several advantages, especially over large networks separated by long distances: It minimizes or eliminates "traffic jams" and thus contributes to effective use of communications lines; it allows messages to be sent to machines or networks even when they are not on line; and it enables transmission during off hours, when traffic or costs are lowest.

**stored program concept** The underlying concept of most system architectures today, credited largely (although not exclusively) to John von Neumann. The concept is that both programs and data are in direct access storage (random access memory, or RAM), allowing code and data to be treated interchangeably (including modifications to both) and avoiding the timing problems involved when code is located on a sequential storage medium (as was the case in many early computers). *See also* von Neumann architecture.

**straight-line code** Program code that follows a direct sequence of statements, rather than skipping ahead or jumping back via transfer statements such as GOTO, JUMP, and so on. *Compare* spaghetti code; *see also* GOTO statement.

**streaming tape** *See* tape.

**stream-oriented file** A file used to store a more-or-less-continuous series of bits, bytes, or other small, structurally uniform units.

**strikethrough** One or more lines drawn through a selected range of text. Marking text in this way indicates that the text is to be deleted at some future time. A strikethrough is implemented on printers in different ways: Text-based printers overstrike hyphens on the text; graphic printers, such as laser printers, can actually draw a line through the text.

**string** A data structure composed of a sequence of characters, usually representing human-readable text. A string's current length (the actual sequence stored) might not be the same as its allotted maximum size; consequently, some languages provide a way of determining current length, usually by using a delimiting character at the end or by counting the number of characters.

**string variable** An arbitrary name assigned by the programmer to a string of alphanumeric characters; after making the assignment, the programmer can use or change the contents of the string by simply referencing the string variable name. Not all programming languages support string variables. *See also* string.

**strobe** A timing signal that initiates and coordinates the passage of data, typically through an input/output (I/O) device interface, such as a keyboard or printer port.

**stroke** In data entry, a keystroke—a signal to the computer that a key has been pressed; in typography, a line representing part of a letter; in paint programs, a "swipe" of the paintbrush made with mouse or keyboard in creating a graphic; in display technology, a line created as a vector (a path between two coordinates) on a vector graphics display (as opposed to a line of pixels drawn dot by dot on a raster graphics display).

**stroke font** A font printed by drawing a combina-