# EXHIBIT C

## Exhibit C

## Examples of Quantum's Production of Irrelevant and Non-responsive Documents

\* The following are merely examples of Quantum's production of irrelevant documents through its first one million pages of production.  Because an additional 750,000 pages were produced in only the last few weeks, Riverbed has not yet had an opportunity to review and to incorporate such documents into this exhibit.  If asked by the Court, Riverbed would be willing to deliver these documents and others to the Court for its review.

\* According to its own verified interrogatory response, Quantum and predecessor company, ADIC, did not incorporate data deduplication technology into its products until 2007.  It also did not acquire data deduplication technology until 2006.  Accordingly, any documents dated from prior to these dates from Quantum or ADIC are irrelevant and non-responsive to Riverbed's document requests.  ADIC had StorNext products prior to such dates; however, according to Quantum's verified interrogatory responses, such products did not have deduplication capability.

| Description | Beginning Bates # | Bases for Irrelevance |
|---|---|---|
| ADIC Tape Format Specification | QU00005665 | Dated Jul. 14, 2000; Prior to Data Deduplication |
| ADIC Foreign Migration Speedup Enhancement | QU00006248 | Dated Dec. 6, 2004; Prior to Data Deduplication |
| ADIC Intel Team FY '03 Business Plan | QU00058204 | Dated 2002; Prior to Data Deduplication |
| ADIC Product Evaluation | QU00068897 | Dated Oct. 6, 2003; Prior to Data Deduplication |
| ADIC - EMC Performance Analysis | QU00069204 | Dated Nov. 26, 2003; Prior to Data Deduplication |
| StorNext 2.7 Presentation | QU00116406 | Prior to Data Deduplication |
| StorNext 2.8 | QU00116930 | Prior to Data Deduplication |
| ADIC Penguin products, | QU00117646 | Dated 2003; Prior to Data Deduplication |
| ADIC e-mail regarding marketing | QU00121825 | Dated 2005; Prior to Data Deduplication |
| ADIC e-mail regarding StorNext | QU00123004 | Dated 2004; Prior to Data Deduplication |
| ADIC Customer Contact Information | QU00124151 | Dated 2005; Prior to Data Deduplication |
| ADIC StorNext Test Matrix | QU00124781 | Dated 2003; Prior to Data Deduplication |
| StorNext 2.2 | QU00125950 | Dated circa 2003; Prior to Data Deduplication |
| ADIC E-mail re: StorNext | QU00126316 | Dated 2005; Prior to Data Deduplication |

| | | |
|---|---|---|
| ADIC E-mail re: StorNext | QU00126495 | Dated 2005; Prior to Data Deduplication |
| ADIC E-mail re: StorNext | QU00126544 | Dated 2005; Prior to Data Deduplication |
| ADIC StorNext Filesystem Guide | QU00126569 | Dated 2005; Prior to Data Deduplication |
| ADIC StorNext Accounting | QU00132072 | Dated 2004-2005; Prior to Data Deduplication |
| ADIC E-mail re: StorNext | QU00135122 | Dated 2002; ADIC E-mail re: StorNext |
| ADIC Excel Spreadsheet | QU00152844 | Dated 2/2006; Prior to Data Deduplication (3,174 pages long) |
| ADIC Sales Info, StorNext 2.5 | QU00157105 | Prior to Data Deduplication |
| ADIC E-mail re: Professional Services | QU00200162 | Dated 2004; Prior to Data Deduplication |
| ADIC Sales Information | QU00200200 | Dated 2004; Prior to Data Deduplication |
| ADIC E-mail re: Pricing | QU00257641 | Dated 2005; Prior to Data Deduplication |
| ADIC E-mail | QU00260812 | Dated 2004; Prior to Data Deduplication |
| ADIC inventory spreadsheet | QU00284382; QU00238091. | Dated 2000-2005; Prior to Data Deduplication; 678 pages and 538 pages |
| ADIC StorNext Info | QU00340605 | Dated 2004; Prior to Data Deduplication |
| ADIC StorNext 2.5 | QU00343151 | Prior to Data Deduplication |
| Oracle Corporation documentation | QU00369274 | Not related to Quantum's data deduplication |
| StorNext 2.6 Sales Data Powerpoint | QU00408094 | Dated Sep. 2005; Prior to Data Deduplication |
| ADIC E-mail | QU00401118 | Dated 2004; Prior to Data Deduplication |
| ADIC Critical Issues Report | QU00468730 | Dated 2003; Prior to Data Deduplication |
| ADIC e-mails and documents for early versions of StorNext products | QU00477584; QU00477415; QU00478275; QU00478645 | Dated e.g., 2000; Prior to Data Deduplication |
| ADIC Corporate Profile | QU00504220 | Dated 2002; Prior to Data Deduplication |
| ADIC Sales Info 1999-2004 | QU00552237 | Dated 2004; Prior to Data Deduplication |

| StorNext information | QU00630323 | Dated 2005; Prior to Data Deduplication |
|---|---|---|
| StorNext information | QU00630331 | Dated 2005; Prior to Data Deduplication |
| ADIC Penguin Product Specification Form | QU00645043 | Dated 2003; Not related to Data Deduplication |
| vPenguin Product | QU00645066 | Dated 2003; Not related to Data Deduplication |
| CMD Design Specification | QU00645203 | Dated 2000; Not related to Data Deduplication |
| ADIC vPenguin products | QU00691575 | Dated 2003; Prior to Data Deduplication |
| ADIC E-mail re: Unrelated Products | QU00691519 | Dated 2005; Not related to Data Deduplication |
| ADIC Marketing document | QU00691487 | Dated 2005; Not related to Data Deduplication |
| ADIC E-mail re: StorNext | QU00701134 | Dated 2005; Prior to Data Deduplication |
| ADIC E-mail re: StorNext | QU00704306 | Dated 2005; Prior to Data Deduplication |
| Quantum DXi 5500 "European Power Cord Issue" | QU00755736 | Non-responsive to Document Requests |
| Overheating Issues | QU00828934 | Non-responsive to Document Requests |
| ADIC Pathlight VX product | QU00871194 | Not related to Data Deduplication |
| Quantum DXi 3000/5000 | QU01004457 | Not believed to have incorporated Data Deduplication |