IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.

AND RELATED COUNTERCLAIM.

No. C 07-04161 WHA

**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE IN 6/3/2008 LETTER**

The Court is in receipt of defendant's letter of June 3, 2008, concerning a discovery dispute. The parties are **ORDERED** to further meet and confer in the Court's jury room at **8:00 A.M. ON TUESDAY, JUNE 10, 2008**, until **1:15 P.M.,** at which time the Court shall hold a hearing to resolve any remaining issue(s) in dispute. Plaintiff's response to defendant's June 3 letter is due by **9:00 A.M. ON MONDAY, JUNE 9, 2008**.

**IT IS SO ORDERED.**

Dated: June 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE