# EXHIBIT A

| | |
|---|---|
| **From:** | Todd Briggs [toddbriggs@quinnemanuel.com] |
| **Sent:** | Wednesday, November 21, 2007 10:27 AM |
| **To:** | Nate Bruno |
| **Cc:** | Amar Thakur; Claude M. Stern; Andrew Bramhall; Jon Maki |
| **Subject:** | RE: Draft Joint CMC Statement |

Nate:

I made a few modifications to the following paragraph. I will call you to discuss. You have our permission to file with these changes.

Thanks, Todd

*******************************

**EVIDENCE PRESERVATION:**

Electronic discovery, and specifically the preservation of electronically stored information and proper disclosure of electronically stored information, may be an aspect of this case. Counsel for the parties have discussed their mutual need to inform their respective clients of the duty to retain evidence including electronically stored information, and have had the appropriate discussions with their respective clients. The parties have also discussed how they will produce electronically-stored information, and will produce in single-page TIFF format with ~~metadata intact [This requirement seems impossible. Need to discuss.]~~ load files containing the following information associated with the TIFFs: BEGDOC; ENDDOC; BEGATTACH; ENDATTACH. The parties agree to preserve metadata for the electronically-stored information, but will not initially produce the metadata to each other. Should either party wish to see other metadata corresponding to specific documents produced, that party shall make a written request providing the bates ranges of the documents for which it wishes to see further metadata, and specify the metadata it wishes to review (*e.g.*, create date, last modified date, etc.). The party requested to provide further metadata shall comply within a reasonable period of time unless it can demonstrate that the request is manifestly unreasonable. The parties also agree that they may modify this production procedure in the future. Quantum and Riverbed have undertaken "litigation hold" procedures to maintain and preserve potentially relevant information and evidence in this case.

**From:** Nate Bruno [mailto:NBruno@sheppardmullin.com]

6/8/2008

**Sent:** Tuesday, November 20, 2007 4:03 PM
**To:** Todd Briggs
**Cc:** Amar Thakur; Claude M. Stern; Andrew Bramhall; Jon Maki
**Subject:** RE: Draft Joint CMC Statement

Todd:

Attached is a clean revised version of our Joint CMC Statement incorporating Quantum's final edits. Also attached is a redlined version comparing this revised version against the version you provided to us yesterday.

The main issue we discussed on the phone earlier today was whether and how to produce documents with metadata. My understanding after further research is that we will essentially be producing load files to each other containing TIFFs with windows of metadata appended to each TIFF. So we can select which fields of metadata to append to the TIFFS, if any, without a problem and in the normal course of production. I understand this to be the common practice. Our recommendation and past practice is to at least exchange the metadata that indicates the "endposts" of the documents, i.e., the beginning and ending bates number of each document. At this point we also agree it is not necessary to produce full metadata including all other metadata fields (last modified date, last accessed date, etc.) to each other. However, all metadata should be preserved, and there should be some mechanism by which the parties can request further metadata from each other as to specific documents of interest without a hassle or fight, unless the requests are manifestly unreasonable. We should also leave the door open to revisiting our production procedure later if it becomes necessary or desirable. Please review the Statement to see how I have tried to address this issue, consult your vendor, and let me know if you have any questions.

Once you provide me any final edits and we agree upon a final version, our firm can be in charge of filing the Statement tomorrow. Thanks, Nate

**Nathaniel Bruno, Esq.** | Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor, San Francisco, CA 94111 | Direct Dial: 415-774-2984 | Direct Fax: 415-403-6095
Biography: http://www.smrh.com/attorneys-425.html

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, November 19, 2007 9:19 AM
**To:** Nate Bruno
**Cc:** Amar Thakur; Claude M. Stern; Andrew Bramhall; Todd Briggs
**Subject:** RE: Draft Joint CMC Statement

Nate:

Attached is a revised version of the joint CMC statement (and a redline). We triggered the patent local rule dates off of the 11/29 CMC date. This pushed them slightly. I also allotted an extra week between the infringement contentions and invalidity contentions because of the holidays in December. There are a few other minor issues we may want to discuss after you have reviewed. I am generally available to talk this afternoon and tomorrow.

Thanks, Todd

---

**From:** Nate Bruno [mailto:NBruno@sheppardmullin.com]
**Sent:** Tuesday, November 06, 2007 4:03 PM
**To:** Todd Briggs
**Cc:** Amar Thakur; Claude M. Stern; Andrew Bramhall
**Subject:** Draft Joint CMC Statement

6/8/2008

Todd:

Attached is a draft of the Joint CMC Statement the parties will need to file with the Court, which it was agreed our firm would take the initial crack at preparing. Because the Court granted the request to hold the CMC on November 29, we calculate this Statement is due by November 22 per Paragraph 2 of Judge Alsup's Supplemental Order (Docket No. 14).

Please review, add portions specific to Riverbed, and/or suggest edits, and return it to us in a format that allows us to view any modifications.

Regards, Nate

<<400512947_2.DOC¤>>


**Nathaniel Bruno, Esq.** | Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor, San Francisco, CA 94111 | Direct Dial: 415-774-2984 | Direct Fax: 415-403-6095
Biography: http://www.smrh.com/attorneys-425.html


This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**Sheppard, Mullin, Richter & Hampton LLP**
Please visit our website at www.sheppardmullin.com

6/8/2008