# EXHIBIT C

**From:** David Wei, Jr. [davidweijr@quinnemanuel.com]
**Sent:** Monday, May 05, 2008 1:48 PM
**To:** Rebecca Hanovice
**Cc:** Claude M. Stern; Todd Briggs; Benjamin Koodrich; Andrew Bramhall; Jane Gorsi; Donna Grimes; David Heisey; Amar Thakur; Nate Bruno; Elizabeth Balfour; Michelle Cepeda; Craig Wendland; Mauricio Flores; David Wei, Jr.
**Subject:** RE: Quick Peek Agreement - Ross Williams Data

Rebecca,

We cannot agree to the quick peek agreement you proposed. From your email, it appears that there are at least 13 gigabytes of files and at least 35,000 individual emails in the collection that Dr. Williams has provided to Quantum to date. This volume is quite impossible for one of Riverbed's attorneys to be able to go through in one or two days, as you proposed. Further, Quantum has not yet to date replied to our request for assurance that Quantum is not attempting to "cost-shift" the review of Dr. Williams' documents for relevance onto Riverbed. Accordingly, Riverbed again requests that Quantum expeditiously review and produce relevant and responsive documents from Dr. Williams' collection as soon as possible and reasonably ahead of Dr. Williams' deposition.

Additionally, due to the significant volume of Dr. Williams' documents and the fact that no significant production has yet occurred with his deposition only two weeks away, Riverbed requests that Quantum agree to limit Dr. Williams' May 21, 2008 deposition to claim construction issues only, and agree to allow Riverbed an additional deposition of Dr. William on non-claim construction issues at a later date. It seems implausible that Quantum will be able to produce his documents reasonably ahead of his deposition, while giving Riverbed enough time to review them to conduct a complete and thorough deposition on all issues. Please let know us know if Quantum will agree to this arrangement.

Regards,
David


-----Original Message-----
From: Rebecca Hanovice [mailto:RHanovice@sheppardmullin.com]
Sent: Sunday, May 04, 2008 4:08 PM
To: David Wei, Jr.
Cc: Claude M. Stern; Todd Briggs; Benjamin Koodrich; Andrew Bramhall; Jane Gorsi; Donna Grimes; David Heisey; Amar Thakur; Nate Bruno; Elizabeth Balfour; Michelle Cepeda; Craig Wendland; Mauricio Flores
Subject: RE: Quick Peek Agreement - Ross Williams Data

David:

Further to your email of yesterday afternoon, I can provide the following information.

1. We believe we can make Ross Williams' first batch of data available tomorrow, May 5, contingent upon the parties signing a mutually acceptable version of the "Quick Peek" agreement. This batch contains approximately 3 GB of data in Mac format. We had to purchase a Mac computer over the weekend to obtain access to the data, so we have not yet had the opportunity to look at it ourselves. We expect to have the data loaded onto the Mac by 9 AM tomorrow morning, but it may be most efficient to call you and have you come to our San Francisco office as soon as we confirm that the data is ready to be viewed. Attached please find a spreadsheet prepared by Dr. Williams to assist you with your review of the Mac data. As you requested, it identifies files that may be relevant to this litigation.

2. Dr. Williams is collecting approximately 35,000 potentially relevant emails from his

1

email server. We have not yet received these emails, but hope to have in them in hand within 24 hours. We will make them available to you for inspection as soon as we receive them.

3. When Dr. Williams left Rocksoft, he made a copy of approximately 10GBs of Rocksoft documents. It appears that most of these documents are either irrelevant to this litigation or have already been produced by Quantum. We have not yet received these documents from Dr. Williams, but hope to make them available for review within 48 hours.

4. Dr. Williams is still reviewing materials in his possession and is searching for potentially relevant documents. We will let you know what he has found as soon as we get a report from him.

Please provide us with a revised version of the agreement I sent you yesterday so we can move forward with the "quick peek" arrangement.

Best regards,

Rebecca

-----Original Message-----
From: Rebecca Hanovice
Sent: Saturday, May 03, 2008 2:29 PM
To: 'David Wei, Jr.'
Cc: Claude M. Stern; Todd Briggs; Benjamin Koodrich; Andrew Bramhall; Jane Gorsi; Donna Grimes; David Heisey; Amar Thakur; Nate Bruno; Elizabeth Balfour; Michelle Cepeda; Craig Wendland; Mauricio Flores
Subject: RE: Quick Peek Agreement - Ross Williams Data

David,

Here is the Word version of the agreement. Please feel free to make desired edits, which we can discuss this afternoon. I will look into your questions and get back to you shortly.

Best,

Rebecca

-----Original Message-----
From: David Wei, Jr. [mailto:davidweijr@quinnemanuel.com]
Sent: Saturday, May 03, 2008 2:13 PM
To: Rebecca Hanovice
Cc: Claude M. Stern; Todd Briggs; Benjamin Koodrich; Andrew Bramhall; Jane Gorsi; Donna Grimes; David Heisey; Amar Thakur; Nate Bruno; Elizabeth Balfour; Michelle Cepeda; Craig Wendland; Mauricio Flores
Subject: RE: Quick Peek Agreement - Ross Williams Data

Rebecca,

Will you please send us a word version of the attached document. Will you also provide the following information:

1. What is the volume of electronic information you will make available during the quick peek inspection? How many documents and files are we talking about?

2. What is the total volume of information you have colleted and will be collecting from Dr. Williams? We need a better understanding of how many documents your team and our team will need to review prior to his deposition. We also need a more firm date for when your team will be able to review and produce all of his documents.

3. Mr. Flores' email stated you would take our request for metadata and OCR under advisement. If the volume of Dr. Williams' documents is sufficiently large, we believe it would expedite review for both parties to have this data available.

Lastly, with respect to the agreement, it needs to make clear that it will not in any way affect your team's and Dr. Williams' obligation to diligently search for and immediately

2

produce relevant materials in Dr.
Williams' possession, custody or control.  Your team and Dr. Williams should identify key
documents within Dr. Williams' files and produce those immediately.  Dr. Williams, not
Riverbed, knows what those documents are and where those documents are located.  For all
we know, the key documents are buried deep in Dr. Williams' electronic files and it could
take Riverbed weeks or longer to locate them.  To that end, Sheppard Mullin and Dr.
Williams should be obligated under the agreement to identify key portions of the
electronic records he is producing so that Riverbed can immediately review them.

-David




-----Original Message-----
From: Rebecca Hanovice [mailto:RHanovice@sheppardmullin.com]
Sent: Saturday, May 03, 2008 11:10 AM
To: David Wei, Jr.
Cc: Claude M. Stern; Todd Briggs; Benjamin Koodrich; Andrew Bramhall; Jane Gorsi; Donna
Grimes; David Heisey; Amar Thakur; Nate Bruno; Elizabeth Balfour; Michelle Cepeda; Craig
Wendland; Mauricio Flores
Subject: RE: Quick Peek Agreement - Ross Williams Data

David,

Attached please find a draft "quick peek" agreement.  We will provide a date for
inspection shortly.  Please let me know if Riverbed agrees to the terms of this agreement.

Best,

Rebecca

-----Original Message-----
From: Mauricio Flores
Sent: Friday, May 02, 2008 9:00 PM
To: 'davidweijr@quinnemanuel.com'; Nate Bruno; Amar Thakur; Rebecca Hanovice
Cc: 'claudestern@quinnemanuel.com'; 'toddbriggs@quinnemanuel.com';
'benjaminkoodrich@quinnemanuel.com'; 'andrewbramhall@quinnemanuel.com'
Subject: Re: Quick Peek Agreement - Ross Williams Data

David,

Nate is taking some much needed time off this weekend.

I would have appreciated the courtesy of a response to Nate's request that Todd or some
other lawyer on your team give me a call to discuss how best to expedite your review from
Ross Williams' files.

However, since you believe discussion is unnecessary, we will go ahead and send you a
proposed "quick peek". agreement.  Please do not send anyone to our office until we have
confirmed that the data is available
for inspection.  We hope to be ready be 9:00 am Monday but there some
challenges we must first overcome..

We will take your request re OCR and metadata under advisement.  Your request seeks a
significant deviation  from our agreed-upon method of production.  I am not sure your
request would further our common goal of expediting production.

As you know, we have worked very hard to secure Mr. Williams' voluntary cooperation with
discovery in this case, which he was not obligated to provide.  Quantum and Sheppard
Mullin could not produce Mr. Williams'
documents until we were granted access to them.  Now that Quantum has reached an agreement
with Mr. Ross, we are moving as fast as we possibly can to produce the documents you
requested from him, which is why I am in Australia.  With these circumstances in mind, I
hope you will rest assured that we are fully cognizant and respectful of our discovery
obligations as well as the schedule under which we are all operating.

3

Regards,

Mauricio


----- Original Message -----
From: David Wei, Jr. <davidweijr@quinnemanuel.com>
To: Nate Bruno; Amar Thakur; Mauricio Flores; Rebecca Hanovice
Cc: Claude M. Stern <claudestern@quinnemanuel.com>; Todd Briggs <toddbriggs@quinnemanuel.com>; Benjamin Koodrich <benjaminkoodrich@quinnemanuel.com>; Andrew Bramhall <andrewbramhall@quinnemanuel.com>; David Wei, Jr. <davidweijr@quinnemanuel.com>
Sent: Fri May 02 19:42:06 2008
Subject: RE: Quick Peek Agreement - Ross Williams Data

Nate -

We are agreeable to begin an immediate review of Ross Williams'
documents.  However, we would like to make the following points clear for the record.

First, Quantum represented to Riverbed, during the parties' meet and confer on April 8th, that Riverbed would be getting documents from Dr.
Williams "very shortly."  Now almost a month later,  we have received
few documents from Mr. Williams.  Second,  Riverbed believes that
Quantum, and not Riverbed, has the duty to  diligently and expeditiously and produce responsive documents from Dr. Williams.  As Dr. Williams'
deposition is now scheduled for May 21, 2008, Riverbed expects to receive Dr. Williams' formal and complete production of documents by no later than 9:00 AM on May 7th.  Riverbed does not think this is unreasonable given Dr. Williams' central role in this litigation and the fact your team has had months to collect, review, and produce these documents.
Third, by agreeing to  your proposal, Riverbed is not agreeing that only the documents specifically identified by Riverbed's
lawyers are relevant or should be produced.  To the contrary, Riverbed
expects that you will diligently and expeditiously review and produce all of Dr. Williams' responsive documents.  Finally, Riverbed requests that you produce OCR and all other metadata fields that correspond to Dr. Williams' production by May 7th.  As you know, loading images and then OCR'ing data can take several days and  the delay in production has us operating under a very tight schedule.

We will plan on having an attorney from our team at your office in San Francisco on Monday at 9:00 am to begin our review.  Please let us know if the documents will be available.

Regards,

Todd

TMB:dw

-------------------

From: Nate Bruno [mailto:NBruno@sheppardmullin.com]
Sent: Friday, May 02, 2008 4:43 PM
To: Todd Briggs; David Wei, Jr.; Andrew Bramhall; Benjamin Koodrich; Claude M. Stern
Cc: Amar Thakur; Mauricio Flores; Rebecca Hanovice; Craig Wendland
Subject: Quick Peek Agreement - Ross Williams Data
Importance: High

Todd:

In an effort to provide Riverbed with information being produced by Ross Williams as efficiently and quickly as possible, we would like to discuss the possibility of a "quick peek" agreement whereby Riverbed is given the opportunity to review data provided by Ross Williams in native format subject to read-only and privilege protections, and then select what Riverbed wants formally produced.  We have just received electronic data from Ross Williams in a Mac format, which we would propose we make available at our office here in San Francisco on a Mac Book for your review under the supervision of one of our attorneys,

4

without waiving any confidentiality or privilege.  You could select the files and/or directories you would like processed, and we would process those and produce them formally ASAP.

Please get in touch with us on this issue as soon as possible, as it is our goal to facilitate your inspection in good faith.  The best way to handle it would be to call Mr. Flores directly at 619-994-2066 and discuss the particulars of an agreement.

Thank you, Nate

---

Sheppard Mullin <http://www.sheppardmullin.com/images/smrhlogo-mini.jpg>
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
415.434.9100 office
415.434.3947 fax
www.sheppardmullin.com <http://www.sheppardmullin.com/>

Nathaniel Bruno
Attorney
415.774.2984 direct | 415.403.6095 direct fax NBruno@sheppardmullin.com
| Bio <http://www.sheppardmullin.com/attorneys-425.html>

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.