# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 10, 2008</u>

Case No.  <u>C 07-04161 WHA</u>

Title: <u>QUANTUM CORP</u>  v. <u>RIVERBED TECHNOLOGY</u>

Plaintiff Attorneys: Mauricio Flores; Nate Bruno

Defense Attorneys: Todd Briggs; Andrew Bramhall; Maria Cuperschmidt; Kevin Scott

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

### PROCEEDINGS

1)   <u>  Discovery Dispute Hearing - HELD                                                        </u>

2)   <u>                                                                                          </u>


Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial


**ORDERED AFTER HEARING:**

The parties had a meet and confer in the jury room from 9am to 10:30am to attempt to resolve their discovery disputes. The unresolved discovery items were ruled on. The Court denied relief on the document request, because it was too broad.

Plaintiff shall submit a proposed order with the rulings by 6/16/08.