**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:   June 12, 2008      Time: 4 hours

Case No: **C-**07-4161 WHA (EDL)

Case Name: **Quantum Corporation v Riverbed Technology, Inc.**

   Deputy Clerk: Lili M. Harrell      Court Reporter:

   Attorneys: Pltf: Amar L. Thakur   Deft: Claude M. Stern, Todd Briggs

---

**PROCEEDINGS**

[X]   SETTLEMENT CONFERENCE           []   FURTHER SETTLEMENT CONFERENCE

   []   Case settled

   [X]   Did not settle

   []   Partial settlement

[]   DISCOVERY CONFERENCE

[]   STATUS CONFERENCE RE:

[]   TELEPHONIC CONFERENCE RE:

[]   OTHER:

CASE CONTINUED TO:_ FOR _

NOTES: The parties shall report to Magistrate Judge Laporte whether they agree to a process as stated during the conference, by June 19, 2008.
cc: