1  AMAR L. THAKUR, Cal. Bar No. 194025
   MAURICIO A. FLORES, Cal. Bar No. 93304
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3  Including Professional Corporations
   12275 El Camino Real, Suite 200
4  San Diego, California  92130-2006
   Telephone:    858-720-8900
5  Facsimile:    858-509-3691
   Email:    athakur@sheppardmullin.com
6            mflores@sheppardmullin.com

7  NATHANIEL BRUNO, Cal. Bar No. 228118
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8  A Limited Liability Partnership
   Including Professional Corporations
9  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111
10 Telephone:    415-434-9100
   Facsimile:    415-434-3947
11 Email:  nbruno@sheppardmullin.com

12 Attorneys for
   QUANTUM CORPORATION
13
                    UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA,
15
                      SAN FRANCISCO DIVISION
16

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation, | Case No. C 07-04161 WHA |
| | The Hon. William H. Alsup |
| Counterclaimant, | |
| v. | **DECLARATION OF NATHANIEL BRUNO IN SUPPORT OF QUANTUM CORPORATION'S MOTION FOR LEAVE TO AMEND QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS, AND OPPOSITION TO RIVERBED'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF U.S. PATENT 7,116,249** |
| QUANTUM CORPORATION, | |
| Counterdefendant. | |
| QUANTUM CORPORATION, a Delaware corporation, | |
| Counterclaimant, | |
| v. | Complaint Filed:  August 14, 2007 |
| | Trial Date:  March 30, 2009 |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation, | |
| Counterdefendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

-1-

W02-WEST:\400889892.1

Case No. C 07-04161 WHA

BRUNO DECLARATION *RE* QUANTUM'S MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS, AND OPPOSITION TO RIVERBED'S MSJ

<u>DECLARATION OF NATHANIEL BRUNO</u>

I, Nathaniel Bruno, state and declare as follows:

1.    I am an attorney in the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Quantum Corporation.  I am over twenty-one years of age and not under any legal disability.  I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of Quantum Corporation's Preliminary Invalidity Contentions, which include associated claim charts, and which were timely served on Riverbed Technology, Inc. ("Riverbed") on January 31, 2008.

3.    Attached hereto as Exhibit B is a true and correct copy of an e-mail that counsel for Quantum (Mauricio Flores) sent to counsel for Riverbed on April 18, 2008 (and on which I was personally copied), seeking permission to amend Quantum's Preliminary Invalidity Contentions and providing Quantum's proposed amended claim charts.  Attached hereto as Exhibit C is a true and correct copy of Quantum's proposed amended claim charts that were attached to the April 18, 2008 e-mail sent by Mr. Flores.

4.    Attached hereto as Exhibit D is a true and correct copy of a letter that counsel for Riverbed sent counsel for Quantum on April 28, 2008, in which Riverbed refused to allow Quantum to formally serve its proposed amended Preliminary Invalidity Contentions.

-2-

W02-WEST:\400889892.1

Case No. C 07-04161 WHA

BRUNO DECLARATION *RE* QUANTUM'S MOTION FOR
LEAVE TO AMEND PRELIMINARY INVALIDITY
CONTENTIONS, AND OPPOSITION TO RIVERBED'S MSJ

1    5.    Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 6,912,645,

2  stamped with Bates numbers QUL0107 – QUL0119.

3

4    6.    Attached hereto as Exhibit F is a true and correct copy of Quantum's First Amended

5  Preliminary Invalidity Contentions that Quantum seeks leave to formally serve in this action.

6  Quantum's First Amended Preliminary Invalidity Contentions consist of a pleading containing the

7  information required by the Patent Local Rules, along with claim chart Exhibits A-G thereto.

8  Although some of the proposed amended claim charts Quantum served on Riverbed on April 18,

9  2008 (which are attached as Exhibit C hereto) were redlined versions displaying the changes from

10  the prior versions that had been attached to Quantum's original Preliminary Invalidity Contentions,

11  the substantive content of Quantum's proposed amended claim charts that Quantum seeks leave to

12  formally serve has not been changed since that time.  The claim charts attached with Exhibit F

13  hereto that Quantum seeks leave to formally serve are simply clean, non-redlined versions of all

14  the claim charts Quantum provided to Riverbed on April 18, 2008, containing the same

15  substantive content.

16

17    I declare under penalty of perjury under the laws of the United States that the foregoing is

18  true and correct and that this declaration was executed in San Francisco, California on June 12,

19  2008.

20

21  Dated:  June 12, 2008

22          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

23

24      By      /s/ Nathaniel Bruno

25          Nathaniel Bruno

26

27

28

-3-

BRUNO DECLARATION *RE* QUANTUM'S MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS, AND OPPOSITION TO RIVERBED'S MSJ