# Exhibit B

## Nate Bruno

| | |
|---|---|
| **From:** | Mauricio Flores |
| **Sent:** | Friday, April 18, 2008 4:18 PM |
| **To:** | 'Todd Briggs'; 'claudestern@quinnemanuel.com'; 'David Wei, Jr.' |
| **Cc:** | Amar Thakur; Nate Bruno; David Heisey |
| **Subject:** | Supplemental contentions re validity of the '249 patent |
| **Attachments:** | Cont_Inval249_ExhA.pdf; Cont_Inval249_ExhB.pdf; Cont_Inva249l_ExhC.pdf; Cont_Inval249_ExhD.pdf; Cont_Inval249_ExhE.pdf; Cont_Inval249_ExhF.pdf; Cont_Inval249_ExhG.pdf |

Todd,

Quantum intends to supplement its contentions regarding the invalidity of the '249 patent. The only new art added is the '645 patent. At this stage in the litigation, and given the nature of Quantum's supplemental disclosure, there can be no significant prejudice to Riverbed. As you know, Court's routinely allow such supplemental disclosures. Please advise us whether Riverbed will agree to Quantum's supplemental disclosure without the expense of a motion.

Attached are the following charts showing the proposed changes to Quantum's original contentions served on January 31, 2008:

1. New Exhibit A (anticipation by Emulator Express), which is a modification of prior Exhibit 1. The attached document shows the changes.


Cont_Inval249_Exh
   A.pdf (354 KB...

2. New Exhibit B (anticipation by compression in the presence of shared data), which is a modification of prior Exhibit 2. The attached document shows the changes.


Cont_Inval249_Exh
   B.pdf (297 KB...

3. New Exhibit C (anticipation by the '730 patent), which is a modification of prior Exhibit 3. The attached document shows the changes.


Cont_Inva249l_Exh
   C.pdf (297 KB...

4. New Exhibit D (obviousness based on Emulator Express)


Cont_Inval249_Exh
   D.pdf (56 KB)...

5. New Exhibit E (obviousness based on compression in the presence of shared data)


Cont_Inval249_Exh
   E.pdf (62 KB)...

6. New Exhibit F (obviousness based on the '730 patent)


Cont_Inval249_Exh
F.pdf (60 KB)...

7. New Exhibit G (obviousness based on the '645 patent)


Cont_Inval249_Exh
G.pdf (46 KB)...

Regards,

Mauricio

2