Exhibit C

EXHIBIT 4A TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <br> Anticipatory Contentions based on |
|---|---|
| | **"Emulator Express: A system for optimizing emulator performance for wireless networks"** |
| 1. A method for storing data, comprising: | The article, Emulator Express: A system for optimizing emulator performance for wireless networks (hereinafter, "Emulator Express") describes a method for storing data. |
| | *See, e.g.*, page 389, col. 2, ("The caching instructions in the decompressed data stream are now analyzed to reconstruct the original data stream. Cached segments are retrieved, and new segments are stored in the cache as appropriate."). |
| | *See, e.g.*, page 393, col. 1, ("The first time a session is created the active caches are empty. Over the lifetime of the session, segments are stored and retrieved from the active cache; the cache becomes increasingly populated, and the degree of data reduction increases since there will be more 'cache hits'."). |
| | *See, e.g.*, page 396, col. 1, ("The cache manager is the software component that allocates and deallocates cache space and stores and retrieves variable-length segments to and from the cache."). Emulator Express discloses receiving a data stream such as a file from a client at a server. |
| receiving a file from a client at a server; | *See, e.g.*, pp. 384, col. 1 ("This paper describes how the Emulator Express system intercepts the data stream and optimizes it transparently to both the client emulator and the Telnet server."). <br><br> *See, e.g.*, Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that consists of a *Client Side Intercept* (CSI) program located in the mobile unit and a *Server Side Intercept* (SSI) program located in the wireline network typically at or near the host system… The CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application)… The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server… Although not shown in Figure 2, many mobile clients may be connected to a |

| U.S. Patent No. 7,116,249 | **The '249 Patent is Invalid in view of:** <br> **Anticipatory Contentions based on** <br> **"Emulator Express: A system for optimizing emulator performance for wireless networks"** |
|---|---|
| | "Emulator Express: A system for optimizing emulator performance for wireless networks" <br> single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts)."). |
| | Emulator Express uses the terms "file" and "data stream" interchangeably throughout its disclosure. It was well known at the time of the invention in the art of data storage that a file is a form of data stream and that the contents of a file are read as a data stream.  While the system described in Emulator Express is described in terms of receiving data streams, such a system inherently discloses receiving a file from a client at a server. |
| segmenting the file into one or more segments; | Emulator Express discloses segmenting a data stream into one or more segments. |
| | *See, e.g.,* Fig. 3; pp. 388-389, ("The EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to break an output data stream into segments that are likely to have high probability of being reused on a later screen, or possibly even the same screen."). |
| | *See, e.g.,* Fig. 3; page 389, col. 1, ("The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment.  If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream.  Otherwise, the new data are both cached for possible future use and forwarded to the CSI."). |
| | *See, e.g..* page 392, col. 2, ("As noted earlier, the EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to break an output data stream into segments that are likely to have a high probability of being reused on a later screen, or possibly even the same screen.  The segmentation algorithm is thus a function of the data stream being processed—in our case TN3270 and TN5250 data streams.  In principle this caching technology can be applied to many other data streams by providing segmentation functions that are specific to the particular data stream."). |
| forming a list, comprising: determining whether each segment is present in a segment store, | Emulator Express discloses forming a list, comprising determining whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label. |

EXHIBIT 1 TO QUANTUM'S PRELIMINARY <br> INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Anticipatory Contentions based on<br>"Emulator Express: A system for optimizing emulator performance for wireless networks" |
|---|---|
| wherein a segment that is present in the segment store has an assigned reference label; | *See, e.g.* page 389, col. 1, ("Some input fields may be preloaded with data that can be changed by the user. The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI. An LRU (least recently used) algorithm is used to discard the oldest segments when the cache becomes full.").<br><br>*See, e.g.*, page 393, col. 1, ("A 32-bit CRC (cyclic redundancy check) is generated for each segment and used as the key field").<br><br>*See, e.g.*, page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks... The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store."). |
| for each segment present in the segment store, adding to the list the assigned reference label; and for each segment not present in the segment store, assigning a reference label to the segment, storing the segment and the reference label, and adding the reference label to the list; and | Emulator Express discloses, for each segment present in the segment store, adding to the list the assigned reference label; and for each segment not present in the segment store, assigning a reference label to the segment, storing the segment and the reference label, and adding the reference label to the list.<br><br>*See, e.g.*, Fig. 3; page 389, col. 1, ("Some input fields may be preloaded with data that can be changed by the user. The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI. An LRU (least recently used) algorithm is used to discard the oldest segments when the cache becomes full."). |

-3-

EXHIBIT 14 TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | <u>Anticipatory Contentions based on</u> |
| | <u>"Emulator Express: A system for optimizing emulator performance for wireless networks"</u> |
| | *See, e.g.,* page 396, col. 2. ("An EE cache consists of three files: a segment store, <u>an index store</u>, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks… The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. <u>Each B-Tree entry is composed of a segment key and the address of the segment in the segment store.</u> The segment key is a 32-bit CRC value computed for its respective segment. <u>The address of a segment is the block number of the first block of a segment in the segment store.</u>"). |
| | *See, e.g.,* pp. 397-398, ("The resolveSegment method accepts a data segment buffer and returns the address of the segment in the cache or a NOT-FOUND return code if the segment cannot be found. The resolveSegment processing includes: computing the segment key (i.e., CRC), searching the B-Tree, and <u>writing the segment in the cache if it was not found. Writing the segment in the cache includes writing the data into the segment store and inserting the key and address of the segment in the index.</u>"). |
| storing an association between the file and the list. | Emulator Express discloses storing an association between the file and the list. |
| | *See, e.g.,* page 396, col. 2. ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks… The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. <u>The address of a segment is the block number of the first block of a segment in the segment store. The IndexCache is a container class that consists of a B-Tree object and a SegmentCache object. The IndexCache provides the interfaces to the CSI and SSI components that access the cache. It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written.</u>"). |
| | *See, e.g.,* page 397, col. 2. ("The <u>setIndexCache method is used to bind a B-Tree index to the segment store… The IndexedCache class ties together the segment store and its index store.</u>"). |

EXHIBIT +A TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on**<br>**"Emulator Express: A system for optimizing emulator performance for wireless networks"** |
| --- | --- |
| 2. The method of claim 1, wherein the segment and its assigned reference label are both stored in the segment store. | Emulator Express discloses that the segment and its assigned reference label are both stored in the segment store.<br><br>*See, e.g.*, page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks... The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node.  Each B-Tree entry is composed of a segment key and the address of the segment in the segment store.  The segment key is a 32-bit CRC value computed for its respective segment.  The address of a segment is the block number of the first block of a segment in the segment store.  The IndexCache is a container class that consists of a B-Tree object and a SegmentCache object.  The IndexCache provides the interfaces to the CSI and SSI components that access the cache.  It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written. ").<br><br>*See, e.g.*, page 397, col. 2, ("The setIndexCache method is used to bind a B-Tree index to the segment store... The IndexedCache class ties together the segment store and its index store."). |
| 7. A system for storing data, comprising: | The article, Emulator Express: A system for optimizing emulator performance for wireless networks (hereinafter, "Emulator Express") describes a system for storing data.<br><br>*See, e.g.*, page 389, col. 2, ("The caching instructions in the decompressed data stream are now analyzed to reconstruct the original data stream.  Cached segments are retrieved, and new segments are stored in the cache as appropriate.").<br><br>*See, e.g.* page 393, col. 1, ("The first time a session is created the active caches are empty.  Over the lifetime of the session, segments are stored and retrieved from the active cache; the cache becomes increasingly populated, and the degree of data reduction increases since there will be more 'cache hits'.").<br><br>*See, e.g.* page 396, col. 1, ("The cache manager is the software component that allocates and |

EXHIBIT +A TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <br><u>Anticipatory Contentions based on</u> <br><u>"Emulator Express: A system for optimizing emulator performance for wireless networks"</u> |
|---|---|
| | deallocates cache space and stores and retrieves variable-length segments to and from the cache."). |
| a server for receiving a file from a client; | Emulator Express discloses a server for receiving a data stream such as a file from a client. |
| | *See, e.g.*, pp. 384, col. 1 ("This paper describes how the Emulator Express system intercepts the data stream and optimizes it transparently to both the client emulator and the Telnet server."). |
| | *See, e.g.*, Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that consists of a *Client Side Intercept* (CSI) program located in the mobile unit and a *Server Side Intercept* (SSI) program located in the wireline network typically at or near the host system... The CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application)... The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server... Although not shown in Figure 2, <u>many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts)</u>."). |
| | <u>Emulator Express uses the terms "file" and "data stream" interchangeably throughout its disclosure. It was well known at the time of the invention in the art of data storage that a file is a form of data stream and that the contents of a file are read as a data stream. While the system described in Emulator Express is described in terms of receiving data streams, such a system inherently discloses receiving a file from a client at a server.</u> |
| a segmenter configured to segment the file; | Emulator Express discloses a segmenter configured to segment the file. |
| | *See, e.g.*, Fig. 3; pp. 388-389, ("The EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to <u>break an output data stream into segments</u> that are likely to have high probability of being reused on a later screen, or possibly even the same screen."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
| --- | --- |
| | <u>Anticipatory Contentions based on</u> |
| | <u>"Emulator Express: A system for optimizing emulator performance for wireless networks"</u> |
| | *See, e.g.*, Fig. 3; page 389, col. 1, ("The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI."). |
| | *See, e.g.*, page 392, col. 2, ("As noted earlier, the EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to break an output data stream <u>into segments</u> that are likely to have a high probability of being reused on a later screen, or possibly even the same screen. The <u>segmentation algorithm is thus a function of the data stream being processed</u> —in our case TN3270 and TN5250 data streams. In principle this caching technology can be applied to many other data streams by providing segmentation functions that are specific to the particular data stream."). |
| an encoder for forming a list, comprising: logic configured to determine whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label; | Emulator Express discloses an encoder for forming a list, comprising logic configured to determine whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label |
| | *See, e.g.*, page 389, col. 1, ("Some input fields may be preloaded with data that can be changed by the user. The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI. An LRU (least recently used) algorithm is used to discard the oldest segments when the cache becomes full."). |
| | *See, e.g.*, page 393, col. 1, ("A 32-bit CRC (cyclic redundancy check) is generated for each segment and used as the key field"). |
| | *See, e.g.*, page 396, col. 2, ("An <u>EE cache</u> consists of three files: a <u>segment store</u>, an <u>index store</u>, and a <u>state file</u>. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks… The B-Tree class, also a subclass of the BlockManager, implements a <u>B-Tree index</u>, where each block corresponds to a B-Tree node. <u>Each</u> |

## The '249 Patent is Invalid in view of:
### Anticipatory Contentions based on
#### "Emulator Express: A system for optimizing emulator performance for wireless networks"

| U.S. Patent No. 7,116,249 | |
|---|---|
| | B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store."). |
| for each segment present in the segment store, logic configured to add to the list the assigned reference label; and for each segment not present in the segment store, logic configured to assign a reference label to the segment, store the segment and the reference label, and add the reference label to the list; | Emulator Express discloses, for each segment present in the segment store, logic configured to add to the list the assigned reference label; and for each segment not present in the segment store, logic configured to assign a reference label to the segment, store the segment and the reference label, and add the reference label to the list

*See, e.g.,* Fig. 3; page 389, col. 1, ("Some input fields may be preloaded with data that can be changed by the user. The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI. An LRU (least recently used) algorithm is used to discard the oldest segments when the cache becomes full.").

*See, e.g.,* page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks… The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store.").

*See, e.g.,* pp. 397-398, ("The resolveSegment method accepts a data segment buffer and returns the address of the segment in the cache or a NOT-FOUND return code if the segment cannot be found. The resolveSegment processing includes: computing the segment key (i.e., CRC), searching the B-Tree, and writing the segment in the cache if it was not found. Writing the segment in the cache includes writing the data into the segment store and inserting the key and address of the segment in the index."). |
| and logic configured to store an | Emulator Express discloses logic configured to store an association between the file and the list. |

EXHIBIT 1A TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <br> Anticipatory Contentions based on <br> "Emulator Express: A system for optimizing emulator performance for wireless networks" |
| --- | --- |
| association between the file and the list. | *See, e.g.*, page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks… The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store. The IndexCache is a container class that consists of a B-Tree object and a SegmentCache object. The IndexCache provides the interfaces to the CSI and SSI components that access the cache.  It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written."). <br><br> *See, e.g.*, page 397, col. 2, ("The setIndexCache method is used to bind a B-Tree index to the segment store… The IndexedCache class ties together the segment store and its index store."). Emulator Express discloses that the segment and its assigned reference label are both stored in the segment store. |
| 8. The system of claim 7, wherein the segment and its assigned reference label are both stored in the segment store. | *See, e.g.*, page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks… The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store. The IndexCache is a container class that consists of a B-Tree object and a SegmentCache object.  The IndexCache provides the interfaces to the CSI and SSI components that access the cache.  It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written."). |

EXHIBIT 1A TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <br> <u>Anticipatory Contentions based on</u> <br> <u>"Emulator Express: A system for optimizing emulator performance for wireless networks"</u> |
|---|---|
|  | *See, e.g.*, page 397, col. 2, ("The <u>setIndexCache</u> method is used to bind a B-Tree index to the <br> segment store…The IndexedCache class lies together the <u>segment store and its index store</u>."). |
| 13. A method for retrieving data, comprising: | Emulator Express discloses a method for retrieving data. |
|  | *See, e.g.*, page 389, col. 2, ("The caching instructions in the decompressed data stream are now <br> analyzed to reconstruct the original data stream. <u>Cached segments are retrieved, and new segments</u> <br> are stored in the cache as appropriate."). |
|  | *See, e.g.*, page 393, col. 1, ("The first time a session is created the active caches are empty. <u>Over the</u> <br> <u>lifetime of the session</u>, segments are stored and retrieved <u>from the active cache</u>; the cache becomes <br> increasingly populated, and the degree of data reduction increases since there will be more 'cache <br> hits'."). |
|  | *See, e.g.*, page 396, col. 1, ("The cache manager is the software component that allocates and <br> deallocates cache space and stores and retrieves variable-length segments <u>to and from the cache</u>."). |
| receiving a request for a file from a client at a server; | Emulator Express discloses receiving a request for a data stream such as file from a client at a server. |
|  | *See, e.g.*, Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that <br> consists of a *Client Side Intercept* (CSI) program located in the mobile unit and a *Server Side* <br> *Intercept* (SSI) program located in the wireline network typically at or near the host system…The <br> CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application). <br> The emulator communicates with the CSI <u>via a TCP/IP loop-back feature</u> that enables TCP/IP <br> communication without the need for data to pass over an external communications adapter.  The CSI <br> and SSI communicate using a private protocol over a TCP/IP connection.  The wireless link exists <br> on this connection, and CSI and SSI cooperate to perform data reduction.  The emulator data stream <br> seen by the emulator and the Telnet server is the same as though there were a direct Telnet <br> connection between the emulator and the Telnet server; i.e., <u>the CSI reconstructs data received from</u> <br> <u>the SSI into valid Telnet data</u>.  Similarly, the data stream received by the SSI from the CSI is <br> recomposed into a valid Telnet data stream that is delivered to the Telnet server… Although not <br> shown in Figure 2, many mobile clients may be connected to a single SSI; likewise, a single SSI may |

-10-

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <br> <u>Anticipatory Contentions based on</u> <br> <u>"Emulator Express: A system for optimizing emulator performance for wireless networks"</u> |
|---|---|
|  | communicate with many different Telnet servers (and application hosts)."). <br><br> *See, e.g.,* Figs. 2-3; pp. 389-390, ("In summary, when the <u>CSI receives a connection on a given</u> <u>listening port</u>, it establishes a connection to the SSI and sends an initial packet containing the client port number and the host Telnet server address and port number.  Upon receiving the initial packet, the SSI establishes a connection to the <u>host Telnet server</u>, and the <u>communication channel from the</u> <u>emulator to its Telnet server is now complete.</u> "). <br><br> <u>Emulator Express uses the terms "file" and "data stream" interchangeably throughout its disclosure.</u> <u>It was well known at the time of the invention in the art of data storage that a file is a form of data</u> <u>stream and that the contents of a file are read as a data stream.  While the system disclosed in</u> <u>Emulator Express is described in terms of receiving data streams, such a system inherently discloses</u> <u>receiving a request for a file.</u> <br><br> <u>Emulator Express discloses a dual-proxy configuration in which the roles of the client and server</u> <u>may be reversed, such that the server is the requester and the client is the responder.  In this regard,</u> <u>receiving a connection at a client from a server and establishing a connection between the client and</u> <u>server, as disclosed by Emulator Express, is the same as a client making a request to a server.</u> <u>Accordingly, Emulator Express inherently discloses receiving a request for a data stream such as file</u> <u>from a client at a server.</u> |
| retrieving a list including reference labels to segments of the file, wherein the list is associated with the file; | Emulator Express discloses retrieving a list including reference labels to segments of the file, wherein the list is associated with the file. <br><br> *See, e.g.,* page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks… The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node.   Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment.  The address of a segment is the block number of the first block of a segment in the segment store. The IndexCache is |

EXHIBIT 1A TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | **The '249 Patent is Invalid in view of:** |
| | **Anticipatory Contentions based on** |
| | **"Emulator Express: A system for optimizing emulator performance for wireless networks"** |
| | a container class that consists of a B-Tree object and a SegmentCache object. The IndexCache provides the interfaces to the CSI and SSI components that access the cache. It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written."). |
| decoding the list, comprising: replacing reference labels with segments of the file; | Emulator Express discloses decoding the list, comprising replacing reference labels with segments of the file. |
| | *See, e.g.,* Figs. 2-3; pp. 387-388, ("The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server. Therefore, except for minor configuration changes, the emulator and Telnet server are completely unaware of the presence of the EE system. EE configuration is discussed in more detail in the next section. Although not shown in Figure 2, many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts)."). |
| | *See, e.g.,* Fig. 2; page 389, col. 2, ("At the EE client, the incoming data stream is first decompressed. The caching instructions in the decompressed data stream are now <u>analyzed</u> to reconstruct the original data stream. <u>Cached segments are retrieved</u>, and new segments are stored in the cache as appropriate. In this way, the EE client maintains a mirror image of the server's view of the cache."). |
| and sending the file from the server to the client. | Emulator Express discloses sending the file from the server to the client. |
| | *See, e.g.,* Figs. 2-3; pp. 387-388, ("The CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application). The emulator communicates with the CSI via a TCP/IP connection using the TCP/IP loop-back feature that enables TCP/IP communication without the need for data to pass over an external communications adapter. The CSI and SSI communicate using a private protocol over a TCP/IP connection. The wireless link exists on this connection, and the CSI and SSI cooperate to perform data reduction. The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and |

| U.S. Patent No. 7,116,249 | **The '249 Patent is Invalid in view of:**<br>**Anticipatory Contentions based on** |
|---|---|
| | **"Emulator Express: A system for optimizing emulator performance for wireless networks"** |
| | the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server. Therefore, except for minor configuration changes, the emulator and Telnet server are completely unaware of the presence of the EE system. EE configuration is discussed in more detail in the next section. Although not shown in Figure 2, many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts).") |
| | Emulator Express uses the terms "file" and "data stream" interchangeably throughout its disclosure. It was well known at the time of the invention in the art of data storage that a file is a form of data stream and that the contents of a file may be delivered as a data stream. While the system disclosed in Emulator Express is described in terms of delivering data streams, such a system inherently discloses sending files. |
| | Emulator Express discloses a dual-proxy configuration in which the roles of the client and server may be reversed, such that the server is the requester and the client is the responder. In this regard, receiving a data stream at the server from the client, as disclosed by Emulator Express, is the same as the server sending a file to the client. Accordingly, Emulator Express inherently discloses sending a file from the server to the client. |
| 19. A system for storing files, comprising: | Emulator Express describes a system for storing files. |
| | *See, e.g.,* page 389, col. 2, ("The caching instructions in the decompressed data stream are now analyzed to reconstruct the original data stream. Cached segments are retrieved, and new segments are stored in the cache as appropriate."). |
| | *See, e.g.,* page 393, col. 1, ("The first time a session is created the active caches are empty. Over the lifetime of the session, segments are stored and retrieved from the active cache; the cache becomes increasingly populated, and the degree of data reduction increases since there will be more 'cache hits'."). |

EXHIBIT +4 TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <br> **Anticipatory Contentions based on** <br> "**Emulator Express: A system for optimizing emulator performance for wireless networks**" |
|---|---|
| a front-end file system for receiving from a client a file command for a file, wherein the front-end file system includes a front-end file server; | *See, e.g.*, page 396, col. 1, ("The cache manager is the software component that allocates and deallocates cache space and stores and retrieves variable-length segments to and from the cache."). <br><br> Emulator Express discloses a front-end file system for receiving from a client a file command for a data stream such as a file, wherein the front-end file system includes a front-end file server. <br><br> *See, e.g.*, Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that consists of a *Client Side Intercept* (CSI) program located in the mobile unit and a *Server Side Intercept* (SSI) program located in the wireline network typically at or near the host system… The CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application)… The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data.  Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server… Although not shown in Figure 2, many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts)."). |
| a back-end storage system including logic to segment the file; and | Emulator Express discloses a back-end storage system including logic to segment the file. <br><br> *See, e.g.*, Fig. 3; pp. 388-389, ("The EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to break an output data stream into segments that are likely to have high probability of being reused on a later screen, or possibly even the same screen.  The segments are cached by both SSI and CSI so that when a segment recurs, only the segment number is retransmitted to the CSI."). <br><br> *See, e.g.*, Fig. 3; page 389, col. 1, ("The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment.  If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream.  Otherwise, the new data are both cached for possible future use and forwarded to the CSI."). <br><br> *See, e.g.*, page 392, col. 2, ("As noted earlier, the EE caching technology does not attempt to |

EXHIBIT 1A TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
| --- | --- |
| | **Anticipatory Contentions based on** <br> **"Emulator Express: A system for optimizing emulator performance for wireless networks"** |
| | maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to break an output data stream into segments that are likely to have a high probability of being reused on a later screen, or possibly even the same screen. The segmentation algorithm is thus a function of the data stream being processed—in our case TN3270 and TN5250 data streams. In principle this caching technology can be applied to many other data streams by providing segmentation functions that are specific to the particular data stream."). |
| a segment store for storing the segments; | Emulator Express discloses a segment store for storing the segments. <br><br> *See, e.g.*, page 393, col. 1, ("The first time a session is created the active caches are empty. Over the lifetime of the session, segments are stored and retrieved from the active cache; the cache becomes increasingly populated, and the degree of data reduction increases since there will be more 'cache hits'."). <br><br> *See, e.g.*, page 396, col. 1, ("The cache manager is the software component that allocates and deallocates cache space and stores and retrieves variable-length segments to and from the cache."). |
| a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. | Emulator Express discloses a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. <br><br> *See, e.g.*, page 396, col. 2, ("The *IndexCache* is a container class that consists of a B-Tree object and a SegmentCache object.  The IndexCache provides the interfaces to the CSI and SSI components that access the cache.  It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written."). |
| 22.  The system of claim 19, wherein the front-end file system caches file data from the segment store when the file is being accessed by the client. | Emulator Express discloses that the front-end file system caches file data from the segment store when the file is being accessed by the client. <br><br> *See, e.g.*, Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that consists of a *Client Side Intercept* (CSI) program located in the mobile unit and a *Server Side Intercept* (SSI) program located in the wireline network typically at or near the host system… The CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application)… The emulator data stream seen by the emulator and the Telnet server is the same as |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br><br>**Anticipatory Contentions based on**<br><br>"**Emulator Express: A system for optimizing emulator performance for wireless networks**" |
| --- | --- |
| | though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the CSI from the SSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server… Although not shown in Figure 2, many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts)."). |
| | *See, e.g.*, page 396, col. 2, ("The *IndexCache* is a container class that consists of a B-Tree object and a SegmentCache object. The IndexCache provides the interfaces to the CSI and SSI components that access the cache. It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written."). |
| 25. A method for storing files, comprising: | Emulator Express describes a method for storing files. |
| | *See, e.g.*, page 389, col. 2, ("The caching instructions in the decompressed data stream are now analyzed to reconstruct the original data stream. Cached segments are retrieved, and new segments are stored in the cache as appropriate."). |
| | *See, e.g.*, page 393, col. 1, ("The first time a session is created the active caches are empty. Over the lifetime of the session, segments are stored and retrieved from the active cache; the cache becomes increasingly populated, and the degree of data reduction increases since there will be more 'cache hits'."). |
| | *See, e.g.*, page 396, col. 1, ("The cache manager is the software component that allocates and deallocates cache space and stores and retrieves variable-length segments to and from the cache."). |
| receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server; | Emulator Express discloses receiving, at a front-end file system from a client, a file command for a data stream such as a file, wherein the front-end file system includes a front-end file server.<br><br>*See, e.g.*, Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that consists of a *Client Side Intercept* (CSI) program located in the mobile unit and a *Server Side Intercept* (SSI) program located in the wireline network typically at or near the host system… The |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on** |
| | "**Emulator Express: A system for optimizing emulator performance for wireless networks**" |
| | CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application)... The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server.... Although not shown in Figure 2, <u>many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts).</u>"). |
| based on the file command, using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system; | Emulator Express discloses using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system based on the file command. |
| | *See, e.g.*, page 396, col. 2, ("The *IndexCache* is a container class that consists of a B-Tree object and a SegmentCache object. <u>The IndexCache provides the interfaces to the CSI and SSI components that access the cache.</u> It is responsible for coordinating the activity across the segment and index stores; e.g, the index must be updated when a new segment is written."). |
| segmenting the file at the back-end storage system; and | Emulator Express discloses segmenting the file at the back-end storage system. |
| | *See, e.g.*, Fig. 3; pp. 388-389, ("The <u>EE caching technology</u> does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to <u>break an output data stream into segments</u> that are likely to have high probability of being reused on a later screen, or possibly even the same screen. The <u>segments are cached av both SSI and CSI</u> so that when a segment recurs, only the segment number is retransmitted to the CSI."). |
| | *See, e.g.*, Fig. 3; page 389, col. 1, ("The <u>SSI will analyze this data stream and divide it into segments</u>. A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI."). |
| | *See, e.g.*, page 392, col. 2, ("As noted earlier, the EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream |

EXHIBIT 1 TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: **Anticipatory Contentions based on** "**Emulator Express: A system for optimizing emulator performance for wireless networks**" |
|---|---|
| | protocol to break an output data stream into segments that are likely to have a high probability of being reused on a later screen, or possibly even the same screen. The <u>segmentation algorithm is thus a function of the data stream being processed</u>—in our case TN3270 and TN5250 data streams. In principle this caching technology can be applied to many other data streams by providing segmentation functions that are specific to the particular data stream."). |
| maintaining a storage of the segments in a segment store of the back-end storage system. | Emulator Express discloses maintaining a storage of the segments in a segment store of the back-end storage system. |
| | *See, e.g.*, page 393, col. 1. ("The first time a session is created the active caches are empty. <u>Over the lifetime of the session, segments are stored and retrieved from the active cache; the cache becomes increasingly populated, and the degree of data reduction increases since there will be more 'cache hits'.").</u> |
| | *See, e.g.*, page 396, col. 1, ("The cache manager is the software component that allocates and deallocates cache space and <u>stores and retrieves variable-length segments to and from the cache</u>."). |
| 28. The method of claim 25, further comprising caching file data from the segment store at the front-end file system when the file is being accessed by the client. | Emulator Express discloses caching file data from the segment store at the front-end file system when the file is being accessed by the client. |
| | *See, e.g.*, Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that consists of a *Client Side Intercept* (CSI) program located in the mobile unit and a *Server Side Intercept* (SSI) program located in the wireline network typically at or near the host system... The CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application)... The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server... Although not shown in Figure 2, <u>many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts)</u>."). |

-18-

| U.S. Patent No. 7,116,249 | **The '249 Patent is Invalid in view of:** <u>Anticipatory Contentions based on</u> <br> **"Emulator Express: A system for optimizing emulator performance for wireless networks"** <br><br> *See, e.g.,* page 396, col. 2, ("The *IndexCache* is a container class that consists of a B-Tree object and a SegmentCache object. <u>The IndexCache provides the interfaces to the CSI and SSI components that access the cache.</u> <u>It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written.</u>"). |
| --- | --- |

EXHIBIT +A TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

EXHIBIT 2B TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| 1. A method for storing data, comprising: | The article, Compression in the presence of shared data (hereinafter, "Compression article") describes a method for storing data. |
| | *See, e.g.,* page 30 ("In many real life applications, <u>both sides of a communication share knowledge of data, i.e., files</u> or, in the absence of a file system, <u>identifiable streams of stored bytes</u>. This often occurs in a <u>client/server environment</u>, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the <u>server would keep a set of reference files</u>, i.e., files which are on the disk of clients in the <u>group</u>."). |
| receiving a file from a client at a server; | Compression article discloses receiving a file from a client at a server. |
| | *See, e.g.,* page 30 ("In many real life applications, <u>both sides of a communication share knowledge of data, i.e., files</u> or, in the absence of a file system, <u>identifiable streams of stored bytes</u>. This often occurs in a <u>client/server environment</u>, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the <u>server would keep a set of reference files</u>, i.e., files which are on the disk of clients in the <u>group</u>."). |
| | *See, e.g.,* page 30 ("We suggest to exploit the data shared by the parties to effectively compress files |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on "Compression in the presence of shared data"** |
|---|---|
| | which are to be transferred between them."). |
| segmenting the file into one or more segments; | Compression article discloses segmenting a data stream into one or more segments.<br><br>*See, e.g.* page 34 ("With this generalization, we can say that our scheme partitions the processed file to segments, and replaces each of which by a segment specifier.").<br><br>*See, e.g.* page 35 ("Our scheme partitions the processed file into maximal segments, which are uniquely determined by the trie as described above, and appends the triple(s) associated with the nodes that determine that maximal segments to the created list of (sets of) triples."). |
| forming a list, comprising:<br>determining whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label; | Compression article discloses forming a list, comprising determining whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label.<br><br>*See, e.g.* page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: (*file-id, offset, length*), where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment.").<br><br>*See, e.g.* page 35 ("The end result, i.e. the compressed form of the file, is made of a header followed by a list of segment specifiers. The header includes the dictionary for the Huffman code of the *file-ids* used (i.e., the list of all actually participating *file-ids* with their associated Huffman codes), and, possibly, general details, like file-length, etc. In the list of segment specifiers, each specifier is made of the triple: (Huffman coded file identifier, starting point of segment, and Elias coded length of segment)."). |

-2-

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| for each segment present in the segment store, adding to the list the assigned reference label; and for each segment not present in the segment store, assigning a reference label to the segment, storing the segment and the reference label, and adding the reference label to the list; and | Compression article discloses, for each segment present in the segment store, adding to the list the assigned reference label; and for each segment not present in the segment store, assigning a reference label to the segment, storing the segment and the reference label, and adding the reference label to the list. |
| | *See, e.g.,* page 34 ("With this generalization, we can say that our scheme partitions the processed file to segments, and replaces each of which by a segment specifier."). |
| | *See, e.g.,* page 35 ("The end result, i.e. the compressed form of the file, is made of a header followed by a list of segment specifiers. The header includes the dictionary for the Huffman code of the *file-ids* used (i.e., the list of all actually participating *file-ids* with their associated Huffman codes), and, possibly, general details, like file-length, etc. In the list of segment specifiers, each specifier is made of the triple: (Huffman coded file identifier, starting point of segment, and Elias coded length of segment)."). |
| | *See, e.g.,* page 36 ("For any segment for which a unique triple is not yet defined, and the set of triples associated with which includes a triple whose file component is the file picked, that triple becomes the unique triple for that segment."). |
| storing an association between the file and the list. | Compression article discloses storing an association between the file and the list. |
| | *See, e.g.,* page 35 ("The end result, i.e. the compressed form of the file, is made of a header followed by a list of segment specifiers. The header includes the dictionary for the Huffman code of the *file-ids* used (i.e., the list of all actually participating *file-ids* with their associated Huffman codes), and, possibly, general details, like file-length, etc. In the list of segment specifiers, each specifier is made of the triple: (Huffman coded file identifier, starting point of segment, and Elias coded length of segment)."). |
| 2. The method of claim 1, wherein the segment and its assigned reference label are both stored in the segment store. | Compression article discloses, wherein the segment and its assigned reference label are both stored in the segment store. |
| | *See, e.g.,* page 29 ("The pointer replacing the segment can be viewed as a reference into a (dynamic) dictionary that includes segments of the already-processed prefix of the file."). |

EXHIBIT 2B TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on "Compression in the presence of shared data"** |
|---|---|
| | *See, e.g.*, page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: (*file-id*; *offset*; *length*), where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment."). |
| | *See, e.g.*, page 34 ("The server can prepare in advance, for each set of reference files, a trie[2] which embeds all the segments of all the files in the set. Each node of such a trie is associated with a segment specifier – the triple (*file-id*; *offset*; *length* [which is the length of the path pleading from the root to the node])."[2] A trie is a data structure that effectively stores a set of strings. Its edges are labeled with characters, different characters labeling edges emitting same mode."). |
| 7. A system for storing data, comprising: | Compression article discloses describes a system for storing data.<br><br>*See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| a server for receiving a file from a client; | Compression article discloses a server for receiving a file from a client<br><br>*See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of |

EXHIBIT 2B TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| | the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| | *See, e.g.,* page 30 ("We suggest to exploit the data shared by the parties to effectively compress files which are to be transferred between them."). |
| a segmenter configured to segment the file; | Compression article discloses a segmenter configured to segment the file. |
| | *See, e.g.,* page 34 ("With this generalization, we can say that our scheme partitions the processed file to segments, and replaces each of which by a segment specifier."). |
| | *See, e.g.,* page 35 ("Our scheme partitions the processed file into maximal segments, which are uniquely determined by the trie as described above, and appends the triple(s) associated with the nodes that determine that maximal segments to the created list of (sets of) triples."). |
| an encoder for forming a list, comprising: logic configured to determine whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label; | Compression article discloses an encoder for forming a list, comprising logic configured to determine whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label. |
| | *See, e.g.,* page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: *(file-id; offset; length),* where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment."). |
| | *See, e.g.,* page 35 ("The end result, i.e. the compressed form of the file, is made of a header followed by a list of segment specifiers. The header includes the dictionary for the Huffman code of the *file-ids* used (i.e., the list of all actually participating *file-ids* with their associated Huffman codes), and, |

-5-

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| | possibly, general details, like file-length, etc. In the list of segment specifiers, each specifier is made of the triple: (Huffman coded file identifier, starting point of segment, and Elias coded length of segment).") |
| for each segment present in the segment store, logic configured to add to the list the assigned reference label; and for each segment not present in the segment store, logic configured to assign a reference label to the segment, store the segment and the reference label, and add the reference label to the list; | Compression article discloses for each segment present in the segment store, logic configured to add to the list the assigned reference label, and for each segment not present in the segment store, logic configured to assign a reference label to the segment, store the segment and the reference label, and add the reference label to the list. |
| | *See, e.g.*, page 34 ("With this generalization, we can say that our scheme partitions the processed file to segments, and replaces each of which by a segment specifier."). |
| | *See, e.g.*, page 35 ("The end result, i.e. <u>the compressed form of the file, is made of a header followed by a list of segment specifiers.</u> The header includes the dictionary for the Huffman code of the *file-ids* used (i.e., the list of all actually participating *file-ids* with their associated Huffman codes), and, possibly, general details, like file-length, etc. In the list of segment specifiers, each specifier is made of the triple: (Huffman coded file identifier, starting point of segment, and Elias coded length of segment)."). |
| | *See, e.g.*, page 36 ("For any segment for which a unique triple is not yet defined, and the set of triples associated with which includes a triple whose file component is the file picked, <u>that triple becomes the unique triple for that segment.</u>"). |
| and logic configured to store an association between the file and the list. | Compression article discloses logic configured to store an association between the file and the list. |
| | *See, e.g.*, page 35 ("The end result, i.e. the compressed form of the file, is made of a header followed by a list of segment specifiers. The header includes the dictionary for the Huffman code of the *file-ids* used (i.e., the list of all actually participating *file-ids* with their associated Huffman codes), and, possibly, general details, like file-length, etc. <u>In the list of segment specifiers, each specifier is made of the triple: (Huffman coded file identifier, starting point of segment, and Elias coded length of segment).</u>"). |
| 8. The system of claim 7, wherein the segment and its assigned | Compression article discloses, wherein the segment and its assigned reference label are both stored in the segment store. |

-6-

EXHIBIT 2B TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <br> <u>Anticipatory Contentions based on "Compression in the presence of shared data"</u> |
|---|---|
| reference label are both stored in the segment store. | *See, e.g.* page 29 ("The pointer replacing the segment can be viewed as a reference into a (dynamic) <u>dictionary</u> that includes segments of the already-processed prefix of the file."). <br><br> *See, e.g.* page 32 ("Thus, we point at a segment of a file, which is a member of <u>a definite set of files</u> <u>shared by both sides of the communication, using the following triple, called the segment specifier:</u> <u>(file-id; offset; length)</u>, where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment."). <br><br> *See, e.g.* page 34 ("The server can prepare in advance, <u>for each set of reference files, a trie[2] which</u> <u>embeds all the segments of all the files in the set</u>. Each node of such a trie is associated with a <u>segment specifier – the triple (file-id; offset; length)</u> [which is the length of the path pleading from the root to the node])." "[2] A trie is a data structure that effectively stores a set of strings. Its edges are labeled with characters, different characters labeling edges emitting same mode."). |
| 13. A method for retrieving data, comprising: | Compression article discloses a method for retrieving data. <br><br> *See, e.g.* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, <u>identifiable streams of stored bytes</u>. This often occurs in a <u>client/server environment</u>, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of <u>reference files</u>, i.e., files which are on the disk of clients in the group."). <br><br> *See, e.g.* page 31 ("Decompressing a file that was compressed by any Lempel-Ziv based compression algorithm, including our extended version, is straightforward: <u>segment by segment the</u> |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| | file is reconstructed by copying segments of files already residing on the decompressor's disk. Thus, on the decompressor side, which is not assumed to have extensive computational resources, the computational load is light in any case, and performance is not an issue, neither for the original Lempel-Ziv based algorithm, nor for our extended version."). |
| receiving a request for a file from a client at a server; | Compression article discloses receiving a request for a data stream such as file from a client at a server. |
| | *See, e.g.* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| | *See, e.g.* page 30 ("We suggest to exploit the data shared by the parties to effectively compress files which are to be transferred between them."). |
| retrieving a list including reference labels to segments of the file, wherein the list is associated with the file; | Compression article discloses retrieving a list including reference labels to segments of the file, wherein the list is associated with the file. |
| | *See, e.g.* page 31 ("Decompressing a file that was compressed by any Lempel-Ziv based compression algorithm, including our extended version, is straightforward: segment by segment the file is reconstructed by copying segments of files already residing on the decompressor's disk. Thus, on the decompressor side, which is not assumed to have extensive computational resources, the computational load is light in any case, and performance is not an issue, neither for the original Lempel-Ziv based algorithm, nor for our extended version."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
| --- | --- |
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| | *See, e.g.,* page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: (*file-id; offset; length*), where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment.") |
| | *See, e.g.,* page 35 ("The end result, i.e. the compressed form of the file, is made of a header followed by a list of segment specifiers. The header includes the dictionary for the Huffman code of the *file-ids* used (i.e., the list of all actually participating *file-ids* with their associated Huffman codes), and, possibly, general details, like file-length, etc. In the list of segment specifiers, each specifier is made of the triple: (Huffman coded file identifier, starting point of segment, and Elias coded length of segment).") |
| decoding the list, comprising: replacing reference labels with segments of the file; | Compression article discloses decoding the list, comprising replacing reference labels with segments of the file. |
| | *See, e.g.,* page 31 ("Decompressing a file that was compressed by any Lempel-Ziv based compression algorithm, including our extended version, is straightforward: segment by segment the file is reconstructed by copying segments of files already residing on the decompressor's disk. Thus, on the decompressor side, which is not assumed to have extensive computational resources, the computational load is light in any case, and performance is not an issue, neither for the original Lempel-Ziv based algorithm, nor for our extended version."). |
| and sending the file from the server to the client. | Compression article discloses sending the file from the server to the client. |
| | *See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product."). |
| | *See, e.g.,* page 30 ("We suggest to exploit the data shared by the parties to effectively compress files which are to be transferred between them."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Anticipatory Contentions based on "Compression in the presence of shared data" |
|---|---|
| | *See, e.g.,* page 30 ("The realistic scenarios where we see our scheme as appropriate are such that the sender of a file has strong computational resources, and it benefits from investing much time in compressing the file, gaining, in return, a shorter compressed file."). |
| 19. A system for storing files, comprising: | Compression article describes a system for storing files. |
| | *See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| a front-end file system for receiving from a client a file command for a file, wherein the front-end file system includes a front-end file server; | Compression article discloses a front-end file system for receiving from a client a file command for a data stream such as a file, wherein the front-end file system includes a front-end file server. |
| | *See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| a back-end storage system including logic to segment the file; and | Compression article discloses a back-end storage system including logic to segment the file.<br><br>*See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group.").<br><br>*See, e.g.*, page 34 ("With this generalization, we can say that our scheme partitions the processed file to segments, and replaces each of which by a segment specifier.").<br><br>*See, e.g.*, page 34 ("The server can prepare in advance, for each set of reference files, a trie[2] which embeds all the segments of all the files in the set. Each node of such a trie is associated with a segment specifier – the triple *(file-id, offset, length* [which is the length of the path pleading from the root to the node]). "[2] A trie is a data structure that effectively stores a set of strings. Its edges are labeled with characters, different characters labeling edges emitting same mode. "). |
| a segment store for storing the segments; | Compression article discloses a segment store for storing the segments.<br><br>*See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has |

EXHIBIT 2B TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| | knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| | *See, e.g.,* page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: (*file-id; offset; length*), where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment."). |
| | *See, e.g.,* page 34 ("The server can prepare in advance, for each set of reference files, a trie[2] which embeds all the segments of all the files in the set. Each node of such a trie is associated with a segment specifier – the triple (*file-id; offset; length* [which is the length of the path pleading from the root to the node])."[2] A trie is a data structure that effectively stores a set of strings. Its edges are labeled with characters, different characters labeling edges emitting same mode."). |
| a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. | Compression article discloses a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. |
| | *See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| 22. The system of claim 19, | Compression article discloses that the front-end file system caches file data from the segment store |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on "Compression in the presence of shared data"** |
|---|---|
| wherein the front-end file system caches file data from the segment store when the file is being accessed by the client. | when the file is being accessed by the client.<br><br>*See, e.g.*, page 30 ("In many real life applications, both sides of a communication <u>share knowledge of data</u>, i.e., files or, in the absence of a file system, <u>identifiable streams of stored bytes</u>. This often occurs in a <u>client/server environment</u>, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group.").<br><br>*See, e.g.*, page 31 ("Decompressing a file that was compressed by any Lempel-Ziv based compression algorithm, including our extended version, is straightforward: <u>segment by segment the file</u> is reconstructed by copying segments of files already residing on the decompressor's disk. Thus, on the decompressor side, which is not assumed to have extensive computational resources, the computational load is light in any case, and performance is not an issue, neither for the original Lempel-Ziv based algorithm, nor for our extended version.").<br><br>*See, e.g.*, page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: (*file-id; offset; length*), where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment."). |
| 25. A method for storing files, comprising: | Compression article describes a method for storing files.<br><br>*See, e.g.*, page 30 ("In many real life applications, both sides of a communication <u>share knowledge of data</u>, i.e., files or, in the absence of a file system, <u>identifiable streams of stored bytes</u>. This often occurs in a <u>client/server environment</u>, e.g., for server manage pervasive devices, or with customers |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| | for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server; | Compression article discloses receiving, at a front-end file system from a client, a file command for a data stream such as a file, wherein the front-end file system includes a front-end file server.

*See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| based on the file command, using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system; | Compression article discloses using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system based on the file command.

*See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), |

EXHIBIT 2B TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| | and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| segmenting the file at the back-end storage system; and | Compression article discloses segmenting the file at the back-end storage system. |
| | *See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| | *See, e.g.*, page 34 ("With this generalization, we can say that our scheme partitions the processed file to segments, and replaces each of which by a segment specifier."). |
| | *See, e.g.*, page 34 ("The server can prepare in advance, for each set of reference files, a trie[2] which embeds all the segments of all the files in the set. Each node of such a trie is associated with a segment specifier – the triple *(file-id; offset; length)* [which is the length of the path pleading from the root to the node])." [2] A trie is a data structure that effectively stores a set of strings. Its edges are labeled with characters, different characters labeling edges emitting same mode."). |
| maintaining a storage of the segments in a segment store of the back-end storage system. | Compression article discloses maintaining a storage of the segments in a segment store of the back-end storage system. |
| | *See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge |

-15-

EXHIBIT 2 TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| | of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| | *See, e.g.*, page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: (*file-id, offset, length*) where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment."). |
| | *See, e.g.*, page 34 ("The server can prepare in advance, for each set of reference files, a trie² which embeds all the segments of all the files in the set. Each node of such a trie is associated with a segment specifier – the triple (*file-id, offset, length* [which is the length of the path pleading from the root to the node]). "² A trie is a data structure that effectively stores a set of strings. Its edges are labeled with characters, different characters labeling edges emitting same mode."). |
| 28. The method of claim 25, further comprising caching file data from the segment store at the front-end file system when the file is being accessed by the client. | Compression article discloses caching file data from the segment store at the front-end file system when the file is being accessed by the client. |
| | *See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: |
|---|---|
| | **Anticipatory Contentions based on "Compression in the presence of shared data"** |
| | and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| | *See, e.g.*, page 31 ("Decompressing a file that was compressed by any Lempel-Ziv based compression algorithm, including our extended version, is straightforward: <u>segment by segment the file is reconstructed by copying segments of files already residing on the decompressor's disk</u>. Thus, on the decompressor side, which is not assumed to have extensive computational resources, the computational load is light in any case, and performance is not an issue, neither for the original Lempel-Ziv based algorithm, nor for our extended version."). |
| | *See, e.g.*, page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: *(file-id, offset, length)*, where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment."). |

EXHIBIT 3C TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on<br>U.S. Patent No. 6,704,730** |
|---|---|
| 1. A method for storing data, comprising: | U.S. Patent No. 6,704,730 (the "'730 patent") describes a method for storing data.<br><br>*See, e.g.,* col. 6, lines 30-35 ("In a particular implementation of the hash file system and method of the present invention as disclosed herein, its application is directed toward a high availability, high reliability data storage system that leverages rapid advances in commodity computing devices and the robust nature of internetwork technology such as the Internet.").<br><br>*See, e.g.,* col. 7, lines 31-33, ("With reference now to FIG. 1, the present invention may be utilized in conjunction with a novel data storage system on a network 10.").<br><br>*See, e.g.,* col. 8, lines 11-16, ("In a particular implementation of the present invention, storage devices may be placed at nodes 18. The storage at any node 18 may comprise a single hard drive, or may comprise a managed storage system such as a conventional RAID device having multiple hard drives configured as a single logical volume."). |
| receiving a file from a client at a server; | The '730 patent discloses receiving a file from a client at a server.<br><br>*See, e.g.,* col. 4, lines 40-45, ("Still other potential applications of the hash file system of the present invention include web-serving. In this regard, the hash file system can be used to efficiently distribute web content because the method of factoring commonality (hashing) also produces uniform distribution over all hash file system servers.").<br><br>*See, e.g.,* col. 9, line 61 to col. 10 line 2, ("With reference additionally now to FIG. 3, a logic flow chart is shown depicting the steps in the entry of a computer file into the hash file system of the present invention and wherein the hash value for the file is checked against hash values for files previously maintained in a set, or database. The process 200 begins by entry of a computer file data 202 (e.g. "File A") into the hash file system ("HFS") of the present invention upon which a hash function is performed at step 204."). |
| segmenting the file into one or | The '730 patent discloses segmenting a data stream into one or more segments. |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <u>Anticipatory Contentions based on</u> <u>U.S. Patent No. 6,704,730</u> |
|---|---|
| more segments; | *See, e.g.,* Fig. 4; col. 5 lines 42-46, ("FIG. 4 is a further logic flow chart depicting the steps in the breakup of a file or other data sequence into hashed pieces resulting in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece;"). |
| | *See, e.g.,* Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g., a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is divided into pieces based on commonality with other pieces in the system or the likelihood of pieces being found to be in common in the future at step 304."). |
| forming a list, comprising; determining whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label; | The '730 patent discloses forming a list (e.g., a record), comprising determining whether each segment is present in a segment store (e.g., a set), wherein a segment that is present in the segment store has an assigned reference label (e.g., a unique identification). |
| | *See, e.g.,* Figs. 5-7; col. 10, line 35 to col. 11, line 11, ("With reference additionally now to FIG. 5, another logic flow chart is shown depicting a comparison process 400 for the hash values 310 of each piece 306 of the file to those of existing hash values 214 maintained in the set 212. <u>Particularly, at step 402, the hash values 310 for each piece 306 of the file are compared to existing hash values 214 and new hash values 408 and corresponding new data pieces 406 are added to the set 212.</u> In this way, hash values 408 not previously present in the database set 212 are added together with their associated data pieces 406. The process 400 also results in the production of records 404 showing the equivalence of a single hash value for all file pieces with the hash values 310 of the various pieces 306.... With reference additionally now to FIG. 7, a comparison 600 of the pieces 306 of a representative computer file (i.e. "File A") with their corresponding hash values 310 is shown both before and after editing of a particular piece of the exemplary file. In this example, the record 404 contains the hash value of File A as well as the hash values 310 of each of the pieces of the file A1 through A5. <u>A representative edit of the File A may produce a change in the data for piece A2 (now represented by A2-b) of the file pieces 306A along with a corresponding change in the hash value A2-b of the hash values 310A. The edited file piece now produces an updated record 404A which</u> |

EXHIBIT #C TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on**<br>U.S. Patent No. 6,704,730 |
|---|---|
| | includes the modified hash value of File A and the modified hash value of piece A2-b."). |
| | *See, e.g.,* Figs. 5-6; col. 11, lines 13-26, ("With reference additionally now to FIG. 8, a conceptual representation 700 is shown illustrative of the fact that composite data (such as composite data 702 and 704) derived by means of the system and method of the present invention, is effectively the same as the data 706 represented explicitly but is instead created by a "recipe", or formula. In the example shown, this recipe includes the concatenation of data represented by its corresponding hashes 708 or the result of a function using the data represented by the hashes. The data blocks 706 may be variable length quantities as shown and the hash values 708 are derived from their associated data blocks. As previously stated, the hash values 708 are a probabilistically unique identification of the corresponding data pieces but truly unique identifications can be used instead or intermixed therewith."). |
| for each segment present in the segment store, adding to the list the assigned reference label; and for each segment not present in the segment store, assigning a reference label to the segment, storing the segment and the reference label, and adding the reference label to the list; and | The '730 patent discloses, for each segment present in the segment store, adding to the list the assigned reference label; and for each segment not present in the segment store, assigning a reference label to the segment, storing the segment and the reference label, and adding the reference label to the list. |
| | *See, e.g.,* Figs. 5-6; col. 10, lines 39-48, ("Particularly, at step 402, the hash values 310 for each piece 306 of the file are compared to existing hash values 214 and new hash values 408 and corresponding new data pieces 406 are added to the set 212. In this way, hash values 408 not previously present in the database set 212 are added together with their associated data pieces 406. The process 400 also results in the production of records 404 showing the equivalence of a single hash value for all file pieces with the hash values 310 of the various pieces 306."). |
| | *See, e.g.,* Figs. 5-6; col. 11, lines 13-26, ("With reference additionally now to FIG. 8, a conceptual representation 700 is shown illustrative of the fact that composite data (such as composite data 702 and 704) derived by means of the system and method of the present invention, is effectively the same as the data 706 represented explicitly but is instead created by a "recipe", or formula. In the example shown, this recipe includes the concatenation of data represented by its corresponding hashes 708 or the result of a function using the data represented by the hashes. The data blocks 706 |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on**<br>**U.S. Patent No. 6,704,730** |
|---|---|
|  | may be variable length quantities as shown and the hash values 708 are derived from their associated data blocks. As previously stated, the hash values 708 are a probabilistically unique identification of the corresponding data pieces but truly unique identifications can be used instead or intermixed therewith. |
| storing an association between the file and the list. | The '730 patent discloses storing an association between the file and the list.<br><br>*See, e.g.*, Fig. 5; col. 5, lines 48-54, ("FIG. 5 is another logic flow chart depicting the comparison of the hash values for each piece of a file to existing hash values in the set (or database), the production of records showing the equivalence of a single hash value for all file pieces with the hash values of the various pieces and whereupon new data pieces and corresponding new hash values are added to the set").<br><br>*See, e.g.*, Fig. 7; col. 10, line 66 to col. 11, line 11, ("With reference additionally now to FIG. 7, a comparison 600 of the pieces 306 of a representative computer file (i.e. "File A") with their corresponding hash values 310 is shown both before and after editing of a particular piece of the exemplary file. In this example, the record 404 contains the hash value of File A as well as the hash values 310 of each of the pieces of the file A1 through A5. A representative edit of the File A may produce a change in the data for piece A2 (now represented by A2-b) of the file pieces 306A along with a corresponding change in the hash value A2-b of the hash values 310A. The edited file piece now produces an updated record 404A which includes the modified hash value of File A and the modified hash value of piece A2-b.").<br><br>*See, e.g.*, col. 11, line 12-20, ("With reference additionally now to FIG. 8, a conceptual representation 700 is shown illustrative of the fact that composite data (such as composite data 702 and 704) derived by means of the system and method of the present invention, is effectively the same as the data 706 represented explicitly but is instead created by a "recipe", or formula. In the example shown, this recipe includes the concatenation of data represented by its corresponding |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on**<br>**U.S. Patent No. 6,704,730** |
|---|---|
| | hashes 708 or the result of a function using the data represented by the hashes."). |
| | *See, e.g.*, col. 12, line 31-34, ("The illustration 1100 shows the details of how a computer file system may be broken into pieces and then listed as a series of recipes on a global data protection network ("gDPN") to reconstruct the original data from the pieces."). |
| 2. The method of claim 1, wherein the segment and its assigned reference label are both stored in the segment store. | The '730 patent discloses wherein the segment and its assigned reference label are both stored in the segment store.<br><br>*See, e.g.*, Fig. 5; col. 10, lines 6-18, ("The contents of the set 212 comprising hash values and corresponding data is provided in the form of existing hash values 214 for the comparison operation of decision step 208. On the other hand, if the hash value for File A is not currently in the set, the file is broken into hashed pieces (as will be more fully described hereinafter) at step 216. With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece."). |
| 7. A system for storing data, comprising: | The '730 patent discloses a system for storing data.<br><br>*See, e.g.*, col. 6, lines 30-35 ("In a particular implementation of the hash file system and method of the present invention as disclosed herein, its application is directed toward a high availability, high reliability data storage system that leverages rapid advances in commodity computing devices and the robust nature of internetwork technology such as the Internet.").<br><br>*See, e.g.*, col. 7, lines 31-33, ("With reference now to FIG. 1, the present invention may be utilized in conjunction with a novel data storage system on a network 10.").<br><br>*See, e.g.*, col. 8, lines 11-16, ("In a particular implementation of the present invention, storage devices may be placed at nodes 18. The storage at any node 18 may comprise a single hard drive, or may comprise a managed storage system such as a conventional RAID device having multiple hard drives configured as a single logical volume."). |

EXHIBIT 3C TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Anticipatory Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| a server for receiving a file from a client; | The '730 patent discloses a server for receiving a file from a client. |
| | See, e.g., col. 4, lines 40-45, ("Still other potential applications of the hash file system of the present invention include web-serving. In this regard, the hash file system can be used to efficiently distribute web content because the method of factoring commonality (hashing) also produces uniform distribution over all hash file system servers.") |
| | See, e.g., col. 9, line 61 to col. 10 line 2, ("With reference additionally now to FIG. 3, a logic flow chart is shown depicting the steps in the entry of a computer file into the hash file system of the present invention and wherein the hash value for the file is checked against hash values for files previously maintained in a set, or database. The process 200 begins by entry of a computer file data 202 (e.g. "File A") into the hash file system ("HFS") of the present invention upon which a hash function is performed at step 204."). |
| a segmenter configured to segment the file; | The '730 patent discloses a segmenter configured to segment the file. |
| | See, e.g., Fig. 4; col. 5 lines 42-46, ("FIG. 4 is a further logic flow chart depicting the steps in the breakup of a file or other data sequence into hashed pieces resulting in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece;"). |
| | See, e.g., Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is divided into pieces based on commonality with other pieces in the system or the likelihood of pieces being found to be in common in the future at step 304."). |
| an encoder for forming a list, comprising: logic configured to determine whether each segment is present in a segment store, wherein a segment that is present in the | The '730 patent discloses an encoder for forming a list, comprising logic configured to determine whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label. |
| | See, e.g., Figs. 5-7; col. 10, line 35 to col. 11, line 11, ("With reference additionally now to FIG. 5, |

-6-

EXHIBIT 3C TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: **Anticipatory Contentions based on** **U.S. Patent No. 6,704,730** |
|---|---|
| segment store has an assigned reference label; | another logic flow chart is shown depicting a comparison process 400 for the hash values 310 of each piece 306 of the file to those of existing hash values 214 maintained in the set 212. Particularly, at step 402, the hash values 310 for each piece 306 of the file are compared to existing hash values 214 and new hash values 408 and corresponding new data pieces 406 are added to the set 212. In this way, hash values 408 not previously present in the database set 212 are added together with their associated data pieces 406. The process 400 also results in the production of records 404 showing the equivalence of a single hash value for all file pieces with the hash values 310 of the various pieces 306... With reference additionally now to FIG. 7, a comparison 600 of the pieces 306 of a representative computer file (i.e. "File A") with their corresponding hash values 310 is shown both before and after editing of a particular piece of the exemplary file. In this example, the record 404 contains the hash value of File A as well as the hash values 310 of each of the pieces of the file A1 through A5. A representative edit of the File A may produce a change in the data for piece A2 (now represented by A2-b) of the file pieces 306A along with a corresponding change in the hash value A2-b of the hash values 310A. The edited file piece now produces an updated record 404A which includes the modified hash value of File A and the modified hash value of piece A2-b."). *See, e.g.,* Figs. 5-6; col. 11, lines 13-26, ("With reference additionally now to FIG. 8, a conceptual representation 700 is shown illustrative of the fact that composite data (such as composite data 702 and 704) derived by means of the system and method of the present invention, is effectively the same as the data 706 represented explicitly but is instead created by a "recipe", or formula. In the example shown, this recipe includes the concatenation of data represented by its corresponding hashes 708 or the result of a function using the data represented by the hashes. The data blocks 706 may be variable length quantities as shown and the hash values 708 are derived from their associated data blocks. As previously stated, the hash values 708 are a probabilistically unique identification of the corresponding data pieces but truly unique identifications can be used instead or intermixed therewith."). |
| for each segment present in the segment store, logic configured to add to the list the assigned reference label; and for each | The '730 patent discloses for each segment present in the segment store, logic configured to add to the list the assigned reference label; and for each segment not present in the segment store, logic configured to assign a reference label to the segment, store the segment and the reference label, and add the reference label to the list. |

-7-

EXHIBIT 3C TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <u>Anticipatory Contentions based on</u> <u>U.S. Patent No. 6,704,730</u> |
|---|---|
| segment not present in the segment store, logic configured to assign a reference label to the segment, store the segment and the reference label, and add the reference label to the list; | *See, e.g.*, Figs. 5-6; col. 10, lines 35-48, ("Particularly, at step 402, the hash values 310 for each piece 306 of the file are compared to existing hash values 214 and new hash values 408 and corresponding new data pieces 406 are added to the set 212. In this way, <u>hash values 408 not previously present in the database set 212 are added together with their associated data pieces 406.</u> <u>The process 400 also results in the production of records 404 showing the equivalence of a single</u> <u>hash value for all file pieces with the hash values 310 of the various pieces 306.</u>"). |
| | *See, e.g.*, Figs. 5-6; col. 11, lines 13-31, ("With reference additionally now to FIG. 8, a conceptual representation 700 is shown illustrative of the fact that composite data (such as composite data 702 and 704) derived by means of the system and method of the present invention, is effectively the same as the data 706 represented explicitly but is instead created by a "recipe", or formula. In the example shown, this recipe includes the concatenation of data represented by its corresponding hashes 708 or the result of a function using the data represented by the hashes. The data blocks 706 may be variable length quantities as shown and the hash values 708 are a probabilistically unique identification of the corresponding data blocks. As previously stated, the hash values 708 are derived from their associated <u>data blocks. As previously stated, the hash values 708 are a probabilistically unique identification of</u> <u>the corresponding data pieces but truly unique identifications can be used instead or intermixed</u> <u>therewith.</u>"). |
| and logic configured to store an association between the file and the list. | The '730 patent discloses logic configured to store an association between the file and the list. |
| | *See, e.g.*, Fig. 5; col. 5, lines 48-54, ("FIG. 5 is another logic flow chart depicting the comparison of the hash values for each piece of a file to existing hash values in the set (or database), the production of records showing the equivalence of a single hash value for all file pieces with the hash values of <u>the various pieces and whereupon new data pieces and corresponding new hash values are added to</u> <u>the set</u>"). |
| | *See, e.g.*, col. 10, line 66 to col. 11, line 11, ("With reference additionally now to FIG. 7, a comparison 600 of the pieces 306 of a representative computer file (i.e. "File A") with their corresponding hash values 310 is shown both before and after editing of a particular piece of the exemplary file. In this example, <u>the record 404 contains the hash value of File A as well as the hash</u> |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Anticipatory Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | values 310 of each of the pieces of the file A1 through A5. A representative edit of the File A may produce a change in the data for piece A2 (now represented by A2-b) of the file pieces 306A along with a corresponding change in the hash value A2-b of the hash values 310A. The edited file piece now produces an updated record 404A which includes the modified hash value of File A and the modified hash value of piece A2-b."). |
| | See, e.g., col. 11, line 12-20, ("With reference additionally now to FIG. 8, a conceptual representation 700 is shown illustrative of the fact that composite data (such as composite data 702 and 704) derived by means of the system and method of the present invention, is effectively the same as the data 706 represented explicitly but is instead created by a "recipe", or formula. In the example shown, this recipe includes the concatenation of data represented by its corresponding hashes 708 or the result of a function using the data represented by the hashes."). |
| | See, e.g., col. 12, line 31-34, ("The illustration 1100 shows the details of how a computer file system may be broken into pieces and then listed as a series of recipes on a global data protection network ("gDPN") to reconstruct the original data from the pieces."). |
| 8. The system of claim 7, wherein the segment and its assigned reference label are both stored in the segment store. | The '730 patent discloses wherein the segment and its assigned reference label are both stored in the segment store. |
| | See, e.g., Fig. 5; col. 10, lines 6-18, ("The contents of the set 212 comprising hash values and corresponding data is provided in the form of existing hash values 214 for the comparison operation of decision step 208. On the other hand, if the hash value for File A is not currently in the set, the file is broken into hashed pieces (as will be more fully described hereinafter) at step 216. With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece."). |
| 13. A method for retrieving data, comprising: | The '730 patent discloses a method for retrieving data. |
| | See, e.g., col. 6, lines 62-67, ("In a particular implementation disclosed herein, file seeks, or lookups |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Anticipatory Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | for retrieving data or checking on the existence/availability of data, may be accelerated by looking at all or a smaller portion of the symbol, with the symbol portion indicating or otherwise providing the routing information for finding, retrieving, or checking on the existence/availability of the data.") See, e.g., col. 13, lines 17-20, ("In the hash file system of the present invention, all data objects may be indexed, stored and retrieved using, for example (but not limited to), an industry standard checksum such as: MD4, MD5, SHA, or SHA-1.") |
| receiving a request for a file from a client at a server; | The '730 patent discloses receiving a request for a data stream such as file from a client at a server. See, e.g., col. 4, lines 40-45, ("Still other potential applications of the hash file system of the present invention include web-serving. In this regard, the hash file system can be used to efficiently distribute web content because the method of factoring commonality (hashing) also produces uniform distribution over all hash file system servers.") See, e.g., col. 9, line 61 to col. 10 line 2, ("With reference additionally now to FIG. 3, a logic flow chart is shown depicting the steps in the entry of a computer file into the hash file system of the present invention and wherein the hash value for the file is checked against hash values for files previously maintained in a set, or database. The process 200 begins by entry of a computer file data 202 (e.g. "File A") into the hash file system ("HFS") of the present invention upon which a hash function is performed at step 204."). |
| retrieving a list including reference labels to segments of the file, wherein the list is associated with the file; | The '730 patent discloses retrieving a list including reference labels to segments of the file, wherein the list is associated with the file. See, e.g., Fig. 12; col. 12, lines 31-41, ("The illustration 1100 shows the details of how a computer file system may be broken into pieces and then listed as a series of recipes on a global data protection network ("gDPN") to reconstruct the original data from the pieces. This very small computer system is shown in the form of a "snapshot" on "Day 1" and then subsequently on "Day 2". On "Day 1", the "program files H5" and "my documents H6" are illustrated by numeral 1106, with the former being represented by a recipe 1108 wherein a first executable file is represented by a hash value H11114 and a second represented by a hash value H21112."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: **Anticipatory Contentions based on** U.S. Patent No. 6,704,730 |
|---|---|
| decoding the list, comprising: replacing reference labels with segments of the file; | The '730 patent discloses decoding the list, comprising replacing reference labels with segments of the file. |
| | *See, e.g.,* Fig. 12; col. 12, lines 31-41, ("The illustration 1100 shows the details of how a computer file system may be broken into pieces and then listed as a series of recipes on a global data protection network ("gDPN") to reconstruct the original data from the pieces. This very small computer system is shown in the form of a "snapshot" on "Day 1 " and then subsequently on "Day 2". On "Day 1", the "program files H5" and "my documents H6" are illustrated by numeral 1106, with the former being represented by a recipe 1108 wherein a first executable file is represented by a hash value H11114 and a second represented by a hash value H21112."). |
| | *See, e.g.,* Fig. 12; col. 12, lines 52-64, ("In this example, it can be seen that on Day 2, some of the files have changed, while others have not. In the files that have changed, some of the pieces of them have not changed while other pieces have. Through the use of the hash file system of the present invention, a "snap shot" of the computer system can be made on Day 1 (producing the necessary recipes for reconstruction of the computer files as they exist then) and then on Day 2 through the reuse of some of the previous day's recipes together with the reformulation of others and the addition of new ones to describe the system at that time. In this manner, the computer system may be recreated in its entirety at any point in time on both Day 1 or Day 2 as well as on any subsequent day."). |
| and sending the file from the server to the client. | The '730 patent discloses sending the file from the server to the client. |
| | *See, e.g.,* Fig. 12; col. 12, lines 52-64, ("Still other potential applications of the hash file system of the present invention include web-serving. In this regard, the hash file system can be used to efficiently distribute web content because the method of factoring commonality (hashing) also produces uniform distribution over all hash file system servers. This even distribution permits a large array of servers to function as a gigantic web server farm with an evenly distributed load. In other applications, the hash file system of the present invention can be used as a network accelerator inasmuch as it can be used to reduce network traffic by sending proxies (hashes) for data instead of the data itself. A large percentage of current network traffic is redundant data moving between |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <br> <u>Anticipatory Contentions based on</u> <br> <u>U.S. Patent No. 6,704,730</u> |
|---|---|
|  | locations. Sending proxies for the data would allow effective local caching mechanisms to operate, possibly reducing the traffic on the Internet by several orders of magnitude."). |
| 19. A system for storing files, comprising: | The '730 patent discloses a system for storing files. |
|  | *See, e.g.*, col. 6, lines 30-35 ("In a particular implementation of the hash file system and method of the present invention as disclosed herein, <u>its application is directed toward a high availability, high reliability data storage system that leverages rapid advances in commodity computing devices and the robust nature of internetwork technology such as the Internet."). |
|  | *See, e.g.*, col. 7, lines 31-33, ("With reference now to FIG. 1, the present invention may be utilized in conjunction with a novel <u>data storage system</u> on a network 10."). |
|  | *See, e.g.*, col. 8, lines 11-16, ("In a particular implementation of the present invention, <u>storage devices</u> may be placed at nodes 18. The <u>storage</u> at any node 18 may comprise <u>a single hard drive, or may comprise a managed storage system</u> such as a conventional RAID device having multiple hard drives configured as a single logical volume."). |
| a front-end file system for receiving from a client a file command for a file, wherein the front-end file system includes a front-end file server; | The '730 patent discloses a front-end file system for receiving from a client (e.g., at a personal computer) a file command for a file, wherein the front-end file system includes a front-end file server. |
|  | *See, e.g.*, Fig. 2; col. 5, lines 29-36, ("FIG. 2 is a more detailed conceptual representation of a possible operating environment for utilization of the system and method of the present invention wherein files maintained on <u>any number of computers</u> or data centers may be stored in a decentralized computer system through an Internet connection to a number of Redundant Arrays of Independent Nodes ("RAIN") racks located, for example, at geographically diverse locations;"). |
|  | *See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself works on <u>any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage</u> ("NAS") or other systems capable of storing and/or processing data."). |

EXHIBIT 3C TO QUANTUM'S PRELIMINARY <br> INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on**<br>**U.S. Patent No. 6,704,730** |
|---|---|
| | *See, e.g.*, Fig. 2; col. 6, lines 60-67, ("In a particular implementation disclosed herein, file seeks, or lookups for retrieving data or checking on the existence/availability of data, may be accelerated by looking at all or a smaller portion of the symbol, with the symbol portion indicating or otherwise providing the routing information for finding, retrieving, or checking on the existence/availability of the data."). |
| | *See, e.g.*, Fig. 2; col. 8, lines 49-51, ("While such devices have disparate data storage needs, they share an ability to retrieve data via network 100 and operate on that data within their own resources."). |
| a back-end storage system including logic to segment the file; and | The '730 patent discloses a back-end storage system including logic to segment the file. |
| | *See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data."). |
| | *See, e.g.*, Fig. 2; col. 9, line 45-55, ("Each RAIN element 124 executes an operating system. In a particular implementation, the UNIX or UNIX variant operating system such as Linux may be used. It is contemplated, however, that other operating systems including DOS, Microsoft Windows, Apple Macintosh OS, OS/2, Microsoft Windows NT and the like may be equivalently substituted with predictable changes in performance. The operating system chosen forms a platform for executing application software and processes, and implements a file system for accessing mass storage via the hard disk controller(s)."). |
| | *See, e.g.*, Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is divided into pieces based on commonality with other pieces in the system |

EXHIBIT 3C TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: <br> **Anticipatory Contentions based on** <br> **U.S. Patent No. 6,704,730** |
|---|---|
| | or the likelihood of pieces being found to be in common in the future at step 304."). |
| a segment store for storing the segments; | The '730 patent discloses a segment store for storing the segments. <br><br> *See, e.g.*, Fig. 5; col. 5, line 48-54, ("FIG. 5 is another logic flow chart depicting the comparison of the hash values for each piece of a file to existing hash values in the set (or database), the production of records showing the equivalence of a single hash value for all file pieces with the hash values of the various pieces and whereupon new data pieces and corresponding new hash values are added to the set"). <br><br> *See, e.g.*, Figs. 5-6; col. 10, lines 39-45, ("Particularly, at step 402, the hash values 310 for each piece 306 of the file are compared to existing hash values 214 and new hash values 408 and corresponding new data pieces 406 are added to the set 212. In this way, hash values 408 not previously present in the database set 212 are added together with their associated data pieces 406."). |
| a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. | The '730 patent discloses a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. <br><br> *See, e.g.*, col. 2, lines 18-20, ("NAS (network-attached storage) refers to hard disk storage that is set up with its own network address rather than being attached to an application server."). <br><br> *See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data."). <br><br> *See, e.g.*, Fig. 2; col. 9, line 3-7, ("Internal networks 122 may be implemented using various LAN technologies including Ethernet, Fiber Distributed Data Interface ("FDDI"), Token Ring, Appletalk, Fibre Channel, and the like.") |
| 22. The system of claim 19, wherein the front-end file system caches file data from the segment | The '730 patent discloses that the front-end file system caches file data from the segment store when the file is being accessed by the client. |

EXHIBIT 3 TO QUANTUM'S PRELIMINARY <br> INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Anticipatory Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| store when the file is being accessed by the client. | *See, e.g.,* col. 4, line 47-55, ("In other applications, the hash file system of the present invention can be used as a network accelerator inasmuch as it can be used to reduce network traffic by sending proxies (hashes) for data instead of the data itself. A large percentage of current network traffic is redundant data moving between locations. Sending proxies for the data would allow effective local caching mechanisms to operate, possibly reducing the traffic on the Internet by several orders of magnitude."). |
| 25. A method for storing files, comprising: | The '730 patent discloses describes a method for storing files.<br><br>*See, e.g.,* col. 6, lines 30-35 ("In a particular implementation of the hash file system and method of the present invention as disclosed herein, its application is directed toward a high availability, high reliability data storage system that leverages rapid advances in commodity computing devices and the robust nature of internetwork technology such as the Internet.").<br><br>*See, e.g.,* col. 7, lines 31-33, ("With reference now to FIG. 1, the present invention may be utilized in conjunction with a novel data storage system on a network 10.").<br><br>*See, e.g.,* col. 8, lines 11-16, ("In a particular implementation of the present invention, storage devices may be placed at nodes 18. The storage at any node 18 may comprise a single hard drive, or may comprise a managed storage system such as a conventional RAID device having multiple hard drives configured as a single logical volume."). |
| receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server; | The '730 patent discloses receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server.<br><br>*See, e.g.,* Fig. 2; col. 5, lines 29-36, ("FIG. 2 is a more detailed conceptual representation of a possible operating environment for utilization of the system and method of the present invention wherein files maintained on any number of computers or data centers may be stored in a decentralized computer system through an Internet connection to a number of Redundant Arrays of Independent Nodes ("RAIN") racks located, for example, at geographically diverse locations;").<br><br>*See, e.g.,* Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, |

-15-

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: **Anticipatory Contentions based on** **U.S. Patent No. 6,704,730** |
|---|---|
| | without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data."). |
| | *See, e.g.*, Fig. 2; col. 6, lines 60-67, ("In a particular implementation disclosed herein, <u>file seeks, or lookups for retrieving data or checking on the existence/availability of data</u>, may be accelerated by looking at all or a smaller portion of the symbol, with the symbol portion indicating or otherwise providing the routing information for finding, retrieving, or checking on the existence/availability of the data."). |
| | *See, e.g.*, Fig. 2; col. 8, lines 49-51, ("<u>While such devices have disparate data storage needs, they share an ability to retrieve data via network 100 and operate on that data within their own resources</u>."). |
| based on the file command, using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system; | The '730 patent discloses using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system based on the file command. |
| | *See, e.g.*, col. 2, lines 18-20, ("NAS (network-attached storage) refers to hard disk storage that is set up with its own network address rather than being attached to an application server."). |
| | *See, e.g.*, Fig. 2; col. 6, lines 44-50, ("<u>The system itself works on any computer system</u> including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; <u>network attached storage</u> ("NAS") or other systems capable of storing and/or processing data."). |
| segmenting the file at the back-end storage system; and | The '730 patent discloses segmenting the file at the back-end storage system. |
| | *See, e.g.*, Fig. 2; col. 6, lines 44-50, ("<u>The system itself works on any computer system</u> including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data."). |

EXHIBIT 3C TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>**Anticipatory Contentions based on**<br>**U.S. Patent No. 6,704,730** |
|---|---|
| maintaining a storage of the segments in a segment store of the back-end storage system. | *See, e.g.,* Fig. 2; col. 9, line 45-55, ("Each RAIN element 124 executes an operating system. In a particular implementation, the UNIX or UNIX variant operating system such as Linux may be used. It is contemplated, however, that other operating systems including DOS, Microsoft Windows, Apple Macintosh OS, OS/2, Microsoft Windows NT and the like may be equivalently substituted with predictable changes in performance. The operating system chosen forms a platform for executing application software and processes, and implements a file system for accessing mass storage via the hard disk controller(s).").<br><br>*See, e.g.,* Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is divided into pieces based on commonality with other pieces in the system or the likelihood of pieces being found to be in common in the future at step 304.").<br><br>The '730 patent discloses maintaining a storage of the segments in a segment store of the back-end storage system.<br><br>*See, e.g.,* Fig. 5; col. 5, line 48-54, ("FIG. 5 is another logic flow chart depicting the comparison of the hash values for each piece of a file to existing hash values in the set (or database), the production of records showing the equivalence of a single hash value for all file pieces with the hash values of the various pieces and whereupon new data pieces and corresponding new hash values are added to the set").<br><br>*See, e.g.,* Figs. 5-6; col. 10, lines 39-45, ("Particularly, at step 402, the hash values 310 for each piece 306 of the file are compared to existing hash values 214 and new hash values 408 and corresponding new data pieces 406 are added to the set 212. In this way, hash values 408 not previously present in the database set 212 are added together with their associated data pieces 406."). |
| 28. The method of claim 25, further comprising caching file data from the segment store at the front-end | The '730 patent discloses caching file data from the segment store at the front-end file system when the file is being accessed by the client. |

EXHIBIT 3C TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: **Anticipatory Contentions based on** U.S. Patent No. 6,704,730 |
|---|---|
| file system when the file is being accessed by the client. | *See, e.g.*, col. 4, line 47-55, ("In other applications, the hash file system of the present invention can be used as a network accelerator inasmuch as it can be used to reduce network traffic by sending proxies (hashes) for data instead of the data itself. A large percentage of current network traffic is redundant data moving between locations. Sending proxies for the data would allow effective local caching mechanisms to operate, possibly reducing the traffic on the Internet by several orders of magnitude."). |

EXHIBIT D TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on "Emulator Express: A system for optimizing emulator performance for wireless networks" |
|---|---|
| 1. A method for storing data, comprising: | The article, Emulator Express: A system for optimizing emulator performance for wireless networks (hereinafter, "Emulator Express") describes a method for storing data. |
| | *See, e.g.,* page 389, col. 2, ("The caching instructions in the decompressed data stream are now analyzed to reconstruct the original data stream.  Cached segments are retrieved, and new segments are stored in the cache as appropriate."). |
| | *See, e.g.,* page 393, col. 1, ("The first time a session is created the active caches are empty.  Over the lifetime of the session, segments are stored and retrieved from the active cache; the cache becomes increasingly populated, and the degree of data reduction increases since there will be more 'cache hits'."). |
| | *See, e.g.,* page 396, col. 1, ("The cache manager is the software component that allocates and deallocates cache space and stores and retrieves variable-length segments to and from the cache."). |
| receiving a file from a client at a server; | Emulator Express discloses receiving a data stream such as the contents of a file from a client at a server. |
| | *See, e.g.,* pp. 384, col. 1 ("This paper describes how the Emulator Express system intercepts the data stream and optimizes it transparently to both the client emulator and the Telnet server."). |
| | *See, e.g.,* Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that consists of a *Client Side Intercept* (CSI) program located in the mobile unit and a *Server Side Intercept* (SSI) program located in the wireline network typically at or near the host system… The CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application)… The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data.  Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to |

EXHIBIT D TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>**"Emulator Express: A system for optimizing emulator performance for wireless networks"** |
|---|---|
| | the Telnet server… Although not shown in Figure 2, <u>many mobile clients may be connected to a</u> <u>single SSI; likewise, a single SSI may communicate with many different Telnet servers (and</u> <u>application hosts).</u>"). |
| | Emulator Express uses the terms "file" and "data stream" interchangeably throughout its disclosure. It was well known at the time of the invention in the art of data storage that a file is a form of data stream and that the contents of a file are read as a data stream. Additionally, while the system described in Emulator Express is described in terms of receiving data streams, such a system could be easily modified by a skilled artisan to receive files. For at least these reasons, it would have been obvious to a person of ordinary skill in the art of data storage to modify the system described in Emulator Express to receive a file. |
| segmenting the file into one or more segments; | Emulator Express discloses segmenting a data stream into one or more segments. |
| | *See, e.g.,* Fig. 3; pp. 388-389, ("The EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to <u>break an</u> <u>output data stream into segments</u> that are likely to have high probability of being reused on a later screen, or possibly even the same screen."). |
| | *See, e.g.,* Fig. 3; page 389, col. 1, ("The SSI will analyze this data stream and <u>divide it into segments.</u> A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI."). |
| | *See, e.g.,* page 392, col. 2, ("As noted earlier, the EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to break an output data stream into segments that are likely to have a high probability of being reused on a later screen, or possibly even the same screen. The <u>segmentation algorithm is thus</u> <u>a function of the data stream being processed</u>—in our case TN3270 and TN5250 data streams. In principle this caching technology can be applied to many other data streams by providing segmentation functions that are specific to the particular data stream."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Emulator Express: A system for optimizing emulator performance for wireless networks" |
|---|---|
| forming a list, comprising:<br>determining whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label; | Emulator Express discloses forming a list, comprising determining whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label.<br><br>*See, e.g.*, page 389, col. 1, ("Some input fields may be preloaded with data that can be changed by the user. The SSI will analyze this data stream and divide it into segments. <u>A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream.</u> Otherwise, the new data are both cached for possible future use and forwarded to the CSI. An LRU (least recently used) algorithm is used to discard the oldest segments when the cache becomes full.").<br><br>*See, e.g.*, page 393, col. 1, ("<u>A 32-bit CRC (cyclic redundancy check) is generated for each segment and used as the key field</u>").<br><br>*See, e.g.*, page 396, col. 2, ("An <u>EE</u> cache consists of three files: a <u>segment store</u>, an <u>index store</u>, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks… The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. <u>Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store.</u>"). |
| for each segment present in the segment store, adding to the list the assigned reference label; and for each segment not present in the segment store, assigning a reference label to the segment, storing the segment and the reference label, and adding the reference label to the list; and | Emulator Express discloses, for each segment present in the segment store, adding to the list the assigned reference label; and for each segment not present in the segment store, assigning a reference label to the segment, storing the segment and the reference label, and adding the reference label to the list.<br><br>*See, e.g.*, Fig. 3; page 389, col. 1, ("Some input fields may be preloaded with data that can be changed by the user. The SSI will analyze this data stream and divide it into segments. <u>A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream.</u> Otherwise, the new data are both |

W02-WEST:6AXS1\400764430.4

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on "Emulator Express: A system for optimizing emulator performance for wireless networks" |
|---|---|
| | cached for possible future use and forwarded to the CSI. An LRU (least recently used) algorithm is used to discard the oldest segments when the cache becomes full."). |
| | *See, e.g.*, page 396, col. 2, ("An EE cache consists of three files: a <u>segment store</u>, an <u>index store</u>, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks... The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. <u>Each B-Tree entry is composed of a segment key and the address of the segment in the segment store.</u> The segment key is a 32-bit CRC value computed for its respective segment. <u>The address of a segment is the block number of the first block of a segment in the segment store</u>."). |
| | *See, e.g.*, pp. 397-398, ("The <u>resolveSegment</u> method accepts a data segment buffer and returns the address of the segment in the cache or a NOT-FOUND return code if the segment cannot be found. The resolveSegment processing includes: computing the segment key (i.e., CRC), <u>searching the B-Tree</u>, and <u>writing the segment in the cache if it was not found.</u> <u>Writing the segment in the cache includes writing the data into the segment store and inserting the key and address of the segment in the index</u>."). |
| | Emulator Express discloses storing an association between the file and the list. |
| storing an association between the file and the list. | *See, e.g.*, page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks... The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store. The <u>IndexCache</u> is a container class that consists of a B-Tree object and a SegmentCache object. The IndexCache provides the interfaces to the CSI and SSI components that access the cache. <u>It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written.</u>"). |

EXHIBIT D TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

W02-WEST:6AXS1\400764430.4

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Emulator Express: A system for optimizing emulator performance for wireless networks" |
|---|---|
| 2. The method of claim 1, wherein the segment and its assigned reference label are both stored in the segment store. | *See, e.g.*, page 397, col. 2, ("The <u>setIndexCache method is used to bind a B-Tree index to the segment store</u>... The <u>IndexedCache class ties together the segment store and its index store</u>."). |
| | Emulator Express discloses that the segment and its assigned reference label are both stored in the segment store. |
| | *See, e.g.*, page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks... The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store. The <u>IndexCache is a container class that consists of a B-Tree object and a SegmentCache object.  The IndexCache provides the interfaces to the CSI and SSI components that access the cache.  It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written.</u>"). |
| | *See, e.g.*, page 397, col. 2, ("The <u>setIndexCache method is used to bind a B-Tree index to the segment store</u>... The <u>IndexedCache class ties together the segment store and its index store</u>."). |
| 7. A system for storing data, comprising: | The article, Emulator Express: A system for optimizing emulator performance for wireless networks (hereinafter, "Emulator Express") describes a system for storing data. |
| | *See, e.g.*, page 389, col. 2, ("The caching instructions in the decompressed data stream are now analyzed to reconstruct the original data stream. <u>Cached segments are retrieved, and new segments are stored in the cache as appropriate</u>."). |
| | *See, e.g.*, page 393, col. 1, ("The first time a session is created the active caches are empty. <u>Over the lifetime of the session, segments are stored and retrieved from the active cache; the cache becomes increasingly populated, and the degree of data reduction increases since there will be more 'cache</u> |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on "Emulator Express: A system for optimizing emulator performance for wireless networks" |
|---|---|
| | hits'."). |
| | *See, e.g.*, page 396, col. 1, ("The cache manager is the software component that allocates and deallocates cache space and stores and retrieves variable-length segments to and from the cache."). |
| a server for receiving a file from a client; | Emulator Express discloses a server for receiving a data stream such as the contents of a file from a client. |
| | *See, e.g.*, Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that consists of a *Client Side Intercept* (CSI) program located in the mobile unit and a *Server Side Intercept* (SSI) program located in the wireline network typically at or near the host system… The CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application)… The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data.  Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server… Although not shown in Figure 2, many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts)."). |
| | Emulator Express uses the terms "file" and "data stream" interchangeably throughout its disclosure. It was well known at the time of the invention in the art of data storage that a file is a form of data stream and that the contents of a file are read as a data stream.  Additionally, while the system described in Emulator Express is described in terms of receiving data streams, such a system could be easily modified by a skilled artisan to receive files.  For at least these reasons, it would have been obvious to a person of ordinary skill in the art of data storage to modify the system described in Emulator Express to receive a file. |
| a segmenter configured to segment the file; | Emulator Express discloses a segmenter configured to segment the file. |
| | *See, e.g.*, Fig. 3; pp. 388-389, ("The EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to break an |

-6-

EXHIBIT D TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

W02-WEST:6AXS1\400764430.4

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on "**Emulator Express: A system for optimizing emulator performance for wireless networks**" |
|---|---|
| | output data stream into segments that are likely to have high probability of being reused on a later screen, or possibly even the same screen."). |
| | *See, e.g.*, Fig. 3; page 389, col. 1, ("The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI."). |
| | *See, e.g.*, pp. 384, col. 1 ("This paper describes how the Emulator Express system intercepts the data stream and optimizes it transparently to both the client emulator and the Telnet server."). |
| | *See, e.g.*, page 392, col. 2, ("As noted earlier, the EE caching technology does not attempt to maintain a screen image, but rather uses knowledge of the appropriate 3270 or 5250 data stream protocol to break an output data stream into segments that are likely to have a high probability of being reused on a later screen, or possibly even the same screen. The segmentation algorithm is thus a function of the data stream being processed—in our case TN3270 and TN5250 data streams. In principle this caching technology can be applied to many other data streams by providing segmentation functions that are specific to the particular data stream."). |
| an encoder for forming a list, comprising: logic configured to determine whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label; | Emulator Express discloses an encoder for forming a list, comprising logic configured to determine whether each segment is present in a segment store, wherein a segment that is present in the segment store has an assigned reference label |
| | *See, e.g.*, page 389, col. 1, ("Some input fields may be preloaded with data that can be changed by the user. The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI. An LRU (least recently used) algorithm is used to discard the oldest segments when the cache becomes full."). |
| | *See, e.g.*, page 393, col. 1, ("A 32-bit CRC (cyclic redundancy check) is generated for each segment |

EXHIBIT D TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

W02-WEST:6AXS1\400764430.4

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Emulator Express: A system for optimizing emulator performance for wireless networks" and used as the key field"). |
|---|---|
|  | *See, e.g.,* page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks.... The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store."). |
| for each segment present in the segment store, logic configured to add to the list the assigned reference label; and for each segment not present in the segment store, logic configured to assign a reference label to the segment, store the segment and the reference label, and add the reference label to the list; | Emulator Express discloses, for each segment present in the segment store, logic configured to add to the list the assigned reference label; and for each segment not present in the segment store, logic configured to assign a reference label to the segment, store the segment and the reference label, and add the reference label to the list |
|  | *See, e.g.,* Fig. 3; page 389, col. 1, ("Some input fields may be preloaded with data that can be changed by the user. The SSI will analyze this data stream and divide it into segments. A key field is generated for each segment. If the cache already contains the segment, then the two-byte block number replaces the segment data in the output data stream. Otherwise, the new data are both cached for possible future use and forwarded to the CSI. An LRU (least recently used) algorithm is used to discard the oldest segments when the cache becomes full."). |
|  | *See, e.g.,* page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks.... The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store."). |
|  | *See, e.g.,* pp. 397-398, ("The resolveSegment method accepts a data segment buffer and returns the |

EXHIBIT D TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Emulator Express: A system for optimizing emulator performance for wireless networks" |
|---|---|
| | address of the segment in the cache or a NOT-FOUND return code if the segment cannot be found. The resolveSegment processing includes: computing the segment key (i.e., CRC), searching the B-Tree, and writing the segment in the cache if it was not found. Writing the segment in the cache includes writing the data into the segment store and inserting the key and address of the segment in the index."). |
| and logic configured to store an association between the file and the list. | Emulator Express discloses logic configured to store an association between the file and the list.<br><br>See, e.g., page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks... The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store. The IndexCache is a container class that consists of a B-Tree object and a SegmentCache object. The IndexCache provides the interfaces to the CSI and SSI components that access the cache. It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written.").<br><br>See, e.g., page 397, col. 2, ("The setIndexCache method is used to bind a B-Tree index to the segment store... The IndexedCache class ties together the segment store and its index store."). |
| 8. The system of claim 7, wherein the segment and its assigned reference label are both stored in the segment store. | Emulator Express discloses that the segment and its assigned reference label are both stored in the segment store.<br><br>See, e.g., page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base class that is responsible for managing the blocks... The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a |

EXHIBIT D TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>**"Emulator Express: A system for optimizing emulator performance for wireless networks"** |
|---|---|
| | segment is the block number of the first block of a segment in the segment store. The IndexCache is a container class that consists of a B-Tree object and a SegmentCache object. The IndexCache provides the interfaces to the CSI and SSI components that access the cache. It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written. "). |
| | See, e.g., page 397, col. 2, ("The setIndexCache method is used to bind a B-Tree index to the segment store... The IndexedCache class ties together the segment store and its index store."). |
| 13. A method for retrieving data, comprising; | Emulator Express discloses a method for retrieving data. |
| | See, e.g., page 389, col. 2, ("The caching instructions in the decompressed data stream are now analyzed to reconstruct the original data stream. Cached segments are retrieved, and new segments are stored in the cache as appropriate."). |
| | See, e.g., page 393, col. 1, ("The first time a session is created the active caches are empty. Over the lifetime of the session, segments are stored and retrieved from the active cache; the cache becomes increasingly populated, and the degree of data reduction increases since there will be more 'cache hits'."). |
| | See, e.g., page 396, col. 1, ("The cache manager is the software component that allocates and deallocates cache space and stores and retrieves variable-length segments to and from the cache."). |
| receiving a request for a file from a client at a server; | Emulator Express discloses receiving a request for a data stream such as the contents of a file from a client at a server. |
| | See, e.g., pp. 384, col. 1 ("This paper describes how the Emulator Express system intercepts the data stream and optimizes it transparently to both the client emulator and the Telnet server."). |
| | See, e.g., Figs. 2-3; pp. 387-388, ("As shown in Figure 2, EE uses a dual-proxy configuration that consists of a Client Side Intercept (CSI) program located in the mobile unit and a Server Side Intercept (SSI) program located in the wireline network typically at or near the host system... The |

-10-

EXHIBIT D TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on |
|---|---|
| | "Emulator Express: A system for optimizing emulator performance for wireless networks" |
| | CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application). The emulator communicates with the CSI via a TCP/IP loop-back feature that enables TCP/IP communication without the need for data to pass over an external communications adapter. The CSI and SSI communicate using a private protocol over a TCP/IP connection. The wireless link exists on this connection, and CSI and SSI cooperate to perform data reduction. The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server... Although not shown in Figure 2, many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts)."). |
| | See, e.g., Figs. 2-3; pp. 389-390, ("In summary, when the CSI receives a connection on a given listening port, it establishes a connection to the SSI and sends an initial packet containing the client port number and the host Telnet server address and port number. Upon receiving the initial packet, the SSI establishes a connection to the host Telnet server, and the communication channel from the emulator to its Telnet server is now complete."). |
| | Emulator Express uses the terms "file" and "data stream" interchangeably throughout its disclosure. It was well known at the time of the invention in the art of data storage that a file is a form of data stream and that the contents of a file are read as a data stream. While the system described in Emulator Express is described in terms of receiving data streams, such a system could be easily be modified by a skilled artisan to receive files. Accordingly, it would have been obvious to one of ordinary skill in the art of data storage to modify the system described in Emulator Express to receive a request for a file from a client at a server. |
| retrieving a list including reference labels to segments of the file, wherein the list is associated with the file; | Emulator Express discloses retrieving a list including reference labels to segments of the file, wherein the list is associated with the file. |
| | See, e.g., page 396, col. 2, ("An EE cache consists of three files: a segment store, an index store, and a state file. Each store is comprised of a set of fixed-length blocks, and BlockManager is the base |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Emulator Express: A system for optimizing emulator performance for wireless networks" |
|---|---|
| | class that is responsible for managing the blocks…. The B-Tree class, also a subclass of the BlockManager, implements a B-Tree index, where each block corresponds to a B-Tree node. Each B-Tree entry is composed of a segment key and the address of the segment in the segment store. The segment key is a 32-bit CRC value computed for its respective segment. The address of a segment is the block number of the first block of a segment in the segment store. The IndexCache is a container class that consists of a B-Tree object and a SegmentCache object. The IndexCache provides the interfaces to the CSI and SSI components that access the cache. It is responsible for coordinating the activity across the segment and index stores; e.g., the index must be updated when a new segment is written."). |
| decoding the list, comprising: replacing reference labels with segments of the file; | Emulator Express discloses decoding the list, comprising replacing reference labels with segments of the file.<br><br>See, e.g., Figs. 2-3; pp. 387-388, ("The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server. Therefore, except for minor configuration changes, the emulator and Telnet server are completely unaware of the presence of the EE system. EE configuration is discussed in more detail in the next section. Although not shown in Figure 2, many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts).").<br><br>See, e.g., Fig. 2; page 389, col. 2, ("At the EE client, the incoming data stream is first decompressed. The caching instructions in the decompressed data stream are now analyzed to reconstruct the original data stream. Cached segments are retrieved, and new segments are stored in the cache as appropriate. In this way, the EE client maintains a mirror image of the server's view of the cache."). |
| and sending the file from the server to the client. | Emulator Express discloses sending the file from the server to the client.<br><br>See, e.g., Figs. 2-3; pp. 387-388, ("The CSI-SSI pair is transparent to both the client's emulator and the Telnet server (and host application). The emulator communicates with the CSI via a TCP/IP |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Emulator Express: A system for optimizing emulator performance for wireless networks" |
|---|---|
| | connection using the TCP/IP loop-back feature that enables TCP/IP communication without the need for data to pass over an external communications adapter.  The CSI and SSI communicate using a private protocol over a TCP/IP connection.  The wireless link exists on this connection, and the CSI and SSI cooperate to perform data reduction.  The emulator data stream seen by the emulator and the Telnet server is the same as though there were a direct Telnet connection between the emulator and the Telnet server; i.e., the CSI reconstructs data received from the SSI into valid Telnet data. Similarly, the data stream received by the SSI from the CSI is recomposed into a valid Telnet data stream that is delivered to the Telnet server.  Therefore, except for minor configuration changes, the emulator and Telnet server are completely unaware of the presence of the EE system.  EE configuration is discussed in more detail in the next section.  Although not shown in Figure 2, many mobile clients may be connected to a single SSI; likewise, a single SSI may communicate with many different Telnet servers (and application hosts).").<br><br>Furthermore, receiving a data stream at the server from the client, as disclosed by Emulator Express, is similar to the server sending a file to the client.  Although the role of the client and server is reversed in this instance, it was well known in the art of data storage that the role of a client as a sender of the file and a server as a receiver of the file is reversible, where the server is the receiver and the client is the sender.  Hence, the system described in Emulator Express was suited to have the server send the file to the client.  For at least these reasons, it was obvious to a person of ordinary skill in the art of data storage to modify the system described in Emulator Express to handle request for a file from a client at a server.<br><br>Emulator Express uses the terms "file" and "data stream" interchangeably throughout its disclosure. It was well known at the time of the invention in the art of data storage that a file is a form of data stream and that the contents of a file are sent as a data stream.  While the system described in Emulator Express is described in terms of delivering data streams, such a system could be easily modified by a skilled artisan to deliver the contents of a file.  Accordingly, it would have been obvious to one of ordinary skill in the art of data storage to modify the system described in Emulator Express to send a file from a server to a client. |

-13-

EXHIBIT D TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

EXHIBIT E TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Compression in the presence of shared data" |
|---|---|
| 19. A system for storing files, comprising: | Compression article describes a system for storing files.<br><br>*See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| a front-end file system for receiving from a client a file command for a file, wherein the front-end file system includes a front-end file server; | Compression article discloses a client/server environment where files are transferred between the server and the clients.<br><br>*See, e.g.*, Compression article, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group. We suggest to exploit the data shared by the parties to effectively compress files |

-1-

EXHIBIT E TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Compression in the presence of shared data" |
|---|---|
| | which are to be transferred between them.").<br><br>While the Compression article discloses a client/server environment where files are transferred between the server and the clients, U.S. Patent No. 6,912,645 ("the '645 patent") discloses a front-end file system for receiving from a client a file command for a data stream such as a file, wherein the front-end file system includes a front-end file server.<br><br>See, e.g., '645, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts client 102-1 connected to the files server 108 [FS], which represents the front-end file system.).<br><br>See, e.g., '645, Fig. 1; Col. 2, line 62, to Col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of clients 102-1, 102-2, . . . 102-N each <u>coupled to a data storage server</u> 104 via a network 106. A number of the clients are coupled directly to the network 106, while one of the clients, namely, <u>client 102-1, is coupled to the network 106 via a file server (FS)</u> device 108.").<br><br>See, e.g., '645, Col. 4, lines 39-44, ("The <u>server 104 may interface with the clients 102-i using a simple protocol</u> that enables client applications to read and <u>write variable sized blocks of data</u>.").<br><br>At the time of invention, it would have been obvious to a person of ordinary skill in the data storage art to configure the client/server environment taught by Compression article to include a front-end file system having a front-end file server, as taught by the '645 patent.  One motivation to employ a front-end file system would have been to provide a system that offers multiple clients a standard file system without requiring that each client have the capability to communicate directly with the storage system.  Another motivation would have been to allow multiple clients to simultaneously access the same data stored on the storage system without requiring the system to maintain the integrity and coherency of that data for each client during access (i.e., the storage system would only |

W02-WEST:6AXS1\400764432.3

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Compression in the presence of shared data" |
|---|---|
| | be responsible for maintaining the integrity and coherency of that data for the front-end file system). Yet another motivation would have been to provide file system services to multiple clients through the front-end file system while one or more storage systems are employed to store the data. Such an arrangement would have provided more storage space than a single storage system while offering the option of adding additional (back-end) storage systems without disruption of the file system services provided to clients. Another motivation would have been to simplify management of two or more storage systems through the front-end file system. Yet another motivation would have been to implement a caching system within the front-end file system to provide clients with the most frequently used data without having to retrieve them from the (back-end) storage system. |
| a back-end storage system including logic to segment the file; and | Compression article discloses a server and logic to segment the file. |
| | *See, e.g.,* Compression, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| | *See, e.g.,* page 34 ("With this generalization, we can say that our scheme partitions the processed file to segments, and replaces each of which by a segment specifier."). |
| | *See, e.g.,* page 34 ("The server can prepare in advance, for each set of reference files, a trie[2] which embeds all the segments of all the files in the set. Each node of such a trie is associated with a segment specifier – the triple *(file-id, offset, length* [which is the length of the path pleading from the root to the node])." "[2] A trie is a data structure that effectively stores a set of strings. Its edges are |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>**"Compression in the presence of shared data"** |
|---|---|
| | labeled with characters, different characters labeling edges emitting same mode. "'). |
| | While Compression article discloses a server and logic to segment the file, the '645 patent discloses the use of a back-end storage system. |
| | *See, e.g.,* '645, Abstract, ("In one aspect of the invention, a data block is processed to generate an address as a function of the contents of the data block, and the data block is then stored in the system in a memory location identified by the address."). |
| | *See, e.g.,* '645, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the files server 108 [FS] coupled to the back-end storage system, represented by data storage server 104.). |
| | *See, e.g.,* '645, Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of clients 102-1, 102-2, … 102-N each coupled to a data storage server 104 via a network 106. A number of the clients are coupled directly to the network 106, while one of the clients, namely, client 102-1, is coupled to the network 106 via a file server (FS) device 108."). |
| | *See, e.g.,* '645, col. 10, lines 19-23, ("An important attribute of vac is that it writes each file as a separate collection of data blocks, thus ensuring that duplicate copies of a file will be coalesced on the server."). |
| | At the time of invention, it would have been obvious to a person of ordinary skill in the art of data storage to employ a back-end storage system, as disclosed in the '645 patent, having logic to segment files, as taught by the Compression article. One motivation for using a back-end storage system would have been to provide the front-end system with storage space, such that the front-end system offers multiple clients a standard file system, without requiring that each client have the |

EXHIBIT E TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on "Compression in the presence of shared data" |
|---|---|
| | capability to directly communicate with the back-end storage system. Another motivation would have been to allow multiple clients to simultaneously access the same data stored on the back-end storage system without requiring the back-end system to maintain the integrity and coherency of that data for each client during access. In particular, the back-end storage would only be responsible for maintaining the integrity and coherency of that data for the front-end file system. Yet another motivation would have been to provide file system services to multiple clients through the front-end file system while one or more back-end storage systems are used to store the data. Such an arrangement would have provided more storage space than a single storage system while offering the option of adding additional back-end storage systems without disruption to the file system services provided to clients. |

EXHIBIT E TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

W02-WEST:6AXS1\400764432.3

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on "Compression in the presence of shared data" |
|---|---|
| a segment store for storing the segments; | Compression article discloses a segment store for storing the segments. |
| | *See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, <u>the server would keep a set of reference files, i.e., files which are on the disk of clients in the group.</u>"). |
| | *See, e.g.,* page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the <u>segment specifier:</u> <u>(file-id; offset; length)</u>, where <u>file-id</u> is the index of the referenced file within the set of shared file; <u>offset</u> is the offset of the first character of the referenced segment within that file; and <u>length</u> is the length, in bytes, of that referenced segment."). |
| | *See, e.g.,* page 34 ("The server can prepare in advance, for each set of reference files, a trie[2] which <u>embeds all the segments of all the files in the set.</u> Each node of such a trie is associated with a <u>segment specifier – the triple (file-id; offset; length</u> [which is the length of the path pleading from the root to the node])."...[2] A trie is a data structure that effectively stores a set of strings. Its edges are labeled with characters, different characters labeling edges emitting same mode. "). |

EXHIBIT E TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Compression in the presence of shared data" |
|---|---|
| a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. | Compression article discloses a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system.<br><br>*See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |

EXHIBIT E TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on "Compression in the presence of shared data" |
|---|---|
| 22. The system of claim 19, wherein the front-end file system caches file data from the segment store when the file is being accessed by the client. | Compression article discloses that the front-end file system caches file data from the segment store when the file is being accessed by the client.

*See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group.").

*See, e.g.*, page 31 ("Decompressing a file that was compressed by any Lempel-Ziv based compression algorithm, including our extended version, is straightforward: segment by segment we segment the file is reconstructed by copying segments of files already residing on the decompressor's disk. Thus, on the decompressor side, which is not assumed to have extensive computational resources, the computational load is light in any case, and performance is not an issue, neither for the original Lempel-Ziv based algorithm, nor for our extended version.").

*See, e.g.*, page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: (*file-id, offset, length*), where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Compression in the presence of shared data" |
|---|---|
| 25. A method for storing files, comprising: | Compression article describes a method for storing files.<br><br>*See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server; | Compression article discloses a client/server environment where files are transferred between the server and the clients.<br><br>*See, e.g.,* Compression article, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group. We suggest to exploit the data shared by the parties to effectively compress files which are to be transferred between them."). |

EXHIBIT E TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Compression in the presence of shared data" |
|---|---|
| | While the Compression article discloses a client/server environment where files are transferred between the server and the clients, U.S. Patent No. 6,912,645 ("the '645 patent") discloses a front-end file system for receiving from a client a file command for a data stream such as a file, wherein the front-end file system includes a front-end file server. |
| | *See, e.g.*, '645, Fig.1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts client 102-1 connected to the files server 108 [FS], which represents the front-end file system.). |
| | *See, e.g.*, '645, Fig. 1; Col. 2, line 62, to Col. 3, line 2, ("FIG. 1 shows a <u>network storage system 100</u> which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of <u>clients 102-1, 102-2, . . . 102-N each coupled to a data storage server 104</u> via a network 106. A number of the clients are coupled directly to the network 106, while one of the clients, namely, <u>client 102-1, is coupled to the network 106 via a file server (FS) device 108.</u>"). |
| | *See, e.g.*, '645, Col. 4, lines 39-44, ("The server 104 may interface with the clients 102-i using a <u>simple protocol that enables client applications to read and write variable sized blocks of data.</u>"). |
| | At the time of invention, it would have been obvious to a person of ordinary skill in the data storage art to configure the client/server environment taught by Compression article to include a front-end file system having a front-end file server, as taught by the '645 patent. One motivation to employ a front-end system would have been to provide a system that offers multiple clients a standard file system without requiring that each client have the capability to communicate directly with the storage system. Another motivation would have been to allow multiple clients to simultaneously access the same data stored on the storage system without requiring the system to maintain the integrity and coherency of that data for each client during access (i.e., the storage system would only be responsible for maintaining the integrity and coherency of that data for the front-end file system). Yet another motivation would have been to provide file system services to multiple clients through |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on "Compression in the presence of shared data" |
|---|---|
| | the front-end file system while one or more storage systems are employed to store the data. Such an arrangement would have provided more storage space than a single storage system while offering the option of adding additional (back-end) storage systems without disruption of the file system services provided to clients. Another motivation would have been to simplify management of two or more storage systems through the front-end file system. Yet another motivation would have been to implement a caching system within the front-end file system to provide clients with the most frequently used data without having to retrieve them from the (back-end) storage system. |
| based on the file command, using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system; | Compression article discloses using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system based on the file command.

*See, e.g.*, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
| segmenting the file at the back-end storage system; and | Compression article discloses a server and segmenting the file.

*See, e.g.*, Compression, page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on "Compression in the presence of shared data" |
|---|---|
|  | scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group."). |
|  | *See, e.g.,* page 34 ("With this generalization, we can say that our scheme partitions the processed file to segments, and replaces each of which by a segment specifier."). |
|  | *See, e.g.,* page 34 ("The server can prepare in advance, for each set of reference files, a trie[2] which embeds all the segments of all the files in the set. Each node of such a trie is associated with a segment specifier – the triple *(file-id; offset; length* [which is the length of the path pleading from the root to the node])."[2] A trie is a data structure that effectively stores a set of strings. Its edges are labeled with characters, different characters labeling edges emitting same mode."). |
|  | While Compression article discloses a server and segmenting the file, the '645 patent discloses the use of a back-end storage system. |
|  | *See, e.g.,* '645, Abstract, ("In one aspect of the invention, a data block is processed to generate an address as a function of the contents of the data block, and the data block is then stored in the system in a memory location identified by the address."). |
|  | *See, e.g.,* '645, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the files server 108 [FS] coupled to the back-end storage system, represented by data storage server 104.). |
|  | *See, e.g.,* '645, Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of clients 102-1, 102-2, . . . 102-N each coupled to a data storage server 104 via a network 106. A number of the clients are coupled directly to the |

-12-

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Compression in the presence of shared data" |
|---|---|
| | network 106, while one of the clients, namely, client 102-1, is coupled to the network 106 via a file server (FS) device 108."). |
| | *See, e.g.*, '645, col. 10, lines 19-23, ("An important attribute of vac is that it writes each file as a separate collection of data blocks, thus ensuring that duplicate copies of a file will be coalesced on the server."). |
| | At the time of invention, it would have been obvious to a person of ordinary skill in the art of data storage to employ a back-end storage system, as disclosed in the '645 patent, having logic to segment files, as taught by the Compression article. One motivation for using a back-end storage system would have been to provide the front-end system with storage space, such that the front-end system offers multiple clients a standard file system, without requiring that each client have the capability to directly communicate with the back-end storage system. Another motivation would have been to allow multiple clients to simultaneously access the same data stored on the back-end storage system without requiring the back-end system to maintain the integrity and coherency of that data for each client during access. In particular, the back-end storage would only be responsible for maintaining the integrity and coherency of that data for the front-end file system. Yet another motivation would have been to provide file system services to multiple clients through the front-end file system while one or more back-end storage systems are used to store the data. Such an arrangement would have provided more storage space than a single storage system while offering the option of adding additional back-end storage systems without disruption to the file system services provided to clients. |

EXHIBIT E TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>"Compression in the presence of shared data" |
|---|---|
| maintaining a storage of the segments in a segment store of the back-end storage system. | Compression article discloses maintaining a storage of the segments in a segment store of the back-end storage system.<br><br>*See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group.").<br><br>*See, e.g.,* page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier*: (*file-id; offset; length*), where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment.").<br><br>*See, e.g.,* page 34 ("The server can prepare in advance, for each set of reference files, a trie[2] which embeds all the segments of all the files in the set. Each node of such a trie is associated with a segment specifier – the triple (*file-id; offset; length* [which is the length of the path pleading from the root to the node])." "[2] A trie is a data structure that effectively stores a set of strings. Its edges are labeled with characters, different characters labeling edges emitting same mode."). |

W02-WEST:6AXS1\400764432.3

EXHIBIT E TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>**"Compression in the presence of shared data"** |
|---|---|
| 28. The method of claim 25, further comprising caching file data from the segment store at the front-end file system when the file is being accessed by the client. | Compression article discloses caching file data from the segment store at the front-end file system when the file is being accessed by the client.<br><br>*See, e.g.,* page 30 ("In many real life applications, both sides of a communication share knowledge of data, i.e., files or, in the absence of a file system, identifiable streams of stored bytes. This often occurs in a client/server environment, e.g., for server manage pervasive devices, or with customers for a new release of software which are known by the product distributor to hold an older release of the product. It also occurs with several common Internet protocols (e.g., HTTP) where the client and server exchange information on their platforms (e.g., browser, HTTP server, operating system, etc.), and a very small number of combinations cover most real systems. In such a scenario, the server has knowledge of the client's disk contents, and the client knows what the server knows. The server, which manages many clients, can group them by system-type, or, more generally – by one of several possible configurations. Also, associated with each such group, the server would keep a set of reference files, i.e., files which are on the disk of clients in the group.").<br><br>*See, e.g.,* page 31 ("Decompressing a file that was compressed by any Lempel-Ziv based compression algorithm, including our extended version, is straightforward: segment by segment the file is reconstructed by copying segments of files already residing on the decompressor's disk. Thus, on the decompressor side, which is not assumed to have extensive computational resources, the computational load is light in any case, and performance is not an issue, neither for the original Lempel-Ziv based algorithm, nor for our extended version.").<br><br>*See, e.g.,* page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the segment specifier: (file-id, offset, length), where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; and *length* is the length, in bytes, of that referenced segment."). |

-15-

EXHIBIT E TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

EXHIBIT F TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| 13. A method for retrieving data, comprising: | The '730 patent discloses a method for retrieving data. |
| | *See, e.g.,* col. 6, lines 62-67, ("In a particular implementation disclosed herein, file seeks, or lookups for retrieving data or checking on the existence/availability of data, may be accelerated by looking at all or a smaller portion of the symbol, with the symbol portion indicating or otherwise providing the routing information for finding, retrieving, or checking on the existence/availability of the data.") |
| | *See, e.g.,* col. 13, lines 17-20, ("In the hash file system of the present invention, all data objects may be indexed, stored and retrieved using, for example (but not limited to), an industry standard checksum such as: MD4, MD5, SHA, or SHA-1."). |
| receiving a request for a file from a client at a server; | The '730 patent discloses the use of a hash file system in the context of web-serving. |
| | *See, e.g.,* col. 4, lines 40-45, ("Still other potential applications of the hash file system of the present invention include web-serving. In this regard, the hash file system can be used to efficiently distribute web content because the method of factoring commonality (hashing) also produces uniform distribution over all hash file system servers.") |
| | *See, e.g.,* col. 9, line 61 to col. 10 line 2, ("With reference additionally now to FIG. 3, a logic flow chart is shown depicting the steps in the entry of a computer file into the hash file system of the present invention and wherein the hash value for the file is checked against hash values for files previously maintained in a set, or database. The process 200 begins by entry of a computer file data 202 (e.g. "File A") into the hash file system ("HFS") of the present invention upon which a hash function is performed at step 204."). |
| | The '730 patent discloses the use of a hash file system in the context of web-serving.  At the time of invention, it was well known in the art of data storage that web-serving involves the use of a web-server that stores web related content and that receives requests from one or more clients for such web related content.  It was also well known in the art of data storage that web related content could |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | involve various forms of data, such as files. Accordingly, it would have been obvious to one of ordinary skill in the art of data storage to implement the hash file system of the '730 patent in a generic client-server environment in which clients send file requests to the server. |
| retrieving a list including reference labels to segments of the file, wherein the list is associated with the file; | The '730 patent discloses the use of reference labels to segments of the file in order to retrieve the original data.

*See, e.g.*, '730, Fig. 12; col. 12, lines 31-41, ("The illustration 1100 shows the details of how a computer file system may be broken into pieces and then listed as a series of recipes on a global data protection network ("gDPN") to reconstruct the original data from the pieces. This very small computer system is shown in the form of a "snapshot" on "Day 1" and then subsequently on "Day 2". On "Day 1", the "program files H5" and "my documents H6" are illustrated by numeral 1106, with the former being represented by a recipe 1108 wherein a first executable file is represented by a hash value H1114 and a second represented by a hash value H21112.").

While the '730 patent discloses the use of reference labels to segments of the file in order to retrieve the original data, the article "Compression in the presence of shared data" (hereinafter, "Compression article") discloses retrieving a list including reference labels to segments of a file, wherein the list is associated with the file.

*See, e.g.*, Compression, page 31 ("Decompressing a file that was compressed by any Lempel-Ziv based compression algorithm, including our extended version, is straightforward: segment by segment the file is reconstructed by copying segments of files already residing on the decompressor's disk. Thus, on the decompressor side, which is not assumed to have extensive computational resources, the computational load is light in any case, and performance is not an issue, neither for the original Lempel-Ziv based algorithm, nor for our extended version.").

*See, e.g.*, Compression, page 32 ("Thus, we point at a segment of a file, which is a member of a definite set of files shared by both sides of the communication, using the following triple, called the *segment specifier: (file-id, offset, length)*, where *file-id* is the index of the referenced file within the set of shared file; *offset* is the offset of the first character of the referenced segment within that file; |

EXHIBIT F TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | and *length* is the length, in bytes, of that referenced segment.") |
| | *See, e.g.*, Compression, page 35 ("The end result, i.e. the compressed form of the file, is made of a header followed by a list of segment specifiers. The header includes the dictionary for the Huffman code of the *file-ids* used (i.e., the list of all actually participating *file-ids* with their associated Huffman codes), and, possibly, general details, like file-length, etc. In the list of segment specifiers, each specifier is made of the triple: (Huffman coded file identifier, starting point of segment, and Elias coded length of segment).") |
| | The '730 patent discloses the use of reference labels to segments of a file in order to retrieve the original data. It would have been obvious to a person of ordinary skill in the art of data storage to employ the teachings of the Compression article to include a list including reference labels to segments of the file, wherein the list is associated with the file, in order to provide a consolidated summary of reference labels and associated file segments. |
| decoding the list, comprising: replacing reference labels with segments of the file; | The '730 patent discloses the use of reference labels to segments of the file, wherein reference labels are replaced with the original data. |
| | *See, e.g.*, '730, Fig. 12: col. 12, lines 31-41, ("The illustration 1100 shows the details of how a computer file system may be broken into pieces and then listed as a series of recipes on a global data protection network ("gDPN") to reconstruct the original data from the pieces. This very small computer system is shown in the form of a "snapshot" on "Day 1" and then subsequently on "Day 2". On "Day 1", the "program files H5" and "my documents H6" are illustrated by numeral 1106, with the former being represented by a recipe 1108 wherein a first executable file is represented by a hash value H11114 and a second represented by a hash value H21112."). |
| | *See, e.g.*, '730, Fig. 12, lines 52-64, ("In this example, it can be seen that on Day 2, some of the files have changed, while others have not. In the files that have changed, some of the pieces of them have not changed while other pieces have. Through the use of the hash file system of the present invention, a "snap shot" of the computer system can be made on Day 1 (producing the necessary recipes for reconstruction of the computer files as they exist then) and then on Day 2 |

-3-

EXHIBIT F TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,704,730 |
|---|---|
| | through the reuse of some of the previous day's recipes together with the reformulation of others and the addition of new ones to describe the system at that time. In this manner, the computer system may be recreated in its entirety at any point in time on both Day 1 or Day 2 as well as on any subsequent day."). |
| | While the '730 patent discloses the use of reference labels to segments of the file, wherein reference labels are replaced with the original data, the Compression article discloses decoding a list, comprising: replacing reference labels with segments of a file. |
| | See, e.g., Compression, page 31 ("Decompressing a file that was compressed by any Lempel-Ziv based compression algorithm, including our extended version, is straightforward: segment the file is reconstructed by copying segments of files already residing on the decompressor's disk. Thus, on the decompressor side, which is not assumed to have extensive computational resources, the computational load is light in any case, and performance is not an issue, neither for the original Lempel-Ziv based algorithm, nor for our extended version."). |
| | The '730 patent discloses the use of reference labels to segments of a file, wherein reference labels are replaced with the original data. It would have been obvious to one of ordinary skill in the art of data storage to employ the teachings of the Compression article to include a list including reference labels to segments of the file (wherein the list is decoded by replacing reference labels with segments of a file), in order to provide a consolidated summary of reference labels and associated file segments. |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| and sending the file from the server to the client. | The '730 patent discloses the use of a hash file system in the context of web-serving.<br><br>*See, e.g.,* Fig. 12; col. 12, lines 52-64, ("Still other potential applications of the hash file system of the present invention include web-serving. In this regard, the hash file system can be used to efficiently distribute web content because the method of factoring commonality (hashing) also produces uniform distribution over all hash file system servers. This even distribution permits a large array of servers to function as a gigantic web server farm with an evenly distributed load. In other applications, the hash file system of the present invention can be used as a network accelerator inasmuch as it can be used to reduce network traffic by sending proxies (hashes) for data instead of the data itself. A large percentage of current network traffic is redundant data moving between locations. Sending proxies for the data would allow effective local caching mechanisms to operate, possibly reducing the traffic on the Internet by several orders of magnitude.").<br><br>The '730 patent discloses use of a hash file system in the context of web-serving.  At the time of invention, it was well known in the art of data storage that web-serving involves the use of a web-server that stores web related content and sends the web related content to one or more clients.  It was also well known in the art of data storage that web related content could involve various forms of data, such as files.  Accordingly, it would have been obvious to one of ordinary skill in the art of data storage to implement the hash file system of the '730 patent in a generic client-server environment in which the server sends files to clients. |
| 19. A system for storing files, comprising: | The '730 patent discloses a system for storing files.<br><br>*See, e.g.,* col. 6, lines 30-35 ("In a particular implementation of the hash file system and method of the present invention as disclosed herein, its application is directed toward a high availability, high reliability data storage system that leverages rapid advances in commodity computing devices and the robust nature of internetwork technology such as the Internet.").<br><br>*See, e.g.,* col. 7, lines 31-33, ("With reference now to FIG. 1, the present invention may be utilized in conjunction with a novel data storage system on a network 10."). |

EXHIBIT F TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | *See, e.g.*, col. 8, lines 11-16, ("In a particular implementation of the present invention, storage devices may be placed at nodes 18. The storage at any node 18 may comprise a single hard drive, or may comprise a managed storage system such as a conventional RAID device having multiple hard drives configured as a single logical volume."). |
| a front-end file system for receiving from a client a file command for a file, wherein the front-end file system includes a front-end file server; | The '730 patent discloses a front-end file system for receiving from a client (e.g., at a personal computer) a file command for a file, wherein the front-end file system includes a front-end file server.

*See, e.g.*, Fig. 2; col. 5, lines 29-36, ("FIG. 2 is a more detailed conceptual representation of a possible operating environment for utilization of the system and method of the present invention wherein files maintained on any number of computers or data centers may be stored in a decentralized computer system through an Internet connection to a number of Redundant Arrays of Independent Nodes ("RAIN") racks located, for example, at geographically diverse locations;").

*See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data.").

*See, e.g.*, Fig. 2; col. 6, lines 60-67, ("In a particular implementation disclosed herein, file seeks, or lookups for retrieving data or checking on the existence/availability of data, may be accelerated by looking at all or a smaller portion of the symbol, with the symbol portion indicating or otherwise providing the routing information for finding, retrieving, or checking on the existence/availability of the data.").

*See, e.g.*, Fig. 2; col. 8, lines 49-51, ("While such devices have disparate data storage needs, they share an ability to retrieve data via network 100 and operate on that data within their own resources."). |
| a back-end storage system including logic to segment the file; and | The '730 patent discloses a back-end storage system including logic to segment the file. |

W02-WEST:6AXS1\400764433.4

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | *See, e.g.,* Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data."). |
| | *See, e.g.,* Fig. 2; col. 9, line 45-55, ("Each RAIN element 124 executes an operating system. In a particular implementation, the UNIX or UNIX variant operating system such as Linux may be used. It is contemplated, however, that other operating systems including DOS, Microsoft Windows, Apple Macintosh OS, OS/2, Microsoft Windows NT and the like may be equivalently substituted with predictable changes in performance. The operating system chosen forms a platform for executing application software and processes, and implements a file system for accessing mass storage via the hard disk controller(s)."). |
| | *See, e.g.,* Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is divided into pieces based on commonality with other pieces in the system or the likelihood of pieces being found to be in common in the future at step 304."). |
| a segment store for storing the segments; | The '730 patent discloses a segment store for storing the segments. |
| | *See, e.g.,* Fig. 5; col. 5, line 48-54, ("FIG. 5 is another logic flow chart depicting the comparison of the hash values for each piece of a file to existing hash values in the set (or database), the production of records showing the equivalence of a single hash value for all file pieces with the hash values of the various pieces and whereupon new data pieces and corresponding new hash values are added to the set"). |
| | *See, e.g.,* Figs. 5-6; col. 10, lines 39-45, ("Particularly, at step 402, the hash values 310 for each piece 306 of the file are compared to existing hash values 214 and new hash values 408 and corresponding new data pieces 406 are added to the set 212. In this way, hash values 408 not |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. | previously present in the database set 212 are added together with their associated data pieces 406."). |
| | The '730 patent discloses a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. |
| | *See, e.g.*, col. 2, lines 18-20, ("NAS (network-attached storage) refers to hard disk storage that is set up with its own network address rather than being attached to an application server."). |
| | *See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data."). |
| | *See, e.g.*, Fig. 2; col. 9, line 3-7, ("Internal networks 122 may be implemented using various LAN technologies including Ethernet, Fiber Distributed Data Interface ("FDDI"), Token Ring, Appletalk, Fibre Channel, and the like."). |
| 20. The system of claim 19, wherein the network file system interface is NFS. | The '730 patent discloses a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. |
| | *See, e.g.*, col. 2, lines 18-20, ("NAS (network-attached storage) refers to hard disk storage that is set up with its own network address rather than being attached to an application server."). |
| | *See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data."). |
| | *See, e.g.*, Fig. 2; col. 9, line 3-7, ("Internal networks 122 may be implemented using various LAN technologies including Ethernet, Fiber Distributed Data Interface ("FDDI"), Token Ring, Appletalk, Fibre Channel, and the like."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,704,730 |
|---|---|
|  | The '730 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. At the time of the invention, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using NFS (Network File System), a type of network file system interface. In this regard, the '730 patent discloses implementation of the internal network using various LAN technologies; one of the disclosed LAN technologies is Appletalk, a well known suite of network protocols (see, e.g., Col. 9, lines 1-7). Included within the Appletalk suite is the Appletalk Filing Protocol, which, like NFS, can be used to send and receive contents of a file between two systems. Accordingly, it would have been obvious to a person of ordinary skill in the art of data storage to use NFS (e.g., in lieu of Appletalk Filing Protocol) as the network file system interface. An advantage to using NFS in place of Appletalk would have been the wide spread usage and acceptance of NFS over Appletalk at the time of invention, especially amongst Unix and other POSIX operating systems. |
| 21. The system of claim 19, wherein the network file system interface is CIFS. | The '730 patent discloses a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system.<br><br>*See, e.g.*, col. 2, lines 18-20, ("NAS (network-attached storage) refers to hard disk storage that is set up with its own network address rather than being attached to an application server.").<br><br>*See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; <u>network attached storage</u> ("NAS") or other systems capable of <u>storing and/or processing data</u>.").<br><br>*See, e.g.*, Fig. 2; col. 9, line 3-7, ("<u>Internal networks 122 may be implemented using various LAN technologies including Ethernet, Fiber Distributed Data Interface ("FDDI"), Token Ring, Appletalk, Fibre Channel, and the like.</u>").<br><br>The '730 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. At the time of the invention, it was well |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using CIFS (Common Internet File System), a type of network file system interface. In this regard, the '730 patent discloses implementation of the internal network using various LAN technologies; one of the disclosed LAN technologies is Appletalk, a well known suite of network protocols (see, e.g., Col. 9, lines 1-7). Included within the Appletalk suite is the Appletalk Filing Protocol, which, like CIFS, can be used to send and receive contents of a file between two systems. Accordingly, it would have been obvious to a person of ordinary skill in the art of data storage to use CIFS (e.g., in lieu of Appletalk Filing Protocol) as the network file system interface. An advantage to using CIFS in place of Appletalk would have been the wide spread usage and acceptance of CIFS over Appletalk, a proprietary protocol, at the time of invention. |
| 22. The system of claim 19, wherein the front-end file system caches file data from the segment store when the file is being accessed by the client. | The '730 patent discloses that the front-end file system caches file data from the segment store when the file is being accessed by the client.

*See, e.g.,* col. 4, line 47-55, ("In other applications, the hash file system of the present invention can be used as a network accelerator inasmuch as it can be used to reduce network traffic by sending proxies (hashes) for data instead of the data itself. A large percentage of current network traffic is redundant data moving between locations. Sending proxies for the data would allow effective local caching mechanisms to operate, possibly reducing the traffic on the Internet by several orders of magnitude."). |
| 25. A method for storing files, comprising; | The '730 patent discloses describes a method for storing files.

*See, e.g.,* col. 6, lines 30-35 ("In a particular implementation of the hash file system and method of the present invention as disclosed herein, its application is directed toward a high availability, high reliability data storage system that leverages rapid advances in commodity computing devices and the robust nature of internetwork technology such as the Internet.").

*See, e.g.,* col. 7, lines 31-33, ("With reference now to FIG. 1, the present invention may be utilized in conjunction with a novel data storage system on a network 10.").

*See, e.g.,* col. 8, lines 11-16, ("In a particular implementation of the present invention, storage |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | devices may be placed at nodes 18. The storage at any node 18 may comprise a single hard drive, or may comprise a managed storage system such as a conventional RAID device having multiple hard drives configured as a single logical volume."). |
| receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server; | The '730 patent discloses receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server.<br><br>See, e.g., Fig. 2; col. 5, lines 29-36, ("FIG. 2 is a more detailed conceptual representation of a possible operating environment for utilization of the system and method of the present invention wherein files maintained on any number of computers or data centers may be stored in a decentralized computer system through an Internet connection to a number of Redundant Arrays of Independent Nodes ("RAIN") racks located, for example, at geographically diverse locations;").<br><br>See, e.g., Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data.").<br><br>See, e.g., Fig. 2; col. 6, lines 60-67, ("In a particular implementation disclosed herein, file seeks, or lookups for retrieving data or checking on the existence/availability of data, may be accelerated by looking at all or a smaller portion of the symbol, with the symbol portion indicating or otherwise providing the routing information for finding, retrieving, or checking on the existence/availability of the data.").<br><br>See, e.g., Fig. 2; col. 8, lines 49-51, ("While such devices have disparate data storage needs, they share an ability to retrieve data via network 100 and operate on that data within their own resources."). |
| based on the file command, using a network file system interface to transfer contents of the file between the front-end file system and a back- | The '730 patent discloses using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system based on the file command.<br><br>See, e.g., col. 2, lines 18-20, ("NAS (network-attached storage) refers to hard disk storage that is set |

EXHIBIT F TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

W02-WEST:6AXS1\400764433.4

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,704,730 |
|---|---|
| end storage system; | up with its own network address rather than being attached to an application server.").<br><br>*See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself works on <u>any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data.</u>"). |
| segmenting the file at the back-end storage system; and | The '730 patent discloses segmenting the file at the back-end storage system.<br><br>*See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself works on <u>any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data.</u>").<br><br>*See, e.g.*, Fig. 2; col. 9, line 45-55, ("<u>Each RAIN element 124 executes an operating system</u>. In a particular implementation, the UNIX or UNIX variant operating system such as Linux may be used. It is contemplated, however, that other operating systems including DOS, Microsoft Windows, Apple Macintosh OS, OS/2, Microsoft Windows NT and the like may be equivalently substituted with predictable changes in performance. <u>The operating system chosen forms a platform for executing application software and processes, and implements a file system for accessing mass storage via the hard disk controller(s).</u>").<br><br>*See, e.g.*, Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of <u>a digital sequence (e.g. a file or other data sequence) into hashed pieces</u>. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is <u>divided into pieces based on commonality with other pieces in the system</u> or the likelihood of pieces being found to be in common in the future at step 304."). |
| maintaining a storage of the segments in a segment store of the back-end storage system. | The '730 patent discloses maintaining a storage of the segments in a segment store of the back-end storage system. |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | *See, e.g.*, Fig. 5; col. 5, line 48-54, ("FIG. 5 is another logic flow chart depicting the comparison of the hash values for each piece of a file to existing <u>hash values in the set (or database)</u>, the production of records showing the equivalence of a single hash value for all file pieces with the hash values of the various pieces and whereupon new data pieces and corresponding new hash values are added to <u>the set</u>"). |
| | *See, e.g.*, Figs. 5-6; col. 10, lines 39-45, ("Particularly, at step 402, the hash values 310 for each piece 306 of the file are compared to existing hash values 214 and new hash values 408 and corresponding new data pieces 406 are added to the set 212. In this way, <u>hash values 408 not previously present in the database set 212 are added together with their associated data pieces 406</u>."). |
| | The '730 patent discloses based on the file command, using a network interface to transfer contents of the file between the front-end file system and a back-end storage system. |
| | *See, e.g.*, col. 2, lines 18-20, ("NAS (network-attached storage) refers to hard disk storage that is set up with its own network address rather than being attached to an application server."). |
| | *See, e.g.*, Fig. 2; col. 6, lines 44-50, ("The system itself <u>works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data</u>."). |
| | *See, e.g.*, Fig. 2; col. 9, line 3-7, ("<u>Internal networks 122 may be implemented using various LAN technologies including Ethernet, Fiber Distributed Data Interface ("FDDI"), Token Ring, Appletalk, Fibre Channel, and the like</u>."). |
| 26. The system of claim 25, wherein the network file system interface is NFS. | The '730 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. At the time of the invention, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using NFS (Network File System), a type of network file system interface. In this regard, the '730 patent discloses implementation of the internal network using various LAN |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | technologies; one of the disclosed LAN technologies is Appletalk, a well known suite of network protocols. Included within the Appletalk suite is the Appletalk Filing Protocol, which, like NFS, can be used to send and receive contents of a file between two systems (see, e.g., Col. 9, lines 1-7). Accordingly, it would have been obvious to a person of ordinary skill in the art of data storage to use NFS (e.g., in lieu of Appletalk Filing Protocol) as the network file system interface. An advantage to using NFS in place of Appletalk would have been the wide spread usage and acceptance of NFS over Appletalk at the time of invention, especially amongst Unix and other POSIX operating systems. |
| 27. The system of claim 25, wherein the network file system interface is CIFS. | The '730 patent discloses based on the file command, using a network interface to transfer contents of the file between the front-end file system and a back-end storage system.

*See, e.g.,* col. 2, lines 18-20, ("NAS (network-attached storage) refers to hard disk storage that is set up with its own network address rather than being attached to an application server.").

*See, e.g.,* Fig. 2; col. 6, lines 44-50, ("The system itself works on any computer system including, without limitation: personal computers; supercomputers; distributed or non-distributed networks; storage area networks ("SAN") using IDE, SCSI or other disk buses; network attached storage ("NAS") or other systems capable of storing and/or processing data.").

*See, e.g.,* Fig. 2; col. 9, line 3-7, ("Internal networks 122 may be implemented using various LAN technologies including Ethernet, Fiber Distributed Data Interface ("FDDI"), Token Ring, Appletalk, Fibre Channel, and the like.").

The '730 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. At the time of the invention, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using CIFS (Common Internet File System), a type of network file system interface. In this regard, the '730 patent discloses implementation of the internal network using various LAN technologies; one of the disclosed LAN technologies is Appletalk, a well known suite of network protocols. Included within the Appletalk suite is the Appletalk Filing Protocol, which, |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,704,730 |
|---|---|
| | like CIFS, can be used to send and receive contents of a file between two systems (see, e.g., Col. 9, lines 1-7). Accordingly, it would have been obvious to a person of ordinary skill in the art of data storage to use CIFS (e.g., in lieu of Appletalk Filing Protocol) as the network file system interface. An advantage to using CIFS in place of Appletalk would have been the wide spread usage and acceptance of CIFS over Appletalk, a proprietary protocol, at the time of invention. |
| 28. The method of claim 25, further comprising caching file data from the segment store at the front-end file system when the file is being accessed by the client. | The '730 patent discloses caching file data from the segment store at the front-end file system when the file is being accessed by the client.

*See, e.g.*, col. 4, line 47-55, ("In other applications, the hash file system of the present invention can be used as a network accelerator inasmuch as it can be used to reduce network traffic by sending proxies (hashes) for data instead of the data itself. A large percentage of current network traffic is redundant data moving between locations. Sending proxies for the data would allow effective local caching mechanisms to operate, possibly reducing the traffic on the Internet by several orders of magnitude."). |

W02-WEST:6AXS1\400764433.4

EXHIBIT F TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

**EXHIBIT G TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS**

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| 19. A system for storing files, comprising: | U.S. Patent No. 6,912,645 ("the '645 patent"), describes a system for storing files. |
| | *See, e.g.,* Abstract, ("Data storage techniques particularly well-suited for use in archival data storage are disclosed. ... The processing operation is configured to provide write-once archival storage of the data block, in that the contents of the data block are not modifiable without also altering the address of the data block determinable in the processing operation."). |
| | *See, e.g.,* col. 2, lines 7-11, ("The present invention provides data storage methods and apparatus that are particularly well-suited for use in storing data in perpetuity in archival data storage applications, but also suitable for use in other applications, including primary storage applications."). |
| | *See, e.g.,* col. 2, lines 52-53, ("The present invention will be illustrated below in conjunction with an exemplary network storage system.") |
| | *See, e.g.,* Claim 1, ("A method of storing data in a storage system, the method comprising the steps of: processing a data block to generate an address which is determined as a function of the contents of the data block; and storing the data block in the system in a memory location identified by the address; wherein the processing and storing steps provide write-once storage of the data block in the system such that the contents of the data block are not modifiable without also altering the address of the data block determinable in the processing step."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,912,645 |
|---|---|
| a front-end file system for receiving from a client a file command for a file, wherein the front-end file system includes a front-end file server; | The '645 patent discloses a front-end file system for receiving from a client (e.g., at a personal computer) a file command for a file, wherein the front-end file system includes a front-end file server.<br><br>*See, e.g.,* Fig.1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts client 102-1 connected to the files server 108 [FS]. The file server represents the front-end file system.).<br><br>*See, e.g.,* Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of <u>clients</u> 102-1, 102-2, . . . 102-N each coupled to a <u>data</u> <u>storage server</u> 104 via a network 106. A number of the clients are coupled directly to the network 106, while one of the clients, namely, <u>client</u> 102-1, is coupled to the network 106 via a file server (FS) device 108.").<br><br>*See, e.g.,* col. 4, lines 39-44, ("The <u>server</u> 104 may interface with the clients 102-i using a simple protocol that enables client applications to read and write variable sized blocks of data."). |
| a back-end storage system including logic to segment the file; and | The '645 patent discloses a back-end storage system.<br><br>*See, e.g.,* '645, Abstract, ("In one aspect of the invention, a data block is processed to <u>generate an address</u> as a function of the contents of the data block, and the data block is then stored in the system in a memory <u>location identified by the address.</u>").<br><br>*See, e.g.,* '645, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the files server 108 [FS] coupled to the back-end storage system, represented by data storage server 104.).<br><br>*See, e.g.,* '645, Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of <u>clients</u> 102-1, 102-2, . . . 102-N each coupled to a <u>data</u> <u>storage server</u> 104 via a network 106. A number of the clients are coupled directly to the network 106, |

W02-WEST:6AXS1\400764434.3

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| | while one of the clients, namely, client 102-1, is coupled to the network 106 via a file server (FS) device 108."). |
| | *See, e.g.*, '645, col. 10, lines 19-23, ("An important attribute of vac is that it writes each file as a separate collection of data blocks, thus ensuring that duplicate copies of a file will be coalesced on the server."). |
| | While the '645 patent discloses a back-end storage system, U.S. Patent No. 6,704,730 (the "'730 patent") describes the use of logic to segment a file. |
| | *See, e.g.*, '730, Fig. 4; col. 5 lines 42-46, ("FIG. 4 is a further logic flow chart depicting the steps in the breakup of a file or other data sequence into hashed pieces resulting in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece;"). |
| | *See, e.g.*, '730, Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is divided into pieces based on commonality with other pieces in the system or the likelihood of pieces being found to be in common in the future at step 304."). |
| | It would have been obvious at the time of invention for a person of ordinary skill in the art of data storage to apply the file segmentation teaching of the '730 patent in order to segment the data into multiple data blocks. In particular, this known segmentation method would be an obvious choice to allow duplicate data blocks to be coalesced on the server, leading to saved storage space. |

EXHIBIT G TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,912,645 |
|---|---|
| a segment store for storing the segments; | The '645 patent discloses a segment store for storing the segments.<br><br>*See, e.g.,* Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the back-end storage system, represented by data storage server 104, having a data storage element 116 that acts as the segment store.).<br><br>*See, e.g.,* col. 3, lines 29-33, ("The data storage element 116 of the server 104 operates in conjunction with the block cache 110, index cache 112 and index 114 to store archival data using the techniques of the present invention, as will be described in greater detail below.").<br><br>*See, e.g.,* col. 6, lines 52-54, ("More particularly, blocks are stored in an append-only log on storage element 116, the storage element being in the form of a RAID array of magnetic disk drives."). |

EXHIBIT G TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

W02-WEST:6AXS1\400764434.3

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. | The '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system.

*See, e.g.*, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the client 102-1 connected to the front-end file system, file server 108 [FS]. This front-end file system utilizes a network interface to communicate with the back-end storage system, data storage server 104, in order to send and receive contents of a file. The back-end storage system comprises the data [data storage element 116] and the index 114, which together constitute the segment store.).

While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using a network file system interface. A cite in the '645 patent to an article entitled "A low-bandwidth network file system" by A. Muthitacharoen et al. offers evidence of such knowledge (*See* '645, Other Publications, pg. 1, col. 2). Accordingly, it would have been obvious at the time of invention for a person of ordinary skill in the art of data storage to employ a network file system interface for sending or receiving contents of a file between a front-end file system and a back-end storage system. |
| 20. The system of claim 19, wherein the network file system interface is NFS. | The '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system.

While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using NFS (Network File System), a conventional network file system interface. A cite in the '645 patent to an article entitled "File System Design for an NFS File Server Appliance" by D. Hitz et al. offers evidence of such knowledge about NFS (*See* '645, Other Publications, pg. 1, col. 2). Accordingly, it would have been obvious for person of ordinary skill in the art of data storage to use NFS as the network file system interface. |

W02-WEST:6AXS1\400764434.3

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| 21. The system of claim 19, wherein the network file system interface is CIFS. | The '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system.

While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using CIFS (Common Internet File System), a type of network file system interface.  A cite in the '645 patent to an article entitled "File System Design for an NFS File Server Appliance" by D. Hitz et al. offers evidence of such knowledge about NFS (*See* '645, Other Publications, pg. 1, col. 2).  CIFS, like NFS, was well known amongst people of ordinary skill in the art of data storage at the time of the invention.  Accordingly, it would have been an obvious design choice for a person of ordinary skill in the art of data storage to use CIFS as the network file system interface. |
| 22. The system of claim 19, wherein the front-end file system caches file data from the segment store when the file is being accessed by the client. | The '645 patent discloses that the front-end file system caches file data from the segment store when the file is being accessed by the client.

*See, e.g.*, col. 5, lines 33-38, ("Using the fingerprint of a block as its identity facilitates features such as replication, caching, and load balancing. Since the contents of a particular block are immutable, the problem of data coherency is greatly reduced. For example, a cache or a mirror cannot contain a stale or out of date version of a block."). |

EXHIBIT G TO QUANTUMS PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| 25. A method for storing files, comprising: | The '645 patent describes a method for storing files.<br><br>*See, e.g.*, Abstract, ("Data storage techniques particularly well-suited for use in archival data storage are disclosed. … The processing operation is configured to provide write-once archival storage of the data block, in that the contents of the data block are not modifiable without also altering the address of the data block determinable in the processing operation.").<br><br>*See, e.g.*, col. 2, lines 7-11, ("The present invention provides data storage methods and apparatus that are particularly well-suited for use in storing data in perpetuity in archival data storage applications, but also suitable for use in other applications, including primary storage applications.").<br><br>*See, e.g.*, col. 2, lines 52-53, ("The present invention will be illustrated below in conjunction with an exemplary network storage system.")<br><br>*See, e.g.*, Claim 1, ("A method of storing data in a storage system, the method comprising the steps of: processing a data block to generate an address which is determined as a function of the contents of the data block; and storing the data block in the system in a memory location identified by the address; wherein the processing and storing steps provide write-once storage of the data block in the system such that the contents of the data block are not modifiable without also altering the address of the data block determinable in the processing step."). |

-7-

EXHIBIT G TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server; | The '645 patent describes receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server.<br><br>*See, e.g.*, Fig.1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts client 102-1 connected to the files server 108 [FS]. The file server represents the front-end file system).<br><br>*See, e.g.*, Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of clients 102-1, 102-2, ... 102-N each coupled to a data storage server 104 via a network 106. A number of the clients are coupled directly to the network 106, while one of the clients, namely, client 102-1, is coupled to the network 106 via a file server (FS) device 108.").<br><br>*See, e.g.*, col. 4, lines 39-44, ("The server 104 may interface with the clients 102-i using a simple protocol that enables client applications to read and write variable sized blocks of data."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| based on the file command, using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system; | The '645 patent discloses based on the file command, using a network interface to transfer contents of the file between the front-end file system and a back-end storage system.

*See, e.g.,* Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the client 102-1 connected to the front-end file system, file server 108 [FS]. This front-end file system utilizes a network interface to communicate with the back-end storage system, data storage server 104, in order to send and receive contents of a file. The back-end storage system comprises the data [data storage element 116] and the index 114, which together constitute the segment store.).

While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using a network file system interface. A cite in the '645 patent to an article entitled "A low-bandwidth network file system" by A. Muthitacharoen et al. offers evidence of such knowledge (*See* '645, Other Publications, pg. 1, col. 2). Accordingly, it would have been obvious at the time of invention for a person of ordinary skill in the art of data storage to employ a network file system interface for sending or receiving contents of a file between a front-end file system and a back-end storage system based on a file command. |
| segmenting the file at the back-end storage system; and | The '645 patent discloses that segments of the file are stored at the back-end storage system.

*See, e.g.,* '645, Abstract, ("In one aspect of the invention, a data block is processed to generate an address as a function of the contents of the data block, and the data block is then stored in the system in a memory location identified by the address.").

*See, e.g.,* '645, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the files server 108 [FS] coupled to the back-end storage system, represented by data storage server 104.).

*See, e.g.,* '645, Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the |

EXHIBIT G TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,912,645 |
|---|---|
|  | invention. The system 100 includes a number of clients 102-1, 102-2, . . . 102-N each coupled to a data storage server 104 via a network 106. A number of the clients are coupled directly to the network 106, while one of the clients, namely, client 102-1, is coupled to the network 106 via a file server (FS) device 108.").<br><br>See, e.g., '645, col. 10, lines 19-23, ("An important attribute of vac is that it writes each file as a separate collection of data blocks, thus ensuring that duplicate copies of a file will be coalesced on the server."). <br><br>While the '645 patent discloses that segments of the file are stored at the back-end storage system, the '730 patent describes logic for segmenting a file.<br><br>See, e.g., '730, Fig. 4; col. 5 lines 42-46, ("FIG. 4 is a further logic flow chart depicting the steps in the breakup of a file or other data sequence into hashed pieces resulting in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece;").<br><br>See, e.g., '730, Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is divided into pieces based on commonality with other pieces in the system or the likelihood of pieces being found to be in common in the future at step 304.").<br><br>It would have been obvious at the time of invention for a person of ordinary skill in the art of data storage to apply the file segmentation teaching of the '730 patent in order to segment the data into multiple data blocks. In particular, this known segmentation method would be obvious choice to allow duplicate data blocks to be coalesced on the server, leading to saved storage space. |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,912,645 |
|---|---|
| maintaining a storage of the segments in a segment store of the back-end storage system. | The '645 patent discloses maintaining a storage of the segments in a segment store of the back-end storage system.<br><br>*See, e.g.*, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the back-end storage system, represented by data storage server 104, having a data storage element 116 that acts as the segment store.).<br><br>*See, e.g.*, col. 3, lines 29-33, ("The data storage element 116 of the server 104 operates in conjunction with the block cache 110, index cache 112 and index 114 to store archival data using the techniques of the present invention, as will be described in greater detail below.").<br><br>*See, e.g.*, col. 6, lines 52-54, ("More particularly, blocks are stored in an append-only log on storage element 116, the storage element being in the form of a RAID array of magnetic disk drives."). |
| 26. The system of claim 25, wherein the network file system interface is NFS. | The '645 patent discloses based on the file command, using a network interface to transfer contents of the file between the front-end file system and a back-end storage system.<br><br>While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using NFS (Network File System), a conventional network file system interface. A cite in the '645 patent to an article entitled "File System Design for an NFS File Server Appliance" by D. Hitz et al. offers evidence of such knowledge about NFS (*See* '645, Other Publications, pg. 1, col. 2). Accordingly, it would have been obvious for person of ordinary skill in the art of data storage to use NFS as the network file system interface. |

EXHIBIT G TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| 27. The system of claim 25, wherein the network file system interface is CIFS. | The '645 patent discloses based on the file command, using a network interface to transfer contents of the file between the front-end file system and a back-end storage system.<br><br>While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using CIFS (Common Internet File System), a type of network file system interface. A cite in the '645 patent to an article entitled "File System Design for an NFS File Server Appliance" by D. Hitz et al. offers evidence of such knowledge about NFS (*See* '645, Other Publications, pg. 1, col. 2). CIFS, like NFS, was well known amongst people of ordinary skill in the art of data storage at the time of the invention. Accordingly, it would have been an obvious design choice for a person of ordinary skill in the art of data storage to use CIFS as the network file system interface. |
| 28. The method of claim 25, further comprising caching file data from the segment store at the front-end file system when the file is being accessed by the client. | The '645 patent discloses caching file data from the segment store at the front-end file system when the file is being accessed by the client.<br><br>*See, e.g.,* col. 5, lines 33-38, ("<u>Using the fingerprint of a block as its identity facilitates</u> features such as replication, <u>caching</u>, and load balancing. Since the <u>contents of a particular block are immutable</u>, the problem of data coherency is greatly reduced. For example, <u>a cache or a mirror cannot contain a stale or out of date version of a block</u>."). |

EXHIBIT G TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

EXHIBIT G TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| 19. A system for storing files, comprising: | U.S. Patent No. 6,912,645 ("the '645 patent"), describes a system for storing files. <br><br> *See, e.g.,* Abstract, ("Data storage techniques particularly well-suited for use in archival data storage are disclosed.... The processing operation is configured to provide write-once archival storage of the data block, in that the contents of the data block are not modifiable without also altering the address of the data block determinable in the processing operation."). <br><br> *See, e.g.,* col. 2, lines 7-11, ("The present invention provides data storage methods and apparatus that are particularly well-suited for use in storing data in perpetuity in archival data storage applications, but also suitable for use in other applications, including primary storage applications."). <br><br> *See, e.g.,* col. 2, lines 52-53, ("The present invention will be illustrated below in conjunction with an exemplary network storage system.") <br><br> *See, e.g.,* Claim 1, ("A method of storing data in a storage system, the method comprising the steps of: processing a data block to generate an address which is determined as a function of the contents of the data block; and storing the data block in the system in a memory location identified by the address; wherein the processing and storing steps provide write-once storage of the data block in the system such that the contents of the data block are not modifiable without also altering the address of the data block determinable in the processing step."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| a front-end file system for receiving from a client a file command for a file, wherein the front-end file system includes a front-end file server; | The '645 patent discloses a front-end file system for receiving from a client (e.g., at a personal computer) a file command for a file, wherein the front-end file system includes a front-end file server.<br><br>*See, e.g.,* Fig.1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts client 102-1 connected to the files server 108 [FS]. The file server represents the front-end file system.).<br><br>*See, e.g.,* Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of <u>clients</u> 102-1, 102-2, . . . 102-N each <u>coupled to a data storage server</u> 104 via a network 106. A number of the clients are coupled directly to the network 106, while one of the clients, namely, <u>client 102-1 is coupled to the network 106 via a file server (FS) device 108</u>.").<br><br>*See, e.g.,* col. 4, lines 39-44, ("The <u>server 104 may interface with the clients 102-i using a simple protocol that enables client applications to read and write variable sized blocks of data</u>."). |
| a back-end storage system including logic to segment the file; and | The '645 patent discloses a back-end storage system.<br><br>*See, e.g.,* '645, Abstract, ("In one aspect of the invention, <u>a data block is processed to generate an address as a function of the contents of the data block, and the data block is then stored in the system in a memory location identified by the address</u>.").<br><br>*See, e.g.,* '645, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the files server 108 [FS] coupled to the back-end storage system, represented by data storage server 104.).<br><br>*See, e.g.,* '645, Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of <u>clients</u> 102-1, 102-2, . . . 102-N each <u>coupled to a data storage server</u> 104 via a network 106. A number of the clients are coupled directly to the network 106, |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,912,645 |
|---|---|
| | while one of the clients, namely, client 102-1, is coupled to the network 106 via a file server (FS) device 108."). |
| | *See, e.g.,* '645, col. 10, lines 19-23, ("An important attribute of vac is that it writes each file as a separate collection of data blocks, thus ensuring that duplicate copies of a file will be coalesced on the server."). |
| | While the '645 patent discloses a back-end storage system, U.S. Patent No. 6,704,730 (the "'730 patent") describes the use of logic to segment a file. |
| | *See, e.g.,* '730, Fig. 4; col. 5 lines 42-46, ("FIG. 4 is a further logic flow chart depicting the steps in the breakup of a file or other data sequence into hashed pieces resulting in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece;"). |
| | *See, e.g.,* '730, Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is divided into pieces based on commonality with other pieces in the system or the likelihood of pieces being found to be in common in the future at step 304."). |
| | It would have been obvious at the time of invention for a person of ordinary skill in the art of data storage to apply the file segmentation teaching of the '730 patent in order to segment the data into multiple data blocks. In particular, this known segmentation method would be an obvious choice to allow duplicate data blocks to be coalesced on the server, leading to saved storage space. |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| a segment store for storing the segments; | The '645 patent discloses a segment store for storing the segments. |
| | *See, e.g.,* Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the back-end storage system, represented by data storage server 104, having a data storage element 116 that acts as the segment store.). |
| | *See, e.g.,* col. 3, lines 29-33, ("The data storage element 116 of the server 104 operates in conjunction with the block cache 110, index cache 112 and index 114 to store archival data using the techniques of the present invention, as will be described in greater detail below."). |
| | *See, e.g.,* col. 6, lines 52-54, ("More particularly, blocks are stored in an append-only log on storage element 116, the storage element being in the form of a RAID array of magnetic disk drives."). |

EXHIBIT G TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

W02-WEST:6AXS1\400764434.3

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| a network file system interface for sending or receiving contents of the file between the front-end file system and the back-end storage system. | The '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system.<br><br>*See, e.g.,* Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the client 102-1 connected to the front-end file system, file server 108 [FS]. This front-end file system utilizes a network interface to communicate with the back-end storage system, data storage server 104, in order to send and receive contents of a file. The back-end storage system comprises the data [data storage element 116] and the index 114, which together constitute the segment store.).<br><br>While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using a network file system interface. A cite in the '645 patent to an article entitled "A low-bandwidth network file system" by A. Muthitacharoen et al. offers evidence of such knowledge (*See* '645, Other Publications, pg. 1, col. 2). Accordingly, it would have been obvious at the time of invention for a person of ordinary skill in the art of data storage to employ a network file system interface for sending or receiving contents of a file between a front-end file system and a back-end storage system. |
| 20. The system of claim 19, wherein the network file system interface is NFS. | The '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system.<br><br>While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using NFS (Network File System), a conventional network file system interface. A cite in the '645 patent to an article entitled "File System Design for an NFS File Server Appliance" by D. Hitz et al. offers evidence of such knowledge about NFS (*See* '645, Other Publications, pg. 1, col. 2). Accordingly, it would have been obvious for person of ordinary skill in the art of data storage to use NFS as the network file system interface. |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| 21. The system of claim 19, wherein the network file system interface is CIFS. | The '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system.<br><br>While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using CIFS (Common Internet File System), a type of network file system interface. A cite in the '645 patent to an article entitled "File System Design for an NFS File Server Appliance" by D. Hitz et al. offers evidence of such knowledge about NFS (*See* '645, Other Publications, pg. 1, col. 2). CIFS, like NFS, was well known amongst people of ordinary skill in the art of data storage at the time of the invention. Accordingly, it would have been an obvious design choice for a person of ordinary skill in the art of data storage to use CIFS as the network file system interface. |
| 22. The system of claim 19, wherein the front-end file system caches file data from the segment store when the file is being accessed by the client. | The '645 patent discloses that the front-end file system caches file data from the segment store when the file is being accessed by the client.<br><br>*See, e.g.*, col. 5, lines 33-38, ("Using the fingerprint of a block as its identity facilitates features such as replication, caching, and load balancing. Since the contents of a particular block are immutable, the problem of data coherency is greatly reduced. For example, a cache or a mirror cannot contain a stale or out of date version of a block."). |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| 25. A method for storing files, comprising: | The '645 patent describes a method for storing files. |
| | *See, e.g.,* Abstract, ("Data storage techniques particularly well-suited for use in archival data storage are disclosed. . . . The processing operation is configured to provide write-once archival storage of the data block, in that the contents of the data block are not modifiable without also altering the address of the data block determinable in the processing operation."). |
| | *See, e.g.,* col. 2, lines 7-11, ("The present invention provides data storage methods and apparatus that are particularly well-suited for use in storing data in perpetuity in archival data storage applications, but also suitable for use in other applications, including primary storage applications."). |
| | *See, e.g.,* col. 2, lines 52-53, ("The present invention will be illustrated below in conjunction with an exemplary network storage system.") |
| | *See, e.g.,* Claim 1, ("A method of storing data in a storage system, the method comprising the steps of: processing a data block to generate an address which is determined as a function of the contents of the data block; and storing the data block in the system in a memory location identified by the address; wherein the processing and storing steps provide write-once storage of the data block in the system such that the contents of the data block are not modifiable without also altering the address of the data block determinable in the processing step."). |

EXHIBIT G TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server; | The '645 patent describes receiving, at a front-end file system from a client, a file command for a file, wherein the front-end file system includes a front-end file server.

*See, e.g.,* Fig.1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts client 102-1 connected to the files server 108 [FS]. The file server represents the front-end file system).

*See, e.g.,* Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the invention. The system 100 includes a number of clients 102-1, 102-2, . . . 102-N each coupled to a data storage server 104 via a network 106. A number of the clients are coupled directly to the network 106, while one of the clients, namely, client 102-1, is coupled to the network 106 via a file server (FS) device 108.").

*See, e.g.,* col. 4, lines 39-44, ("The server 104 may interface with the clients 102-i using a simple protocol that enables client applications to read and write variable sized blocks of data."). |

EXHIBIT G TO QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| based on the file command, using a network file system interface to transfer contents of the file between the front-end file system and a back-end storage system; | The '645 patent discloses based on the file command, using a network interface to transfer contents of the file between the front-end file system and a back-end storage system.<br><br>*See, e.g.*, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the client 102-1 connected to the front-end file system, file server 108 [FS]. This front-end file system utilizes a network interface to communicate with the back-end storage system, data storage server 104, in order to send and receive contents of a file. The back-end storage system comprises the data [data storage element 116] and the index 114, which together constitute the segment store.).<br><br>While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using a network file system interface. A cite in the '645 patent to an article entitled "A low-bandwidth network file system" by A. Muthitacharoen et al. offers evidence of such knowledge (*See* '645, Other Publications, pg. 1, col. 2). Accordingly, it would have been obvious at the time of invention for a person of ordinary skill in the art of data storage to employ a network file system interface for sending or receiving contents of a file between a front-end file system and a back-end storage system based on a file command. |
| segmenting the file at the back-end storage system; and | The '645 patent discloses that segments of the file are stored at the back-end storage system.<br><br>*See, e.g.*, '645, Abstract, ("In one aspect of the invention, a data block is processed to generate an address as a function of the contents of the data block, and the data block is then stored in the system in a memory location identified by the address.").<br><br>*See, e.g.*, '645, Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the files server 108 [FS] coupled to the back-end storage system, represented by data storage server 104.).<br><br>*See, e.g.*, '645, Fig. 1; col. 2, line 62, to col. 3, line 2, ("FIG. 1 shows a network storage system 100 which implements an archival data storage technique in accordance with an illustrative embodiment of the |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of: Obviousness Contentions based on U.S. Patent No. 6,912,645 |
|---|---|
| | invention. The system 100 includes a number of clients 102-1, 102-2, . . . 102-N each coupled to a data storage server 104 via a network 106. A number of the clients are coupled directly to the network 106, while one of the clients, namely, client 102-1, is coupled to the network 106 via a file server (FS) device 108."). |
| | *See, e.g.*, '645, col. 10, lines 19-23, ("An important attribute of vac is that it writes each file as a separate collection of data blocks, thus ensuring that duplicate copies of a file will be coalesced on the server."). |
| | While the '645 patent discloses that segments of the file are stored at the back-end storage system, the '730 patent describes logic for segmenting a file. |
| | *See, e.g.*, '730, Fig. 4; col. 5 lines 42-46, ("FIG. 4 is a further logic flow chart depicting the steps in the breakup of a file or other data sequence into hashed pieces resulting in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece;"). |
| | *See, e.g.*, '730, Fig. 4; col. 10 lines 12-21, ("With reference additionally now to FIG. 4, a further logic flow chart is provided depicting the steps in the process 300 for breakup of a digital sequence (e.g. a file or other data sequence) into hashed pieces. This process 300 ultimately results in the production of a number of data pieces as well as corresponding probabilistically unique hash values for each piece. The file data 302 is divided into pieces based on commonality with other pieces in the system or the likelihood of pieces being found to be in common in the future at step 304."). |
| | It would have been obvious at the time of invention for a person of ordinary skill in the art of data storage to apply the file segmentation teaching of the '730 patent in order to segment the data into multiple data blocks. In particular, this known segmentation method would be obvious choice to allow duplicate data blocks to be coalesced on the server, leading to saved storage space. |

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,912,645 |
|---|---|
| maintaining a storage of the segments in a segment store of the back-end storage system. | The '645 patent discloses maintaining a storage of the segments in a segment store of the back-end storage system.<br><br>*See, e.g.,* Fig. 1, (Figure 1 is an illustration of an exemplary network storage system configured in accordance with the techniques of the invention described in the '645 patent. It specifically depicts the back-end storage system, represented by data storage server 104, having a data storage element 116 that acts as the segment store.).<br><br>*See, e.g.,* col. 3, lines 29-33, ("The data storage element 116 of the server 104 operates in conjunction with the block cache 110, index cache 112 and index 114 to store archival data using the techniques of the present invention, as will be described in greater detail below.").<br><br>*See, e.g.,* col. 6, lines 52-54, ("More particularly, blocks are stored in an append-only log on storage element 116, the storage element being in the form of a RAID array of magnetic disk drives."). |
| 26. The system of claim 25, wherein the network file system interface is NFS. | The '645 patent discloses based on the file command, using a network interface to transfer contents of the file between the front-end file system and a back-end storage system.<br><br>While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using NFS (Network File System), a conventional network file system interface. A cite in the '645 patent to an article entitled "File System Design for an NFS File Server Appliance" by D. Hitz et al. offers evidence of such knowledge about NFS (*See* '645, Other Publications, pg. 1, col. 2). Accordingly, it would have been obvious for person of ordinary skill in the art of data storage to use NFS as the network file system interface. |

EXHIBIT G TO QUANTUM'S PRELIMINARY<br>INVALIDITY CONTENTIONS

| U.S. Patent No. 7,116,249 | The '249 Patent is Invalid in view of:<br>Obviousness Contentions based on<br>U.S. Patent No. 6,912,645 |
|---|---|
| 27. The system of claim 25, wherein the network file system interface is CIFS. | The '645 patent discloses based on the file command, using a network interface to transfer contents of the file between the front-end file system and a back-end storage system.<br><br>While the '645 patent discloses a network interface for sending or receiving contents of the file between the front-end file system and the back-end storage system, it was well known by those of ordinary skill in the art of data storage to send and receive contents of a file between two systems using CIFS (Common Internet File System), a type of network file system interface. A cite in the '645 patent to an article entitled "File System Design for an NFS File Server Appliance" by D. Hitz et al. offers evidence of such knowledge about NFS (*See* '645, Other Publications, pg. 1, col. 2). CIFS, like NFS, was well known amongst people of ordinary skill in the art of data storage at the time of the invention. Accordingly, it would have been an obvious design choice for a person of ordinary skill in the art of data storage to use CIFS as the network file system interface. |
| 28. The method of claim 25, further comprising caching file data from the segment store at the front-end file system when the file is being accessed by the client. | The '645 patent discloses caching file data from the segment store at the front-end file system when the file is being accessed by the client.<br><br>*See, e.g.*, col. 5, lines 33-38, ("Using the fingerprint of a block as its identity facilitates features such as replication, caching, and load balancing. Since the contents of a particular block are immutable, the problem of data coherency is greatly reduced. For example, a cache or a mirror cannot contain a stale or out of date version of a block."). |

EXHIBIT G TO QUANTUM'S PRELIMINARY
INVALIDITY CONTENTIONS