AMAR L. THAKUR, Cal. Bar No. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:    858-720-8900
Facsimile:    858-509-3691
Email:    athakur@sheppardmullin.com
          mflores@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:  nbruno@sheppardmullin.com

Attorneys for QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>               Counterclaimant,<br><br>        v.<br><br>QUANTUM CORPORATION,<br><br>               Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>               Counterclaimant,<br><br>        v.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>               Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>**DECLARATION OF DAVID E. HEISEY IN SUPPORT OF QUANTUM CORPORATION'S MOTION FOR LEAVE TO AMEND QUANTUM'S PRELIMINARY INVALIDITY CONTENTIONS AND QUANTUM'S OPPOSITION TO RIVERBED'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF U.S. PATENT 7,116,249**<br><br>Complaint Filed:  August 14, 2007<br>Trial Date:  March 30, 2009 |

-1-

W02-WEST:\400889823.1

Case No. C 07-04161 WHA

HEISEY DECL. IN SUPPORT OF QUANTUM'S MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS AND OPPOSITION TO RIVERBED'S MSJ

## DECLARATION OF DAVID E. HEISEY

I, David E. Heisey, state and declare as follows:

1. I am an attorney in the law firm of Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin"), counsel of record for Quantum Corporation in this action. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Sheppard Mullin diligently and thoroughly researched and interviewed a number of experts relating to the '249 patent. This required counsel to travel throughout the United States. Dr. David Mazieres, who is one of the foremost experts in the world on the '249 patent technology, was eventually located and interviewed. This took extra time because Dr. Mazieres was ill in January 2008. Dr. Mazieres was formally engaged as an expert for Quantum on February 13, 2008.

3. At his first substantive meeting with me, near the end of February 2008, Dr. Mazieres disclosed a new anticipatory reference, U.S. Patent 6,912,645, and expressed the opinion that the asserted Riverbed claims may be obvious.

4. Throughout March and early April of 2008, Sheppard Mullin attorneys including myself worked diligently to draft Quantum's Proposed amended Preliminary Invalidity Contentions. This necessitated multiple drafts, as well as close and frequent interaction with Dr. Mazieres and Quantum employees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Diego, California on June 12, 2008.

Dated: June 12, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        /s/ David E. Heisey

David E. Heisey

I, Nathaniel Bruno, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that David E. Heisey has concurred in this filing.

Dated: June 12, 2008        /s/ Nathaniel Bruno
NATHANIEL BRUNO