1  AMAR L. THAKUR, Cal. Bar No. 194025
   MAURICIO A. FLORES, Cal. Bar No. 93304
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3  Including Professional Corporations
   12275 El Camino Real, Suite 200
4  San Diego, California  92130-2006
   Telephone:     858-720-8900
5  Facsimile:     858-509-3691
   Email:    athakur@sheppardmullin.com
6             mflores@sheppardmullin.com

7  NATHANIEL BRUNO, Cal. Bar No. 228118
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8  A Limited Liability Partnership
   Including Professional Corporations
9  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111
10 Telephone:     415-434-9100
   Facsimile:     415-434-3947
11 Email:  nbruno@sheppardmullin.com

12 Attorneys for QUANTUM CORPORATION

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA,

15                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  RIVERBED TECHNOLOGY, INC., a Delaware corporation, | Case No. C 07-04161 WHA |
| 17              Counterclaimant, | The Hon. William H. Alsup |
| 18       v. | |
| 19  QUANTUM CORPORATION, | **[PROPOSED] ORDER GRANTING QUANTUM CORPORATION'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS AND DENYING RIVERBED'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF U.S. PATENT 7,116,249** |
| 20              Counterdefendant. | |
| 21  QUANTUM CORPORATION, a Delaware corporation, | |
| 22              Counterclaimant, | |
| 23       v. | Complaint Filed:  August 14, 2007<br>Trial Date:  March 30, 2009 |
| 24  RIVERBED TECHNOLOGY, INC., a Delaware corporation, | |
| 25              Counterdefendant. | |

-1-

W02-WEST:\400890099.1

Case No. C 07-04161 WHA

[PROPOSED] ORDER GRANTING QUANTUM'S MOTION TO AMEND PRELIMINARY INVALIDITY CONTENTIONS AND DENYING RIVERBED'S MSJ OF VALIDITY OF U.S. PATENT 7,116,249

**ORDER**

Having considered Quantum Corporation's ("Quantum's") Motion for Leave to Amend Its Preliminary Invalidity Contentions, and Riverbed Technology, Inc.'s ("Riverbed's") Motion for Summary Judgment of (1) Validity of Claims 26 and 27 of U.S. Patent 7,116,249 Under 35 U.S.C. § 102; (2) Validity of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103; and (3) Validity of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112, including all papers and arguments submitted in connection therewith, Federal and Local Rules, and relevant case law, the Court **HEREBY ORDERS** as follows:

1. Quantum's Motion for Leave to Amend Its Preliminary Invalidity Contentions is **GRANTED**. Quantum may formally serve its First Amended Preliminary Invalidity Contentions, in the form attached as Exhibit F to the Declaration of Nathaniel Bruno in Support of Quantum Corporation's Motion for Leave to Amend Its Preliminary Invalidity Contentions, and Quantum's Opposition to Riverbed's Motion for Summary Judgment of Validity of U.S. Patent 7,116,249.

2. Riverbed's Motion for Summary Judgment of Validity of Claims 26 and 27 of U.S. Patent 7,116,249 Under 35 U.S.C. § 103 is **DENIED**.

3. Riverbed's Motion for Summary Judgment of Validity of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103 is **DENIED**.

-1-

W02-WEST:\400890099.1
Case No. C 07-04161 WHA

[PROPOSED] ORDER GRANTING QUANTUM'S MOTION TO AMEND PRELIMINARY INVALIDITY CONTENTIONS AND DENYING RIVERBED'S MSJ OF VALIDITY OF U.S. PATENT 7,116,249

-2-

1         4.  Riverbed's Motion for Summary Judgment of Validity of All Asserted Claims of
2  U.S. Patent 7,116,249 Under 35 U.S.C. § 112 is **DENIED**.

       **IT IS SO ORDERED.**

Dated : _____

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

W02-WEST:6GMB1\400890099.1
Case No. C 07-04161 WHA

[PROPOSED] ORDER GRANTING QUANTUM'S
MOTION TO AMEND PRELIMINARY INVALIDITY
CONTENTIONS AND DENYING RIVERBED'S MSJ OF
VALIDITY OF U.S. PATENT 7,116,249