1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Todd M. Briggs (Bar No. 209282)
3    toddbriggs@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100

6  Attorneys for Counterclaimant and
   Counterdefendant, RIVERBED TECHNOLOGY,
7  INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation<br><br>        Counterclaimant,<br><br>    vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterclaimant,<br><br>    vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>        Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>Honorable William H. Alsup<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF RIVERBED'S OPPOSITION CLAIM CONSTRUCTION BRIEF ON TERMS FROM U.S. PATENT NO. 5,990,810** |

1.  I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Riverbed Technologies, Inc ("Riverbed").  I submit this declaration in support of Riverbed's Opposition Claim Construction Brief On Terms From U.S. Patent No. 5,990,810.  I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2.  Attached hereto as **Exhibit A** is a true and correct copy of a document titled "Structure and Practise of the Blocklets Patent" produced by Quantum Corporation ("Quantum") labeled QU00200845-200850.

3.  Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Ross Williams.

4.  Attached hereto as **Exhibit C** is a true and correct copy of a document produced by EMC Corporation labeled EMC00000246-251.

5.  Attached hereto as **Exhibit D** is a true and correct copy of a document produced by Quantum labeled QU01228816.

6.  Attached hereto as **Exhibit E** is a true and correct copy of Sergey Brin et al., "Copy Detection Mechanisms for Digital Documents" produced by Riverbed labeled RBT046265-46276.

7.  Attached hereto as **Exhibit F** is a true and correct copy of a document produced by Quantum labeled QU01034934.

8.  Attached hereto as **Exhibit G** is a true and correct copy of Quantum Corporation's Preliminary Claim Constructions and Extrinsic Evidence.

9.  Attached hereto as **Exhibit H** is a true and correct copy of the provisional specification for Australian Application No. PN 1232 produced by Quantum labeled QU001427-1449.

10. Attached hereto as **Exhibit I** is a true and correct copy of a Written Opinion dated September 10, 1996, relating to international application No. PCT/AU 96/00081 produced by Quantum labeled QU00882986-882995.

1    11.    Attached hereto as **Exhibit J** is a true and correct copy of a letter dated November 8, 1996, from W G (Bill) McFarlane to the Commissioner of Patents produced by Quantum labeled QU000697-700.

2    12.    Attached hereto as **Exhibit K** is a true and correct copy of an excerpt from the *Microsoft Press Computer Dictionary* (2d ed. 1994).

3    13.    Attached hereto as **Exhibit L** is a true and correct copy of a printout from http://www.domainhandbook.com/gloss.html printed June 12, 2008.

DATED: June 12, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Counterclaimant and Counterdefendant, RIVERBED TECHNOLOGY, INC.