# EXHIBIT H



**Australian Government**

**Patent Office
Canberra**

I, PETER SCHLAEFER, TEAM LEADER EXAMINATION SUPPORT AND
SALES hereby certify that annexed is a true copy of the Provisional specification
in connection with Application No. PN 1232 for a patent by TRUSTUS PTY
LTD as filed on 17 February 1995.

WITNESS my hand this
Eighteenth day of December 2007

PETER SCHLAEFER
TEAM LEADER
EXAMINATION SUPPORT AND SALES

QU001427

TRUSTUS PTY LTD

```
┌─────────────────────────────────┐
│      A U S T R A L I A N         │
│ PROVISIONAL.No.   DATE OF FILING │
│  PN1232         17 FEB. 95       │
│                                  │
│      P A T E N T   O F F i C E   │
└─────────────────────────────────┘
```

ORIGINAL

COMMONWEALTH OF AUSTRALIA
PATENTS ACT 1990

PROVISIONAL SPECIFICATION FOR THE INVENTION ENTITLED"

"METHOD FOR PARTITIONING A BLOCK OF DATA INTO
SUBBLOCKS AND FOR FINDING IDENTICAL SUBBLOCKS
IN A GROUP OF SUCH SUBBLOCKS"

This invention is described in the following statement:-

QU001428

FIELD OF THE INVENTION
----------------------
The present invention addresses the problem of identifying identical
subblocks (sometimes called "substrings") of data within one or more blocks
5   of data without comparing the two blocks directly.


BACKGROUND
----------
10   The proliferation of computers has spawned a need for backup systems that
can guarantee that a fairly recent version of online data can be restored
if some disaster occurs. Disasters often consist of a disastrous user mistake
(such as accidentially deleting important files) or of the loss of the
host media (e.g. a hard disk head crash). In such cases, the data can be
15   restored from a nearby backup tape. However, disasters can also take the
form of natural disasters such as fires that can wipe out all the copies of
the data stored in the same building as the online data. This threat can only
be addressed using an offsite backup.

20   Traditionally, offsite backups have been made by taking an onsite backup
and physically carrying the media containing the backup copy to the offsite
backup location. However, with the proliferation of networks, this action
has been further automated, allowing offsite backups to be performed directly
through a network.

25   Network backups provide a very convenient automation of the offsite backup
process. However, they can run into problems where the volume of data
to be backed up is large compared to the bandwidth available in the network
link. For example, a site with four one-gigabyte disks would have trouble
30   backing up each night through a 2400 baud network link. There is no point
in attempting to do a daily network backup if it takes more than one day
to perform!

The volume of data required to transfer an entire file system through a
35   network link each night (a "full backup") can be reduced by transmitting
only those files that have changed since the previous backup. Such files
can be identified by checking the file modification dates. The transmission
of only those files that have changed is usually called an "incremental
backup". Depending on the rate at which the original files are modified,
40   an incremental backup will usually require an order of magnitude less
data transfer than a full backup. If will usually be much faster too.

Incremental backups represent the current state of the art in backup systems.

45   Incremental backups are a big improvement in efficiency over full backups.
However, they can also exhibit great inefficiencies under certain conditions.
Consider the case of the user who has a 10 megabyte database file, and updates
a single 50-byte record in the file. Although just 50 bytes in the file
have changed, an incremental backup system will transmit the entire 10
50   megabyte database. A similar effect occurs with documents. A lawyer who

QU001429

changes just a few words in twenty documents will find that an incremental
backup will transmit all twenty documents, even though each document has
hardly changed. It would be more efficient if the backup system could backup
something approximating just the changes WITHIN each file. The problem of
doing this is largely solved by the present invention.

SUMMARY OF THE INVENTION
-----------------------

In order to transmit only the changes that have been made in a file since
the most recent backup, some way of identifying those changes is needed.
The simplest way to do this would be to have saved a copy of all the files
at the time when the last backup was made and to compare the old and
new version of each file directly. This would enable just the exact changes
to be transmitted. While simple, this scheme requires double the normal disk
space, as all the files must be stored twice.

At this point we note that in practice it's not actually a requirement that
ONLY the EXACT changes be backed up. Backing up more is permissible. In fact,
all that really matters is that the amount of data required to be backed up
more closely approximates the size of the modified section than the size of
the entire file. If 50 bytes of a 10 megabyte file is modified, we don't mind
much if we have to backup 1024 bytes; the important thing is to avoid having
to transfer the entire 10 megabytes.

This latitude leads to the idea of dividing each file up into equal-sized
blocks and keeping onsite just the cryptographic hash of each block of
each old file, rather than a copy of each old file itself. Cryptographic
hashes are strong enough to practically guarantee that if two blocks have
the same hash they ARE the same block. Thus if a block has the same hash
as a previously backed up block, there is no need to back it up.
Thus, storing the hashes of the blocks in a file can enable us to identify
the set of blocks that have changed, and hence need to be backed up.

For example, a 10 megabyte file might be divided up into 10240 blocks of
1024 bytes each. If 16-byte hashes were used, the information needed to
perform fine-grained incremental backups would be just 10240*16 = 163840 = 160K
which is far more acceptable than storing a copy of the original 10M file.
This information would mean that a one-byte change would require just 1024
bytes to be transmitted offsite.

While this basic scheme is sound, it suffers from a serious drawback
in that it will usually be unable to deal with insertions, deletions, or
re-arrangements of data within a file. For example, if a user inserted a
30-byte record early in the 10M database file, the database system might
rewrite the entire database with the record inserted. While this would
represent essentially a 30-byte change in the file, the fine-grained
incremental backup system just described would retransmit the entire file!
The reason is that the insertion would misalign the data relative to the
1024-byte block boundaries. As a result, it's likely that no block in the
revised file would be identical to a block in the previously backed up
version. The following diagram demonstrates this effect:

```
         +--------+--------+--------+--------+--------+--------+--------+
Old file |This is |some exa|mple tex|t to dem|onstrate| misalig|nment.  |
New file |XThis is| some ex|ample te|xt to de|monstrat|e misali|gnment. |
         +--------+--------+--------+--------+--------+--------+--------+
```

QU001430

While this misalignment problem might seem to be a special case, it actually
arises quite often in practice. Many programs use simple data structures
within files and use simple insertions and deletions to add and remove
data. In particular, most editings of large text files would result in
a complete misalignment of blocks. The result is a defeat of the
fixed-alignment block backup system just described.

The present invention solves this problem completely by abandoning
fixed-block alignments in favour of data-aligned blocks. Instead of chopping
the file up into fixed-size blocks, the invention divides the block at
positions in the block where the local data context satisfies some constraint.
For example, the block might be partitioned at each occurance of "ea" in the
block (between the two characters) as shown in the following diagram:

Block: |Te|achers need to e|arn money to e|at with e|ase.|

The result is a partitioning into blocks of varying lengths. Almost any method
for choosing boundaries can be used so long as the boundaries are picked based
on the local data context. For example, boundaries might be placed just before
the first byte in each run of four consecutive bytes in the block that sum
to a particular predetermined constant value.

By partitioning the data at data-dependent points, the resultant blocks
will be aligned by the data itself and not subject to the misalignments seen
with fixed-size blocks. For example, if a byte is inserted at the start
of a file, it will probably become part of the first block, with the end
of the first block moving one byte further on than before. All the
boundaries move up by one position, but the blocks remain the same
(except for the first block). Because the content of the blocks is
identical, the cryptographic hashes of the blocks will be identical.
Thus, only the first block will need to be transmitted.

Old file |This is|some  |example text to d|em|onstr|ate misali|gnment. |
New file |XThis is| some |example text to d|em|onstr|ate misali|gnment. |

In fact, there is no need even to match up blocks by their position
in the file. By taking the cryptographic hash of the blocks in the
old and new file and matching the hashes, many identical blocks within
the two files can be identified even if the data has been completely
rearranged. The following diagram shows an example of text that has
been rearranged, but for which many identical data-delimited blocks
can be identified.

Old file |This is| some  |onstr|ate misali|example text to d|gnment. |
New file | some |This is|example text to d|em|onstr|em|ate misali|gnment. |

In its purest form, the invention will identify many (but not necessarily all)
repeated subblocks in one or more blocks. In addition to its application
in offsite backups, this concept can also be used to create filesystems
that avoid storing multiple copies of data.


BRIEF SUMMARY OF THE INVENTION
------------------------------


1. In an aspect of the invention, the invention provides
a method for partitioning a block of digital data into one or more
subblocks, the method involving the components:

QU001431

(i) an input block of digital data consisting of N bits denoted by $b\_1..b\_N$, where N is in the range [0,infinity];

5    (ii) an arbitrary constant function F that returns a boolean result and which takes two arguments: a block of A bits and a block of B bits, where A and B are constant attributes of F in the range [0,infinity]

and the method comprising the step of:

10    a. Defining a boundary between subblocks after each bit indexed by k in the block for which $F(b\_(k-A)..b\_(k),b\_(k+1)..b\_(k+B))$ is true.

15    2. In a further aspect of the invention, the invention provides a method for partitioning a block of digital data into one or more subblocks, the method involving the components:

(i) an input block of digital data consisting of N bits denoted by $b\_1..b\_N$, 20    where N is in the range [0,infinity];

(ii) an arbitrary constant function F that returns a boolean result and which takes two arguments: a block of A bits and a block of B bits, where A and B are constant attributes of F in the range [0,infinity];

25    and the method comprising the steps of:

a. Initializing a position indicator p to the start of the block and a set of divisions (consisting of the indexes of bits at the start of 30    each subblock) to the empty set;

b. Evaluating $F(b\_(p-A)..b\_(p),b\_(p+1)..b\_(p+B))$ and adding p+1 to the division set if $f(b\_(p-A)..b\_(p),b\_(p+1)..b\_(p+B))$ is true;

35    c. Adding 1 to p and repeating steps b and c until p equals N.

3. In a further aspect of the invention, the invention provides a method for finding identical subblocks in R blocks of data (where R is in the range 40    [1,infinity]) comprising the steps of:

a. Partitioning each block into one or more subblocks in accordance with the method described in either aspect 1 or aspect 2 above;

b. Calculating the hash of each subblock in the R blocks using some hash 45    function;

c. Identifying all sets of identical hash values, each set of two or more identical values potentially corresponding to a subblock shared by one or more of the R input blocks, the matching of hash values being capable of 50    being performed using a sort/merge, a hash table, a binary tree, or any number of other comparison algorithms.

55    4. In a further aspect of the invention, the invention provides a method for finding some identical subblocks in R blocks of data (where R is in the range [1,infinity]) comprising the steps of aspect 3, where the hash function is computationally infeasible to invert (i.e. a cryptographic hash, weak or

QU001432

strong one-way hash function etc), thus providing very high assurance that the matching hashes correspond not just to blocks having the same hash, but to truly identical blocks.

5. In a further aspect of the invention, the invention provides a method for transmitting a block of data X at P1 to place P2 where place P2 already possesses a block of data Y, and where the places may be any distance away, consisting of the steps:

a. Applying the method of aspect 4 to X at place P1, generating a table T(X) of entries, each entry corresponding to a subblock of X and containing at least a hash of the block;

b. Applying the method of aspect 4 to Y, generating a table T(Y) of entries, each entry corresponding to a subblock of Y and containing at least a hash of the block;

c. Using whatever communication means are available between P1 and P2 to compare the hashes of T(X) and T(Y) to identify identical subblocks in X and Y. (In the incremental backup application, where X is a revised version of Y, P1 would usually have retained T(Y) from the previous backup operation);

d. Transmitting from P1 to P2 those subblocks in X not identified in step c as also being in Y;

e. Reconstructing X at P2 from the identical subblocks identified in step c and the non-identical subblocks transmitted in step d.

6. In a further aspect of the invention, the invention provides a method for transmitting a block of data X at P1 to place P2 where place P2 already possesses a block of data Y, and where P2 possesses a table T of the cryptographic hashes of one or more blocks of Y (as constructed in accordance with aspect 4), and where the places may be any distance away, consisting of the steps:

a. Applying the method of aspect 4 to X at place P1 to partition X into blocks, and calculating the cryptographic hashes of the blocks;

b. Transmitting each block in X as either 1) the cryptographic hash of the block if the hash corresponds to a block in Y, or 2) the data in the block itself;

c. Reconstructing X at P2 by either looking up the data corresponding to each hash, or by using the block sent directly.

7. In a further aspect of the invention, the invention provides a file system that can detect duplicated data, storing it only once, and involving the following components:

(i) A collection of unique blocks of bits (the block pool) of varying lengths with each block having a unique fixed-width block identity (e.g. block number) and with each block having a reference count;

(ii) A table containing an entry for each block, with each entry

QU001433

containing the hash of its block, and the block's identity;

(iii) A mapping from file names to lists of block identities;

5   whereby an attempt to write a block to a file involves the following steps:

a. Partitioning the new block into subblocks in accordance with the method in aspect 1 or aspect 2;

10   b. Use of the method of aspect 4 to identify identical subblocks in the block pool and the new block;

c. Adding subblocks in the new block that are not already in the block pool to the block pool and removing blocks in the block pool whose reference count
15   has dropped to zero;

d. Amending the file's block list to refer to the blocks in the block pool that describe the file's revised content.

20
Symbols:

| | |
|---|---|
| N | - The number of bits in an input block. Range [0,infinity]. |
| b_1..b_N | - The N bits of an input block. |
| F | - A boolean function of two blocks of bits. |
| A | - Number of bits of first argument block of F. |
| B | - Number of bits of second argument block of F. |
| p | - A position within the input block of bits in sequential method. |
| R | - The number of blocks being compared for identical subblocks. |
| P1,P2 | - Two places where blocks of data reside. |
| X | - The block of data at P1. |
| Y | - The block of data at P2. |

DETAILED DESCRIPTION OF PREFERRED EMBODIMENT
35
--------------------------------------------

We now present some examples of how the invention might be used. The following embodiments should not be interpreted as a limitation on the scope of this patent.

40

Example Of Block Division and Hash Functions
--------------------------------------------

Although the requirements for the block partitioning function F are not stringent, care should be taken to select a function that suits the
45   application context within which it is being applied.

For data that is highly structured, the choice of an F that tends to place block boundaries at positions in the data that correspond to real boundaries in the data, could be beneficial. Otherwise, F should usually be chosen
50   as some kind of checksum or other hashing function that chooses the boundaries essentially at random (based deterministically on the surrounding bytes).

Perhaps the most important property of the boundary choosing function F is the probability P that F will place a boundary at any particular point
55   (in data consisting of random bits). For example, a function with a probability of one would produce a boundary between each bit, whereas a function with a probability of zero would never produce any boundaries at all. A function with a probability of 1/1024 would place a boundary on

QU001434

average once every 1024 bits. In real applications, a function should be chosen that will produce block boundaries at a rate that is optimal for the application. As a rule, P should be increased (i.e. the average subblock size decreased) as the expected density of changes in the original
5   block increases.

Here is an example of a function that takes four bytes as an argument and places a boundary after the last byte of the four bytes if its result is zero. On average, this function will place a boundary roughly every
10   256 bytes:

       F(b1,b2,b3,b4) = ((b1+b2+b2+b4) mod 256)

All the function does is add up the four bytes and truncate the result to
15   8 bits. The input block is divided into subblocks at the end of each four-byte run for which F evaluates to zero. By choosing different MOD values, any desired probability can be chosen.

Cryptographic hash functions can be used for the purpose of establishing the
20   identity of two blocks of data. Some widely available cryptographic hash functions are: MD4, MD5, SHA-1, and Snefru. For many applications, the non-invertibility of these functions may not be a requirement, so long as the functions provide an extremely low probability that two different blocks chosen at random from a file within a typical disk will
25   have the same hash.


A Fine-Grained Incremental Backup System
----------------------------------------
30   In a fine-grained incremental backup system, a user has two computer sites P1 and P2 connected by a network link, and each night wishes to perform a backup operation that will cause the files Y at P2 to become a copy of the files X at P1 (without modifying X of course!). The system could
35   work as follows:

Each time P1 performs a backup operation, it reads all the files in the filesystem X and generates a table containing one entry for each file in the tree of files, with each entry containing:

40       1) the name of the file.
         2) a list of the (variable-length) block boundaries in the file.
         3) a list of the cryptographic hashes of the blocks.
         4) the cryptographic hash of the entire file.

45   This table would be stored in a snapshot file at P1 for use in the next backup operation. The snapshot represents Y: the file system at P2.

To perform the backup, P1 would iterate through each of the files in the file tree. Files that are absent in the snapshot file are simply
50   transmitted from P1 to P2. If a file is in the snapshot file, but not the file system, a message is sent from P1 to P2 to delete the file on P2. If a file is both in the file system, and has an entry in the snapshot file, the cryptographic hashes of the old and new version of the file are compared. If they are the same, the file need not be transmitted. However, if the
55   hashes are different, the file is parsed into blocks and the cryptographic hashes of the blocks calculated. The set of these hashes is then compared with the hashes of the blocks in the old version of the file (as stored in the snapshot file). Blocks that appeared in the old version of the file

QU001435

need not be transmitted.

In the process of doing all this, P1 reads all the files in the file system, and generates a new snapshot file representing the state of the file system at the time of the backup. This snapshot file can then be used during the next backup operation.

5

## An Improved Fine-Grained Incremental Backup System

10
--------------------------------------------------

The scheme just described caters only for redundancy within a single file as it only compares the cryptographic hashes of blocks within each file. However, there may be many occasions where a modified file contains blocks that appear (or appeared) in other file. For example, it doesn't make sense to transmit (from P1 to P2) a file that has merely been renamed. Yet, despite this, most backup systems will transmit the entire file.

15

Perhaps the most productive way to view the situation is to treat the files at P2 as merely a collection of blocks that can be referred to by P1 to communicate the new configuration.

20

Under this improved scheme, at the start of each backup (or possibly at the end of the previous backup), P1 reads the snapshot file and constructs a list containing just the cryptographic hashes of all the blocks in Y.

25

The incremental backup can take place as before, but instead of comparing each block's hash with the hashs of the blocks in the most recently backed up copy of that file, the table is used to compare the hash to the hashes of ALL the blocks in ALL of the backed up file system. These hashes (or their index numbers) can be transmitted in place of the block of data.

30

Under this scheme, a file that was renamed between backups would be backed up as just a list of hashes. To make this even more efficient, the entire content of each file could be added to the list of blocks, allowing the renamed file to be transmitted as a single hash, being the hash of the entire contents of the file.

35

Note: A similar scheme could be devised whereby P1 only considers for backup, files whose modification date is more recent than the most recent backup.

40

## Use Of Overlapping Block Regimes

45
-----------------------------------

So far, all the schemes presented, partition the file into mutually exclusive blocks. However, there is no reason why many different partitions could not be employed simultaneously to provide a wide choice of overlapping blocks for P1 to choose from.

50

## A Low-Redundancy File System

55
----------------------------

We now present an example of a low-redundancy file system. In many file systems, the same data is stored many times in different parts of different files. For exampel, computer programmers often store many slightly different versions of computer programs on the same computer system. Such files are likely to contain many identical blocks of bytes.

The present invention can be used to construct a file system (that part of
an operating system that stores and operates upon files) that eliminates
much of this duplication. The new file system is organized in three
layers as shown below.

```
+-------------+-----------------+
| Name of file | List of blocks |
+-------------+-----------------+
| sloth.dat   | 4 2 1          |
+-------------+-----------------+
| walrus.txt  | 0 1 3          |
+-------------+-----------------+
         File Table
```

```
    +--------------+----------+---------+
    | crypto hash  | refcount | Pointer |
    +--------------+----------+---------+
  0 |              |    1     |         |
    +--------------+----------+---------+
  1 |3EB450...920AB|    2     |    *-------+
    +--------------+----------+---------+   |
  2 |              |    1     |         |   |
    +--------------+----------+---------+   |
  3 |              |    1     |         |   |
    +--------------+----------+---------+   |
  4 |              |    1     |         |   |
    +--------------+----------+---------+   |
         Hash Table                         |
                                            |
                                            v
+------+-------------+--+--------+----+-----+------------+-----+
|      |             |  |        |    |     |            |     |
+------+-------------+--+--------+----+-----+------------+-----+
         Actual Data Blocks On Disk
      (Note: No two blocks are identical).
```

The bottom layer consists of a collection of unique blocks of varying
length that are stored somewhere on the disk. The middle layer consists
of a hash table containing one entry for each block. Each entry consists
of a cryptographic hash of the block, a reference count for the block,
and a pointer to the block on disk. The hash table is indexed by some
part of the cryptographic hash (e.g. the bottom 16 bits).

The top layer consists of a table of files with the content of
each file being the concatenation of the blocks described by the
list of indexes into the hash table. The reference count in the
hash table records the number of references to each block that
appear in all the files in the file table.

When a file is read, the list of hash table indexes is converted to
pointers to blocks of data using the hash table. If random access is
required, extra information about the length of the blocks could be
added to the file table and/or hash table to speed accesses.

Writing a file is more complicated. During a sequential write, the
data being written is buffered until a block-boundary is reached
(as determined by whatever boundary function is being used). The
cryptographic hash of the new block is then calculated and used to

look up the hash table. If the block is unique (i.e. there is no
entry for the cryptographic hash), it is added to the data blocks on the
disk and an entry is added to the hash table. A new block number is
added to the list of blocks in the file table. If, on the other hand,
5   the block already exists, the block need not be written to disk.
Instead, the reference count of the already-existing block is
incremented and the block's hash table index is appended to the list
of blocks in the file's entry in the file table.

10  Random access writes are messier, but essentially the same principals
apply. The blocks that are being written over must have their reference
counts decremented and the new blocks should be added as described
before. Blocks with zero reference counts should be removed.

15  If a record were kept of blocks created since the last backup, backing
up this file system could be very efficient indeed.


ABSTRACT
20  --------
This patent describes a method for identifying identical subblocks in one
or more blocks of data, without having to compare the blocks directly.
The method consists of partitioning each of the blocks into subblocks
marked at data-dependent points in the data, where data-dependent is formally
25  defined by a boolean function of the bits on either side of a mark.
The cryptographic hashes of the sets of subblocks can then be compared
efficiently to find identical subblocks. This method can be applied to
a variety of data manipulation tasks, including the application of
incremental backups, and the application of low-redundancy file systems.

Trustus Pty Ltd                    Dated this 17th day of February 1995

By their Patent Attorneys
R.K.MADDERN & ASSOCIATES
C/- R K MADDERN & ASSOCIATES,
345 King William Street,
Adelaide, South Australia
Australia

TRUSTUS PTY LTD

**TRUE COPY**

WE CERTIFY THAT THIS AND THE FOLLOWING
......10.....PAGES ARE A TRUE AND CORRECT
COPY OF THE ORIGINAL SPECIFICATION.

Patent Attorney for Applicant
R.K. MADDERN & ASSOCIATES

COMMONWEALTH OF AUSTRALIA
PATENTS ACT 1990

PROVISIONAL SPECIFICATION FOR THE INVENTION ENTITLED"

"METHOD FOR PARTITIONING A BLOCK OF DATA INTO
SUBBLOCKS AND FOR FINDING IDENTICAL SUBBLOCKS
IN A GROUP OF SUCH SUBBLOCKS"

This invention is described in the following statement:-

QU001439

Pat.fint__:Patents:partitionpatent.txt-03                                    Page 2
Friday, 17 February 1995  2:46 PM

FIELD OF THE INVENTION
----------------------
The present invention addresses the problem of identifying identical
subblocks (sometimes called "substrings") of data within one or more blocks
5    of data without comparing the two blocks directly.


BACKGROUND
----------
10   The proliferation of computers has spawned a need for backup systems that
can guarantee that a fairly recent version of online data can be restored
if some disaster occurs. Disasters often consist of a disastrous user mistake
(such as accidentally deleting important files) or of the loss of the
host media (e.g. a hard disk head crash). In such cases, the data can be
15   restored from a nearby backup tape. However, disasters can also take the
form of natural disasters such as fires that can wipe out all the copies of
the data stored in the same building as the online data. This threat can only
be addressed using an offsite backup.

20   Traditionally, offsite backups have been made by taking an onsite backup
and physically carrying the media containing the backup copy to the offsite
backup location. However, with the proliferation of networks, this action
has been further automated, allowing offsite backups to be performed directly
through a network.
25
Network backups provide a very convenient automation of the offsite backup
process. However, they can run into problems where the volume of data
to be backed up is large compared to the bandwidth available in the network
link. For example, a site with four one-gigabyte disks would have trouble
30   backing up each night through a 2400 baud network link. There is no point
in attempting to do a daily network backup if it takes more than one day
to perform!

The volume of data required to transfer an entire file system through a
35   network link each night (a "full backup") can be reduced by transmitting
only those files that have changed since the previous backup. Such files
can be identified by checking the file modification dates. The transmission
of only those files that have changed is usually called an "incremental
backup". Depending on the rate at which the original files are modified,
40   an incremental backup will usually require an order of magnitude less
data transfer than a full backup. If will usually be much faster too.

Incremental backups represent the current state of the art in backup systems.

45   Incremental backups are a big improvement in efficiency over full backups.
However, they can also exhibit great inefficiencies under certain conditions.
Consider the case of the user who has a 10 megabyte database file, and updates
a single 50-byte record in the file. Although just 50 bytes in the file
have changed, an incremental backup system will transmit the entire 10
50   megabyte database. A similar effect occurs with documents. A lawyer who

QU001440

changes just a few words in twenty documents will find that an incremental
backup will transmit all twenty documents, even though each document has
hardly changed. It would be more efficient if the backup system could backup
something approximating just the changes WITHIN each file. The problem of
5   doing this is largely solved by the present invention.


    SUMMARY OF THE INVENTION
    ------------------------
10  In order to transmit only the changes that have been made in a file since
    the most recent backup, some way of identifying those changes is needed.
    The simplest way to do this would be to have saved a copy of the all files
    at the time when the last backup was made and to compare the old and
    new version of each file directly. This would enable just the exact changes
    to be transmitted. While simple, this scheme requires double the normal disk
15  space, as all the files must be stored twice.

    At this point we note that in practice it's not actually a requirement that
    ONLY the EXACT changes be backed up. Backing up more is permissible. In fact,
    all that really matters is that the amount of data required to be backed up
20  more closely approximates the size of the modified section than the size of
    the entire file. If 50 bytes of a 10 megabyte file is modified, we don't mind
    much if we have to backup 1024 bytes; the important thing is to avoid having
    to transfer the entire 10 megabytes.

25  This latitude leads to the idea of dividing each file up into equal-sized
    blocks and keeping onsite just the cryptographic hash of each block of
    each old file, rather than a copy of each old file itself. Cryptographic
    hashes are strong enough to practically guarantee that if two blocks have
    the same hash they ARE the same block. Thus if a block has the same hash
30  as a previously backed up block, there is no need to back it up.
    Thus, storing the hashes of the blocks in a file can enable us to identify
    the set of blocks that have changed, and hence need to be backed up.

    For example, a 10 megabyte file might be divided up into 10240 blocks of
35  1024 bytes each. If 16-byte hashes were used, the information needed to
    perform fine-grained incremental backups would be just 10240*16 = 163840 = 160K
    which is far more acceptable than storing a copy of the original 10M file.
    This information would mean that a one-byte change would require just 1024
    bytes to be transmitted offsite.
40
    While this basic scheme is sound, it suffers from a serious drawback
    in that it will usually be unable to deal with insertions, deletions, or
    re-arrangements of data within a file. For example, if a user inserted a
45  30-byte record early in the 10M database file, the database system might
    rewrite the entire database with the record inserted. While this would
    represent essentially a 30-byte change in the file, the fine-grained
    incremental backup system just described would retransmit the entire file!
    The reason is that the insertion would misalign the data relative to the
    1024-byte block boundaries. As a result, it's likely that no block in the
50  revised file would be identical to a block in the previously backed up
    version. The following diagram demonstrates this effect:

            +--------+--------+--------+--------+--------+--------+--------+
    Old file |This is |some exa|mple tex|t to dem|onstrate| misalig|nment.  |
55  New file |XThis is| some ex|ample te|xt to de|monstrat|e misali|gnment. |
            +--------+--------+--------+--------+--------+--------+--------+

QU001441

While this misalignment problem might seem to be a special case, it actually
arises quite often in practice. Many programs use simple data structures
within files and use simple insertions and deletions to add and remove
data. In particular, most editings of large text files would result in
5      a complete misalignment of blocks. The result is a defeat of the
fixed-alignment block backup system just described.

The present invention solves this problem completely by abandoning
fixed-block alignments in favour of data-aligned blocks. Instead of chopping
10     the file up into fixed-size blocks, the invention divides the block at
positions in the block where the local data context satisfies some constraint.
For example, the block might be partitioned at each occurance of "ea" in the
block (between the two characters) as shown in the following diagram:

15     Block: |Te|achers need to e|arn money to e|at with e|ase.|

The result is a partitioning into blocks of varying lengths. Almost any method
for choosing boundaries can be used so long as the boundaries are picked based
on the local data context. For example, boundaries might be placed just before
20     the first byte in each run of four consecutive bytes in the block that sum
to a particular predetermined constant value.

By partitioning the data at data-dependent points, the resultant blocks
will be aligned by the data itself and not subject to the misalignments seen
25     with fixed-size blocks. For example, if a byte is inserted at the start
of a file, it will probably become part of the first block, with the end
of the first block moving one byte further on than before. All the
boundaries move up by one position, but the blocks remain the same
(except for the first block). Because the content of the blocks is
30     identical, the cryptographic hashes of the blocks will be identical.
Thus, only the first block will need to be transmitted.

Old file |This is|some  |example text to d|em|onstr|ate misali|gnment. |
New file |XThis is| some  |example text to d|em|onstr|ate misali|gnment. |
35
In fact, there is no need even to match up blocks by their position
in the file. By taking the cryptographic hash of the blocks in the
old and new file and matching the hashes, many identical blocks within
the two files can be identified even if the data has been completely
40     rearranged. The following diagram shows an example of text that has
been rearranged, but for which many identical data-delimited blocks
can be identified.

Old file |This is| some  |onstr|ate misali|example text to d|gnment. |
45     New file | some |This is|example text to d|em|onstr|em|ate misali|gnment. |

In its purest form, the invention will identify many (but not necessarily all)
repeated subblocks in one or more blocks. In addition to its application
in offsite backups, this concept can also be used to create filesystems
50     that avoid storing multiple copies of data.


BRIEF SUMMARY OF THE INVENTION
------------------------------
55
1. In an aspect of the invention, the invention provides
a method for partitioning a block of digital data into one or more
subblocks, the method involving the components:

QU001442

(i) an input block of digital data consisting of N bits denoted by b_1..b_N, where N is in the range [0,infinity];

5    (ii) an arbitrary constant function F that returns a boolean result and which takes two arguments: a block of A bits and a block of B bits, where A and B are constant attributes of F in the range [0,infinity]

and the method comprising the step of:

10   a. Defining a boundary between subblocks after each bit indexed by k in the block for which F(b_(k-A)..b_(k),b_(k+1)..b_(k+B)) is true.


15   2. In a further aspect of the invention, the invention provides a method for partitioning a block of digital data into one or more subblocks, the method involving the components:

     (i) an input block of digital data consisting of N bits denoted by b_1..b_N,
20   where N is in the range [0,infinity];

     (ii) an arbitrary constant function F that returns a boolean result and which takes two arguments: a block of A bits and a block of B bits, where A and B are constant attributes of F in the range [0,infinity];

25   and the method comprising the steps of:

     a. Initializing a position indicator p to the start of the block and a set of divisions (consisting of the indexes of bits at the start of
30   each subblock) to the empty set;

     b. Evaluating F(b_(p-A)..b_(p),b_(p+1)..b_(p+B)) and adding p+1 to the division set if f(b_(p-A)..b_(p),b_(p+1)..b_(p+B)) is true;

     c. Adding 1 to p and repeating steps b and c until p equals N.
35


     3. In a further aspect of the invention, the invention provides a method for finding identical subblocks in R blocks of data (where R is in the range
40   [1,infinity]) comprising the steps of:

     a. Partitioning each block into one or more subblocks in accordance with the method described in either aspect 1 or aspect 2 above;

     b. Calculating the hash of each subblock in the R blocks using some hash
45   function;

     c. Identifying all sets of identical hash values, each set of two or more identical values potentially corresponding to a subblock shared by one or more of the R input blocks, the matching of hash values being capable of
50   being performed using a sort/merge, a hash table, a binary tree, or any number of other comparison algorithms.


     4. In a further aspect of the invention, the invention provides a method for
55   finding some identical subblocks in R blocks of data (where R is in the range [1,infinity]) comprising the steps of aspect 3, where the hash function is computationally infeasible to invert (i.e. a cryptographic hash, weak or

strong one-way hash function etc), thus providing very high assurance that
the matching hashes correspond not just to blocks having the same hash, but
to truly identical blocks.

5    5. In a further aspect of the invention, the invention provides
a method for transmitting a block of data X at P1 to place P2
where place P2 already possesses a block of data Y, and where the places
may be any distance away, consisting of the steps:

10   a. Applying the method of aspect 4 to X at place P1, generating a table T(X)
of entries, each entry corresponding to a subblock of X and containing at
least a hash of the block;

15   b. Applying the method of aspect 4 to Y, generating a table T(Y) of entries,
each entry corresponding to a subblock of Y and containing at
least a hash of the block;

     c. Using whatever communication means are available between P1 and P2
20   to compare the hashes of T(X) and T(Y) to identify identical subblocks in
X and Y. (In the incremental backup application, where X is a revised
version of Y, P1 would usually have retained T(Y) from the previous
backup operation);

25   d. Transmitting from P1 to P2 those subblocks in X not identified
in step c as also being in Y;

     e. Reconstructing X at P2 from the identical subblocks identified in step c
and the non-identical subblocks transmitted in step d.
30

     6. In a further aspect of the invention, the invention provides
a method for transmitting a block of data X at P1 to place P2
where place P2 already possesses a block of data Y, and where P1
35   possesses a table T of the cryptographic hashes of one or more blocks
of Y (as constructed in accordance with aspect 4), and where the places
may be any distance away, consisting of the steps:

     a. Applying the method of aspect 4 to X at place P1 to partition X
40   into blocks, and calculating the cryptographic hashes of the blocks;

     b. Transmitting each block in X as either 1) the cryptographic hash
of the block if the hash corresponds to a block in Y, or 2) the
data in the block itself;
45
     c. Reconstructing X at P2 by either looking up the data corresponding
to each hash, or by using the block sent directly.

50   7. In a further aspect of the invention, the invention provides
a file system that can detect duplicated data, storing it only once,
and involving the following components:

55   (i) A collection of unique blocks of bits (the block pool) of varying lengths
with each block having a unique fixed-width block identity (e.g. block number)
and with each block having a reference count;

     (ii) A table containing an entry for each block, with each entry

Case 3:07-cv-04161-WHA    Document 129-9    Filed 06/12/2008    Page 20 of 24
                                                                        Page 7
urrent:...:Patents:partitionpatent.txt-03
Friday, 17 February 1995 2:46 PM

containing the hash of its block, and the block's identity;

(iii) A mapping from file names to lists of block identities;

5    whereby an attempt to write a block to a file involves the following steps:

a. Partitioning the new block into subblocks in accordance with the method
in aspect 1 or aspect 2;

10   b. Use of the method of aspect 4 to identify identical subblocks in the
block pool and the new block;

c. Adding subblocks in the new block that are not already in the block pool
to the block pool and removing blocks in the block pool whose reference count
15   has dropped to zero;

d. Amending the file's block list to refer to the blocks in the block
pool that describe the file's revised content.

20

Symbols:
     N          - The number of bits in an input block. Range [0,infinity].
     b_1..b_N   - The N bits of an input block.
     F          - A boolean function of two blocks of bits.
25   A          - Number of bits of first  argument block of F.
     B          - Number of bits of second argument block of F.
     p          - A position within the input block of bits in sequential method.
     R          - The number of blocks being compared for identical subblocks.
     P1,P2      - Two places where blocks of data reside.
30   X          - The block of data at P1.
     Y          - The block of data at P2.


DETAILED DESCRIPTION OF PREFERRED EMBODIMENT
35   --------------------------------------------
We now present some examples of how the invention might be used. The
following embodiments should not be interpreted as a limitation on the
scope of this patent.

40


Example Of Block Division and Hash Functions
--------------------------------------------
Although the requirements for the block partitioning function F are not
stringent, care should be taken to select a function that suits the
45   application context within which it is being applied.

For data that is highly structured, the choice of an F that tends to place
block boundaries at positions in the data that correspond to real boundaries
in the data, could be beneficial. Otherwise, F should usually be chosen
50   as some kind of checksum or other hashing function that chooses the boundaries
essentially at random (based deterministically on the surrounding bytes).

Perhaps the most important property of the boundary choosing function F is
the probability P that F will place a boundary at any particular point
55   (in data consisting of random bits). For example, a function with a
probability of one would produce a boundary between each bit, whereas a
function with a probability of zero would never produce any boundaries at
all. A function with a probability of 1/1024 would place a boundary on

QU001445

Case 3:07-cv-04161-WHA    Document 129-3    Filed 06/12/2008    Page 21 of 24
Case 3:07-cv-04161-WHA    Document 120-3    Filed 03/24/2008    Page 21 of 28
Friday, 17 February 1995 2:46 PM

average once every 1024 bits. In real applications, a function should be
chosen that will produce block boundaries at a rate that is optimal for
the application. As a rule, P should be increased (i.e. the average
subblock size decreased) as the expected density of changes in the original
5    block increases.

Here is an example of a function that takes four bytes as an argument and
places a boundary after the last byte of the four bytes if its result is
zero. On average, this function will place a boundary roughly every
10   256 bytes:

        F(b1,b2,b3,b4) = ((b1+b2+b2+b4) mod 256)

15   All the function does is add up the four bytes and truncate the result to
     8 bits. The input block is divided into subblocks at the end of each
     four-byte run for which F evaluates to zero. By choosing different MOD
     values, any desired probability can be chosen.

20   Cryptographic hash functions can be used for the purpose of establishing the
     identity of two blocks of data. Some widely available cryptographic hash
     functions are: MD4, MD5, SHA-1, and Snefru. For many applications, the
     non-invertibility of these functions may not be a requirement, so long as
     the functions provide an extremely low probability that two different
     blocks chosen at random from a file within a typical disk will
25   have the same hash.


     A Fine-Grained Incremental Backup System
     -----------------------------------------
30   In a fine-grained incremental backup system, a user has two computer sites
     P1 and P2 connected by a network link, and each night wishes to perform a
     backup operation that will cause the files Y at P2 to become a copy of
     the files X at P1 (without modifying X of course!). The system could
     work as follows:
35

     Each time P1 performs a backup operation, it reads all the files in the
     filesystem X and generates a table containing one entry for each file in
     the tree of files, with each entry containing:
40

        1) the name of the file.
        2) a list of the (variable-length) block boundaries in the file.
        3) a list of the cryptographic hashes of the blocks.
        4) the cryptographic hash of the entire file.

45   This table would be stored in a snapshot file at P1 for use in the next backup
     operation. The snapshot represents Y: the file system at P2.

     To perform the backup, P1 would iterate through each of the files in the
     file tree. Files that are absent in the snapshot file are simply
50   transmitted from P1 to P2. If a file is in the snapshot file, but not the
     file system, a message is sent from P1 to P2 to delete the file on P2.
     If a file is both in the file system, and has an entry in the snapshot file,
     the cryptographic hashes of the old and new version of the file are compared.
     If they are the same, the file need not be transmitted. However, if the
55   hashes are different, the file is parsed into blocks and the cryptographic
     hashes of the blocks calculated. The set of these hashes is then compared
     with the hashes of the blocks in the old version of the file (as stored
     in the snapshot file). Blocks that appeared in the old version of the file

QU001446

current:::Patents:partitionpatent.txt-03
Friday, 17 February 1995  2:46 PM

need not be transmitted.

5      In the process of doing all this, P1 reads all the files in the file system,
       and generates a new snapshot file representing the state of the file system
       at the time of the backup. This snapshot file can then be used during the
       next backup operation.


10     An Improved Fine-Grained Incremental Backup System
       --------------------------------------------------
       The scheme just described caters only for redundancy within a single file
       as it only compares the cryptographic hashes of blocks within each file.
       However, there may be many occasions where a modified file contains blocks
15     that appear (or appeared) in other file. For example, it doesn't make sense
       to transmit (from P1 to P2) a file that has merely been renamed. Yet, despite
       this, most backup systems will transmit the entire file.

       Perhaps the most productive way to view the situation is to treat the files
20     at P2 as merely a collection of blocks that can be referred to by P1
       to communicate the new configuration.

       Under this improved scheme, at the start of each backup (or possibly
       at the end of the previous backup), P1 reads the snapshot file and constructs
25     a list containing just the cryptographic hashes of all the blocks in Y.

       The incremental backup can take place as before, but instead of comparing
       each block's hash with the hashs of the blocks in the most recently backed
       up copy of that file, the table is used to compare the hash to the hashes
30     of ALL the blocks in ALL of the backed up file system. These hashes
       (or their index numbers) can be transmitted in place of the block of data.

       Under this scheme, a file that was renamed between backups would be backed
       up as just a list of hashes. To make this even more efficient, the entire
35     content of each file could be added to the list of blocks, allowing the
       renamed file to be transmitted as a single hash, being the hash of the
       entire contents of the file.

       Note: A similar scheme could be devised whereby P1 only considers for
40     backup, files whose modification date is more recent than the most recent
       backup.


       Use Of Overlapping Block Regimes
       --------------------------------
45     So far, all the schemes presented, partition the file into mutually exclusive
       blocks. However, there is no reason why many different partitions could not
       be employed simultaneously to provide a wide choice of overlapping blocks
       for P1 to choose from.


50
       A Low-Redundancy File System
       ----------------------------
       We now present an example of a low-redundancy file system. In many file
       systems, the same data is stored many times in different parts of
55     different files. For example, computer programmers often store many
       slightly different versions of computer programs on the same computer
       system. Such files are likely to contain many identical blocks of bytes.

QU001447

The present invention can be used to construct a file system (that part of
an operating system that stores and operates upon files) that eliminates
much of this duplication. The new file system is organized in three
5    layers as shown below.

```
      +--------------+----------------+
      | Name of file | List of blocks |
      +--------------+----------------+
10    | sloth.dat    | 4 2 1          |
      +--------------+----------------+
      | walrus.txt   | 0 1 3          |
      +--------------+----------------+
              File Table

15        +--------------+----------+---------+
          | crypto hash  | refcount | Pointer |
          +--------------+----------+---------+
       0 |              |    1     |         |
          +--------------+----------+---------+
20     1 |3EB450...920AB|    2     |   *------+
          +--------------+----------+---------+ |
       2 |              |    1     |         | |
          +--------------+----------+---------+ |
25     3 |              |    1     |         | |
          +--------------+----------+---------+ |
       4 |              |    1     |         | |
          +--------------+----------+---------+ |
              Hash Table                       |
30                                             |
                                               v
   +------+-------------+--+--------+----+------+-------------+-----+
   |      |             |  |        |    |      |             |     |
   +------+-------------+--+--------+----+------+-------------+-----+
35            Actual Data Blocks On Disk
          (Note: No two blocks are identical).
```

The bottom layer consists of a collection of unique blocks of varying
length that are stored somewhere on the disk. The middle layer consists
of a hash table containing one entry for each block. Each entry consists
40    of a cryptographic hash of the block, a reference count for the block,
and a pointer to the block on disk. The hash table is indexed by some
part of the cryptographic hash (e.g. the bottom 16 bits).

The top layer consists of a table of files with the content of
45    each file being the concatenation of the blocks described by the
list of indexes into the hash table. The reference count in the
hash table records the number of references to each block that
appear in all the files in the file table.

50    When a file is read, the list of hash table indexes is converted to
pointers to blocks of data using the hash table. If random access is
required, extra information about the length of the blocks could be
added to the file table and/or hash table to speed accesses.

55    Writing a file is more complicated. During a sequential write, the
data being written is buffered until a block-boundary is reached
(as determined by whatever boundary function is being used). The
cryptographic hash of the new block is then calculated and used to

QU001448

look up the hash table. If the block is unique (i.e. there is no
entry for the cryptographic hash), it is added to the data blocks on the
disk and an entry is added to the hash table. A new block number is
added to the list of blocks in the file table. If, on the other hand,
5    the block already exists, the block need not be written to disk.
Instead, the reference count of the already-existing block is
incremented and the block's hash table index is appended to the list
of blocks in the file's entry in the file table.

10   Random access writes are messier, but essentially the same principals
apply. The blocks that are being written over must have their reference
counts decremented and the new blocks should be added as described
before. Blocks with zero reference counts should be removed.

15   If a record were kept of blocks created since the last backup, backing
up this file system could be very efficient indeed.


ABSTRACT
20   --------
This patent describes a method for identifying identical subblocks in one
or more blocks of data, without having to compare the blocks directly.
The method consists of partitioning each of the blocks into subblocks
marked at data-dependent points in the data, where data-dependent is formally
25   defined by a boolean function of the bits on either side of a mark.
The cryptographic hashes of the sets of subblocks can then be compared
efficiently to find identical subblocks. This method can be applied to
a variety of data manipulation tasks, including the application of
incremental backups, and the application of low-redundancy file systems.


Trustus Pty Ltd                     Dated this 17th day of February 1995


By their Patent Attorneys
R.K.MADDERN & ASSOCIATES
C/- R K MADDERN & ASSOCIATES,
345 King William Street,
Adelaide, South Australia
Australia

QU001449