# EXHIBIT J

# MADDERNS
PATENT AND TRADE MARK ATTORNEYS

FIRST FLOOR  64 HINDMARSH SQUARE  ADELAIDE  5000  AUSTRALIA

TELEPHONE: (08) 8223 6666 INTERNATIONAL+618 8223 6666

WWW: http://www.madderns.com.au/

FACSIMILE: (08) 8223 2588 INTERNATIONAL+618 8223 2588

E-MAIL: madderns@madderns.com.au

8 November, 1996

Madderns is a Unit Trust

MA SPEED DIAL 534

The Commissioner of Patents
P O Box 200
WODEN ACT 2606

Sir

Re: *International Patent Application*
*No PCT/AU96/00081*
*TRUSTUS PTY LTD*
    *Our Ref: P3697/10961 WGM:SS*

We refer to the Written Opinion dated 10th September 1996 regarding the abovementioned application.

This response to the Written Opinion is not complete and only refers to the Examiner's observation contained in Box VIII of the Opinion. The applicant intends to submit amendments to the specification, abstract and claims to address clarity issues identified in their own review of the specification and also to overcome other clarity issues identified by the Examiner.

Therefore referring only to the first objection raised by the Examiner, it is contended that claims 1 and 31 are not clear because of the arguments of the Function F, ie $b_{k-A}$... $b_k, b_{k+1}$... $b_{k+B}$ are not defined.

The applicant believes that a close examination of the claim reveals that the Function F are sufficiently defined since firstly it will be appreciated that the definitions of a block, a subblock and a partition are defined on page 4 of the specification and furthermore that a block may comprise a collection of bits and a position k within that block is identified by the nomenclature $b_k$.

Thus in accord with the invention a subblock boundary will be located between the positions of bits $b_k$ and $b_{k+1}$ each time the Function F is performed returning an appropriate value which falls within a predetermined subclass of the set of possible Function F result values.

Function F is performed on arguments comprising at least a block of A bits and a block of B bits where A and B are natural numbers.

.../2

Registered Patent Attorneys

RICHARD CATT        CRAIG VINALL        BILL McFARLANE        CATHERINE HUSTWICK

MEMBERS OF THE AUSTRALIAN INSTITUTE OF PATENT ATTORNEYS

-2-

For example:

The block comprises



| Bit Value | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| k= | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

The function F has arguments which include at least a block of A =3 bits long and a block of B=2 bits long, where A and B are natural numbers.

In this example the function F is a parity function:

>The parity of a quantity of bits is even when the total number of "1"s is even and is odd when the total number of "1"s is odd.
>
>Thus when the parity is even a boundary is created and
>when the parity is odd no boundary is created.

This type of function is one of many that could be used and can be seen to produce a predetermined subclass of the set of possible function result values of this type of function.

The function is evaluated over the range of bit positions in the block, from bit $b_{k-3}$ to $b_{k+2}$.

For k=1
> $F(b_1$ to $b_3)$
> $F(1,1,1)$
> for which the parity is ODD
> and no boundary is created between bit $b_1$ and bit $b_2$.

For k=2
> $F(b_1$ to $b_4)$
> $F(1,1,1,0)$
> for which the parity is ODD
> and no boundary is created between bit $b_2$ and bit $b_3$.

For k=3
> $F(b_1$ to $b_5)$
> $F(1,1,1,0,1)$
> for which the parity is EVEN
> and a <u>boundary</u> is created between bit $b_3$ and bit $b_4$.

.../3

-3-

For k=4

    $F(b_2 \text{ to } b_6)$
    $F(1,1,0,1,1)$
    for which the parity is EVEN
    and a <u>boundary</u> is created between bit $b_4$ and bit $b_5$.

For k=5

    $F(b_3 \text{ to } b_7)$
    $F(1,1,0,1,0)$
    for which the parity is ODD
    and no boundary is created between bit $b_5$ and bit $b_6$.

For k=6

    $F(b_4 \text{ to } b_8)$
    $F(1,1,0,1,0)$
    for which the parity is ODD
    and no boundary is created between bit $b_6$ and bit $b_7$.

For k=7

    $F(b_5 \text{ to } b_9)$
    $F(1,0,1,0,0)$
    for which the parity is ODD
    and no boundary is created between bit $b_7$ and bit $b_8$.

For k=8

    $F(b_6 \text{ to } b_{10})$
    $F(1,0,1,0,0)$
    for which the parity is EVEN
    and a <u>boundary</u> is created between bit $b_8$ and bit $b_9$.

For k=9

    $F(b_7 \text{ to } b_{10})$
    $F(0,1,0,0,-)$
    for which the parity is ODD
    and no boundary is created between bit $b_9$ and bit $b_{10}$.



| Bit Value | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| k= | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

Therefore the applicant contends that the claim is clear as all its elements are adequately defined.

It will be appreciated by the Examiner that a Function F using parity is not an ideal function since it has, over a large block, a 50% chance of creating a boundary at each possible boundary. There of course exist numerous alternatives which would perform but better than the example.

.../4

-4-

The Examiner can also review the example provided in the specification at page 47.

The applicant requests a further period of time within which to respond to the further comments made by the Examiner and to submit appropriate amendments to the specification and claims.

We trust that if the Examiner has any further query he will not hesitate to contact the Writer.

Yours faithfully
MADDERNS


W G (Bill) McFARLANE