# EXHIBIT K

MICROSOFT PRESS®

# COMPUTER DICTIONARY

SECOND EDITION



THE COMPREHENSIVE

STANDARD FOR

BUSINESS, SCHOOL,

LIBRARY, AND HOME



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1994 by Microsoft Press

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data

Microsoft Press computer dictionary : the comprehensive standard for
    business, school, library, and home / Microsoft Press. -- 2nd ed.
        p.   cm.
    ISBN 1-55615-597-2
    1. Computers--Dictionaries.    2. Microcomputers--Dictionaries.
    I. Microsoft Press.    II. Title: Computer dictionary.
    QA76.15.M54    1993
    004'.03--dc20                                           93-29868
                                                            CIP

Printed and bound in the United States of America.

    5 6 7 8 9    MLML    9 8 7 6 5

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

Distributed to the book trade outside the United States and Canada by Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182-190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.


**Project Editor:** Casey D. Doyle
**Manuscript Editor:** Alice Copp Smith
**Technical Editors:** Mary DeJong, Jeff Carey, Dail Magee, Jr., Jim Fuchs, Seth McEvoy



a symbol (such as the name of a variable) with some descriptive information (such as a memory address, a data type, or an actual value). *See also* binding time, dynamic binding, static binding.

**binding time** The point in a program's use at which binding of information occurs, usually in reference to program elements being bound to their storage locations and values. The most common binding times are during compilation (compile-time binding), during linking (link-time binding), and during program execution (run-time binding). Binding of different types of elements often occurs at different times. *See also* bind, compile time, link time, run time.

**binomial distribution** Also called Bernoulli distribution. In statistics, a list or a function that describes the probabilities of the possible values of a random variable chosen by means of a Bernoulli sampling process. A Bernoulli process has three characteristics: Each trial has only two possible outcomes—success or failure; each trial is independent of all other trials; and the probability of success for each trial is constant. A binomial distribution can be used to calculate the probability of getting a specified number of successes in a Bernoulli process. For example, the binomial distribution can be used to calculate the probability of getting a seven three times when a pair of dice is rolled twenty times.

**bionics** The study of living organisms—their characteristics and the ways they function—with a view toward creating hardware that can simulate or duplicate the activities of a biological system. *See also* cybernetics.

**BIOS** Pronounced "bye-ose"; acronym for basic input/output system, a set of routines that work closely with the hardware to support the transfer of information between elements of the system, such as memory, disks, and the monitor. On IBM and compatible computers, the BIOS, or ROM BIOS, is built into the machine's read-only memory (ROM). Although critical to performance, the BIOS is usually invisible to computer users. The BIOS can, however, be accessed by programmers. *See also* AMI BIOS, Phoenix BIOS.

**bipolar** Literally, having two opposite states, such as positive and negative. In information transfer and processing, a bipolar signal is one in which opposite voltage polarities represent on and off, as in a communications signal, or true and false, as in a logic circuit. *Compare* unipolar; *see also* nonreturn to zero.

In electronics, bipolar refers to a type of transistor. *See also* transistor.

**BIS** *See* business information system.

**bistable** A term describing a system or device that has two possible states, such as ON and OFF. *See also* flip-flop.

**bistable circuit** Any circuit that has only two stable states. The transition between them must be initiated from outside the circuit. A bistable circuit is capable of storing one bit of information.

**bistable multivibrator** *See* flip-flop.

**BISYNC** Pronounced "bye-sink." Acronym for binary synchronous communications protocol, a communications standard developed by IBM. BISYNC transmissions are encoded in either ASCII or EBCDIC. Messages can be of any length and are sent in units called frames, optionally preceded by a message header. Because BISYNC uses synchronous transmission, in which message elements are separated by a specific time interval, each frame is preceded and followed by special characters that enable the sending and receiving machines to synchronize their clocks. The basic structure of a BISYNC frame is shown in the illustration. STX and ETX are control characters that mark the beginning and end of the message text; BCC is a set of characters used to verify the accuracy of transmission.

**bit** Short for binary digit; either 1 or 0 in the binary number system. In processing and storage, a bit is the smallest unit of information handled by a computer and is represented physically by an element such as a single pulse sent through a circuit or a small spot on a magnetic disk capable of storing either a 1 or a 0. Considered singly, bits convey little information a human would consider meaningful. In groups of eight, however, bits become the familiar bytes used to represent all types of information, including the letters of



the alphabet and the digits 0 through 9. *See also* ASCII, binary, byte.

**bit block** In computer graphics and display, a rectangular group of pixels treated as a unit. Bit blocks are so named because they are, literally, blocks of bits describing the pixels' display characteristics, such as color and intensity. Programmers use bit blocks and a technique called bit block transfer (bitblt) to rapidly display or animate images on the screen. *See also* bit block transfer.

**bit block transfer** Also called bitblt (pronounced "bit-blit"). In graphics display and animation, a programming technique that manipulates, in memory, rectangular blocks of bits representing the color and other attributes of the pixels forming a screen image. The image described can range from a cursor to a cartoon. Bit block transfers involve moving these bit blocks through a computer's video RAM as a unit so they can be rapidly displayed in a desired location on the screen. Bit block transfers can also involve altering the descriptions of the bits/pixels composing an image; for example, light and dark portions of an image can be reversed. Successive displays can thus be used to change the appearance of an image or to move it around on the screen. Some computers, such as the Commodore Amiga, contain special graphics hardware for manipulating bit blocks on the screen independently of the contents of the rest of the screen. This speeds the animation of small shapes because a program needn't constantly compare and redraw the background around the moving shape. *See also* sprite.

**bitblt** *See* bit block transfer.

**bit bucket** An imaginary location into which data can be discarded. A bit bucket is a null input/output device from which no data is read and to which data can be written without effect. The NUL device recognized by MS-DOS is a bit bucket. A directory listing, for example, simply disappears when sent to NUL.

**bit density** A measure of the amount of information per unit of linear distance or surface area in a storage medium or per unit of time in a communications pipeline.

**bit flipping** A process of inverting bits—changing 1's to 0's and vice versa. For example, in a graphics program, to invert a black-and-white bit-mapped image (to change black to white and vice versa), the program could simply flip the bits that compose the bit map.

**bit image** A sequential collection of bits that represents, in memory, an image to be displayed on the screen, particularly in systems having a graphical user interface. Each bit in a bit image corresponds to one pixel (dot) on the screen. The screen itself, for example, represents a single bit image; similarly, the dot patterns for all the characters in a font represent a bit image of the font. On a computer such as the Macintosh Classic, which has a black-and-white screen, the bit values in a bit image can be either 0, to display white, or 1, to display black. The "pattern" of 0's and 1's in the bit image then determines the pattern of white and black dots forming an image on the screen. On a Macintosh or other computer that supports color, the corresponding description



***BISYNC.** The structure of a BISYNC frame.*

business software  bytes per inch

A combination of computers, printers, communications equipment, and other devices designed to handle data. A thoroughly automated business information system is one that receives, processes, and stores data, transfers information as needed, and produces reports or printouts on demand. *See also* Management Information System.

**business software** Any computer application designed primarily for use in business, as opposed to scientific use or entertainment. In addition to the well-known areas of word processing, spreadsheets, databases, and communications, business software for microcomputers also encompasses such applications as accounting, payroll, financial planning, project management, decision and support systems, personnel record maintenance, and office management.

**bus mouse** A mouse that attaches to the computer's bus through a special card or port rather than through a serial port. *Compare* serial mouse; *see also* mouse.

**bus network** A topology (configuration) for a local area network in which all nodes are connected to a main communications line (bus). See the illustration. On a bus network, each node monitors activity on the line. Messages are detected by all nodes but are accepted only by the node(s) to which they are addressed. Because a bus network relies on a common data "highway," a malfunctioning node simply ceases to communicate; it doesn't disrupt operation as it might on a ring network, in which messages are passed from one node to the next. To avoid collisions that occur when two or more nodes try to use the line at the same time, bus networks commonly rely on collision detection or token passing to regulate traffic. *Compare* ring network, star network; *see also* collision detection, contention, CSMA/CD, token bus network, token passing.

**bus system** The interface circuitry that controls the operations of a bus and connects it with the rest of the computer system. *See also* bus.



*Bus network.*
*A bus network configuration.*

**byte** Abbreviation for binary term. A unit of information consisting of 8 bits; in computer processing and storage, the equivalent of a single character, such as a letter, a numeral, or a punctuation mark. Because a byte represents only a small amount of information, amounts of computer memory and storage are usually given in kilobytes (1024 bytes) or megabytes (1,048,576 bytes). *See also* bit, kilobyte, megabyte.

**byte-oriented protocol** A communications protocol in which data is encoded in a particular character set, such as ASCII, and transmitted as a string of characters, rather than as a stream of bits as in a bit-oriented protocol. To distinguish control information from the message itself, a byte-oriented protocol relies on control characters, most of which are defined by the coding scheme used and all of which have special meaning to the sending and receiving stations. Both the asynchronous communications protocols commonly used with modems and IBM's BISYNC protocol are byte-oriented protocols.

**bytes per inch** Abbreviated BPI. A measure of data storage capacity; the number of bytes that fit into an inch of space on a disk or a tape.