# EXHIBIT L

| | | |
|---|---|---|
| **FTP** | | File Transfer Protocol. The standard rules that govern the transfer of files and programs over the Internet. FTP allows files to be moved from one computer to another over a network, regardless of the types of computers or operating systems involved in the exchange. FTP is also the name of the program a user invokes to execute the protocol. |

## G

| | |
|---|---|
| **GOV** | A top level domain name in Internet addressing protocol inidcating a site used by governmental institutions, specifically non-military government sites. |
| **gopher** | A menu-based system used fororganizing and retrieving files and programs on the Internet. Gopher allows access to files found on FTP servers, as well as to files normally accessed through Telnet, Archie or WAIS programs |
| **gTLD** | generic top level domain. An internationally allocated portion of namespace. The IAHC proposed the creation of seven new gTLDs: .FIRM, .STORE, .WEB, .ARTS, .REC, .INFO and .NOM. *See* http://www.gtld-mou.org/ |
| **Guardian** | The security authorization and authentication mechanism developed by Network solutions to protect domain name, contact and host records from uauthorized modification. Guardian is available free to all NSI registrants. |

## H

| | |
|---|---|
| **hacker** | A person who delights in having an intimate understanding of the internal workings of a computers and computer networks in particular. It is also used in the pejorative context to describe a person who breaks into a computer network without authorization and tampers with the system or its contents. |
| **handle** | A unique database identifier used by the InterNIC for database functions. Every domain registrant has a NIC handle that is created the first time the full organization information is submitted to InterNIC and subsequently incorporated into all associated records. The InterNIC handle (or NIC handle) is computer-generated by the registry and typically uses the domain holder's initials followed by a number. |
| **hierarchy** | A body of persons or things ranked in grades, orders, or classes, one above the other; in natural sciences and logic, a system or series of terms of successive rank (as classes, orders, genera, species, etc.), used in classification. |
| **hierarchical routing** | The method used to reduce the size of the networks and simplify the routing process. Each network is subdivided into a hierarchy of networks, where each level is responsible for its own routing. The Internet has, basically, three levels: the backbone, the mid-level, and the transit or stub networks. The backbones route between the mid-levels, the mid-levels route between the sites, and each site routes internally. |
| **hjacking** | The act of acquiring a second-level Internet domain name identical to a famous name or trademark for the purpose of obtaining a financial settlement from the owner the name |
| **hits** | The number of times a web page is accessed by any one connected to the World Wide Web. |
| **hold status** | Suspension or deactivation of rights to use a domain name that has been challenged by a trademark owner. A domain name placed by NSI on hold status is unavailable for use by any party. |
| **home page** | The front web page of an Internet site, which provides links to other pages within the site. |