QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Todd M. Briggs (Bar No. 209282)
  toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Counterclaimant and Counterdefendant, RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation<br><br>Counterclaimant,<br><br>vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>Counterclaimant,<br>vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>Honorable William H. Alsup<br><br>**RIVERBED'S ADMINISTRATIVE MOTION TO FILE CERTAIN INFORMATION DESIGNATED BY QUANTUM AS CONFIDENTIAL UNDER SEAL** |

Pursuant to Civil Local Rule 79-5(d) and the Protective Order in this action, Riverbed Technology, Inc. ("Riverbed") submits this request to file the following documents under seal. Riverbed has no objection to filing these documents in the public record, but is filing these documents under seal because Quantum Corporation ("Quantum") has designated this information confidential under the protective order that governs this action.

- Riverbed's Opposition Claim Construction Brief On Terms From U.S. Patent No. 5,990,810 (containing information designated confidential by Quantum under the protective order)

- Exhibits B-D and F to the Declaration Of Todd M. Briggs In Support Of Riverbed's Opposition Claim Construction Brief On Terms From U.S. Patent No. 5,990,810.

Respectfully submitted,

DATED: June 12, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Counterclaimant and Counterdefendant, RIVERBED TECHNOLOGY, INC.