1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Claude M. Stern (Bar No. 96737)
2   claudestern@quinnemanuel.com
    Todd M. Briggs (Bar No. 209282)
3   toddbriggs@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6  Attorneys for Counterclaimant and
   Counterdefendant, RIVERBED TECHNOLOGY,
7  INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  RIVERBED TECHNOLOGY, INC., a Delaware corporation | CASE NO. C 07-04161 WHA |
| 13                                                    | Honorable William H. Alsup |
| 14          Counterclaimant,                          | **NOTICE OF MANUAL FILING** |
| 15     vs.                                            | |
| 16  QUANTUM CORPORATION, a Delaware corporation,      | |
| 17          Counterdefendant.                         | |
| 18  QUANTUM CORPORATION, a Delaware corporation,      | |
| 19          Counterclaimant,                          | |
| 20     vs.                                            | |
| 21  RIVERBED TECHNOLOGY, INC., a Delaware corporation,| |
| 22          Counterdefendant.                         | |

23
24
25
26
27
28

   Pursuant to General Order 45 (Section VII), Local Rule 79-5(d), and the Protective Order in this action, Riverbed Technology, Inc. ("Riverbed") hereby provides notice that the following documents are being filed in paper form in the Clerk's Office.  These documents are being manually filed because Quantum Corporation has designated information in these documents confidential under the protective order that governs this action.

- Riverbed's Opposition Claim Construction Brief On Terms From U.S. Patent No. 5,990,810 (containing information designated confidential by Quantum under the protective order)

- Exhibits B-D and F to the Declaration Of Todd M. Briggs In Support Of Riverbed's Opposition Claim Construction Brief On Terms From U.S. Patent No. 5,990,810.

Respectfully submitted,

DATED:  June 13, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                 By  /s/
                                   Andrew J. Bramhall
                                   Attorneys for Counterclaimant and
                                   Counterdefendant, RIVERBED TECHNOLOGY, INC.