AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO FLORES, CAL. BAR NO. 93304
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:     858-720-8900
Facsimile:     858-509-3691
Email: athakur@sheppardmullin.com
       mflores@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-2984
Facsimile:     415-434-6095
Email: nbruno@sheppardmullin.com

Attorneys for
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>                Counterclaimant,<br>   v.<br>QUANTUM CORPORATION,<br><br>                Counterdefendant.<br>QUANTUM CORPORATION, a Delaware corporation,<br><br>                Counterclaimant,<br>   v.<br>RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br>                Counterdefendant. | Case No. C 07-04161 WHA<br><br>**[PROPOSED] ORDER REGARDING RIVERBED'S MOTION TO COMPEL [DOCKET NO. 118]**<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>Complaint Filed:  August 14, 2007<br>Trial Date: March 30, 2009 |

**ORDER**

At approximately 10:30 a.m. on June 10, 2008, following a meet and confer session by counsel for the parties to this action that lasted nearly two-and-a-half hours, Riverbed Technology, Inc.'s "Motion To Compel Quantum To (1) Comply With Rule 34(b), (2) Remove Unresponsive And Irrelevant Documents From Its 1.75 Million Page Production, And, (3) Pay For All Fees And Costs Riverbed Has Incurred In Reviewing Quantum's Improper Production" [Docket No. 118] (hereafter, Riverbed's "Motion to Compel") came on for hearing.  After considering the papers and the arguments of counsel, Federal and Local Rules, and relevant case law, **THE COURT HEREBY ORDERS AS FOLLOWS**:

1. Riverbed's Motion to Compel, and the relief requested therein, is **DENIED**.

2. Quantum Corporation ("Quantum") shall provide Riverbed with the metadata captured for each document in Quantum's entire production of electronic documents to date in this action by June 24, 2008 and all future productions of electronic documents in this action at the time of production.

3. The Court is informed the parties have agreed that a second deposition of Dr. Ross Williams will take place in this action, and that Quantum has agreed to cover the travel expense for Dr. Williams to return to the United States from Australia for the second deposition. Riverbed shall be entitled to depose Dr. Williams for seven (7) hours at the second deposition. Quantum shall reimburse Riverbed for one half of the on-the-record deposition time spent by the single Riverbed lawyer who actually deposes Dr. Williams at that lawyer's standard billing rate at the second deposition, but not for any preparation or other time spent by Riverbed.

**IT IS SO ORDERED.**

Dated: _____

Honorable William H. Alsup
United States District Judge

APPROVED AS TO FORM:

Dated: June 16, 2008        SHEPPARD MULLIN RICHTER & HAMPTON LLP

/s/  Nathaniel Bruno
Nathaniel Bruno
Attorneys for Counterdefendant and Counterclaimant
QUANTUM CORPORATION


APPROVED AS TO FORM:

Dated: June 16, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/  Todd M. Briggs
Todd M. Briggs
Attorneys for Counterclaimant and Counterdefendant
RIVERBED TECHNOLOGY, INC.

I, Nathaniel Bruno, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Riverbed has concurred in this filing.