# **EXHIBIT B**

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

May 6, 2008

<u>VIA E-MAIL (VIA FEDERAL EXPRESS (WITH ATTACHMENTS))</u>

Nathaniel Bruno
Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106

<u>Re</u>:   <u>Quantum Corp. v. Riverbed Technology, Inc., Case No. 07-04161</u>

Dear Nate,

Enclosed please find copies of print-outs of Riverbed Source Code from Quantum's inspection on Friday, May 2, 2008, which was attended by Quantum's expert, Ethan Miller and Nathaniel Bruno, counsel for Quantum. The print-outs are bates labeled RBTSC0001-RBTSC0046 and designated "Highly Confidential-Attorneys' Eyes Only-Source Code."

Pursuant to the Protective Order, Quantum may make one hard copy of the enclosed print-outs for internal use only on non-white colored paper. Further, copies of source code shall be securely maintained in a locked room or cabinet at the offices of Sheppard Mullin, San Francisco office only. Kindly comply with these and all other relevant provisions of the Protective Order.

Additionally, pursuant to the Federal Rules of Civil Procedure, please maintain all notes written by or exchanged with Dr. Miller during the course of this litigation. Please also instruct Dr. Miller to do the same. If Dr. Miller will be a testifying expert in this litigation, Riverbed will, in due course, make a formal request for all such documents from Quantum and from Dr. Miller.

Regards,

David Wei, Jr.

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
51198/2495606.1  NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712