IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.

AND RELATED COUNTERCLAIM.

No. C 07-04161 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

    The Court is in receipt of defendant's letter of June 16, 2008, concerning another discovery dispute. The parties are **ORDERED** to further meet and confer in the Court's jury room at **7:30 A.M. ON THURSDAY, JUNE 19, 2008**, until **10:30 A.M.,** at which time the Court shall hold a hearing to resolve any remaining issue(s) in dispute. Plaintiff's response to defendant's letter is due by **NOON ON JUNE 18, 2008**.

    **IT IS SO ORDERED.**

Dated: June 17, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE