IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>    Defendant.<br>_____/ | No. C 07-04161 WHA<br><br><br>**CLERK'S NOTICE**<br>**RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the Claims Construction Hearing previously set for July 9, 2008 at 1:30 p.m. has been rescheduled for **July 23, 2008 at 10:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 18, 2008                              FOR THE COURT,

                                                     Richard W. Wieking, Clerk

                                                     By: _____
                                                         Dawn Toland
                                                        Courtroom Deputy to the
                                                         Honorable William Alsup