IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.

AND RELATED COUNTERCLAIM.

No. C 07-04161 WHA

**ORDER RE BRIEFING SCHEDULE FOR MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS**

    Riverbed is requested to file its opposition to Quantum's motion for leave to amend its preliminary invalidity contentions by **JUNE 19, 2008, AT NOON**. Any reply should be filed by **JUNE 23, 2008, AT NOON**.

    **IT IS SO ORDERED.**

Dated: June 17, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE