[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterclaimant,<br><br>vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>        Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>**STIPULATED AMENDMENT TO STIPULATED PROTECTIVE ORDER [DOCKET NO. 33]; AND**<br><br>**STIPULATED WITHDRAWAL OF QUANTUM'S MOTION TO COMPEL PRODUCTION OF SOURCE CODE IN NEW YORK [DOCKET NO. 133]** |

1  **WHEREAS** Riverbed Technology, Inc. ("Riverbed") and Quantum Corporation

2  ("Quantum") filed a Stipulated Protective Order on December 12, 2007 (Docket No. 31);

3  **WHEREAS** the Court approved the Stipulated Protective Order subject to stated conditions

4  on December 14, 2007 (Docket No. 33);

5  **WHEREAS** Quantum filed a motion to compel the production of Riverbed's source code in

6  New York on June 16, 2008 (Docket No. 133);

7  **WHEREAS** the parties have met and conferred and have agreed to modify Paragraph 7.6 of

8  the Stipulated Protective Order to resolve all issues raised in Quantum's motion to compel (Docket

9  No. 133);

10  **THEREFORE** Riverbed and Quantum, by and through their respective counsel, hereby

11  stipulate and agree to the entry of the following Amendment to the Stipulated Protective Order and

12  Quantum agrees to withdraw its motion to compel (Docket No. 133):

14        7.6    Production of Source Code.  Unless otherwise indicated, source code shall be

15  designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" and

16  subject to the same restrictions "Highly Confidential - Attorneys' Eyes Only" information identified

17  in Sections 7.3 through 7.5 above.  Source code is subject to the following additional restrictions:

18        (a)    Disclosure of Source Code.  Unless otherwise ordered by the Court or

19  permitted in writing by the Designating Party, a Receiving Party may disclose any information or

20  item designated "Highly Confidential - Attorneys' Eyes Only - Source Code" only to those

21  categories of individuals listed in Paragraphs 7.2(a) and (d) through (h) subject to the restrictions

22  therein.

23        (b)    Manner of Production.  Quantum shall make properly discoverable source

24  code in its possession, custody or control available for inspection on a computer in a private room at

25  the following offices of its Outside Counsel: Sheppard Mullin Richter & Hampton, LLP, Four

26  Embarcadero Center, 17th Floor, San Francisco, CA 94111 and 30 Rockefeller Plaza, 24th Floor,

27  New York, NY 10112.  Riverbed shall make properly discoverable source code in its possession,

custody or control available for inspection on a computer in a private room at the following offices of its Outside Counsel: Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 and 51 Madison Avenue, 22nd Floor, New York, NY 10010. Once source code has been made available for inspection by a Producing Party, the Receiving Party's Outside Counsel and its Experts shall have the opportunity to inspect the source code by making a request in writing to the Producing Party. The Producing Party shall allow inspection of the source code within two (2) business days or otherwise within a reasonable time of receiving the written request for inspection from the Receiving Party. The written request shall include the names of the individuals that will be present when the source code is inspected. The Receiving Party may inspect the source code as many times or days as reasonably necessary for preparation of its case. Source code shall be made available for inspection from the hours of 9:00 a.m. to 6:00 p.m., local time, on regular business days. The Receiving Party shall maintain a daily log of the names of individuals who view the source code including the dates and times of viewing and shall provide copies of the log to the Producing Party upon request. The Receiving Party's Outside Counsel and its Experts shall be entitled to bring and use software tools stored on read-only media for viewing, searching, and analyzing source code.

      (c) <u>No electronic copies</u>. A Receiving Party shall not make any electronic copies of source code. This section does not preclude the creation of temporary copies that are made in the normal operation of the computer on which the source code resides or the creation of temporary output files created on the computer on which the source code resides through the use of software tools used to view, search, or analyze source code.

      (d) <u>Limitations on Print-outs</u>. The Producing Party shall make available a printer for on-site printing during inspection of the source code. No paper print-outs shall be made of source code except for: (i) portions necessary for use in, and preparation for, court filings and proceedings, expert reports, and depositions of persons or entities permitted to access "Highly Confidential - Attorneys' Eyes Only" information; and (ii) such other uses to which the Parties may agree or that the Court may order. Any printed copies shall be limited only to those portions of the

source code for which a printed copy is reasonably needed at the time. Each page of any printed copies of source code shall be printed on yellow (or other non-white) colored paper. After printing, the Producing Party shall clearly label each page of any printed copies "Highly Confidential - Attorneys' Eyes Only - Source Code" and give each page a unique identification number.

The Producing Party shall make a good faith effort to provide a copy of the labeled and numbered copies on yellow (or non-white) colored paper to Outside Counsel of the Receiving Party within two business days. Riverbed shall provide such printed copies to Sheppard Mullin's San Francisco office unless otherwise requested by Quantum, and Quantum shall provide such printed copies to Quinn Emanuel's Redwood Shores office unless otherwise requested by Riverbed. The Receiving Party may make one (1) copy of the printed source code pages after delivery for internal use on yellow (or non-white) colored paper. Sheppard Mullin may keep printed source code pages at its San Francisco, New York or Del Mar offices, and Riverbed may keep printed source code pages at its Redwood Shores or New York offices. If Outside Counsel for a Receiving Party would like to send any printed source code pages between any of the offices listed above, it shall notify Outside Counsel for the Producing Party in writing before doing so and shall provide Outside Counsel for the Producing Party with the opportunity to arrange for the transportation thereof. At all times, however, there shall be no more than two (2) printed copies (one that was provided by the Producing Party and one copy that the Receiving Party may make) in the possession of the Receiving Party's Outside Counsel, including all offices. Further, at any time, a Producing Party may request that the Receiving Party confirm, in writing, the specific locations of each of the two (2) printed copies.

Printed copies of source code shall be securely maintained in a locked room or cabinet at the office(s) of Outside Counsel of the Receiving Party where they are being stored when not in use and shall be destroyed as soon as they are no longer needed. Printed copies of source code may be reviewed at the office(s) of Outside Counsel of the Receiving Party by Outside Counsel or the Receiving Party's Experts, but may not be removed from the office(s) of Outside Counsel except that copies may be made for and used in Court filings and proceedings, expert reports, and depositions of

1  persons or entities permitted to access "Highly Confidential - Attorneys' Eyes Only" information if
2  necessary.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Riverbed attests that counsel for Quantum whose electronic signature is provided has concurred in this filing.

Dated: June 18, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Nathaniel Bruno

    Amar L. Thakur
    12275 El Camino Real, Suite 200
    San Diego, California  92130
    Telephone:  858-720-8900
    Facsimile:  858-509-3691

    Nathaniel Bruno
    Four Embarcadero Center, 17th Floor
    San Francisco, CA  94111-4106
    Telephone:  415.434.9100
    Facsimile:  415.434.3947

Attorneys for QUANTUM CORPORATION

Dated: June 18, 2008

QUINN EMANUEL URQUHART OLIVER & LLP

By: /s/ Todd M. Briggs

    Claude M. Stern
    Todd M. Briggs
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, CA  94065
    Telephone:  650-801-5020
    Facsimile:  650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable William H. Alsup
United States District Judge