1 [COUNSEL LISTED ON SIGNATURE PAGE]

2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>                    Counterclaimant,<br>         v.<br>QUANTUM CORPORATION,<br><br>                    Counterdefendant. | Case No. C-07-04161-WHA<br><br>STIPULATION AND [PROPOSED] ORDER COORDINATING BRIEFING AND HEARINGS ON THE PARTIES' PENDING MOTIONS<br><br>[Civil L.R. 6-2]<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>Complaint Filed: August 14, 2007<br>Trial Date: March 30, 2009 |
| QUANTUM CORPORATION, a Delaware corporation,<br><br>                    Counterclaimant,<br>         v.<br>RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br><br>                    Counterdefendant. | |

W02-WEST:6NB1\400902996.1

Case No. C-07-04161-WHA

1   STIPULATION AND [PROPOSED] ORDER COORDINATING BRIEFING AND HEARINGS ON THE PARTIES' PENDING MOTIONS.

**STIPULATION**

The parties, by and through their respective counsel of record, stipulate and agree to coordinate the briefing and hearings on their respective pending motions as set forth below:

A.   Prior Time Modifications

On November 1, 2007, this Court issued an order based on a stipulation of the parties continuing the Initial Case Management Conference in this action from November 15 to November 29. (Docket No. 19.)

On December 14, 2007, this Court issued an order based on a stipulation of the parties extending certain deadlines relating to the service of the parties' preliminary infringement and invalidity contentions. (Docket No. 34.)

On February 15, 2008, this Court issued an order pursuant to a request from the parties extending the deadline for the parties to exchange preliminary claim constructions and evidence. (Docket No. 80.)

On March 4, 2008, this Court issued an order based on a stipulation of the parties consolidating this case with a related case transferred to this District from the District of Delaware and setting a new comprehensive claim construction, pre-trial, and trial schedule. (Docket No. 92.)

On April 15, 2008, this Court issued an order based on a stipulation of the parties extending Quantum's deadline to answer or otherwise respond to Riverbed's declaratory judgment counterclaims by one week, from April 14, 2008 to April 21, 2008. (Docket No. 103.)

B.   The Parties' Separate But Related Motions (Docket Nos. 109 and 123)

On May 29, 2008, Riverbed filed a Motion for Summary Judgment of various claims of its asserted '249 patent (Docket No. 109) (Riverbed's "MSJ of Validity"), setting the hearing on its motion for July 3. Pursuant to Civil L.R. 7-3, Quantum's Opposition was due on June 12, 2008, and Riverbed's Reply is due on June 19.

On June 12, 2008, Quantum filed a Motion For Leave to Amend Its Preliminary Invalidity Contentions (Docket No. 123) (Quantum's "Motion to Amend") that doubled as its Opposition to Riverbed's MSJ of Validity, setting the hearing on Quantum's Motion to Amend for

1  July 17.  Pursuant to Civil L.R. 7-3, Riverbed's Opposition would otherwise be due on June 26, 2008

2  and Quantum's Reply would be due on July 3.  However, on June 17, 2008, the Court issued an order

3  (Docket No. 137) setting Riverbed's deadline to file an Opposition to Quantum's Motion to Amend

4  for June 19 at noon and Quantum's deadline to file a Reply for June 23 at noon.  The Court issued its

5  *sua sponte* order at the time the parties were working out an agreement between themselves

6  regarding the coordination of the briefing and hearing schedules on these motions.

7  C.     Proposed Changes to Briefing and Hearing Schedule Regarding the Parties' Motions

8        For the reasons further articulated below, the parties stipulate and agree, and request

9  the Court order, that the hearing date for both Riverbed's MSJ of Validity (Docket No. 109) and

10 Quantum's Motion to Amend (Docket No. 123) shall be **July 17, 2008 at 8:00 a.m.**  Further,

11 Riverbed's deadline to file an Opposition to Quantum's Motion to Amend and Reply regarding its

12 own MSJ of Validity shall be **July 3, 2008**.  Quantum's deadline to file a Reply regarding its own

13 Motion to Amend shall be **July 10, 2008**.

14 D.     Reasons for Requested Change in Schedule

15        When Quantum filed its Motion to Amend on June 12, 2008, it included a declaration

16 from one of Quantum's outside attorneys, David E. Heisey (Docket No. 125), attesting to certain

17 facts relevant to Quantum's Motion to Amend, including facts regarding Mr. Heisey's interaction

18 with one of Quantum's experts, Dr. David Mazieres.  On June 16, 2008, Riverbed served deposition

19 notices to take the depositions of Dr. Mazieres and Mr. Heisey relating to the assertions made in Mr.

20 Heisey's declaration.  Riverbed has represented it desires to take these depositions in advance of the

21 preparation of its Reply regarding its MSJ of Validity and Opposition regarding Quantum's Motion

22 to Amend.

23        The parties met and conferred and agreed that the deposition of Dr. David Mazieres

24 shall take place at Quantum's counsel's San Francisco office beginning at 10:00 a.m. on June 24,

25 2008, and that the deposition of David E. Heisey shall take place at Quantum's counsel's Del Mar

26 Heights office beginning at 10:00 a.m. on June 27, 2008.  These dates, times, and locations were

27 selected in view of the availability of the witnesses.

28

        Based on these deposition dates, the parties have agreed to the coordinated briefing and hearing schedule set forth above on their separate but related motions.  It seems reasonable to the parties that Riverbed's briefing following the June 27, 2008 deposition of Mr. Heisey be due on July 3, that Quantum's responsive briefing then be due on July 10, and that the hearing on both motions be set for July 17.

        The parties believe that the Court may have issued yesterday's Order (Docket No. 137) for the purpose of arranging the briefing schedule on these motions, but do not believe the Court was at that time aware that the above-mentioned depositions were going forward.

        The parties therefore stipulate and respectfully request that the Court coordinate the briefing and hearing schedule on Riverbed's MSJ of Validity and Quantum's Motion to Amend as set forth above in view of the depositions that are taking place next week and in order to promote efficiency and judicial economy.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Quantum attests that counsel for Riverbed whose electronic signature is provided has concurred in this filing.

Dated: June 18, 2008

    SHEPPARD MULLIN RICHTER & HAMPTON LLP

    By: /s/ Nathaniel Bruno_____

        Amar L. Thakur
        Mauricio A. Flores
        12275 El Camino Real, Suite 200
        San Diego, California 92130
        Telephone: 858-720-8900
        Facsimile: 858-509-3691

        Nathaniel Bruno
        Four Embarcadero Center, 17th Floor
        San Francisco, CA 94111-4106
        Telephone: 415.434.9100
        Facsimile: 415.434.3947

    Attorneys for QUANTUM CORPORATION

Dated: June 18, 2008

    QUINN EMANUEL URQUHART OLIVER & LLP

    By: /s/ Todd M. Briggs_____

        Claude M. Stern
        Todd M. Briggs
        555 Twin Dolphin Drive, Suite 560
        Redwood Shores, CA 94065
        Telephone: 650-801-5020
        Facsimile: 650-801-5100

    Attorneys for RIVERBED TECHNOLOGY, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

    _____
    Honorable William H. Alsup
    United States District Judge