IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.
                                     /

AND RELATED COUNTERCLAIMS.
                                     /

No. C 07-04161 WHA

**ORDER OF REFERRAL TO MAGISTRATE JUDGE OF ALL DISCOVERY DISPUTES**

      The Court is disappointed that counsel in this contentious patent case have had an abnormally large number of discovery disputes. All pending discovery disputes, including the one set forth in Quantum's counsel's June 17, 2008, letter, are hereby **REFERRED** to a magistrate judge to be selected for resolution. It is the responsibility of counsel to conduct the discovery and to seek relief from the magistrate judge timely enough to complete all discovery and motion practice by the end of the discovery period set forth in the case management order, which is **SEPTEMBER 26, 2008**. Please be mindful that the Court *rarely* moves the summary judgment schedule, the expert schedule or the trial schedule as a result of supposed discovery disputes.

      **IT IS SO ORDERED.**

Dated: June 19, 2008.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE