1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Todd M. Briggs (Bar No. 209282)
3    toddbriggs@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6  Attorneys for RIVERBED TECHNOLOGY, INC.

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| RIVERBED TECHNOLOGY, INC., a Delaware corporation | CASE NO. C 07-04161 WHA |
|---|---|
| Counterclaimant, | Honorable William H. Alsup |
| vs. | **DECLARATION OF TODD M. BRIGGS IN SUPPORT OF RIVERBED'S REPLY CLAIM CONSTRUCTION BRIEF ON TERMS FROM U.S. PATENT NO. 7,116,249** |
| QUANTUM CORPORATION, a Delaware corporation, | |
| Counterdefendant. | |
| QUANTUM CORPORATION, a Delaware corporation, | |
| Counterclaimant, | |
| vs. | |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation, | |
| Counterdefendant. | |

1    1.    I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Riverbed Technologies, Inc ("Riverbed"). I submit this declaration in support of Riverbed's Opposition Claim Construction Brief On Terms From U.S. Patent No. 5,990,810. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the transcript of the deposition of Michael J. Demmer.

3.    Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from a document produced by Quantum Bates numbered QU00332459-632.

4.    Attached hereto as **Exhibit C** is a true and correct copy of a document titled "ESG Lab Validation Report" for the Quantum DXi-Series (May 2007) produced by Quantum Bates numbered QU00612921-39.

5.    Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from *The Authoritative Dictionary of IEEE Standard Terms* (7th ed. 2000).

6.    Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from the "Glossary" on Quantum Corporation's website, http://www.quantum.com/Resources/Glossary/-Index.aspx.

7.    Attached hereto as **Exhibit F** is a true and correct copy of an excerpt from a document produced by Quantum Bates numbered QU00128308-10.

8.    Attached hereto as **Exhibit G** is a true and correct copy of an excerpt from a document produced by Quantum Bates numbered QU00115389-403.

9.    Attached hereto as **Exhibit H** is a true and correct copy of an excerpt from a document produced by Quantum Bates numbered QU00367277-93.

10.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2008 in Redwood Shores, California.

1 | DATED: June 19, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Todd M. Briggs
Todd M. Briggs
Attorneys for RIVERBED TECHNOLOGY, INC.