# EXHIBIT D

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

**Seventh Edition**



Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*          *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
   p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
   1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3′03—dc21
                                                00-050601

# B

**b** *See:* bit.

**B** A procedural language used in non-numerical computations; primarily designed for systems programming. *Note:* B is based on BCPL and is a precursor to C. (C) 610.13-1993w

**babble** The aggregate crosstalk from a large number of interfering channels. *See also:* signal-to-noise ratio. (SP) 151-1965w

**back (motor or generator) (turbine or drive end)** The end that carries the largest coupling or driving pulley. *See also:* armature. (PE) [9]

**back-annotation** The annotation of information from further downstream steps (toward fabrication) in the design process. *See also:* back-annotation file. (C/DA) 1481-1999

**back-annotation file** A file containing information to be read by a tool for the purpose of back-annotation, for example Physical Design Exchange Format (PDEF) and Standard Parasitic Exchange Format (SPEF) files. *See also:* back-annotation; timing annotation. (C/DA) 1481-1999

**backbone network** A network designed to interconnect lower speed distribution channels, devices, or clusters of dispersed users. (C) 610.7-1995

**back-connected device** A device in which the current-carrying conductors are fastened to the studs in the rear of the mounting base. (SWG/PE) C37.100-1992

**back-connected fuse (high-voltage switchgear)** A fuse in which the current-carrying conductors are fastened to the studs in the rear of the mounting base. (SWG/PE) C37.40-1993

**back-connected switch** A switch in which the current-carrying conductors are connected to studs in back of the mounting base. (SWG/PE) C37.100-1981s

**back contact (1) (electric power apparatus relaying)** A contact that is closed when the relay is reset. *Synonym: b* contact. (SWG/PE/PSR) C37.90-1978s, C37.100-1981s
**(2) (utility-consumer interconnections relaying)** A contact that is closed when the relay is de-energized. (PE/PSR) C37.95-1973s

**back course (navigation aid terms)** [instrument landing system (ILS)] The course that is located on the opposite side of the localizer from the runway. (AES/GCS) 172-1983w

**back edge** By convention, the edge of the module closest to the backplane. (C/MM) 1101.2-1992

**backed stamper (phonograph techniques) (mechanical recording)** A thin metal stamper that is attached to a backing material, generally a metal disk of desired thickness. *See also:* phonograph pickup. (NESC/SP) [32], [86]

**backend** Pertaining to one part of a process which has two parts, the frontend and the backend; the frontend usually denotes what the user sees and the backend denotes some special process. *Contrast:* backend; frontend. *See also:* backend computer. (C) 610.10-1994w

**backend computer** A specialized computer that is attached to another computer, known as a frontend, or host, computer that handles the interface to the users while the backend computer performs functions such as database access, simulation, or vector processing. *Synonyms:* backend processor; backend machine. *Contrast:* front end computer. *See also:* bifunctional machine. (C) 610.10-1994w

**backend machine** *See:* backend computer.

**backend processor** *See:* backend computer.

**backfeed** To energize a section of a power network that is supplied from a source other than its normal source. (SWG/PE) C37.100-1992

**backfill** Materials such as sand, crushed stone, or soil, that are placed to fill an excavation. (NESC) C2-1997

**back filter** A filter inserted in the power line feeding an equipment to be surge tested; this filter has a dual purpose

— of preventing the applied surge from being fed back to the power source where it may [*might*, according to the word usage in this guide] cause damage.
— of eliminating loading effects of the power source on the surge generator.

*See also:* decoupling network.    (SPD/PE) C62.45-1992r

**backfire antenna** An antenna consisting of a radiating feed, a reflector element, and a reflecting surface such that the antenna functions as an open resonator, with radiation from the open end of the resonator. (AP/ANT) 145-1993

**back flashover (lightning)** A flashover of insulation resulting from a lightning stroke to part of a network or electric installation that is normally at ground potential. *See also:* direct-stroke protection.
 (T&D/PE/SPD) [10], C62.23-1995, 1243-1997, 1410-1997

**back-flashover rate** The annual outage rate on a circuit or tower-line length basis caused by back flashover on a transmission line. (PE/T&D) 1243-1997

**back focal length (laser maser)** The distance from the last optical surface of a lens to the focal point.
 (LEO) 586-1980w

**background (1) (x-ray energy spectrometers)** (associated with a spectral peak from a semiconductor detector) Non-ideal spectral response that results from radiation that is not part of the monoenergetic line of interest. (NPS/NID) 759-1984r
**(2) (test, measurement, and diagnostic equipment)** Those effects present in physical apparatus or surrounding environment that limit the measurement or observation of low-level signals or phenomena; commonly referred to as noise (background acoustical noise, background electromagnetic radiation, background ionizing radiation). (MIL) [2]
**(3) (nuclear power plants)** Spectral data including peaks not caused by the source but rather resulting from radioactive decay occurring in the surrounding environment or resulting from cosmic-ray interactions in or adjacent to the detector. *See also:* baseline. (NI) N42.14-1991
**(4) (software) (job scheduling)** The computing environment in which low-priority processes or those not requiring user interaction are executed. *Contrast:* foreground. *See also:* background processing. (C) 610.12-1990
**(5) (micrographics)** The portion of a document that does not contain lettering or other information. (C) 610.2-1987
**(6) (image processing and pattern recognition)** A connected component of a region's complement such that the connected component completely surrounds the region.



Illustration of background
 (C) 610.4-1990w

**(7) (ambient)** The spectrum of X or gamma rays originating from materials other than the radionuclide being measured.
 (NPS) 325-1996