# EXHIBIT E

# Quantum



| | | |
|---|---|---|
| ➢ | AIT | – An acronym for Advanced Intelligent Tape, a magnetic tape and drive system used for computer data storage and archiving |
| ➢ | Areal Density | – Important indicator of the performance of the disk and drive that corresponds to the number of magnetic bits per unit area |
| ➢ | AT Attachment Packet Interface (ATAPI) | – A type of hardware interface widely used to connect hard disks, CD-ROMs and tape drives to a PC. Based on the IDE (Integrated Drive Electronics) interface, ATAPI defines the IDE standard for CD-ROMs and tape drives. ATAPI is currently the least expensive way to connect internal peripherals to a computer. |
| ➢ | Auxiliary Storage/ External Storage/ Secondary Storage | – All addressable data storage that is not currently in the computer's main storage or memory |
| ➢ | Average access time | The average time required to begin reading data. |
| ➢ | Average swap time | The average time required to change and load a tape |
| ➢ | Backup | A snapshot or copy of data capable of being restored as necessary. backup application program A sequence of instructions that instructs the computer how to perform a backup, restore, or compare operation. |
| ➢ | Backward compatibility | The ability of a current product to read tapes written on earlier drives and, if so specified, to write tapes in the same format. |
| ➢ | Backup device | Typically, a tape drive used to store data or other information contained on a hard drive for the purpose of offline storage. |
| ➢ | BIOS (basic input/output system) | A collection of information (firmware) that controls communication between the central processing unit (CPU) and its peripherals. |
| ➢ | Bit | The smallest amount of information in a binary digital system that can be used to |

represent 2 states of information such as YES or NO

- Bit density

    Expressed as bits-per-inch (BPI), bit density defines how many bits can be written onto one inch of a disc or tape track.

- Byte

    Eight bits of information that can represent 256 different states, for example numbers, processor instructions, or a combination of letters and numbers as in ASCII code

- Capacity

    The total amount of data, measured in gigabytes, that can be stored on a single data cartridge. The capacity of data cartridges always assumes that data can be written at a 2:1 compression ratio. Compressed Capacity: Effective capacity after data has been processed to reduce storage space required while maintaining data integrity - software and hardware compression are available. Uncompressed Capacity for data that has not been processed to reduce the effective size or volume; sometimes referred to as "native".

- CD-ReWritable

    A compact disc that can be written, erased, and rewritten using optical methods. client/server Architecture where computing responsibility is distributed between front-end and back-end systems and programs.

- Compressed capacity

    A measurement, usually in Gbytes, used to define the amount of space available to electronically store data after it has been processed to minimize its effective size while maintaining data integrity.

- Compression (data compression)

    Digital data can be compressed by encoding repeatable patterns of binary 0's and 1's. Compression depends entirely on the type of file and compression algorithm used, and can be the result of a software algorithm or hardware circuitry. The more patterns that can be found, the more that data can be compressed. Text can generally be compressed to about 40% of its original size, and graphics files from 20% to 90%.

- DAFS

    An acronym for Direct Access File System, a new file access protocol designed to take advantage of standard memory-to-memory interconnect technologies

- DAS

    An acronym for Direct Attached Storage, those parts of a Wide Area Network in which the mass storage devices are connected locally

- DAT (Digital Audio Tape)

    A magnetic tape technology for backing up data using helical scan recording. DAT uses 4mm cartridges that look like small audiocassettes and conform to the DDS (Digital Data Storage) standard. The DDS standard specifies the format and quality level of DAT technology for computer storage. With capacity points from 4-240GB, DAT or DDS is the industry standard in the workstation, PC and midrange server environments

- data transfer rate

    The speed at which a tape drive can write digital data to a data cartridge. Transfer rates are usually measured in megabytes per minute and represent the highest sustainable speed at which the drive is able to operate.

- Data integrity

    Ensuring that the data recorded on a tape cartridge can be restored to a disc drive in its original state. By using Error Correction Codes (ECC) and other techniques, Seagate tape drives automatically detect incorrectly recorded data and correct it to ensure accurate data restores. DDS (Digital Data Storage) A data-storage format that was developed from digital audio tape (DAT) to reliably store computer data. DDS is defined by international standards and is supported by many manufacturers, but more importantly, it is subject to thorough collaborative testing programs, which ensure that tapes (or media) written by one manufacturer's drives can be read by those of other manufacturers.