1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Todd M. Briggs (Bar No. 209282)
3  toddbriggs@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:  (650) 801-5000
5  Facsimile:   (650) 801-5100

6  Attorneys for Counterclaimant and
   Counterdefendant, RIVERBED TECHNOLOGY,
7  INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation | CASE NO. C 07-04161 WHA |
| Counterclaimant, | Honorable William H. Alsup |
| vs. | **RIVERBED'S ADMINISTRATIVE MOTION TO FILE CERTAIN INFORMATION DESIGNATED AS CONFIDENTIAL UNDER SEAL** |
| QUANTUM CORPORATION, a Delaware corporation, | |
| Counterdefendant. | |
| QUANTUM CORPORATION, a Delaware corporation, | |
| Counterclaimant, | |
| vs. | |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation, | |
| Counterdefendant. | |

Pursuant to Civil Local Rule 79-5(d) and the protective order in this action, Riverbed Technology, Inc. ("Riverbed") submits this request to file the following documents designated confidential under seal.

- Riverbed's Reply Claim Construction Brief On Terms From U.S. Patent No. 7,116,249 (containing information designated confidential under the protective order)

- Exhibits A, B, and F-H to the Declaration Of Todd M. Briggs In Support Of Riverbed's Reply Claim Construction Brief On Terms From U.S. Patent No. 7,116,249 (containing information designated confidential under the protective order)

Respectfully submitted,

DATED:  June 19, 2008                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                         By /s/ Todd M. Briggs
                                            Todd M. Briggs
                                            Attorneys for RIVERBED TECHNOLOGY, INC.