1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Todd M. Briggs (Bar No. 209282)
3    toddbriggs@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100

6  Attorneys for Counterclaimant and
   Counterdefendant, RIVERBED TECHNOLOGY,
7  INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation<br><br>            Counterclaimant,<br><br>    vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>            Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>Honorable William H. Alsup<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF RIVERBED'S ADMINISTRATIVE MOTION TO FILE CERTAIN CONFIDENTIAL INFORMATION UNDER SEAL** |
| QUANTUM CORPORATION, a Delaware corporation,<br><br>            Counterclaimant,<br>    vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>            Counterdefendant. | |

I, Todd M. Briggs, declare as follows:

1. I am an attorney with the law firm of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP counsel of record for Riverbed Technology, Inc. ("Riverbed"). I am licensed to practice law in the State of California. I make this declaration in support of Riverbed's Administrative Motion To File Certain Information Designated As Confidential Under Seal. The matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Exhibit A to the Declaration of Todd M. Briggs In Support Of Riverbed's Reply Claim Construction Brief On Claim Terms From U.S. Patent No. 7,116,249 is an excerpt from the deposition of Michael Demmer designated confidential under the protective order because his testimony relates to the operation of Riverbed's trade secret source code.

3. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 19, 2008 in Redwood Shores, California.

DATED: June 19, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Counterclaimant and
Counterdefendant, RIVERBED TECHNOLOGY, INC.