QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
   claudestern@quinnemanuel.com
   Todd M. Briggs (Bar No. 209282)
   toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys RIVERBED TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation<br><br>        Counterclaimant,<br><br>vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterclaimant,<br><br>vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>        Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>Honorable William H. Alsup<br><br>**NOTICE OF MANUAL FILING** |

1 Pursuant to General Order 45 (Section VII), Local Rule 79-5(d), and the protective order in this action, Riverbed Technology, Inc. ("Riverbed") hereby provides notice that the following documents are being filed in paper form in the Clerk's Office because they contain information designated confidential under the protective order.

- Riverbed's Reply Claim Construction Brief On Terms From U.S. Patent No. 7,116,249

- Exhibits A, B, and F-H to the Declaration Of Todd M. Briggs In Support Of Riverbed's Reply Claim Construction Brief On Terms From U.S. Patent No. 7,116,249

Respectfully submitted,

DATED: June 20, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ David T. Wei, Jr.
David T. Wei, Jr.
Attorneys for RIVERBED TECHNOLOGY, INC.