AMAR L. THAKUR, CAL. BAR NO. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:    858-720-8900
Facsimile:    858-509-3691
Email: athakur@sheppardmullin.com
       mflores@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email: nbruno@sheppardmullin.com

Attorneys for
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>          Counterclaimant,<br><br>   v.<br><br>QUANTUM CORPORATION,<br><br>          Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>          Counterclaimant,<br><br>   v.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>          Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>QUANTUM'S DECLARATION OF JONATHAN OTIS IN SUPPORT OF MOTION TO SEAL, SPECIFICALLY SUPPORTING SEALING OF EXHIBIT H TO THE DECLARATION OF TODD M. BRIGGS [DOCKET NO. 145] FILED IN CONNECTION WITH RIVERBED'S CLAIM CONSTRUCTION REPLY BRIEF<br><br>[Civil L.R. 79-5(d)]<br><br>Complaint Filed: August 14, 2007<br>Trial Date:  March 30, 2009 |

1

W02-WEST:\400908235.1

Case No. C 07-04161 WHA

QUANTUM'S DECLARATION OF JONATHAN OTIS SUPPORTING SEALING OF EXHIBIT H TO THE DECLARATION OF TODD M. BRIGGS [DOCKET NO. 145]

# DECLARATION OF JONATHAN OTIS

I, Jonathan Otis, state and declare as follows:

1.  I am the Vice President of Business Development & Technology Partnerships at Quantum Corporation (**"Quantum"**).  I am over twenty-one years of age and not under any legal disability.  I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.  I am aware that, in connection with the filing of its Reply Claim Construction Brief [Docket No. 144], Riverbed Technology, Inc. ("Riverbed") submitted several documents under seal containing information Quantum has designated for confidentiality pursuant to the Stipulated Protective Order in this action.  Those documents were submitted as Exhibits B, F, G, and H to the Declaration of Todd M. Briggs [Docket No. 145] filed in support of Riverbed's Reply Claim Construction Brief ("Briggs Declaration").

3.  With respect to Exhibits B, F, and G to the Briggs Declaration, Quantum considers the information contained in those documents to be of a confidential nature relating to the company's business affairs.  Nevertheless, upon further review, because it does not appear to Quantum at this time that irreparable harm would result if these specific documents are placed in the public file, Quantum will not ask the Court to maintain these particular documents as sealed, and submits to them being placed in the Court's public file.

4.  However, Quantum respectfully requests that Exhibit H to the Briggs Declaration remain sealed.  Exhibit H is a market requirements document, and when the document was created, Quantum marked it in different places on the face of the document, "QUANTUM CONFIDENTIAL," "<u>CONFIDENTIAL</u>," and "This document contains information of a proprietary nature.  All information contained herein shall be kept in confidence!"  And when the document was produced in this action, Quantum designated it "Confidential" pursuant to the Stipulated Protective Order.  Exhibit H should remain sealed because the information it contains is

-2-

W02-WEST:\400908235.1  
Case No. C 07-04161 WHA

QUANTUM'S DECLARATION OF JONATHAN OTIS SUPPORTING SEALING OF EXHIBIT H TO THE DECLARATION OF TODD M. BRIGGS [DOCKET NO. 145]

1  valuable, confidential, and proprietary information to Quantum regarding its unit sales projections,
2  marketing requirements, and future business strategies for specific products, including explicit
3  monetary figures and analysis.  The information has been kept secret by Quantum and has not
4  been disclosed to competitors or other members of the general public by Quantum.  The
5  information provides Quantum a competitive business advantage in the development, marketing,
6  and sale of its products that would be lost if the information were publicly disclosed.  If the
7  information were made part of the public record, it would cause harm to Quantum because its
8  competitors could become aware of its confidential business information and adjust their own
9  product development and marketing strategies to Quantum's detriment.  Because Exhibit H
10 contains this sort of information, it should not be a part of the public record.

11     5.    For the reasons stated herein, Quantum respectfully requests that Exhibit H to the
12 Briggs Declaration be sealed by the Court, but submits to Exhibits B, F, and G to the Briggs
13 Declaration becoming part of the public record.  Further, for its part, Quantum also submits to
14 Riverbed's Reply Claim Construction Brief [Docket No. 144] being un-sealed and filed in the
15 public file, because the information from Exhibit H that Riverbed's Reply Claim Construction
16 Brief directly discusses is not itself the particular information Quantum seeks to ensure is
17 protected and kept confidential and non-public.

18

19     I declare under penalty of perjury under the laws of the United States that the foregoing is
20 true and correct and that this Declaration was executed in Seattle, Washington on June 24, 2008.

21

22

23            By        */s/ Jonathan Otis*
                       JONATHAN OTIS
24

25               Attorney Attestation

26     As the attorney e-filing this document, and pursuant to General Order No. 45, I
27 hereby attest that Jonathan Otis has concurred in this filing.

28                      Dated: June 24, 2008  */s/ Nathaniel Bruno*

-3-

W02-WEST:\400908235.1
Case No. C 07-04161 WHA

QUANTUM'S DECLARATION OF JONATHAN OTIS
SUPPORTING SEALING OF EXHIBIT H TO THE
DECLARATION OF TODD M. BRIGGS [DOCKET NO. 145]