AMAR L. THAKUR, Cal. Bar No. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:   (858) 720-8900
Facsimile:    (858) 509-3691
Email: athakur@sheppardmullin.com
         jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-2984
Facsimile:    415-434-6095
Electronic mail: nbruno@sheppardmullin.com

Attorneys for
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>            Counterclaimant,<br><br>    v.<br><br>QUANTUM CORPORATION,<br><br>            Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>            Counterclaimant,<br><br>    v.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>            Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>QUANTUM'S NARROWLY-TAILORED [PROPOSED] ORDER GRANTING SEALING OF EXHIBIT H TO THE DECLARATION OF TODD M. BRIGGS [DOCKET NO. 145] FILED IN CONNECTION WITH RIVERBED'S CLAIM CONSTRUCTION REPLY BRIEF<br><br>[Civil L.R. 79-5(d)]<br><br>Complaint Filed: August 14, 2007<br>Trial Date: March 30, 2009 |

**ORDER**

Upon compelling reasons shown pursuant to the Declaration of Jonathan Otis filed by Quantum Corporation as Docket No. 151 on June 24, 2008, IT IS HEREBY ORDERED that Exhibit H to the Declaration of Todd M. Briggs [Docket No. 145], which Exhibit H was filed under seal by Riverbed Technology, Inc. on June 19, 2008 pursuant to a motion to seal [Docket No. 147], shall remain sealed by the Clerk and shall not be placed in the public file.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                              Honorable William H. Alsup