1  [COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>       Counterclaimant,<br><br>  vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>       Counterdefendant.<br><hr>QUANTUM CORPORATION, a Delaware corporation,<br><br>       Counterclaimant,<br>  vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>       Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING RIVERBED LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS TO INCLUDE THE JOHNSON REFERENCE**<br><br>**[PATENT L.R. 3-7]** |

1   **WHEREAS** on April 17, 2008, Riverbed served its Preliminary Invalidity Contentions for
2   U.S. Patent No. 5,990,810 pursuant to Patent Local Rule 3-3 ("Preliminary Invalidity Contentions");
3   **WHEREAS** on May 6, 2008, Quantum Corporation ("Quantum") produced a reference by J.
4   Howard Johnson titled "Identifying Redundancy in Source Code using Fingerprints" (QU01034590-
5   602) ("Johnson reference");
6   **WHEREAS** Riverbed believes that the Johnson reference constitutes prior art to U.S. Patent
7   No. 5,990,810 ("'810 patent") under 35 U.S.C. §§ 102 and 103;
8   **WHEREAS** Riverbed requested and Quantum agreed to allow Riverbed to amend its
9   Preliminary Invalidity Contentions to include the Johnson reference;
10  **WHEREAS** Riverbed and Quantum, by and through their respective counsel, hereby
11  stipulate and agree to the entry of the present Order Granting Riverbed Leave to Amend Its
12  Preliminary Invalidity Contentions to Include the Johnson Reference;
13  **THEREFORE** the Court, by the parties' stipulation and agreement, finds that Riverbed has
14  satisfied the good cause requirement of Patent L.R. 3-7 and that Riverbed shall have seven (7) days
15  from the entry of this Order to amend its Preliminary Invalidity Contentions to incorporate the
16  Johnson reference.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Riverbed attests that counsel for Quantum whose electronic signature is provided has concurred in this filing.

Dated: June 25, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Nathaniel Bruno

Amar L. Thakur
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691

Nathaniel Bruno
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for QUANTUM CORPORATION

Dated: June 25, 2008

QUINN EMANUEL URQUHART OLIVER & LLP

By: /s/ Todd M. Briggs

Claude M. Stern
Todd M. Briggs
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: 650-801-5020
Facsimile: 650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable William H. Alsup
United States District Judge

51198/2551455.1

Case No. C07-04161 WHA

3   STIPULATION AND [PROPOSED] ORDER