1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
   Email:        claudestern@quinnemanuel.com
5                toddbriggs@quinnemanuel.com

6  Attorneys for RIVERBED TECHNOLOGY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | QUANTUM CORPORATION,                | CASE NO. C 07-4161 WHA
12 |         Plaintiff,                  | RIVERBED'S EX PARTE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM FOR THE JULY 2, 2008 TUTORIAL
13 |    vs.                              |
14 | RIVERBED TECHNOLOGY, INC.,          |
15 |         Defendant.                  | Date: July 2, 2008
                                           Time: 1:30 p.m.
16 |                                     | Place: Courtroom 9, Nineteenth Floor
   | RIVERBED TECHNOLOGY, INC.,          | Judge: The Hon. William H. Alsup
17 |
   |         Counterclaimant,            |
18 |
   |    vs.                              |
19 |
   | QUANTUM CORPORATION,                |
20 |
   |         Counterdefendant.           |
21

22

23

24

25

26

27

28

51198/2553392.1
Case No. C 07-04161 WHA                                          RIVERBED'S EX PARTE REQUEST

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-10 and General Order No. 58 IV.E., Defendant and Counterclaimant Riverbed Technology, Inc. ("Riverbed") hereby requests the Court's permission to bring the following equipment into the courtroom for use at the Tutorial on July 2, 2008:

1. 1 LCD Projector;
2. 1 Elmo Projector;
3. 1 Projector Stand;
4. 8 Foot Projection Stand;
5. 2 XGA Distribution Amplifiers;
6. 1 Digital Video Switcher;
7. 2 17" Flat Panel XGA LCD Monitors;
8. XGA & Power Cabling;
9. Speakers;
10. 2 extension cords;
11. 2 surge protectors.

The reason for this request is that counsel for Riverbed has prepared graphics for use at the Tutorial and these graphics have been created using PowerPoint, necessitating the need for equipment to demonstrate the material. (Declaration of Todd M. Briggs in Support of Riverbed's Ex Parte Request to Bring Equipment into the Courtroom on for the July 2, 2008 Tutorial.)

Respectfully submitted,

June 27, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/  Todd M. Briggs
Todd M. Briggs
Attorneys RIVERBED TECHNOLOGY, INC.