QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email:    claudestern@quinnemanuel.com
          toddbriggs@quinnemanuel.com

Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>　　　　Defendant.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>QUANTUM CORPORATION,<br><br>　　　　Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**[PROPOSED] ORDER GRANTING RIVERBED'S EX PARTE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM FOR THE JULY 2, 2008 TUTORIAL**<br><br>Date: July 2, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 9, Nineteenth Floor<br>Judge: The Hon. William H. Alsup |

1  The Court has considered the Ex Parte Request to Bring Equipment Into the Courtroom for the July 2, 2008 Tutorial submitted by Defendant and Counterclaimant Riverbed Technology, Inc. ("Riverbed"), all supporting papers, and any responses thereto.  Pursuant to General Order No. 58 IV.E. of the Northern District of California, Riverbed has timely requested permission to use electronic devices for the Tutorial scheduled for Wednesday, July 2, 2008 at 1:30 p.m.  Riverbed has shown good cause for this Court to grant the requested permission because Riverbed intends to use graphics during the Tutorial necessitating the use of electronic devices.

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** as follows:

Riverbed's Ex Parte Request to Bring Equipment Into the Courtroom for the July 2, 2008 Tutorial is **GRANTED**.  Riverbed and/or its vendor may bring the following equipment into the courtroom on Tuesday July 1, 2008 or Wednesday, July 2, 2008 for the Tutorial:

1. 1 LCD Projector;
2. 1 Elmo Projector;
3. 1 Projector Stand;
4. 8 Foot Projection Stand;
5. 2 XGA Distribution Amplifiers;
6. 1 Digital Video Switcher;
7. 2 17" Flat Panel XGA LCD Monitors;
8. XGA & Power Cabling;
9. Speakers;
10. 2 extension cords;
11. 2 surge protectors.

**IT IS SO ORDERED**.

_____, 2008

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE