QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100
Email:       claudestern@quinnemanuel.com
             toddbriggs@quinnemanuel.com

Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>            Defendant.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>            Counterclaimant,<br><br>    vs.<br><br>QUANTUM CORPORATION,<br><br>            Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF RIVERBED'S EX PARTE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM FOR THE JULY 2, 2008 TUTORIAL**<br><br>Date:  July 2, 2008<br>Time:  1:30 p.m.<br>Place: Courtroom 9, Nineteenth Floor<br>Judge: The Hon. William H. Alsup |

-1-

51198/2553568.1
Case No. C 07-04161 WHA

DECLARATION OF TODD BRIGGS
IN SUPPORT OF RIVERBED'S
EX PARTE REQUEST

I, Todd M. Briggs, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), counsel for Riverbed Technologies, Inc. ("Riverbed"). I submit this declaration in support of Riverbed's Ex Parte Request to Bring Equipment Into the Courtroom for the July 2, 2008 Tutorial. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. On May 28, 2008, the Court issued a Notice setting the Tutorial for July 2, 2008 at 1:30 p.m.

3. Counsel for Riverbed have several graphics for use at the Tutorial and these graphics were created using Power Point, necessitating the need for equipment to demonstrate the material.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2008 in Redwood Shores, California.

Dated: June 27, 2008

                /s/ Todd M. Briggs
                Todd M. Briggs