1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
4  Facsimile:   (650) 801-5100
   Email:       claudestern@quinnemanuel.com
5               toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  QUANTUM CORPORATION,                CASE NO. C 07-4161 WHA

13              Plaintiff,              [PROPOSED] ORDER GRANTING
                                        RIVERBED'S EX PARTE REQUEST
14       vs.                            TO BRING EQUIPMENT INTO
                                        THE COURTROOM FOR THE
15  RIVERBED TECHNOLOGY, INC.,          JULY 2, 2008 TUTORIAL

16              Defendant.              Date:  July 2, 2008
                                        Time:  1:30 p.m.
17  RIVERBED TECHNOLOGY, INC.,          Place: Courtroom 9, Nineteenth Floor
                                        Judge: The Hon. William H. Alsup
18              Counterclaimant,

19       vs.

20  QUANTUM CORPORATION,

21              Counterdefendant.

22

23

24

25

26

27

28

51198/2553488.1                              PROPOSED ORDER GRANTING
Case No. C 07-04161 WHA                      RIVERBED'S EX PARTE REQUEST

The Court has considered the Ex Parte Request to Bring Equipment Into the Courtroom for the July 2, 2008 Tutorial submitted by Defendant and Counterclaimant Riverbed Technology, Inc. ("Riverbed"), all supporting papers, and any responses thereto.  Pursuant to General Order No. 58 IV.E. of the Northern District of California, Riverbed has timely requested permission to use electronic devices for the Tutorial scheduled for Wednesday, July 2, 2008 at 1:30 p.m.  Riverbed has shown good cause for this Court to grant the requested permission because Riverbed intends to use graphics during the Tutorial necessitating the use of electronic devices.

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** as follows:

Riverbed's Ex Parte Request to Bring Equipment Into the Courtroom for the July 2, 2008 Tutorial is **GRANTED**.  Riverbed and/or its vendor may bring the following equipment into the courtroom on Tuesday July 1, 2008 or Wednesday, July 2, 2008 for the Tutorial:

1. 1 LCD Projector;
2. 1 Elmo Projector;
3. 1 Projector Stand;
4. 8 Foot Projection Stand;
5. 2 XGA Distribution Amplifiers;
6. 1 Digital Video Switcher;
7. 2 17" Flat Panel XGA LCD Monitors;
8. XGA & Power Cabling;
9. Speakers;
10. 2 extension cords;
11. 2 surge protectors.

**IT IS SO ORDERED**.

June 30            , 2008

IT IS SO ORDERED
Judge William Alsup

Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE