**[COUNSEL LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>Counterclaimant,<br>vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING RIVERBED LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS TO INCLUDE THE JOHNSON REFERENCE**<br><br>**[PATENT L.R. 3-7]** |

51198/2551455.1

Case No. C07-04161 WHA

1

STIPULATION AND [PROPOSED] ORDER .

1    **WHEREAS** on April 17, 2008, Riverbed served its Preliminary Invalidity Contentions for
2    U.S. Patent No. 5,990,810 pursuant to Patent Local Rule 3-3 ("Preliminary Invalidity Contentions");
3    **WHEREAS** on May 6, 2008, Quantum Corporation ("Quantum") produced a reference by J.
4    Howard Johnson titled "Identifying Redundancy in Source Code using Fingerprints" (QU01034590-
5    602) ("Johnson reference");
6    **WHEREAS** Riverbed believes that the Johnson reference constitutes prior art to U.S. Patent
7    No. 5,990,810 ("'810 patent") under 35 U.S.C. §§ 102 and 103;
8    **WHEREAS** Riverbed requested and Quantum agreed to allow Riverbed to amend its
9    Preliminary Invalidity Contentions to include the Johnson reference;
10   **WHEREAS** Riverbed and Quantum, by and through their respective counsel, hereby
11   stipulate and agree to the entry of the present Order Granting Riverbed Leave to Amend Its
12   Preliminary Invalidity Contentions to Include the Johnson Reference;
13   **THEREFORE** the Court, by the parties' stipulation and agreement, finds that Riverbed has
14   satisfied the good cause requirement of Patent L.R. 3-7 and that Riverbed shall have seven (7) days
15   from the entry of this Order to amend its Preliminary Invalidity Contentions to incorporate the
16   Johnson reference.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Riverbed attests that counsel for Quantum whose electronic signature is provided has concurred in this filing.

Dated: June 25, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Nathaniel Bruno

    Amar L. Thakur
    12275 El Camino Real, Suite 200
    San Diego, California  92130
    Telephone:  858-720-8900
    Facsimile:  858-509-3691

    Nathaniel Bruno
    Four Embarcadero Center, 17th Floor
    San Francisco, CA  94111-4106
    Telephone:  415.434.9100
    Facsimile:  415.434.3947

Attorneys for QUANTUM CORPORATION

Dated: June 25, 2008

QUINN EMANUEL URQUHART OLIVER & LLP

By: /s/ Todd M. Briggs

    Claude M. Stern
    Todd M. Briggs
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, CA  94065
    Telephone:  650-801-5020
    Facsimile:  650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2008.

IT IS SO ORDERED
Judge William Alsup

_____
Honorable William H. Alsup
United States District Judge