1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2     Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:  (650) 801-5000
4  Facsimile:   (650) 801-5100
   Email:      claudestern@quinnemanuel.com
5                toddbriggs@quinnemanuel.com

6  Attorneys for RIVERBED TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC.,<br><br>       Counterclaimant,<br><br>   vs.<br><br>QUANTUM CORPORATION,<br><br>       Counterdefendant.<br><br>QUANTUM CORPORATION,<br><br>       Counterclaimant,<br><br>   vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>       Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**SUPPLEMENTAL DECLARATION OF TODD M. BRIGGS IN SUPPORT OF RIVERBED'S MOTION FOR SUMMARY JUDGMENT OF:**<br><br>**(1) VALIDITY OF CLAIMS 26 AND 27 OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 102,**<br><br>**(2) VALIDITY OF ALL ASSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 103, AND**<br><br>**(3) VALIDITY OF ALL ASSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 112,**<br><br>AND<br><br>**OPPOSITION TO QUANTUM CORPORATION'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS**<br><br>Date:  July 17, 2008<br>Time:  8:00 a.m.<br>Judge:  The Honorable William Alsup |

1.     I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), counsel for Riverbed Technology, Inc. ("Riverbed"). I submit this supplemental declaration in support of Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2.     Attached hereto as **Exhibit G** is a true and correct copy of the final transcript for the deposition of Dr. David Mazieres taken on June 24, 2008. This exhibit is being filed under seal.

3.     Attached hereto as **Exhibit H** is a true and correct copy of the final transcript for the deposition of Mr. David Heisey taken on June 27, 2008. This exhibit is being filed under seal.

4.     Attached hereto as **Exhibit I** is a true and correct copy of the documents bearing the bates numbers from QUL0142 to QUL0144. These documents were produced to Riverbed by Quantum on June 24, 2008.

5.     Attached hereto as **Exhibit J** is a true and correct copy of a document bearing the bates numbers from QUL0121 to QUL0123. This document was produced to Riverbed by Quantum on June 23, 2008.

6.     Attached hereto as **Exhibit K** is a true and correct copy of a document bearing the bates number of QUL0120. This document was produced to Riverbed by Quantum on June 23, 2008.

7.     Attached hereto as **Exhibit L** is a true and correct copy of a letter from Todd M. Briggs to Mauricio Flores dated June 16, 2008.

8. Attached hereto as **Exhibit M** is a true and correct copy of an email from Todd M. Briggs to Nathaniel Bruno and Mauricio Flores dated June 17, 2008.

9. Attached hereto as **Exhibit N** is a true and correct copy of an email from Todd M. Briggs to Nathaniel Bruno and Mauricio Flores dated June 23, 2008.

10. Attached hereto as **Exhibit O** are true and correct copies of five emails from Nathaniel Bruno to Todd M. Briggs. The first four emails are dated June 24, 2008 and the fifth is dated June 25, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2008 in Redwood Shores, California.

Dated: July 2, 2008

                                                /s/ Todd M. Briggs
                                                Todd M. Briggs