# EXHIBIT G

NO PUBLIC VERSION
CONFIDENTIAL VERSION FILED UNDER SEAL