# EXHIBIT H

**NO PUBLIC VERSION**
**CONFIDENTIAL VERSION FILED UNDER SEAL**