# EXHIBIT I

## Main Identity

| | |
|---|---|
| **From:** | "David Mazieres (address expires 22 Apr 2008)" <mazieres-gij8ikre8utvgzj4qdmes6s4g6@temporary-address.scs.stanford.edu> |
| **To:** | "Amar Thakur" <AThakur@sheppardmullin.com> |
| **Cc:** | "Rebecca Roberts" <rroberts@sheppardmullin.com> |
| **Sent:** | Wednesday, January 23, 2008 3:43 PM |
| **Subject:** | Re: Patent Litigation - Expert Witness |

"Amar Thakur" <AThakur@sheppardmullin.com> writes:

> I am flexible.  How about later at 9:00pm or so?  You can meet me at my
> hotel (Clift Hotel).  I already have a dinner appointment from 8pm to
> 9pm, but we could have a drink at the hotel bar.

9pm on the 30th at the Clift Hotel works great.  I'll see you then.

David

QUL0142

6/23/2008

6/23/2008

## Main Identity

**From:** "David Mazieres (address expires 29 Apr 2008)" <mazieres-6qcwk3hkd5pxect5t96cj9vths@temporary-address.scs.stanford.edu>
**To:** "Amar Thakur" <AThakur@sheppardmullin.com>
**Cc:** "Rebecca Roberts" <rroberts@sheppardmullin.com>
**Sent:** Wednesday, January 30, 2008 10:58 AM
**Subject:** Re: Patent Litigation - Expert Witness

Just confirming our meeting this evening at 9pm at the Clift Hotel. Should I just ask them to call up to your room, or will we meet downstairs in the lounge/bar area?

If there's any problem, my cell number is 415-215-0358.

David

QUL0143

6/23/2008

**Main Identity**

| | |
|---|---|
| From: | "David Mazieres (address expires 30 Apr 2008)" <mazieres-2signfrqvhiff27nv5pxk6bf3e@temporary-address.scs.stanford.edu> |
| To: | "Amar Thakur" <AThakur@sheppardmullin.com> |
| Cc: | "Rebecca Roberts" <rroberts@sheppardmullin.com> |
| Sent: | Thursday, January 31, 2008 12:55 PM |
| Subject: | Re: Patent Litigation - Expert Witness |

Hi, good meeting you last night.

You mentioned you wanted my CV. I've updated my CV, and you can find a copy here:

    http://www.scs.stanford.edu/~dm/cv.pdf

Please email me the patent you mentioned.

Thanks,
David

QUL0144

6/23/2008