# EXHIBIT J



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

12275 El Camino Real | Suite 200 | San Diego, CA 92130-2006
858-720-8900 office | 858-509-3691 fax | www.sheppardmullin.com

Writer's Direct Line: 858-720-8963
athakur@sheppardmullin.com

February 11, 2008

Our File Number: 16HC-132982

**VIA EMAIL**

Dr. David Mazieres
Stanford Computer Science
353 Serra Mall, Room 290
Stanford, CA 94305
(415) 215-0358

        Re:    *Quantum Corporation v. Riverbed Technology, Inc.*
                Northern District of California Case No. C-07-04161-WHA

Dear Dr. Mazieres:

        Quantum Corporation ("Quantum") has authorized Sheppard, Mullin, Richter & Hampton LLP ("SMR&H") to retain your services as a consultant to Quantum in connection with the litigation entitled *Quantum Corporation v. Riverbed Technology, Inc.*, Northern District of California Case No. C-07-04161-WHA and *Riverbed Technology, Inc. v. Quantum Corporation, A.C.N. 120 786 012 PTY Ltd. and Rocksoft Ltd.*, District Court of Delaware, Case No. 08-016-***-MPT (collectively, the "Litigation"). Terms pertinent to that retention are described below.

        1.    You shall provide consultancy services to SMR&H and Quantum as requested in connection with the Litigation. All such services are part of an attorney-client privileged investigation and/or in preparation for litigation. Consequently, all your consultancy work and all communications related thereto are subject to the attorney-client privilege and/or attorney work product doctrine and should not be disclosed to anyone outside Quantum or SMR&H without SMR&H and Quantum's prior, express consent. Additionally, any written communications or documents (including notes), which you prepare during the course of your consultancy work, should bear the following notation.

"Attorney-Client Privileged
Attorney Work Product
Do Not Duplicate or Disseminate."

        2.    You also should consider all information disclosed to you in the course of your consultancy work by Quantum, SMR&H, or any of their representatives, agents, consultants or experts retained in connection with the Litigation as proprietary, and you should not disclose

QUL0121

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dr. David Mazieres
February 11, 2008
Page 2

such information to any third party or use it for any purpose without SMR&H and Quantum's prior, express consent.

    3.  Upon completion of your consultancy work, your obligation not to disclose information obtained during the course of your consultancy work, as described in Paragraphs 1 and 2 above, shall continue after completion of that work.

    4.  You will be paid US $400.00 per hour as compensation for your consultancy work. You will be reimbursed for first class airfare only if business class airfare is not available within a reasonable time of your travel needs. You shall only be compensated for work which SMR&H specifically directs and approves in advance of performing such work.

    5.  To receive payment for your consultancy work or reimbursement for travel expenses, you must submit monthly invoices itemizing all hours and days worked, describing the tasks performed during those hours and days, itemizing and describing all travel expenses, and including all receipts for travel expenses. Quantum, not SMR&H, is responsible for payment of your fees and costs. The invoices should be addressed to Quantum Corporation c/o Amar L. Thakur, Sheppard, Mullin, Richter & Hampton, 12275 El Camino Real, Suite 200, San Diego, CA, 92130.

    6.  You shall not utilize or employ third persons in connection with your consultancy work without first identifying all such persons to SMR&H in writing and obtaining its prior written consent. No payments shall be made to any such third person unless, in each case, such payments are authorized in advance in writing by SMR&H.

/ / / / /

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dr. David Mazieres
February 11, 2008
Page 3

      I trust that you will find the above provisions acceptable. If so, I would appreciate your executing the acknowledgment appearing below and returning this letter to me at your earliest convenience.

      Sincerely,

      *Amar L. Thakur*

      Amar L. Thakur

      for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:6RAS1\400706393.1

## ACKNOWLEDGMENT

ACCEPTED and AGREED

_____
Dr. David Mazieres

Dated: February 13, 2008

QUL0123