# EXHIBIT K

**Main Identity**

| | |
|---|---|
| From: | "David Mazieres (address expires 08 Apr 2008)" <mazieres-qfvsfq3dk7hyy9nsyiywy3f7fe@temporary-address.scs.stanford.edu> |
| To: | "Rebecca Roberts" <rroberts@sheppardmullin.com> |
| Cc: | "Amar Thakur" <AThakur@sheppardmullin.com> |
| Sent: | Wednesday, January 09, 2008 6:34 PM |
| Subject: | Re: Patent Litigation - Expert Witness |

"Rebecca Roberts" <rroberts@sheppardmullin.com> writes:

> Dear Professor Mazieres,
>
> My name is Rebecca Roberts and I am an attorney at Sheppard Mullin
> Richter & Hampton LLC. I just left you a voice mail. We represent
> Quantum Corporation in a patent infringement lawsuit against Riverbed
> Technologies, which is proceeding in San Francisco, CA. The primary
> patent at issue is US Patent Number 5,990,810, entitled Method for
> Partitioning a Block of Data into Subblocks and for Storing and
> Communicating Such Subblocks, a copy of which is attached. We are
> looking for expert witness assistance on this matter. Based upon your
> publicly available biographical information, we think you may be a good
> fit. Our lead attorney, Amar Thakur, will be in the San Jose area
> tomorrow and would like to meet with you if at all possible. Please
> give me a call at your convenience (858) 720 8951. Thank you.
>
> Regards,
> Rebecca Roberts

Hi. I am potentially interested in this. Is Quantum the plaintiff or defendant?

Right now I am kind of sick and probably won't be spending much time at Stanford tomorrow except to teach my lecture. I live in San Francisco, though, so if you guys are in San Francisco in the near future, perhaps we could meet there.

David

QUL0120

6/23/2008