# EXHIBIT L

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5020**

WRITER'S INTERNET ADDRESS
**toddbriggs@quinnemanuel.com**

June 16, 2008

*VIA E-MAIL*

Mauricio Flores
Sheppard, Mullin, Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006

Re:   Riverbed Technology, Inc. v. Quantum Corp., Case No. 07-04161

Dear Mauricio,

Concurrently with this letter we are serving deposition notices for David E. Heisey and David Mazieres. We intend to focus the depositions on the assertions made in the declaration Mr. Heisey provided in support of Quantum's opposition to Riverbed's Motion for Summary Judgment. (Docket No. 125.) Because Riverbed's reply is due on June 19, 2008, we must take these depositions no later than June 18, 2008.

Prior to these depositions, we request that you produce all documents that support the assertions made in Mr. Heisey's declaration including but not limited to:

   1. All documents and communications demonstrating that "Sheppard Mullin diligently and thoroughly researched and interviewed a number of experts relating to the '249 patent" including all evidence that Sheppard Mullin traveled "throughout the United States" in search of an expert for the '249 patent.

   2. All documents and communications demonstrating that "Dr. Mazieres was ill in January 2008."

   3. All documents and communications demonstrating that "Dr. Mazieres was formally engaged as an expert for Quantum on February 13, 2008."

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL (212) 702-8100 FAX (212) 702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700

51198/2542480.1

Mauricio Flores
June 16, 2008
Page 2

    4. All documents and communications demonstrating that "Sheppard Mullin attorneys including [Mr. Heisey] worked diligently to draft Quantum's Proposed amended Preliminary Invalidity Contentions."

    5. All documents and communications supporting Mr. Heisey's assertion that there were "multiple drafts" of Quantum's proposed amended invalidity contentions and that there was "close and frequent interaction with Dr. Mazieres and Quantum employees."

These documents should be readily available to Quantum and we expect them to be produced no later than the close of business on June 17, 2008. Should you have any questions, please feel free to contact me.

Very truly yours,

*[signature: Todd Briggs]*

Todd M. Briggs

51198/2542480.1