# EXHIBIT O

| | |
|---|---|
| **From:** | Nate Bruno [NBruno@sheppardmullin.com] |
| **Sent:** | Tuesday, June 24, 2008 6:25 PM |
| **To:** | Todd Briggs; Mauricio Flores |
| **Cc:** | Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey |
| **Subject:** | RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #3 |
| **Attachments:** | QUL0301-0348.pdf; QUL0349-0393.pdf |

Todd:

Subject to the statements below, attached to this e-mail #3 are QUL0301-QUL0393.

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Tuesday, June 24, 2008 6:24 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; 'Andrew Bramhall'; 'Claude M. Stern'; 'Sandra Nichols'; 'Cristina Herrera'; 'Benjamin Koodrich'; 'Rene Unger'; 'David Wei, Jr.'; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #2

Todd:

Subject to the statements below, attached to this e-mail #2 are QUL0215-QUL0300.

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Tuesday, June 24, 2008 6:22 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; 'Andrew Bramhall'; 'Claude M. Stern'; 'Sandra Nichols'; 'Cristina Herrera'; 'Benjamin Koodrich'; 'Rene Unger'; 'David Wei, Jr.'; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #1

Todd:

Attached to this and the following e-mails, please find additional documents Quantum is producing from the files of Dr. David Mazieres. Altogether, Quantum is today producing documents with Bates numbers QUL0134-QUL0439. Pursuant to Paragraph 14 of Judge Alsup's Supplemental Order, the source where these documents were searched for and found was the files of Dr. David Mazieres. Quantum has withheld several documents as protected by the work product doctrine because they would reveal substantive analysis and mental impressions, conclusions, opinions, or legal theories about the case and issues in the case. Quantum's production of all these

documents is subject to and without waiving all objections, including but not limited to objections based on the attorney-client privilege and the work product doctrine.

Attached to this e-mail #1 - QUL0139-QUL0214.

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Monday, June 23, 2008 5:44 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 23, 2008 Production

Todd:

Attached please find the non-privileged documents Quantum is producing in response to the informal requests in your letter dated June 16, 2008. The documents are marked with Bates numbers QUL0120 - QUL0138. Quantum produces these documents subject to and without waiving all objections, including but not limited to objections based on the attorney-client privilege and the work product doctrine.

Pursuant to Paragraph 14 of Judge Alsup's Supplemental Order, the source where these documents were searched for and found was the files of Dr. David Mazieres.

Best regards, Nate

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, June 23, 2008 12:21 PM
**To:** Nate Bruno; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey; Todd Briggs
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Nate:

I am following up on our request for documents relating to Dr. Mazieres' and Mr. Heisey's depositions. Dr. Mazieres' deposition is scheduled for tomorrow at 10 a.m. Thus we need these documents by the close of business today. Quantum has had nearly a week to collect this set of document and produce them.

Best Regards, Todd

---

**From:** Todd Briggs
**Sent:** Tuesday, June 17, 2008 11:05 AM
**To:** Nate Bruno; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey; Todd Briggs
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Nate:

Under the circumstances, we believe that it is entirely reasonable to expect Mr. Heisey and Dr. Mazieres to be available on June 18 for deposition. Mr. Heisey made numerous factual assertions (including assertions that Dr. Mazieres would have personal knowledge of) in support of Quantum's opposition to Riverbed's motion for summary judgment. Riverbed is entitled explore those factual assertions with Mr. Heisey and Dr. Mazieres before it files its reply brief on June 19.

Nevertheless, we would be agreeable to moving the hearing date for Riverbed's summary judgment motion and Quantum's motion to amend to July 10. As a practical matter, it is likely that Judge Alsup will deal with both motions at the same time anyway. To allow time for Mr. Heisey's and Dr. Mazieres' depositions, we propose making Riverbed's reply and opposition due on June 26 and Quantum's reply due on July 3. We also want to include in the stipulation the deposition dates for Mr. Heisey and Dr. Mazieres. We propose having both depositions on June 19 or 20. We do not anticipate that either deposition will last more than a few hours.

With respect to what you characterize as our "informal" requests for documents, we note that the requests in my letter are covered by several outstanding document requests. See, e.g., Riverbed Request No. 134 (seeking documents and communications that "relate to Quantum's communications or contacts with third parties, including but not limited to experts, regarding this litigation"); see also Riverbed Request Nos. 135-141. Consequently, Quantum currently has an obligation to produce these documents.

Please let us know if our proposal is acceptable as soon as possible.

Thanks, Todd

---

**From:** Nate Bruno [mailto:NBruno@sheppardmullin.com]
**Sent:** Monday, June 16, 2008 1:52 PM
**To:** Todd Briggs; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Todd:

We received Riverbed's deposition notices from your firm requesting depositions of Dr. Mazieres and Mr. Heisey to be taken on June 18. It is not reasonable to expect them to be present for a deposition this Thursday, much less a deposition at your offices in Redwood Shores. Judge Alsup's Supplemental Order provides that a party should rarely expect an agreement to a deposition sooner than seven days from the request, and Riverbed's request is made only three days in advance of the proposed deposition date. Furthermore, Riverbed has made an informal request for documents that should be served as a set of document requests with a 30-day response period pursuant to Fed. R. Civ. P 34.

We have a reasonable solution to propose. As you know, Quantum filed a Motion to Amend its Preliminary Invalidity Contentions on June 12. The hearing on Quantum's motion is set for July 17. Quantum's motion deals with many of the same issues raised by Riverbed's Motion for Summary Judgment of Validity (set for hearing on July 3), including the facts attested to by Mr. Heisey regarding Quantum's invalidity contentions. It makes sense for these motions to be heard together.

Therefore, we propose the parties stipulate pursuant to Civil Local Rule 6-1(b) that the hearing on Riverbed's MSJ

of Validity be moved from July 3 to July 17 to coincide with the hearing on Quantum's Motion to Amend. Due to the operation of Civil Local Rule 7-3(c), moving the hearing on Riverbed's MSJ to July 17 would have the effect of moving Riverbed's Reply date regarding its MSJ to July 3 (instead of the current Reply date of this Thursday, June 19). It would also increase efficiency and lessen the burden on the Court of hearing two similar motions on different dates. By this stipulation, we do not waive any objections to the deposition notices to Dr. Mazieres and Mr. Heisey or the informal request Riverbed has made for documents, but the extra two weeks will give us the time we need to meet and confer regarding the depositions, their potential scope and location, and any documents Riverbed is requesting.

Please let us know as soon as possible whether Riverbed agrees to move its MSJ hearing to July 17. We will draft up a stipulation to that effect should Riverbed agree, and are available to meet and confer regarding the depositions.

Best regards, Nate



Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
415.434.9100 *office*
415.434.3947 *fax*
**www.sheppardmullin.com**

**Nathaniel Bruno**
*Attorney*
415.774.2984 *direct* | 415.403.6095 *direct fax*
NBruno@sheppardmullin.com | Bio

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, June 16, 2008 11:19 AM
**To:** Mauricio Flores
**Cc:** Amar Thakur; Nate Bruno; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice
**Subject:** Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Please see attached letter and deposition notices.

Todd M. Briggs
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5020
Fax: (650) 801-5100

| | |
|---|---|
| From: | Nate Bruno [NBruno@sheppardmullin.com] |
| Sent: | Tuesday, June 24, 2008 6:29 PM |
| To: | Todd Briggs; Mauricio Flores |
| Cc: | Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey |
| Subject: | RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #4 |
| Attachments: | QUL0394-0439.pdf |

Todd:

Subject to the statements below, attached to this final e-mail #4 are QUL0394-QUL0439.

Note that a large portion of the pages produced today, QUL0268-QUL0435, consists of the '249 patent file history previously produced in this action.

**Please kindly respond to confirm you have received the four e-mails with QUL0134-QUL0439 attached.**

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Tuesday, June 24, 2008 6:25 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; 'Andrew Bramhall'; 'Claude M. Stern'; 'Sandra Nichols'; 'Cristina Herrera'; 'Benjamin Koodrich'; 'Rene Unger'; 'David Wei, Jr.'; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #3

Todd:

Subject to the statements below, attached to this e-mail #3 are QUL0301-QUL0393.

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Tuesday, June 24, 2008 6:24 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; 'Andrew Bramhall'; 'Claude M. Stern'; 'Sandra Nichols'; 'Cristina Herrera'; 'Benjamin Koodrich'; 'Rene Unger'; 'David Wei, Jr.'; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #2

Todd:

Subject to the statements below, attached to this e-mail #2 are QUL0215-QUL0300.

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Tuesday, June 24, 2008 6:22 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; 'Andrew Bramhall'; 'Claude M. Stern'; 'Sandra Nichols'; 'Cristina Herrera'; 'Benjamin Koodrich'; 'Rene Unger'; 'David Wei, Jr.'; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #1

Todd:

Attached to this and the following e-mails, please find additional documents Quantum is producing from the files of Dr. David Mazieres. Altogether, Quantum is today producing documents with Bates numbers QUL0134-QUL0439. Pursuant to Paragraph 14 of Judge Alsup's Supplemental Order, the source where these documents were searched for and found was the files of Dr. David Mazieres. Quantum has withheld several documents as protected by the work product doctrine because they would reveal substantive analysis and mental impressions, conclusions, opinions, or legal theories about the case and issues in the case. Quantum's production of all these documents is subject to and without waiving all objections, including but not limited to objections based on the attorney-client privilege and the work product doctrine.

Attached to this e-mail #1 - QUL0139-QUL0214.

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Monday, June 23, 2008 5:44 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 23, 2008 Production

Todd:

Attached please find the non-privileged documents Quantum is producing in response to the informal requests in your letter dated June 16, 2008. The documents are marked with Bates numbers QUL0120 - QUL0138. Quantum produces these documents subject to and without waiving all objections, including but not limited to objections based on the attorney-client privilege and the work product doctrine.

Pursuant to Paragraph 14 of Judge Alsup's Supplemental Order, the source where these documents were searched for and found was the files of Dr. David Mazieres.

Best regards, Nate

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, June 23, 2008 12:21 PM
**To:** Nate Bruno; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei,

Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey; Todd Briggs
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Nate:

I am following up on our request for documents relating to Dr. Mazieres' and Mr. Heisey's depositions. Dr. Mazieres' deposition is scheduled for tomorrow at 10 a.m. Thus we need these documents by the close of business today. Quantum has had nearly a week to collect this set of document and produce them.

Best Regards, Todd

---

**From:** Todd Briggs
**Sent:** Tuesday, June 17, 2008 11:05 AM
**To:** Nate Bruno; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey; Todd Briggs
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Nate:

Under the circumstances, we believe that it is entirely reasonable to expect Mr. Heisey and Dr. Mazieres to be available on June 18 for deposition. Mr. Heisey made numerous factual assertions (including assertions that Dr. Mazieres would have personal knowledge of) in support of Quantum's opposition to Riverbed's motion for summary judgment. Riverbed is entitled explore those factual assertions with Mr. Heisey and Dr. Mazieres before it files its reply brief on June 19.

Nevertheless, we would be agreeable to moving the hearing date for Riverbed's summary judgment motion and Quantum's motion to amend to July 10. As a practical matter, it is likely that Judge Alsup will deal with both motions at the same time anyway. To allow time for Mr. Heisey's and Dr. Mazieres' depositions, we propose making Riverbed's reply and opposition due on June 26 and Quantum's reply due on July 3. We also want to include in the stipulation the deposition dates for Mr. Heisey and Dr. Mazieres. We propose having both depositions on June 19 or 20. We do not anticipate that either deposition will last more than a few hours.

With respect to what you characterize as our "informal" requests for documents, we note that the requests in my letter are covered by several outstanding document requests. See, e.g., Riverbed Request No. 134 (seeking documents and communications that "relate to Quantum's communications or contacts with third parties, including but not limited to experts, regarding this litigation"); see also Riverbed Request Nos. 135-141. Consequently, Quantum currently has an obligation to produce these documents.

Please let us know if our proposal is acceptable as soon as possible.

Thanks, Todd

---

**From:** Nate Bruno [mailto:NBruno@sheppardmullin.com]
**Sent:** Monday, June 16, 2008 1:52 PM
**To:** Todd Briggs; Mauricio Flores

**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Todd:

We received Riverbed's deposition notices from your firm requesting depositions of Dr. Mazieres and Mr. Heisey to be taken on June 18. It is not reasonable to expect them to be present for a deposition this Thursday, much less a deposition at your offices in Redwood Shores. Judge Alsup's Supplemental Order provides that a party should rarely expect an agreement to a deposition sooner than seven days from the request, and Riverbed's request is made only three days in advance of the proposed deposition date. Furthermore, Riverbed has made an informal request for documents that should be served as a set of document requests with a 30-day response period pursuant to Fed. R. Civ. P 34.

We have a reasonable solution to propose. As you know, Quantum filed a Motion to Amend its Preliminary Invalidity Contentions on June 12. The hearing on Quantum's motion is set for July 17. Quantum's motion deals with many of the same issues raised by Riverbed's Motion for Summary Judgment of Validity (set for hearing on July 3), including the facts attested to by Mr. Heisey regarding Quantum's invalidity contentions. It makes sense for these motions to be heard together.

Therefore, we propose the parties stipulate pursuant to Civil Local Rule 6-1(b) that the hearing on Riverbed's MSJ of Validity be moved from July 3 to July 17 to coincide with the hearing on Quantum's Motion to Amend. Due to the operation of Civil Local Rule 7-3(c), moving the hearing on Riverbed's MSJ to July 17 would have the effect of moving Riverbed's Reply date regarding its MSJ to July 3 (instead of the current Reply date of this Thursday, June 19). It would also increase efficiency and lessen the burden on the Court of hearing two similar motions on different dates. By this stipulation, we do not waive any objections to the deposition notices to Dr. Mazieres and Mr. Heisey or the informal request Riverbed has made for documents, but the extra two weeks will give us the time we need to meet and confer regarding the depositions, their potential scope and location, and any documents Riverbed is requesting.

Please let us know as soon as possible whether Riverbed agrees to move its MSJ hearing to July 17. We will draft up a stipulation to that effect should Riverbed agree, and are available to meet and confer regarding the depositions.

Best regards, Nate

---

| ☒ Right-click here to download pictures. To help protect your | Four Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111-4109<br>415.434.9100 *office*<br>415.434.3947 *fax*<br>*www.sheppardmullin.com* |

**Nathaniel Bruno**
*Attorney*
415.774.2984 *direct* | 415.403.6095 *direct fax*
NBruno@sheppardmullin.com | *Bio*

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

<u>Attention</u>: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, June 16, 2008 11:19 AM
**To:** Mauricio Flores
**Cc:** Amar Thakur; Nate Bruno; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice
**Subject:** Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Please see attached letter and deposition notices.

Todd M. Briggs
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5020
Fax: (650) 801-5100

| | |
|---|---|
| From: | Nate Bruno [NBruno@sheppardmullin.com] |
| Sent: | Tuesday, June 24, 2008 6:22 PM |
| To: | Todd Briggs; Mauricio Flores |
| Cc: | Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey |
| Subject: | RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #1 |
| Attachments: | QUL0139-0168.pdf; QUL0169-0214.pdf |

Todd:

Attached to this and the following e-mails, please find additional documents Quantum is producing from the files of Dr. David Mazieres. Altogether, Quantum is today producing documents with Bates numbers QUL0134-QUL0439. Pursuant to Paragraph 14 of Judge Alsup's Supplemental Order, the source where these documents were searched for and found was the files of Dr. David Mazieres. Quantum has withheld several documents as protected by the work product doctrine because they would reveal substantive analysis and mental impressions, conclusions, opinions, or legal theories about the case and issues in the case. Quantum's production of all these documents is subject to and without waiving all objections, including but not limited to objections based on the attorney-client privilege and the work product doctrine.

Attached to this e-mail #1 - QUL0139-QUL0214.

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Monday, June 23, 2008 5:44 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 23, 2008 Production

Todd:

Attached please find the non-privileged documents Quantum is producing in response to the informal requests in your letter dated June 16, 2008. The documents are marked with Bates numbers QUL0120 - QUL0138. Quantum produces these documents subject to and without waiving all objections, including but not limited to objections based on the attorney-client privilege and the work product doctrine.

Pursuant to Paragraph 14 of Judge Alsup's Supplemental Order, the source where these documents were searched for and found was the files of Dr. David Mazieres.

Best regards, Nate

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, June 23, 2008 12:21 PM
**To:** Nate Bruno; Mauricio Flores

**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey; Todd Briggs
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Nate:

I am following up on our request for documents relating to Dr. Mazieres' and Mr. Heisey's depositions. Dr. Mazieres' deposition is scheduled for tomorrow at 10 a.m. Thus we need these documents by the close of business today. Quantum has had nearly a week to collect this set of document and produce them.

Best Regards, Todd

---

**From:** Todd Briggs
**Sent:** Tuesday, June 17, 2008 11:05 AM
**To:** Nate Bruno; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey; Todd Briggs
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Nate:

Under the circumstances, we believe that it is entirely reasonable to expect Mr. Heisey and Dr. Mazieres to be available on June 18 for deposition. Mr. Heisey made numerous factual assertions (including assertions that Dr. Mazieres would have personal knowledge of) in support of Quantum's opposition to Riverbed's motion for summary judgment. Riverbed is entitled explore those factual assertions with Mr. Heisey and Dr. Mazieres before it files its reply brief on June 19.

Nevertheless, we would be agreeable to moving the hearing date for Riverbed's summary judgment motion and Quantum's motion to amend to July 10. As a practical matter, it is likely that Judge Alsup will deal with both motions at the same time anyway. To allow time for Mr. Heisey's and Dr. Mazieres' depositions, we propose making Riverbed's reply and opposition due on June 26 and Quantum's reply due on July 3. We also want to include in the stipulation the deposition dates for Mr. Heisey and Dr. Mazieres. We propose having both depositions on June 19 or 20. We do not anticipate that either deposition will last more than a few hours.

With respect to what you characterize as our "informal" requests for documents, we note that the requests in my letter are covered by several outstanding document requests. See, e.g., Riverbed Request No. 134 (seeking documents and communications that "relate to Quantum's communications or contacts with third parties, including but not limited to experts, regarding this litigation"); see also Riverbed Request Nos. 135-141. Consequently, Quantum currently has an obligation to produce these documents.

Please let us know if our proposal is acceptable as soon as possible.

Thanks, Todd

---

**From:** Nate Bruno [mailto:NBruno@sheppardmullin.com]

**Sent:** Monday, June 16, 2008 1:52 PM
**To:** Todd Briggs; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Todd:

We received Riverbed's deposition notices from your firm requesting depositions of Dr. Mazieres and Mr. Heisey to be taken on June 18. It is not reasonable to expect them to be present for a deposition this Thursday, much less a deposition at your offices in Redwood Shores. Judge Alsup's Supplemental Order provides that a party should rarely expect an agreement to a deposition sooner than seven days from the request, and Riverbed's request is made only three days in advance of the proposed deposition date. Furthermore, Riverbed has made an informal request for documents that should be served as a set of document requests with a 30-day response period pursuant to Fed. R. Civ. P 34.

We have a reasonable solution to propose. As you know, Quantum filed a Motion to Amend its Preliminary Invalidity Contentions on June 12. The hearing on Quantum's motion is set for July 17. Quantum's motion deals with many of the same issues raised by Riverbed's Motion for Summary Judgment of Validity (set for hearing on July 3), including the facts attested to by Mr. Heisey regarding Quantum's invalidity contentions. It makes sense for these motions to be heard together.

Therefore, we propose the parties stipulate pursuant to Civil Local Rule 6-1(b) that the hearing on Riverbed's MSJ of Validity be moved from July 3 to July 17 to coincide with the hearing on Quantum's Motion to Amend. Due to the operation of Civil Local Rule 7-3(c), moving the hearing on Riverbed's MSJ to July 17 would have the effect of moving Riverbed's Reply date regarding its MSJ to July 3 (instead of the current Reply date of this Thursday, June 19). It would also increase efficiency and lessen the burden on the Court of hearing two similar motions on different dates. By this stipulation, we do not waive any objections to the deposition notices to Dr. Mazieres and Mr. Heisey or the informal request Riverbed has made for documents, but the extra two weeks will give us the time we need to meet and confer regarding the depositions, their potential scope and location, and any documents Riverbed is requesting.

Please let us know as soon as possible whether Riverbed agrees to move its MSJ hearing to July 17. We will draft up a stipulation to that effect should Riverbed agree, and are available to meet and confer regarding the depositions.

Best regards, Nate



Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
415.434.9100 *office*
415.434.3947 *fax*
www.sheppardmullin.com

**Nathaniel Bruno**
*Attorney*
415.774.2984 *direct* | 415.403.6095 *direct fax*
NBruno@sheppardmullin.com | *Bio*

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter

addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, June 16, 2008 11:19 AM
**To:** Mauricio Flores
**Cc:** Amar Thakur; Nate Bruno; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice
**Subject:** Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Please see attached letter and deposition notices.

Todd M. Briggs
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5020
Fax: (650) 801-5100

| | |
|---|---|
| **From:** | Nate Bruno [NBruno@sheppardmullin.com] |
| **Sent:** | Tuesday, June 24, 2008 6:24 PM |
| **To:** | Todd Briggs; Mauricio Flores |
| **Cc:** | Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey |
| **Subject:** | RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #2 |
| **Attachments:** | QUL0215-0263.pdf; QUL0264-0300.pdf |

Todd:

Subject to the statements below, attached to this e-mail #2 are QUL0215-QUL0300.

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Tuesday, June 24, 2008 6:22 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; 'Andrew Bramhall'; 'Claude M. Stern'; 'Sandra Nichols'; 'Cristina Herrera'; 'Benjamin Koodrich'; 'Rene Unger'; 'David Wei, Jr.'; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 24, 2008 Production - E-mail #1

Todd:

Attached to this and the following e-mails, please find additional documents Quantum is producing from the files of Dr. David Mazieres. Altogether, Quantum is today producing documents with Bates numbers QUL0134-QUL0439. Pursuant to Paragraph 14 of Judge Alsup's Supplemental Order, the source where these documents were searched for and found was the files of Dr. David Mazieres. Quantum has withheld several documents as protected by the work product doctrine because they would reveal substantive analysis and mental impressions, conclusions, opinions, or legal theories about the case and issues in the case. Quantum's production of all these documents is subject to and without waiving all objections, including but not limited to objections based on the attorney-client privilege and the work product doctrine.

Attached to this e-mail #1 - QUL0139-QUL0214.

Best regards, Nate

---

**From:** Nate Bruno
**Sent:** Monday, June 23, 2008 5:44 PM
**To:** 'Todd Briggs'; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices - Quantum's June 23, 2008 Production

Todd:

Attached please find the non-privileged documents Quantum is producing in response to the informal requests in your letter dated June 16, 2008. The documents are marked with Bates numbers QUL0120 - QUL0138. Quantum produces these documents subject to and without waiving all objections, including but not limited to objections based on the attorney-client privilege and the work product doctrine.

Pursuant to Paragraph 14 of Judge Alsup's Supplemental Order, the source where these documents were searched for and found was the files of Dr. David Mazieres.

Best regards, Nate

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, June 23, 2008 12:21 PM
**To:** Nate Bruno; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey; Todd Briggs
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Nate:

I am following up on our request for documents relating to Dr. Mazieres' and Mr. Heisey's depositions. Dr. Mazieres' deposition is scheduled for tomorrow at 10 a.m. Thus we need these documents by the close of business today. Quantum has had nearly a week to collect this set of document and produce them.

Best Regards, Todd

---

**From:** Todd Briggs
**Sent:** Tuesday, June 17, 2008 11:05 AM
**To:** Nate Bruno; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey; Todd Briggs
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Nate:

Under the circumstances, we believe that it is entirely reasonable to expect Mr. Heisey and Dr. Mazieres to be available on June 18 for deposition. Mr. Heisey made numerous factual assertions (including assertions that Dr. Mazieres would have personal knowledge of) in support of Quantum's opposition to Riverbed's motion for summary judgment. Riverbed is entitled explore those factual assertions with Mr. Heisey and Dr. Mazieres before it files its reply brief on June 19.

Nevertheless, we would be agreeable to moving the hearing date for Riverbed's summary judgment motion and Quantum's motion to amend to July 10. As a practical matter, it is likely that Judge Alsup will deal with both motions at the same time anyway. To allow time for Mr. Heisey's and Dr. Mazieres' depositions, we propose making Riverbed's reply and opposition due on June 26 and Quantum's reply due on July 3. We also want to include in the stipulation the deposition dates for Mr. Heisey and Dr. Mazieres. We propose having both depositions on June 19 or 20. We do not anticipate that either deposition will last more than a few hours.

With respect to what you characterize as our "informal" requests for documents, we note that the requests in my letter are covered by several outstanding document requests. See, e.g., Riverbed Request No. 134 (seeking documents and communications that "relate to Quantum's communications or contacts with third parties, including but not limited to experts, regarding this litigation"); see also Riverbed Request Nos. 135-141. Consequently, Quantum currently has an obligation to produce these documents.

Please let us know if our proposal is acceptable as soon as possible.

Thanks, Todd

---

**From:** Nate Bruno [mailto:NBruno@sheppardmullin.com]
**Sent:** Monday, June 16, 2008 1:52 PM
**To:** Todd Briggs; Mauricio Flores
**Cc:** Amar Thakur; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice; Gray Buccigross; David Heisey
**Subject:** RE: Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Todd:

We received Riverbed's deposition notices from your firm requesting depositions of Dr. Mazieres and Mr. Heisey to be taken on June 18. It is not reasonable to expect them to be present for a deposition this Thursday, much less a deposition at your offices in Redwood Shores. Judge Alsup's Supplemental Order provides that a party should rarely expect an agreement to a deposition sooner than seven days from the request, and Riverbed's request is made only three days in advance of the proposed deposition date. Furthermore, Riverbed has made an informal request for documents that should be served as a set of document requests with a 30-day response period pursuant to Fed. R. Civ. P 34.

We have a reasonable solution to propose. As you know, Quantum filed a Motion to Amend its Preliminary Invalidity Contentions on June 12. The hearing on Quantum's motion is set for July 17. Quantum's motion deals with many of the same issues raised by Riverbed's Motion for Summary Judgment of Validity (set for hearing on July 3), including the facts attested to by Mr. Heisey regarding Quantum's invalidity contentions. It makes sense for these motions to be heard together.

Therefore, we propose the parties stipulate pursuant to Civil Local Rule 6-1(b) that the hearing on Riverbed's MSJ of Validity be moved from July 3 to July 17 to coincide with the hearing on Quantum's Motion to Amend. Due to the operation of Civil Local Rule 7-3(c), moving the hearing on Riverbed's MSJ to July 17 would have the effect of moving Riverbed's Reply date regarding its MSJ to July 3 (instead of the current Reply date of this Thursday, June 19). It would also increase efficiency and lessen the burden on the Court of hearing two similar motions on different dates. By this stipulation, we do not waive any objections to the deposition notices to Dr. Mazieres and Mr. Heisey or the informal request Riverbed has made for documents, but the extra two weeks will give us the time we need to meet and confer regarding the depositions, their potential scope and location, and any documents Riverbed is requesting.

Please let us know as soon as possible whether Riverbed agrees to move its MSJ hearing to July 17. We will draft up a stipulation to that effect should Riverbed agree, and are available to meet and confer regarding the depositions.

Best regards, Nate

| | Four Embarcadero Center |
|---|---|
| Right-click here to download pictures. To help protect your | 17th Floor<br>San Francisco, CA 94111-4109<br>415.434.9100 *office*<br>415.434.3947 *fax*<br>www.sheppardmullin.com |

**Nathaniel Bruno**
*Attorney*
415.774.2984 *direct* | 415.403.6095 *direct fax*
NBruno@sheppardmullin.com | Bio

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, June 16, 2008 11:19 AM
**To:** Mauricio Flores
**Cc:** Amar Thakur; Nate Bruno; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; Benjamin Koodrich; Rene Unger; David Wei, Jr.; Rebecca Hanovice
**Subject:** Riverbed - 6.16.08 letter to M. Flores and D. Heisey and D. Mazieres deposition notices

Please see attached letter and deposition notices.

Todd M. Briggs
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5020
Fax: (650) 801-5100

| | |
|---|---|
| **From:** | Nate Bruno [NBruno@sheppardmullin.com] |
| **Sent:** | Wednesday, June 25, 2008 5:03 PM |
| **To:** | Todd Briggs; Andrew Bramhall; Claude M. Stern; Sandra Nichols; Cristina Herrera; David Wei, Jr.; Benjamin Koodrich; Rene Unger |
| **Cc:** | Amar Thakur; Mauricio Flores; Rebecca Hanovice; Craig Wendland; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Gray Buccigross; Rebecca Roberts |
| **Subject:** | Quantum's Third Privilege Log re Mazieres Documents |
| **Attachments:** | ThirdPrivLog.pdf; Quantum Corporations 3rd Privilege Log (David Mazieres).XLS¤.XLS |

Todd:

Attached please find Quantum's Third Privilege Log, which logs the documents withheld from the production of Dr. David Mazieres. PDF and Excel versions of the log are attached. The log is marked "Confidential" pursuant to the Stipulated Protective Order.

Best regards, Nate

<<ThirdPrivLog.pdf>> <<Quantum Corporations 3rd Privilege Log (David Mazieres).XLS¤>>

Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
415.434.9100 *office*
415.434.3947 *fax*
*www.sheppardmullin.com*

**Nathaniel Bruno**
*Attorney*
415.774.2984 direct | 415.403.6095 direct fax
NBruno@sheppardmullin.com | *Bio*

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

Quantum's Third Privilege Log re Mazieres Documents    Page 1 of 1