QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
Email:        claudestern@quinnemanuel.com
              toddbriggs@quinnemanuel.com

Attorneys for RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC.,<br><br>  Counterclaimant,<br><br>vs.<br><br>QUANTUM CORPORATION,<br><br>  Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**RIVERBED TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION UNDER CIVIL LOCAL RULE 79-5(D) TO FILE CERTAIN DOCUMENTS DESIGNATED BY QUANTUM CORPORATION AS CONFIDENTIAL UNDER SEAL** |
| QUANTUM CORPORATION,<br><br>  Counterclaimant,<br><br>vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>  Counterdefendant. | |

-1-

51198/2561195.1
Case No. C 07-04161 WHA

RIVERBED'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

1  Pursuant to Civil Local Rule 79-5(d) and the Protective Order in this action, Riverbed
2  Technology, Inc. ("Riverbed") submits this request to file the following documents under seal.
3  Riverbed has no objection to filing these documents in the public record, but is filing these
4  documents under seal because Quantum Corporation ("Quantum") has designated these documents
5  or information contained in these documents confidential under the protective order that governs
6  this action.

- Riverbed's Reply In Support Of Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112, And Opposition to Quantum Corporation's Motion for Leave To Amend Its Preliminary Invalidity Contentions (containing information designated confidential by Quantum under the protective order).

- Exhibits G and H to the Supplemental Declaration of Todd M. Briggs In Support Of Riverbed's Reply In Support Of Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112, And Opposition to Quantum Corporation's Motion for Leave To Amend Its Preliminary Invalidity Contentions (containing information designated confidential by Quantum under the protective order).

Respectfully submitted,

July 2, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


/s/  Todd M. Briggs
Todd M. Briggs
Attorneys for RIVERBED TECHNOLOGY, INC.