1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Claude M. Stern (Bar No. 96737)
2     Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
   Email:        claudestern@quinnemanuel.com
5                toddbriggs@quinnemanuel.com

6  Attorneys for RIVERBED TECHNOLOGY, INC.

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | RIVERBED TECHNOLOGY, INC.,         | CASE NO. C 07-4161 WHA   |
   |------------------------------------|--------------------------|
12 |       Counterclaimant,             | **NOTICE OF MANUAL FILING** |
13 |       vs.                          |                          |
14 | QUANTUM CORPORATION,               |                          |
15 |       Counterdefendant.            |                          |
16 | QUANTUM CORPORATION,               |                          |
17 |       Counterclaimant,             |                          |
18 |       vs.                          |                          |
19 | RIVERBED TECHNOLOGY, INC.,         |                          |
20 |       Counterdefendant.            |                          |

21

22

23

24

25

26

27

28

Case No. C 07-04161 WHA                    -1-                    NOTICE OF MANUAL FILING

1     Pursuant to General Order 45 (Section VII), Local Rule 79-5(d), and the Protective Order in this action, Riverbed Technology, Inc. ("Riverbed") hereby provides notice that the following documents are being filed in paper form in the Clerk's Office. These documents are being manually filed because Quantum Corporation ("Quantum") has designated information in these documents confidential under the protective order that governs this action.

- Riverbed's Reply In Support Of Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112, And Opposition to Quantum Corporation's Motion for Leave To Amend Its Preliminary Invalidity Contentions (containing information designated confidential by Quantum under the protective order).

- Exhibits G and H to the Supplemental Declaration of Todd M. Briggs In Support Of Riverbed's Reply In Support Of Riverbed's Motion For Summary Judgment Of (1) Validity Of Claims 26 And 27 Of U.S. Patent 7,116,249 Under 35 U.S.C. § 102, (2) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 103, And (3) Validity Of All Asserted Claims of U.S. Patent 7,116,249 Under 35 U.S.C. § 112, And Opposition to Quantum Corporation's Motion for Leave To Amend Its Preliminary Invalidity Contentions (containing information designated confidential by Quantum under the protective order).

Respectfully submitted,

July 2, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for RIVERBED TECHNOLOGY, INC.