QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Todd M. Briggs (Bar No. 209282)
  toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendant/Counterclaimant,
RIVERBED TECHNOLOGY, INC.

ORIGINAL

FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation<br><br>          Plaintiff,<br><br>     vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>          Defendant. | CASE NO. C 07-04161 WHA<br><br>Honorable William H. Alsup<br><br>**PROOF OF PERSONAL SERVICE** |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>          Counterclaimant,<br>     vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>          Counterdefendant. | |

1198/2522314.1

Case No. C 07-04161 WHA
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On July 3, 2008, I caused true copies of the following document(s) to be served as described below, on the parties in this action, as follows:

1. **RIVERBED TECHNOLOGY, INC.'S REPLY IN SUPPORT OF RIVERBED'S MOTION FOR SUMMARY JUDGMENT OF (1) VALIDITY OF CLAIMS 26 AND 27 OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. § 102, (2) VALIDITY OF ALL ASSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. §103, AND (3) VALIDITY OF ALL ASSERTED CLAIMS OF U.S. PATENT 7,116,249 UNDER 35 U.S.C. §112 [CONFIDENTIAL VERSION]; and OPPOSITION TO QUANTUM CORPORATION'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS (FILED UNDER SEAL)**

2. **EXHIBIT G TO DECLARATION OF T. BRIGGS [FILED UNDER SEAL];**

3. **EXHIBIT H TO DECLARATION OF T. BRIGGS [FILED UNDER SEAL];**

**BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the office of the person(s) being served.

*Attorneys for Plaintiff Quantum Corporation*

Nathaniel Bruno, Esq.
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
**TEL:** 415.434.9100
**FAX:** 415.434.3947

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 3, 2008, at Redwood Shores, California.

*/s/ Robin Pereira*
Robin Pereira

198/2522314.1

-2-    Case No. C 07-04161 WHA
PROOF OF SERVICE ON RIVERBED'S MOTION TO DISMISS [CONFIDENTIAL VERSION] AND SEALED EXHIBITS B, D, G, & H