**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>July 2, 2008</u>

Case No.  <u>C 07-04161 WHA</u>

Title: <u>QUANTUM CORP</u> v. <u>RIVERBED TECH</u>

Plaintiff Attorneys: Todd Briggs; Andrew Bramhall ;Claude Stern; Kristin Madigan

Defense Attorneys: Mauricio Flores; Amar Thakur; Nathaniel Bruno

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Lydia Zinn</u>

**PROCEEDINGS**

1)   <u>Tutorial - HELD</u>

2)   _____

Continued to <u>**7/23/08 at 2:00 pm**</u>   for Claims Construction Hearing

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Quantum representative, Duke Amaniampong was present.