1  AMAR L. THAKUR, Cal. Bar No. 194025
   MAURICIO A. FLORES, Cal. Bar No. 93304
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3  Including Professional Corporations
   12275 El Camino Real, Suite 200
4  San Diego, California  92130-2006
   Telephone:    858-720-8900
5  Facsimile:    858-509-3691
   Email:    athakur@sheppardmullin.com
6            mflores@sheppardmullin.com

7  NATHANIEL BRUNO, Cal. Bar No. 228118
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8  A Limited Liability Partnership
   Including Professional Corporations
9  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111
10 Telephone:    415-434-9100
   Facsimile:    415-434-3947
11 Email: nbruno@sheppardmullin.com

12 Attorneys for
   QUANTUM CORPORATION

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation, | Case No. C 07-04161 WHA |
| | The Hon. William H. Alsup |
| Counterclaimant, | |
| v. | DECLARATION OF MAURICIO A. FLORES IN SUPPORT OF QUANTUM'S REPLY REGARDING QUANTUM'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS |
| QUANTUM CORPORATION, | |
| Counterdefendant. | |
| QUANTUM CORPORATION, a Delaware corporation, | |
| Counterclaimant, | Hearing Date: July 17, 2008<br>Hearing Time: 8:00 a.m.<br>Courtroom 9, 19th Floor |
| v. | |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation, | Complaint Filed: August 14, 2007<br>Trial Date:  March 30, 2009 |
| Counterdefendant. | |

-1-

W02-WEST:\400936045.1

Case No. C 07-04161 WHA

DECLARATION OF MAURICIO A. FLORES IN SUPPORT OF QUANTUM'S REPLY RE MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS

# DECLARATION OF MAURICIO A. FLORES

I, Mauricio A. Flores, state and declare as follows:

1. I am an attorney in the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Quantum Corporation. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit G is a true and correct copy of an e-mail I received from Dr. David Mazieres on February 25, 2008 with the subject "Venti," along with a true and correct copy of the attachment I received attached to that e-mail with the attachment name of "Venti.pdf." Also reflected on these pages are the Bates numbers QUL0124-QUL0138, which numbers were marked on the pages by Quantum when Quantum produced them to Riverbed on June 23, 2008.

3. Attached hereto as Exhibit H is a true and correct copy of an exchange of e-mails between me and counsel for Riverbed, Mr. Todd M. Briggs, dated June 24, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California on July 10, 2008.

Dated: July 10, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
Mauricio A. Flores

-2-

W02-WEST:\400936045.1

Case No. C 07-04161 WHA

DECLARATION OF MAURICIO A. FLORES IN SUPPORT OF QUANTUM'S REPLY *RE* MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS