# **EXHIBIT H**

# Nate Bruno

| | |
|---|---|
| **From:** | Todd Briggs [toddbriggs@quinnemanuel.com] |
| **Sent:** | Tuesday, June 24, 2008 1:05 PM |
| **To:** | Mauricio Flores; David Wei, Jr. |
| **Cc:** | Amar Thakur; Nate Bruno; Andrew Bramhall; Claude M. Stern |
| **Subject:** | Re: Surprised you left! |

Mauricio,

We were waiting for quite some time (even after our reporter packed up and left) but didn't hear back from you. Unfortunately, I have another meeting scheduled early this afternoon and cannot continue now. The court reporter is gone as well. Please produce the documents today and we can decide what to do from there. We are however surprised Quantum did not produce these documents prior to the deposition since we requested them a week ago and especially in light of Judge Alsup's recent order regarding the late production of documents in connection with Dr. Williams' deposition.

-Todd

----- Original Message -----
From: Mauricio Flores <mflores@sheppardmullin.com>
To: Todd Briggs; David Wei, Jr.
Cc: Amar Thakur <AThakur@sheppardmullin.com>; Nate Bruno <NBruno@sheppardmullin.com>
Sent: Tue Jun 24 12:38:21 2008
Subject: Surprised you left!

Todd,

I told you on the record that we wished to confer right now regarding document production issues. After our initial discussion, I told you I would consult with Nate and return shortly to finish our discussion. When I returned to the conference room as I said I would, I was surprised to see you had left.

We do not think you are entitled to more documents, but, in an effort to avoid unnecessary disputes I had the rest of Dr. Mazeries file in hand to produce to you. Professor Mazieres is available to testify after you review the docs over lunch, which you could easily do since they consist entirely of short scheduling and transmittal letters and administrative matters.

Mauricio

---

Sheppard Mullin <http://www.sheppardmullin.com/images/smrhlogo-mini.jpg>
12275 El Camino Real
Suite 200
San Diego, CA 92130-2006
858.720.8900 office
858.509.3691 fax
www.sheppardmullin.com <http://www.sheppardmullin.com/>

Mauricio A. Flores

858.720.8956 direct | 858.847.4889 direct fax
mflores@sheppardmullin.com | Bio
<http://www.sheppardmullin.com/attorneys-364.html>

1

```
Circular 230 Notice: In accordance with Treasury Regulations we notify you
that any tax advice given herein (or in any attachments) is not intended or
written to be used, and cannot be used by any taxpayer, for the purpose of (i)
avoiding tax penalties or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein (or in any attachments).


Attention: This message is sent by a law firm and may contain information that
is privileged or confidential.  If you received this transmission in error,
please notify the sender by reply e-mail and delete the message and any
attachments.
```