**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    QUANTUM CORPORATION,                    No. C 07-04161 WHA

6              Plaintiff,

7      v.                                    **CLERK'S NOTICE**
                                             **RESCHEDULING**
8    RIVERBED TECHONOLOGY,                   **HEARING TIME**

9              Defendant.
     _____/

10

11   (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing
     on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of
12   Service.)

13         YOU ARE NOTIFIED THAT the hearing previously set for July 17, 2008 at 8:00 a.m.

14   has been rescheduled for **July 17, 2008 at 2:00 p.m.**, before the Honorable William Alsup.

15   Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate

16   Avenue, San Francisco, CA  94102.

17         Because the Court will be in trial, parties should be aware that time for oral argument on

18   this matter will be very limited.  Please plan accordingly**.**

19
     Dated:  July 11, 2008                   FOR THE COURT,
20
                                             Richard W. Wieking, Clerk
21
                                             By:_____
22                                              Dawn Toland
                                                Courtroom Deputy to the
23                                              Honorable William Alsup

24

25

26

27

28