1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6                        SAN FRANCISCO DIVISION

7

8  QUANTUM CORPORATION,                | **CASE NO. C 07-4161 WHA**
          Plaintiff,                    |
9                                       | **STIPULATED REQUEST TO
      vs.                               | TO BRING EQUIPMENT INTO
10                                      | THE COURTROOM FOR THE
   RIVERBED TECHNOLOGY, INC.,           | JULY 23, 2008 CLAIM CONSTRUCTION
11                                      | HEARING**
          Defendant.                    |
12                                      | Date: July 23, 2008
                                        | Time: 2:00 p.m.
13 RIVERBED TECHNOLOGY, INC.,           | Place: Courtroom 9, Nineteenth Floor
                                        | Judge: The Hon. William H. Alsup
14        Counterclaimant,

15    vs.

16 QUANTUM CORPORATION,

17        Counterdefendant.

18

19

20

21

22

23

24

25

26

27

28

-2-

1  **WHEREAS** on July 2, 2008, the Court continued the Claim Construction Hearing in this
2  matter to July 23, 2008 at 2:00 p.m.;
3  **WHEREAS** Riverbed Technology, Inc. ("Riverbed") and Quantum Corporation
4  ("Quantum") have each prepared several graphics for use at the Hearing and these graphics were
5  created using Power Point, necessitating the need for equipment to demonstrate the material;
6  **WHEREAS** the parties conferred and jointly request the Court's permission to bring the
7  following equipment into the courtroom for use at the Claim Construction Hearing on July 23,
8  2008:
9      1.    1 LCD Projector;
10     2.    1 Elmo Projector;
11     3.    1 Projector Stand;
12     4.    8 Foot Projection Stand;
13     5.    2 XGA Distribution Amplifiers;
14     6.    1 Digital Video Switcher;
15     7.    2 17" Flat Panel XGA LCD Monitors;
16     8.    XGA & Power Cabling;
17     9.    Speakers;
18     10.    2 extension cords;
19     11.    2 surge protectors.
20
21 **THEREFORE** Riverbed and Quantum, by and through their respective counsel, hereby
22 stipulate and request the entry of the following proposed Order granting them permission to bring
23 such equipment to the July 23, 2008 Hearing.
24
25
26
27
28

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Riverbed attests that counsel for Quantum whose electronic signature is provided has concurred in this filing.

Dated: July 17, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Nathaniel Bruno

Amar L. Thakur
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone: 858-720-8900
Facsimile:  858-509-3691

Nathaniel Bruno
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for QUANTUM CORPORATION

Dated:  June 17, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Todd M. Briggs

Claude M. Stern
Todd M. Briggs
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
Telephone: 650-801-5020
Facsimile: 650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____

Honorable William H. Alsup
United States District Judge