QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
Email:        claudestern@quinnemanuel.com
              toddbriggs@quinnemanuel.com

Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>    Defendant. | CASE NO. C 07-4161 WHA<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF THE PARTIES' STIPULATED REQUEST TO BRING EQUIPMENT INTO THE COURTROOM FOR THE JULY 23, 2008 CLAIM CONSTRUCTION HEARING** |
| RIVERBED TECHNOLOGY, INC.,<br><br>    Counterclaimant,<br><br>    vs.<br><br>QUANTUM CORPORATION,<br><br>    Counterdefendant. | Date: July 23, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 9, Nineteenth Floor<br>Judge: The Hon. William H. Alsup |

I, Todd M. Briggs, declare as follows:

1.  I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, counsel for Riverbed Technologies, Inc. ("Riverbed"). I submit this declaration in support of The Parties' Stipulated Request to Bring Equipment into the Courtroom for the July 23, 2008 Claim Construction Hearing ("Stipulated Request"). I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2.  On July 2, 2008, the Court continued the Claim Construction Hearing in this matter to July 23, 2008 at 2:00 p.m. ("Hearing").

3.  Counsel for Riverbed has prepared several graphics for use at the Hearing that were created using Power Point, necessitating the need for electronic equipment to demonstrate the graphics listed on the accompanying Stipulated Request.

4.  On July 16, 2008, Quantum's Counsel, Nathaniel Bruno, confirmed that Quantum has also created various graphics using Power Point, necessitating the need for electronic equipment to demonstrate such graphics, and requested that the parties file this Stipulated Request.

I declare under penalty of perjury under the July 17, 2008 in Redwood Shores, California.

Dated: July 17, 2008

        /s/ Todd M. Briggs
        Todd M. Briggs

-2-

51198/2575028.1
Case No. C 07-04161 WHA

DECLARATION OF TODD BRIGGS
IN SUPPORT OF THE PARTIES'
STIPULATED REQUEST