1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2   Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
4  Facsimile:      (650) 801-5100
   Email:           claudestern@quinnemanuel.com
5                     toddbriggs@quinnemanuel.com

6  Attorneys for Defendant and Counterclaimant,
   RIVERBED TECHNOLOGY, INC.
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

| QUANTUM CORPORATION, | CASE NO. C 07-4161 WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE STIPULATED REQUEST TO BRING EQUIPMENT INTO THE COURTROOM FOR THE JULY 23, 2008 CLAIM CONSTRUCTION HEARING** |
| vs. | |
| RIVERBED TECHNOLOGY, INC., | |
| Defendant. | |
| RIVERBED TECHNOLOGY, INC., | Date:  July 23, 2008<br>Time:  2:00 p.m.<br>Place: Courtroom 9, Nineteenth Floor<br>Judge: The Hon. William H. Alsup |
| Counterclaimant, | |
| vs. | |
| QUANTUM CORPORATION, | |
| Counterdefendant. | |

51198/2574319.1
Case No. C 07-04161 WHA

[ PROPOSED ] ORDER GRANTING
PERMISSION TO BRING EQUIPMENT

1  The Court has considered the Stipulated Request to Bring Equipment into the Courtroom
2  for the July 23, 2008 Claim Construction Hearing.  Pursuant to General Order No. 58 IV.E. of the
3  Northern District of California, the parties have timely requested permission to use electronic
4  devices for the Claim Construction Hearing scheduled for Wednesday, July 23, 2008 at 2:00 p.m.

**IT IS HEREBY ORDERED** as follows:

The Stipulated Request to Bring Equipment into the Courtroom for the July 23, 2008 Claim Construction Hearing is **GRANTED**.  Riverbed, Quantum, and/or their vendors may bring the following equipment into the courtroom on Tuesday, July 22, 2008 or Wednesday, July 23, 2008 for the Hearing:

1. 1 LCD Projector;
2. 1 Elmo Projector;
3. 1 Projector Stand;
4. 8 Foot Projection Stand;
5. 2 XGA Distribution Amplifiers;
6. 1 Digital Video Switcher;
7. 2 17" Flat Panel XGA LCD Monitors;
8. XGA & Power Cabling;
9. Speakers;
10. 2 extension cords;
11. 2 surge protectors.

**IT IS SO ORDERED**.


_____, 2008

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE