UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 23, 2008

Case No.  C 07-04161WHA

Title: QUANTUM CORP v. RIVERBED TECH

Plaintiff Attorneys: Todd Briggs; Claude Stern; Andrew Bramhall

Defense Attorneys: Mauricio Flores; Nathaniel Bruno; Amar Thakur

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)    Claims Construction - HELD

2) 

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**