QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100
Email:         claudestern@quinnemanuel.com
                   toddbriggs@quinnemanuel.com

Attorneys for RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>    Defendant. | CASE NO. C 07-4161 WHA<br><br>**DECLARATION OF CHARLES P. EMANUEL RE RIVERBED'S ATTORNEY'S FEES AND COSTS ASSOCIATED WITH RIVERBED'S MOTION FOR SUMMARY JUDGMENT AND QUANTUM'S MOTION FOR LEAVE TO AMEND** |
| RIVERBED TECHNOLOGY, INC.,<br><br>    Counterclaimant,<br><br>    vs.<br><br>QUANTUM CORPORATION,<br><br>    Counterdefendant. | |

51198/2588014.1
Case No. C 07-04161 WHA

DECLARATION OF CHARLES P.
EMANUEL RE RIVERBED'S
ATTORNEY'S FEES AND COSTS

I, Charles P. Emanuel, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel"), counsel for Riverbed Technology, Inc. ("Riverbed"). I submit this declaration pursuant to the Court's ORDER RE ATTORNEY'S FEES AND COSTS filed on July 15, 2008. (Docket No. 169.) I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. I am an associate at Quinn Emanuel. I graduated from University of Nebraska College of Law in 2007.

3. My billing rate during the relevant time period was $255.00 per hour. It is Quinn Emanuel's practice to bill first-year associates at $255 per hour until they are admitted to the California State Bar. I became admitted during the relevant time period (June 9) but my billing rate did not change until the following month.

4. The records of my time included in the Declaration of Andrew J. Bramhall Re Riverbed's Attorney's Fees and Costs Associated with Riverbed's Motion for Summary Judgment and Quantum's Motion for Leave to Amend ("Bramhall Dec.") are excerpts from the billable time entries I submitted to Quinn Emanuel's accounting department.

5. It is my general practice to record my time entries on a daily basis.

6. I did not bill the client for excess, duplication, inefficiency, or other waste.

7. Some of my billable time entries included in the Bramhall Dec. are from days on which I worked on matters related to Riverbed's Motion for Summary Judgment of Validity and Quantum's Motion for Leave to Amend its Preliminary Invalidity contentions as well as unrelated matters for Riverbed in this case. These are reflected in "block billing" entries in Quinn Emanuel's accounting system. For the time included in the Bramhall Dec. from mixed "block" entries, I estimated the hours spent on each task. Those estimates are based on my daily work log, email records, and/or my memory of the relevant time period. The entries for these days are reasonable estimates.

1   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 30, 2008 in Redwood Shores, California.

Dated:  July 30, 2008

                                                /s/ Charles P. Emanuel
                                                   Charles P. Emanuel