1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Todd M. Briggs (Bar No. 209282)
3    toddbriggs@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:  (650) 801-5000
5  Facsimile:  (650) 801-5100

6  Attorneys for RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation<br><br>Counterclaimant,<br><br>vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>Honorable William H. Alsup<br><br>**MOTION FOR LEAVE TO FILE RIVERBED'S STATEMENT IN RESPONSE TO QUANTUM'S NEW ARGUMENT AND CLARIFICATION RE JULY 23, 2008 CLAIM CONSTRUCTION HEARING** |
| QUANTUM CORPORATION, a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>Counterdefendant. | Date:  September 4, 2008<br>Time:  8:00 a.m.<br>Judge:  The Honorable William Alsup<br><br>**REQUEST FOR EXPEDITED BRIEFING SCHEDULE FILED CONCURRENTLY HEREWITH** |

51198/2586623.1

Case No. C 07-04161 WHA
MOTION FOR LEAVE TO FILE RIVERBED'S STATEMENT
ADDRESSING QUANTUM'S NEW ARGUMENT AND CLARIFICATION

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** Riverbed Technology, Inc. ("Riverbed") hereby moves pursuant Civil Local Rule 7 for leave to file Riverbed's Statement in Response to Quantum's New Argument And Clarification Re July 23, 2008 Claim Construction Hearing and the supporting declaration of Todd M. Briggs, both of which are attached hereto.  The hearing date for this motion is currently set for September 4, 2008.  Because the relief sought by this motion impacts the Court's pending claim construction order, Riverbed has filed a motion to shorten time concurrently herewith such that the hearing on Riverbed's motion is August 7, 2008.  This motion is based upon the following Memorandum of Points and Authorities and such other matters as may be presented at the time of the hearing and allowed by the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

During the July 23, 2008 claim construction hearing, Quantum advanced for the first time a new argument with respect to the term "reference label" from Riverbed's '249 patent. Specifically, Quantum argued that the specification of the Riverbed's '666 patent, which is expressly incorporated by reference into Riverbed's '249 patent, can be "overruled or overturned" by the specification for the '249 patent.  Such a result would be directly contrary to Federal Circuit law, and Riverbed therefore requests the opportunity to address this issue in its Statement.  Raising this argument for the first time at the hearing is improper, and Riverbed should in fairness be given an opportunity to respond.  *See, e.g., Pieczenik v. Dyax Corp.*, 265 F.3d 1329, 1332-33 (Fed. Cir. 2001) (finding it improper to raise arguments for the first time at oral argument).

Riverbed is also concerned that the Court may have been left with the impression that Riverbed's position is that claim 4 does not include all of the limitations of independent claim 1. This is not Riverbed's position and Riverbed seeks to briefly clarify its position on this issue.

Granting Riverbed's motion for leave to file its Statement will not prejudice Quantum. Furthermore, Riverbed believes that its Statement will assist the Court in its efforts to construe the terms "reference label" and "predetermined constraint."  Accordingly, Riverbed motion should be granted.

51198/2586623.1

-1-    Case No. C 07-04161 WHA
MOTION FOR LEAVE TO FILE RIVERBED'S STATEMENT
ADDRESSING QUANTUM'S NEW ARGUMENT AND CLARIFICATION

1  DATED: July 30, 2008                Respectfully submitted,

2                                      QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
3

4
                                        By /s/ Todd M. Briggs
5                                          Todd M. Briggs
                                           Attorneys RIVERBED TECHNOLOGY, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

51198/2586623.1
-2-                                Case No. C 07-04161 WHA
MOTION FOR LEAVE TO FILE RIVERBED'S STATEMENT
ADDRESSING QUANTUM'S NEW ARGUMENT AND CLARIFICATION