1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2 |    Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
3 | Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
4 | Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
5 |            toddbriggs@quinnemanuel.com

6 | Attorneys for RIVERBED TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation<br><br>    Counterclaimant,<br><br>vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>    Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>    Counterdefendant. | **CASE NO. C 07-4161 WHA**<br><br>**RIVERBED'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION FOR LEAVE TO FILE ITS STATEMENT IN RESPONSE TO QUANTUM'S NEW ARGUMENT AND CLARIFICATION RE JULY 23, 2008 CLAIM CONSTRUCTION HEARING**<br><br>**Current Schedule For Hearing:**<br>Date: September 4, 2008<br>Time: 8:00 a.m.<br>Judge: The Honorable William Alsup<br><br>**Proposed Schedule For Hearing:**<br>Date: August 7, 2008<br>Time: 8:00 a.m.<br>Judge: The Honorable William Alsup<br><br>**[CIVIL L.R. 6-3]** |

51198/2348291.1
Case No. C 07-04161 WHA

RIVERBED'S MOTION TO
EXPEDITE HEARING

1   Pursuant to Civil Local Rule 6-3, Riverbed Technology, Inc. ("Riverbed") respectfully
2   moves for an Order shortening the time for briefing and hearing of Riverbed's pending Motion for
3   Leave to File Riverbed's Statement in Response to Quantum's New Argument and Clarification Re
4   July 23, 2008 Claim Construction Hearing.

5   The hearing on Riverbed's Motion for Leave is currently scheduled for September 4, 2008.
6   Riverbed respectfully requests that the Court hear the motion on August 7, 2008 so the Court can
7   fully consider Riverbed's Statement in Response to Quantum's New Argument and Clarification
8   regarding the July 23, 2008 claim construction hearing when preparing its claim construction
9   order.

10  Quantum would not stipulate to the filing of Riverbed's Statement or to an expedited
11  schedule on Riverbed's Motion for Leave. In denying Riverbed's requests, Quantum did not state
12  that it would be prejudiced in any way by the filing of Riverbed's Statement or an expedited
13  schedule on Riverbed's Motion for Leave. Accordingly, Riverbed respectfully requests that the
14  Court shorten the briefing and hearing schedule as follows:

15  **Motion:** **July 30, 2008 (filed concurrently herewith)**
16  **Opposition:** **August 4, 2008**
17  **Reply:** **August 5, 2008**
18  **Hearing:** **August 7, 2008, 8:00 a.m.**

19  Respectfully submitted,

21  July 30, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

23  /s/ Todd M. Briggs
    Todd M. Briggs
    Attorneys for RIVERBED TECHNOLOGY, INC.

51198/2348291.1
Case No. C 07-04161 WHA

-2-

RIVERBED'S MOTION TO
EXPEDITE HEARING