QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:      (650) 801-5000
Facsimile:      (650) 801-5100
Email:          claudestern@quinnemanuel.com
                toddbriggs@quinnemanuel.com

Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>          Defendant. | CASE NO. C 07-4161 WHA<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF RIVERBED'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION FOR LEAVE TO FILE ITS STATEMENT IN RESPONSE TO QUANTUM'S NEW ARGUMENT AND CLARIFICATION RE JULY 23, 2008 CLAIM CONSTRUCTION HEARING** |
| RIVERBED TECHNOLOGY, INC.,<br><br>          Counterclaimant,<br><br>     vs.<br><br>QUANTUM CORPORATION,<br><br>          Counterdefendant. | |

-1-

DECLARATION OF TODD BRIGGS
IN SUPPORT OF MOTION TO
EXPEDITE HEARING

I, Todd M. Briggs, declare as follows:

I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), counsel for Riverbed Technologies, Inc. ("Riverbed").  I submit this declaration in support of Riverbed's Motion To Shorten Time for Hearing of Riverbed's pending Motion for Leave to File Riverbed's Statement in Response to Quantum's New Argument and Clarification Re July 23, 2008 Claim Construction Hearing ("Motion to Shorten Time for Hearing").  I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

**Efforts To Obtain A Stipulation / Compliance With Civil L.R. 37-1(a).**

On July 30, 2008, I sent an email to Quantum's counsel asking whether Quantum would be willing to stipulate to Riverbed's filing of its Statement in Response to Quantum's New Argument and Clarification Re July 23, 2008 Claim Construction Hearing or, in the alternative, if Quantum would stipulate to a shortened briefing and hearing schedule on a Motion for Leave to File Riverbed's Statement.  Quantum's counsel, Amar Thakur, refused to both of my requests via email. (*See* **Exhibit A**.)

**Reasons For Shortening Of Time/Harm Or Prejudice Should The Court Not Grant The Change In Time.**

Riverbed respectfully requests that the Court hear its motion on August 7, 2008 so the Court can fully consider Riverbed's Statement in Response to Quantum's New Argument and Clarification regarding the July 23, 2008 claim construction hearing when preparing its claim construction order.  Riverbed believes it would be prejudiced if the Court did not allow it an opportunity to respond to the new argument raised by Quantum during the claim construction hearing and clarify Riverbed's position on a discrete issue.

Quantum did not state that it would be prejudiced in any way by the filing of Riverbed's Statement or an expedited schedule on Riverbed's Motion for Leave when rejecting Riverbed's request to file those papers.

DECLARATION OF TODD BRIGGS
IN SUPPORT OF MOTION TO
EXPEDITE HEARING

1

**Positions Taken By The Parties.**

2    Riverbed believes that its motion to leave should be granted so the Court can fully consider

3 Riverbed's Statement in Response to Quantum's New Argument and Clarification regarding the

4 July 23, 2008 claim construction hearing when preparing its claim construction order.  Quantum

5 does not agree.  (*See* **Exhibit A**.)

6

**Previous Time Modifications In This Case/Effect The Requested Time Modification Would Have On The Schedule For the Case.**

7

8    The requested modification will preserve the current case schedule.  The schedule in this

9 case has been modified on several occasions in the past as described below:

10    On November 1, 2007, this Court issued an order based on a stipulation of the parties

11 continuing the Initial Case Management Conference in this action from November 15 to

12 November 29. (Docket No. 19.)

13    On December 14, 2007, this Court issued an order based on a stipulation of the

14 parties extending certain deadlines relating to the service of the parties' preliminary infringement

15 and invalidity contentions. (Docket No. 34.)

16    On February 15, 2008, this Court issued an order pursuant to a request from the

17 parties extending the deadline for the parties to exchange preliminary claim constructions and

18 evidence. (Docket No. 80.)

19    On March 4, 2008, this Court issued an order based on a stipulation of the parties

20 consolidating this case with a related case transferred to this District from the District of Delaware

21 and setting a new comprehensive claim construction, pre-trial, and trial schedule. (Docket No. 92.)

22    On April 15, 2008, this Court issued an order based on a stipulation of the parties

23 extending Quantum's deadline to answer or otherwise respond to Riverbed's declaratory judgment

24 counterclaims by one week, from April 14, 2008 to April 21, 2008. (Docket No. 103.).

25    On June 19, 2008, this Court issued an order based on a stipulation of the parties

26 modifying the briefing and hearing dates for Riverbed's Motion for Summary Judgment and

27 Quantum's Motion for Leave to Filed Amended Invalided Contentions.  (Docket No. 114.)

28

-3-

DECLARATION OF TODD BRIGGS
IN SUPPORT OF MOTION TO
EXPEDITE HEARING

1    **Effect The Requested Time Modification Would Have On The Schedule For the Case.**

2    The requested time modification would preserve the current schedule.

3

4    I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct.  Executed on July 30, 2008 in Redwood Shores, California.

6

7    Dated:  July 30, 2008

8                                                    _____/s/  Todd M. Briggs_____
                                                           Todd M. Briggs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

51198/2349295.351198/2349295.2
Case No. C 07-04161 WHA

DECLARATION OF TODD BRIGGS
IN SUPPORT OF MOTION TO
EXPEDITE HEARING