# EXHIBIT A

## David Wei, Jr.

| | |
|---|---|
| **From:** | Amar Thakur [AThakur@sheppardmullin.com] |
| **Sent:** | Wednesday, July 30, 2008 6:56 PM |
| **To:** | Todd Briggs; Nate Bruno; Michael Gray; Mauricio Flores; Rebecca Hanovice; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Rebecca Roberts; Craig Wendland; Gray Buccigross; Shawn McDonald; Claude M. Stern; Sandra Nichols; Cristina Herrera; Andrew Bramhall; David Wei, Jr.; Benjamin Koodrich; Cornelius Bonner; Rene Unger |
| **Subject:** | Re: Riverbed's Statement Re July 23, 2008 Claim Construction Hearing |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Purple |

Your email mischaracterizes our argument at the hearing. The claim construction briefing and hearing are over. We are not going to stipulate to give you a second crack at claim construction briefing because you are nervous about the outcome, nor will we agree to a shortened briefing schedule. We believe that Judge Alsup is a very astute judge and will not interpret claims in violation of federal circuit case law.

Regards, Amar



12275 El Camino Real
Suite 200
San Diego, CA 92130-2006
858.720.8900 *office*
858.509.3691 *fax*
**www.sheppardmullin.com**

**Amar L. Thakur**
858.720.8963 *direct* | 858.847.4841 *direct fax*
AThakur@sheppardmullin.com | Bio

**News: Sheppard Mullin announces its new office in Silicon Valley!**
Full Story

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

From: Todd Briggs <toddbriggs@quinnemanuel.com>
To: Nate Bruno; Michael Gray <michaelgray@quinnemanuel.com>; Amar Thakur; Mauricio Flores; Rebecca Hanovice; Jane Gorsi; Donna Grimes; David Heisey; Elizabeth Balfour; Michelle Cepeda; Rebecca Roberts; Craig Wendland; Gray Buccigross; Shawn McDonald; Claude M. Stern <claudestern@quinnemanuel.com>; Sandra Nichols <sandranichols@quinnemanuel.com>; Cristina Herrera <cristinaherrera@quinnemanuel.com>; Andrew Bramhall

7/30/2008

<andrewbramhall@quinnemanuel.com>; David Wei, Jr. <davidweijr@quinnemanuel.com>; Benjamin Koodrich <benjaminkoodrich@quinnemanuel.com>; Cornelius Bonner <corneliusbonner@quinnemanuel.com>; Rene Unger <reneunger@quinnemanuel.com>
Sent: Wed Jul 30 18:31:35 2008
Subject: Riverbed's Statement Re July 23, 2008 Claim Construction Hearing

Nate:

During the July 23, 2008 claim construction hearing, Quantum advanced for the first time a new argument with respect to the term "reference label" from Riverbed's '249 patent. Specifically, Quantum argued that the specification of the Riverbed's '666 patent, which is expressly incorporated by reference into Riverbed's '249 patent, can be "overruled or overturned" by the specification for the '249 patent. Such a result would be directly contrary to Federal Circuit law, and Riverbed therefore requests the opportunity to address this issue. Raising this argument for the first time at the hearing is improper, and Riverbed should in fairness be given an opportunity to respond. Riverbed is also concerned that the Court may have been left with the impression that Riverbed's position is that claim 4 does not include all of the limitations of independent claim 1. This is not Riverbed's position and Riverbed seeks to briefly clarify its position on this issue.

Please let us know by 10:00 a.m. tomorrow whether Quantum would be willing to stipulate to Riverbed's filing of a Statement on these issues. I have attached a copy of that Statement to this email for your review. Further, if Quantum does not agree, please let us know if Quantum will stipulate to a shortened briefing and hearing schedule on Riverbed's motion for leave to file its Statement. We propose that the hearing be set for August 7, 2008.

Best Regards,


Todd M. Briggs

Quinn Emanuel Urquhart Oliver & Hedges, LLP

555 Twin Dolphin Drive, Suite 560

Redwood Shores, CA 94065

Direct: (650) 801-5020

Fax: (650) 801-5100