1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
4  Facsimile:     (650) 801-5100
   Email:         claudestern@quinnemanuel.com
5                 toddbriggs@quinnemanuel.com

6  Attorneys for RIVERBED TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC.,<br><br>  Counterclaimant,<br><br>  vs.<br><br>QUANTUM CORPORATION,<br><br>  Counterdefendant.<br>———————————————<br>QUANTUM CORPORATION,<br><br>  Counterclaimant,<br><br>  vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>  Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE RIVERBED'S STATEMENT IN RESPONSE TO QUANTUM'S NEW ARGUMENT AND CLARIFICATION RE JULY 23, 2008 CLAIM CONSTRUCTION HEARING** |

1  Having considered Riverbed's Motion for Leave to file Riverbed's Statement in Response to Quantum's New Argument And Clarification Re July 23, 2008 Claim Construction Hearing, the Court **HEREBY ORDERS** as follows:

Riverbed's Motion for Leave to file Riverbed's Statement in Response to Quantum's New Argument And Clarification Re July 23, 2008 Claim Construction Hearing and the supporting declaration of Todd Briggs is **GRANTED.**

**IT IS SO ORDERED**.

_____, 2008

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE