1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
4  Facsimile:     (650) 801-5100
   Email:         claudestern@quinnemanuel.com
5                 toddbriggs@quinnemanuel.com

6  Attorneys for RIVERBED TECHNOLOGY, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | RIVERBED TECHNOLOGY, INC., | CASE NO. C 07-4161 WHA |
|---|---|---|
| 12 | Counterclaimant, | **[PROPOSED] ORDER GRANTING RIVERBED'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION FOR LEAVE TO FILE ITS STATEMENT IN RESPONSE TO QUANTUM'S NEW ARGUMENT AND CLARIFICATION RE JULY 23, 2008 CLAIM CONSTRUCTION HEARING** |
| 13 | vs. | |
| 14 | QUANTUM CORPORATION, | |
| 15 | Counterdefendant. | |
| 16 | QUANTUM CORPORATION, | |
| 17 | Counterclaimant, | |
| 18 | vs. | |
| 19 | RIVERBED TECHNOLOGY, INC., | |
| 20 | Counterdefendant. | |

21

22

23

24

25

26

27

28

Having considered Riverbed's Motion To Shorten Time for Hearing on its Motion for Leave to File its Statement in Response to Quantum's New Argument and Clarification Re July 23, 2008 Claim Construction Hearing, the Court hereby enters the following briefing and hearing schedule:

|  |  |
|---|---|
| **Motion:** | **July 30, 2008 (already filed)** |
| **Opposition:** | **August 4, 2008** |
| **Reply:** | **August 5, 2008** |
| **Hearing:** | **August 7, 2008, 8:00 a.m.** |

**IT IS SO ORDERED.**

**DATED:** _____

_____
**THE HONORABLE WILLIAM ALSUP**