United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION,

    Plaintiff,

  v.

RIVERBED TECHNOLOGY, INC.,

    Defendant.

AND RELATED COUNTERCLAIM.

No. C 07-04161 WHA

**ORDER RE PENDING MOTIONS TO SEAL**

    Good cause shown, Quantum's motion to seal Exhibit H to the declaration of Todd Briggs in support of Riverbed's reply claim construction brief is **GRANTED**. All other pending motions to seal are **DENIED**.

    **IT IS SO ORDERED.**

Dated: August 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE