QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100
Email:          claudestern@quinnemanuel.com
                toddbriggs@quinnemanuel.com

Attorneys for RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>    Defendant.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>    Counterclaimant,<br><br>    vs.<br><br>QUANTUM CORPORATION,<br><br>    Counterdefendant. | CASE NO. C 07-4161 WHA<br><br>**CORRECTED DECLARATION OF ANDREW J. BRAMHALL RE RIVERBED'S ATTORNEY'S FEES AND COSTS ASSOCIATED WITH RIVERBED'S MOTION FOR SUMMARY JUDGMENT AND QUANTUM'S MOTION FOR LEAVE TO AMEND**<br><br>[Paragraph 9 has been corrected to show the proper website address.] |

51198/2596831.1
Case No. C 07-04161 WHA

CORRECTED DECLARATION OF
ANDREW J. BRAMHALL RE
RIVERBED'S ATTORNEY'S FEES
AND COSTS

I, Andrew J. Bramhall, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), counsel for Riverbed Technology, Inc. ("Riverbed"). I submit this declaration pursuant to the Court's ORDER RE ATTORNEY'S FEES AND COSTS. (Docket No. 169.) I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. On May 29, 2008, Riverbed filed a Motion for Summary Judgment of various claims of its asserted '249 patent (Riverbed's "MSJ of Validity"). (Docket No. 109.) On June 12, 2008, Quantum filed its opposition to Riverbed's MSJ of Validity and moved for leave to amend its preliminary invalidity contentions (Quantum's "Motion for Leave to Amend"). (Docket No. 123.) Pursuant to a stipulation filed by the parties and signed by the Court (Docket No. 141), Riverbed filed its reply in support of its MSJ of Validity and its opposition to Quantum's Motion for Leave to Amend on July 2, 2008 (Docket No. 158), and Quantum filed its reply in support of its Motion for Leave to Amend on July 10, 2008 (Docket No. 164).

3. On July 15, 2008, the Court granted Quantum's Motion for Leave to Amend and denied Riverbed's MSJ for Validity. (Docket No. 168.) In its order, the Court also held that "Riverbed is entitled to recover attorney's fees and costs associated with bringing its motion for summary judgment and opposing Quantum's motion for leave to amend." (*Id.* at 3.)

4. On July 15, 2008, the Court entered ORDER RE ATTORNEY'S FEES AND COSTS ("Fees and Costs Order"). (Docket No. 169.) The Court reiterated that "Riverbed is entitled to recover attorney's fees and costs associated with bringing its motion for summary judgment and opposing Quantum's motion for leave to amend." (*Id.* at ¶ 1.) This declaration was prepared in accordance with the procedure set forth in the Fees and Costs Order.

**A.    Timekeepers**

5. The following individuals ("timekeepers") billed time on matters related to bringing Riverbed's MSJ of Validity and opposing Quantum's Motion for Leave to Amend. Other associates and paralegals also billed time on these matters but were excluded from the fee and cost

- 2 -

51198/2596831.151198/2584749.5
Case No. C 07-04161 WHA

CORRECTED DECLARATION OF
ANDREW J. BRAMHALL RE
RIVERBED'S ATTORNEY'S FEES
AND COSTS

request because their contributions were limited. For the purposes of this request, we are not seeking any fees for the billable time of Claude M. Stern, lead trial attorney on the case.

6. Todd. M. Briggs (timekeeper TB) is a senior associate at Quinn Emanuel. His billing rate during the relevant time period was $420.00 per hour.

7. I am an attorney at Quinn Emanuel. I graduated from New York University School of Law in 2007. My billing rate during the relevant time period was $330.00 per hour. I am represented as timekeeper AB in the project fee tables.

8. Charles P. Emanuel (timekeeper CE) is an associate at Quinn Emanuel. His billing rate during the relevant time period was $255.00 per hour. It is the firm's practice to bill first-year associates at $255 per hour until they are admitted to the California State Bar. Mr. Emanuel became admitted during the relevant time period (June 9) but his billing rate did not change until the following month.

9. **[CORRECTED ENTRY]** The following survey shows how Quinn Emanuel's rates compare with other law firms in the community. 2007 National Law Journal Annual Survey (NLJ 250), at http://www.law.com/jsp/article.jsp?id=1197281081525 (showing several large Los Angeles and Bay Area firms that charged rates of $215 to $550 for associates) (requires free registration).

**B.    Time Records**

10. The following records are excerpts from the billable time entries submitted by each timekeeper to Quinn Emanuel's accounting department. Time entries are originally entered to the nearest tenth of an hour (six minutes). In accordance with Paragraph 4 of the Fees and Costs Order, the entries for each timekeeper were rounded down to the nearest quarter-hour (fifteen minutes).

11. My general practice is to record my billable time entries on a daily basis.

12. I did not bill the client for excess, duplication, inefficiency, or other waste.

51198/2596831.151198/2584749.5
Case No. C 07-04161 WHA

- 3 -

CORRECTED DECLARATION OF
ANDREW J. BRAMHALL RE
RIVERBED'S ATTORNEY'S FEES
AND COSTS

13. Some entries on the project fee tables below reflect billable time for days on which the individual timekeeper worked solely on matters related to Riverbed's motion for summary judgment. These records were entered in their entirety and are shown in **bold**.

14. The remainder of the entries on the project fee tables below reflect billable time for days in which the individual timekeeper worked on matters related to Riverbed's MSJ of Validity and Quantum's Motion for Leave to Amend as well as unrelated matters for Riverbed in this case. Based on information and belief, the entries for these days are reasonable estimates of the time billed. (*See* Briggs Dec.; Emanuel Dec.)  These are reflected in "block billing" entries in Quinn Emanuel's accounting program. Each individual timekeeper was responsible for estimating their own time for these mixed "block" entries and I entered those estimates into the project fee tables.

15. My time estimates for mixed "block entries" are based on my daily work log, email records, and/or my memory of the relevant time period. The entries for these days are reasonable estimates.

## C. Legal Research and Brief Writing

16. The following project fee table shows the time spent researching, drafting, and filing Riverbed's MSJ of Validity and the associated fees and costs. The timekeepers with primary responsibility for this project were Todd Briggs and Andrew Bramhall.

17. One hundred percent of the hours entered below should be awarded as these hours all pertain to the "bringing of Riverbed's motion for summary judgment." (Docket Nos. 168, 169.)

PROJECT: OPENING BRIEF ON MOTION FOR SUMMARY JUDGMENT

| Date | Time-keeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 05/09/08 | AB | Confer with T. Briggs regarding motion for summary judgment based on Quantum's preliminary invalidity contentions. Prepare motion for summary judgment. | 2.50 | $330 | $825 |
| 05/09/08 | TB | Confer with A. Bramhall regarding summary | 2.00 | $420 | $840 |

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | | judgment brief. | | | |
| 05/11/08 | AB | Prepare motion for summary judgment based on noncompliance with Patent Local Rules. Legal research regarding same. | 4.75 | $330 | $1567.50 |
| 05/12/08 | AB | Prepare motion for summary judgment for noncompliance with Patent Local Rules. | 5.00 | $330 | $1650 |
| 05/13/08 | AB | Prepare Motion for Summary Judgment for noncompliance with Patent Local Rules. | 2.25 | $330 | $742.50 |
| 05/14/08 | AB | Prepare motion for summary judgment for noncompliance with Patent Local Rules. | 2.50 | $330 | $825 |
| 05/16/08 | AB | Prepare motion for summary judgment for noncompliance with Patent Local Rules. Send same to T. Briggs. | 0.50 | $330 | $165 |
| 05/18/08 | AB | Teleconfer with T. Briggs regarding motion for summary judgment. | N/A | $330 | N/A |
| 05/19/08 | AB | Prepare motion for summary judgment of validity. | 2.00 | $330 | $660 |
| 05/20/08 | AB | Prepare motion for summary judgment of validity. Incorporate T. Briggs edits. | 2.00 | $330 | $660 |
| 05/20/08 | TB | Review and revise summary judgment motion. | 2.00 | $420 | $840 |
| 05/21/08 | AB | Confer with B. Koodrich regarding motion for summary judgment. Prepare motion for summary judgment of validity. Legal research regarding same. | 0.50 | $330 | $165 |
| 05/22/08 | AB | Prepare motion for summary judgment of validity. | 1.50 | $330 | $495 |
| 05/23/08 | AB | Prepare motion for summary judgment on validity. Send to T. Briggs. | 1.00 | $330 | $330 |
| 05/25/08 | AB | Review and revise motion for summary judgment. | 1.50 | $330 | $495 |
| 05/25/08 | TB | Review and revise motion for summary judgment of validity on '249 patent; circulate revised draft to team. | 4.50 | $420 | $1890 |
| 05/26/08 | AB | Review and revise final motion for summary judgment of validity. | 1.00 | $330 | $330 |
| 05/27/08 | AB | Review and revise final version of motion for summary judgment of validity. Prepare declaration in support of motion for summary judgment of | 3.75 | $330 | $1237.50 |

- 5 -

51198/2596831.151198/2584749.5
Case No. C 07-04161 WHA

CORRECTED DECLARATION OF
ANDREW J. BRAMHALL RE
RIVERBED'S ATTORNEY'S FEES
AND COSTS

| Date | Time-keeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| | | validity and administrative motion to file under seal. | | | |
| 05/27/08 | TB | Review and revise summary judgment motion. | 2.75 | $420 | $1155 |
| 05/28/08 | AB | Review and revise motion for summary judgment and accompanying materials. | 0.50 | $330 | $165 |
| 05/28/08 | TB | Review summary judgment motion. Circulate draft of the same to client. Conference with B. Nissenberg regarding summary judgment motion. | 2.50 | $420 | $1050 |
| **05/29/08** | **AB** | **Prepare notice of manual filing. Prepare proposed order. Review and revise all documents for filing. Prepare exhibits and documents for filing (electronic and manual). Assist with filing motion for summary judgment of validity and accompanying documents.** | **4.75** | **$330** | **$1567.50** |
| 05/29/08 | TB | Revise and finalize summary judgment motion and supporting documents. File the same. | 5.00 | $420 | $2100 |
| **PROJECT TOTAL** | | | **54.75** | | **$19,755** |

18.     The following project fee table shows the time spent researching, drafting and filing the reply in support of Riverbed's MSJ of Validity and Riverbed's opposition to Quantum's Motion for Leave to Amend and the associated fees and costs. The timekeepers with primary responsibility for this project were Todd Briggs and Andrew Bramhall. Charles Emanuel provided legal research assistance to this project.

19.     One hundred percent of the hours entered below should be awarded as these hours all pertain to the "bringing of Riverbed's motion for summary judgment and opposing Quantum's motion for leave to amend." (Docket Nos. 168, 169.)

PROJECT: REPLY IN SUPPORT OF RIVERBED'S MOTION FOR SUMMARY JUDGMENT & OPPOSITION TO QUANTUM'S MOTION FOR LEAVE TO AMEND

| Date | Time-keeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 06/13/08 | AB | Review Quantum's opposition to the Motion for Summary Judgment of Validity. Prepare reply in | 3.25 | $330 | $1,072.50 |

- 6 -

CORRECTED DECLARATION OF ANDREW J. BRAMHALL RE RIVERBED'S ATTORNEY'S FEES AND COSTS

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | support of the Motion for Summary Judgment of Validity. | | | |
| 06/13/08 | TB | Review Quantum's opposition to Riverbed's motion for summary judgment and related papers. Discuss response to the same with A. Bramhall. | 2.00 | $420 | $840 |
| **06/14/08** | **AB** | **Prepare reply in support of motion for summary judgment of validity.** | **2.50** | **$330** | **$825** |
| **06/15/08** | **AB** | **Prepare reply in support of motion for summary judgment of validity.** | **3.00** | **$330** | **$990** |
| 06/16/08 | AB | Prepare reply in support of motion for summary judgment of validity. Legal research regarding case law cited by Quantum in opposition to motion for summary judgment of validity. | 7.00 | $330 | $2,310 |
| **06/17/08** | **AB** | **Prepare reply in support of Motion for Summary Judgment of Validity.** | **9.75** | **$330** | **$3,217.50** |
| 06/18/08 | AB | Prepare reply in support of Motion for Summary Judgment of Validity. | 5.25 | $330 | $1,732.50 |
| 06/18/08 | CE | Legal research for reply to Quantum's motion to amend invalidity contentions. | 2.50 | $255 | $637.50 |
| 06/19/08 | AB | Prepare reply in support of Motion for Summary Judgment of Validity. | 1.50 | $330 | $495 |
| 06/19/08 | CE | Review and analysis of Quantum's motion to amend invalidity contentions. Legal research regarding reply to the same. | 2.25 | $255 | $573.75 |
| **6/23/08** | **CE** | **Review Riverbed's reply to Quantum's motion to amend invalidity contentions. Legal research regarding the same.** | **4.75** | **$255** | **$1,211.25** |
| 06/24/08 | AB | Prepare reply to Quantum's motion for leave to amend. | 1.00 | $330 | $330 |
| **06/24/08** | **CE** | **Review Riverbed's reply to Quantum's motion to amend invalidity contentions. Legal research regarding the same.** | **3.00** | **$255** | **$765** |
| 06/25/08 | AB | Prepare reply to Quantum's motion for leave to amend. Legal research regarding supporting cases for denials of leave to amend under PLR 3-7. | 5.50 | $330 | $1,815 |
| 06/25/08 | CE | Review Riverbed's reply to Quantum's motion to amend invalidity contentions. | **0.75** | **$255** | **$191.25** |

51198/2596831.151198/2584749.5
Case No. C 07-04161 WHA

CORRECTED DECLARATION OF
ANDREW J. BRAMHALL RE
RIVERBED'S ATTORNEY'S FEES
AND COSTS

| | | | | | |
|---|---|---|---|---|---|
| 06/26/08 | AB | Prepare reply to Quantum's motion for leave to amend. | 3.00 | $330 | $990 |
| 06/27/08 | AB | Legal research regarding opposition to Quantum's leave to amend. | 2.25 | $330 | $742.50 |
| **06/27/08** | **TB** | **Revise reply in support of summary judgment motion.** | **4.00** | **$420** | **$1,680** |
| **06/28/08** | **TB** | **Revise reply in support of summary judgment motion.** | **2.50** | **$420** | **$1,050** |
| **06/29/08** | **AB** | **Prepare opposition to Quantum's motion for leave to amend. Send draft to T. Briggs.** | **9.50** | **$330** | **$3,135** |
| 07/01/08 | AB | Review and revise final draft of opposition to Quantum's motion for leave to amend. Legal research regarding abuse of work product doctrine. Prepare supplemental declaration of T. Briggs. | 4.50 | $330 | $1,485 |
| 07/01/08 | TB | Conference with client regarding reply brief for summary judgment motion. | 0.25 | $420 | $105 |
| 07/02/08 | TB | Revise reply in support of summary judgment; prepare supporting declaration and papers. File the same. | 6.00 | $420 | $2,520 |
| 07/02/08 | AB | Review and revise opposition to quantum's motion for leave to amend. Assist with filing opposition to Quantum's motion for leave to amend. Review and revise final draft. Prepare exhibits. Prepare administrative motion to file under seal and notice of manual filing. | 4.75 | $330 | $1,567.50 |
| 07/03/08 | AB | Assist with manual filing re opposition to Quantum's motion to amend. Organize case materials. | 2.25 | $330 | $742.50 |
| | | **PROJECT TOTAL** | | **93** | **$31,023** |

**D.    Depositions**

20.    On June 12, 2008, Quantum submitted the declaration of David Heisey, Esq., an attorney with Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin"), counsel for Quantum, in support of its Motion for Leave to Amend. (Docket No. 125.) In that declaration,

- 8 -

CORRECTED DECLARATION OF
ANDREW J. BRAMHALL RE
RIVERBED'S ATTORNEY'S FEES
AND COSTS

51198/2596831.151198/2584749.5
Case No. C 07-04161 WHA

1  Mr. Heisey made statements regarding Quantum's alleged diligence and its retention of Dr. David
2  Mazieres. (*Id.* at ¶ 2-5.)
3      21.    On June 24, 2008, Todd M. Briggs took the deposition of Dr. David Mazieres at the
4  offices of Sheppard Mullin, in San Francisco in connection with preparing Riverbed's opposition
5  to Quantum's Motion for Leave to Amend. I attended the deposition to assist Mr. Briggs.
6  Mauricio Flores, a partner at Sheppard Mullin, defended the deposition for Quantum. Nathaniel
7  Bruno, an associate at Sheppard Mullin, was also in attendance.
8      22.    On July 27, 2008, Riverbed took Mr. Heisey's deposition via telephone in
9  connection with preparing its opposition to Quantum's Motion for Leave to Amend. I attended
10 the deposition to assist Mr. Briggs. Mauricio Flores defended the deposition for Quantum from
11 Sheppard Mullin's San Diego office.
12     23.    The following project fee table shows the time spent preparing for and taking the
13 deposition of Dr. Mazieres and the associated fees and costs. The timekeepers with responsibility
14 for this project were Todd Briggs and Andrew Bramhall.
15     24.    One hundred percent of the hours entered below should be awarded as these hours
16 all pertain to "opposing Quantum's motion for leave to amend." (Docket Nos. 168, 169.)

PROJECT: DR. DAVID MAZIERES DEPOSITION
(HELD AT SAN FRANCISCO OFFICE OF SHEPPARD MULLIN)

| Date | Time-keeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 06/16/08 | TB | Draft deposition notices for D. Heisey and D. Mazieres. Draft letter to opposing counsel regarding the same. Conference with client regarding Quantum's opposition to Riverbed's summary judgment motion. | 3.00 | $420 | $1,260 |
| 06/17/08 | TB | Correspondence with opposing counsel regarding deposition and briefing schedule on Riverbed's motion for summary judgment. | 0.75 | $420 | $315 |
| 06/19/08 | AB | Prepare outline for Mazieres deposition. | 1.00 | $330 | $330 |

- 9 -

CORRECTED DECLARATION OF
ANDREW J. BRAMHALL RE
RIVERBED'S ATTORNEY'S FEES
AND COSTS

51198/2596831.151198/2584749.5
Case No. C 07-04161 WHA

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 06/23/08 | AB | Prepare for deposition of Dr. Mazieres. Gather materials for same. Prepare outline for deposition of Dr. Mazieres. Conference with T. Briggs regarding deposition exhibits. | 5.25 | $330 | $1,733 |
| 06/23/08 | TB | Prepare for D. Mazieres deposition. | 5.00 | $420 | $2,100 |
| 06/24/08 | AB | Attend deposition of Dr. Mazieres in San Francisco at Sheppard Mullin. Summarize deposition in email. Send to Riverbed team. Review documents produced by Quantum from the files of Dr. Mazieres. | 4.00 | $330 | $1320 |
| 06/24/08 | TB | Prepare for Dr. Mazieres' deposition. Take Dr. Mazieres' deposition. | 4.00 | $420 | $1,680 |
| 06/24/08 | | **LegalLink professional services: Deposition of Dr. David Mazieres.** | | | $784 |
| | | **PROJECT TOTAL** | **23** | | **$9,521** |

25.     The following project fee table shows the time spent preparing for and taking the deposition of Mr. Heisey and the associated fees and costs. The timekeepers with responsibility for this project were Todd Briggs and Andrew Bramhall.

26.     One hundred percent of the hours billed for this project should be awarded as these hours all pertain to "opposing Quantum's motion for leave to amend." (Docket Nos. 168, 169.)

PROJECT: DAVID HEISEY, ESQ. DEPOSITION (TELEPHONE)

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 06/26/08 | TB | Prepare for D. Heisey's deposition. Conference with opposing counsel regarding deposition. | 2.00 | $420 | $840 |
| 06/27/08 | AB | Attend deposition of D. Heisey with T. Briggs. Provide assistance. | 2.25 | $330 | $742.50 |
| **06/27/08** | **TB** | **Take deposition of D. Heisey (telephonic).** | **4.00** | **$420** | **$1680** |
| 06/27/08 | | **LegalLink professional services: Deposition of David Heisey, Esq.** | | | **$825** |
| | | **PROJECT TOTAL** | **8.25** | | **$4,088** |

- 10 -

51198/2596831.151198/2584749.5
Case No. C 07-04161 WHA

CORRECTED DECLARATION OF
ANDREW J. BRAMHALL RE
RIVERBED'S ATTORNEY'S FEES
AND COSTS

**E.     Hearing**

27.     The following project fee table shows the time spent preparing for the hearing on Riverbed's MSJ of Validity and Quantum's Motion for Leave to Amend. The timekeepers with responsibility for this project were Todd Briggs and Andrew Bramhall.

28.     One hundred percent of the hours billed for this project should be awarded as these hours all pertain to the "bringing of Riverbed's motion for summary judgment and opposing Quantum's motion for leave to amend." (Docket Nos. 168, 169.)

PROJECT: HEARING ON RIVERBED'S MOTION FOR SUMMARY JUDGMENT

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 07/14/08 | AB | Review Quantum's reply to Riverbed's motion for summary judgment. Gather cases cited for T. Briggs. Prepare motion for summary judgment materials for C. Stern (all briefings, all declaration, all exhibits, etc.). | 4.00 | $330 | $1320 |
| 07/14/08 | TB | Prepare for hearing on Riverbed's summary judgment motion. | 1.50 | $420 | $630 |
| | | **PROJECT TOTAL** | **5.50** | | **$1,950** |

/ / /

**F.     Summary of Total Hours, Fees and Costs**

29.     The following is a summary of the total time for each timekeeper, the fees sought per individual timekeeper, and costs associated with bringing Riverbed's MSJ of Validity and opposing Quantum's Motion for Leave to Amend.

| Timekeeper | Total Billable Hours | Rate | Total Fees & Costs |
|---|---|---|---|
| TB | 53.75 | $420 | $22,575 |
| AB | 117.50 | $330 | $38,775 |
| CE | 13.25 | $255 | $3,378.75 |
| **SUBTOTAL** | **184.50** | | **$64,728** |
| Legal Link Professional Services | N/A | N/A | $1,609 |
| **TOTAL** | | | **$66,337*** |

30.     Based on the foregoing and in accordance with the Court's order filed July 15, 2008, Riverbed seeks to recover $66,337 in fees and costs from Quantum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2008 in Redwood Shores, California.

Dated:  July 30, 2008

                                                /s/ Andrew J. Bramhall
                                                Andrew J. Bramhall

- 12 -

51198/2596831.151198/2584749.5
Case No. C 07-04161 WHA

CORRECTED DECLARATION OF
ANDREW J. BRAMHALL RE
RIVERBED'S ATTORNEY'S FEES
AND COSTS