[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>  Counterclaimant,<br><br>v.<br><br>QUANTUM CORPORATION,<br><br>  Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>  Counterclaimant,<br><br>v.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>  Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>Complaint Filed: August 14, 2007<br>Trial Date: March 30, 2009<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAYMENT OF RIVERBED'S REQUEST FOR FEES AND COSTS INCURRED IN BRINGING SUMMARY JUDGMENT MOTION AND OPPOSING MOTION FOR LEAVE TO AMEND** |

**STIPULATION**

Counterclaimant Riverbed Technology, Inc. ("Riverbed") and Counterdefendant Quantum Corporation ("Quantum") respectfully request that the Court enter the following stipulation. Quantum shall pay Riverbed the $66,337 it requested in fees and costs pursuant to the Court's July 14, 2008 Order re Attorney's Fees and Costs (Docket No. 169). The full amount will be due on September 19, 2008.

IT IS STIPULATED, THROUGH COUNSEL OF RECORD.

By his signature below, counsel for Quantum attests that counsel for Riverbed, whose electronic signature is provided, has concurred in the filing.

Dated: August 19, 2008              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    /s/ Graham M. Buccigross
       Graham M. Buccigross

       Amar L. Thakur
       Graham M. Buccigross
       12275 El Camino Real, Suite 200
       San Diego, CA  92130-2006
       Telephone: 858-720-8900
       Facsimile: 858-509-3691

       Nathaniel Bruno
       Four Embarcadero Center, 17th Floor
       San Francisco, CA  94111-4106
       Telephone: 415-434-9100
       Facsimile: 415-434-3947

       Attorneys for QUANTUM CORPORATION

Dated: August 19, 2008              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By:    /s/ Todd M. Briggs

       Claude M. Stern
       Todd M. Briggs
       555 Twin Dolphin Drive, Suite 560
       Redwood Shores, CA  94065
       Telephone: 650-801-5020
       Facsimile: 650-801-5100

       Attorneys for RIVERBED TECHNOLOGY, INC.

-2-

I, Graham M. Buccigross, am the EDF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Payment of Riverbed's Request for Fees and Costs Incurred in Bringing Summary Judgment Motion and Opposing Motion for Leave to Amend. Pursuant to General Order 45.X.B, I hereby attest that counsel for Riverbed has concurred in this filing.

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Honorable William H. Alsup
United States District Judge

W02-WEST:400996124.1

STIPULATION AND PROPOSED ORDER REGARDING RIVERBED'S REQUEST FOR FEES AND COSTS