[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>QUANTUM CORPORATION,<br><br>    Counterdefendant. | Case No. C 07-04161 WHA<br><br>The Hon. William H. Alsup<br><br>Complaint Filed: August 14, 2007<br>Trial Date: March 30, 2009 |
| QUANTUM CORPORATION, a Delaware corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>    Counterdefendant. | **STIPULATION AND [PROPOSED] ORDER REGARDING PAYMENT OF RIVERBED'S REQUEST FOR FEES AND COSTS INCURRED IN BRINGING SUMMARY JUDGMENT MOTION AND OPPOSING MOTION FOR LEAVE TO AMEND** |

**STIPULATION**

Counterclaimant Riverbed Technology, Inc. ("Riverbed") and Counterdefendant Quantum Corporation ("Quantum") respectfully request that the Court enter the following stipulation. Quantum shall pay Riverbed the $66,337 it requested in fees and costs pursuant to the Court's July 14, 2008 Order re Attorney's Fees and Costs (Docket No. 169). The full amount will be due on September 19, 2008.

**IT IS STIPULATED, THROUGH COUNSEL OF RECORD.**

-1-

1  By his signature below, counsel for Quantum attests that counsel for Riverbed,
2  whose electronic signature is provided, has concurred in the filing.

4  Dated: August 19, 2008              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                               By:    /s/ Graham M. Buccigross
                                      Graham M. Buccigross

                                      Amar L. Thakur
                                      Graham M. Buccigross
                                      12275 El Camino Real, Suite 200
                                      San Diego, CA 92130-2006
                                      Telephone: 858-720-8900
                                      Facsimile: 858-509-3691

                                      Nathaniel Bruno
                                      Four Embarcadero Center, 17th Floor
                                      San Francisco, CA 94111-4106
                                      Telephone: 415-434-9100
                                      Facsimile: 415-434-3947

                                      Attorneys for QUANTUM CORPORATION

16  Dated: August 19, 2008              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                               By:    /s/ Todd M. Briggs

                                      Claude M. Stern
                                      Todd M. Briggs
                                      555 Twin Dolphin Drive, Suite 560
                                      Redwood Shores, CA 94065
                                      Telephone: 650-801-5020
                                      Facsimile: 650-801-5100

                                      Attorneys for RIVERBED TECHNOLOGY, INC.

-2-

W02-WEST:400996124.1                           STIPULATION AND PROPOSED ORDER
                                               REGARDING RIVERBED'S REQUEST FOR FEES
                                               AND COSTS

-3-

I, Graham M. Buccigross, am the EDF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Payment of Riverbed's Request for Fees and Costs Incurred in Bringing Summary Judgment Motion and Opposing Motion for Leave to Amend. Pursuant to General Order 45.X.B, I hereby attest that counsel for Riverbed has concurred in this filing.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 20, 2008



_____
Honorable William H. Alsup
United States District Judge