1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
4  Facsimile:     (650) 801-5100
   Email:         claudestern@quinnemanuel.com
5                 toddbriggs@quinnemanuel.com

6  Attorneys for Counterclaimant,
   RIVERBED TECHNOLOGY, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   RIVERBED TECHNOLOGY, INC.,              CASE NO. C 07-4161 WHA
12
              Counterclaimant,              DECLARATION OF TODD BRIGGS IN
13                                          SUPPORT OF RIVERBED'S MOTION
       vs.                                  FOR ORDER MODIFYING SECTION 7.5
14                                          OF THE STIPULATED PROTECTIVE
   QUANTUM CORPORATION,                     ORDER
15
              Counterdefendant.
16

17 QUANTUM CORPORATION,

18            Counterclaimant,

19     vs.

20 RIVERBED TECHNOLOGY, INC.,

21            Counterdefendant.

22
23 ///
24 ///
25 ///
26 ///
27 ///
28
                                                    DECLARATION OF TODD BRIGGS
   51198/2609625.1                                  IN SUPPORT OF MOTION TO
   Case No. C 07-4161 WHA                           MODIFY PROTECTIVE ORDER

I, Todd M. Briggs, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), counsel for Riverbed Technologies, Inc. ("Riverbed"). I submit this declaration in support Riverbed's Motion to Modify Section 7.5 of the Protective Order. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the resume of Mr. Steven K. Clarke.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter written by myself to counsel for Quantum Corporation ("Quantum"), which was sent on August 9, 2008.

4. Attached hereto as **Exhibit C** is a true and correct copy of the "AGREEMENT TO BE BOUND BY STIPULATED PROTECTIVE ORDER" executed by Mr. Steven K. Clarke, hired by Riverbed as a potential damages expert in this dispute.

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter written by counsel for Quantum to myself, dated August 13, 2008.

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter written by myself to counsel for Quantum, which was sent on August 18, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 19, 2008 in Redwood Shores, California

August 19, 2008              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Counterclaimant,
RIVERBED TECHNOLOGY, INC.