# EXHIBIT D



Suite 200 | 12275 El Camino Real | San Diego, CA 92130-2006
858-720-8900 *office* | 858-509-3691 *fax* | *www.sheppardmullin.com*

Writer's Direct Line: 858-720-8956
mflores@sheppardmullin.com
Our File Number: 16HC-132982

August 13, 2008

*VIA E-MAIL*

Todd Briggs, Esq.
Quinn Emanuel LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

Re:   *Riverbed Technology, Inc. v. Quantum Corporation*, C-07-04161-WHA –
      Riverbed's Potential Disclosure of a Damages Expert

Dear Todd:

This letter speaks to the issues Riverbed has raised with respect to its potential disclosure of a damages expert in the above-referenced action, and responds to your letter dated August 9, 2008 on this subject.

We have spoken to our client, and the client is very concerned about the potential for inappropriate disclosure of its confidential information. We do not agree that Riverbed's potential expert can refuse to disclose information about purportedly confidential engagements, and it is not Quantum's burden to tell Riverbed the persons and entities it should or should not disclose. Nevertheless, we of course want to be reasonable.

Without waiving any rights, we propose that Riverbed's potential expert disclose all the information he believes in good faith he can reasonably disclose about each person, entity, and litigation case responsive to the call of Section 7.5(a)(4)-(a)(5) of the Stipulated Protective Order. Once we receive the disclosure, we will evaluate it with our client subject to the right to object or request further information. We cannot make any agreements in advance about information we may not need until we at least review the information that is available. We will contact you if it appears from the disclosure that further information is required for Quantum to

Todd Briggs, Esq.
August 13, 2008
Page 2

make an informed decision about whether to object to this potential expert viewing Quantum's confidential information.

Very truly yours,

/s/ *Mauricio A. Flores*

Mauricio A. Flores
Special Counsel

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:\400987538.1

cc:  Claude M. Stern; David Wei, Jr. (counsel for Riverbed) (via e-mail)
     Amar L. Thakur; Nathaniel Bruno; Rebecca L. Hanovice