1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2     Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
4  Facsimile:   (650) 801-5100
   Email:        claudestern@quinnemanuel.com
5                    toddbriggs@quinnemanuel.com

6  Attorneys for Counterclaimant,
   RIVERBED TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br>     Counterclaimant, <br><br>vs. <br><br>QUANTUM CORPORATION, <br><br>     Counterdefendant. | CASE NO. C 07-4161 WHA <br><br>[PROPOSED] ORDER MODIFYING SECTION 7.5 OF THE STIPULATED PROTECTIVE ORDER |
| QUANTUM CORPORATION., <br><br>     Counterclaimant, <br><br>vs. <br><br>RIVERBED TECHNOLOGY, INC., <br><br>     Counterdefendant. | |

///
///
///
///
///

51198/2609619.1
Case No. C 07-04161 WHA

[PROPOSED] ORDER GRANTING
RIVERBED'S MOTION TO MODIFY
THE STIPULATED PROTECTIVE
ORDER

## [PROPOSED] ORDER

Having considered Riverbed's Motion to Modify Section 7.5 of the Stipulated Protective Order (Docket No. 31), the Court **HEREBY ORDERS** as follows:

1. Riverbed's Motion to Modify Section 7.5 of the Stipulated Protective Order is **GRANTED**; and

2. The following language is added to Section 7.5 of the Stipulated Protective Order:

> (6) To the extent the Party seeking disclosure of "Highly Confidential — Attorneys' Eyes Only" information or items is unable to provide full disclosure under Section 7.5(a)(1) through (5) of this Protective Order due to an Expert's contractual obligations to any person or entity not involved in the present dispute, the Party seeking disclosure shall so indicate. In such a circumstance, in addition to Executing Exhibit A to this Protective Order, the Expert in question shall sign a declaration stating that, to the best of his or her knowledge, he or she has not received compensation from or provided professional services for any of the Designating Party's competitors within the past five years. If the Designating Party so desires, the Expert in question shall also review a list of the Designated Party's competitors for the purpose of confirming that he or she has not received compensation from or provided professional services for said competitors within the past five years.

**IT IS SO ORDERED.**

Date:

_____
Honorable Maria-Elena James
United States Magistrate Judge