[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> QUANTUM CORPORATION, <br><br> Counterdefendant. <br><br> QUANTUM CORPORATION, <br><br> Counterclaimant, <br><br> vs. <br><br> RIVERBED TECHNOLOGY, INC., <br><br> Counterdefendant. | CASE NO. C 07-4161 WHA <br><br> STIPULATED REQUEST AND [PROPOSED] ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON RIVERBED'S MOTION FOR ORDER MODIFYING SECTION 7.5 OF THE STIPULATED PROTECTIVE ORDER <br><br> **Proposed Schedule For Hearing:** <br> Date: August 28, 2008 <br> Time: 10:00 a.m. <br> Judge: Honorable Maria-Elena James <br><br> [CIVIL L.R. 6-2] |

## STIPULATION

Pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the following request for an order shortening the time for briefing and hearing of Riverbed's pending Motion to Modify Section 7.5 of the Stipulated Protective Order ("Motion to Modify the Protective Order") as follows:

        **Opposition:**   August 22, 2008

        **Reply:**   August 26, 2008

        **Hearing:**   August 28, 2008, 10:00 a.m.

**IT IS STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Riverbed attests that counsel for Quantum, whose electronic signature is provided, has concurred in the filing.

August 20, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Claude M. Stren
Todd M. Briggs
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: 650-801-5020
Facsimile: 650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

August 20, 2008         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ Mauricio A. Flores
Mauricio A. Flores
Amar L. Thakur
Graham M. Buccigross
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691

Attorneys for QUANTUM CORPORATION

I, Todd M. Briggs, am the EDF User whose identification and password are being used to file this Stipulated Request And [Proposed] Order To Shorten Time For Briefing And Hearing On Riverbed's Motion to Modify Section 7.5 Of The Stipulated Protective Order. Pursuant to General Order 45.X.B, I hereby attest that counsel for Riverbed has concurred in this filing.

1

2                              **[PROPOSED] ORDER**

3

4  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

5

6  Date: _____

7                            Honorable Maria-Elena James
   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

51198/2607603.1
Case No. C 07-04161 WHA

STIPULATED REQUEST AND
[PROPOSED] ORDER TO SHORTEN
TIME