1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2     Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:  (650) 801-5000
4  Facsimile:   (650) 801-5100
   Email:      claudestern@quinnemanuel.com
5                toddbriggs@quinnemanuel.com

6  Attorneys for Counterclaimant,
   RIVERBED TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br>       Counterclaimant, <br><br>vs. <br><br> QUANTUM CORPORATION, <br><br>       Counterdefendant. | CASE NO. C 07-4161 WHA <br><br> DECLARATION OF TODD BRIGGS IN SUPPORT OF STIPULATED REQUEST TO SHORTEN TIME FOR HEARING ON RIVERBED'S MOTION FOR ORDER MODIFYING SECTION 7.5 OF THE STIPULATED PROTECTIVE ORDER |
| QUANTUM CORPORATION, <br><br>       Counterclaimant, <br><br>vs. <br><br>RIVERBED TECHNOLOGY, INC., <br><br>       Counterdefendant. | [CIVIL L.R. 6-2] |

///
///
///
///
///

51198/2608917.1
Case No. C 07-04161 WHA

TODD BRIGGS DECLARATION IN
SUPPORT OF STIPULATED
REQUEST TO SHORTEN TIME

1  I, Todd M. Briggs, declare as follows:

2  I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), counsel for Riverbed Technologies, Inc. ("Riverbed"). I submit this declaration in support of the parties' Stipulated Request To Shorten Time for Hearing on Riverbed's Motion to Modify Section 7.5 of the Protective Order ("Motion to Modify the Protective Order"). I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

**Reasons For Shortening Of Time**

Riverbed's respectfully requests that the Court hear its Motion on August 28, 2008, so as to avoid delay in the preparation of its expert reports. The November 7, 2008, deadlines for both factual discovery and expert reports are fast approaching. Expedited treatment of this motion is necessary in order to ensure that the parties' experts have adequate time to review information covered by the Stipulated Protective Order and to generate their expert reports.

**Previous Time Modifications**

The schedule in this case has been modified on several occasions in the past as described below:

On November 1, 2007, this Court issued an order based on a stipulation of the parties continuing the Initial Case Management Conference in this action from November 15 to November 29. (Docket No. 19).

On December 14, 2007, this Court issued an order based on a stipulation of the parties extending certain deadlines relating to the service of the parties' preliminary infringement and invalidity contentions. (Docket No. 34.)

On February 15, 2008, this Court issued an order pursuant to a request from the parties extending the deadline for the parties to exchange preliminary claim constructions and evidence. (Docket No. 80.)

On March 4, 2008, this Court issued an order based on a stipulation of the parties consolidating this case with a related case transferred to this District from the District of Delaware and setting a new comprehensive claim construction, pre-trial, and trial schedule. (Docket No. 92).

On April 15, 2008, this Court issued an order based on a stipulation of the parties extending Quantum's deadline to answer or otherwise respond to Riverbed's declaratory judgment counterclaims by one week, from April 14, 2008 to April 21, 2008. (Docket No. 103.)

On June 19, 2008, this Court issued an order based on a stipulation of the parties modifying the briefing and hearing dates for Riverbed's Motion for Summary Judgment and Quantum's Motion for Leave to File Amended Invalidity Contentions. (Docket No. 141.)

**Effect Requested Time Modification Would Have On The Schedule For The Case**

The requested time modification would preserve the current schedule

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 19, 2008 in Redwood Shores, California

August 20, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Counterclaimant,
RIVERBED TECHNOLOGY, INC.