[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>   vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterdefendant.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterclaimant,<br><br>   vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>        Counterdefendant. | CASE NO. C 07-04161 WHA<br><br>**STIPULATED MODIFICATION TO STIPULATED PROTECTIVE ORDER [DOCKET NO. 31]; AND**<br><br>**STIPULATED WITHDRAWAL OF RIVERBED TECHNOLOGY, INC.'S MOTION TO MODIFY SECTION 7.5 OF THE STIPULATED PROTECTIVE ORDER [DOCKET NO. 193]** |

1  **WHEREAS** Riverbed Technology, Inc. ("Riverbed") and Quantum Corporation

2  ("Quantum") filed a Stipulated Protective Order on December 12, 2007 (Docket No. 31);

3  **WHEREAS** the Court approved the Stipulated Protective Order subject to stated conditions

4  on December 14, 2007 (Docket No. 33);

5  **WHEREAS** Riverbed filed a motion to modify the Stipulated Protective Order on August

6  20, 2008 (Docket No. 193);

7  **WHEREAS** Riverbed filed a stipulated request to shorten time on Riverbed's motion to

8  modify on August 20, 2008 (Docket No. 196);

9  **WHEREAS** the parties have met and conferred and have agreed to modify Paragraph 7.5 of

10 the Stipulated Protective Order to resolve all issues raised in Riverbed's motion to modify (Docket

11 No. 193);

12 **THEREFORE** Riverbed and Quantum, by and through their respective counsel, hereby

13 stipulate and agree to the entry of the following modification to the Stipulated Protective Order and

14 Riverbed agrees to withdraw its motion to modify (Docket No. 193) and the stipulated request to

15 shorten time (Docket No. 196):

17 The following language shall be added to Section 7.5(a) of the Protective Order:

19 (6) To the extent the Party seeking disclosure of "Highly Confidential — Attorneys' Eyes Only" information or items is unable to provide full disclosure under Section 7.5(a)(1) through (5) of this Protective Order due to an Expert's contractual obligations to any person or entity not involved in the present dispute, the Party seeking disclosure shall so indicate. In such a circumstance, in addition to Executing Exhibit A to this Protective Order, the Expert in question shall sign a declaration stating that, to the best of his or her knowledge, he or she has not received compensation from or provided professional services for any of the Designating Party's competitors within the past five years. If the Designating Party so desires, the Expert in question shall also review a list of the Designated Party's competitors for the purpose of confirming that he or she has not received compensation from or provided professional services for said competitors within the past five years.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Riverbed attests that counsel for Quantum whose electronic signature is provided has concurred in this filing.

Dated: August 22, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Nathaniel Bruno

Amar L. Thakur
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691

Nathaniel Bruno
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for QUANTUM CORPORATION

Dated: August 22, 2008

QUINN EMANUEL URQUHART OLIVER & LLP

By: /s/ Todd M. Briggs

Claude M. Stern
Todd M. Briggs
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: 650-801-5020
Facsimile: 650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable William H. Alsup
United States District Judge

51198/2613116.1

Case No. C07-04161 WHA

3

STIPULATED MODIFICATION TO
STIPULATED PROTECTIVE ORDER