1   **[COUNSEL LISTED ON SIGNATURE PAGES]**

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                   **NORTHERN DISTRICT OF CALIFORNIA**

7                     **SAN FRANCISCO DIVISION**

8   RIVERBED TECHNOLOGY, INC., a         CASE NO. C 07-04161 WHA
    Delaware corporation,

9                                        **STIPULATED MODIFICATION TO**
                                         **STIPULATED PROTECTIVE ORDER**
                 Counterclaimant,        **[DOCKET NO. 31]; AND**
10

11          vs.                          **STIPULATED WITHDRAWAL OF**
                                         **RIVERBED TECHNOLOGY, INC.'S**
12  QUANTUM CORPORATION, a Delaware      **MOTION TO MODIFY SECTION 7.5 OF**
    corporation,                         **THE STIPULATED PROTECTIVE**
13                                       **ORDER [DOCKET NO. 193]**
                 Counterdefendant.
14
    _____
15  QUANTUM CORPORATION, a Delaware
    corporation,
16
                 Counterclaimant,
17          vs.

18  RIVERBED TECHNOLOGY, INC., a
    Delaware corporation,
19
                 Counterdefendant.
20  _____

21

22

23

24

25

26

27

28

1    **WHEREAS** Riverbed Technology, Inc. ("Riverbed") and Quantum Corporation

2  ("Quantum") filed a Stipulated Protective Order on December 12, 2007 (Docket No. 31);

3    **WHEREAS** the Court approved the Stipulated Protective Order subject to stated conditions

4  on December 14, 2007 (Docket No. 33);

5    **WHEREAS** Riverbed filed a motion to modify the Stipulated Protective Order on August

6  20, 2008 (Docket No. 193);

7    **WHEREAS** Riverbed filed a stipulated request to shorten time on Riverbed's motion to

8  modify on August 20, 2008 (Docket No. 196);

9    **WHEREAS** the parties have met and conferred and have agreed to modify Paragraph 7.5 of

10  the Stipulated Protective Order to resolve all issues raised in Riverbed's motion to modify (Docket

11  No. 193);

12    **THEREFORE** Riverbed and Quantum, by and through their respective counsel, hereby

13  stipulate and agree to the entry of the following modification to the Stipulated Protective Order and

14  Riverbed agrees to withdraw its motion to modify (Docket No. 193) and the stipulated request to

15  shorten time (Docket No. 196):

16

17    The following language shall be added to Section 7.5(a) of the Protective Order:

18

19    (6)  To the extent the Party seeking disclosure of "Highly Confidential —
20    Attorneys' Eyes Only" information or items is unable to provide full disclosure
     under Section 7.5(a)(1) through (5) of this Protective Order due to an Expert's
21    contractual obligations to any person or entity not involved in the present dispute,
     the Party seeking disclosure shall so indicate.  In such a circumstance, in addition
22    to Executing Exhibit A to this Protective Order, the Expert in question shall sign a
     declaration stating that, to the best of his or her knowledge, he or she has not
23    received compensation from or provided professional services for any of the
     Designating Party's competitors within the past five years.  If the Designating
24    Party so desires, the Expert in question shall also review a list of the Designated
     Party's competitors for the purpose of confirming that he or she has not received
25    compensation from or provided professional services for said competitors within
     the past five years.
26

27

28

2

STIPULATED MODIFICATION TO
STIPULATED PROTECTIVE ORDER

1    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3        By his signature below, counsel for Riverbed attests that counsel for Quantum whose

4    electronic signature is provided has concurred in this filing.

5    Dated:  August 22, 2008

6                                       SHEPPARD MULLIN RICHTER & HAMPTON LLP

7                                       By: /s/ Nathaniel Bruno

8                                         Amar L. Thakur
                                         12275 El Camino Real, Suite 200
                                         San Diego, California  92130

9                                          Telephone:  858-720-8900
                                         Facsimile:  858-509-3691

10

11                                          Nathaniel Bruno
                                         Four Embarcadero Center, 17th Floor
                                         San Francisco, CA  94111-4106

12                                          Telephone:  415.434.9100
                                         Facsimile:  415.434.3947

13

14                                          Attorneys for QUANTUM CORPORATION

15    Dated:  August 22, 2008                     QUINN EMANUEL URQUHART OLIVER & LLP

16                                        By: /s/ Todd M. Briggs

17                                        Claude M. Stern
                                       Todd M. Briggs

18                                        555 Twin Dolphin Drive, Suite 560
                                       Redwood Shores, CA  94065

19                                        Telephone:  650-801-5020
                                       Facsimile:  650-801-5100

20

21                                          Attorneys for RIVERBED TECHNOLOGY, INC.

22    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24

25

26    Dated:    September 2, 2008

27                                     Honorable William H. Alsup
                                    United States District Judge

*(Court seal: UNITED STATES DISTRICT COURT — IT IS SO ORDERED — Judge William Alsup — NORTHERN DISTRICT CALIFORNIA)*

28