1  [COUNSEL LISTED ON SIGNATURE PAGES]

2
3
4
5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., | CASE NO. C 07-4161 WHA |
| Counterclaimant, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER REGARDING MODIFICATIONS TO THE COURT'S CASE** |
| QUANTUM CORPORATION, | **MANAGEMENT SCHEDULE** |
| Counterdefendant. | |
| QUANTUM CORPORATION, | |
| Counterclaimant, | |
| vs. | |
| RIVERBED TECHNOLOGY, INC., | |
| Counterdefendant. | |

Riverbed Technology, Inc. ("Riverbed") and Quantum Corporation ("Quantum") (collectively "the Parties") respectfully request that the Court enter the following stipulation regarding Modifications to the Court's Case Management Schedule.

Having met and conferred, the Parties, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** as follows:

## CASE SCHEDULE

| PRETRIAL AND TRIAL DATES | | |
|---|---|---|
| EVENT | CURRENT DATE | MODIFIED DATE |
| Non-Expert Discovery Cutoff | November 7, 2008 | Unmodified |
| Opinions Of Counsel | October 10, 2008 | October 24, 2008 |
| List of issues on which party will offer any expert testimony in its case in chief (including from non-retained experts) | October 10, 2008 | October 24, 2008 |
| Opening Expert Reports | November 7, 2008 | Unmodified |
| Opposition Expert Reports | 14 calendar days after deadline for opening expert reports | Unmodified |
| Reply Expert Reports | 7 calendar days after deadline for opposition expert reports | Unmodified |
| Expert Discovery Cutoff | 14 calendar days after deadline for reply expert reports | Unmodified |
| Last day for filing Dispositive Motions | December 19, 2008 | Unmodified |
| Final Pretrial Conference at 2:00 p.m. | March 9, 2009 (subject to the Court's availability) | Unmodified |
| Jury Trial begins at 7:30 a.m. | March 30, 2009 (subject to the Court's availability) | Unmodified |

| CLAIM CONSTRUCTION DATES | | |
|---|---|---|
| EVENT | CURRENT DATE | MODIFIED DATE |
| Final Invalidity Contentions | September 24, 2008 | October 24, 2008 |

| | | |
|---|---|---|
| 1 | Dated: September 23, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | /s/ Andrew J. Bramhall |
| | | Andrew J. Bramhall |
| 4 | | Attorneys for RIVERBED TECHNOLOGY, INC. |
| 5 | Dated: September 23, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 6 | | /s/ Rebecca L. Hanovice |
| | | Rebecca L. Hanovice, *Admitted Pro Hac Vice* |
| 7 | | Attorneys for QUANTUM CORPORATION |

I, Andrew J. Bramhall, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: September 24, 2008.

_____
Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*