1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 9  RIVERBED TECHNOLOGY, INC., a Delaware corporation, | Case No. C-07-04161-WHA |
| 10 | |
| 11           Counterclaimant,<br>    v. | **STIPULATED REQUEST FOR DISMISSAL OF ACTION, AND ~~[PROPOSED]~~ ORDER THEREON** |
| 12  QUANTUM CORPORATION, | |
| 13           Counterdefendant. | Honorable William H. Alsup<br>United States District Judge |
| 14 | |
| 15  QUANTUM CORPORATION, a Delaware corporation, | Initial Complaint Filed:  August 14, 2007 |
| 16 | |
| 17           Counterclaimant,<br>    v. | |
| 18  RIVERBED TECHNOLOGY, INC. a Delaware corporation, | |
| 19 | |
| 20 | |
| 21           Counterdefendant. | |

22

23

24

25

26

27

28

W02-WEST:6NB1\401064152.2

Case No. C-07-04161-WHA        1        STIPULATED REQUEST FOR DISMISSAL OF ACTION, AND [PROPOSED] ORDER THEREON

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by Riverbed Technology, Inc. ("Riverbed") and Quantum Corporation ("Quantum"), by and through their respective counsel of record herein, that this entire action, including all pending counterclaims, shall be dismissed as follows:

1. Riverbed's counterclaim for infringement of U.S. Patent No. 7,116,249 and Quantum's counterclaim for infringement of U.S. Patent No. 5,990,810 shall be dismissed with prejudice.

2. Quantum's declaratory judgment counterclaims for non-infringement and invalidity of U.S. Patent No. 7,116,249 and Riverbed's declaratory judgment counterclaims for non-infringement and invalidity of U.S. Patent No. 5,990,810 shall be dismissed without prejudice.

1 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2    By his signature below, counsel for Quantum attests that counsel for Riverbed whose

3 electronic signature is provided has concurred in this filing.

4 Dated: October 7, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Nathaniel Bruno_____

  Amar L. Thakur
  Mauricio A. Flores
  12275 El Camino Real, Suite 200
  San Diego, California  92130
  Telephone:  858-720-8900
  Facsimile:  858-509-3691

  Nathaniel Bruno
  Four Embarcadero Center, 17th Floor
  San Francisco, CA  94111-4106
  Telephone:  415-434-9100
  Facsimile:  415-434-3947

Attorneys for QUANTUM CORPORATION

Dated: October 7, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

By: /s/ Todd M. Briggs_____

  Claude M. Stern
  Todd M. Briggs
  555 Twin Dolphin Drive, Suite 560
  Redwood Shores, CA  94065
  Telephone:  650-801-5020
  Facsimile:  650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

**ORDER**

In accordance with the foregoing Stipulation of the parties, which is incorporated herein by reference, and with good cause appearing therefor,

IT IS HEREBY ORDERED:

This entire action (Northern District of California Case No. C-07-04161-WHA), including all pending claims and counterclaims, is hereby dismissed as follows, each party to bear its own fees and costs:

1. Riverbed Technology, Inc.'s ("Riverbed's") counterclaim for infringement of U.S. Patent No. 7,116,249 and Quantum Corporation's ("Quantum's") counterclaim for infringement of U.S. Patent No. 5,990,810 ARE HEREBY DISMISSED WITH PREJUDICE.

2. Quantum's declaratory judgment counterclaims for non-infringement and invalidity of U.S. Patent No. 7,116,249 and Riverbed's declaratory judgment counterclaims for non-infringement and invalidity of U.S. Patent No. 5,990,810 ARE HEREBY DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: October 14, 2008.

Honorable William H. Alsup
United States District Judge